```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
UNITED STATES OF AMERICA                                            :
                                                                    :
        -v-                                                         :
                                                                    :    20-cr-00110 (LJL)
                                                                    :
LAWRENCE RAY,                                                       :    ORDER
                                                                    :
                Defendant.                                          :
                                                                    :
                                                                    :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Mr. Ray's motion for an order granting his release from the Metropolitan Correctional Center ("MCC") or, in the alternative, a bail hearing to be held this week. (Dkt. No. 88.) The Government is HEREBY ORDERED to file a response to the motion no later than 5:00 p.m. on Thursday, April 16, 2020.

      IT IS SO ORDERED.

Dated: April 14, 2020
       New York, New York
                                      LEWIS J. LIMAN
                              United States District Judge