```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
       -v-                                                         :
                                                                   :    20-cr-0110 (LJL)
LAWRENCE RAY,                                                      :
                                                                   :    ORDER
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/16/2020__

LEWIS J. LIMAN, United States District Judge:

Defendant Lawrence Ray applies for an order granting his release from the Metropolitan Correctional Center ("MCC") or, in the alternative, a bail hearing pursuant to 18 U.S.C. § 3142(f)(2). Dkt. No. 17. The Government opposes the motion. Dkt. No. 19. The Court previously denied Defendant's application for bail, finding that he had not rebutted the presumption of danger to the community or risk of flight under 18 U.S.C. § 3142(e)(3). Dkt. No. 9; *see also* Dkt. No. 17-1. Defendant's motion is DENIED.

Defendant has not rebutted the presumption of risk of flight or danger to the community, nor has he established a compelling reason for release. His health conditions do not distinguish him from hundreds, perhaps more, in the federal prison system. Even assuming that there were a compelling reason for release under 18 U.S.C. § 3142(i), the Court would deny the request in the exercise of its discretion because of Defendant's prior history of supervision and the evidence proffered against Defendant at the prior bail hearing.

Defendant's argument regarding the Sixth Amendment is also rejected for substantially the same reasons stated in the orders of other judges in this District, as set forth at page 13 of the Government's submission. Dkt. No. 19. The Court has not set a date for motions or trial in this

matter. A status conference is scheduled for next Wednesday, April 22 at 2:00 p.m.

SO ORDERED.

Dated: April 16, 2020
      New York, New York

                              LEWIS J. LIMAN
                        United States District Judge