UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                                   :

UNITED STATES OF AMERICA                   :

                                                                                                   :

                                                                                                     :          20-CR-110 (LJL)

                   -v-                                               :

                                                                                                     :             <u>ORDER</u>

LAWRENCE RAY,                                  :

                              Defendant.               :

                                                                                                    :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court previously scheduled a telephonic status conference in this case for May 29, 2020 in order to discuss the status of discovery and to set a date for trial. In advance of that conference, and by May 22, 2020, at 5:00 p.m., the parties shall submit a joint letter setting forth the following with respect to each party: (1) the status of discovery; (2) proposed dates for the trial of this action early in 2021; and (3) any other issues that such party wishes to bring to the attention of the Court.

       In addition, and in light of the circumstances surrounding COVID-19, as the parties are aware, the Court is unable to hold the upcoming conference in this case in person and the conduct of conferences by video or audio is technologically challenging. The Court is not able to conduct the May 29, 2020 conference by video conference. In light of such challenges, the parties are directed to meet and confer and to inform the Court whether the conference may be cancelled, with the Court setting the date for trial by order after having reviewed the letter. In the letter, the parties should indicate their views on whether the Court can, consistent with the Constitution, the Federal Rules of Criminal Procedure, the CARES Act, and any other applicable law, conduct the conference by telephone and whether the Defendant consents to appearing in that manner and/or to waiving his appearance altogether.

       SO ORDERED.

Dated: May 15, 2020
       New York, New York                                        LEWIS J. LIMAN
                                                               United States District Judge