```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
        -v-                                                        :
                                                                   :    20-cr-00110 (LJL)
                                                                   :
LAWRENCE RAY,                                                      :    ORDER
                                                                   :
                        Defendant.                                 :
                                                                   :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2020

LEWIS J. LIMAN, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a telephonic status conference on July 22, 2020 at 12:00 p.m. Parties are directed to call (888) 251-2909 and use access code 2123101.

    SO ORDERED.

Dated: May 29, 2020  
       New York, New York  
                                                                                          LEWIS J. LIMAN  
                                                                       United States District Judge