UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                               :
:
                Plaintiff,                        :        20-CR-110 (LJL)
:
     -v-                                                        :        <u>ORDER</u>
:
LAWRENCE RAY,                                               :
:
                Defendant.                       X

-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      The previously scheduled telephonic status conference in this case for July 22, 2020 is cancelled.  In lieu of the status conference, the parties are directed to submit a joint letter by July 22, 2020, at 5:00 p.m. by ECF filing, discussing the status of the case including the status of discovery.  In addition, the parties shall address whether they desire the Court to hold an additional status conference prior to the scheduled motion hearing set for October 19, 2020 and, if so, shall propose dates for such a conference.

      SO ORDERED.

Dated: July 17, 2020
       New York, New York
                                                       LEWIS J. LIMAN
                                              United States District Judge