UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                              Plaintiff,            :            20-CR-110 (LJL)
                                                                  :
           -v-                                                :            ORDER
                                                                  :
LAWRENCE RAY                                                      :
                                                                  :
                              Defendant.            X

------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

       The Government has asked to submit certain "sensitive exhibits" under seal to the Court for its review prior to the upcoming conference. The Government is directed to inform the Court, on notice to the Defendant, of the nature of the exhibits the Government is proposing to submit including whether such exhibits have been provided to the defense and of the justification for submitting such materials under seal given the presumption of public access to judicial proceedings. The Government shall file its letter by 5:00 p.m. on August 28, 2020. If the defense wishes to submit exhibits to the Court, it may file a similar letter on the same timing.

       SO ORDERED.

Dated: August 27, 2020
       New York, New York
                                                                    LEWIS J. LIMAN
                                                          United States District Judge