```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                                                                  :
                                                                  :          20-cr-00110 (LJL)
        -v-                                                       :
                                                                  :              ORDER
LAWRENCE RAY,                                                     :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/02/2020

LEWIS J. LIMAN, United States District Judge:

     The Court has received an email from Inner City Press asking that the Court unseal materials submitted by the parties in this matter. Inner City Press is not a party to this case, nor did it submit a motion to intervene. Accordingly, the Court will not consider Inner City Press's request to unseal the documents.

     SO ORDERED.

Dated: September 2, 2020
      New York, New York

                                      LEWIS J. LIMAN
                               United States District Judge