```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
                                                                   :
                                                                   :   20-cr-110 (LJL)
        -v-                                                        :
                                                                   :   ORDER
LAWRENCE RAY,                                                      :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2020

LEWIS J. LIMAN, United States District Judge:

       The Court is in receipt of the Government's letter dated October 7, 2020. Dkt. No. 74. The defense is directed to respond by Thursday, October 8, 2020 at 5:00 p.m.

       SO ORDERED.

Dated: October 7, 2020  
       New York, New York

                                                                    LEWIS J. LIMAN  
                                                           United States District Judge