```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                                                                  :
                                                                  :    20-cr-110 (LJL)
            -v-                                                   :
                                                                  :    ORDER
LAWRENCE RAY,                                                     :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2020

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of the Defendant's letter response dated October 14, 2020. Dkt. No. 81. The Government and counsel Darren LaVerne, on behalf of his client, are directed to reply by Monday, October 19, 2020 at 5:00 p.m.

      SO ORDERED.

Dated: October 15, 2020
       New York, New York

                                               LEWIS J. LIMAN
                                       United States District Judge