# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

**David E. Patton**
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 22, 2020

**GRANTED.**
The Court grants parties request for an adjournment of motion deadlines as follows: Defense motions due 12/7/2020; Government response due 1/8/2021; and Defense reply due 1/22/2021. The Jury Trial previously set for May 10, 2021 is RESCHEDULED to July 12, 2021 at 10:00AM. The Court excludes time under the Speedy Trial Act, 18 USC 3161(h)(7)(A) from October 22, 2020 to July 12, 2021 upon the findings that the ends of justice outweigh the interests of the defendant and the public in a speedy trial in that the time between now and July 12, 2021 is necessary for the parties to produce and review discovery and for the preparation of motions and for the preparation for trial.

SO ORDERED.
**10/22/2020**
LEWIS J. LIMAN
United States District Judge

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:   United States v. Lawrence Ray**
       **20 Cr. 110 (LJL)**

Honorable Judge Liman:

We write jointly with the Government to update the Court regarding the parties' review of discovery and to request an adjournment of scheduled dates.

Over the last two weeks, the parties have conferred, over email and the phone, regarding information sought by the defense in preparation for filing pretrial motions. The Government has provided additional documents to the defense, is considering other requests from the defense, and is preparing additional disclosures. Some outstanding issues remain before the defense can file its motions, but the parties have been conferring and working toward resolution of those issues. The parties also have spent substantial time litigating issues related to Court-ordered subpoenas served by the defense. In consequence, additional time is needed to resolve the outstanding issues and to permit the defense to prepare its pretrial motions.

In light of these developments, the parties request that the Court adjourn certain deadlines in this case. The parties propose the following motion schedule:

- Defense motions due 12/7
- Government response due 1/8
- Defense reply due 1/22

Although much remains up in air due to the pandemic, the parties also request that the Court adjourn the trial date from May 2021 to a date in late June or July 2021 in order for the parties to effectively prepare for trial after the resolution of the defense's pretrial motions.

Hon. Lewis J. LimanOctober 22, 2020
United States District JudgePage 2

**RE:United States v. Lawrence Ray**
**20 Cr. 110 (LJL)**

The Government requests that time until the new trial date be excluded from any Speedy Trial Act calculations and the defense consents to this request.

In addition, the Government wanted to alert the Court to the time-sensitive nature of its pending motion for an order for the interlocutory sale of property, which was filed on September 2, 2020. (Dkt. 49). According to the Government, since the motion was filed, numerous domain name registrations implicated by the motion have expired and numerous more are set to expire soon, which results in the loss of that property for potential forfeiture or return to Mr. Ray.

Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/*
Peggy Cross-Goldenberg
Supervising Trial Attorney
(212) 417-8732


cc:AUSA Danielle Sassoon
AUSA Mollie Bracewell
AUSA Lindsey Keenan