```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES,                                                    :
                                                                  :
        -v-                                                       :
                                                                  :      96-cr-323 (LJL)
LAWRENCE RAY,                                                     :
                                                                  :         ORDER
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------ :
                                                                  :
                                                                  X
```

LEWIS J. LIMAN, United States District Judge:

      The Court is prepared to hear counsel remotely on the motion to quash on November 9, 2020 at 12:00 p.m. The parties are directed to call (888) 251-2909 and use access code 2123101. Counsel for the alleged victim is invited to participate. The defense is to inform the Court by letter filed on ECF in advance of the hearing whether the defendant waives his right to be present or whether arrangements need to be made for the defendant's participation.

      The defendant is ordered to submit to the Court *ex parte* and under seal for the Court's *in camera* review (1) copies of any materials it has obtained in response to any of the subpoenas in question with respect to either of the two alleged victims in question (the counseled victim and the victim who has informed the Court through the Government that she objects to the subpoenas); and (2) a letter informing the Court of the status of notice and production with respect to the subpoenas for the two victims and any similar subpoenas with respect to other putative victims. Such submission shall be made by November 5, 2020, at 5:00 p.m. The requested materials in (1) need not be filed on ECF but may be hand-delivered to the Court. The status of notice and production with respect to the two alleged victims will be provided to counsel for the victim and to the Government.

      SO ORDERED.

Dated: October 29, 2020
       New York, New York

                                                      LEWIS J. LIMAN
                                                    United States District Judge

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020