UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES,                                                     :
:
:
:                           20-cr-110 (LJL)
           -v-                                                     :
:                              ORDER
:
LAWRENCE RAY,                                                      :
:
                    Defendant.                                     :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Each side has made arguments regarding the mental health records of the two alleged victims provided by the Government to the defense, including that the Government's receipt of those records may have effected a waiver of any privilege and that the records are incomplete. Accordingly, it is hereby ORDERED that in addition to the other materials requested by the Court, the Government by November 5, 2020 at 5:00 p.m., provide to the Court for the Court's *in camera* review any records received by the Government with respect to the two witnesses from the institutions subpoenaed by the defense along with an affidavit or declaration setting forth the circumstances under which it obtained such documents. Such submission shall be made on notice to the defense. The declaration or affidavit shall be filed on ECF but may be filed under seal, assuming that it satisfies the requirements for filing under seal. The records need not be filed on ECF but may be delivered to the Court.

      SO ORDERED.

Dated: October 29, 2020
       New York, New York
                                            LEWIS J. LIMAN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020