# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 2, 2020

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> GRANTED.
> The Motion Hearing previously scheduled for November 9, 2020 is RESCHEDULED to November 20, 2020 at 10:30AM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.
>
> 11/2/2020   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

**RE:    United States v. Lawrence Ray**
          **20 Cr. 110 (LJL)**

Honorable Judge Liman:

    We write, with the consent of the Government and counsel for the alleged victim, to request that the Court adjourn the oral argument on the motions to quash defense subpoenas scheduled for November 9. I have discussed scheduling with all parties and respectfully request that the Court reschedule the proceeding for Friday, November 20. The parties are available at 9:00, 10:30, and 12:00, the times we understand the MCC to be able to facilitate Mr. Ray's participation.

    Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/*
Peggy Cross-Goldenberg
Supervising Trial Attorney
(212) 417-8732

cc:   AUSA Danielle Sassoon
       AUSA Mollie Bracewell
       AUSA Lindsey Keenan
       Darren A. LaVerne, Esq.