```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES                                                     :
                                                                  :
                                                                  :
         -v-                                                      :    20-cr-110 (LJL)
                                                                  :
LAWRENCE RAY,                                                     :        ORDER
                                                                  :
                  Defendant.                                      :
                                                                  :
------------------------------------------------------------------:
                                                                  X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/9/2020__

LEWIS J. LIMAN, United States District Judge:

　　　　The Court is in receipt of a letter, Dkt. No. 95, from the Government regarding the Court's earlier order dated October 29, 2020. Dkt. No. 90. In that order, the Court stated that: "The status of notice and production with respect to the two alleged victims will be provided to counsel for the victim and to the Government," by November 5, 2020. *Id*. According to the Government, it did not receive that information and defense counsel has indicated that it does not intend to provide it to the Government, but instead understands the Court's order to meant that the Court will provide this information to the Government. *Id*.

　　　　The Court is also in receipt of an ex parte letter from the defense. The defense is directed to file a redacted copy of its letter. The filed version should redact Paragraphs 12-17 in full. Defendant is directed to file the redacted letter by November 9, 2020 at 5:00 p.m.

　　　　SO ORDERED.

Dated: November 9, 2020
　　　　New York, New York
　　　　　　　　　　　　　　　　　　　　　　　　LEWIS J. LIMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge