UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020
```

-------------------------------------------------------------------X
                                                          :

UNITED STATES,                                    :

                                                  :

             -v-                        :          20-cr-110 (LJL)

                                                  :

LAWRENCE RAY,                               :          <u>ORDER</u>

                        Defendant.          :

                                                  :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Government and a counseled victim have filed motions to quash third-party subpoenas served by the defense on third-parties for the victims' medical records. Dkt. Nos. 77, 78. On October 29, 2020, the Court ordered the defense to submit to the Court copies of any materials it had obtained in response to the third-party subpoenas for *in camera* review. Dkt. No. 90. On the same day, the Court ordered the Government to provide to the Court "any records received by the Government with respect to the two witnesses from the institutions subpoenaed by the defense along with an affidavit or declaration setting forth the circumstances under which it obtained such documents." Dkt. No. 92.

      The parties have alerted the Court that the Government obtained records from institutions other than those on whom the defense served its subpoenas. Dkt. No. 97 at 7. The Government is therefore ordered to submit to the Court copies of the medical records it obtained by subpoena from institutions other than those subject to the defense's subpoenas for the Court's *in camera* review.

      SO ORDERED.

Dated: November 16, 2020
      New York, New York          _____
                                        LEWIS J. LIMAN
                                 United States District Judge