# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
LAWRENCE RAY,                                                :
                                                             :
                                                             :
                                                             :
            - v. -                                           :
                                                             :
UNITED STATES OF AMERICA                                     :
                                                             :
                                                             :
                                                             :
-------------------------------------------------------------x

STATE OF NEW YORK          )
                           )
COUNTY OF NEW YORK         )

LAWRENCE RAY, being duly sworn, deposes and says:

1.      I am the defendant, Lawrence Ray. The following is an account of what happened the morning of my arrest to the best of my recollection.

2.      The night before I was arrested, I arrived home late, around one. Before going to sleep, I took Nyquil, Excedrin PM, and a shot of vodka. I did not get in bed until around 2:45 a.m.

3.      I was asleep when the agents and police arrived. I woke up when I heard banging and yelling. I went towards the front door and one of the officers, I believe it was Detective Harkins, had his gun pointed at me. He said, "hands up."

4.      To me, it seemed like it was still the middle of the night, but there were a lot of people in the house. It felt like an invasion.

5.      At some point, officers directed me back to my bedroom. Two people came into my bedroom and started questioning me. I was sitting on my bed and a female officer sat

next to me. There was a male officer who was sitting nearby in the room. The room was small and cluttered. It felt very tight. The two officers felt uncomfortably close to me.

6. I was exceedingly groggy and exhausted. My mouth was pasty. I hadn't had my medication. I had difficulty when I tried to stand up. I was still in my pajamas and was cold. I asked for warmer clothes.

7. I asked if I could take my medication and they said no. I was taking Adderall four times a day, for many years, and had grown completely dependent on it. Without it, my brain felt foggy, my thoughts were confused, and I had difficulty concentrating. I would never choose to talk to anyone without taking my medication. Talking to anyone without medication just isn't something I would do. I asked them several times for my medication, but they would not let me take it.

8. I told them I did not want to talk at the beginning and repeated this several times later, saying that I was too groggy and didn't want to keep talking.

9. The man told me that it would go well with the judge if I talked. He said that the faster I told him what he needed to know, the faster I would be released by the judge. He repeated this several times throughout the questioning.

10. At various times, the man complained that I was not answering the way he wanted me to, using an aggressive tone. I would say I didn't want to talk right now. But it was fruitless to complain. They just kept asking questions.

11. Sitting on the bed, I fell backward a few times. At one point, I got up to go to the bathroom and almost fell. One of the agents grabbed my arm to help me steady myself.

12.     I remember they had me sign a piece of paper. I understood I had to sign it. I do not remember anyone reading to me from that paper. I do not remember hearing my rights before they started asking questions.

13.     At one point, the man asked for the code to my phone. He said that if I didn't give him the code, the judge would see me as uncooperative and that I wouldn't get bail. So, I gave it to him.

14.     I felt like I had to do what they wanted.

___ /s/ by counsel*_____
LAWRENCE RAY

Dated:          New York, New York
                December __ , 2020


\* Due to the COVID-19 pandemic, counsel was unable to visit Mr. Ray to have him sign this affidavit. Instead, counsel read this affidavit aloud to Lawrence Ray for his review during a telephone call on December 1, 2020, and he confirmed it is accurate. Counsel has also mailed a copy of this affidavit to Mr. Ray for him to sign. Once Mr. Ray has signed the affidavit, counsel will submit the signed version to the Court.

# Exhibit B

# REDACTED

# Exhibit C

# REDACTED

# Exhibit D

# REDACTED

# Exhibit E

# FEDERAL BUREAU OF INVESTIGATION
## ADVICE OF RIGHTS

### LOCATION

Place: ███████████████████  Date: 2/11/20  Time: 0618

### YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during the questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

### CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed _____

### WITNESS

Witness: _DET. WALTER HARKWS_

Witness: _Matt E. Hall_

Time: _0619_

_Kelly Maguire_ SA KELLY MAGUIRE FBI

US_014955