# Exhibit A

# REDACTED

# Exhibit B

# Exhibit C

# REDACTED

# Exhibit D

# REDACTED

# Exhibit E

# REDACTED

# Exhibit F

# REDACTED

# Exhibit G

# REDACTED

# Exhibit H

# REDACTED