USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                               :
:
:
    -v-                                                 :   20-CR-110 (LJL)
:
:   ORDER
:
LAWRENCE RAY,                                           :
:
            Defendant.                                  :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court has received a request from the defense to substitute its brief in support of the motion to suppress evidence seized pursuant to search warrants with a corrected brief. The government shall respond by December 16, 2020 whether it opposes the request.

       SO ORDERED.

Dated: December 16, 2020
       New York, New York
                                             LEWIS J. LIMAN
                                           United States District Judge