

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 16, 2020

**BY ECF**

**MEMO ENDORSEMENT.**
With no objection from the government, the defense's request to file a corrected brief is GRANTED.

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

12/16/20   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   *United States v. Lawrence Ray*, **20 Cr. 110 (LJL)**

Dear Judge Liman:

      The Government writes in response to the Court's order dated December 16, 2020. The Government does not oppose the defendant's request to file a corrected brief. An amended brief is necessary to correct inadvertent misrepresentations in the original brief about the source of certain discovery materials; the original brief mistakenly asserted that certain documents (such as nearly one thousand pages of financial records from the 1990s) were seized in the premises searches that had in fact been collected by other means whose lawfulness the defendant does not presently dispute.[1] The Government and the defense worked together to resolve which citations in the original brief were incorrect and the Government remains available to answer questions from the defense about discovery.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By:   /s/ Danielle R. Sassoon_____
      Danielle R. Sassoon
      Mollie Bracewell
      Lindsey Keenan
      Assistant United States Attorneys
      (212) 637-1115/-2218/(914) 993-1907

---

[1] Based on the Government's initial review, the amended brief now omits reference to these documents, refers to some additional discovery materials not cited in the original brief, and modifies its description of some of the evidence seized in the premises searches.