# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 15, 2021

**ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**GRANTED.**
**Defendant's reply briefs are due by February 5, 2021.**
**A Motion Hearing on the motion to suppress statements is scheduled for February 12, 2021 at 11:00AM. The hearing will proceed by video conference and parties will be provided login information prior to the hearing.** 1/19/2021  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   **United States v. Lawrence Ray**
      **20 Cr. 110 (LJL)**

Dear Judge Liman:

      On December 7, 2020, the defense submitted a motion to suppress Mr. Ray's statements, a motion to suppress information obtained through search warrants, and a motion relating to *Brady*, other disclosures, and bail. The government submitted briefs in response to these three motions on January 8, 2021. The defense briefs in reply are currently due on January 22, 2021. We are writing to respectfully request a two-week extension of this deadline, until February 5, 2021. This is the first request for an extension. Trial is scheduled for July 12, 2021.

      The reason for this request is to provide Mr. Ray adequate time to review the government's briefs in response and collaborate with his defense team with respect to the briefs in reply. All three motions include factual disagreements between the parties which relate to information known by Mr. Ray. Mr. Ray's input is, therefore, essential in drafting the defense reply briefs. With the assistance of the government, Mr. Ray received copies of the government's response briefs just yesterday evening.

      The government consents to a one-week extension. The defense, however, respectfully requests a two-week extension to allow adequate time for meaningful discussion with Mr. Ray during the drafting process. The defense, therefore, respectfully requests that the Court grant an extension until Febraury 5, 2021 for Mr. Ray's reply briefs.

Respectfully submitted,

/s/
Allegra Glashausser
Assistant Federal Defender
(646) 842-2353