# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 21, 2021

**VIA ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

GRANTED.
The Motion Hearing scheduled for February 12, 2021 is
canceled.  The court will hold an in-person hearing when
the Covid-19 protocols permit the Court to do so.

1/21/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   **United States v. Lawrence Ray**
      **20 Cr. 110 (LJL)**

Dear Judge Liman:

We write as defense counsel for Lawrence Ray in response to the Court's January 19, 2021 order granting a two-week extension for the defense to file reply briefs and ordering a videoconference hearing on February 12, 2021 on the motion to suppress Mr. Ray's post-arrest statement. In light of Covid-19, the defense respectfully objects to a remote suppression hearing and requests an in-person hearing at a time when it is safe for all parties. The Government consents to the defense request for an in-person suppression hearing.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Marne L. Lenox

Marne L. Lenox, Esq.
Peggy Cross-Goldenberg, Esq.
Allegra Glashausser, Esq.

*Counsel for Lawrence Ray*

cc:   AUSA Danielle R. Sassoon, Esq.
      AUSA Lindsey Keenan, Esq.
      AUSA Mollie Bracewell, Esq.