UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
               :
UNITED STATES OF AMERICA,               :
               :
         -v-             :         20-CR-110-1 (LJL)
               :
LAWRENCE RAY,               :         <u>ORDER</u>
               :
     Defendant.               :
               :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Government and the defense have each submitted schedules for the Government to file its in limine motion related to evidence regarding the psychological and medical treatment of the alleged victims in this case.  The Court previously has ordered each side to answer questions that the Court has with respect to the motions to suppress by April 12, 2021.  The Court will hold a motion hearing regarding the Defendants' motion to suppress statements on April 28, 2021 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse and will hear argument on the motion to suppress evidence on that same date.  Those dates are firm.  Based on those dates, the following is the schedule for the in limine motion regarding psychiatric and medical evidence:  Government motion due by June 18, 2021; Defense response due by July 2, 2021; Government reply due by July 9, 2021.

      The Clerk of Court is respectfully directed to terminate the letter motions at dkt. #153 and dkt. #155.

      SO ORDERED.

Dated: March 29, 2021
       New York, New York                                   LEWIS J. LIMAN
                                                             United States District Judge