UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

LAWRENCE RAY,

    Defendant.

No. 20 Cr. 110 (LJL)

**ORDER**

WHEREAS, the Court and the parties seek to ensure that Lawrence Ray has meaningful access to review discovery and other case materials while detained by the Bureau of Prisons; and

WHEREAS, the Court seeks to ensure that such discovery access does not jeopardize the security and operational interests of the Bureau of Prisons;

IT IS HEREBY ORDERED that

1. Mr. Ray may have access to an "air-gapped" laptop computer (the "Laptop") that is disabled from accessing the internet, local area networks, or other electronic devices;

2. Upon receipt of an acceptable laptop computer from counsel for Mr. Ray, the Government shall (a) ensure that the laptop is appropriately "air gapped" and compatible with the Bureau of Prisons' security requirements; (b) within 48 hours of completing the task described in 2(a), begin loading the laptop with the non-sensitive discovery in this case, including discovery designated "confidential" by the Government; and (c) deliver the laptop to the proper authorities at the MCC within 48 hours of completing the loading of laptop with the above described discovery;

3. The Laptop shall be password-protected and maintained in a location acceptable

to Bureau of Prisons personnel;

4. Bureau of Prisons personnel will provide Mr. Ray with access to the Laptop each weekday in the law library or attorney conference rooms for at least 15 hours per week;

5. This Order remains in effect until the trial in this matter is completed and a copy of this Order shall be made available to any unit where Mr. Ray is housed;

6. Mr. Ray may use the Laptop for the sole purpose of reviewing discovery and legal materials that relate to his criminal case.  He shall not share the Laptop or the materials loaded onto the Laptop with other inmates or with any attorney not appointed to this case without an order of this Court.  He will not access or attempt to access the internet or any form of wireless communication.  He will forfeit his right under this Order to use the Laptop,  and he may expose himself to criminal prosecution for possessing or distributing a "prohibited object" as that term is defined in 18 U.S.C. § 1791(d) in the future, should he violate any of these understandings.

7. Within forty-eight hours of Mr. Ray's execution of the agreement and the MCC's receipt of the Laptop from the Government, whichever is later, Mr. Ray shall receive access to the Laptop subject to the following conditions:

   a. Mr. Ray will be brought to the law library or attorney conference every weekday for approximately three hours per day, or 15 hours per week;

   b. Mr. Ray shall not have possession of any charging apparatus or cord that connects to the laptop.

Dated:   New York, New York
         March  29 , 2021              SO ORDERED

                                       _____
                                       The Honorable Lewis J. Liman
                                       United States District Court
                                       Southern District of New York