# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 3, 2021

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> The deadline for the defense to file a reply in support of its request for a Bill of Particulars is extended to July 2, 2021.
>
> 6/4/2021   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

**RE:** **United States v. Lawrence Ray**
20 Cr. 110 (LJL)

Honorable Judge Liman:

    We write to request that the Court adjourn the deadline for the defense to file a reply in support of its request for a Bill of Particulars to allow the parties additional time to continue discussing disclosures requested by the defense. The parties have made some progress and expect to make further progress in the coming weeks, potentially narrowing the scope of the issues before the Court. The government does not object to an adjournment of the reply brief deadline.

    Accordingly, we respectfully request that the Court adjourn the deadline for the defense to file a reply in support of its request for a Bill of Particulars to July 2. This will permit the parties time to continue their discussions and still allow for briefing to be completed in advance of the next conference, scheduled for July 16.

    Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/*
Peggy Cross-Goldenberg
Assistant Federal Defenders
(212) 417-8732

cc:    All Counsel (via ECF)