**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 27, 2021

**VIA ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   United States v. Lawrence Ray**
        **20 Cr. 110 (LJL)**

Dear Judge Liman:

On September 13, 2021, the Court directed the parties to confer regarding a scheduled for the disclosure of expert witnesses and to submit an agreed-upon schedule or competing proposals with respect to expert witnesses. We are now writing to submit a schedule, which has been agreed upon by defense counsel for Mr. Ray and the government.

The proposed schedule below includes, for context, dates that have already been set by the Court in standard type. Proposed dates are in italic type.

<u>Proposed Schedule</u>

| | |
|---|---|
| Oct. 22, 2021: | Defense search warrant motion deadline |
| Nov. 12, 2021: | Government response search warrant motion |
| Nov. 15, 2021: | Notice of intent to offer expert of mental condition or advice of counsel defense |
| | *Government expert disclosures* |
| Nov. 19, 2021: | Defense search warrant reply deadline |
| Nov. 25, 2021: | Court closed, Thanksgiving |
| Dec. 2, 2021: | Hearing on search warrant motion |
| *Dec. 6, 2021:* | *Defense Daubert/Rule 702/or other substantive motions related to experts* |
| | *Defense expert disclosures* |

Hon. Lewis J. Liman

| | |
|---|---|
| *Dec. 20, 2021:* | *Government Response (and cross motion related to defense disclosures, including any December 6 disclosures)* |
| Dec. 24, 2021: | Court closed, Christmas Eve |
| Dec. 31, 2021: | Court closed, New Year's Eve |
| *January 3, 2022:* | *Defense Reply relating to experts* |
| *January 7, 2022:* | *Oral argument/evidentiary hearing related to experts* |
| | Motion in limine deadlines (TBD) |
| | Witness list deadline (TBD) |
| | 3500 disclosure deadline (TBD) |
| Jan. 17, 2022: | Government exhibit list produced (three weeks before trial) |
| Jan. 24, 2022: | Government to produce *Giglio* material (two weeks before trial) |
| Feb. 7, 2022: | Trial |

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Marne L. Lenox

Marne L. Lenox, Esq.
Peggy Cross-Goldenberg, Esq.
Allegra Glashausser, Esq.

*Counsel for Lawrence Ray*

cc: AUSA Danielle R. Sassoon, Esq.
AUSA Mollie Bracewell, Esq.
AUSA Lindsey Keenan, Esq.

David Bertan, Esq., Counsel for Isabella Pollok
Jill Shellow, Esq., Counsel for Isabella Pollok
Jacob Barclay Mitchell, Esq., Counsel for Isabella Pollok