UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
:
-v-                                          :        20-CR-110-1 (LJL)
:
LAWRENCE RAY,                                :        ORDER
:
                        Defendant.           :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court received a return of subpoenaed Rule 17 records today with respect to Jane Doe 2 from New York Presbyterian.  The Court will keep the records confidential and will not share them with any party pending the exchange of a privilege log.  The Court also received a letter that certain records could not be provided and that the provider would need a new so-ordered subpoena.  Because the letter states the name of the alleged victim, it is being shared with counsel for Mr. Ray and with the Government with the direction to the Government that it share the letter with counsel for the alleged victim at issue.  However, it is not being publicly filed, pending the receipt of the views of those persons with respect to public filing.

      SO ORDERED.

Dated: October 1, 2021
       New York, New York

                                                            LEWIS J. LIMAN
                                            United States District Judge