UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LAWRENCE RAY,

            Defendant.

20 Cr. 110 (LJL)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance as counsel for Defendant Lawrence Ray in this case.

Dated:    October 12, 2021
            New York, New York

Respectfully submitted,

/s/ Neil P. Kelly
_____
Neil P. Kelly
FEDERAL DEFENDERS OF NEW YORK, INC.
52 Duane Street, 10th Floor
New York, NY 10007
Tel.: (212) 417-8700
Email: neil_kelly@fd.org