UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA,                                 :
                                                          :
              -v-                                         :        20-CR-00110 (LJL)
                                                          :
LAWRENCE RAY,                                             :             ORDER
                                                          :
                        Defendant.                        :
                                                          :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     Counsel for Ray seeks Rule 17(c) subpoenas.  Counsel for the victim objects to the subpoenas and requests argument.  The Court will hear counsel at the hearing scheduled for October 19, 2021 at 10:00AM in Courtroom 15C.

     SO ORDERED.

Dated: October 15, 2021
     New York, New York          _____
                              LEWIS J. LIMAN
                          United States District Judge