UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

LAWRENCE RAY,

    Defendant.

No. 20 Cr. 110 (LJL)

**ORDER**

WHEREAS, the Court and the parties seek to ensure that Lawrence Ray has meaningful access to review discovery and other case materials while detained by the Bureau of Prisons; and

WHEREAS, the Court seeks to ensure that such discovery access does not jeopardize the security and operational interests of the Bureau of Prisons;

IT IS HEREBY ORDERED that

1. Mr. Ray shall immediately have access to the "air-gapped" laptop computer (the "Laptop") that is disabled from accessing the internet, local area networks, or other electronic devices, which had been provided to Mr. Ray while he was housed at the Metropolitan Correctional Center;

2. Mr. Ray shall have access to a USB CD/DVD drive (the "Drive") to plug into the Laptop to review discovery sent to him by the Government on CDs/DVDs;

3. Within forty-eight hours of receipt of the Drive from counsel for Mr. Ray, the Government shall deliver the Drive to the proper authorities at the Bureau of Prisons facility where Mr. Ray is housed;

4. The Laptop shall be password-protected and maintained in a location acceptable to Bureau of Prisons personnel;

5. Bureau of Prisons personnel will provide Mr. Ray with access to the Laptop and

the Drive for at least 15 hours per week;

6. This Order remains in effect until the trial in this matter is completed and a copy of this Order shall be made available to any unit where Mr. Ray is housed;

7. Mr. Ray shall execute an agreement setting forth his understanding that he may use the Laptop and the Drive for the sole purpose of reviewing discovery and legal materials that relate to his criminal case, that he shall not share the Laptop, the Drive, or the materials loaded onto the Laptop with other incarcerated individuals or with any attorney not appointed to this case without an order of this Court, that he will not access or attempt to access the internet or any form of wireless communication, and that he will forfeit his right under this Order to use the Laptop and the Drive, and that he may expose himself to criminal prosecution for possessing or distributing a "prohibited object" as that term is defined in 18 U.S.C. § 1791(d) in the future, should he violate any of these understandings.

8. Mr. Ray shall immediately receive access to the Laptop and the Drive subject to the following conditions:

    a. Mr. Ray will be brought to the law library or attorney visiting room every weekday for approximately three hours per day, or fifteen hours per week;

    b. Mr. Ray shall not have possession of any charging apparatus or cord that connects to the laptop.

Dated:   New York, New York
         October  22, 2021                SO ORDERED

                                          _____
                                          The Honorable Lewis J. Liman
                                          United States District Court
                                          Southern District of New York