```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
:
:                   20-cr-110 (LJL)
:
-v-                                                             :
:                   ORDER
LAWRENCE RAY,                                                      :
:
            Defendant.                                             :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      It is hereby ORDERED that counsel for the government and for Defendant Ray meet and confer regarding the appropriate redactions, if any, that should be made to the Exhibits and Attachments appended to Defendant Ray's letter-motion to suppress evidence, Dkt. No. 239, so that they may be filed on the public docket. Counsel for the government and for Defendant Ray shall jointly file their agreed-upon proposed redactions no later than November 23, 2021.

SO ORDERED.

Dated: November 15, 2021
      New York, New York
                                                   LEWIS J. LIMAN
                                          United States District Judge