# EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2021

**BY EMAIL**
Peggy Cross-Goldenberg, Esq.
Allegra Glashausser, Esq.
Marne Lenox, Esq.

    Re:    *United States v. Lawrence Ray*, S1 20 Cr. 110 (LJL)

Dear Ms. Lenox:

        Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure the Government hereby provides notice that it currently plans to call the following individuals as witnesses at trial: (i) Stephen Flatley, Information Technology Specialist / Forensic Examiner at the Federal Bureau of Investigation (the "FBI"); (ii) Dr. Dawn Hughes, forensic psychologist; (iii) Professional Engineer Andrew Petersohn of dBm Engineering; and (iv) Dr. Richard Pleus, Chief Toxicologist at Intertox, Inc.  In addition, the Government anticipates calling a witness to testify about the review and scheduling of certain transactions documented in bank records and receipts that will be offered as Government exhibits at trial.  The Government intends to introduce this testimony as lay, not expert, testimony.

<u>Stephen Flatley</u>

        Mr. Flatley is a senior forensic examiner at the FBI. He has worked for the FBI as an information technology specialist / forensic examiner since 2005. Mr. Flatley holds a Bachelor of Science in business and computer science from Boston College, and a Master of Science in digital forensics and cyber security from John Jay College of Criminal Justice.  Mr. Flatley is an adjunct professor of computer forensics at Fordham University, and regularly lectures on computer forensics at the FBI field instructor program at the FBI Training Academy in Quantico, Virginia. For approximately 16 years at the FBI, Mr. Flatley has conducted forensic examinations on computer evidence, carried out research and development activities, performed search and seizure operations, and provided expert technical support for cyber and technical cases.  A copy of Mr. Flatley's *curriculum vitae* is attached as Exhibit A.  The Government is also aware of certain prior court cases in which Mr. Flatley testified regarding forensic examinations of digital evidence. Please note that this list is provided as a courtesy and is merely a representative sample, not a comprehensive list, of Mr. Flatley's prior testimony.

- *United States v. Mark Healey*, 11 Cr. 132 (PAE) (S.D.N.Y. 2011)
- *United States v. Calieb Barnes*, 11 Cr. 184 (DLC) (S.D.N.Y. 2014)
- *United States v. Gilberto Valle*, 12 Cr. 847 (PGG) (S.D.N.Y. 2013)
- *United States v. Charles Familetti, Jr.*, 13 Cr. 903 (LAP) (S.D.N.Y. 2015)

- *United States v. Gary Hirst*, 15 Cr. 643 (PKC) (S.D.N.Y. 2016)
- *United States v. Frank DiTomasso*, 14 Cr. 160 (SAS) (S.D.N.Y. 2016)
- *United States v. Mark Stasiv*, 18 Cr. 259 (PKC) (S.D.N.Y. 2018)

The Government expects that Mr. Flatley will testify regarding the analysis of images of laptop computers, external storage drives, and cellphones recovered from the defendant on or about February 11, 2020, and the analysis of images of laptop computers and cellphones recovered from other individuals during the investigation of this case, including the laptop seized on July 22, 2021. Attached as Appendix A is a list identifying the devices about which Mr. Flatley is expected to testify.  Mr. Flatley will explain the procedures for retrieving and analyzing forensic data from such electronic media.  In addition, Mr. Flatley will describe some of the types of retrieval and analysis done in this case. Mr. Flatley's testimony is based on his training, experience, and participation in extracting the devices identified in Appendix A. The Government does not concede that Mr. Flatley's testimony is government by Rules 702, 703, and 705, but provides this notice in an abundance of caution.[1]

Dawn Hughes

Dr. Hughes is a clinical psychologist and a board-certified forensic psychologist, and a leading expert on sexual abuse, interpersonal violence, victimization, and traumatic stress. Dr. Hughes maintains an independent practice in clinical and forensic psychology, is a Clinical Assistant Professor of Psychology in the Department of Psychiatry at Weill Cornell Medical College, served as President of the Women's Mental Health Consortium from 2009 to 2017, and was recently elected as President of the Trauma Division of the American Psychological Association.  She has frequently published, presented, and conducted professional legal and mental health trainings on the topics that will be the subject of her testimony. Dr. Hughes' testimony is based her 25 years of clinical and forensic practice assessing victimization, her trauma-based education and training, and an extensive study of the empirical data and social science literature on sexual assault, interpersonal violence, victimization, coercive control, and trauma. A copy of Dr. Hughes' *curriculum vitae* is attached as Exhibit B.

---

[1] Mr. Flatley is expected to testify about facts relating to forensic image processes and/or searches he conducted and not to offer opinions.  Thus, although this notice is being provided in an abundance of caution, Rule 16(a)(1)(G) does not require expert disclosures under these circumstances.  *See United States v. Marsh*, 568 F. App'x 15, 16-17 (2d Cir. 2014) (summary order) (finding no error in allowing lay, non-expert testimony relating to search of electronic device where witness simply "explained his training," "described" his search, and "testified to the contents of the messages retrieved from the phone"); *United States v. Berry*, 318 F. App'x 569, 569 (9th Cir. 2009) (unpublished opinion) (expert testimony not necessary where witness "simply testified to what he found on the hard drive of [defendant's] computer, without expressing an opinion that required specialized knowledge or offering insight beyond common understanding"); *United States v. Scott-Emuakpor*, No. 99 Cr. 138, 2000 WL 288443, at *12 (W.D. Mich. 2000) ("The question before the Court at this time is not whether these witnesses have the expertise, for example, to develop sophisticated software programs.  The question is whether they have the skill to find out what is on a hard drive or a zip drive.  Apparently, they have this skill because they determined what was on the drives.").

Dr. Hughes is expected to testify about coercive control as a tactic of victimization and a strategy to gain dominance across a spectrum of relationships. Dr. Hughes's testimony is expected to explain how the overarching dynamic of victimization is an abuse of power and control where the harasser or perpetrator engages in self-centered behavior to satisfy his own goals and desires regardless of the needs, wants, and well-being of the target or victim. Threats and the imposition of negative consequences for non-compliance with demands and expectations are the cornerstones of victimization. When threats are paired with actual physical or sexual violence and abuse, the perpetrator demonstrates an ability and a willingness to make good on threats. Thereafter, verbal threats become more salient and powerful, and physical or sexual violence by the perpetrator may not be needed to exert the same level of control over the victims. Dr. Hughes is also expected to testify about the common elements of abuse and coercive control in victimization situations, including the following: actual or threatened physical violence, force, and aggression; sexual assault, abuse, control, and coercion, and sexual degradation; financial and economic control; physical and emotional isolation from preexisting support networks and external influence; use of collateral or damaging or compromising information; exploitation of preexisting psychological, developmental, traumatic, or financial vulnerability; psychological degradation and humiliation; gaslighting; and surveillance techniques limiting privacy and independent thought, and instilling the belief that the leader is omnipresent. The function of all these abusive behaviors is to indoctrinate victims into a belief system that benefits the perpetrator, maintains compliance, creates dependency, assures non-disclosure of abuse, preserves dominance, and creates psychological entrapment and cognitive confusion.

Dr. Hughes has not evaluated any specific victim in this case, and the Government does not presently intend to offer Dr. Hughes's testimony regarding any specific victim.

Andrew Petersohn

Andrew Petersohn is a licensed Professional Engineer and the Principal Engineer at dBm Engineering. Mr. Petersohn holds a Bachelor of Science and Master of Engineering from Lehigh University. Since 1997, Mr. Petersohn has worked as an employee or contractor for multiple cellular service providers including T-Mobile, Verizon, AT&T, Nextel (subsequently purchased by Sprint), and Bell Atlantic. Mr. Petersohn has experience designing and testing cellular networks, including through drive tests and performance analysis tests to determine coverage areas of cell sites. Mr. Petersohn's testimony is based on his education, training, and experience; his review of information about AT&T and Verizon cell sites in Manhattan and New Jersey in or about 2018 and 2019; and review of the geography, topography, and environmental and man-made factors that might affect the functioning of cell sites in Manhattan and New Jersey.

Mr. Petersohn's *curriculum vitae* is attached as Exhibit C. The Government is also aware of certain prior court cases in which Mr. Petersohn testified as an expert in radiofrequency design and cell site analysis. Please note that this list is provided as a courtesy and is merely a representative sample, not a comprehensive list, of Mr. Petersohn's prior testimony.[2]

- *United States v. Shabazz* (D.N.J. 2005)

---

[2] In addition to court testimony, Mr. Petersohn has testified in a large number of municipal hearings, regarding matters such as cell site placement and zoning.

- *New Cingular Wireless (AT&T) v. Zoning Hearing Board of Weisenberg Township et al.*, 06 Civ. 2932 (HSP) (E.D. Pa.)
- *AT&T v. Kutztown* (Berks County Court, Reading, Pennsylvania, May 2012)
- *Skyway Towers LLC v. Myron Tomb Jr.*, No 11611-CD-2015 (Indiana County, PA Court of Common Pleas Feb. 2018)
- *New York v. Lema-Yaucan*, No. 356/2017 (Rockland, NY County Court, May 2019)
- *United States v. Sidney Scales*, 19 Cr. 96 (JSR) (S.D.N.Y. 2021)

The Government expects Mr. Petersohn to testify about cellular network operations, including but not limited to their design, coverage, testing, and performance.  Mr. Petersohn is expected to testify, for example, that: (1) each cellular service provider's networks consists of cell sites, which are designed to provide service to the provider's customers in a given area; (2) providers locate, arrange, and optimize cell sites with the goal of ensuring sufficient geographical coverage and capacity to service all users; (3) to accomplish these goals in densely populated urban environments, service providers place multiple cell sites, each of which is intended to service a relatively small geographical area that typically spans a few city blocks, depending on the surrounding geography and topography, the proximity of nearby sites, and the network layouts for AT&T and Verizon in Manhattan and New Jersey in or about 2018 and 2019; (4) wireless devices (including cellphones) are designed to meet universal industry protocols by which phones connect to the cell site that provides the strongest and clearest signal, which is often (but not always) the nearest site; (5) these protocols are a necessity within the industry because they allow cell networks to reliably, predictably, and efficiently service customers and allow for wireless device inter-operability across different sites, regions, and manufacturers; and (6) analyzing cell site location data obtained from service providers is a reliable way to approximate the geographical area or range within which a wireless device was likely located at the time of the connection to the cell site, including for wireless devices serviced by AT&T and Verizon in Manhattan and New Jersey in or about 2018 and/or 2019.

Mr. Petersohn is also expected to testify about the geographical area or range within which the wireless devices assigned the following call numbers were used on certain dates in 2018 and 2019: ███████-9122, ███████-6344, ███████-6751 (collectively, the "Devices"). The particular dates about which Mr. Petersohn currently is expected to testify, and the Devices used on those dates, are identified in the attached Appendix B.  Mr. Petersohn is preparing draft maps reflecting the geographical area or range within which the Devices were used, and those maps will be produced to you on or before December 15, 2021.  The records about which Mr. Petersohn is expected to testify were produced to you on February 19, 2020, assigned control numbers US_000371 and US_000372.

<u>Richard Pleus</u>

Dr. Pleus is the CEO and Chief Toxicologist at Intertox, Inc., a scientific consulting and research firm.  Dr. Pleus's background is in general toxicology and pharmacology, with expertise in the neurological, endocrinological, respiratory, reproductive, and developmental aspects of those sciences.

Dr. Pleus holds a Ph.D. in environmental toxicology, and a Master of Science in environmental public health from the University of Minnesota.  He served as the U.S. delegate for

the U.S.-Russia Bilateral Presidential Commission on Science and Technology, and leads the U.S. delegation for Environmental Health and Safety to the International Organization for Standardization Technical Committee.  Dr. Pleus has lectured at the University of Minnesota, University of Nebraska, and University of Washington, among other institutions.  Dr. Pleus has published and conducted extensive research on the effects of chemicals on the human body, including metals, nanomaterials, chemical warfare agents, pesticides, pharmaceuticals, chlorinated hydrocarbons, volatile and non-volatile organic compounds, and mycotoxins.  A copy of Dr. Pleus's *curriculum vitae*, and his list of prior testimony is attached as Exhibit D. Please note that this list is provided as a courtesy and is merely a representative sample, not a comprehensive list, of Dr. Pleus's prior testimony. Dr. Pleus's testimony is based on his education and training, his more than 25 years of experience conducting scientific research on toxins, his review of the reference materials identified in Appendix C, and the medical records identified in the attached Appendix D (the "Medical Records").  As Dr. Pleus is expected to testify, the Medical Records were sufficiently standard to form an opinion in this case without physically examining Mr. Ray.

Dr. Pleus is expected to testify about the biomarkers and symptoms that result from human exposure to various toxins, and toxicants, including mercury, estrogen compounds, cleaning fluids, thalium, copper, ricin, cyanide, organophosphates, and arsenic.  Dr. Pleus will describe the ways in which a person might be exposed to such compounds, and the ways in which the duration of exposure and dose would affect the resulting biomarkers and symptoms. Dr. Pleus will also provide background information about the methods and standards used by laboratories to test blood and other biological material for exposure to toxins or toxicants.  Dr. Pleus will testify there are no biomarkers in the Medical Records to indicate Lawrence Ray was exposed to toxins or toxicants – including mercury, estrogen compounds, cleaning fluids, thalium, copper, ricin, cyanide, organophosphates, or arsenic – at doses that would cause the health effects reported by Mr. Ray. Dr. Pleus will further testify about daily, normal environmental factors, such as consumption of certain foods, which could result in elevated blood-mercury levels.  Furthermore, Dr. Pleus will testify about diagnoses and other results reflected in the Medical Records that may have contributed to Mr. Ray's reported neurological effects and alleged nerve damage.  Dr. Pleus's report is attached as Exhibit E.

<u>Demand for Reciprocal Notice and Alibi Notice</u>

In light of your request for the foregoing notice, the Government hereby requests reciprocal notice under Fed. R. Crim. P. 16(b)(1)(C). As ordered by the Court, the defendant's expert notice is due on December 6, 2021. In addition, the Government reiterates its request, first made on February 19, 2020, and repeated with subsequent Government discovery productions, for reciprocal disclosure of any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, which are in the defendant's possession or control, and which the defendant intends to introduce as evidence or otherwise rely on at trial or which were prepared by a witness whom the defendant intends to call at trial.

The Government also reiterates its request that the defendant disclose prior statements of witnesses he will call to testify, including expert witnesses.  *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 225 (1975).  We request that such material be provided on the same basis upon which we agree to supply the defendant with 3500 material relating to Government witnesses.

The Government reserves the right to supplement this notice with notice of additional expert witnesses and/or additional information concerning the witness disclosed herein.


Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/_____
Mollie Bracewell
Lindsey Keenan
Danielle Sassoon
Assistant United States Attorneys
(212) 637- 2218 / 1565 / 1115

# Appendix A

Stephen Flatley
Appendix A

| Device | 1B Number | Cart Number | Description | Date Produced |
|--------|-----------|-------------|-------------|---------------|
| 1 | 1B6 | N/A | Desktop Storage (just a computer Monitor) Non-viable | |
| 2 | 1B7 | N/A | Apple Laptop Serial# W89260YN7XJ Non-viable | |
| 3 | 1B8 | N/A | Apple Laptop Serial# C02FQSZSDH2G Non-viable | |
| 4 | 1B12 | NYC028008 | Asus laptop | 5/21/2020 Production #6 |
| 5 | 1B17 | NYC028010 | Acer Laptop | 5/21/2020 Production #6 |
| 6 | 1B28 | NYC028002 | Silver Maxtor Hard Drive | 5/21/2020 Production #6 |
| 7 | 1B29 | NYC028004 | Black Ultra Hard Drive | 5/21/2020 Production #6 |
| 8 | 1B35 | N/A | LG cell Phone/charger Phone would not charger/turn on Non-viable | |
| 9 | 1B36 | NYC027944 | HD Omen Desktop PC | 5/21/2020 Production #6 |
| 10 | 1B37 | N/A | 3 thumb drives Non-viable | |
| 11 | 1B38 | | Various hard drives NYC027992 NYC027991 NYC027993 NYC027994 NYC027990 | 5/21/2020 Production #6 |
| 12 | 1B41 | | Apple Tablet Serial DLXR262RGMW4 On Brute Force/Grey Key | |
| 13 | 1B42 | NYC028041 | Motorola Flip phone | 7/1/2020 Production #9 |
| 14 | 1B43 | NYC028006 | Cracked iphone with case | 7/1/2020 Production #9 |
| 15 | 1B44 | NYC027937 | Pink iPhone On Brute Force/Grey Key | |
| 16 | 1B45 | N/A | Seized as "small camera" Non-viable | |
| 17 | 1B47 | NYC027938 | Black iphone in black case | 4/21/2020 Production #5 |
| 18 | 1B48 | NYC027939 | White iphone in clear case | 4/21/2020 Production #5 |
| 19 | 1B51 | NYC027945 | Apple Macbook Pro Non-viable | 5/21/2020 Production #6 |
| 20 | 1B52 | | 1B52-1 (NYC028014) 1B52-2 (NYC028013) | 5/21/2020 Production #6 |
| 21 | 1B54 | | 1B54-1 iphone 4 (NYC028056) Brute Force 1B54-2 White ipod (NYC028055) 1B54-3 Grey ipod (NYC028054) | 7/1/2020 Production #9 (1B54-6, -7, -8, -9) 7/21/2020 |

Stephen Flatley
Appendix A

| Device | 1B Number | Cart Number | Description | Date Produced |
|---|---|---|---|---|
| | | | 1B54-4 Silver Ipod (NYC028053)<br>1B54-5 Blk HTC phone (NYC028057) Non-viable 1<br>B54-6 Blk HTC Phone (NYC028048)<br>1B54-7 Blk LG phone (NYC) 028051<br>1B54-8 Purple LG phone (NYC0028046)<br>1B54-9 Blk LG phone (NYC028049) | Production #10 (1B54-4) |
| 22 | 1B55 | | 1B55-1 Blk iphone in case (NYC028044) Non-viable<br>1B55-2 Blk & silver Samsung phone (NYC028043) | 7/1/2020 Production #9 (1B55-2) |
| 23 | 1B59 | | 1B59-1 Silver Gtech Hard Drive (NYC028012)<br>1B59-2 Silver WD Hard Drive (NYC028011)<br>(2) SD cards and (1) thumb drive small media | 5/21/2020 Production #6 & 6/9/2020 - Production #8 |
| 24 | 1B63 | | 1B63-1 Sprint Galaxy white (NYC028052) Non-viable<br>1B63-2 HTC Boost mobile blk (NYC028047)<br>1B63-3 Apple iPhone silver (NYC028045) Non-viable<br>1B63-4 Verizon LG blk (NYC028050) | 7/1/20202 Production #9 (1B63-4) & 7/21/2020 Production #10 (1B63-2) |
| 25 | 1B64 | | 1B64-1 Toshiba (NYC027987)<br>1B64-2 Toshiba (NYC027988)<br>1B64-3 WD Scorpio (NYC027986)<br>1B64-4 Seagate (NYC027985)<br>1B64-5 Toshiba (NYC027984)<br>1B64-6 Seagate (NYC027983)<br>1B64-7 Seagate (NYC027989) | 5/21/2020 Production #6 |
| 26 | 1B70 | NYC027940 | iPhone in pink case | 4/21/2020 Production #5 |
| 27 | 1B84 | NYC030290 | Lawrence Ray laptop | 8/26/2021 Production #28 |

# Appendix B

Andrew Petersohn
Appendix B

| Date | Device | | | | |
|------|--------|---|---|---|---|
| January 8, 2018 | ███ -6751 | | | | |
| January 9, 2018 | ███ -6751; ███ -6344 | | | | |
| January 10, 2018 | ███ 6751 | | | | |
| January 11, 2018 | (███ -6751; ███ -6344 | | | | |
| January 12, 2018 | ███ -6751 | | | | |
| January 16, 2018 | ███ -6751 | | | | |
| January 17, 2018 | (███ -6751; (███ 6344 | | | | |
| January 20, 2018 | (███ -6751; ███ -6344 | | | | |
| January 21, 2018 | (███ -6751 | | | | |
| January 24, 2018 | (███ -6751 | | | | |
| January 25, 2018 | ███ -6751; ███ -6344 | | | | |
| January 26, 2018 | ███ -6751 | | | | |
| January 29, 2018 | ███ -6751 | | | | |
| January 30, 2018 | (███ -6751; (███ -6344 | | | | |
| January 31, 2018 | ███ -6751 | | | | |
| February 11, 2018 | ███ -6751 | | | | |
| February 12, 2018 | ███ -6751; ███ -6344 | | | | |
| August 14, 2018 | ███ -6751; ███ -6344; ███ -9122 | | | | |
| August 23, 2018 | ███ -6751; ███ -6344; ███ -9122 | | | | |
| September 13, 2018 | ███ -6751; ███ -6344; ███ -9122 | | | | |
| September 24, 2018 | ███ -6751; ███ -6344; ███ -9122 | | | | |
| October 8, 2018 | ███ -6751; | | | | |
| October 9, 2018 | ███ -6751; ███ -6344 | | | | |
| October 10, 2018 | ███ -6751 | | | | |
| October 14, 2018 | ███ -6751; | | | | |
| October 15, 2018 | ███ -6751; ███ -6344; ███ -9122 | | | | |
| October 16, 2018 | ███ -6751; ███ -6344; ███ -9122 | | | | |
| November 22, 2018 | ███ -6344; ███ -9122 | | | | |

# Appendix C

ACGIH. 2001a. Mercury, All Forms Except Alkyl. In: *Documentation of the TLVs and BEIs*. American Conference of Governmental Industrial Hygienists.

ACGIH. 2001b. Mercury, Alkyl Compounds. In: *Documentation of the TLVs and BEIs*. American Conference of Governmental Industrial Hygienists.

ACGIH. 2012. TLVs and BEIs Based on the Documentation of the Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices. American Conference of Governmental Industrial Hygienists. Accessed October 24, 2021 at http://www.nsc.org/facultyportal/Documents/fih-6e-appendix-b.pdf.

ACGIH. 2017. 2017 TLVs and BEIs Based on the Documentation of the Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices. American Conference of Governmental Industrial Hygienists. Cincinnati, OH.

Ahlmark A. 1948. Poisoning by methyl mercury compounds. *Br J Ind Med*. 5(3): 117–119.

