# EXHIBIT B

| | |
|---|---|
| **From:** | Sassoon, Danielle (USANYS) <Danielle.Sassoon@usdoj.gov> |
| **Sent:** | Monday, December 6, 2021 8:53 AM |
| **To:** | Neil Kelly; Keenan, Lindsey (USANYS) |
| **Cc:** | Allegra Glashausser; Marne Lenox; Peggy Cross-Goldenberg; Bracewell, Mollie (USANYS) |
| **Subject:** | RE: [EXTERNAL] RE: Additional expert information? |

Thanks, Neil. We will get back to you on this promptly, but it may not be today.

**From:** Neil Kelly <Neil_Kelly@fd.org>
**Sent:** Saturday, December 4, 2021 5:59 PM
**To:** Keenan, Lindsey (USANYS) <LKeenan@usa.doj.gov>
**Cc:** Allegra Glashausser <Allegra_Glashausser@fd.org>; Marne Lenox <Marne_Lenox@fd.org>; Peggy Cross-Goldenberg <Peggy_Cross-Goldenberg@fd.org>; Sassoon, Danielle (USANYS) <DSassoon@usa.doj.gov>; Bracewell, Mollie (USANYS) <MBracewell@usa.doj.gov>
**Subject:** RE: [EXTERNAL] RE: Additional expert information?

Thanks Lindsey. To clarify, at this time, we are not asking to see the case-specific portions of Dr. Hughes's report in the NYS case. What we are asking for are the studies, data, and literature that Dr. Hughes is going to base her opinions on in this case and that were referenced in the Government's November 15 disclosure. If her opinions in this case are based on the same studies, data, and literature that formed the basis of her opinions in the NYS case, please provide just the portion of her report that identifies the materials she relied upon. To the extent Dr. Hughes is relying on other or additional studies, data, and literature as the basis of her opinion in this case, please identify those materials.

Let me know if you have any other questions or would like to discuss further.

Thanks.

Neil P. Kelly | Assistant Federal Defender
**Federal Defenders of New York, Inc.**
52 Duane Street, 10th Floor
New York, NY 10007
Office: (212) 417-8744
Cell: (646) 335-3785
neil_kelly@fd.org

**From:** Keenan, Lindsey (USANYS) [mailto:Lindsey.Keenan@usdoj.gov]
**Sent:** Saturday, December 4, 2021 5:38 PM
**To:** Neil Kelly <Neil_Kelly@fd.org>
**Cc:** Allegra Glashausser <Allegra_Glashausser@fd.org>; Marne Lenox <Marne_Lenox@fd.org>; Peggy Cross-Goldenberg <Peggy_Cross-Goldenberg@fd.org>; Sassoon, Danielle (USANYS) <Danielle.Sassoon@usdoj.gov>; Bracewell, Mollie (USANYS) <Mary.Bracewell@usdoj.gov>
**Subject:** Re: [EXTERNAL] RE: Additional expert information?

Hi Neil,

Are you referring to the report about which Allegra inquired in her December 2 email? If so, please just let me know if you will maintain it on an attorney's eyes only basis. As I explained below, it likely contains sensitive and personal identifying information of a sexual assault victim.

Best regards,
Lindsey

Lindsey Keenan
Assistant United States Attorney
Southern District of New York
Office: (212) 637-1565
Mobile: (646) 907-3756

> On Dec 4, 2021, at 3:10 PM, Neil Kelly <Neil_Kelly@fd.org> wrote:
>
> Lindsey,
>
> Regarding Dr. Hughes, the Government's disclosure states that her testimony will be based on, *inter alia*, her "extensive study of the empirical data and social science literature on sexual assault, interpersonal violence, victimization, coercive control, and trauma." In the *Raniere* matter, the Government disclosed a prior expert report from Dr. Hughes specifically because it "identifie[d] numerous studies supporting her opinions" in the matter at issue. Given the Government's representation that such studies and social science literature will form the basis of Dr. Hughes's testimony in this case, we believe we are entitled (as the defense was in *Raniere*) to the identification of these materials under Rule 16(a)(1)(G).
>
> Thank you.
>
> Neil P. Kelly | Assistant Federal Defender
> **Federal Defenders of New York, Inc.**
> 52 Duane Street, 10th Floor
> New York, NY 10007
> Office: (212) 417-8744
> Cell: (646) 335-3785
> neil_kelly@fd.org
>
> ---
>
> **From:** Keenan, Lindsey (USANYS) <Lindsey.Keenan@usdoj.gov>
> **Sent:** Friday, December 03, 2021 4:48 PM
> **To:** Allegra Glashausser <Allegra_Glashausser@fd.org>; Marne Lenox <Marne_Lenox@fd.org>; Peggy Cross-Goldenberg <Peggy_Cross-Goldenberg@fd.org>
> **Cc:** Sassoon, Danielle (USANYS) <Danielle.Sassoon@usdoj.gov>; Bracewell, Mollie (USANYS) <Mary.Bracewell@usdoj.gov>
> **Subject:** RE: Additional expert information?
>
> Hi Allegra,
>
> Thank you for your email. While we believe our November 15, 2021, expert notice was sufficient, we are providing answers to your questions below.
>
> 1. Stephen Flatley is expected to testify that in connection with this investigation, phones and mobile devices were extracted using Cellebrite UFED, and analyzed with the companion program Physical Analyzer. All other digital material was imaged using either FTK Imager, CART Boot Media (which is Linux-based), or the TX1 Disc Duplicator made by Tableaux, and analyzed with Access Data's AD lab. As described in our November 15, 2021, notice, we intend to offer Stephen Flatley as a lay witness, not as an expert.
> 2. A prior testimony list for Dr. Dawn Hughes is attached. This list is provided as a courtesy, and is merely a representative sample, not a comprehensive list, of Dr. Hughes's prior testimony. It is

