# EXHIBIT C



Verizon Security Assistance Team
180 Washington Valley Rd.
Bedminster, NJ 07921

**July 22, 2021**

**Re: Notice Regarding VOLTE Call Detail Records**

We are sending this letter because, sometime from March 1, 2017 through March 17, 2021, you or your agency sent us a warrant or made an emergency request for location information relating to the above-referenced target number (or above-referenced Verizon case). In response, we provided records that contain location information.

We recently learned that, due to a technical issue with one of our vendor's call-routing technologies, some Call Detail Records ("CDRs") for Voice over Long-Term Evolution ("VOLTE") calls reported the "terminating" cell site location where they should have reported the "originating" cell site location. (Ordinarily, the CDRs for VOLTE calls display only the originating cell site location.) This narrow issue applied only to some, not all, VOLTE calls placed between March 1, 2017 and March 17, 2021. The issue has now been resolved, and all CDRs since March 17, 2021 reflect the accurate location information for VOLTE calls.

We understand that you may have questions about whether the location information you received was impacted. Importantly, only CDRs containing cell site location information for VOLTE calls were impacted. (Those CDRs will typically have "CDR-4G VOLTE" written in the file name.) No CDRs for 3G calls were impacted. No CDRs for any data sessions (3G, 4G or 5G) were impacted. Likewise, the more detailed "RTT" location data was not impacted by this issue.

We also understand that you will want to know which target telephone numbers were affected. For security purposes, we will be emailing you a second, encrypted version of this letter that contains all relevant target numbers and Verizon case numbers. You may follow the steps outlined in that email communication to view the relevant target numbers and Verizon case numbers.

Based on our research, only a small percentage of the cell sites listed on VOLTE CDRs were affected by this issue. First, Verizon gradually transitioned to the impacted vendor's call-routing technology: in March 2017 no calls were impacted, by January 2019 about a third were impacted, and by January 2020 about half were impacted. Second, even for those calls impacted, there was a limited effect on your VOLTE CDRs. Most importantly, if a VOLTE call had the same originating and terminating cell site locations, then the cell sites listed on the corresponding VOLTE CDRs were necessarily correct. Indeed, available data shows that at least 90 percent of all VOLTE calls made since January 2020 (thus even before the pandemic) had the same originating and terminating cell site locations. We believe that percentage was likely as high throughout 2017, 2018 and 2019. Finally, even for the small proportion of VOLTE calls that did not have the same originating and terminating cell site location, the target device used the reported cell site at some point during the call, and for shorter calls, the reported cell site was close to the call's true originating cell site.

Please also keep in mind that all RTT data, all CDRs for 3G calls and all CDRs for data sessions were accurate. As a result, you likely have many valid location data points to consider, beyond those for VOLTE calls. For instance, if you received both CDRs for VOLTE calls and more detailed RTT data from the same time period, then you should rely on the RTT data to determine the relevant VOLTE call locations (which you may have done already). Similarly, if you requested location points for data sessions, in addition to VOLTE CDRs, then you can use the data sessions location points to supplement the location information available to you. Remember that cell site location information helps to approximate a device's location but is not as precise as GPS data.

Unfortunately, there is otherwise no reliable way to determine whether the originating cell site location information provided on VOLTE CDRs from this time period represents the originating location or the terminating location. As our retention period for RTT data is brief (no more than 8 days), we no longer have RTT data from the impacted period to compare against. However, we will have location information for data sessions and 3G calls available for a rolling 365 days from the date of the relevant call or session. If you did not seek that information initially, we will preserve it in response to a preservation request and produce it in response to a new warrant.

If you have any questions, please send them by email to VSAT-notifications@verizon.com. Our team members who are prepared to assist with this issue will be available by email, rather than telephone. We will try to respond to each email inquiry within 72 hours.

Sincerely,

Verizon Security Assistance Team



Verizon Security Assistance Team
180 Washington Valley Rd.
Bedminster, NJ 07921

**July 22, 2021**

**Re: Notice Regarding VOLTE Call Detail Records**
**Target Numbers: 9175669122**
**Verizon Case Number(s): 190190680**

We are sending this letter because, sometime from March 1, 2017 through March 17, 2021, you or your agency sent us a warrant or made an emergency request for location information relating to the above-referenced target number (or above-referenced Verizon case). In response, we provided records that contain location information.

We recently learned that, due to a technical issue with one of our vendor's call-routing technologies, some Call Detail Records ("CDRs") for Voice over Long-Term Evolution ("VOLTE") calls reported the "terminating" cell site location where they should have reported the "originating" cell site location. (Ordinarily, the CDRs for VOLTE calls display only the originating cell site location.) This narrow issue applied only to some, not all, VOLTE calls placed between March 1, 2017 and March 17, 2021. The issue has now been resolved, and all CDRs since March 17, 2021 reflect the accurate location information for VOLTE calls.

We understand that you may have questions about whether the location information you received was impacted. Importantly, only CDRs containing cell site location information for VOLTE calls were impacted. (Those CDRs will typically have "CDR-4G VOLTE" written in the file name.) No CDRs for 3G calls were impacted. No CDRs for any data sessions (3G, 4G or 5G) were impacted. Likewise, the more detailed "RTT" location data was not impacted by this issue.

Based on our research, only a small percentage of the cell sites listed on VOLTE CDRs were affected by this issue. First, Verizon gradually transitioned to the impacted vendor's call-routing technology: in March 2017 no calls were impacted, by January 2019 about a third were impacted, and by January 2020 about half were impacted. Second, even for those calls impacted, there was a limited effect on your VOLTE CDRs. Most importantly, if a VOLTE call had the same originating and terminating cell site locations, then the cell sites listed on the corresponding VOLTE CDRs were necessarily correct. Indeed, available data shows that at least 90 percent of all VOLTE calls made since January 2020 (thus even before the pandemic) had the same originating and terminating cell site locations. We believe that percentage was likely as high throughout 2017, 2018 and 2019. Finally, even for the small proportion of VOLTE calls that did not have the same originating and terminating cell site location, the target device used the reported cell site at some point during the call, and for shorter calls, the reported cell site was close to the call's true originating cell site.

Please also keep in mind that all RTT data, all CDRs for 3G calls and all CDRs for data sessions were accurate. As a result, you likely have many valid location data points to consider, beyond those for VOLTE calls. For instance, if you received both CDRs for VOLTE calls and more detailed RTT data from the same time period, then you should rely on the RTT data to determine the relevant VOLTE call locations (which you may have done already). Similarly, if you requested location points for data sessions, in addition to VOLTE CDRs, then you can use the data sessions location points to supplement the location information available to you. Remember that cell site location information helps to approximate a device's location but is not as precise as GPS data.

Unfortunately, there is otherwise no reliable way to determine whether the originating cell site location information provided on VOLTE CDRs from this time period represents the originating location or the terminating location. As our retention period for RTT data is brief (no more than 8 days), we no longer have RTT data from the impacted period to compare against. However, we will have location information for data sessions and 3G calls available for a rolling 365 days from the date of the relevant call or session. If you did not seek that information initially, we will preserve it in response to a preservation request and produce it in response to a new warrant.

If you have any questions, please send them by email to VSAT-notifications@verizon.com. Our team members who are prepared to assist with this issue will be available by email, rather than telephone. We will try to respond to each email inquiry within 72 hours.

Sincerely,

Verizon Security Assistance Team