```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
           -v-                                                    :   20-CR-110-1 (LJL)
                                                                  :
LAWRENCE RAY,                                                     :   RESCHEDULING
                                                                  :        ORDER
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Jury Trial previously scheduled for February 22, 2022 is rescheduled to March 8, 2022 at 9:30AM. This is a firm trial date and parties will be notified which Courtroom the trial will be held in.

      SO ORDERED.

Dated: December 7, 2021
       New York, New York

                                                        LEWIS J. LIMAN
                                           United States District Judge