ARUP Laboratories. 2021. Lead, Blood (venous). ARUP Laboratories. Accessed November 4, 2021 at https://ltd.aruplab.com/Tests/Pub/0020098.

ARUP Laboratories, 2021. Mercury, Urine. ARUP Laboratories. Accessed November 4, 2021 at https://ltd.aruplab.com/Tests/Pub/0025050.

ARUP Laboratories. 2021. Mercury, Whole Blood. ARUP Laboratories. Accessed October 26, 2021 at https://ltd.aruplab.com/Tests/Pub/0099305.

ARUP Laboratories. 2021. Thallium, Urine. ARUP Laboratories. Accessed November 4, 2021 at https://ltd.aruplab.com/Tests/Pub/0025019.

ATSDR. 1999. Toxicological Profile for Mercury. Agency for Toxic Substances and Disease Registry. Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service. Accessed October 24, 2021 at https://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=115&tid=24.

Barregård L, Sällsten G, Schütz A, Attewell R, Skerfving S, Järvholm B. 1992. Kinetics of mercury in blood and urine after brief occupational exposure. Arch Environ Health. 47(3):176-84.

Carrier G, Bouchard M, Brunet RC, Caza M. 2001. A toxicokinetic model for predicting the tissue distribution and elimination of organic and inorganic mercury following exposure to methyl mercury in animals and humans. II. Application and validation of the model in humans. Toxicol Appl Pharmacol. 171(1):50-60.

CDC. 2016. Biomonitoring Summary: Mercury. National Biomonitoring Program, Centers for Disease Control. Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service. Accessed October 24, 2021 at https://www.cdc.gov/biomonitoring/Mercury_BiomonitoringSummary.html.

Drugs.com. 2021. Adderall dosage. Drugsite Trust. Accessed on October 24, 2021 at https://www.drugs.com/dosage/adderall.html

Jonsson F, Sandborgh-Englund G, Johanson G. 1999. A compartmental model for the kinetics of mercury vapor in humans. Toxicol Appl Pharmacol. 155(2):161-8.

Karimi R, Silbernagel S, Fisher NS, Meliker JR. 2014. Elevated blood Hg at recommended seafood consumption rates in adult seafood consumers. Int J Hyg Environ Health.

217(7):758-64.

Magos L. 2003. Neurotoxic character of thimerosal and the allometric extrapolation of adult clearance half-time to infants. J Appl Toxicol. 23(4):263-9.

Mahaffey KR, Clickner RP, Bodurow CC. 2004. Blood organic mercury and dietary mercury intake: National Health and Nutrition Examination Survey, 1999 and 2000. Environ Health Perspect. 112(5):562-70.

Mikalsen SM, Bjørke-Monsen AL, Flaten TP, Whist JE, Aaseth J. 2019. Cadmium, lead and mercury in Norwegian obese patients before and 12 months after bariatric surgery. J Trace Elem Med Biol. Jul;54:150-155.

Mortensen ME, Caudill SP, Caldwell KL, Ward CD, Jones RL. 2014. Total and methyl mercury in whole blood measured for the first time in the U.S. population: NHANES 2011-2012. Environ Res. 134:257-64.

Nuttall KL. 2004. Interpreting mercury in blood and urine of individual patients. Ann Clin Lab Sci. 2004 Summer;34(3):235-50.

Quest Diagnostics. 2021. Arsenic, Blood. Quest Diagnostics Incorporated. Accessed on November 4, 2021 at https://testdirectory.questdiagnostics.com/test/test-detail/269/arsenic-blood?p=r&q=arsenic&cc=MASTER.

Quest Diagnostics. 2021. FAQ, Lyme Disease Testing. Quest Diagnostics Incorporated. Accessed on November 4, 2021 at https://www.questdiagnostics.com/healthcare-professionals/clinical-education-center/faq/faq224.

Quest Diagnostics. 2021. FAQ, Mercury. Quest Diagnostics Incorporated. Accessed on October 24, 2021 at https://www.questdiagnostics.com/healthcare-professionals/clinical-education-center/faq/faq45.

Quest Diagnostics. 2021. Lead (Venous). Quest Diagnostics Incorporated. Accessed on November 4, 2021 at https://testdirectory.questdiagnostics.com/test/test-detail/599/lead-venous?p=r&q=lead&cc=MASTER.

Quest Diagnostics. 2021. Lyme Disease Antibodies (IgG, IgM), Immunoblot. Quest Diagnostics Incorporated. Accessed on November 4, 2021 at https://testdirectory.questdiagnostics.com/test/test-detail/8593/lyme-disease-antibodies-igg-igm-immunoblot?p=r&q=lyme%20disease,%20EIA&cc=MASTER.

Quest Diagnostics. 2021. Mercury, Blood. Quest Diagnostics Incorporated. Accessed on October 24, 2021 at https://testdirectory.questdiagnostics.com/test/test-detail/636/mercury-blood?cc=MASTER.

Roels HA, Boeckx M, Ceulemans E, Lauwerys RR. 1991. Urinary excretion of mercury after occupational exposure to mercury vapour and influence of the chelating agent meso-2,3-dimercaptosuccinic acid (DMSA). Br J Ind Med. 48(4):247-53.

Sällsten G, Barregård L, Schütz A. 1993. Decrease in mercury concentration in blood after long term exposure: a kinetic study of chloralkali workers. Br J Ind Med. 50(9):814-21.

Sandborgh-Englund G, Elinder CG, Johanson G, Lind B, Skare I, Ekstrand J. 1998. The absorption, blood levels, and excretion of mercury after a single dose of mercury vapor in humans. Toxicol Appl Pharmacol. 150(1):146-53.

Siemens. 2021. epoc Blood Analysis System. Siemens Medical Solutions USA, Inc.

Accessed October 24, 2021 at https://www.siemens-healthineers.com/blood-gas/blood-gas-systems/epoc-blood-analysis-system.

Smith JC, Allen PV, Turner MD, Most B, Fisher HL, Hall LL. 1994. The kinetics of intravenously administered methyl mercury in man. Toxicol Appl Pharmacol. 128(2):251-6.

Smith JC, Farris FF. 1996. Methyl mercury pharmacokinetics in man: a reevaluation. Toxicol Appl Pharmacol. 137(2):245-52.

WHO. 2008. Guidance for Identifying Populations at Risk from Mercury Exposure. World Health Organization, Geneva, Switzerland. August. Accessed October 24, 2021 at http://www.who.int/foodsafety/publications/chem/mercuryexposure.pdf.

# Appendix D

Richard Pleus, PhD, MS
Appendix D

| File Name | Control No. Start | Control No. End |
|---|---|---|
| 2016.07.07 NYP Production_Redacted.pdf | US_090730 | US_090815 |
| 2016.07.14 NYPres Statement.pdf | US_090816 | US_090818 |
| 2016.07.25 Mount Sinai production_Redacted.pdf | US_090819 | US_090918 |
| 2017.08.31 Mount Sinai lab work.pdf | US_091316 | US_091323 |
| 2017.08.31 Mount Sinai records 2_Redacted.pdf | US_091324 | US_091348 |
| 2017.08.31 Mount Sinai records_Redacted.pdf | US_091349 | US_091365 |
| Complete Neurological Care Dr Patel records_Redacted.pdf | US_091367 | US_091432 |
| Continuity_of_Care_Record_(CCR) LVR NYP Cornell DiTommaso Assault 18Sep2015.pdf | GOOGLE_000143655 | GOOGLE_000143655 |
| GOOGLE_000143389.pdf | GOOGLE_000143389 | GOOGLE_000143389 |
| GOOGLE_000143390.pdf | GOOGLE_000143390 | GOOGLE_000143390 |
| GOOGLE_000143391.pdf | GOOGLE_000143391 | GOOGLE_000143391 |
| GOOGLE_000143392.pdf | GOOGLE_000143392 | GOOGLE_000143392 |
| GOOGLE_000143393.pdf | GOOGLE_000143393 | GOOGLE_000143393 |
| GOOGLE_000143394.pdf | GOOGLE_000143394 | GOOGLE_000143394 |
| GOOGLE_000143395.pdf | GOOGLE_000143395 | GOOGLE_000143395 |
| GOOGLE_000143396.pdf | GOOGLE_000143396 | GOOGLE_000143396 |
| GOOGLE_000143397.pdf | GOOGLE_000143397 | GOOGLE_000143397 |
| GOOGLE_000143398.pdf | GOOGLE_000143398 | GOOGLE_000143398 |
| GOOGLE_000143399.doc | GOOGLE_000143399 | GOOGLE_000143399 |
| GOOGLE_000143639.eml | GOOGLE_000143639 | GOOGLE_000143639 |
| GOOGLE_000144202.pdf | GOOGLE_000144202 | GOOGLE_000144202 |
| GOOGLE_000144935.eml | GOOGLE_000144935 | GOOGLE_000144935 |
| Lawrence Ray Columbia Medical.pdf | US_015366 | US_015666 |
| LVR - Neurology - Patel - Lab Results04Aug2014.pdf | GOOGLE_000144948 | GOOGLE_000144948 |
| LVR EEG Report 31July2014.pdf | GOOGLE_000144947 | GOOGLE_000144947 |
| LVR EMG and NCV Report 04Sept2014.pdf | GOOGLE_000144946 | GOOGLE_000144946 |
| LVR EMG and NCV Report 29Jan2016.pdf | GOOGLE_000144945 | GOOGLE_000144945 |
| LVR EMG and NCV Report 31July2014.pdf | GOOGLE_000144944 | GOOGLE_000144944 |
| LVR MRI Brain w and w-o 11Jan2016.png | GOOGLE_000144937 | GOOGLE_000144937 |
| LVR NC FastMed Visit 15Aug2013.pdf | GOOGLE_000143654 | GOOGLE_000143654 |
| LVR NC Fastmed Visit 16Aug2013.pdf | GOOGLE_000143653 | GOOGLE_000143653 |
| LVR NC Fastmed Visit 18Aug2013.pdf | GOOGLE_000143652 | GOOGLE_000143652 |
| LVR NC Fastmed Visit 21Aug2013.pdf | GOOGLE_000143651 | GOOGLE_000143651 |
| LVR NC Fastmed Visit 26Sept2013.pdf | GOOGLE_000143650 | GOOGLE_000143650 |
| LVR Patel MRI Brain Report 05Aug2014.png | GOOGLE_000144936 | GOOGLE_000144936 |
| LVR Patel MRI Brain w and w-o Report 03Nov2014.pdf | GOOGLE_000144942 | GOOGLE_000144942 |
| LVR VNG Report 04Sept2014.pdf | GOOGLE_000144941 | GOOGLE_000144941 |
| PrintChart [BOP prod 17].pdf | US_088152 | US_088300 |
| Ray, Lawrence.pdf | US_015667 | US_015753 |

# Exhibit A

**Stephen R. Flatley**
**Page 1 of 5**

CURRICULUM VITAE
FBI Expert Witness



### *Stephen R. Flatley*

Federal Bureau of Investigation
Computer Analysis Response Team
26 Federal Plaza
New York, NY 10278
PHONE: 212-384-4838
FAX: 212-384-1334

## PROFESSIONAL EXPERIENCE

May 2005 - present     **Computer Forensic Examiner**
New York Field Office
Federal Bureau of Investigation
New York, New York

As a forensic computer examiner in a laboratory, examine physical evidence under a documented quality assurance program that includes annual proficiency testing, technical/peer and administrative reviews and adherence to standard operating procedures.

Conduct forensic examinations on digital evidence and perform search and seizure operations.

Jan 2001– May 2005     **Senior Technical Consultant**
Viecore, Inc.
1111 MacArthur Blvd.
Mahwah, NJ

Duties included programming in many different computer languages, data base administration, quality assurance management and project management. Applications mainly focused on Integrated Voice Response systems (IVR), web applications, and on-line banking.

July 1997 – Jan 2001     **Programmer**
Erisco, Inc.
Union, NJ

Maintained and coded systems to build Facets product using Perl (Both NT and UNIX platforms). Served as PVCS administrator for entire Facets product. Designated build team leader after making significant improvements to build process.

April 1992 – July 1997     **Senior Environmental Health Specialist**
Bergen County Health Department
Paramus, NJ

Conducted environmental investigations/inspections and hazardous materials emergency response. Coordinated enforcement efforts with NJ State Department of Environmental Protection. Designed and implemented entire database system utilized by Environmental Division. Designed subsequent database system for Dental Health Division upon request of Department Director.

**Stephen R. Flatley**
**Page 2 of 5**

EDUCATION
_____

| | |
|---|---|
| Jan 2015 – Dec 2019 | **John Jay College of Criminal Justice**<br>New York, NY<br>Masters in Digital Forensics and Cyber Security |
| Sept 1996 – June 1998 | **The Chubb Institute**<br>Parsippany, NJ<br>Diploma in Computer Programming |
| Sept 1982 – May 1986 | **Boston College**<br>Chestnut Hill, MA<br>Bachelor of Science in Business and Computer Science |

FORENSIC EXAMINATION / TESTIMONY EXPERIENCE
_____

Analyzed over 1000 pieces of computer media in support of over 300 cases since 2005.  Participated in the execution of over 200 search warrants/search and seizure operations, and field examinations.  Examinations have supported expert testimony in Federal Court, Southern District of NY and Eastern District of NY.

PROFESSIONAL TRAINING
_____

| | |
|---|---|
| Sept 2005 | *Network + Certification,*  Northwest  Regional Computer Forensic Laboratory, Portland, OR (5 days) |
| Oct 2005 | *Basic Data Recovery and Analysis.*  Intermountain West Regional Computer Forensic Laboratory, Salt Lake City, UT (5 days) |
| Nov 2005 | FTK Boot Camp, Access Data, Hamilton, NJ. (3 days) |
| Jan 2006 | *A+ Certification,* Intermountain West Regional Computer Forensic Laboratory, Salt Lake City, UT (10 days) |
| Feb 2006 | *Advanced Windows Forensics,* Rocky Mountain Regional Computer Forensic Laboratory, Centennial, CO (3 days) |
| April 2006 | *Basic Windows Certification Training Practicals,* Justice Training Facility, Fredericksburg, VA (5 days) |
| Feb 2007 | Microsoft Advanced Forensics, Rocky Mountain RCFL, Denver, CO (5 days) |
| June 2007 | Instructor Development Course, San Diego RCFL,  San Diego, CA (5 days) |
| Aug 2007 | RAID, FBI BWI office, Linthicum, MD (4 days) |
| Oct 2007 | CART DES administrator, FBI BWI office, Linthicum, MD (3 days) |
| Dec 2007 | Cell Phone/ PDA Analysis, San Diego RCFL, San Diego, CA (4 days) |
| Jan 2008 | Access Data Internet Forensics, Rocky Mountain RCFL, Denver, CO (3 days) |
| Feb 2008 | Encase Intermediate Forensics, FBI Tampa Division, Tampa, FL (4 days) |
| Jan 2009 | Microsoft Windows Vista Advanced System Forensics, Chicago, IL (3 days) |

**Stephen R. Flatley**
**Page 3 of 5**

| | |
|---|---|
| Feb 2009 | Cellebrite/Secureview Cell Phone Forensics, Salt Lake City, UT (4 days) |
| April 2009 | Forward Discovery Macintosh Forensics, Menlo Park, CA (5 days) |
| May 2009 | .XRY Mobile Phone Examination, Kansas City, MO (2 days) |
| March 2010 | EnCase Internet Processing, Chicago, IL (3 days) |
| March 2010 | Virtual Forensics for Linux, Denver, CO (5 days) |
| August 2010 | Live Capture, Baltimore, MD (3 days) |
| December 2010 | Forensic Tool Kit 3, Dallas, TX (3 days) |
| March 2011 | Advanced FTK Lab, Baltimore, MD (3 days) |
| June 2011 | Linux Command Line, Stafford, VA (3 days) |
| April 2012 | Windows 7 Artifacts, FBI BWI office, Linthicum, MD (3 days) |
| September 2012 | FTK III for Mac, San Diego RCFL, San Diego, CA (3 days) |
| May 2014 | Blacklight, NYPD Academy, New York, NY (2 days) |
| May 2014 | OS Artifacts, FBI BWI office, Linthicum, MD (3 days) |
| May 2016 | International Association of Computer Investigative Specialist (IACIS) Windows Forensic Examiner, Orlando, FL (4 days) |
| March 2018 | Cellebrite Certified Operator & Cellebrite Certified Physical Analyst, Austin, TX (5 days) |
| April 2018 | Macintosh Forensics, Black Bag, San Diego, CA (5 days) |
| March 2019 | BERLA Vehicle Forensics, BERLA, Annapolis, MD (5 days) |

## CERTIFICATIONS & AWARDS

| | |
|---|---|
| February 2006 | A+ Certification - CompTIA |
| September 2006 | Net+ Certification – CompTIA |
| October 2006 | FBI CART Basic Wintel Forensic Examiner – Federal Bureau of Investigation |
| June 2007 | FBI Certified Instructor – Federal Bureau of Investigation |
| December 2007 | PDA/Cell Phone Forensic Examiner – Federal Bureau of Investigation |
| February 2008 | EnCase Certification – Federal Bureau of Investigation |
| April 2009 | Macintosh Forensic Examiner – Federal Bureau of Investigation |
| August 2010 | Senior Forensic Examiner – Federal Bureau of Investigation |

## PRESENTATIONS

| | |
|---|---|
| September 2006 | FBI CART Moot Court Training, Phoenix, AZ |

**Stephen R. Flatley**
**Page 4 of 5**

| | |
|---|---|
| August 2008 | FBI CART Senior Moot Court Training, San Diego, CA |
| October 2008 | Instructor, ImageScan training, Bergen County Prosecutor's Office, Paramus, NJ |
| June 2009 | Instructor, ImageScan training, NYPD Computer Crimes Unit, NY, NY |
| July 2009 | Instructor, ImageScan training, NYPD Computer Crimes Unit, NY, NY |
| April 2010 | Infraguard Computer Forensics Show, NY, NY |
| August 2010 | Session Chair, International Conference on Cyber Security, Fordham University, NY, NY |
| August 2010 | Instructor, ImageScan training, NY, NY |
| January 2012 | Speaker, International Conference on Cyber Security, Fordham University, NY, NY |
| August 2013 | Speaker, International Conference on Cyber Security, Fordham University, NY, NY |
| January 2015 | Speaker, International Conference on Cyber Security, Fordham University, NY, NY |
| June 2015 | Instructor, DExT Practicals Class, Stafford, VA |
| January 2016 | Instructor, DExT Practicals Class, Stafford, VA |
| August 2016 | Speaker, International Conference on Cyber Security, Fordham University, NY, NY |
| August 2016 | Instructor, DExT Practicals Class, Stafford, VA |
| October 2016 | Instructor, DExT Practicals Class, Stafford, VA |
| March 2017 | Instructor, DExT Practicals Class, Stafford, VA |
| August 2017 | Instructor, DExT Practicals Class, Stafford, VA |
| January 2018 | Speaker, International Conference on Cyber Security, Fordham University, NY, NY |
| March 2018 | Instructor, Digital Investigations for Prosecutors and Judges, Accra, Ghana |
| September 2018 | Instructor, Digital Evidence and Moot Court, Accra, Ghana |
| July 2018 | Instructor, DExT Practicals Class, Linthicum, MD |
| October 2018 | Instructor, Digital Forensic Examiner I Class, Stafford, VA |
| March 2019 | Instructor, DExT Practicals Class, Linthicum, MD |
| June 2019 | Instructor, Digital Forensic Examiner OS Class, Stafford, VA |
| June 2019 | Instructor, Mobile Forensics and Bitcoin, Accra, Ghana |
| November 2019 | Instructor, Digital Investigations for Prosecutors, Cairo, Egypt |
| August 2020 | FBI CART Moot Court Training, Williamsburg, VA |
| March 2021 | Instructor, DExT Practicals Class, Linthicum, MD |
| May 2021 | FBI CART Moot Court Training, Orlando, FL |

**Stephen R. Flatley**
**Page 5 of 5**

| | |
|---|---|
| June 2021 | Instructor, Incident Response and Acquisition Analysis Class, Stafford, VA |
| July 2021 | Instructor, DExT Practicals Class, Stafford, VA |
| November 2021 | FBI CART Moot Court Training, Tampa, FL |

# Exhibit B

Curriculum Vitae
# Dawn M. Hughes, Ph.D. ABPP
2019

## PROFESSIONAL ADDRESS

274 Madison Avenue - Suite 604
New York, New York 10016
Tel:     (212) 481-7044
Fax:     (212) 481-7045
Web:   www.drdawnhughes.com
Email: hughes@drdawnhughes.com

## EDUCATION

1996            Doctor of Philosophy in Clinical Psychology
                Nova Southeastern University, Fort Lauderdale, FL

1992            Master of Science in Clinical Psychology
                Nova Southeastern University, Fort Lauderdale, FL

1988            Bachelor of Arts in Psychology
                Hamilton College, Clinton, NY

## PROFESSIONAL TRAINING

9/96 - 9/97     *Postdoctoral Fellow - Research Associate in Psychiatry*
                Weill Cornell Medical College - New York Presbyterian Hospital
                Anxiety and Traumatic Stress Program - Payne Whitney Clinic
                New York, NY

6/94 - 6/95     *Predoctoral Intern*
                Yale University School of Medicine - Department of Psychiatry
                Substance Abuse Treatment Unit and West Haven Mental Health Clinic New
                Haven, CT

## CURRENT POSITIONS

1998 - Present     *Independent Practice in Clinical and Forensic Psychology*
                   Specialization in Traumatic Stress, Interpersonal Violence and
                   Anxiety Disorders

2010 - Present     *Clinical Assistant Professor of Psychology in Psychiatry*
                   Weill Cornell Medical College - New York Presbyterian Hospital
                   New York, NY

## LICENSURE & BOARD CERTIFICATION

1997   New York Licensed Psychologist
2005   Board Certification in Forensic Psychology - American Board of Professional Psychology
2015   Connecticut Licensed Psychologist
2015   North Carolina Licensed Psychologist

## PROFESSIONAL AFFILIATIONS

American Psychological Association (APA)
      American Psychology and Law Society
      Division of Trauma Psychology
      Psychologists in Independent Practice
      Society for the Psychology of Women
New York State Psychological Association (NYSPA)
American Board of Professional Psychology (ABPP)
Fellow – American Academy of Forensic Psychology (AAFP)
International Society for Traumatic Stress Studies (ISTSS)
Anxiety Disorders Association of America (ADAA)
Women's Mental Health Consortium (WMHC)
International Society for the Study of Trauma and Dissociation (ISSTD)