not Dr. Hughes's practice to prepare a report when acting as a blind subject matter expert, without having examined victims or reviewed case specific materials. Thus, she does not have such a report to provide. Her testimony is based on her 25 years of practice and experience in her field. The December 2017 report referenced in your inquiry below was produced in connection with a New York State Supreme Court sexual assault case in which Dr. Hughes reviewed a substantial volume of case specific records. Thus, in our view it is not relevant. If you disagree, we can obtain a copy and provide it to you on an attorney's eyes only basis, as it likely contains both sensitive and personal identifying information for that victim.
3. I have attached a revised Appendix B. Andrew Petersohn is expected to testify that for each of the dates identified in the "date" column of Appendix B, the devices in the "device" column used cell sites in close geographic and temporal proximity. Additionally, Mr. Petersohn is expected to testify that in 2018 and 2019, the devices assigned call numbers (732) 943-6344 and (917) 566-9122 most frequently accessed cell sites located near Piscataway, New Jersey. Mr. Petersohn's testimony is based on his industry experience, 3GPP standards, and the cell site records bearing control numbers US_000371 and US_00037. Mr. Petersohn is also preparing maps which we intend to introduce as exhibits. As previously indicated, we expect to produce those maps on December 15, 2021.
4. We have prepared a disc of the documents identified in Appendix D to our November 15, 2021, notice. It is available for pickup downstairs at 1 St. Andrews at your convenience. After 5pm, you'll just have to go to the ground level entrance. If you have any issues gaining entrance to the building, please feel free to call my cellphone.

Have a nice weekend.

Best regards,
Lindsey


Lindsey Keenan
Assistant United States Attorney
Southern District of New York
(212) 637-1565
(646) 907-3756


**From:** Allegra Glashausser <Allegra_Glashausser@fd.org>
**Sent:** Thursday, December 2, 2021 6:37 PM
**To:** Sassoon, Danielle (USANYS) <DSassoon@usa.doj.gov>; Bracewell, Mollie (USANYS) <MBracewell@usa.doj.gov>; Keenan, Lindsey (USANYS) <LKeenan@usa.doj.gov>
**Cc:** Marne Lenox <Marne_Lenox@fd.org>; Neil Kelly <Neil_Kelly@fd.org>; Peggy Cross-Goldenberg <Peggy_Cross-Goldenberg@fd.org>
**Subject:** [EXTERNAL] Additional expert information?

Danielle –

I am writing because we believe that the expert notice provided by the government is lacking some required information. In advance of our Dec. 6 deadline to file motions related to your experts and your disclosure, we are writing to see if we can resolve any of these issues without motion practice. We are requesting the additional information below:

1. Stephen Flatley: Please provide further information about what his testimony will consist of, including what "procedures" he will testify he used, what he did to "analyze the forensic data," and "the types of retrieval and analysis done in this case."
2. Dawn Hughes: Please provide examples of her prior testimony and prior reports that reflect the bases for the opinions she intends to offer in this case, as the Government has done in other matters. *See, e.g.*, *U.S. v. Raniere*, No. 18 Cr. 204 (NGG) (E.D.N.Y.), Dkt. No. 641 at 7 (Government submission stating that "as part of its disclosure the government also included an expert report Dr. Hughes offered in another case in December 2017, which includes Dr. Hughes's qualifications and the bases for the opinions she will offer here. This report identifies numerous studies supporting her opinions [on the topics she offered opinions on].")
3. Andrew Petersohn: The disclosure does not state his opinions or the basis of his opinions. Without this information, we are unable to adequately challenge any conclusions he may make. Please provide further information about his opinion about what the historical cell site data indicates about the location of the phones in this case and how he reached those conclusions. Additionally, we anticipate requesting further disclosures related to the Verizon VOLTE "technical issue."
4. Richard Pleus: Many of the listed documents in appendix D seem to use a bates stamp format that is different from the bates stamped format we were provided. Please send us a copy of the files of medical documents that this expert reviewed.

Please let us know if we can resolve any of these issues prior to filing our motions with the court.

Thank you,
Allegra

Allegra Glashausser
Assistant Federal Defender
Federal Defenders of New York, Inc.
Southern & Eastern Districts of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(212) 417-8739


Allegra Glashausser
Assistant Federal Defender
Federal Defenders of New York, Inc.
Southern & Eastern Districts of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(212) 417-8739
(646) 842-2353