## PROFESSIONAL ACTIVITIES

American Psychological Association (APA)
      *Council of Representatives* – Division of Trauma Psychology – 2018-present
      *Member-at-Large* – Division of Trauma Psychology – 2013-2014
      *Leadership Institute for Women in Psychology* – 2011-2012
      *Awards Chair* - Division of Trauma Psychology – 2010-2012
      *Convention Program Co-Chair* – Division of Trauma Psychology 2008-2010

Women's Mental Health Consortium
      President 2009-2017
      Membership Chair 2007-2009

International Society for Traumatic Stress Studies (ISTSS)
      Program Committee 2001

## CLINICAL EXPERIENCE

| | | |
|---|---|---|
| 1/97 - 9/97 | *Clinical Diagnostic Interviewer* | |
| | Rockefeller University-Laboratory of Human Neurogenetics, NY, NY | |
| 9/92 - 8/93 | *Psychology Extern* | |
| | Veterans' Administration Outpatient Clinic, Oakland Park, FL | |
| 9/91 - 8/92 | *Psychology Extern* | |
| | Family Violence Program, Nova University, Fort Lauderdale, FL | |
| 9/90 - 6/91 | *Psychology Trainee* | |
| | Nova University Community Mental Health Center, Lauderhill, FL | |
| 5/91 - 11/91 | *Crisis Clinician* | |
| | Nova University Crisis Services, Fort Lauderdale, FL | |
| 5/89 - 7/90 | *Legal Services Assistant* | |
| | The Legal Aid Society - Federal Defenders Services Unit, New York, NY | |

| 5/88 - 5/89 | *Substance Abuse Counselor* |
| | Narco Freedom, Bronx, NY |

| 10/87 - 5/88 | *Field Study Intern* |
| | Central New York Psychiatric Center, Marcy, NY |

## TEACHING EXPERIENCE

| 2002 -  2010 | *Clinical Instructor of Psychology in Psychiatry* |
| | Weill Cornell Medical College, New York, NY |
| | New York Presbyterian Hospital - Payne Whitney Clinic |

| 1998 -  2000 | *Consultant: Professional Development, Education and Training* |
| | Victim Services, New York, NY |

| 9/92 - 12/92 | *Teaching Assistant* |
| 9/93 - 12/93 | Nova Southeastern University, Fort Lauderdale, FL |
| | <u>Courses</u>: Advanced Research Design and Intermediate Statistics |

## RESEARCH EXPERIENCE

| 5/92 - 5/94 | *Research Coordinator* |
| | Sexual Abuse Survivors Program |
| | Nova University Community Mental Health Center, Fort Lauderdale, FL |

| 9/91 - 5/94 | *Research and Statistical Consultant* |
| | Nova University - Fort Lauderdale, FL |

## PUBLICATIONS

Tardiff K. and Hughes, D.M. (2011).  Structured and clinical assessment of risk of violence.  In Drogin et al. (Eds.) *Handbook of Forensic Assessment: Psychiatric and Psychological Perspectives*, John Wiley & Sons, Inc., New Jersey

Hughes, D.M. & Cloitre, M. (1999).  Rape and sexual assault among adult women.  In K. Tardiff (Ed.).  *Medical Management of the Violent Patient,* Marcel Dekker, Inc., New York

Gold, S.N., Hughes, D.M. & Swingle, J.  (1999). Degrees of memory of childhood sexual abuse among women survivors in therapy.  *Journal of Family Violence, 14,* 35-46.

Gold, S.N., Elhai, J., Lucenko, B.A., Swingle, J.M., & Hughes, D.M.  (1998).   Abuse characteristics among childhood sexual abuse survivors in therapy: A gender comparison. *Child Abuse and Neglect, 22*, 1005-1012.

Hughes, D.M. (1996).  Memory for childhood sexual abuse: Prevalence and relationship to abuse characteristics and psychological effects.  Doctoral dissertation.

Gold, S.N., Hughes, D.M. & Swingle, J. (1996).  Characteristics of childhood sexual abuse among female survivors in therapy.  *Child Abuse and Neglect, 20*, 323-335.

Gold, S.N., Hughes, D.M. & Hohnecker, L. (1994).  Degrees of repression of sexual abuse memories.  *American Psychologist, 49*, 441-442.

## PROFESSIONAL PRESENTATIONS

Hughes, D.M. and Rocchio, L.M. (August 2014).  *Essentials of Forensic Assessment of Trauma in Criminal and Civil Matters.*  Presentation at the 122nd Annual Convention of the American Psychological Association, Washington, D.C.

Hughes, D.M. (November 2013).  *It Matters: The Developmental Lifespan of the Trauma Therapist.* Symposium presentation at the 30th Annual Meeting of the International Society for the Study of Trauma and Dissociation, Baltimore, MD

Hughes, D.M. (November 2011).  *Conceptualization of Complex Trauma and PTSD in Forensic Matters.* Panel presentation at the 27th Annual Meeting of the International Society of Traumatic Stress Studies, Baltimore, MD

Hughes, D.M. (August 2011).  *Assessment of Complex Trauma in a Forensic Setting.* Presentation at the 119th Annual Convention of the American Psychological Association, Washington, D.C.

Hughes, D.M. (June 2011).  *What Every Psychologist Needs to Know About Trauma.*  Workshop presentation at the New York State Psychological Association Annual Conference, New York, NY

Hughes, D.M. (March 2011).  *Vicarious Traumatization in Forensic Practice: Why Does It Matter?* Presentation at the American Psychology and Law Annual Conference, Miami, FL

Hughes, D.M. and Rocchio, L.M. (November 2010).  *Forensic Assessment of Psychological Trauma and PTSD.*  Workshop presented at the 26th Annual Meeting of the International Society of Traumatic Stress Studies, Montreal, Canada

Hughes, D.M. (August 2010).  *Ethical Dilemmas and Professional Considerations for Working with the Adult Survivor of Sexual Abuse:  Forensic Psychology.*  Presentation at the 118th Annual Convention of the American Psychological Association, San Diego, CA

Hughes, D.M., Courtois, C., Walker, L.E., and Vasquez, M. (August 2009).  *Trauma treatment in independent practice: Principles and resources.*  Workshop presented at the 117th Annual Convention of the American Psychological Association, Toronto, Canada

Hughes, D.M. (August 2008).  *Difficulties and dilemmas when dissociation is present in forensic cases.* Presentation at the 116th Annual Convention of the American Psychological Association, Boston, MA

Hughes, D.M. (November 2007).  *Forensic issues in the assessment of trauma.*  International Society for Trauma and Dissociation 24th Annual Conference, Philadelphia, PA

Hughes, D.M. (November 2000).  Multi-method approach to assessment in forensic evaluations.  In A. Pratt (Chair) *Forensic assessment and testimony: Psychological trauma.* A workshop presentation at the 16th Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, TX.

Hughes, D.M. (August 1999).  *Training in interpersonal violence: The next generation.*  Presentation at the American Psychological Association Annual Convention, Boston, MA.

Gold, S.N., Hughes, D.M. & Swingle, J. (November 2000).  *Memory for childhood sexual abuse: A matter of semantics.*  Panel presentation at the16[th] Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, TX.

Hughes, D.M. & Gold, S.N.  (November 1997).  *Memory for childhood sexual abuse and adult symptomatology.*  Poster session presented at the 13th Annual Meeting of the International Society for Traumatic Stress Studies, Montreal, Canada.

Hughes, D.M., Cloitre, M., Hand, R., Klein, C., Herwitz, J., Bleiberg, K. & Pessier, J.  (November 1997).  Role functioning impairment in CSA-related PTSD.  In D.M. Hughes (Chair), *Role functioning impairment among women with childhood sexual abuse related PTSD.*  Symposium presentation at the 13th Annual Meeting of the International Society for Traumatic Stress Studies, Montreal, Canada.

Cloitre, M., Hughes, D.M. & Hand, R.  (November 1997).  A two-phase treatment for CSA-related PTSD: Rationale and preliminary results.  In D.M. Hughes (Chair), *Role functioning impairment among women with childhood sexual abuse related PTSD.*  Symposium presentation at the 13th Annual Meeting of the International Society for Traumatic Stress Studies, Montreal, Canada.

Klein, C., Hughes, D.M. & Cloitre, M.  *Ethnocultural considerations in the assessment of PTSD in survivors of sexual assault. (*November 1997).  Poster presentation at the Annual Meeting of the Association for the Advancement of Behavioral Therapy, Miami, FL.

Gold, S.N., Hughes, D.M. & Swingle, J. (July 1995).  *Degrees of memory of childhood sexual abuse among female survivors in therapy.*  Paper presented at the 4th International Family Violence Research Conference, Durham, NH.

Stear, C.A., Gold, S.N., & Hughes, D.M. (November 1994).  *Family of origin atmosphere of sexual abuse survivors, distressed, and non-clinical families.*  Paper presented at the Illinois Psychological Association Annual Convention, Chicago, IL.

Gold, S.N., Williamson, C. & Hughes, D.M. (March 1994*). Male sexual abuse survivors: Integrating empirical and clinical findings.*  Paper presented at the Mid-Winter Convention of APA Divisions 29, 42, & 43.

Hughes, D.M., Bramson, J., Galper, L., Gelpi, H., Rubenstein, F & Dutton, M.A. (June 1992).  *Training in the context of relationships: A model for the family violence clinician.* Paper presented at the First World Congress of the International Society for Traumatic Stress Studies, Amsterdam, The Netherlands.

## INVITED ADDRESSES

Hughes D.M. (June 8, 2018).  *Trauma and the Courtroom.*  Alumni College Speaker.  Hamilton College, Clinton, NY

Hughes, D.M. (February 2, 2018). *Domestic Violence 2018: Survivors as Defendants, Respondents, and Parole or Clemency Applicants.*  Practicing Law Institute, New York, NY

Hughes, D.M., & Rocchio, L.M.  (August 6, 2016).  *Forensic work with trauma populations.* APA Division 56 – Trauma Psychology suite presentation at the American Psychological Association Annual Convention.  Denver, CO

Hughes, D.M., Courtois, C., & Brown, L. (August 5, 2016).  *Establishing a clinical practice in trauma psychology.*  APA Division 56 – Trauma Psychology suite presentation at the American Psychological Association Annual Convention.  Denver, CO

Hughes, D.M. (September 16, 2015 and October 7, 2015).  *Interpersonal Violence, Trauma, and the Courtroom in Understanding the Ties that Bind: Judicial Responses to Domestic and Sexual Violence.*  Judicial Training -New York Unified Court System - Domestic Violence Task Force.  White Plains and Rochester, New York.

Dutton, M.A. and Hughes, D.M. (April 13, 2015).  *Expert Witness Testimony in Cases Involving Domestic Violence.*  Webinar conducted for the National Clearinghouse for the Defense of Battered Women.

Hughes, D.M. (September 2012).  *The Relationship Matters: Maximizing Success.* Presentation to attorneys at Outten and Golden, LLP.  New York, NY

Hughes, D.M. (June and August 2012).  *Promoting Healthy Relationships: Living Without Violence and Abuse.*  Training presented to the United States Army National Guard. Fort Hamilton, NY

Hughes, D.M. (July 2011).  *Remaining Civil with the Uncivil.*  College of Labor and Employment Lawyers.  EEOC.  New York, NY

Hughes, D.M. (March 2011).  *The Victim of Interpersonal Violence and the Courtroom.*  Judicial Commission on Women in the Courts invited Continuing Legal Education seminar.  Brooklyn, NY

Hughes, D.M. (November 2010).  *The Use of Psychological Experts in Cases of Domestic Violence.*  Invited Continuing Legal Education seminar presented at the Kings County Criminal Bar Association, Brooklyn, NY

Hughes, D.M. (July 2010).  *Ethics and Risk Management in the Practice of Psychotherapy.*  Invited presentation at the Women's Mental Health Consortium Quarterly Meeting, New York, NY

Hughes, D.M. (2009).  *The victim of interpersonal violence and the courtroom: Strategies for understanding.*  Manhattan Integrated Domestic Violence Courts Continuing Legal Education Seminar (February 2009); Appellate Division Fundamental Training Series (May 2009 and January 2010); Queens County Family Court Continuing Legal Education Seminar (June 2009).

Hughes, D.M. (March 2008). *Collision course of children's wishes, best interests, and domestic violence.* Invited presentation and the Twelfth Annual Conference on Domestic Violence. Fordham Law School, New York, NY

Hughes, D.M. (March 2007). The *inconvenient truths of domestic violence.* Invited address at the Eleventh Annual Conference on Domestic Violence. Fordham Law School, New York, NY

Hughes, D.M. (June 2006). *Issues and dilemmas in interpersonal violence.* Invited presentation at STEPS to End Family Violence. New York, NY.

Hughes, D.M. (December 2001). *Relevance of domestic violence in the courtroom: Expert testimony in a duress case.* Chairperson of a mock trial continuing education seminar at the 17th Annual Meeting of the International Society of Traumatic Stress Studies, New Orleans, LA.

Hughes, D.M. (September 2001). *Psychological assessment in the aftermath of the World Trade Center disaster.* Emergency meeting of the New York Chapter of the International Society of Traumatic Stress Studies. New York, NY.

Hughes, D.M. (April 2001). Moving beyond domestic violence 101: Challenges and solutions. Invited presentation in J. Pearl and S. Herman (Chairs), *Violence and the Family: Current legal and mental health perspectives.* Association of the Bar of the City of New York, New York, NY.

Hughes, D.M. (June 2000). Psychological testing in forensic evaluations. Invited presentation in symposium, M. Dowd (Chair) *Psychological evidence in pleas negotiations and sentencing.* Association of the Bar of the City of New York, New York, NY.

# Exhibit C

# Andrew Marshall Petersohn, P.E.

PO Box 165
Fairview Village, PA 19409
(610) 304-2024
Andrew@dBmEng.com

## Education:

**Lehigh University**, Bethlehem, PA
Master of Engineering, Electrical Engineering, May 2005
Bachelor of Science, Electrical Engineering, May 1999

## Professional Associations:

**Registered Professional Engineer**
Pennsylvania License number 073239
Maryland License number 32840
Delaware License number 14438
Virginia License number 042672
New York License number 084382
New Jersey License number GE49376
Florida License number 84819

**Member of the National Society of Professional Engineers**
**Member of the Pennsylvania Society of Professional Engineers**

## Related Experience:

**Principal Engineer**, dBm Engineering, P.C., Fairview Village, PA
January 2006 – Present
**Senior Engineer II**, Wireless Facilities Incorporated, King of Prussia, PA
January 2004 – January 2006
**Radio Frequency Engineer**, Nextel Communications, Bensalem, PA
October 2001 – January 2004
**Wireless Consultant,** Millennium Engineering, P.C., Conshohocken, PA
May 2001 – October 2001
**Member of Technical Staff,** Wireless Microsystems, Reading, PA
June 2000 – May 2001
**Systems Engineer,** Raytheon N&MIS, Portsmouth, RI
July 1999 – June 2000
**Radio Frequency Design Co-Op,** Verizon Wireless, Plymouth Meeting, PA
October 1997 – April, 1999

**PO Box 165**
**Fairview Village, PA 19409**
**info@dBmEng.com**
**Phone: 610.304.2024**
**Fax: 610.584.5387**



# Exhibit D



# Curriculum Vitae of Richard C. Pleus, PhD, MS

## FIELDS OF EXPERTISE

*General Toxicology, Pharmacology, Toxicological Risk Assessment*: Neurological; Endocrinological; Respiratory; Reproductive; Developmental; Aerospace Toxicology

## EDUCATION

Postdoctoral training, University of Nebraska Medical Center, 1992, Neuropharmacology

Ph.D., University of Minnesota, 1991, Environmental Toxicology. Research conducted in the Department of Pharmacology. Dissertation title: Neurobehavioral assessment in offspring of the influence of maternal hypoxia and hypercapnia induced by injection of methadone in pregnant rats

M.S., University of Minnesota, 1983, Environmental Health

B.S., Michigan State University, 1977, Physiology, Honors Graduate

## CURRENT AND PREVIOUS POSITIONS

**Founder and Managing Director**, Intertox, Inc., Seattle, WA (1995 – present)

**Co-Founder**, Intertox Decision Sciences, Inc., Seattle, WA (2009– 2015)

**Adjunct Associate Professor**, University of Nebraska Medical Center, Department of Pharmacology, Omaha, NE (1999 – 2014)

**Adjunct Associate Professor**, University of Nebraska, Center for Environmental Toxicology, Omaha, NE (2002 – 2012)

**President**, Environmental Toxicology International, Inc., Seattle, WA (1993 – 1995)

**Vice President**, Marketing & Communications, Environmental Toxicology International, Inc., Seattle, WA (1993)

**Senior Toxicologist**, Environmental Toxicology International, Inc., Seattle, WA (1992 – 1993)

**Community Faculty**, Minnesota State University, St. Paul, MN (1989 – 1996; taught courses in physiological psychology and psychopharmacology)

**Research Associate**, Department of Pharmacology, College of Medicine, University of Nebraska Medical Center, Omaha, NE (1989 – 1992)

**Instructor**, General College, University of Minnesota, Minneapolis, MN (1985 – 1989)

**Research Assistant**, Department of Pharmacology, Medical School, University of Minnesota, Minneapolis, MN (1985 – 1989)

**Instructor**, Lowthian College, Minneapolis, MN (1983 – 1985)

**Instructor**, Department of Continuing Education and Extension, University of Minnesota, Minneapolis, MN (1979 – 1983; taught courses on toxicology of cosmetic products and physiological factors contributing to accident susceptibility



## SELECT PROJECT EXPERIENCE

**AEROSPACE**

- Member of the aerospace medical team conducting a Root Cause Corrective Action (RCCA) for the US Navy (NavAir) for Physiologic Episodes (PE) for aircrew of the F/A-18A, F/A-18G and T-45. As one of two toxicologists on the team, reviewed possible chemical exposures to pilots and their potential contribution to PEs. The exposure route of concern was inhalation. Respiratory and neurologic systems were critical organ systems of evaluation.

- Led the Intertox team in toxicological assessments for above wing employees (e.g., aircrew) for two airlines. Evaluated laboratory data, as well as designed and conducted testing of uniforms for over 400 chemicals. The exposure route was absorption via the skin or by inhalation. Respiratory and skin were critical organ systems of evaluation.

- Conducted a toxicological assessment of data from the Bleed Air Extraction and Sampling System (BAESS) in a joint experiment with the US Air Force, NASA, and the Boeing Company. This system simulated the ventilation of commercial aircraft. Jet oil was injected into the engine of a USAF C-17 Globemaster III, and samples of air were pulled from ports along the length of the ventilation system. Assessed over 45 chemicals at a sample location comparable to where aircrew and passengers would be exposed. The exposure route was inhalation, and the health assessment of interest was the respiratory and neurological systems.

- Conducted a toxicity assessment of a composite for passenger aircraft and of laboratory testing data for certification of a new passenger aircraft. The toxicological assessment evaluated short term (acute) toxic hazards of gaseous combustion products relating to human survivability in an aircraft cabin fire. The assessment was conducted using US Federal Aviation Agency report DOT/FAA/AR-95 guidance and submitted to an international authority.

- Conducted an exposure assessment of airborne nanoparticles to aerospace workers. Nano-sized particles are thought be released from sanding or grinding of composite materials containing carbon nanotubules. Exposure routes were absorption via skin, inhalation, or ingestion. The evaluation focused on health effects of the respiratory system.

- Conducted over 45 toxicological assessments of human exposure to the combustion of jet oil and hydraulic fluid in commercial aircraft. Chemicals evaluated were a group of organophosphates that included tricresyl phosphate isomers, tributyl phosphate; and by-products of combustion. The triggering events were foul odors. The exposure route was inhalation, and the health assessment of interest was for the respiratory and neurological systems.

**AIR**

- Designed and monitored a developmental study for airborne cellulose insulation treated with boron (e.g., boric acid). Pregnant rats were administered four doses during gestation. The results of the experiment produced a NOAEL that can be used to develop acceptable exposures for women workers or women residing in environments where cellulose insulation is used as insulation or acoustic attenuation. The exposure route was inhalation, and the health assessment of interest was reproductive and fetal developmental effects.

- Conducted toxicological assessment for clean-up of lead and arsenic contaminated soil from smelter operating in the 1900s. Conducted historical toxicological research on articles and records dating back to the 1700s. Assessed what was known and when regarding the toxicology of lead (Pb) and arsenic (As) for all body systems and all exposure pathways for both human and ecological endpoints.

- Assessed human health risk from gases released from a landfill. Triggering events for residents were from foul odors. Laboratory data was obtained and carbon disulfide, formaldehyde, and



hydrogen sulfide were identified as the chemicals being released. Route of exposure was inhalation. Cancer and non-cancer endpoints were assessed, with a focus on nervous system for non-cancer effects.

- Conducted a toxicological assessment for human exposure to chloroform and hydrogen sulfide. These chemicals were released as gases from the wastewater treatment system of a pulp and paper mill. Exposures to residents were via inhalation. Cancer and non-cancer effects were assessed with non-cancer effects focused on the respiratory and neurological systems.

- Assessed adverse health consequences to an off-site neighborhood resident from an accidental release of chlorine gas from a manufacturing plant. Exposure was via inhalation. Toxicological assessment was focused on the respiratory system. Assessed cancer and non-cancer endpoints.

- Assessed human health risks related to emissions from a composting facility to nearby community. Followed US EPA guidelines for the assessment. Triggering events were foul odors releases. Exposure was via inhalation. Developed a monitoring program to measure 23 reduced sulfurs, volatile organic compounds, and ammonia. Toxicological assessment consisted of all organ systems, with eventual focus on nervous system. Assessed non-cancer endpoints.

- Conducted toxicological evaluation of sewer gases and their impact to community health. Evaluated over 60 chemicals produced from degradation of plant, animal, and human wastes. All organ systems were evaluated with focus eventual focus on risk from adverse effects to the nervous system. The exposure to these gases was via inhalation.

- Conducted over 30 human and ecological health risk assessments of cement kilns. Chemicals of concern included metals (including As, Cu, Cr, Cd, Zn, Pb, Hg, Ni, Zn), dioxins, furans, and polyaromatic hydrocarbons (PAHs), nitrogen oxides, sulfur oxides, and many other EPA-identified hazardous air pollutants. Depending on the case, assessments focused on specific endpoints, such as neuroanatomical effects, and on vulnerable subpopulations, such as the developing fetuses of local pregnant women. Assessments included review of laboratory data, review of toxicological and medical literature, and review of medical records. Considered routes of exposure included direct exposure from inhalation and multipathway exposures from oral and dermal exposures. US EPA guidelines for assessments were used. Cancer, non-cancer, and ecological endpoints were assessed.

- Conducted a toxicological assessment to residents living nearby a lead smelting and refining operation. Chemicals of concern were lead and arsenic. Considered multipathway exposure, but eventually focused on inhalation and ingestion as major routes. Evaluation consisted of assessing laboratory data, review of the toxicological literature, and included information derived from government agencies. US EPA guidelines were used as a basis for the evaluation. All body systems were evaluated.

- Evaluated a risk assessment for carcinogenic polycyclic aromatic hydrocarbons for a coal burning power plant. Focus was eventually narrowed to assessing a system of toxic equivalency factors based on non-validated assumptions. US EPA guidelines were used as a basis of the assessment. Exposures were considered multipathway. Cancer and non-cancer endpoints were assessed.

- Conducted human health risk assessment from emissions of a thermoplastic extrusion plant. Assessed laboratory data, air dispersion modeling, and calculated estimates of hazards for acute exposures to residents living near the facility. Used US EPA guidelines as a basis for the evaluation. Chemicals evaluated included acrolein, 1,3-butadiene, 4-vinylcyclohexane, styrene, and triphenylphosphate. The exposure was via inhalation. Cancer and non-cancer endpoints for all body systems were considered.



- Assessed human health risk of workers in a facility that was being built to decommission chemical warfare agents. Evaluated human acute exposures to sarin and mustard gases. Route of exposure was inhalation. Compared and contrasted reported health effects from acute exposures to health effects reported to those published in the toxicological literature. Thirteen non-cancer endpoints, with a focus on the nervous system, were assessed.

- Evaluated human health risks to residents living near an accidental chemical release and subsequent fire from rail cars filled with chlorine and methyl mercaptan. Route of exposure was via inhalation of parent chemical agents and work included assessing the human health risk from byproducts of pyrolysis. Non-cancer endpoints were assessed.

- Evaluated human health risks from exposure to stack emissions from a proposed fluidized bed incinerator. Air dispersion monitoring was used to estimate air concentrations at critical receptors at nearby neighborhoods. Followed US EPA guidelines for the assessment. Toxicological assessment was conducted for metals (As, Cr, Cd, Pb, Hg, Ni), dioxins, furans, polyaromatic cyclic hydrocarbons, nitrogen oxides, sulfur oxides, and other US EPA identified hazardous air pollutants. Reviewed potential effects for all body systems for cancer and non-cancer endpoints. The results of this toxicological assessment was presented to the community.

- Conducted a review of a state's proposal for biological monitoring of residents and their pets residing in a town that built and operates a hazardous waste incinerator. Followed US EPA guidelines for the assessment. Assessed the reliability and accuracy of bio-monitoring parameters relative to chemicals of potential concern. Exposure route was inhalation. Non-cancer endpoints assessed.

- Conducted toxicological assessment of multiple emission sources within an industrial park in the Bahamas to nearby residents. Oil terminals, pharmaceutical plants, power plants, and chemical plants operated in the park. Conducted extensive emissions inventories and source evaluation surveys to gather data to assess individual contributions and cumulative effects of emissions. Toxicological assessment consisted of all organ systems. Cancer and non-cancer endpoints were assessed.

- Conducted multiple human health risk assessments for a number of different facilities in a US state. Facilities included a newly designed bus manufacturing plant and several beet processing plants. These were the first air screening risk assessments conducted by this state. Conducted toxicological review of nearly a 100 chemicals, including metals (As, Cr, Cu, Cd, Pb, Hg, Ni, Zn) emitted from each facility. Assessed oral, dermal and inhalation routes of exposures through multipathway analysis. Cancer and non-cancer endpoints were evaluated.

- Reviewed multipathway human health risk assessment for a medical waste facility for the 173 acre Chris Hani Baragwanath Academic Hospital, in Soweto, South Africa. Chemicals evaluated included metals (As, Cr, Cu, Cd, Pb, Hg, Ni, Zn), dioxin, furans and polycyclic aromatic hydrocarbons. Exposure was evaluated for residents living nearby. Cancer and non-cancer endpoints were assessed.

- Conducted human health risk assessments for emissions from several coal-fired electric generating stations in Texas, Illinois, Massachusetts, Michigan, and Washington. Followed US EPA and pertinent state guidelines for the assessments. The evaluations included metals (As, Cr, Cd, Pb, Hg, Ni), dioxins, and furans, and polyaromatic hydrocarbons, which became newly reportable under the US EPA's Toxic Release Inventory (TRI) program. Toxicological assessment was conducted for other additional metals. Exposure was via inhalation. For some facilities, potential risks through oral, inhalation, and dermal pathways were assessed. Evaluated all organ systems for cancer, non-cancer, and ecological endpoints.



- Conducted a toxicological assessment of human health risks from lead deposited in agricultural soil. Lead was released from the operation of a steel manufacturing plant. Assessment used the US EPA Uptake/Biokinetic Model for Lead to evaluate human exposure. Environmental fate was followed through the food chain from soil to human food sources. A review of the literature was conducted. Route of exposure was primarily ingestion. Non-cancer endpoints were assessed with the focus on nervous system risks.

## POLICY AND LEGISLATION

- Briefed Costa Rican governmental and private representatives on the principles that underlie the toxicological assessment of nanotechnology. Included in the briefing were the Minister of Science and Technology, the Vice minister of Science and Technology, President of Instituto Tecnológico de Costa Rica, and the Vice president of Research at the Instituto Tecnológico de Costa Rica.

- Participated in technical discussions with several members of the European Parliament, in Brussels, Belgium, on developing appropriate scientifically based regulations to prevent adverse health effects from burning hazardous waste in cement kilns.

- Participated in technical discussions with South African governmental and private industry representatives on land, water, and air legislation, and the benefits of science and risk-based environmental legislation.

## PHARMACEUTICALS

- Conducted numerous toxicological assessments for ethanol as an agent of interest in legal proceedings. Tasks included reviewing case documents and testimony for relevant information regarding potential ethanol exposure, developing physiologically-based pharmacokinetic models to scientifically estimate the potential degree of alcohol intoxication during relevant events, and drafting expert reports or providing testimony based upon the above analysis.

- Provided a toxicological assessment for over 30 toxicological assessments related to the testing and evaluation of biologic tissue (e.g., urine, hair, serum) samples for concerns of drug exposure, including ethanol, methamphetamine, benzoylecgonine, phencyclidine, nortriptyline, and amphetamine. Tasks included evaluations of test results for indications of adulterants or dilution, assessing methodological techniques, and determining the toxicological impacts and the signs and symptoms that might be associated with the levels of drugs detected. Routes of exposure where inhalation and ingestion. Research also focused on genetic determinants of nervous system affects, although other endpoints were included.

- Conducted numerous toxicological assessments for opiate and opioid narcotic analgesic agents as a possible cause of death. Assessments included analyzing laboratory data, medical records, and medical literature analyses. Routes of exposure was ingestion. Toxicological assessment focused on the neurological system that included respiratory and psychological effects.

- Conducted a toxicological assessment for an antibiotic agent as a possible cause of death. Assessments included analyzing laboratory data, medical records, and medical literature analyses. Toxicological assessment focused on numerous body organs.

## PRODUCT SAFETY

- Conducted product safety assessments of bacteria for human health safety. Specific organisms are used in preserving fruit, de-nitrification of surface water, and improving water quality in swimming pools. Conducted microbiological risk assessments for human health effects as well as providing scientific documents to international governmental authorities.



- Conducted product safety assessment for laser printing device. Assessed the materials used in the cutting process and the fumes from the process of cutting. Evaluated the emissions related to possible human health effects for acute and chronic exposures.

- Conducted a scientific assessment for fungus for a toy distributed to the US, Europe and Asia. Laboratory tests were conducted, biological assessment was conducted, and an approach to possible disposal was developed to address possible disposal options. Assisted in developing forensic analysis to determine the cause of the mold. Evaluated acute and subchronic exposures from contact with skin and breathing spores.

- Conducted toxicological assessment for consumer-used ink products for Japanese manufacturer. Assessed human health risk using American Society for Testing and Materials (ASTM) standards. Over 50 chemicals were evaluated for various oral, dermal, and inhalation routes of exposure. Toxicological assessment for all body systems, and included cancer and non-cancer endpoints.

- Conducted a toxicological assessment of human exposure to chemicals found in a cell-phone and its packaging. Employees were exposed to unknown chemicals and subsequently reported acute health effects. Developed a testing program to determine chemicals of potential concern. Identified a number of solvents and assessed toxicological effects from exposure via inhalation and dermal contact. Developed a forensic program to evaluate source. Acute non-cancer endpoints evaluated.

- Conducted a toxicological assessment to human health from several volatile organic compounds, silane, and siloxane released from weather treating products. Route of exposure was inhalation and population of concern included children. Non-cancer endpoints were assessed and focused on the nervous and respiratory systems.

- Conducted a toxicological assessment of multiple chemical cleaning solutions and carbon monoxide on reproductive effects. Exposure to pregnant woman occurred while visiting a commercial art store. Exposure was via inhalation. Toxicological assessment focused on reproductive and neurological systems. Research also focused on genetic determinants of nervous system affects.

- Conducted human and ecological risk assessment of ethylene vinyl alcohol, a chemical used to make shipping packaging "peanuts." Reviewed laboratory data, the toxicological literature, and the use and fate of the material as a consumer product. Endpoints of evaluation were human and ecological receptors. US EPA guidelines were used as a basis of the evaluation. For human exposure, cancer and non-cancer endpoints were assessed.

- Conducted a toxicological assessment of a consumer product, an ink-pen barrel which was constructed of pressed recycled rubber-tire. Reviewed laboratory data and conducted a review of the toxicological literature. Used US EPA risk assessment guidelines as a basis for assessment. Chemicals evaluated included metals (As, Cr, Cd, Pb, Hg, Ni) and organic hydrocarbons. Cancer and non-cancer endpoints for all body systems were considered.

- Prepared a human health risk assessment of occupational exposures to cellulose insulation. Conducted a review of the toxicological literature of paper dust, wood dust, and chemicals found in newsprint. Assessed the exposure from inhalation to paper and wood dusts. Evaluated cancer and non-cancer endpoints.

- Conducted toxicological, human, and ecological risk assessment of a variety of herbicides used by WA State's Department of Transportation for use on state roadways. Assessed human and ecological health risk associated with roadside vegetation management practice. Multipathway exposures were conducted and included the evaluation of sensitive human and ecological populations. Cancer and non-cancer endpoints were assessed.



- Conducted toxicological assessment of a consumer-related use of a product for cleaning outdoor camping equipment. The chemicals evaluated were ethylenediaminetetraacetic acid (EDTA), sodium hydroxide, nonylphenol polyethylene glycol ether, and dipropylene glycol monomethyl ether. The concern was the adverse impact of these chemicals on the non-cancer endpoints of the nervous system, particularly the eye.

- Conducted a toxicological assessment of fog-oil released from a military training facility. Fog-oil is used as a chemical obscurant in training exercises. Fog-oil migrated off-base into residential neighborhoods. Benzene and a number of other volatile organic compounds were evaluated toxicologically via inhalation exposure. Evaluation focused on cancer and non-cancer hematological effects.

- Conducted toxicological assessment on human health risks from of cellulose insulation containing ammonium sulfate-based flame retardant. Exposure was via inhalation. Developed a single-compartment, first-order model to describe the environmental fate and transport of ammonia in a residential setting. Used US EPA guidelines for the evaluation. Cancer and non-cancer endpoints were considered. Also, the production of foul odor was evaluated.

- Conducted toxicological evaluation of boron (B)-containing pesticide. All organ systems were evaluated. Exposures were ingestion, dermal, and via inhalation. Conducted exposure assessment with a university laboratory as a part of the assessment. Eventually focused on the reproductive effects of boron pesticide. All information was forwarded to the State of California for review and assessment of the data. Cancer and non-cancer endpoints were considered.

**WORKPLACE**

- Developed medical monitoring protocol for governmental client. The chemical of concern was mercury, including the various species of inorganic and organic mercury. The key objective of the Mercury Medical Monitoring Program was to protect employees who may be exposed to elemental or organic mercury (Hg) during maintenance, construction, and remediation tasks. Cancer and non-cancer endpoints were considered.

- Assessed several cases where employees were suspected of using recreational drugs. We reviewed drug testing data and performed physiologically based pharmacokinetic (PBPK) modeling when needed. The cases involved different families of drugs including opiates, ethanol, and cannabinoids. Most exposure routes were oral and included injection and inhalation.

- Assessed risk to human health of workers exposed to chemicals from the re-entrainment of exhaust air in a pharmaceutical research laboratory. Exposure was via inhalation. Odors were detected and were the triggering event at the workplace. Chemicals were identified and estimated concentrations calculated. Toxicological assessment included all body systems, with eventual focus on reproductive and nervous systems. Non-cancer endpoints assessed.

- Assessed health effects of a worker exposed to fumes asphalt roofing and solvent-based and latex paints. Exposures were via inhalation and dermal routes. Numerous non-cancer endpoints were assessed.

- Conducted toxicological assessment for workers exposed to trichloroethylene (TCE). Conducted evaluation of the literature and laboratory data from the facility. TCE was used extensively in the facility as a degreaser and all routes of exposure were assessed. However, assessment eventually focused on risks for the development of neurobehavioral effects to offspring of women exposed to TCE from ingestion of drinking water as that was deemed the most sensitive endpoint. Evaluated the use of medical monitoring for this population.



- Conducted a toxicological assessment to human health from exposure to perchloroethylene (PCE, or tetrachloroethylene) from contaminated ground water. Evaluated ingestion and dermal contact with water and inhalation of volatiles during showering or bathing. Toxicological assessment included general toxicology and focused on the nervous system.

- Conducted toxicological evaluation of a worker to exposure to beryllium (Be) and polonium (Po) dust and residue. Evaluated exposures via inhalation, dermal, and to a lesser degree oral from dust. Cancer and non-cancer endpoints assessed.

- Conducted toxicological assessments related to the waste from production of plutonium (Pu) at the Hanford Reservation in eastern Washington, for the US DOE site contractor. We conducted toxicological assessments for chemicals present in underground storage tanks, including metals and organic compounds. This included developing Temporary Emergency Exposure Limits (TEELs) and other toxicity guidelines for worker exposure that were peer reviewed by Argonne National Laboratories, evaluating exposures to workers related to potential accident scenarios, and developing computer visualization tools to assist workers with understanding the significance of detected chemical concentrations.

**SOIL**

- Conducted field research on workers in wood treatment facilities to copper chromium arsenate (CCA), formerly used as a wood preservative. Airborne exposures to hexavalent chromium (Cr VI) and arsenic (As) were of primary focus. Data was submitted to US EPA. New technique for detecting lower quantities was developed. Route of exposure was primarily via inhalation. Cancer and non-cancer endpoints were assessed.

- Conducted a comprehensive risk assessment addressing human health risks related to dioxins and polyaromatic hydrocarbons (PAHs) in soil at a wood treating facility listed by US EPA as a Superfund site. Followed US EPA guidelines for the assessment. Exposure assessment was multipathway and included exposures to workers and residents living near the facility. Conducted a probabilistic risk assessment to characterize uncertainty and variability in worker exposures and identify parameters contributing most significantly to uncertainty in risk estimates. Developed site-specific parameter distributions, and characterized current scientific knowledge of the bioavailability of dioxins and PAHs in soil. Work was submitted to US EPA. Cancer and non-cancer endpoints assessed.

- Conducted human and ecological risk assessment from the effects copper slag leachates. Reviewed laboratory data, conducted toxicological literature review on human and ecological receptors. Evaluated arsenic (As), copper (Cu), cadmium (Cd), and zinc (Zn). US EPA and Washington state guidelines were used as basis for this assessment. For human exposures, cancer and non-cancer endpoints were considered.

**WATER**

- Reviewed and assessed the toxicity of multiple perfluorinated chemicals, including perfluorooctnoate (PFOA) and perfluuoctosulfonate (PFOS). Assessed the current state of toxicological knowledge, evaluated guideline levels of state and federal government. Issues of concern included assessment of the appropriateness of extrapolating from other species, the use of safety factors, and co-exposure to other chemicals. Cancer and non-cancer endpoints assessed.

- Was a scientific expert input to a Court developed science panel (C-8 Science Panel) on behalf of legal settlement (PFOA was the chemical of concern) in West Virginia.  The panel was made up of independent scientists jointly chosen by the plaintiff and defense as a component of a legal settlement. My work was focused on identifying laboratory to conduct



biological analysis as well as experimental design for medical testing. Exposure to PFOA was from drinking water exposure that includes oral, respiratory (e.g., showering), and skin routes.

- Conducted a human health risk assessment for city in the State of Washington. We conducted a toxicological evaluation to estimate the possible human health risks associated with exposure to polychlorinated biphenyls (PCBs) and other chemicals from building materials at the former water treatment plant. Focused on cancer and non-cancer endpoints.

- Conducted an evaluation of non-standard neuropsychological tests as a means to demonstrate adverse effects to chemical exposure. Chemicals evaluated were perchlorate and a number of petroleum chlorinated solvents (e.g., TCE, PCE) in ground water. Routes of exposure were via oral and inhalation. Non-cancer endpoints evaluated with focus on the nervous system.

- Evaluated over 50 chemicals of potential human health and ecological consequences of exposure to Endocrine Disruption Chemicals (EDCs) and pharmaceuticals and personal care products (PPCPs) in reuse water for a large reuse water management agency. Identified contaminants of greatest concern based on likelihood of occurrence and resistance to treatment processes used at various facilities as well as potential for environmental exposure and health effects. Exposure routes of concern include drinking, breathing from aerosols from showering, and skin contact from bathing. Communicated the potential risks to the public and to regulators.

- Assisted in the evaluation and identification of sources of contamination for a screening-level ecotoxicologic assessment of select chemicals of potential concern (COPCs). Analysis concluded that sampling locations were associated with several COPCs exceeding their level of concern (LOC) for water. Further evaluation indicated that the relationship between sediment, water, and animal tissue was not always synchronous, COPCs with identified benchmarks should be evaluated, and LOCs not likely to pose a risk should be identified appropriately. Ecological endpoints were assessed. COPCs including organics (chlorpyrifos, hexachlorobenzene, organochlorine pesticides, pentachloroanisole, pentachorobenzene, PCBs, and tetrachlorobenzene) and inorganics (Al, Sb, As, Ba, Be, B, Cd, Cr, Cu, Fe, Pb, Mg, Mn, Hg, Mo, Ni, Se, Sr, Ti, V, and Zn) were analyzed and assessed in water, sediment, fish, and bird eggs.

- Assisted in a toxicological assessment of human health risk from ingestion drinking water containing trace amounts of personal care products, endocrine disrupting chemicals (EDCs) and pharmaceuticals in drinking water. Both cancer and non-cancer endpoints were assessed. Non-cancer endpoints included nervous system, endocrine system, reproductive system, and immune system. Ecological endpoints were examined.

- Conducted scientific assessment of the human health risk for exposure to perchlorate. Followed US EPA guidelines for the human health assessment. Addressed multipathway exposures to perchlorate that also included exposures to sensitive populations, such as pregnant women, and ecological endpoints. Provided scientific comments to US EPA's development of a reference dose, as well as to the State of California regarding the development of a Public Health Goal and proposed Proposition 65 listing. Cancer and non-cancer endpoints assessed.

- Conducted a review of a state's proposal for biological monitoring of residents and their fluoride. This assessment also considered human exposures from metals, found as a contaminants of sodium hexafluorosilicate or hexafluorosilicic acid. Evaluated ingestion of fluoride in sensitive human populations, including the elderly and children. Both cancer and non-cancer endpoints evaluated.

- Conducted toxicological assessment for health risk from drinking water. Chemicals evaluated included perchlorate, TCE, and N-nitrosodidimethylamine (NDMA). Assessment consisted of



evaluating laboratory data, modeling data, toxicological literature, medical literature, and medical records. The major route of exposure was ingestion, however, dermal and inhalation routes were also reviewed.

- Conducted toxicological evaluation of human health related to fluoride. Water fluoridation is the practice of adding fluoride compounds to water with the intended purpose of reducing tooth decay in the general population. Conducted a review of the toxicological and medical literature in addition to US and European governmental assessments of fluoridation. The major route of exposure was ingestion, however, dermal and inhalation routes were also reviewed.

- Conducted toxicological assessment of the risk of oral exposure to lead to children via drinking water from Seattle Public Schools. Used physiologically based pharmacokinetic modeling to develop blood lead estimates for children of different ages. Non-cancer endpoints were focused on neurodevelopmental affects.

- Conducted a toxicological assessment related to oral exposures of ground water contaminated with low levels of perchlorate to residents of a community. Toxicological assessment considered possible doses, exposures via dermal, ingestion, and inhalation (e.g., taking a shower). Evaluated sensitive populations that included the pregnant woman and children.

**BIOLOGICAL RISK ASSESSMENT**

- Developed and conducted an independent sampling program to test certain building materials for the presence of fungal spores and/or hyphal fragments that might indicate current fungal growth or the possibility of fungal growth in the future. Analyses included both direct microscopy for identification of any fungal spores to the genus level and culture of viable samples on appropriate nutrient media.

- Assisted in the evaluation of a proposed Concentrated Animal Feeding Operation (CAFO) facility for potential human health and ecological impacts from possible facility releases for both human and ecological endpoints. The facility was intended for closed loop operation and designed to prepare 20,000 head of cattle for market. Chemicals of concern included hormones, antibiotics, and pesticides. Pathogens were also assessed. This unique CAFO design comprised of the following operating units: beef facility, ethanol producing facility, combined heat and power facility, nutrient separator, greenhouse facility, water treatment facility, fluidized bed reactor, and composing facility.

- Provided scientific support for numerous commercial and residential indoor air quality claims concerning alleged adverse health effects due to exposures to microbiological agents. Critically evaluated laboratory data, the method of collection and analysis, medical records, and toxicological literature regarding exposure to fungal toxins in indoor air and their potential for causing long-term adverse health effects. Also included in some assessments was the release of volatile organic compounds from fungi. Assessed validity and reliability of information on the nature and extent of exposure, interpreted receptor health status, evaluated toxicological basis for health complaints, and identified potential sources of confounding causality. Many organisms have been evaluated, however, most commonly evaluated are *Aspergillus, Penicillium* and *Stachybotrys*.

- Conducted biological assessment of workers exposed to bioaerosols, a conditioning agent used to dewater sludge (CLARIFLOC® C-9525 POLYMER), and particulates from an advanced wastewater treatment plant. Evaluated the chemical and biological constituents of dewatered sludge. Reviewed laboratory data, conducted microbial, viral, and chemical literature review, and conducted site assessments. Route of exposures were inhalation and ingestion. Non-cancer endpoints were assessed. A review of employee protection was also conducted. Conducted an anthrax investigation at a military mail facility. Developed and implemented a sampling and



analysis program to determine whether *Bacillus anthracis* (anthrax) organisms could be detected. The biological assessment included a review of the microbiological literature; development of state-of-the-science sampling approach; refining a work plan to address site-specific elements; preparation of work plan; collection of samples; coordination of laboratory analysis; interpretation of results; and preparation of final project documentation and results reporting.

- Conducted biological assessment of residents exposed to *Salmonella* and *E. coli* emanating as bioaerosols from a cattle feedlot. Reviewed laboratory data, conducted microbial, viral, and chemical literature review, and conducted site assessments. Route of exposures were inhalation and ingestion. Non-cancer endpoints were assessed. Prepared a work plan to assess the adverse health effects related to microbial contamination of a potable private well-water supply. Work plan included examination of exposure events, identification of microbial agents of concern (MAOC), and identification of possible health effects associated with direct and indirect contact with MAOCs detected in sewage.

- Evaluated the performance of immunoassay biological agent detection instrumentation for an instrument developer. Conducted independent tests to determine the minimum level of spore delectability of two specific instruments for viable anthrax spore vaccine and *Bacillus thuringiensis*.

## PESTICIDES

- Assisted with toxicological assessment of human exposure to an herbicide, acrolein, a pungent chemical used in urban settings to control weeds in public water systems. Odor is likely a human trigger to the presence of this chemical. Routes of exposure included inhalation, ingestion (from water and fish) and dermal exposure (from swimming). Toxicological assessment consisted of a review of the toxicological literature, evaluation of communities, and assessment of accident scenarios. Non-cancer endpoints were assessed.

- Managed a human and ecological risk assessment project for a state Department of Transportation agency. The purpose of the project was to estimate the potential human health and ecological risks associated with agency use of herbicides for roadside vegetation management. The evaluation addressed the general public and workers applying herbicides. Produced a risk assessment report and made herbicide risk management recommendations to the client.

- Conducted a toxicological assessment for Malathion (pesticide) exposure on human health. Assessment included analyzing laboratory data, medical records, and medical literature analyses. Non-cancer endpoints evaluated, with eventual focus on the nervous system.

- Conducted a toxicological assessment of human exposure to a chemical intermediate used in the production of carbamate pesticides. Worker exposures were assessed for inhalation of intermediate compounds. Conducted toxicological assessment of the literature and prepared a toxicology profile for the chemical. The work was submitted to the US EPA. A surrogate reference dose was developed and presented for information purposes. Toxicological assessment of all body systems was conducted for cancer and non-cancer endpoints.

- Conducted a toxicological evaluation of pesticides and their combustion by-products to residents living nearby a pesticide warehouse. Chemicals evaluated pesticides (e.g., organophosphates) and herbicides (e.g., glyphosate). Toxicological assessment considered all organ systems, however, assessment eventually focused on the nervous system.

- Conducted a toxicological assessment related to a consumer from the use of indoor pesticides. Pesticides contained boron, which was the chemical evaluated. Exposure was predominately via inhalation. All organ systems were considered for non-cancer endpoints.



## EXPERT PEER REVIEW PANELS

- 2018-2019 Aerospace medicine, physiology, and toxicology clinical review team for the US Navy (NavAir) Root Cause Corrective Action (RCCA) for Physiological Episodes (PEs) for pilots of F/A-18H and G models and T-45.

- 2010-2012 Science Advisor for the Nanosafety Consortium for Carbon, Washington, D.C.

- 2004-present Ad Hoc Science Review Board Member of the US Environmental Protection Agency (US EPA) Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) Scientific Advisory Panel.

- 2009 US Environmental Protection Agency (US EPA) Nanomaterial Case Studies Workshop: Developing a Comprehensive Environmental Assessment Research Strategy for Nanoscale Titanium Dioxide, Durham, NC, September 29 and 30.

- 2009 US Environmental Protection Agency (US EPA) - External Peer Review Panel of the Toxicological Review of Nitrobenzene (CAS No. 98-95-3), In Support of Summary Information on the Integrated Risk Information System (IRIS), published January 2009.

- 2009 Expert Peer Panel of Tertiary-Butyl Acetate (TBAC), Toxicology Excellence for Risk Assessment (TERA), Cincinnati, OH. January 7 & 8.

- 2007 US Environmental Protection Agency (US EPA) - Integrated Risk Information System (IRIS) Peer Review of Nitrobenzene, Washington, DC, May 15.

- 2004 Resorcinol Peer Review Meeting: Follow-up Review to 2003, Toxicology Excellence for Risk Assessment, Harrisburg, PA. November 17 & 18.

- 2004 Federal Insecticide, Fungicide, and Rodenticide Act Scientific Advisory Panel Meeting: Consultation on Dermal Sensitization Issues for Exposures to Pesticides, Arlington, Virginia. May 4-6.

- 2003 Resorcinol Peer Review Meeting, Toxicology Excellence for Risk Assessment (TBAC), Cincinnati, OH. April 18 & 19.

## PEER REVIEWER

- Chemical Research in Toxicology
- Journal of Agricultural and Food Chemistry
- International Journal of Environmental Research and Public Health
- Current Medicinal Chemistry

## CONFERENCES AND SYMPOSIUMS

- 2013 Steering Committee member for the upcoming Gordon Conference "Environmental Nanotechnology: Novel Approaches to Meet Global Challenges." Vermont, USA.

- 2013 Co-Chair for "The Small-Business Community" breakout session of the "National Nanotechnology Initiative Workshop: Stakeholder Perspectives on the Perception, Assessment, and Management of the Potential Risks of Nanotechnology." National Nanotechnology Initiative, Washington D.C., USA, September 10-11.

- 2012 Organizer for the "Water Research Foundation Workshop Assessing Potential Short-Term Impacts of Chloramination." Water Research Foundation, Seattle, WA, December 6-7.

- 2011 Roundtable Participant for the "Washington State Green Chemistry Roundup," the Pacific Northwest Pollution Prevention Resource Center (PPRC), May 25-26.



- 2010 Invited Speaker for the "Capstone Meeting: Risk Management Methods & Ethical, Legal, and Societal Implications of Nanotechnology", the National Nanotechnology Initiative (NNI), Washington DC, USA, March 30-31.

- 2009 Co-Chair for the In Vitro Plenary of the "Nanomaterials and Human Health & Instrumentation, Metrology, an Analytical Methods" Workshop, the National Nanotechnology Initiative, Washington DC, USA, November. The workshop brings together thoughts and ideas to recommend which direction the federal government's nano EHS research strategy.

- 2009 Planning Committee Chair Member for the "Nanotechnology Health & Safety Forum (NHSF)", Seattle, USA, June. The NHSF explored the multiple perspectives of nanotechnology.

- 2007 Committee Member for the "Naphthalene State-of-the-Science Symposium," University of Nebraska Center for Environmental Toxicology, Monterey, USA. October. The Symposium is a scholarly peer review of critical scientific information underlying a federal health risk assessment.

- 2003 Organizing Committee Member for the "Perchlorate State-of-the-Science Symposium," University of Nebraska Medical Center, Omaha, USA, September. The Symposium is a scholarly peer review of critical scientific information underlying a federal health risk assessment.

## SELECT EDUCATIONAL COURSES

- Lecturer 2015-2017. Review of the human science for perchlorate. University of Minnesota

- Lecturer 2015. Comparing the toxicology of conventional chemicals to nano-objects. Presented for the course 'ECE 383 / CSI 383 Nanotechnology: Simulation and Design', taught by the Department of Electrical & Computer Engineering, Portland State University.

- Lecturer 2013. Comparing the toxicology of conventional chemicals to nano-objects. Presented for the course 'ECE 399 / CSI 399 Nanotechnology: Simulation and Design', taught by the Department of Electrical & Computer Engineering, Portland State University.

- Lecturer 2012. Guidance on Physicochemical Characterization for Manufactured Nano-objects Submitted for Toxicological Testing: ISO TC-229 Project Work. Presented at a Bar-Ilan Institute of Nanotechnology and Advanced Materials Seminar. Tel Aviv, Israel, October 15.

- Lecturer for Department of Pharmacology, University of Nebraska Medical Center. Provided lectures on toxicology for medical, pharmacy, graduate and physician assistant students at the University of Nebraska Medical Center, Department of Pharmacology.

- Presented two courses in human health risk assessment for staff of the Technical Research Council in South Africa. The purpose of the course was to introduce multi-pathway risk assessment as a means for evaluating potential chemical exposures associated with various industrial activities in South Africa.

- Developed and taught over five courses on risk assessment and risk communication for the Air & Waste Management Association. The courses address toxicology, multi-pathway risk assessments for combustion sources, uncertainty analyses, and risk communication.

- Lectured on toxicology of the sensory system and neuroimaging in graduate student courses at the University of Washington.

- Developed and taught a course for public utility workers in the Puget Sound area on the subject of electromagnetic fields and their potential for adverse health effects.

- Developed, managed, and team-taught several courses on toxicology, risk assessment, and risk communication for the managers and staff of chemical plants, utilities, oil companies, railroads, and for government officials. Courses have been presented in California, Pennsylvania, Arizona, Missouri, France, and South Africa.



## GRANTS AND AWARDS

- Grant Awarded, AwwaRF/WRF 4214: Development of Acceptable Daily Intakes (ADIs) for Pharmaceutical and Personal Care Product Ingredients, Hormonally Active Compounds, and Other Potentially Highly Toxic Compounds of Emerging Interest in Water Using the Minimum Anticipated Biological Effect Level (MABEL) Approach (Richard Pleus and Gretchen Bruce, Principal Investigators) 2008.

- Grant Awarded, WRF-05-005: Identifying Hormonally Active Compounds, Pharmaceutical Ingredients, and Personal Care Product Ingredients of Most Health Concern from Their Potential Presence in Water Intended for Indirect Potable Reuse; in collaboration with SNWA (Shane Snyder, Principal Investigator), 2007-2008.

- Grant Awarded, Center for Produce Safety 2012-208: Apple growing and packing microbial risk factors and their potential to lead to foodborne disease outbreaks (Richard Pleus, Principal Investigator), 2012.

- Grant Awarded, WaterRF 4387: Development of a Water Utility Primer on EDCs/PPCPs for Public Outreach (Gretchen Bruce and Richard Pleus, Principal Investigators) 2012-2015.

- Grant Awarded, WaterRF 4320: Assessing Potential Short-Term Impacts of Chloramination. Water Research Foundation (Richard Pleus, Principal Investigator) 2011-2015.

- Grant Awarded, AwwaRF/WRF 3085/04-003: Toxicological Relevance of Endocrine Disruptors and Pharmaceuticals in Drinking Water (2004-2008); in collaboration with Southern Nevada Water Authority (SNWA) (Shane Snyder, Principal Investigator), 2008.

- Grant Awarded, AwwaRF 3033: Comprehensive Utility Guide for Endocrine Disrupting Chemicals, Pharmaceuticals, and Personal Care Products in Drinking Water; in collaboration with SNWA (SHANE Snyder, Principal Investigator), 2005-2006.

- Grant Awarded, WRF-06-018: Tools to Assess and Understand the Relative Risks of Indirect Potable Reuse and Aquifer Storage and Recovery Projects (2006-present ) (*DRAFT*); in collaboration with Nellor Environmental Associates, Inc. and Soller Environmental, LLC (Margie Nellor and Jeff Soller, Principal Investigators)

- Elected to Delta Omega Honorary Society in Public Health, 2003.

- Best Paper: Pleus R.C., Goodman G. and Mattie D.R. Development of a Reference Dose for Perchlorate: Current Issues and Status. Presented at the 50th Joint Army-Navy-NASA-Air Force (JANNAF) Propellant Development and Characterization and Safety and Environmental Protection Subcommittees Joint Meeting, Cocoa Beach, FL. May 2000.

- Faculty Mentor of the Year Award, General College Student government, University of Minnesota, Minneapolis, MN. 1989.

- Director of Undergraduate Research Opportunities Program Award, University of Minnesota, for the research proposal, *The effect of fetal hypoxia on fetal brain development*. 1987.

- Director of Undergraduate Research Opportunities Program Award, University of Minnesota, for the research proposal, *Use and operation of autoshaping and fixed ratio paradigm in environmental toxicology research*. 1986.

- Scholl Fellowship, National Sudden Infant Death Foundation, Landover, MD. 1985.

- US Public Health Traineeship Award, United States Public Health Service, Washington, DC. 1979.



## PROFESSIONAL MEMBERSHIPS

- American Society for Pharmacology and Experimental Therapeutics
- Association for the Advancement of Science
- Society for Neuroscience
- Society of Toxicology

## DIRECTORSHIPS

- 2010 – 2018    Member, Board of Directors for the Nanotechnology Industries Association (NIA), Brussels, Belgium
- 2004 – 2007    Member, Board of Directors, Frontier Geosciences, Inc. Seattle, WA.
- 2001 – present    Member and former Secretary, Board of Directors, Urban Environmental Institute. Seattle, WA.
- 1998 – 1999    Member, Board of Directors, Northwest Sculling Association. Seattle, WA.
- 1996 – 1998    Vice President, Seattle Yacht Club Rowing Foundation. Seattle, WA.
- 1989    Member, Board of Directors, Insight, Inc. Stillwater, MN.

## ADVISORY POSITIONS

- 2013 – 2017    Member of the University of California Center for Environmental Implications of Nanotechnology (UC CEIN) External Science Advisory Committee (ESAC). Selected for expertise on nano-related EHS issues.
- 2012    Invited Expert for the "BRE Cabin Air Quality Workshop." The BRE Group, London, England, February 20-21.
- 2011    U.S. delegate for the U.S.-Russia Bilateral Presidential Commission on Science and Technology, March 1 through 5. Selected for expertise on nano-related EHS issues.
- 2010 – 2017    Chair of the Science Advisory Board, *National Institute of Biomedical Imaging and Bioengineering (NBIB),* Development and Launch of an Interoperable and Curated Nanomaterial Registry, Principal Investigator: Michele L. Ostraat, PhD.
- 2009 – 2011    Project Advisory Committee, WateReuse Foundation/ Kennedy/Jenks Consultants, WRF 09-07: Risk Assessment Study of PPCPs in Recycled Water to Support Public Review.
- 2009    Peer Review Panel Member for the National Institute for Occupational Safety and Health (NIOSH) Intramural Proposal "International Coordination of Nanoscale Reference Materials" for the Nanotechnology Research Center (NTRC).
- 2008 – 2011    Project Advisory Committee, WateReuse Foundation, WRF 06-019: Monitoring for Microconstituents in an Advanced Wastewater Treatment (AWT) Facility and Modeling Discharge of Reclaimed Water to Surface Canals for Indirect Potable Use, Florida, USA
- 2008 – 2012    Advisory Board Member, Center for Risk Communication Research, University of Maryland, College Park, MD, USA
- 2007 – 2010    International Advisory Board, USA, International Symposium on Nanotechnology in Environmental Protection and Pollution, Fort Lauderdale, FL, USA



- 2007 – present    Chair and US Delegate on the International Organization for Standardization (ISO) Technical Committee (TC) 229, Nanotechnologies, leading the U.S. Technical Advisory Group (TAG) Working Group 3; Environmental and Occupational Health. This work group develops a comprehensive technical and standards for engineered nano-objects.

- 2006 – 2008    Counselor to the Regional Central States Chapter of the Society of Toxicology (CS-SOT).

- 2006    Stakeholder Advisory Committee Member, to review Development of Indicators and Surrogates for Chemical Contaminant Removal During Wastewater Treatment and Reclamation, WateReuse Foundation Project WRF-03-014. May 16-17, in Phoenix, Arizona.

- 2002    Odors and Toxic Air Emissions Conference Program Committee Member. New Mexico, Rocky Mountain Water Environment Association, Air and Waste Management Association, and the International Water Association.

- 2000 – 2008    Member, Board of Advisors, Good Company. Eugene, OR.

## COMMUNITY SERVICE

- Panelist, Lakeside School Annual Biology Assessment Program. Seattle, WA (2001).
- Member & Co-Director, Mayor's Small Business Task Force. Seattle, WA (1997-2001).
- Member, Sustainable Seattle: a voluntary network and civic forum for sustainability. Seattle, WA (1992-1993).

## SELECTED PROFESSIONAL PRESENTATIONS

2020 **Pleus R.C.** Speaker on "Emerging Technology Trends: Nanotechnology." ANSI Company Member Forum. Hosted remotely, June 9.

2019 **Pleus R.C.** Invited Expert for the "IATA Aviation Health Conference." The International Air Transport Association, London, England, September 24-25.

2015. **Pleus R.C.** Physical-Chemical Properties: Relevance to Toxicity Testing. Presented at the Nanotechnology Regulatory Information Sessions: Regulatory Perspectives of Nanomaterial Physical-Chemical Properties. Health Canada, Ottawa, Ontario, March 13.

2013 **Pleus R.C.** Speaker on "The Nanosafety Consortium for Carbon" session of the "3rd USAF ASC/AFRL Engineered Nanomaterials Environment, Safety, and Health Workshop." January 10-12.

2013. **Pleus R.C.** Guidance on Physicochemical Characterization for Manufactured Nano-Objects Submitted for Toxicological Testing: ISO TC-229 Project Work. Presented at the NIEHS Nano Exposure/Character Workshop. Research Triangle Park, NC, January 10.

2012. **Pleus R.C.** Innovative Nano-toxicological Risk Assessment Process for Regulatory Purposes. Presented at the 40th Annual ISEES Conference. Tel Aviv, Israel, October 16-18.

2012. **Pleus R.C.** Brief Examination of the Current Toxicology Research for Carbon Nanotubes (CNTs). Presented to the Nanotubes Empowerment Solutions Consortium. Tel Aviv, Israel, October 15.

2012. **Pleus R.C.** Chemicals, Bleed Air, and Health Effects: What the Science Says. Presented at Aviation Health Conference 2012. London, United Kingdom, October 2-3, 2012.



2011. **Pleus R.C.** Comparing the Toxicology of Conventional Chemicals to Nano-Objects. Presented at the Escuela de Ingeniería Electrónica, Instituto Tecnológico de Costa Rica. San José, Costa Rica, February 2.

2010. **Pleus R.C.** Nanomaterials – Understanding and Managing ESOH Risks. Presented at the 8th Annual NanoTechnology for Defense Conference (NT4D). Atlanta, GA, May 3-6, 2010.

2010. **Pleus R.C.** The Importance of Defining Chemical and Physical Parameters for Toxicological Testing of Nanomaterials: Getting Two Scientific Groups to Help Each Other. Presented at the Bureau International des Poids et Mesures (BIPM) Workshop on Metrology at the Nanoscale. Sevres, France, February 18-19.

2009. **Pleus R.C.** Global Standardization: ISO TC 229. Nanotechnology Symposium California Department of Toxic Substances Control (DTSC). Sacramento, CA, November 16.

2009. **Pleus R.C.** Nanomaterials: Steps to Address EHS Concerns That Businesses Should Consider Before Placing Nanomaterials on the Market. Nanotech in the Marketplace Webinar. Nanotechnology Today: A Web Series. June 4.

2009. **Pleus R.C.** Hexavalent Chromium and Mercury in the Cement Industry – Recent Concerns About Human Health Issues. Presented at the 2009 IEEE-IAS/PCA 51st Cement Industry Technical Conference. Palm Springs, CA, June 2.

2009. **Pleus R.C.** Pharmaceuticals & Endocrine Disrupting Chemicals (EDCs) in Water: Development of Health Risk-Based Screening Levels. Presented at the Water Quality Committee Program 2009 ACWA Spring Conference. Sacramento, CA, May 19-22.

2009. **Pleus R.C.** EHS: Policy, Regulation & Product Safety. Presented at the Nano Science and Technology Institute (NSTI) 2009 Products and Liability Panel. Houston, TX, May 5.

2009. **Pleus R.C.** Environmental Health & Safety and Nanotechnology: Possible Issues in the Water Industry. Presented at the Washington Innovation Summit 2009. Bellevue, WA, April 9.

2009. **Pleus R.C.** Perchlorate, Pharmaceuticals and Personal Care Products, Endocrine Disrupting Chemicals, and Nanotechnology in Water. Presented for the Association of California Water Agencies (ACWA). Sacramento, CA, February 9.

2008. **Pleus R.C.**, Walker, N., and Canady, R. A Minimal Set of Characterization Parameters. Presented at the Ensuring Appropriate Material Characterization in Nano-Toxicity Studies: A Workshop, Washington, D.C., October 28.

2008. **Pleus R.C.** What We Are Learning About Micro Constituents in Drinking Water: Pharmaceuticals and Endocrine Disruptors. Presented at the 2008 Water Quality and Regulatory Conference, Ontario, CA, October 16.

2008. **Pleus R.C.** Pharmaceuticals, Endocrine Disrupting Chemicals (EDCs), and Personal Care Products (PCPs) in Untreated and Treated Drinking Water: What We Know So Far. Presented at the AWWA / PNWS sponsored seminar, Pharmaceuticals in Water and Wastewater, Hillsboro, OR, September 11.

2008. **Pleus R.C.** Nanotechnology: Risk, Health, and Environmental Perspectives: Toxicology and Nano-objects. Boeing, Seattle, WA, July 25.

2008. **Pleus R.C.** Endocrine Disrupting Compounds (EDCs) and Pharmaceuticals and Personal Care Products (PPCPs). AWWA Webcast, May 7.

2008. **Pleus R.C.** Toxicology of Endocrine Disruptors (EDCs): Excerpts from *Toxicological Relevance of Endocrine Disruptors and Pharmaceuticals in Drinking Water, project #3085.*



Presented at the EDC Communication - AwwaRF Research On EDC's and Risk Communication for D.C. Region Stakeholders, Washington, D.C., April 11.

2008. **Pleus R.C.** Toxicological Relevance of Endocrine Disrupting Chemicals (EDCs) and Pharmaceuticals in Water. AwwaRF Project #3085 / WRF 04-003. AwwaRF Webcast, March 6.

2008. **Pleus R.C.** Strategy Used to Build Toxicological Database for Emerging Toxic Chemicals in Litigation Focusing on the Mechanism of Action—Yes, This Is Rocket Science! Presented at the DRI Conference, Phoenix, AZ, February 6, 2008.

2007. Linkov I., Peterson M.K., Corey L.M., and **Pleus R.C.** Assessing Environmental Risk of Nanomaterials: Approaches and Tools. 2007 NSTI Nanotechnology Conference and Trade Show, Santa Clara, CA, May 20-24.

2007. Snyder E.M., Bruce G.M., **Pleus R.C.**, and Snyder S.A. Incidence and Toxicological Significance of Selected Endocrine Disrupting Chemicals (EDCs) in Drinking Water. Presented at the World Environmental and Water Resources Congress 2007, Tampa, FL, May 15-19.

2006. Snyder S.A., **Pleus R.C.** Human Health Implications from Nanoparticles in Water. Presented at The 2nd International Symposium on Environmental Nanotechnology, South Korea, November 3.

2006. **Pleus R.C.**, Snyder S.A. Risk Assessment of Pharmaceuticals and Endocrine Disruptors in Drinking Water. Presented at The Western Coalition of Arid States Conference, Tucson, AZ, November 2.

2006. **Pleus R.C.**, Snyder S.A. Toxicological Relevance of Pharmaceuticals and Endocrine Disruptors in Drinking Water. Presented to the Orange County Utilities; Water Quality Section Conference, Orlando, FL, October 26.

2006. Linkov I., **Pleus R.C.**, Stevens J., and Ferguson E. EPA Peer Review Panel Recommendations on Environmental Risk of Nanomaterials & Multi-Criteria Decision Analysis and Environmental Risk Assessment for Nanomaterials. Presented at the US Army Nanotechnology Development Coordination Meeting, Cambridge, MA, August 15-17.

2006. **Pleus, R.C.** Perchlorate in 2006: Where are we and where are we going? Invited speaker. Presented at the 2006 Superfund Program Managers Symposium, Scottsdale, AZ, August 13-16.

2006. Corey L.M., Peterson M.K., **Pleus R.C.** Nanotechnology Environmental Health and Safety (EHS): Current Knowledge and Future Challenges. Presented at the 9th Annual Force Health Protection Conference, Albuquerque, NM, August 6-11.

2006. Corey L.M., Peterson M.K., **Pleus R.C.** Nanotoxicology: Special Considerations for Assessing Risks from Very Small Particles. Presented at the 9th Annual Force Health Protection Conference, Albuquerque, NM, August 6-11.

2006. Corey L.M., Peterson M.K., **Pleus R.C.** Developing Nanotechnology Health and Safety Standards. Invited speaker. Presented at the 2006 Micro Nano Breakthrough Conference, Vancouver, WA, July 25, 2006.

2006. **Pleus R.C.**, Bruce G.M., Snyder E.M., Snyder S.A., and Corey L.M. Toxicological Relevance of EDCs and Pharmaceuticals. Invited speaker. Presented at the 2006 AWWA Annual Conference in San Antonio, TX. June 11-15.

2006. **Pleus R.C.**, Bruce G.M., Snyder E.M., Snyder S.A., and Corey L.M. Incidence and Toxicological Significance of Selected Pharmaceuticals in Drinking Water. Presented at the Groundwater Resources Association's Emerging Contaminants in Groundwater Symposium, Concord, CA. June 7-8.



2006. **Pleus R.C.,** Bruce G.M., Snyder E.M. Addressing the Significance of Trace Level Findings. Presented at the Association of California Water Agencies Groundwater/ Water Quality Track: Pharmaceuticals in Groundwater: Public Health Issue or Public Relations Nightmare? Monterey, CA. May 10.

2006. Bruce G.M., **Pleus R.C.,** Snyder S.A., and Snyder E.M. Toxicological Relevance of Pharmaceuticals and Endocrine Disrupting Chemicals in Water. Presented at the National Ground Water Association's 5th International Conference on Pharmaceuticals and Endocrine Disrupting Chemicals in Water, Costa Mesa, CA. March 14, 2006.

2005. Snyder E.M., Snyder S.A., **Pleus R.C.**, Bruce G.M., Hemming J.D.C., and Hulsey R.A. Approach for Assessing the Toxicological Relevance of Endocrine Disruptors and Pharmaceuticals in Drinking Water. Submitted to Water Quality Technology Conference and Exhibition, Quebec, Canada. November 6-10.

2005. Corey L.M.**,** Bruce G.M., **Pleus R.C.** Development of Nano-Based Risk Assessments: Challenges for the Present and Future. Mechanisms of Action of Inhaled Fibers, Particles and Nanoparticles in Lung and Cardiovascular Disease, Research Triangle Park, NC. October 25-28.

2005. **Pleus, R.C.** Perchlorate: Where We Are and Where We Are Going? Presented at the Environmental Law Conference at Yosemite, CA. October 22.

2005. **Pleus, R.C.** Emerging Chemicals of Concern-Effective Toxicological Assessment. Presented for the Society of Toxicology, Central State Chapter, Ames, IA. September 30.

2005. **Pleus, R.C.** Emerging Chemicals—Health Concerns About Endocrine Disruptors & Pharmaceuticals in Drinking Water Supplies. Presented at Mealey's Water Contamination Conference in Los Angeles, CA. September 26-27.

2005. **Pleus R.C.** Methods to Derive Safe Drinking Water Levels for Chemicals in Drinking Water. Invited to present at the 2005 Annual Conference & Exposition of the American Water Works Association: Natural Poisons & Unnatural Products Session, San Francisco, CA. June 14.

2005. Bruce G.M. and **Pleus R.C.** Private Toxicology: Testing and Analysis. Invited to present at the Winning: Hot Topics in Criminal Law—Alternatives to the State Crime Lab, Seattle, WA. May 24.

2005. Bruce G.M., Peterson M.K., and **Pleus R.C.** Comparative Risk Assessment Of Multimedia Environmental Exposure To Perchlorate and Other Agents That Inhibit Iodide Uptake Into The Thyroid. Poster presented at the Society of Toxicology 44th Annual Meeting, New Orleans, LA. March 10.

2005. Peterson M.K., **Pleus R.C.,** and Hays S.M. Assessing the Risks Associated with Children Ingesting Lead in School Drinking Water: PBPK Modeling and Risk Communication. Poster presented at the Society of Toxicology 44th Annual Meeting, New Orleans, LA. March 8.

2005. Dodge D.G., Peterson M.K., and **Pleus R.C.** Addressing Toxicological Challenges to Community Water Fluoridation in Washington State. Poster presented at the Society of Toxicology 44th Annual Meeting, New Orleans, LA. March 7.

2004. **Pleus R.C.** 2004 Update: What Do Human Data Tell Us About How Much Perchlorate Exposure is 'Safe'? Presented at the 2004 Water Quality Conference, Ontario, CA. October 26-28.

2004. **Pleus R.C.** Perchlorate dose-response relationship and the likelihood of effects at environmentally relevant levels. Presented at the URS Seminar—Perchlorate: Rush to Judgment or Serious Health Threat, Seattle, WA. September 28th.



2004. **Pleus R.C.** Research, Discovery, and Contribution: Professional Experience in the Republic of South Africa. Invited speaker. Presented at the Pacific Northwest Association of Toxicologists (PANWAT) Annual Meeting: Toxicology in Third World Settings, Bend, OR. September 19th.

2004. **Pleus R.C.** Product Liability: Emerging Contaminants of Concern. Presented to Bullivant Houser Bailey, Seattle, WA and their satellite offices via video-conference. September 2.

2004. **Pleus R.C.** Perchlorate dose-response relationship and the likelihood of effects at environmentally relevant levels. Presented at the 228th ACS National Meeting, Philadelphia, PA. August 22-26.

2004. **Pleus R.C.** and Bruce G.M. Where Are We Now? An Update on the Perchlorate Action Level Debate. Presented at the 7th Annual Force Health Protection Conference, Albuquerque, NM. August 8-12.

2004. Belzer R.B., **Pleus R.C.,** Bruce G.M., and Peterson M.K. Using Comparative Exposure Analysis to Validate Low-Dose Human Health Risk Assessment: The Case of Perchlorate. Presented at the 7th Annual Force Health Protection Conference, Albuquerque, NM. August 8-12.

2004. **Pleus R.C.** and Bruce G.M. Perchlorate dose-response relationship and the likelihood of effects at environmentally relevant levels. Presented at the Groundwater Resources Association of California Conference, Glendale, CA. August 4th.

2004. **Pleus R.C.** Asthma and Fungi: State of the Science. Presented at the ASTM International Boulder Conference on Mold in the Indoor Environment: Assessment, Health and Physical Effects, and Remediation, University of Colorado at Boulder, Boulder, CO. July 25-30.

2004. **Pleus R.C.**, Bruce G.M., Peterson M.K., and Dodge D.G. Comparative Contribution of Perchlorate and Anti-Thyroid Agents in American Diets to Iodide Uptake Inhibition. Paper presented at the 32nd Propellant Development & Characterization Subcommittee (PDCS) and the 21st Safety & Environmental Protection Subcommittee (S&EPS) Joint Meeting, Seattle, WA, July 25-29.

2004. **Pleus R.C.** Perchlorate dose-response relationship: Evidence from human studies. Presented at the 227th American Chemical Society National Meeting, Anaheim, CA. April 1.

2004. **Pleus R.C.** Establishing a Safe Dose for Perchlorate Based on Human Evidence of a No Effect Level. Presented at the Society of Toxicology 43rd Annual Meeting, Baltimore, MD. March 24.

2004. Peterson M.K. and **Pleus R.C.** Comparative Analysis of Neuropsychological Toxicity of Biological, Chemical, and Pharmaceutical Agents. Presented at the Society of Toxicology Annual Meeting, Baltimore, MD. March 22.

2004. **Pleus R.C.** Perchlorate: The Greer Study, the Critical Animal Studies, and the Process of Evaluation by the National Academy of Science. Presented at the 14th Annual West Coast Conference on Soils, Sediments, and Water, San Diego, CA. March 16.

2004. **Pleus R.C.** and Bruce G.M. Adverse Effect Levels for Neurodevelopmental Effects Associated with Maternal Perchlorate Exposure: What do Existing Data Indicate? Presented at the 21st International Neurotoxicology Conference, Honolulu, Hawaii. February 12.

2003. **Pleus R.C.** Considerations related to sampling for bioterrorism agents. Presented at the Society for Risk Analysis Meeting—Bridging Risk Divides: Risk Assessment and Risk Communications Methodologies for Bioterrorism Incident Response Symposia, Baltimore, MD. December 8.



2003. **Pleus R.C.** A Review of the Science Required to Establish an Informed MCL for Perchlorate in Drinking Water. Presented to the Perchlorate Review Scholars Committee Urban Water Research Center, University of California, Irvine, CA. October 21.

2003. **Pleus R.C.** Perchlorate: The Questions You Have and The Answers You Need Presented at Fresh Summit 2003: Produce Marketing Association's 54th International Convention & Exposition, Orlando, FL. October 19.

2003. **Pleus R.C.** What do we know about the neurotoxic effects of chemicals in aircraft cabin air? Presented at the Northwest Occupational Health Conference Pacific Northwest Section of the American Industrial Hygiene Association, Seattle, WA. October 16.

2003. **Pleus R.C.** The Greer Study: Discussion of the Key Points. Presented at the UNMC Perchlorate State-of-the-Science Symposium, Omaha, NE. September 30.

2003. **Pleus R.C.** Making Sense of the Perchlorate Action Level Debate. Presented at the 6th Annual Force Health Protection Conference, Albuquerque, NM. August 11-14.

2003. **Pleus R.C.** Quantifying the Effects of Perchlorate. Presented at the California Minor Crops Council Technical Committee Meeting, Irvine, CA. June 26.

2003. **Pleus R.C.**, Bruce G.M., and Peterson M.K. Assessing Neurodevelopmental Effects of Environmental Exposures to Anti-Thyroid Agents: How Relevant are High Dose Rat Studies? Presented at the Society of Toxicology 42nd Annual Meeting, Salt Lake City, UT. March 9-13.

2003. Bruce G.M., **Pleus R.C.,** and Peterson M.K. Dose-Response Investigation of Tricresyl Phosphates Potentially Present in Airplane Cabin Air from Jet Engine Oils. Presented at the Society of Toxicology 42nd Annual Meeting, Salt Lake City, UT. March 9-13.

2003. **Pleus R.C.** Invited as Expert Panelist and presented, Making Sense of the Perchlorate Action Level Debate at AFCEE Technology Transfer Workshop, San Antonio, TX. February 24-27.

2003. **Pleus R.C.** Making Sense of the Perchlorate Action Level Debate. Presented at the 22nd Meeting of the RCC – Environmental Group AFCEE, San Francisco, CA. February 11-13.

2003. **Pleus R.C.** Dose-Response Investigation of Tricresyl Phosphates Potentially Present in Airplane Cabin Air from Jet Engine Oils. Presented at the 20th Annual International Aircraft Cabin Safety Symposium. Universal City, CA. February 10-13.

2002. Belzer R.B., Johnson D., Peterson M.K., and **Pleus R.C.** Comparative Risk Assessment for Perchlorate: How does the US EPA's RfD Compare to Other Goitrogens that are Found in the US Diet. Presented at the Society for Risk Analysis Annual Meeting: Symposium on Perchlorate: Policy Implications, New Orleans, LA, December 8-11.

2002. **Pleus R.C.** and Bruce G.M. Assessing Developmental Neurotoxicity for Environmental Chemicals. Presented at the Society for Risk Analysis Annual Meeting Symposium on Perchlorate: Policy Implications, New Orleans, LA, December 8-11.

2002. Peterson M.K., Bruce G.M., and **Pleus R.C.** Implications for the Use of Thyroid Endpoints from Rat Reproductive/Developmental Toxicity Studies in Human Risk Assessment. Presented at the Society for Risk Analysis Annual Meeting Symposium on Perchlorate: Policy Implications, New Orleans, LA, December 8-11.

2002. **Pleus R.C.** Making Sense of the Perchlorate Action Level Debate. Presented at the SERDP Partners in Environmental Technology Technical Symposium & Workshop, Washington, D.C. December 5.

2002. **Pleus R.C.** What Do Human Data Tell Us About How Much Perchlorate Exposure is 'Safe'? Presented at the Perchlorate Conference, Ontario, CA, October 16.



2002. Bruce G.M., Peterson M.K., and **Pleus R.C.** Sequence of Neurodevelopmental Effects of Anti-thyroid Agents in Rat Offspring: What Should We Expect to See? Poster presented at the NIEHS Thyroid Hormone & Brain Development Conference, Research Triangle Park, NC, September 23-25.

2002. Wahlsten D., Colbourne F., and **Pleus R.C.** High throughput rat and mouse brain morphometry for toxicology research. Poster presented at the NIEHS Thyroid Hormone & Brain Development Conference, Research Triangle Park, NC, September 23-25.

2002. Belzer R.B., Bruce G.M., Peterson M.K., and **Pleus R.C.** Exposure to Anti-thyroid Chemicals in the Environment and Diet. Poster presented at the NIEHS Thyroid Hormone & Brain Development Conference, Research Triangle Park, NC, September 23-25.

2002. **Pleus R.C.** Understanding Mold-Related Health Effects. Presented at the Emerging Environmental Issues Workshop Environmental Issues In Transactions: The New Landscape & Mold: Why a Headline Now? Sidley Austin Brown & Wood, Chicago, IL, June 7.

2002. **Pleus R.C**. with Boss, et al. Decommissioning – Biological Risk course: Risk Assessment and Risk Communication: Strategic Tools. Presented at the American Industrial Hygiene Conference & Exposition, San Diego, CA, June 1-2.

2002. Peterson M.K., Bruce G.M., and **Pleus R.C.** Identification and Risk Assessment of Odorous Chemicals Associated with Combustion Processes. Poster presented at the Air & Waste Management Association's Hazardous Waste Combustors Specialty Conference & Exhibition, St. Louis, MO, April 17-19.

2002. **Pleus R.C.** The Toxicology of Terror and Tragedy. Presented at the Western Washington Emergency Network Conference, Bellevue, WA, April 2-3.

2002. **Pleus R.C.** Understanding Mold-Related Health Effects. Presented at the Mold Mania! A Growing Concern for the Insurance Industry seminar, Pacific Northwest Chapter of the CPCU Society, Seattle, WA, March 13.

2002. Bruce G.M., Johnson D. and **Pleus R.C.** Assessment of the Validity of US EPA's Interpretation of an Effect of Altered Neurobehavior in Offspring Treated with Perchlorate *in utero*: A Critical Review of the Argus (1998) and Bekkedal *et al.* (2000) Studies. Submitted to Eastern Research Group, Inc. for the US EPA/ORD Peer Review Workshop-Perchlorate Environmental Contamination: Toxicological Review and Risk Characterization, March 5-6, Sacramento, CA. February 19.

2002. Bruce G., Peterson M.K., Lincoln D.L., and **Pleus R.C.** Review and assessment of TSH and Thyroid Hormones during Pregnancy in the Rat and Human and Comparison to Hormone Values in the 2001 Effects Study. Submitted to Eastern Research Group, Inc. for the US EPA/ORD Peer Review Workshop-Perchlorate Environmental Contamination: Toxicological Review and Risk Characterization, March 5-6, Sacramento, CA. February 19.

2002. Bruce G. and **Pleus R.C.** Summary of the Expert Review of the Argus, 2001 ("Effects Study") Evaluation of Perchlorate Effects on Brain Morphometry in Neonatal Rats. Submitted to Eastern Research Group, Inc. for the US EPA/ORD Peer Review Workshop-Perchlorate Environmental Contamination: Toxicological Review and Risk Characterization. March 5-6, Sacramento, CA. February 19.

2002. INTERTOX, INC. Summary of the 1999 External Peer Review Panel Workshop, Submitted to Eastern Research Group, Inc. for the US EPA/ORD Peer Review Workshop-Perchlorate Environmental Contamination: Toxicological Review and Risk Characterization. March 5-6, Sacramento, CA. February 19.



2002. Johnson D. and **Pleus R.C.** Assessment of Neuropsychological Studies by Haddow et al. (1999) and Others Cited By US EPA to Support Their Concerns for Developmental Deficits Related to Maternal Thyroid Deficiency. Submitted to Eastern Research Group, Inc. for the US EPA/ORD Peer Review Workshop-Perchlorate Environmental Contamination: Toxicological Review and Risk Characterization. March 5-6, Sacramento, CA. February 19.

2001. **Pleus R.C.** Mercury Toxicology: Managing for Mercury in the Waste Stream. Presented at The WA State Recycling Association Workshop: Managing for Mercury in the Recycling Stream, Olympia, WA, November 16.

2001. **Pleus R.C.** Understanding Mold-Related Health Effects. Is the Mold Rush the New Litigation Gold Rush? Presented at the Strategies for Taking the "Gold" Out of Mold Claims workshop, Bullivant Houser Bailey, PC, Seattle, WA, November 8.

2001. Peterson M.K., Bruce G.M., Johnson D.L., and **Pleus R.C.** Evaluation of Risks and Health Effects in Humans Exposed to the Herbicide Dinoseb: A Case Study. Poster presented at the 2001 Society for Risk Analysis Annual Meeting, Seattle, WA, December 2-5.

2001. Goodman G. and **Pleus R.C.** Report on Six Expert Reviews of the Levy Report (J. Levy, J.D. Spengler, D. Hlinka, and D. Sullivan, Estimated Public Health Impacts of Criteria Pollutant Air Emissions from the Salem Harbor and Brayton Point Power Plants, May 2000). Prepared for USGen New England, Inc., Boston, MA. August 4.

2001. **Pleus R.C.**, Goodman G. and Mattie D.R. Development of a Reference Dose for Perchlorate: Current Issues and Status. Paper presented at 50th JANNAF (Joint Army-Navy-NASA-Air Force) Propulsion Meeting, Salt Lake City, UT, July 12.

2001. **Pleus R.C.** and Bruce G. Report on Five Expert Reviews of the Primedica 2001 Study Report (Hormone, Thyroid and Neurohistological Effects of Oral (Drinking Water) Exposure to Ammonium Perchlorate in Pregnant and Lactating Rats and in Fetuses and Nursing Pups Exposed to Ammonium Perchlorate During Gestation or via Maternal Milk, March 2001). Prepared for the Perchlorate Study Group. May 16.

2000. Greer M.A., Goodman G., **Pleus R.C.** and Greer S. Does Environmental Perchlorate Exposure Alter Human Thyroid Function? Determination of the Dose-Response for Inhibition of Radioiodine Uptake. Paper presented at the International Thyroid Meeting, Kyoto, Japan, October 22-27.

2000. Greer M.A., Goodman G., **Pleus R.C.** and Greer S.E. Dose-Response for Perchlorate Effects on Thyroid Function in Human Subjects: Assessment of Environmental Risks. Submitted to US EPA. June 30.

2000. **Pleus R.C.** and Fulton K. Risk Assessment and Risk Communication: Strategic Tools. Course presented at the Air & Waste Management Association 93rd Annual Conference, Salt Lake City, UT, June 18-22.

2000. **Pleus R.C.**, Goodman G., and Mattie D.R. Development of a Reference Dose for Perchlorate: Current Issues and Status. Paper presented at the JANNAF Propellant Development & Characterization Subcommittee and 18th Safety & Environmental Protection Subcommittee Joint Meeting, NASA Kennedy Space Center, FL, May 11.

1999. Goodman G. and **Pleus R.C.** Study of Perchlorate Pharmacokinetics and Inhibition of RAIU in Humans. Protocol submitted to and approved by the Institutional Review Board of Oregon Health Sciences University. Study director: Monte Greer, MD. November 19.

1998. Goodman G. and **Pleus R.C.** Recommendations to the US EPA concerning the derivation of a reference dose for perchlorate. Prepared for the American Pacific Corporation, Submitted to the National Center for Environmental Assessment. Research Triangle Park, NC. September.



1998. Rogers D.E.C., Terblanche P., and **Pleus R.C.** Health risk assessment: its introduction to South Africa for the regulation of emissions from medical waste incinerators. Presented at the *Papers of 11th World Clean Air and Environmental Congress, Volume 3*. Durban, South Africa.

1998. **Pleus R.C.** Risk Assessment and Risk Communication: Strategic Tools. Course presented at the Air & Waste Management Association Waste Combustion in Boilers and Industrial Furnaces Specialty Conference, Kansas City, MO, April 14.

1998. Johnson D.L. and **Pleus R.C.** Current Issues that Effect the Estimate of Cancer Risks and Noncancer Hazards in Multipathway Risk Assessments for BIF Facilities. Paper presented at the Air & Waste Management Association Waste Combustion in Boilers and Industrial Furnaces Specialty Conference, Kansas City, MO, April 15-16.

1998. **Pleus R.C.** and Johnson D.L. Assessing the Risks and Costs to Environmental Cases: Case Studies of Management Responses to Community Discontent. Paper presented at the Air & Waste Management Association Waste Combustion in Boilers and Industrial Furnaces Specialty Conference, Kansas City, MO, April 15-16.

1998. **Pleus R.C.**, Dunn L. and Rogers D.E.C. Comparison of the Use of Risk Assessment for Human Health and Ecological Assessments in Developed and Developing Countries. Paper presented at the 11th World Clean Air and Environment Congress, Durban, South Africa, September 13-18.

1997. **Pleus R.C.** and Boss M.J. Risk Assessment and Risk Communication: Strategic Tools. Course presented at the Air & Waste Management Association Waste Combustion in Boilers and Industrial Furnaces Specialty Conference, St. Louis, MO, April 7.

1997. Shirai J., **Pleus R.C.** and Perry M. Chemical Characteristics of Cement Kiln Dust and their Effect on Dioxin-Related Health Risks. Paper presented at the Air & Waste Management Association Waste Combustion in Boilers and Industrial Furnaces Specialty Conference, St. Louis, MO, April 8-10.

1997. **Pleus R.C.** Introduction to Risk Assessment and Risk Communication: Training Course I. Course presented at the Council on Scientific and Industrial Research (CSIR), Pretoria, South Africa, March 3.

1997. **Pleus R.C.** International Trend in Health Risk Assessment. Lecture to South African governmental officials, CSIR Boardroom, Building 46, Pretoria, South Africa, March 11.

1997. Perry M. and **Pleus R.C.** What are the Neighbors Smelling? Odor Investigation of a Portland Cement Plant. Paper presented at the Nevada Water Pollution Control Association Annual Conference, Las Vegas, NV, March 7.

1997. Perry M. and **Pleus R.C.** Managing Corporate and Citizen Response to Foul Odors: Case Studies Involving Commercial Disposal and Production Facilities. Paper presented at the Air & Waste Management Association Annual Meeting, Toronto, Canada, June 8-13.

1996. **Pleus R.C.** Risk Assessment and Risk Communication: Strategic Tools. Course presented at the Air & Waste Management Association Waste Combustion in Boilers and Industrial Furnaces Specialty Conference, Kansas City, MO, March 25.

1996. **Pleus R.C.** and Boss M.J. Risk Assessment, Risk Communication, and Risk Management: Strategic Tools. Course presented at the Air & Waste Management Association Clean Air Conference, Orlando, FL, November 19.

1995. **Pleus R.C.** Risk Assessment and Risk Communication: Strategic Tools. Course presented at the Air & Waste Management Association Waste Combustion in Boilers and Industrial Furnaces Specialty Conference, Kansas City, MO, March 27.

1995. **Pleus R.C.** and Minter S.L. Odor Investigation of a Portland Cement Plant. Paper presented at the Air and Waste Management Association Odors: Indoor and Environmental Air International Specialty Conference, Bloomington, MN, September 13-15.

1995. Brankovan V., **Pleus R.C.,** and Molholt B. A Reference Dose Concentration (Rfd) for Lithium. Paper presented at the Vth COMTOX Symposium on Toxicology and Clinical Chemistry of Metals, Vancouver, British Columbia, Canada, July 10-13.

1995. **Pleus R.C.** and Kelly K.E. Health Effects Of Hazardous Waste Incineration Facilities…More of the Rest of the Story; An Updated Review of the Scientific Basis of Alleged Adverse Health Effects of Hazardous Waste Incineration. Paper presented at the Incineration Conference, Bellevue, WA, June.

1994. **Pleus R.C.** Q & A's Regarding Recent US EPA Testing of Dioxins and Furans in CKD.

1994. Kelly K.E. and **Pleus R.C.** Health effects of hazardous waste incineration...more of the story. Paper presented at Incineration Conference, Houston, TX, May.

1994. Kelly K.E. and **Pleus R.C.** Health effects of hazardous waste incineration. Paper presented at the Medichem Conference, Melbourne, Australia, October 18-21.

1993. Kelly K.E. and **Pleus R.C.** Identifying the species of metal air toxics of greatest concern to human health and the environment. Paper presented at the Air & Waste Management Association Current Issues in Air Toxics Conference, Sacramento, CA, November 15-16.

1993. **Pleus R.C.** and Kelly K.E. Health effects of burning hazardous waste in hazardous waste incinerators: US and international experience. Paper presented at the International Congress on Health Effects of Hazardous Waste, Health and Human Services, Atlanta, GA, May 3-6.

1993. **Pleus R.C.** and Kelly K.E. Health effects of burning hazardous waste in cement kilns. Paper presented at the International Congress on Health Effects of Hazardous Waste, Health and Human Services, Atlanta, GA, May 3-6.

1993. **Pleus R.C.** and Kelly K.E. The health effects of burning hazardous waste in cement kilns in the US. Paper presented at the Spalování, nebezpecnych odpadu v cementárnách, Brno, Republic of Czech, January 27.

1992. O'Rourke M.F., **Pleus R.C.,** Iversen L.J. and Bylund D.B. Pharmacologic characterization of alpha-2 adrenergic receptor heterogeneity in rat brain. Abstract. *Soc. Neurosci. Abstr.* 18: 457.

1992. Blaxall H.S., **Pleus R.C.,** Cerutis D.R., Hass N.A. and Bylund D.B. Regulation of the alpha-2C adrenergic and 5HT$_{1B}$ serotonergic receptors by dexamethasone in an opossum kidney (OK) cell line. Abstract. *Soc. Neurosci. Abstr.* 18: 1538.

1992. Cerutis D., **Pleus R.C.,** Blaxall H., Hass N. and Bylund D.B. Characterization of an alpha-2 adrenergic receptor expressed in the human pineal gland. Abstract. *FASEB*, April.

1992. **Pleus R.C.,** Shiue C.Y., Shiue G.G., Rysavy J.A., Huang H., Frick M.P. and Bylund D.B. Carbon-11 labeled alpha-2 adrenergic receptor antagonist: Synthesis of [$^{11}$C]WY 26703 and its biodistribution in rodents. Abstract. IXth International Symposium on Radiopharmaceutical Chemistry, Paris, France, 6-10 April.

1992. Shiue C.Y., Bai L., Shiue G.G., Rysavy J.A., **Pleus R.C.,** Huang H., Frick M.P., Catt J.D. and Yevich J.P. Fluorine-18 labeled BMY 14802: Synthesis and anatomical distribution in rodents. Abstract. IXth International Symposium on Radiopharmaceutical Chemistry, Paris, France, 6-10 April.

1992. **Pleus R.C.,** Shiue C.Y., Shiue G.G., Rysavy J.A., Huang H., Frick M.P., and Bylund D.B. 1992. Comparison of [$^{11}$C]MK-912 and[$^{11}$C]WY26703 as alpha-2 adrenergic receptor ligands. Abstract. *J. Nucl. Med.* 5: 861.



1991. **Pleus R.C.** and Bylund D.B. 1991. Regulation of the $5HT_{1B}$ receptor in opossum kidney cells by serotonin. Abstract. *Soc. Neurosci. Abstr.* 17: 1175.

1991. Shiue C.Y., Shiue G.G., Bai L.Q., Huang H., Rysavy J.A., **Pleus R.C.**, Sunderland J.J. and Frick M.P. Fluorine-18 and carbon-11 labeled amphetamine analogs: Synthesis, biodistribution in mice and the effect on D-2 receptor binding. Abstract. *J. Nucl. Med.* 32: 994.

1990. **Pleus R.C.** and Bylund, D.B. 1990. Serotonin down-regulates $5HT_{1B}$ receptors in opossum kidney cells. Abstract. *Soc. Neurosci. Abstr.* 16: 495.

1988. **Pleus R.C.** and Sparber S.B. Acute toxicity of methadone, measured as hypoxia and hypercapnia, in pregnant rats. Abstract. *Soc. Neurosci. Abstr.* 14: 34.

1987. **Pleus R.C.** and Sparber S.B. 1987. Transcutaneous monitoring of $O_2$ and $CO_2$ in conscious and methadone treated rats: Underestimates of hypoxia due to physiological adaptation in control subjects. Abstract. International Narcotics Research Conference, Adelaide, South Australia, 31 August-4 September.

1986. **Pleus R.C.** Reactive astrogliosis and astrocytosis in infants who died of sudden infant death syndrome. Abstract. 7th European Conference on Brain Research, Val Thorens, France, 9-14 March.

1985. **Pleus R.C.** Chemical composition of cosmetic products. Department of Professional Development and Conferences, University of Minnesota, St. Paul, MN, Lecturer (also 1979, 1980, and 1982).

1983. **Pleus R.C.** Physiological factors contributing to accidental susceptibility. Midwest Center for Occupational Health and Safety, St. Paul Ramsey Hospital, St. Paul, MN, Lecturer (also 1981 and 1982).

1983. **Pleus R.C**. 1983. Physiological factors contributing to accident susceptibility. Course notes. Midwest Center for Occupational Health and Safety, St. Paul, MN.

1981. **Pleus R.C.** Effects of hazardous wastes on ground water in Minnesota. Paper presented at the University YMCA, Minneapolis, MN.

## PROFESSIONAL PUBLICATIONS

Lafranconi, M., Budinsky, R., Corey, L.; Klapacz, J., Crissman, J., LeBaron, M., Golden, R., and **Pleus, R.C.** 2021. A 90-day drinking water study in mice to characterize early events in the cancer mode of action 1,4-dioxane. **Accepted**. *Regulatory Toxicology and Pharmacology*

**Pleus R.C.** and Corey L.M. 2018. Environmental Exposure to Perchlorate: A Review of Toxicology and Human Health. *Toxicol Applied Pharm.* pii: S0041-008X(18)30401-0.

**Pleus R.C.**, Bruce G, Klintworth H, Sullivan D, Johnson W, Rajendran N, Keenan. 2018. Repeated dose inhalation developmental toxicity study in rats exposed to cellulose insulation with boric acid additive. *J. Inhal Toxicol.* Nov - Dec; 30(13-14):542-552.

**Pleus R.C.** and Murashov V. (eds.). 2018. Physico-Chemical Properties of Nanomaterials. Singapore: Pan Stanford Publishing Pte Ltd; (27 June 2018)

Corey L.M., Bell G.P., **Pleus R.C.** 2017. Exposure of the US Population to Nitrate, Thiocyanate, Perchlorate, and Iodine Based on NHANES 2005-2014. *Bull Environ Contam Toxicol* 99(1): 83-88.

**Pleus, R. C. 2015.** Assessing Potential Short-Term Impacts of Chloramination. Project 4320. Denver, CO: *the Water Research Foundation*.



**Pleus R.C.** 2013. Rethinking dose in a nano-world. *Chemistry in Australia.* May: 16-18.

**Pleus R.C**. 2013. Nanotoxicology: Physicochemical Properties and Good Experimental Design. *GIT Laboratory Journal* 3-4: 14-15.

Nel A.E., Nasser E., Godwin H., Avery D., Bahadori T., Bergeson L., Beryt E., Bonner J.C., Boverhof D., Carter J., Castranova V., DeShazo J.R., Hussain S.M., Kane A.B., Klaessig F., Kuempel E., Lafranconi M., Landsiedel R., Malloy T., Miller M.B., Morris J., Moss K., Oberdorster G., Pinkerton K., **Pleus R.C.,** Shatkin J.A., Thomas R., Tolaymat T., Wang A., and J. Wong. 2013. Multi-Stakeholder Perspective on the Use of Alternative Test Strategies for Nanomaterial Safety Assessment. *ACS Nano* 7(8): 6422-6433.

ISO/PDTR 13014:2012. 2012. Project Leader: **Pleus R.C.** Nanotechnologies – Guidance on Physico-Chemical Characterization for Manufactured Nano-Objects Submitted for Toxicological Testing, *International Organization for Standardization*, Geneva, Switzerland.

Bruce, G.M., Corey L.M., Mandel J.H., and **Pleus R.C.** 2012. Urinary Nitrate, Thiocyanate, and Perchlorate and Serum Thyroid Endpoints Based on NHANES 2001 to 2002. *Journal of Occupational & Environmental Medicine.* E-pub Ahead of Print.

Rogers W.S. Jr., Clark J.A., **Pleus R.C.,** Wetherington D.R., and Cowart S.T. 2010. Nanotechnology: Insurance and Risk Management Implications. *The Risk Report* 32(8): 1-8.

Snyder S., Lue-Hing C., Cotruvo J., Drewes J.E., Eaton A., **Pleus R.C.,** Schlenk D. 2010. Pharmaceuticals in the Water Environment. In association with *the National Association of Clean Water Agencies* and *the Association of Metropolitan Water Agencies*.

Bruce G.M., **Pleus R.C.,** Snyder S.A. 2009. Toxicological Relevance of Pharmaceuticals in Drinking Water. *Environmental Science & Technology* 44(14): 5619-26.

Belzer R.B., Bus J.C., Cavalieri E.L., Lewis S.C., North D.W., **Pleus R.C.** 2008. The Naphthalene State of the Science Symposium: Objectives, Organization, Structure, and Charge. *Regulatory Toxicology and Pharmacology* 51, 2; Suppl. 1: 1-5.

Snyder S.A., Vanderford B.J., Drewes J., Dickenson E., Snyder E.M., Bruce G.M., **Pleus R.C.** 2008. State of Knowledge of Endocrine Disruptors and Pharmaceuticals in Drinking Water, *Awwa Research Foundation*, Denver, CO.

Linkov I., Satterstrom F.K., Steevens J., Ferguson E., **Pleus R.C.** 2007. Multi-criteria decision analysis and environmental risk assessment for nanomaterials. *Journal of Nanoparticle Research:* 543-554.

Snyder S.A., **Pleus R.C.,** Vanderford B.J., Holady J.C. 2006. Perchlorate and chlorate in dietary supplements and flavor enhancing ingredients. *Analytica Chimica Acta* 567(1): 26–32.

Snyder E.M., **Pleus R.C.,** Snyder S.A. 2005. Pharmaceuticals and EDCs in the US water industry- an update. *Journal of the American Water Works Association* 97, 11: 32-36.

Chow J.C., Watson J.G., Savage N., Solomon C.J., Cheng Y., McMurry PH, Corey LM, Bruce GM, **Pleus RC**, Biswas P, Wu C. 2005. Critical Review: Nanoparticles and the Environment. *Air & Waste Management Association* 55: 1411-1417

Wahlsten D., Colbourne F. and **Pleus R.C.** 2003. A robust, efficient and flexible method for staining myelinated axons in blocks of brain tissue. *Journal of Neuroscience Methods* 123: 207-214.

Greer M.A., Goodman G., **Pleus R.C.** and Greer S.E. 2002. Health Effects Assessment for Environmental Perchlorate Contamination: The Dose Response for Inhibition of Thyroidal Radioiodine Uptake in Humans. *Environmental Health Perspectives.* 110: 927-937.



**Pleus R.C.**, Goodman G. and Mattie D.R. 2000. Development of a Reference Dose for Perchlorate: Current Issues and Status. *CIPA Publication:* 698.

Greer M.A., Goodman G., **Pleus R.C.**, and Greer S.E. 2000. Does environmental perchlorate exposure alter human thyroid function? Determination of the dose-response for inhibition of radioiodine uptake. Abstract. Endocrine Journal 47 : 148.

Bylund D.B. and **Pleus R.C.** 2000. Alpha-2 adrenergic receptor binding in human pineal gland. *Pharmacology Reviews and Communications* 11: 1-10.

Shiue C., **Pleus R.C.**, Shiue G., Rysavy J.A., Sunderland J.L., Cornish K.G., Young S.D. and Bylund D.B. 1998. Synthesis and Biological Evaluation of [$^{11}$C]MK-912 As an Alpha-2 Adrenergic Receptor Radioligand for PET Studies. *Nuclear Medicine and Biology* 25: 127-133.

**Pleus R.C.**, Dunn L. and Rogers D.E.C. 1998. Comparison of the use of risk assessment for human health and ecological assessments in developed and developing countries. In *Papers of 11th World Clean Air and Environmental Congress, Volume 2*. Durban, South Africa, National Association for Clean Air: 6D-5.

**Pleus R.C.** and Kelly K.E. 1998. Heath Effects from Hazardous Waste Incineration Facilities: Five Case Studies. *Advances in Modern Environmental Toxicology* 25: 179-192.

Shirai J., **Pleus R.C.** and Perry M. 1997. Chemical Characteristics of Cement Kiln Dust and their Effect on Dioxin-Related Health Risks. In *Waste Combustion in Boilers and Industrial Furnaces*. Pittsburgh, PA; Air & Waste Management Association: 193-205.

**Pleus R.C.**, Shiue C.Y., Shiue G.G., Rysavy J.A., Huang H., Sunderland J.J. and Bylund D.B. 1993. Synthesis and biodistribution of the $\alpha_2$-adrenergic receptor antagonist ($^{11}$C)WY26703: Use as a radioligand for Positron Emission Tomography. *Receptor* 2: 241-252.

**Pleus, R.C.**, Suder D.R., and C.E. Schmidt. 1993. Methodology for assessing the health impact of gaseous emissions from a pulp mill. Paper presented at the 86th Annual Meeting of the Air and Waste Management Association, Denver, Colorado, 13-18 June. Paper 93-TA-36A.05.

**Pleus R.C.** and Pascoe G.A. 1993. Assessing health risks from inhalation and oral exposure to chloroform in water. Abstract. *FASEB Federation Proceedings.* 7: 3323.

Shiue C.Y., Shiue G.G., Rysavy J.A., **Pleus R.C.**, Huang H., Bai L.Q., Cornish K.C., Sunderland J.J. and M.P. Frick. 1993. Fluorine-18 and carbon-11 labeled amphetamine analogs—Synthesis, distribution, binding characteristics in mice and rats and a PET study in monkey. *Nuclear Medicine and Biology* 20: 973-981.

Shiue C.Y., Bai L.Q., Shiue G.G., Rysavy J.A., **Pleus R.C.**, Hui H., Frick M.P. and Catt J.D. 1993. Synthesis of (±)-[$^{18}$F]BMY 14802, its enantiomers and their anatomical distributions in rodents. *Nuclear Medicine and Biology* 20: 625-630.

**Pleus R.C.**, Shreve P.E., Toews M.L. and Bylund D.B. 1993. Down-regulation of alpha-2 adrenoceptor subtypes. *European Journal of Pharmacology* 244: 181-185.

Shiue C.Y., Shiue G.G., **Pleus R.C.**, Rysavy J.A., Huang H., Frick M.P. and Menolascino F.J. 1992. A comparison of the utility of N-[$^{11}$C]methylketanserin and N-[$^{11}$C]methylaltanserin for mapping serotonin receptors *in vivo*. *Journal of Nuclear Medicine* 33: 1026.

**Pleus R.C.**, Shiue C.Y., Shiue J., Rysavy J., Huang H., Sunderland J., Cornish K., Bai L., Frick M. and Bylund D.B. 1992. [$^{11}$C]MK-912 and [$^{11}$C]WY26703 as positron emitting radioligands to label alpha-2 adrenergic receptors *in vivo*: Assessing their use in Rhesus monkey brain. Abstract. *Abstracts – Society for Neuroscience* 18: 590.



**Pleus R.C.** and Bylund D.B. 1992. Desensitization and down-regulation of the 5-$HT_{1B}$ receptor in the opossum kidney cell line. *Journal of Pharmacology and Experimental Therapeutics* 261: 271-277.

Gary V., Oatman L., **Pleus R.C.** and Gray D. 1984. Formaldehyde in the home: Some disease perspectives. *Minnesota Medicine* 63: 107-110.

## Contributions to Book Chapters

**Pleus, R.C.** 2014. Toxicity Testing, Standards and Guidelines. In: Wexler, P. (Ed.), Encyclopedia of Toxicology, 3rd edition vol 4. Elsevier Inc., Academic Press, pp. 698–702.

**Pleus R.C.** 2012. The State of Science – Human Health, Toxicology, and Nanotechnological Risk. In Shatkin J., *Nanotechnology Health and Environmental Risks.* CRC Press.

Locascio L., Reipa V., Zook J., **Pleus R.C.** 2011. Nanomaterial Toxicity: Emerging Standards and Efforts to Support Standards Development. In Murashov V. and Howard J., Eds. Nanotechnology Standards. Springer: 179-208. New York, NY.

Belzer R.B., Bruce G.M., Peterson M.K. and **Pleus R.C.** 2004. Using Comparative Exposure Analysis to Validate Low-Dose Human Health Risk Assessment: The Case of Perchlorate. In Linkov, I. and Ramadan, A., Eds. *Comparative Risk Assessment and Environmental Decision Making.* Kluwer: 57-74. Norwell, MA.

Borak J.B. and **Pleus R.C.** 2003. Toxicology (Chapter 39). In McCunney R.J., Eds. *A Practical Approach to Occupational and Environmental Medicine, 3rd Edition*. Lippincott Williams & Wilkins Publishers: 554-570. Philadelphia, PA.

**Pleus R.C.** 2003. Perchlorate Regulation and Regulatory Activity (Chapter IX). In Schilt A.A. and McBride L.C., *Perchloric Acid and Perchlorate, 2nd Edition*. GFS Chemicals. Powell, OH.

**Pleus R.C.**, Ammann H.M., Miller R.V., and Robles H. 2003. Toxicology (Chapter 4). In Boss M. and Day D., Eds. *Biological Risk Engineering Handbook: Infection Control and Decontamination*. Lewis Publishers: 97-110. Boca Raton, FL.

Ammann H.M., Miller R.V. Robles H., and **Pleus R.C.** 2003. Risk Assessment (Chapter 5). In Boss M. and Day D., Eds. *Biological Risk Engineering Handbook: Infection Control and Decontamination*. Lewis Publishers: 111-134. Boca Raton, FL.

## Other Professional Publications

**Pleus R.C.** 2003. Perchlorate: Using Good Science to Derive a Safe Drinking Water Level. *Water Conditioning & Purification Magazine.* August: 36-40.

**Pleus R.C.** 2000. Riding the Rocket – How a Perchlorate Standard May Affect Those for Chlorine Dioxide and Its DBPs. *Water Conditioning & Purification Magazine.* September: 104-107.

**Pleus R.C.** 2000. Strategies to Manage POPs and PBTs in the Cement Industry. *Cement Americas.* May/June: 38-40.

**Pleus R.C.** and Kelly K.E. 1993. Health Effects of Hazardous Waste Incineration Facilities: Five Case Studies. *US Department of Health and Human Services. ATSDR* Hazardous Waste and Public Health: International Congress on the Health Effects of Hazardous Waste: 815-825.

**Pleus R.C.** 1991. Book review of Jonsen, A.: The new medicine and the old ethics. Science Books and Films 27: 71.

**Pleus, R.C.** 1988. Book review of Thackray, S: Looking at pollution. *Science Books and Films* 24,1: 21.

**Pleus, R.C.** 1988. Biology textbook review of Wallace R. A., Biology; The world of life, 4th edition. *Science Books and Films* 23, 4: 217-218.

**Pleus R.C.** 1985. Biology textbook review of Bauer et al. Experience in biology. 2nd edition. *Science Books and Films* 29.

**Pleus R.C.** 1985. Chemical composition of cosmetic products. Course notes. Minnesota Cosmetology Workshop, Minneapolis, MN.

*Curriculum vitae last updated March 2021.*

Summary of testimony for Richard C. Pleus, PhD, MS

As of 4/21/2021

| Number | Year | Workers' Comp (WC) or Litigation (L) | Case Reference | Venue | Chemicals of Concern | Expert Reports & Declarations submitted (includes Draft Documents) | Depositions | Testimony at Trial/Hearing |
|---|---|---|---|---|---|---|---|---|
| 1 | 2021 | L | Mothershead v. Wofford ((State of WA (Pierce County) v. Mothershead) | U.S. District Court Western District of Washington - at Tacoma | occular treatment with pharmaceuticals | x | | |
| 2 | 2020 | WC | Victor Valdez v Delta | New York Workers' Compensation Board Case No. B966926768000101669 | dermal and respiratory chemicals from uniforms | x | | |
| 3 | 2020 | WC | Millwood v Delta | New York Workers' Compensation Board Case No. 30192957666-0001 | dermal and respiratory chemicals from uniforms | x | | |
| 4 | 2020 | WC | Barthelemy v Delta | New York Workers' Compensation Board Case No. 30193115885-0001 | dermal and respiratory chemicals from uniforms | x | | |
| 5 | 2020 | WC | Bazan-Stone v Delta | New York Workers' Compensation Board Case No. 30193777823-0001 | dermal and respiratory chemicals from uniforms | x | | |
| 7 | 2020 | ? | Einarsdottir v Icelandair | "Court appointed appraisers" | chemicals from bleed air | x | | |
| 8 | 2020 | WC | Harper v American Airlines | Illinois State Workers' Compensation Board | dermal and respiratory chemicals from uniforms | x | | |
| 9 | 2020 | WC | Page-Nelson v Delta | New York State Workers' Compensation Board | dermal and respiratory chemicals from uniforms | x | | |
| 10 | 2020 | WC | Baldoz v Delta | New York State Workers' Compensation Board | dermal and respiratory chemicals from uniforms | x | x | |
| 11 | 2020 | WC | Guna v Delta | New York State Workers' Compensation Board | dermal and respiratory chemicals from uniforms | x | | |
| 12 | 2020 | WC | Nealy v Delta | New York State Workers' Compensation Board | dermal and respiratory chemicals from uniforms | x | | x |
| 13 | 2020 | WC | Germusa v. Delta | New York State Workers' Compensation Board | dermal and respiratory chemicals from uniforms | x | | |
| 14 | 2020 | WC | Cole v. Delta | New York State Workers' Compensation Board | dermal and respiratory chemicals from uniforms | x | x | |
| 15 | 2019 | WC | Vangrieken v. Delta | New York State Workers' Compensation Board | dermal and respiratory chemicals from uniforms | x | | x |
| 16 | 2019 | WC | Mcqueen V. American Airlines | New York State Workers' Compensation Board - 00653408 | chemicals from bleed air | x | | |
| 17 | 2019 | WC | Wong v. Delta | New York State Workers' Compensation Board | dermal and respiratory chemicals from uniforms | x | | x |
| 18 | 2019 | WC | Lee v. Delta | New York State Workers' Compensation Board | dermal and respiratory chemicals from uniforms | x | | |
| 19 | 2019 | L | Vanessa Woods, Et Al., V. The Boeing Company | Circuit Court of Cook County, Illinois | chemicals from bleed air | x | x | |
| 20 | 2019 | WC | Labow v. Delta | New York State Workers' Compensation Board | dermal and respiratory chemicals from uniforms | x | | x |
| 21 | 2019 | WC | Myers v JetBlue | Oregon Workers' Compensation Board, Portland Hearings Division | chemicals from bleed air | x | | x |
| 22 | 2019 | L | Erickson et al. V. Monsanto | Superior Court Of The State Of Washington | PCBs in air | x | | |
| 23 | 2019 | L | Bard v. Monsanto | Superior Court Of The State Of Washington | PCBs in air | x | | |
| 24 | 2019 | L | Roscoe, Allen, and Allen v. Kroner Environmental Services, Inc. | Superior Court Of The State Of Washington | occupational exposure to gases | x | | |
| 25 | 2018 | WC | Elston v. General Motors | Department of Labor and Industial Relations, Division of Workers' Compensation, State of Missouri | asbestos | x | | |
| 26 | 2018 | WC | Wagner v. American Airlines | Worker's Compensation State of Missouri Case#15-106316 | chemicals used in aircraft maintenance | x | | |
| 27 | 2018 | WC | Wolterman v American Airlines | State of New York Workers' Compensation Board Claim #G2059497 | chemicals in uniform | x | x | |
| 28 | 2018 | WC | Jurmann v American Airlines | State of Pennsylvania Bureau of Workers' Compensation Claim | tricresyl phosphate and other organophosphates | x | | |
| 29 | 2018 | WC | Sneddon v American Airlines | State of Pennsylvania Bureau of Workers' Compensation Claim #8014689 | chemicals in uniform | x | x | |
| 30 | 2018 | WC | Niepoky v American Airlines | State of New York Workers' Compensation Board Case #G1957833 | chemicals in uniform | x | | |
| 31 | 2018 | WC | Robin Adams-Dejardin v American Airlines | State Of Illinois – Workers' Compensation Commission Claim | chemicals in uniform | x | | |
| 32 | 2018 | WC | Mary Ellen Sadler v American Airlines | Illinois Workers' Compensation Commission Case #16WC27699 | tricresyl phosphate and other organophosphates | x | x | |
| 33 | 2018 | WC | James Chidiac v American Airlines | State of Pennsylvania Workers' Compensation Office of Adjudication Case #7937511 | chemicals in uniform | x | x | |
| 34 | 2018 | WC | Efelyn Lattini v American Airlines #7956682 | Pennsylvania Department of Labor & Industry | tricresyl phosphate and other organophosphates | x | x | |
| 35 | 2018 | WC | Virginia Hardie v American Airlines #G1984449 | State of New York - Workers' compensation Board | chemicals in uniform | x | | |
| 36 | 2017 | WC | Danny Gulledge v American Airlines # 17-026830 | North Carolina Industrial Commission | tricresyl phosphate and other organophosphates | x | | |
| 37 | 2017 | WC | Margot Little v American Airlines #VA00001327897 | State of Virginia Workers' Compensation Commission Case | chemicals in uniform | x | x | |

Summary of testimony for Richard C. Pleus, PhD, MS

As of 4/21/2021

| Number | Year | Workers' Comp (WC) or Litigation (L) | Case Reference | Venue | Chemicals of Concern | Expert Reports & Declarations submitted (includes Draft Documents) | Depositions | Testimony at Trial/Hearing |
|---|---|---|---|---|---|---|---|---|
| 38 | 2017 | WC | Elsa Castillo v American Airlines #ADJ10861614 | Workers' Compensation Appeals Board, State of California | chemicals in uniform | x | | |
| 41 | 2017 | WC | Shannon Halverson v American Airlines #00599996 | Illinois State Workers' Compensation Board | chemicals in uniform | x | | |
| 42 | 2017 | WC | Kimberly Fraser v American Airlines #599819 | Virginia Workers' Compensation Commission | chemicals in uniform | x | | |
| 43 | 2017 | WC | Angela Fillman v American Airlines #G1 765206 | New York State Workers' Compensation Board | chemicals in uniform | x | | |
| 44 | 2017 | WC | Alexandra Hughes, v American Airlines #00598896 | Illinois State Workers' Compensation Board | chemicals in uniform | x | | |
| 45 | 2017 | WC | Dana Garner,  v American Airlines #00599450 | Illinois State Workers' Compensation Board | tricresyl phosphate and other organophosphates | x | | |
| 48 | 2016 | L | Rehrmann v. The iHookah Club | County of Kootenai Discrict Court; First Judicial District; Idaho | paint and coatings | x | | |
| 49 | 2016 | L | Kenneth Davidson v Fairchild Control Corp | United States District Court, Southern District Of Texas, | tricresyl phosphate and other organophosphates | x | x | |
| 50 | 2016 | L | Christian v ARCO; DV-08-173 BN | Montana Second Judicial District Court, Silver Bow County | arsenic, lead | x | | |
| 51 | 2015 | L | Brown, Adam D. v. West 57 LLC et al | Spokane County Superior Court; Washington State | ethanol | x | | |
| 53 | 2015 | L | Workers Compensation Claim of James Casteel, # WCGWM2014728884 | WA workers' compensation claim | malt dust | x | | |
| 54 | 2015 | L | Rohlfsen v United Airlines | Claim # WCGWM2014728884 | fumes from electric fire | x | x | |
| 55 | 2015 | L | Kelsey Ann Pitts V Housing Authority Of King County Case #: 14-2-27253-7 SEA | KING COUNTY SUPERIOR COURT | fungal and mycotoxins; volitile organic compounds | x | | |
| 56 | 2014 | WC | Mr. David Zaharik/ WorkSafeBC.File No. 12217967/ WCAT No. 141165-A | Worker's Compensation Appeal Tribunal, British Columbia | tricresyl phosphate and other organophosphates | x | | |
| 57 | 2014 | L | Community Association for Resoration of the Environment, Inc., *et al .*, v Cow Palace, LLC, *et al..*  Case No. 13-CV-3016 | U.S. District Court, Eastern District, WA | nitrate, nitrite | x | x | |
| 59 | 2014 | L | Saffioti v. Maxim Healthcare Services | U.S. District Court, Western District, WA | allergens in dairy products | x | | |
| 61 | 2014 | L | Uflex Packaging, Inc., *et al.*  v. The Promotion in Motino Brands, *et al.* Case No. SOM-L-320-12 | Superior Court of New Jersey, Law Division, Middlesex County | chemicals leaching from candy wrapper | x | x | |
| 62 | 2014 | L | Smith *et* ANO v. Jana *et al.* | Superior Court of Washington, King County | TCE | x | | |
| 63 | 2014 | WC | Sieberlich v Petsmart. Claim No. 7211970 | Bureau of Workers' Compensation, PA | veterinary shampo | x | x | |
| 64 | 2014 | L | Jean Pierre Rey *et al.*  v Michel Rey *et al.*  No. 3:14-cd-5093 | US District Court, Western District of Washington at Tacoma | arsenic, mercury | | x | |
| 65 | 2014 | L | Loretta Albright v Lee A. Antles, M.D. and West Olympia Internal Medicine, PLLC | Superior Court of Washington, Thurston County | lavaquin | | x | |
| 68 | 2013 | L | State of WA (Pierce County) v. Mothershead | Superior Court, Pierce County, State of WA | eye pharmaceuticals | x | | |
| 69 | 2013 | WC | Air Canada v. Zaharik | Workers Compensation Board (Canada) | tricresyl phosphate and other organophosphates | x | | |
| 70 | 2013 | L | North Carolina Coastal Federation, et al. v. North Carolina Dept. of Environment and Natural Resources | In The Office Of Administrative Hearings, State Of North Carolina, County Of Wake In The Office Of Administrative Hearings, State Of North Carolina, County Of Wake | sulfer dioxides, nitrogen oxides, mercury | x | | |
| 71 | 2012 | L | Christian v. BP Amoco Corporation, et al., Atlantic Richfield Company, et al. | MT Second Judicial District Court | arsenic, lead | x | x | |
| 72 | 2012 | WC | Davidson v. Northrop Grumman Corporation | Louisiana Workers Compensation | tricresyl phosphate and other organophosphates | x | | |
| 73 | 2012 | WC | Air Canada v. La Porte and Martinez | Transport Canada Health and Safety | tricresyl phosphate and other organophosphates | x | x | x |
| 74 | 2012 | WC | Delgado and Liang, LaPorte, Martinez, Blaize v. Air Canada | Transport Canada Health and Safety | tricresyl phosphate and other organophosphates | x | x | |
| 75 | 2011 | WC | Patricia Forames v. US Airways, Claim No. 3648033 | PA Workers' Compensation | tricresyl phosphate and other organophosphates | x | x | |
| 76 | 2011 | WC | Tina Costanzo v. US Airways, Claim No. 3950217 | PA Workers' Compensation | tricresyl phosphate and other organophosphates | x | x | |
| 78 | 2011 | WC | Janet Zweber v. U.S. Airways | North Carolina Industrial Commission | tricresyl phosphate and other organophosphates | **x** | | |
| 79 | 2011 | WC | Carol Dobbs v. Glendale Heating and Air Conditioning | Superior Court of Washington, King County | carbon monoxide | **x** | | |
| 80 | 2011 | WC | Toni Day v. U.S. Air, IC No. X53460, | North Carolina Industrial Commission | tricresyl phosphate and other organophosphates | **x** | x | |
| 82 | 2011 | L | Forames v. ST Aerospace Mobile, Case No. 02-CV-2011-900803.00 | Circuit Court Mobile County, Alabama | tricresyl phosphate and other organophosphates, jet engine oil | **x** | x | |
| 83 | 2011 | L | NRDC/Santa Monica Baykeeper v. City of Malibu, CV 08-1465-AHM (PLAx) | US District Court, Central District CA | bacteria/microbe recreational waste aquatic organisms | **x** | | |
| 84 | 2010 | L | Puget Soundkeeper Association v. BNSF Railway Company No. 2:09-CV-01087-JCC | US District Court, Western District WA | copper, lead, zinc | **x** | | |
| 86 | 2010 | L | Suther Estate v. Neal, 10-2-01636-5 | Superior Court, Thurston County | ethanol, oxycodone, hydrocodone, hydromorphone, acetaminophen | **x** | | |
| 87 | 2010 | L | Kohler v. Keller Transport, Inc., No. DV09-1 | Montana 20th Judicial District Court, Lake County | gasoline | **x** | | |
| 88 | 2010 | WC | Garee v. U.S. Air, Claim No. 3644537 | PA Workers' Compensation | tricresyl phosphate and other organophosphates | **x** | | |
| 89 | 2010 | WC | Hudson v. U.S. Air, Claim No. 3621509 | PA Workers' Compensation | tricresyl phosphate and other organophosphates | **x** | x | |
| 90 | 2010 | WC | Keegan v. U.S. Air, Claim No. 3621514 | PA Workers' Compensation | tricresyl phosphate and other organophosphates | **x** | | |
| 91 | 2010 | WC | Panzner v. U.S. Air, Claim No. 3658577 | PA Workers' Compensation | tricresyl phosphate and other organophosphates | **x** | | |

Summary of testimony for Richard C. Pleus, PhD, MS

As of  4/21/2021

| Number | Year | Workers' Comp (WC) or Litigation (L) | Case Reference | Venue | Chemicals of Concern | Expert Reports & Declarations submitted (includes Draft Documents) | Depositions | Testimony at Trial/Hearing |
|---|---|---|---|---|---|---|---|---|
| 92 | 2010 | WC | Sutherland v. U.S. Air, Claim No. 3631195 | PA Workers' Compensation | tricresyl phosphate and other organophosphates | x | x | |
| 93 | 2010 | L | Bestul v. Phelps, Pacific Env. Services Co. 09-2-00435-4 | Superior Court, King County | ethanol | x | | |
| 94 | 2009 | L | Williams v. Boeing 09-2-15315-98 SEA | Superior Court, King County | tricresyl phosphate and other organophosphates | x | x | |
| 96 | 2009 | L | City of Seattle v. Sebastien Scandiuzzi | Superior Court, King County | doxylamine, tramadol | x | | |
| 97 | 2009 | L | Seattle v Boeing v King Co no. 07-02-23991-01 SEA | Superliior Court, King County | PCBs, dioxins, metals | x | | |
| 103 | 2007 | WC | Anna Denney v. US Airways, Industrial Commission File No. 642874 | PA Workers' Compensation | tricresyl phosphate and other organophosphates | x | | |
| 104 | 2007 | L | Troy Rossi v. A.P. Moller-Maersk A/S et al., No. 3-06-CV-05416 RBL | U.S. District Court, Western District, WA | solvents | x | | |
| 105 | 2007 | L | Barrios v. Union Pacific, CV 04-08972 RSWL (MANx) | US District Court, Central District CA | aldehydes, chlorofluorocarbons | x | | |
| 107 | 2007 | L | Armed Services Board of Contract Appeals No. 54853; Appeal of The Boeing Company on behalf of Lockheed Martin Corporation, Under Contracts Nos. AF3306573- 16684 et al | Armed Svcs Board Contract Appeals | perchlorate | x | x | |
| 111 | 2006 | L | Julie Anderson et al. v. Akzo Nobel Coatings Inc., et al., No. 06-2-11986-5 | Superior Court, King County | solvents, paints | x | x | |
| 112 | 2006 | L | Janet and Charles Drysdale v. Akzo Nobel, No. 05-2-27952-4 SEA | Superior Court, King County | solvents, paints | x | | |
| 113 | 2006 | L | Norah Wilkins et al. v. Olin Corporation, et al., --- | United States District Court Northern District of California | perchlorate | x | | |
| 115 | 2006 | L | Brian Wheatley and Lisa Wheatley v. Suncrest Homes, Inc., No. 04-2-38813-9KNT | Superior Court, King County | fungal and mycotoxins | x | | |
| 116 | 2006 | L | Belinda Rianda and Erica Rianda v. Olin Corporation, et al.,, Civil Action No. 5:04-cv-02668-RMW | US District Court, Northern District, San Jose, CA | perchlorate | x | x | x |
| 117 | 2006 | L | Diana Blome v. Blome, King County Cause No. 02-3-01955-6 SEA | Superior Court, King County | illicit drug use | x | | |
| 120 | 2005 | L | Nathaniel Allen, Jr., et al. vs. Aerojet-General Corporation, et al. | Superior Court of California - Sacramento | perchlorate, TCE, other chemicals in drinking water | x | x | x |
| 122 | 2005 | L | Richard Southam v. Fluor Hanford, Inc. - No. 04-CV-5104-FVS | US District Court, Eastern District, WA | beryllium | x | | |
| 125 | 2004 | L | Jayne Palmisano, et al. v. Olin Corporation, et al., No. C-03-01607 RMW | US District Court, Northern District, CA | perchlorate | x | x | x |
| 126 | 2004 | L | Joyce Grubbe v. Jackie Associates Partnership, et al., No. 03-2-38207-8 SEA | Superior Court, King County | fungal and mycotoxins | x | | |
| 130 | 2004 | L | Lavine v. MuscleTech, No. 2003-29113 | 280th District Court, Harris County, TX | ephedrine alkaloids | x | | |
| 131 | 2004 | L | Appeal of Campbell Soup Company and Stockpot, Inc. | King County Hearing Examiner, KCWWTD | soil contaminants | x | x | x |
| 132 | 2004 | L | Grennan v. Genie Industries, Case No. 02-2-17642-9 SEA | Superior Court, King County | amphetamines | x | | |
| 133 | 2004 | L | Dolan v. Shelton, No. 03-2-01040-2 | Superior Court, King County | fungal and mycotoxins | x | | |
| 136 | 2003 | L | Brad Garrett v. Joshua Green Corporation et al., --- | Superior Court, King County | perchloroethylene | x | | |
| 138 | 2003 | L | Donna E. Bosch and James A. Bosch v. Sunset Pacific General Contractors, No. 99-2-12814-7 | Superior Court, Pierce County | fungal and mycotoxins | | x | |
| 140 | 2003 | L | Everett Akers, et al. v. Raytheon, et al. - No. CV-01-1348-HU | US District Court, District of Oregon | sarin, sulfur mustard | x | | |
| 143 | 2002 | L | Bradford, et al. v. McDonnell Douglas Corporation, et al, | Superior Court, King County | chemicals from bleed air | x | | x |
| 147 | 1998 | L | Cheryl Mapes-Liegl v. JRJ Inc., Docket No. 559 | The District Court Of Lancaster County, Nebraska | fungal and mycotoxins | x | | x |
| 148 | 1998 | L | Brighton et al. v. Cedar Grove Composting, --- | Superior Court, King County | decomposition gases | x | | |
| 151 | 1997 | L | Trimble et al. v. Asarco, --- | United States District Court District Of Nebraska | lead, arsenic, metals | | x | |
| 152 | 1997 | L | Buchannan v. Simplot, --- | Washington | biological aerosols | x | x | |
| 153 | 1996 | L | Alvine v. Pestex, --- | Florida | pesticide | x | x | |
| 155 | 1996 | L | Brown v. Sherwin Williams, --- | Pennsylvania | siloxanes | x | x | |
| 156 | 1996 | L | Coleman et al. v. Port of Bremerton | Superior Court, Kitsap County | landfill gases | | x | |
| 158 | 1996 | L | Asarco v. Washington Department of Ecology, --- | Superior Court, Thurston County | arsenic, lead | x | x | |

# Exhibit E

REDACTED