# Ex. 1

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 6, 2021

**BY E-MAIL**

Mollie Bracewell
Lindsey Keenan
Danielle Sassoon
Assistant United States Attorneys
1 St. Andrews Place
New York, NY 10007

**Re:**   *United States v. Lawrence Ray*, S1 20 Cr. 110 (LJL)

Dear Ms. Bracewell, Keenan, and Sassoon:

Pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure, the defense provides notice that it currently plans to call the following individuals as witnesses at trial:

**Dr. Andres Lugo, MD, MPH, MS, FACMT**

Dr. Andres Lugo is a medical doctor.  He has a master's degree in Public Health and a master's of science in toxicology.  Dr. Lugo is a Fellow of the American College of Medical Toxicology.  He is an Adjunct Associate Professor of Toxicology at the University of South Florida and the CEO of Toxicorp. Dr. Lugo was a Poison Specialist Certified by the American Association of Poison Control Centers (AAPCC) from 1988-2010. He is a Member of the American Academy of Clinical Toxicology (AACT), and Member of the Society of Toxicology (SOT). He performs medical toxicological assessments on individuals and communities exposed to toxic substances such as pesticides, heavy metals, and industrial and environmental chemicals. Dr. Lugo has experience teaching occupational toxicology and Advanced Hazmat Life Support. He has assessed and treated thousands of patients exposed to industrial and environmental chemicals, pharmaceutical drugs, drugs of abuse, and consumer products. He has both national and international experience assisting industrial corporations that manufacture, use, process and/or transport industrial chemicals.  He performs toxicology consulting services and investigations throughout the United States, Mexico and other Latin American countries. Dr. Lugo has consulted with attorneys and law firms in more than 100 civil and criminal cases, including capital cases and has been qualified as an expert in toxicology in both state and federal courts in more than fifteen states.

Mollie Bracewell                                               December 6, 2021
Lindsey Keenan                                                 Page 2
Danielle Sassoon
Assistant United States Attorneys

Re:   *United States v. Lawrence Ray*, S1 20 Cr. 110 (LJL)

      A copy of Dr. Lugo's curriculum vitae is attached Exhibit A. Dr. Lugo's testimony will be based on his education, training, and experience, his review of Mr. Ray's medical records, and his evaluation of Mr. Ray.

      Dr. Lugo is expected to testify regarding the need for contemporaneous testing to determine mercury levels and the rate of elimination, the correlation between elevated levels of mercury and the resulting health impacts, and the mercury levels reflected in Mr. Ray's medical records.  To date, Dr. Lugo has reviewed a portion of the medical records contained in Appendix D to the government's letter dated November 15, 2021, and we are in the process of providing him with the remaining records.  He has not prepared a written report and is not expected to do so.

## John B. Minor

      In the event the Court permits the government to call Andrew Petersohn as an expert witness to testify about historical cell site location data, the defense intends to call John B. Minor as an expert in cell site location analysis, in particular the areas of accuracy and validation.

      Mr. Minor has 40 years of experience in the field of communications technology and has received training regarding cellular carrier networks, cellular carrier network infrastructure, digital evidence forensics, and communications intercepts. Mr. Minor has also received extensive training in the field of forensic cell site analysis and forensic location analysis and has published peer reviewed research articles and presented to numerous conferences of professionals and law enforcement entities on these subjects. Mr. Minor has been qualified by courts across the country to offer expert testimony as a cellular network expert, network security expert, digital forensics expert, and communications expert on multiple occasions. Enclosed is Mr. Minor's curriculum vitae, attached as Exhibit B.

      If called at trial, the defense expects that Mr. Minor will testify to his opinions and analysis of the cell site information the government has disclosed in this case, respond to the anticipated testimony of Mr. Petersohn, and offer his opinions regarding the reliability of the cell site information associated with the mobile devices assigned to telephone numbers (917)566-9122, (917)704-6751, and (732)943-6344.  Mr. Minor's opinions will be based on his training, research, and experience, the cellular telephone records, and cell site information the government has produced in this matter, and other information the government has produced to the defense.

      The government has only provided general topics of Mr. Petersohn's anticipated testimony and has not yet disclosed the maps on which Mr. Petersohn plans to rely or the methods he is using to create those maps. As Mr. Minor would be testifying as a rebuttal witness to Mr. Petersohn, the defense is hampered in offering details about Mr. Minor's anticipated testimony without knowing the opinions Mr. Petersohn will offer. However, the defense anticipates that Mr. Minor will offer his opinion about the accuracy of the government's expert's opinion relating to the area from within which a cell phone contact could have originated, consistent with the historical cell site data the government has identified. Mr. Minor's expected

Mollie Bracewell                                          December 6, 2021
Lindsey Keenan                                           Page 3
Danielle Sassoon
Assistant United States Attorneys

Re:   *United States v. Lawrence Ray*, S1 20 Cr. 110 (LJL)

testimony would include an explanation that cell sites have broad coverage areas, and that multiple factors determine which cell site a phone connects to when making or receiving a call. Factors that affect which cell site handles a call include, but are not limited to, environmental events, atmospheric conditions, traffic conditions, the generation(s) of cellular technology that a particular cell site is equipped to handle, and the traffic load of the various cell sites in the area.

Once the government has provided the defense this additional information, the defense reserves the right to modify this expert disclosure.

**Joseph Pierre, M.D.**

Dr. Pierre is the Chief of Mental Health Community Care Systems at the VA West Lost Angeles Healthcare Center and a Health Sciences Clinical Professor in the Department of Psychiatry and Biobehavioral Sciences at the David Geffen School of Medicine at UCLA. He has extensive clinical experience working with individuals with psychotic disorders, substance abuse disorders, and those with "dual diagnoses." Dr. Pierre has presented research findings and lectured to audiences both nationally and internationally. He has served as a consulting expert in legal cases involving delusion-like beliefs and conspiracy theories, among other topics, and has testified as an expert witness in federal court. A copy of his curriculum vitae is attached as Exhibit C.

Dr. Pierre's opinions are based on his more than 25 years of education, clinical training, experience, and academic expertise in the field of psychiatry, and a review of Mr. Ray's medical records and other relevant materials. *See* Exhibit D. Dr. Pierre also met with Lawrence Ray over the course of four hour-long interviews conducted via video conference within a seven-day period. Dr. Pierre also conducted a collateral interview of one of Mr. Ray's relatives.



Additionally, Dr. Pierre will rebut Dr. Hughes's noticed testimony about coercive control. Dr. Pierre is expected to testify that the complainants' "confessions" would not necessarily require "coercive control" or even conscious manipulation, but merely suggestibility or a willingness to please in the context of dyadic relationships. He will testify that Mr. Ray's

Dr. Pierre will also call upon his background as a medical doctor to rebut Dr. Pleus's expert opinion on toxicology.

Mollie Bracewell                                      December 6, 2021
Lindsey Keenan                                        Page 4
Danielle Sassoon
Assistant United States Attorneys

**Re:   *United States v. Lawrence Ray*, S1 20 Cr. 110 (LJL)**

███████████████████████████████████

     The defense reserves the right to supplement this notice with notice of additional expert witnesses and/or additional information concerning the witnesses disclosed. We no longer intend to offer expert testimony under Rule 12.2 (b) of the Federal Rules of Criminal Procedure.

                    Sincerely,

                    /s/
                    Allegra Glashausser
                    Marne Lenox
                    Neil Kelly
                    Peggy Cross-Goldenberg
                    Assistant Federal Defenders
                    (212) 417-8700

# Exhibit A

# Andres M. Lugo, *MD, MPH, MS, FACMT, ACOEM

*MD (Medical Doctor); MPH (Master of Public Health), MS (Master of Sciences –Toxicology), FACMT (Fellow of the American College of Medical Toxicology)
ACOEM (Member of the American College of Environmental and Occupational Medicine(
Address: 1757 Benoit Terrace, Davenport Florida 33837, (863) 420-6511;  (915) 203-6784 (Cell) drlugotox@msn.com,
100% Bilingual English and Spanish

## SUMMARY

➢ I am a certified Medical Toxicologist and Fellow of the American College of Medical Toxicology, with Doctorate Studies in Toxicology from the University of Minnesota. I also have a Master's Degree of Sciences (Toxicology) from the University of Minnesota. Also, I have a Master's Degree in Public Health/Community Health from the University of Texas-Houston, and a Medical Doctor degree from the University of Mexico. I am Licensed Physician in Mexico. Also, I am member of the American Medical Association, and, member of the American College of Medical Toxicology, the American Academy of Clinical Toxicology, and the Society of Toxicology. In addition, I have more than 25 years' experience working as medical toxicology consultant on **civil and criminal cases related to exposure to neurotoxic substances**: Since 2005 I have been working as medical toxicology consultant on approximately 100 Capital Punishment Cases, **investigating environmental, and occupational exposure to toxic all kind of neurotoxic substances**, assisting State and Federal Public Defenders on the mitigation of **CAPITAL PUNISHMENT** cases. I have been qualified as an expert in toxicology in criminal cases in both state and federal courts in Arizona, California, Colorado, Florida, Idaho, Indianapolis, Kentucky, Michigan, Missouri, Nevada, North Dakota, Oregon, Puerto Rico, Tennessee, Texas, Virginia and Wisconsin.

## PROFESSIONAL EXPERIENCE IN MEDICAL TOXICOLOGY

➢ I have over 30 years of experience and knowledge of toxicology, including 20 years working fulltime in Poison Control Centers in California, Texas and Minnesota, performing toxicology risk assessments on individuals exposed to toxic substances.

➢ 18 years' experience on clinical assessment and medical treatment of victims from industrial accidents, HAZMAT ACCIDENTS, and Chemical, Biological and Radiological Warfare Agents. Currently I'm a Regional Director and Instructor of AHLS (Advanced Hazmat Life Support) from the University of Arizona. www.ahls.org. Since 2002 to present.

➢ I am an Adjunct Associate Professor of Occupational and Environmental Toxicology at the University of South Florida. From 2010 to present

**March 14, 2021**
**Certifications / Diplomas /Membership:** Member of the American Medical Association; American College of Medical Toxicology; American Academy of Clinical Toxicology,  Member of the Society of Toxicology; Member of the International Association of Forensic Toxicology, Member of the American College of Environmental and Occupational Medicine
Address: 1757 Benoit Terrace. Davenport FL 33837. Phooe No. (863) 420-7075, (915) 203-6784 (Cell) drlugotox@msn.com

➢ 20+Years' experience performing Risk Assessment and Risk Management on Individuals and communities exposed to toxic substances, to include pesticides, heavy metals, petrochemicals, industrial chemicals, pharmaceuticals, and all kind of industrial chemicals & consumer products. 1988 to present.

➢ 20+ years' experience on pharmaceutical products and all kind of consumer products: General Pharmacology, and Pharmacovigilance.

➢ Medical Doctor. Experience on Clinical Medicine, and Community Health. Working at Hospitals and Outpatient Clinics (from 1981 to 2003). Clinical work in Mexico & Latin American Countries performing clinical assessment of patients exposed to toxic substances environmentally and occupationally. From 1981 to Present.

## EDUCATION

PhD Studies, from the University of Minnesota. I have completed all courses, credits laboratories for the PhD Degree in Toxicology. From 2005- 2010.

Master of Science Degree (Toxicology): University of Minnesota. Graduated on December 2013

Master Degree on Public Health (MPH):        University of Texas-Houston, Health Sciences Center, School of Public Health, campus El Paso, Texas. Emphasis on Community Health. Graduated on May 2001.

Doctor of Medicine (MD): School of Medicine at the National Autonomous University of Mexico ("Universidad Nacional Autonoma de Mexico"). ENEP-UNAM Iztacala / College of Medicine. Medical Doctor Degree. Year of graduation 1981. Medical License / Mexico # 679848.

Medical Residency. Hospital General de México, Secretaria de Salud, México City. Medical Specialty on Linguistic Communication. (Diseases of Hearing Speech and Language. Letter of Completion of Medical Specialty. From 1983-1986.

Toxicology Training: 20+ years' experience on medical toxicology working at Poison Control Centers in the United States of America (California, Texas & Minnesota Poison Centers), from 1988 to 2007. Certified by the American Association of Poison Control Centers (AAPCC); CSPI Re-Certified from 1988 to 2010. AHLS (Advanced Hazmat Life Support). From the University of Arizona. Since 2002 I'm Regional Director and instructor of AHLS, a toxicology

Certifications / Diplomas /Membership: Member of the American Medical Association; American College of Medical Toxicology; American Academy of Clinical Toxicology, Member of the Society of Toxicology; Member of the International Association of Forensic Toxicology, Member of the American College of Environmental and Occupational Medicine
Address: 1757 Benoit Terrace. Davenport FL 33837. Phone No. (863) 420-7075; (915) 203-6784 (Cell) drlugotox@msn.com

program aimed to train healthcare providers and emergency responders on the emergency medical-toxicology treatment of victims exposed to hazardous and toxic substances. Organizing and teaching several AHLS courses every year. Certified Provider and Instructor Since 2002 to Present

## WORK EXPERIENCE

**Toxicology Consultant:** Working full-time at TOXICORP USA–Mexico & Latin America L.L.C. (International Toxicology Consulting Service): _From January 1994 to Present:_ I've worked part-time as Toxicology Consultant at TOXICORP www.toxicorp.com Note: At the same time I was also working full-time at the West Texas Regional Poison Center (El Paso Texas), and later on at Prosar International Poison Center (St. Paul Minnesota); my usual schedule was from 7:00 PM to 7:00 AM, 7 days on and 7 days off. From 1994 to 2007. **Duties**; Medical Toxicology Consultant, performing risk assessment and risk management on human toxic exposures related to clinical occupational and environmental toxicology, serving private corporations, law firms and government agencies. _From September 2007 to present_; I've been working full-time at TOXICORP (www.toxicorp.com) as toxicology consultant, my duties since 1994 are the following:

**Duties:** Perform toxicology risk assessment and risk management related **to human exposure to toxic substances** on clinical-environmental and occupational issues nationally and internationally. Perform on-field investigation traveling to each site where human toxicology risk assessment and risk management has to be performed (occupationally and non-occupationally, workers and general community). Research, review and analysis of scientific toxicology, medical toxicology and epidemiological data related to toxic substances and human exposures. Consult with other experts and participate. Serve as leader of projects, as well as supervise personal while performing toxicology investigations, as well as delegating responsibilities. Also, to review data, reports and all medical and medico-legal records related to clinical-environmental and occupational issues. Advice our clients on medical and toxicological legal issues related to medical, environmental and occupational toxicology. Assist and our clients and their representatives (i.e. attorneys, administrators, etc..). Also, on risk management to advise our clients on how to prevent and resolve toxic-related and medico-legal problems related to all kind of toxic substances (industrial chemicals and natural products), also assist clients on regulatory issues and compliance with national and international regulatory agencies and prepare toxicology reports. Also, make public presentations; represent our clients on company business and government meetings related to medico-legal toxicology issues. In case of industrial accidents to perform investigation on sites where human exposures occurred, performing risk assessment risk management and risk communication and prepare toxicology reports. Also, to review data and perform toxicology risk assessment on all kind of consumer products from household products and chemicals used at home, work and school, toxicology review and risk assessment of  pharmaceutical drugs, personal care products

**Certifications / Diplomas /Membership:** Member of the American Medical Association; American College of Medical Toxicology; American Academy of Clinical Toxicology, Member of the Society of Toxicology; Member of the International Association of Forensic Toxicology, Member of the American College of Environmental and Occupational Medicine

**Address: 1757 Benoit Terrace. Davenport FL 33837. Phone No. (863) 420-7075; (915) 203-6784 (Cell)** drlugotox@msn.com

(cosmetics) and food safety, additives and supplements. Assist our clients on health and safety issues at work and general community.

On the legal area I do perform review of all data provided by attorneys performing toxicology interviews with clients, defendants, district attorneys and judges. Also to prepare toxicology reports. I also perform toxicology review of toxicology laboratory data i.e. laboratory reports, pathology and forensic toxicology reports and laboratory analysis. I perform court presentations and court depositions at county, state and federal courts.

## Summary of Duties:

❖ Investigate Human Exposures to Toxic & Potentially Toxic Substances

❖ Review Clinical Environmental and Occupational Toxicology Data

❖ Perform Toxicology Risk Assessment, Risk Management and Risk Communication

❖ Review Public Health, Community Health Data

❖ Forensic Toxicology Case Reviews , and Reports

❖ Chemical and Product Safety

❖ Review Medical and Toxicological Data on Workers' Compensation cases.

❖ Risk Assessment on Drugs of Abuse and Alcohol Effects

❖ Litigation Support on Environmental/Occupational Exposure to Toxic Chemicals

❖ Participate as Expert Witness and Perform Court Depositions and Court Testimonies

❖ Interpretation of Analytical Results and Drug Testing Cases

❖ Perform Risk Assessment/Management on Consumer Products to Include Pharmaceutical Drugs

## PROSAR International & Poison Center

**Position:** Sr. Toxicologist at PROSAR Drug and Health Information Center. Performing toxicological assessment of toxic exposures, provide recommendations for initial management and treatment on acute toxic exposures & emergency response cases. Prepare records from each exposure, prepare daily reports and document data. Also, to participate on pre and post marketing surveillance on pharmaceutical products to include Adverse Drug Effects, New Drug Applications for the Food and Drug Administration( US FDA), and prepare reports on behalf of 200 Private Corporations from consumer products, and pharmaceuticals. Participate on training of personal, and participation at company meetings. Address: 1295 Bandana Blvd. Suite 335, Saint Paul Minnesota 55108. From September, 2004 to September 2007.

## Texas Tech University / Thomason Hospital

Andres M. Lugo, MD, MPH, MS, FACMT                                                    Page 4 of 10
March 14, 2021
**Certifications / Diplomas /Membership:** Member of the American Medical Association; American College of Medical Toxicology; American Academy of Clinical Toxicology, Member of the Society of Toxicology; Member of the International Association of Forensic Toxicology, Member of the American College of Environmental and Occupational Medicine
**Address: 1757 Benoit Terrace. Davenport FL 33837. Phone No. (863) 420-7075; (915) 203-6784 (Cell) drlugotox@msn.com**

**Position:** Adjunct Faculty Associate, Toxicology. Department of Emergency Medicine, Unit of Toxicology at El Paso, Texas. Address: 6090 Surety Drive. Suite 412, El Paso, Texas 79905. Supervisor: John F. Haynes, MD, Director Unit of Toxicology. Participate on toxicology training of Medical Personnel at Thomason Hospital (Now known as "University Hospital"). Working under contracts performing toxicology risk assessment, participate on medico-toxicology legal issues (class action). Also to serve as liaison with the Mexican government health authorities (Department of Health), as well as with academic institutions in Mexico.

## West Texas Poison Center / Thomason Hospital

**Position.** Toxicologist and Poison Specialist and Toxicologist. Supervisor: John F. Haynes, MD, ABEM, ABMT., Medical Director. 4815 Alameda Ave, El Paso, Texas 79905.Performing human risk assessment of individuals exposed to all kind of toxic substances. Assist the Medical Director and the Managing Director to provide clinical toxicology training lectures and supervise the Poison Center staff, pharmacists and nurses working as Poison Specialists. Also, to assist the Medical Director  to train and provide toxicology lectures to medical students and residents rotating at the poison center. From July 1994 to January 2002.

## Mexican Federal Department of Health (Secretaria de Salud)

"Direccion General de Salud Ambiental, Secretaria de Salud" Position Deputy Director of Sanitary Control: Mexican Federal Department of Health: My duties were to direct  and supervise three departments: A. Department of Toxic Chemical Substances, B. Department of Pesticides and C. Department of Gases. Working with a multidisciplinary team of professionals (Physicians, Epidemiologists, Engineers, Biologists, Agronomers, Chemists, etc.), with a staff of approximately 25 professionals. (An interim Period while working at LAC + USC Medical Center: I was invited to work in some projects in Mexico City for the Federal Department of Health (Secretaria de Salud), 1993 to June 1994

Duties:

- ❖ Participate on the sanitary control of Industries, like the maquiladoras, and all industries, especially those with a high risk throughout the Department of Verification.

- ❖ Coordinate the sanitary control of Toxic Chemicals, Including Pesticides: Registrations, Imports and Exports Permits, Issue Sanitary Licenses.
- ❖ Participation in meetings to issue laws and regulations regarding sanitary control of chemicals.

- ❖ Coordinate International Programs and Agreements on Health and Environment with: World Health Organization (WHO), Pan-American Health Organization (PAHO), United Nations Environmental Program (UNEP), Agency for Toxic Substances and Disease Registry (ATSDR), and other International Organizations.

- ❖ Investigate accidents of hazardous chemicals. Teamwork with other departments

- ❖ Environmental health assessment of toxic waste sites.

March 14, 2021
**Certifications / Diplomas /Membership:** Member of the American Medical Association; American College of Medical Toxicology; American Academy of Clinical Toxicology, Member of the Society of Toxicology; Member of the International Association of Forensic Toxicology, Member of the American College of Environmental and Occupational Medicine
**Address: 1757 Benoit Terrace. Davenport FL 33837. Phone No. (863) 420-7075; (915) 203-6784 (Cell) drlugotox@msn.com**

CERTIFICATIONS / DIPLOMAS

➢ Medical Doctor; Graduated from the National Autonomous University of Mexico (UNAM). Year of Graduation 1981. Medical License # 679848; Mexico.

➢ Medical Residency. Certificate of completion of 3 years of Medical Residency Program on "Linguistic Communication" at "General Hospital of Mexico". Certificate of Completion, From 1983 to 1986.

➢ Medical Toxicology training Los Angeles Drug and Poison Ctr. LAC+USC Medical Center: AAPCC Certificate-1988-1991

➢ Medical Toxicology; Fellow of the American College of Medical Toxicology (FACMT) Certificate 1998.

➢ Master Degree of Public Health. University of Texas Houston, School of Public Health. Graduated 1999.

➢ Master of Science Degree  (Toxicology). U of MN. School of Medicine, Department of Toxicology. Graduated 2013.

➢ CSPI Certified by the American Association of Poison Control Centers (AAPCC). Certified from1988 to 2011.

➢ Toxicologist Member of the American Academy of Clinical Toxicology (AACT). Since 1996.

➢ Advanced Hazmat Life Support (AHLS) AHLS from the University of Arizona. Since 2002 to present. Current Position as Regional Director, and Certified Instructor. Most Recent Provider/Instructor Certificate expiring on 06/30/2017.

➢ California Community College. Teaching Credential. Health & Related Technologies. 1988. Valid for Life.

➢ Radiation Technologist Diploma. Nova Institute of Health Technology. –Ray Technology (Limited Permit). May 1989

➢ American Academy of CPR. Certificate. Healthcare Provider CPR . Expiration Date April 10, 2015.

➢ AHLS: Advanced Hazmat Life Support. University of Arizona. College of Medicine. Certified since 2002. Current Certification Expires on June 06, 2021.


ACADEMIC EXPERIENCE

❖ **Current Academic Position**: Adjunct Associate Faculty, University of South Florida. College of Public Health Department of Environmental & Occupational Health. Address: 13201 Bruce B Downs Blvd  MDC56. Tampa FL 33612-3805: Phone #: (813) 974-1120; Secretary, Ms. Nolan Kimball. nkimball@health.usf.edu  (Reference: Professor Dr. Ira Richards irichard@health.usf.edu . From Nov 2014 to present.


❖ AHLS Regional Director Since 2004 up to today I've been actively serving as a Regional Director of the "Advanced Hazmat Life Support" (AHLS) www.ahls.org. AHLS is an intensive training program on medical

**Certifications / Diplomas /Membership:** Member of the American Medical Association; American College of Medical Toxicology; American Academy of Clinical Toxicology, Member of the Society of Toxicology; Member of the International Association of Forensic Toxicology, Member of the American College of Environmental and Occupational Medicine
**Address: 1757 Benoit Terrace. Davenport FL 33837. Phone No. (863) 420-7075; (915) 203-6784 (Cell) drlugotox@msn.com**

toxicological management of victims exposed to hazardous materials to include chemical-biological and radiological warfare agents.  AHLS was developed by the University of Arizona. I've been organizing dozens of courses in Mexico and other Latin Americas countries. I've been providing 70 to 100% of all lectures on each course. I'm AHLS Instructor since 2002.  University of Arizona, 1501 Campbell Avenue Tucson Arizona 87724. Contact: Ms. Danielle Crounse, danielle@aemrc.arizona.edu Administrator Phone # (520) 626-2305. (Reference: Director: Dr. Frank Walter frank@aemrc.arizona.edu ) From 2001 to present.

❖ Adjunct Faculty Associate Professor at Texas Tech University at El Paso. Department of Emergency Medicine, Unit of Toxicology. From 2001-2004.

❖ Clinical Associate Professor of Toxicology and Pharmacology. University of New Mexico, College of Pharmacy: 1996-2002

❖ Professor of Occupational Toxicology, Universidad Autonoma de Ciudad Juarez, Chihuahua, Mexico, Master *Degree program in Occupation al Health. From 1998 to 2003.*

❖ *West Texas Poison Center,  experience training medical students and residents from Texas Tech University, as well as helping on the supervision of pharmacy students rotating at the Poison Center. From November 1994 to January 2002.*

❖ *Instructor. Health Care and Related Technologies. Meadows College. Los Angeles, California (Part Time) 1987 - 1989.*

## PUBLICATIONS

❖ Handbook of Toxicology of Chemical Warfare Agents. Section II, Chapter 15 Superwarfarins. Michael J. Murphy and Andres M. Lugo. Pp 207-224.  Editor Dr. Ramesh Gupta. Elsevier.  January 2009.

❖ "Encuentros", a Bi-National Environmental Research Study on Lead and Children. Co-investigator. Performed at El Paso Texas and  Ciudad Juarez Chihuahua. A study performed in conjunction with the University of Texas El Paso (UTEP), and Texas Tech University HSC. A 1.3 million dollar study sponsored by the National Institute of Environmental Health Sciences (NIEHS). A 5 year bi-national study. From 2001 to 2004.

Certifications / Diplomas /Membership: Member of the American Medical Association; American College of Medical Toxicology; American Academy of Clinical Toxicology, Member of the Society of Toxicology; Member of the International Association of Forensic Toxicology, Member of the American College of Environmental and Occupational Medicine
Address: 1757 Benoit Terrace. Davenport FL 33837. Phone No. (863) 420-7075; (915) 203-6784 (Cell) drlugotox@msn.com

❖ "Environmental Radiation Exposure, Emergencies, and Public Health Response: Potassium Iodide Revisited", Co-investigator. Research Study participation on, study performed with a group of toxicologists from the American College of Medical Toxicology. Sponsored by American College of Preventive Medicine. M. Kossnett, A Lugo et at. Study presented at the Prevention 2002 Conference (video presentation available at www.acpm.org/ehealth/potassiumintro.htm) February 2002.

❖ Clinical Assessment of Patients with Chronic Environmental Exposure to Lead. Lugo AM, Haynes JF, Artalejo L. J of Clinical Toxicology. 38 (1), 2000.

❖ An Expanding Relationship: Emergency Medical Services and Poison Center Cooperation. Haynes JF, Loflin JR, Artalejo L, Lugo AM. J of Clinical Toxicology. 38 (1), 2000.

❖ Newsletter. "Border Medication Bulletin". Responsible for the quarterly publication in English and Spanish, in which I wrote articles. Newsletter from the joint program between the University of Texas at El Paso, Cooperative Pharmacy Program and the West Texas Regional Poison Center. From January 1998 to December 2000.

❖ Toxicology and Poison Center, a Brief Report. Journal "The El Paso Physician" January, 1999.

❖ Mexican Border Medications: Potential Toxicity, J. of Tox. Clinical Toxicology, 37(1), 121-123 (1999).

❖ Scorpion Envenomations in the State of Texas. Marcel Stipetic R.Ph, Dough Boris, R.Ph, Andres M. Lugo, M.D. at Clin. Tox. 38 (5), May, 1998.

❖ "Emergency Medicine" Textbook, Lippincott-Raven, Ed.. Toxicology Section, Author of Chapter 17.2.22, "Household Industrial Poisons". Philadelphia, PA. 1998.

❖ "Parents' Guide to Preventing Inhalant Abuse", Spanish version of brochure, from the National Inhalant Prevention Coalition, sponsored by the U.S. Consumer Product Safety Commission. This brochure to be distributed in the United States, during the National Inhalant and Poison Prevention Week, March 1998.Document also available on Internet, Webb page: www.inhalants.com (Spanish section)

Certifications / Diplomas /Membership: Member of the American Medical Association; American College of Medical Toxicology; American Academy of Clinical Toxicology, Member of the Society of Toxicology; Member of the International Association of Forensic Toxicology, Member of the American College of Environmental and Occupational Medicine
Address: 1757 Benoit Terrace. Davenport FL 33837. Phone No. (863) 420-7075; (915) 203-6784 (Cell) drlugotox@msn.com

❖ Health Assessment of a Community Living Close to a Smelting Company, on a Toxic Waste Site. Anapra, Cd. Juarez, Mexico, presented at the International Congress on the Health Effects of Hazardous Waste, Atlanta GA, June 5-8, 1995.

❖ Project for the Creation of a Network of Poison Centers in Mexico, including a Cost-Benefit Study of a Poison Center in Mexico city, (presented in the National Congress of Toxicology. Guadalajara, Mexico) with ECO/PAHO. 1994.

❖ Pesticide Poisonings. A book written in Spanish, in conjunction with California EPA, Office of Pesticide Regulation. Based in a training program of Pesticide use, developed by California EPA and UC Davis, from the lectures and conferences provided for the Mexican Department of Health at Mexicali, B.C., Mexico, 1995.

❖ Book: Official Catalog of Pesticides, "Catalogo Oficial de Plaguicidas 1994". I've participated in the elaboration and review of the Official Manual of Pesticides, published by the Departments of Health, Agriculture, Environment and Commerce from the Mexican Federal Government. (CICOPLAFEST). 1994.

❖ Drugs of Abuse. Monograph on cocaine and heroin. A comprehensive study on these drugs, from its production, environmental impact to clinical effects. 1997.

❖ Inhalant Abuse. Comprehensive information on Inhalants. Developed for the Spanish speaking community in conjunction with the National Inhalant Prevention Coalition. www.inhalants.org .Since 1997.

❖ Weekly publication of Health Issues on a Spanish Newspaper in Los Angeles. Daily Newspaper "Noticias de Mundo", 2nd largest Spanish Newspaper in Los Angeles, Ca. From 1989 to 1990.

❖ Collaboration in the development of the Mexican Official Regulation for Asbestos. 1994.

❖ Collaboration in the development of the Mexican Official Regulation on Hospital Infectious Waste. 1994.

❖ Collaboration in the development of the Mexican Official Regulation for Toxic Substances. 1994.

❖ Collaboration in the development of the Mexican Official Regulations for Lead contained in: Paint, gasoline, and used in the process of canning and labeling, 1994.

Certifications / Diplomas /Membership: Member of the American Medical Association; American College of Medical Toxicology; American Academy of Clinical Toxicology, Member of the Society of Toxicology; Member of the International Association of Forensic Toxicology, Member of the American College of Environmental and Occupational Medicine
Address: 1757 Benoit Terrace. Davenport FL 33837. Phone No. (863) 420-7075; (915) 203-6784 (Cell) drlugotox@msn.com

❖ Experience as Public Speaker for the Spanish Media (T.V, Radio and News Papers) on issues regarding Poisonings and Poison Control Center for Los Angeles Regional Drug and Poison Center, as well as participation with the same purpose at the West Texas Regional Poison Center at El Paso, TX.

❖ Experience Assisting and Developing Poison Centers in Latin American Countries. Serving as Medical Toxicology Consultant and Toxicology Professor since 1994 to Present.

**Andres M. Lugo, MD, MPH, MS, FACMT**                                                          **Page 10 of 10**
**March 14, 2021**
Certifications / Diplomas /Membership: Member of the American Medical Association; American College of Medical Toxicology; American Academy of Clinical Toxicology, Member of the Society of Toxicology; Member of the International Association of Forensic Toxicology, Member of the American College of Environmental and Occupational Medicine
Address: 1757 Benoit Terrace. Davenport FL 33837. Phone No. (863) 420-7075; (915) 203-6784 (Cell) drlugotox@msn.com

# Exhibit B

# John B. Minor



---

■ **Inventor / Patent Holder / Researcher**          ■ **Cellular Carrier Networks Expert**

■ **Communications Expert/Cell Site Analysis**          ■ **Cyber Warfare Expert**

■ **Patent Infringement/Damages Expert**          ■ **Lawful Intercept Expert**

---

Web of Science Researcher ID  K-6444-2018 – Google Scholar ID/Page

John B. Minor is managing partner of Qalypsis (qalypsis.com), a patent intellectual property licensing firm. He also operates Signals Analysis Training Academy (signalsanalyst.com), a photonics intercept tradecraft Training Consultancy, and Communications Intelligence Associates, Inc. (johnbminor.com).  He is an independent researcher/author/inventor with diverse interests in technology companies and public service, having served in corporate and government leadership roles.  With over 39 years of experience in the communications field that began with the founding of a technology and communications company in 1981, his leadership, investment and experience ranging from boardroom to technologist has focused on cutting edge communications and computing technologies.

Mr. Minor is a lifetime member of IEEE Communications, Antennas and Propagation, Photonics, Signals Processing and Intelligent Transportation Systems Societies, a voting member of the American Society for Testing and Materials (ASTM) E30 Forensics standards group, a member of the Internet Engineering Task Force (IETF), and a member of the Internet Society. He was certified by the Cyber Security Forum Initiative (CSFI.us), Cyber Warfare Division, as a Defensive Cyber Operations Engineer (DCOE) assigned as a Subject Matter Expert (SME) on special projects. Mr. Minor is a qualified patent infringement and damages expert who has testified over 50 times in State and Federal Court venues as a subject matter, infringement, and damages expert.

Mr. Minor's noteworthy achievements are as an original investigator in an applied research field related to digital forensics evidence with an emphasis on Internet and Mobile Network sourced data used as digital evidence in civil, criminal, and patent infringement litigation, publication as the primary author on multiple articles published in a refereed journal, and a patent award related to the mobile network industry.

Primary Practice – Forensic Cell Site Analysis with CDR/CSLI Evidence & Forensic Location Analysis with Digital Location Evidence Including Google Locations.

Bestowed the 2019 Espionage Research Institute International Conference Glenn H. Whidden[1] Award for Excellence "Best Presentation"

---

[1] https://erii.org/sandbox/glenn-h-whidden/

Espionage Research Institute International (ERII.org) 2019 Conference presentations:
"Under the Radome - 4G/5G MIMO & Multi-Band Antenna Technology - Mobile Network Signals Analysis & Forensic Mobile Network Analysis"

"The Future of Spectrum Analysis - The Evolutionary Impact of 4G/5G eNodeB / gNodeB on Mobile Network Signals in Forensic Mobile Network Analysis Protocols"

July 2019 –Publication of applied research titled "Forensic Cell Site Analysis – Business Records Evidence Integrity Research" to the Association of Digital Forensics, Security and Law via peer reviewed publication in the Journal of Digital Forensics, Security and Law (JDFSL), sponsored by Embry-Riddle Aeronautical University and Purdue University[2]

April 2019 - Presented at the CTSC International Counter Espionage Conference – 5G – Surveillance Threat Focus Update (Including Beamforming/MIMO and Multi-Band Antenna Updates)

December 2018 – Authorship of "Standard Guide for Establishing Confidence in Forensic Cell Site Analysis Results by Validation and Error Mitigation Analysis" draft as a Work Item for a proposed new standard.

October 2018 – Participant in American Society for Testing and Materials (ASTM International) as a voting member, in the E30 Forensics group meeting and briefing to move the E30 group from an unclassified to a classified standards group.

September 2018 – Presented at the Espionage Research Institute International Conference in Washington, D.C. "5G - Three Paradigm Shifts That Will Impact TSCM Inspection Protocols (Including 5G Beamforming and other Technical Specifications)"

April 2018 – Presented at the CTSC International Counter Espionage Conference – "The Emerging 5G Standard: The NR Technology Impact on TSCM Inspection Protocols", "Signals System 7 Remote Interception Disruption Countermeasures", and "Crowd Sourced Surveillance Fundamentals for the TSCM Professional"

December 2017 – Completed training and certification testing for Cyber Security Forum Initiative Cyber Warfare Division (CSFI-CWD) Defensive Cyber Operations Engineer (DCOE) and Introduction To Cyber Warfare Operations Design (ICWOD). Operational capabilities include mission planning/execution, Threat detection, force protection, response analysis and offensive operations.

June 2017 – The Journal of Digital Forensics, Security and Law, associated with Embry-Riddle Aeronautical University published a double blind, peer reviewed research paper authored by John B. Minor, titled "Forensic Cell Site Analysis: A Validation & Error Mitigation Methodology"[3]

March 2017 - United States Court of Appeals for the Federal Circuit affirmed the jury verdict and award of $30 Million, in the Prism Technologies LLC, Plaintiff-Cross-Appellant v. Sprint Spectrum L.P., dba Sprint PCS, Defendant, patent infringement and damages case based on the Court's declaration that the trial testimony of John B. Minor correctly interpreted the scope of the claims and that his considerable experience adequately qualified him to opine on damages.[4]

April 2017 - Keynote Address for CTSC International Counter Espionage Conference – "Rise of the Machines: Machine Virtualization and The Impact on TSCM Inspection Protocols". Additional technical presentation titled

---

[2] https://commons.erau.edu/jdfsl/vol14/iss2/5/
[3] http://commons.erau.edu/jdfsl/vol12/iss2/7/
[4] http://www.cafc.uscourts.gov/sites/default/files/opinions-orders/16-1456.Opinion.3-2-2017.1.PDF

"The Impact of The Evolution from Circuit Switched to Packet Switched Communications on Eavesdropping Detection" and "Adding a Remote Network Probe for Remote Spectrum Surveillance and Monitoring (RSSM), An Overview"

September 2016 - Presented at the 2016 Espionage Research Institute International Counter Espionage Conference in Washington, D.C., on the topics of: "A Quantum of Solace - An Introduction to Photonic Intercept Tradecraft - Essential Tools for Detection & Mitigation" & "Ghosts & Gainers - Photonic Intercepts - A Primer on How to Read & Interpret an OTDR Trace"

April 2016 - Keynote Address for CTSC International Counter Espionage Conference 2016 –
"One Step Ahead: Tapping the Worlds Photonic Networks"

September 2015 – Presented at the 2015 Espionage Research Institute International Counter Espionage Conference In Washington D.C., on the topics of "Detecting and Mitigating Cellular Carrier MITM Intercepts" and "Detecting and Mitigating a Photonic Network Intercepts"

August 2015 - Patent Awarded for a Process to Validate Cellular Carrier Records Accuracy and Cellular Carrier Records Signals Analysis and Device Location Mapping Accuracy

June 2015 - Jury verdict of infringement against Sprint Spectrum and a $30 Million damage award following a six-day jury trial in Omaha during which John B. Minor's testimony was rendered for infringement and damages.

October 2014 – Prism v. AT&T Mobility $30 Million settlement following trial in Omaha during which John B. Minor's testimony was rendered for infringement and damages.

In today's litigation environment, digital evidence is pervasive, and communications networks are more complex than ever before. A team member with high-order technology and communications network subject matter expertise is essential. Anyone aspiring to provide expert opinions regarding complex cellular network functionality, to conduct electronic evidence reviews, or to track communicating cellular devices or otherwise render expert opinions regarding common activities such as email and texting must possess communications technologies expertise. Training and depth of experience have led to my participation as an expert in a diverse variety of projects and travel to over 50 countries and 49 of the United States of America.

## RECENT MEDIA COMMENTS / QUOTES / BOOK MENTIONS

- Fox News – Wireless warning: How New York used smartphones in hunt for bombing suspect
- Fox News – Paris Attack
- National Public Radio – This American Life - Serial Season 1 – Episode 10 - Adnan Syed Case
- Fox News
- USA Today
- Washington Post
- Las Vegas Review Journal
- Book - All American Murder

## RECENT PROJECTS OF INTEREST

- Federal Court Qualified as Cellular Network, Network Security, Communications & Damages Expert – Rendered Infringement and Damages Testimony in Cellular Carrier Patent Infringement Cases Against AT&T and Sprint
- CSFI (Cyber Security Forum Initiative) - csfi.us - Expert Team Member - Unnamed Cyber Warfare Project
- Expert – Retained by Manhattan Federal Public Defenders in the "Cannibal Cop" case (United States v Gilberto Valle)
- Authored the book titled "Forensic Cell Site Analysis & Mobile Device Location Tracking - Acquisition, Analysis & Validation of Evidence" – Publication release in 2020
- Patent Awarded for a Process to Validate Cellular Carrier Records Accuracy and Cellular Carrier Records Signals Analysis and Device Location Mapping Accuracy
- Expert - Testified in Ty Law (3 Time NFL Super Bowl Player) Criminal Case – Orlando, Florida
- Expert - Cellular Location Based Services (LBS) Patent Infringement Claims Litigation
- Expert - Unlawful Federal Wiretap Act/Access to Stored Communications Litigation
- Expert – Over 150 Murder Cases for Defense & Prosecution – Forensic Cell Site & Digital Evidence Analysis
- Expert - Performed or Oversight of Drive Testing Cellular Networks to Validate Coverage – Criminal / Civil Cases
- Expert - Civil Wrongful Death Litigation – Plaintiff & Defendant – Cellular Location Tracking – Digital Evidence
- Expert - Major Corporate Fraud - Theft Case in U.S. Federal Court – Cellular & Computer Digital Evidence
- Expert – Fiber Optics Expert Consulting for U.S. Federal Bankruptcy Court
- Expert – Civil Rights – Unlawful Search & Seizure Case – Represented Sheriff's Department
- Expert – Home Mortgage Loan Industry Falsification of Foreclosure Case
- Expert – Securities & Exchange Commission Insider Trading Case
- Expert – Medical Malpractice Case
- International University Bomb/Kidnapping Threat Case - Tracked Perpetrator Emails to Source Geographical Locations
- Baltic Countries Sourced Hacking Attack in U.S. - Live Digital Communications Tracking/Interdiction
- Provided Sensitive Site Exploitation Support to U.S. Special Forces Teams
- Major Petrochemical Corporation – Cyber Warfare Communications Attack, Security Response & Forensic Analysis
- Security Vulnerability Assessment / Disaster Recovery Planning / Emergency Operations Planning – Various Undisclosed Sites to meet Department of Homeland Security/EPA requirements
- Cell Phone Live Location Tracking Support for Covert National Police Operations
- Fiber Optics Communications Expert for Texas Tech University Health Sciences Center ATM Backbone Design/Implementation Project for over 6,000 nodes linking facilities over 600 miles distance
- Fiber Optics Expert in Major Refinery Disaster (Explosion) Recovery/Rebuild
- Fiber Optic Communications Expert for new FEDEX Jet Fuel Terminal- Memphis, Tennessee
- National Petroleum Reserves Gas Pipeline Storage Instrumentation/Communications Design & Implementation—Fiber Optic / Wireless PLC/SCADA Networks – Alabama, Kansas, Iowa, Louisiana, Oklahoma, Texas, Colorado, Wyoming

### AREAS OF EXPERTISE

- Testifying Patent Infringement Expert – Cellular Carrier Core Network / Location Based Services (LBS/LCS)/ Internet Tier1, Tier2, Tier3 Networks / Network Security

- Testifying Patent Damages Expert – Cellular Carrier Core Network / Internet Tier1, Tier2, Tier3 Networks / Network Security

- Federal & State Court Qualified Expert Technical Witness – Communications Technologies

Forensic Cell Site Analysis
Cell Phone Location Determination
Federal Unlawful Access to Stored Communications Act
Federal Wiretap Act
Daubert Tested Expert Testimony

• Cell Phone/Forensic Cell Site Analysis/GPS Signals Analysis – Historical / Live / GPS / Trilateration –
Multilateration Location Tracking, Cell Carrier Logs & Engineering/RF
Propagation Maps Analyst, Drive Testing, Technical Surveillance Counter
Measures (TSCM)/Counter Espionage

• Photonic Networks / Fiber Optics Expert, Technical Surveillance Counter Measures (TSCM) Counter Espionage,
Technical Witness, Network Design Analysis, Link Loss Analysis, Certifications

• International Casework Specialist - Fraud, Digital Tracking,
Counterintelligence, Counter Espionage
Digital Conspiracy / Social Network Analyst

• Cyber Security Forum Initiative Cyber Operations including Cyber Warfare Division (CSFI-CWD) Defensive Cyber
Operations Engineer (DCOE) Including Defensive and
Offensive Cyber Operations
.
• Live Tracking of Digital Communications - Technical Services Counter Measures (TSCM)

• Certified Forensic Examiner – Cell Phones, Computers, Embedded Memory Chip Devices,
Web Site / FTP servers, Digital Audio and Video Players

• Security Vulnerability Analyst - Sandia Labs' Risk Assessment Methodology (RAM) Certification

• Chief Executive Command Authority Experience - Emergency Operations Center Disaster Response


## RESEARCH

Over 30,000 hours research in the following subject matter areas:

• Development of an early 1990's wireless router to a commercially viable product.
• Researched investigation and litigation-based functionality of Location Services (LCS) aka Location Based Services (LBS).
• Identification of location privacy overrides occurring during cellular subscriber device usage under special circumstances.
• Researched how historical, near real-time and real-time Mobile Network Operator/Mobile Virtual Network Operator (MNO/MVNO) subscriber device location tracking is performed by MNOs/MVNOs.
• Researched and documented historical, near real-time and real-time analysis of MNO/MVNO subscriber device location tracking as performed by MNOs/MVNOs
• Research, development and patent of an error mitigation and validation methodology for the analysis of historical MNO/MVNO CDR/CSLI evidence.
• Research and development of an error mitigation and correction protocol for centroid based near real-time and real-time MNO/MVNO subscriber device location tracking.
• Formulation of communications interception and disruption tradecraft, detection and mitigation techniques within MNO/MVNO and Internet network infrastructures.
• Research and development of a photonic intercept detection and mitigation methodology.
• Inquiry into and documentation of lawful intercept techniques and research into intercept leakage vulnerabilities.
• Research and development of photonic communications interception and disruption tradecraft.
• Research and development of forensic standards related to MNO/MVNO evidence production and forensic analysis.

**CERTIFICATIONS, PROFESSIONAL TRAINING, EDUCATION**

**Certifications**

Certified Defensive Cyber Operations Engineer (DCOE)
Cyber Security Forum Initiative – Cyber Warfare Division (CSFI.us)
December 2017

Certified Computer Examiner (CCE)
International Society of Forensic Computer Examiners, License 716
May 2007

Certified Cell/GPS Signals Analyst (CSA)
Paraben Corporation
October 2007

Certified Steganography Examiner (CSE)
Steganography Analysis and Research Center
March 2007

Risk Assessment Methodology (RAM)
Sandia Labs/AWA
April 2003

Check Point Certified Security Engineer
Washington, D.C.
February 1999

Certified Network Engineer (CNE)
Novell
January 1991

**Professional Training**

**Cellular Carrier Network – Radio / Air Interface Training**

CTSC – International Counter Espionage Conference 2017 – Cellular Carrier & Wireless Standards

CTSC – International Counter Espionage Conference 2017 – Technical Surveillance Counter Measures – Wireless / Air Interface Device Intercept Detection & Mitigation Techniques

Espionage Research Institute International (ERII) Technical Surveillance Counter Measures Annual Conference 2015 - Radio Frequency Emitting Device Detection and Counter Measures Techniques

Espionage Research Institute International (ERII) Technical Surveillance Counter Measures Annual Conference 2015 - Presented on the topic of Cellular Carrier Man in the Middle (MITM) Attack Detection & Mitigation

CTSC – International Counter Espionage Conference 2016 – Cellular Carrier & Wireless Standards

CTSC – International Counter Espionage Conference 2016 – Technical Surveillance Counter Measures – Wireless / Air Interface Device Intercept Detection & Mitigation Techniques

CTSC – International Counter Espionage Conference 2016 – Locating Cellular Radio Frequency Emitting Devices

Galtronics - Why Antenna Selection is Critical to Wireless Deployments

NetNumbers, Inc. - Redefining the Signaling Landscape to Deliver Service Agility (Titan CSRC)

Syniverse– RoamMonitor Review / Certification

EXFO - Optimizing Small Cells Deployment through Complete Automation and Analytics

EXFO - Mobile VoLTE: Impact on Operator Network Planning and Revenue

EXFO - Customer Experience Driven Troubleshooting Poor Cellular Network Performance

Agilent Technologies– Advanced Passive Intermodulation (PIM) Test/Measurement System

TE Connectivity– Building Smarter Small Cell Networks – The Role of DAS in Mobile Networks

iBwave  – Connecting the Corporate HQ – How to Overcome Interference, Signal Overlap & Containment and Architectural Challenges
iBwave  – Deploying High-Density Wireless Networks for Public Venues
iBwave  - Delivering a First-Class Wireless Fan Experience at the Big Game – Super Bowl Cellular Coverage
iBwave  - Indoor WI-FI & LTE: Co-Existence of Wireless Technologies in the Healthcare System
iBwave  - The 3 C's – Carrier & Capital Coordination
iBwave  - Designing Seamless Networks in Subway Systems
iBwave - Passive Inter-Modulation (PIM) - In-Building System Design & Installation Strategies for LTE

Rural Telecommunications Group – Nokia Siemens Networks – Pario Solutions 2011 –
LTE Technical Solutions for Rural Wireless Carriers

RCRWireless - Investing in Heterogeneous Networks: Network Planning, Optimization and ROI

Qualcomm UMTS University - Cellular Communications Training

Evolution of Wireless Communications 1G to 3G
WCDMA Network Planning & Optimization
UMTS/WCDMA Network Planning
UMTS/WCDMA Physical Layer
UMTS/WCDMA Radio Interface Protocols

Qualcomm CDMA University - Cellular Communications Training
Introduction to CDMA
Fundamentals of Wireless and CDMA

Qualcomm Wireless Academy
LTE Fundamentals for Engineers
LTE Advanced Training

Qualcomm
The Promise of 5G mmWave – But How Do We Make It Mobile?

**Cellular Carrier Network Infrastructure – Backhaul / Photonic Network Infrastructure Training**

CTSC – International Counter Espionage Conference 2017 – Cellular Carrier & Wireless Standards

CTSC – International Counter Espionage Conference 2017 – Technical Surveillance Counter Measures – Wireless / Air Interface Device Intercept Detection & Mitigation Techniques

Espionage Research Institute International (ERII) Annual Conference 2015 - Technical Surveillance Counter Measures Training – Presented on the topic of Photonic Network Intercept Detection and Mitigation

CTSC – International Counter Espionage Conference 2016 – Cellular Carrier & Wireless Standards

CTSC – International Counter Espionage Conference 2016 - Technical Surveillance Counter Measures Training – Presented on the topic of "Detecting and Mitigating Photonic Network Intercepts: Needle in a Haystack?"

CTSC – International Counter Espionage Conference 2016 - Technical Surveillance Counter Measures Training – gave the keynote address on the topic of "One Step Ahead – Tapping the Photonic Networks of the World"

CTSC – International Counter Espionage Conference 2016 - Technical Surveillance Counter Measures Training – Presented on the topic of "Ghosts & Gainers: Photonic Intercepts – A Primer on How to Read & Interpret an OTDR Trace"

EXFO  – Deploying and Assuring World-Class Wireless Backhaul (ITU-T Y.1564 –
                          (Fiber Optics) Ethernet Service Activation Test Methodology / SLA/QoE/QoS Monitoring)
EXFO  - Is Your Network Ready for Raman Amplifiers (Fiber Optics Pumps and Amplifiers)?
EXFO  – 400G Technologies - The New Challenges That Lie Ahead
EXFO  – High-Speed Testing Beyond 100G
EXFO  - HetNet Cell-Site [Fiber Optic] Testing for Greater Connectivity and Speed–
                          Backhaul Deployment Phases

Ciena  - Trans-Pacific Submarine Cable Market Update, and Advances in Coherent 100G
Ciena  - Small Cell Technology, Big Business Opportunity (Deployment Models & Costs)
Ciena  - High-capacity, Economic Agility for Today's Web-scale World (Cellular Carrier Fiber Backhaul)

Satellite Communications Certification – Hughes, Dallas

Lucent Technologies Fiber Optics Training/Certification

Microwave Communications Certification – Microwave Networks, Houston

Cisco IOS, Internetworking Design and Implementation – Cisco, San Jose, California

Checkpoint Firewall One Certification – UUNET, Falls Church, Virginia

Internet Communications Certification – UUNET NOC, MAE East (Falls Church/Vienna), Virginia

Asynchronous Transfer Mode (ATM) Design and Deployment Certification – Synoptics/Cisco –
                          San Jose, California
Siecor Corning Fiber Optics Design/Implementation Certification – Dallas/Ft. Worth

Networking Technologies & Computer Hardware Manufacturers Certifications–
                          San Francisco Bay/Silicon Valley, California

Networking Technologies Certification – Certified Network Engineer (CNE) Novell

**Cellular Carrier Network Infrastructure – Call Detail Records / Location Based Services Training**

Qualcomm UMTS University - Cellular Communications Training
WCDMA (UMTS) End-to-End Location Based Services – AT&T, T-Mobile & Many Other Carriers Worldwide

Qualcomm CDMA University - Cellular Communications Training
CDMA2000 Cellular End-to-End Location Based Services –
                     Sprint, Verizon, Virgin Mobile & Other Cell Phone Carriers Primarily in the USA

Telecoms  - Ride the Wave: Managing the Diameter Signaling Tsunami

National Law Enforcement and Corrections Technology Center First Responder Communications (NIJ funded) –
                   An Introduction to Personnel Precision Location Technology & Its Role in Criminal Justice

Cell Phone/GPS Signals Analysis Examiner Training / Certification—Paraben - Washington, DC
Forensic Analytics – Forensic Cell Site Analysis Training

ISS World Lawful Intercept Conference, Washington, D.C. 2010

Accurate Location Technologies
Dana Sugarman, Director, Verint Systems

Best Location, Surveillance and Intercept Best Practice "Guru Panels"
Steve O'Neill, VP, TruePosition
Bhavin Shah, Director of Marketing and Business Development, Polaris Wireless
Greg Kopchinski, Director, Product Management, Bivio Networks
Yochai Corem, Product Manager, Verint Systems
Ori Nurick, Director of Products, NICE Systems

From 'Where' to 'Who and What' Using Polaris WLS to Determine Who the Targets are and What They are Doing
Bhavin Shah, Director of Marketing and Business Development, Polaris Wireless

Overview of Location Technology for Mission Critical Application
Steve O'Neill, VP, TruePosition

Effective Location-Aware Data Capture & Analysis for a Mobile World"
Greg Kopchinski, Director, Product Management, Bivio Networks

**Network / Internet Security Training**

Cyber Security Forum Initiative (CSFI.us) Cyber Warfare Division (CSFI-CWD) Defensive Cyber Operations Engineer (DCOE) Certification – Includes the following subject matter training:

| | |
|---|---|
| Cyber Operating Environment | Traditional Kill Chain |
| How We Got Here | Cyber Kill Chain |
| Managing Networks and Security | Case Studey: Target Data Breach |
| Traditional Nation State Espionage | Section Review |
| The Militarization of Cyberspace | Kali Linux |
| Cyberspace as War Fighting Domain | Overview of Kali Linux |
| Traditional Warfare Concepts and Cyber | Installation |
| DoD Cyber Strategy | Post Installation Tasks |
| Cyberspace Operations (DCO, OCO, | Navigating Kali |
| DODIN OPS, DCO-RA, DCO-IDM, CMTs) | Introduction to Shell Scripting |
| | |
| The Cyber Kill Chain | OSINT and Passive Reconnaissance |

Reconnaissance Introduction
Information Sources
Social Media (Robin Sage)
Kali Linux Reconniassance Tools (whois,
theHarvester, recon-ng)
Google Hacking
Popular Sites and Tools (Shodan, Maltego)
Adversary Tradecraft

Active Reconnaissance and Network Scanning
Active Reconnaissance
nmap and ncat
Port Scanning
Adversary Tradecraft
Analyze Network Traffic with Wireshark
SQL Mapping
Vulnerability Scanning

Web Application Vulnerability
Web Application Vulnerabilities
Cross-Site Scripting (XSS)
SQL Injection Attacks (SQLi)
Adversary Tradecraft
Apache
PHP
MySQL

Wireless Networking
Wireless Networking
WEP and WPA
Adversary Tradecraft
Analyzing Wireless Network Traffic with Wireshark
Attacking WEP
Attacking WPA

Network Attacks and Metasploit
Network Attacks
Introduction to Metasploit
Conducting Attacks with Metasploit
Adversary Tradecraft

Maintaining Access and Covering Tracks
HTTP Tunneling
PowerSploit
dns2tcp
Altering Log and History Files
Hidden Files
Timestamps
Covert Channels
Adversary Tradecraft

Intrusion Detection System
IDS and IPS
Types of IDS
IDS Alerts and Tuning
Section Review
DCOE Labs
Installing and Navigating Kali
Shell Scripting
Passive Reconnaissance
Network Scanning
Apache Web Server
MySQL Database
PHP Page Form Processing
Cracking WEP
Cracking WPA
Shell on Remote Target with Metasploit
IDS

Cyber Security Forum Initiative Cyber Warfare Division (CSFI-CWD) Introduction To Cyber Warfare Operations Design (ICWOD) Certification – Includes the following subject matter training:

Understanding the Cyberspace Environment and Design
Cyberspace environment and its characteristics
Developing a design approach
Planning for cyberspace operations

Cyberspace Operational Approaches
Foundational approaches that utilize
cyberspace capabilities to support
organizational missions
The pros and cons of the different approaches
Note: This module sets the foundations for CSFI
Cyberspace Operations Strategist and
Planner (CCOSP) advanced course

Cyberspace Operations
Network Operations (NETOPS)
Defensive Cyberspace Operations (DCO)
Offensive Cyberspace Operations (OCO)
Defense and Diversity of Depth network design
Operational methodologies to
conduct cyberspace operations

Cyberspace Integration
Design a cyberspace operation and integrate
it with a Joint Operations plan
Practice the presented methodologies in a
practical application exercise

Building Cyber Warriors and Warrior Corps
The warrior and warrior corps concept as
applied to cyber organizations
The challenges of training and developing a
cyber workforce from senior leadership to the
technical workforce

Designing Cyber Related Commands
Mission statements
Essential tasks
Organizational structures
Tables of organizations

Training and Readiness for Cyber Related Commands

Mission Essential Tasks (METs)                         Plan your own training programs
Developing the cyber workforce                         within your organization

Final Exercise
Students will be presented with a scenario
from which all previous instruction topics
and exercises will be used to develop and
integrate a cyber plan

The exercise will also include a brief
Rehearsal of Concept (ROC) and
Table Top Exercise (TTX) to exercise
and evaluate the student's developed plan

DEF CON 25 2017 Hacking Conference
   SushiCon – CSFI Invitation Only Meeting
   Panel – Meet the Feds (Who Care About Security Research)
   Secret Tools: Learning About Government Surveillance Software You Can't Ever See
   Tracking Spies in the Skies
   Hacking Democracy
   Hacking Democracy: A Socratic Dialogue
   Cisco Catalyst Exploitation
   The Spear to Break the Security Wall of S7COMMPLUS
   Uncovering Useful and Embarrassing Info with Maltego
   Controlling IoT Devices with Crafted Radio Signals
   Real-Time RFID Cloning in the Field
   Cabletap: Wirelessly Tapping Your Home Network
   Weaponizing Machine Learning: Humanity was Overrated Anyway
   PEIMA (Probability Engine to Identify Malicious Activity): Using Power Laws to Address DOS Attacks
   Man in the NFC
   Genetic Diseases to Guide Digital Hacks of the Human Genome: How the Cancer Moonshot Program will
   Enable Almost Anyone to Crash the Operating System that Runs You or to End Civilization
   25 Years of Program Analysis
   All Your Things are Belong to Us (25H)

Mobile / Techno Security Forensics Conference 2011-2018 – Myrtle Beach, South Carolina

PhishMe 2014 – Resurrection of the Data Entry Phishing Attack

HTCIA 2014 - Verizon DBIR - Current Trends in Cyber Breaches

DEF CON 21 – 2013 Social-Engineer Capture the Flag Results - Penetration Testing

SANS Institute 2014 - Security for Industrial Control Systems including PLC's
SANS Institute 2012 - Finding Unknown Malware

Black Hat - Accelerate Your Cybercrime Investigations with OSINT
Black Hat– Point 0f Sale (POS) Malware
Black Hat - Hacking Appliances: Ironic Exploits in Security Products
Black Hat– Las Vegas Malware Edition
Black Hat– Security Evaluation – You're Doing it Wrong
Black Hat– Emerging Threats: Anonymous and Occupy
Black Hat - Privacy on the Internet
Black Hat - HTTP Parameter Pollution Vulnerabilities in Web Applications
Black Hat - Android Security Overview, Threats, and Best Practices

Black Hat - Forensics: Beyond files undeleting: OWADE
Black Hat - A SamuraiWTF intro to the Zed Attack Proxy
Black Hat - Challenges and result in automatic malware analysis and classification
Black Hat - A SamuraiWTF intro to the Zed Attack Proxy: Part2
Black Hat - Abu Dhabi 2011 Preview: Force Multipliers on the Modern Battlefield
Black Hat - The State of Security Vulnerabilities in 2011

Alien Vault Labs Training– PCI DSS (Payment Card Industry Data Security Standards)

NetWitness Investigator Introductory Training
NetWitness Investigator Advanced Training

**Digital Evidence Forensics Training**

Mobile / Techno Security Forensics Conference 2011-2014 – Myrtle Beach, South Carolina

HTCIA - Network Forensics with Wireshark Network Sniffer

International Association of Crime Analysts– Spatial Statistics in Crime Analysis: Using CrimeStat III
International Association of Crime Analysts– Problem Analysis
International Association of Crime Analysts– Data Management with Microsoft Access

HTCIA - Network Forensics with Wireshark (Heartland Chapter)

SANS Institute– HTCIA & COINS: Super Timeline Analysis
SANS Institute– Memory Forensics for Incident Response
SANS Institute– Conducting a Legal Investigation in Social Media: How to Do; How Not to Do It

Black Hat 2012 – Carve for Records Not Files

Black Hat Europe 2011 – Barcelona, Spain – Intelligence Gathering, Penetration Testing, Vulnerability Exploitation, Security Event Management - Briefings/Training - Maltego Intelligence Gathering Usage, Tactical Exploitation, The Exploit Laboratory, Hacking by Numbers: Combat Training

Advanced 3D Animation for Scene Reenactment/Advanced AutoCAD – Autodesk, San Rafael, California

Cell Phone Seizure Certification—BK Forensics—Austin

Certified Computer Examiner (CCE) International Society of Forensic Computer Examiners
European Cell Phone Forensic Examination Techniques—French Ministry of Defense—
                                    Gendarmerie National Forensic Research Institute (IRCGN)
Guidance Software - Streamlining Malware Incident Response with EnCase

Cell Phone Memory Chip Removal & Examination Techniques—
                              German National Police Bundeskriminalamt Mobilfunkforensik
International Cell Phone Forensics & Evidence Recovery Techniques—Forensic Telecommunications Services, Ltd., London— Chicago Police Academy
Certified Steganography Examiner—SARC—Atlanta

National White Collar Crime Center (NW3C) / Bureau of Justice Assistance (BJA) – Cyber Crime Fighting II

Cyber Crime Summit 2006-2007 Participant – Kennesaw University

Digital Forensics Training—Access Data – Dallas Police Headquarters

**Communications Intercept Training**

Attendee/Presenter – CTSC International Counter Espionage Conference – NavCentre, Canada 2016-2018
Attended Various Technical Surveillance Counter Measures Education Presentations –

Keynote Presenter
Attendee/Presenter – Espionage Research Institute International Conference – Washington, D.C. 2015-2016
Attended Various Technical Surveillance Counter Measures Education Presentations -

Director of National Intelligence Open Source Intelligence Conference Attendee/Participant 2008—
Washington, DC

ISSWorld/Telestrategies Communications Intercept Conference/Training 2010 – Washington, D.C.
Lawful Intercept Training – ISS World / Telestrategies
Target Identities in Network Communications – Hard to Obtain?
Challenges of Webmail Interception and Analysis
Intercepting Voice and other Traffic from Instant-Messaging and Social-Networking Services
Reducing the Cost of Managing Warrants and Subpoenas
Automatic Discovery and Interception of International Leased Line Services
Innovative Investigation Solutions in a Complex IP World
Turning Location Data into Meaningful Intelligence
Overview of Location Technology for Mission Critical Application
Effective Location-Aware Data Capture & Analysis for a Mobile World
UMTS Monitoring and Interception
A Stealth, Spyware-Based System for Attacking, Infecting and Monitoring Computers and Smartphones
Gaining OSINT Insight Through Analytics
Biometric Speaker Spotting enables new horizons for Mass Voice Interception
Realistic Probabilities in Modern Signals Intelligence
Cyber Money Laundering

ISS World - Facebook 101: Tools, Tricks & Techniques Investigators Need to Know – 2013
ISS World - Weaponized Information: What It Is, Why You Need It and How It Works – 2013
ISS World - Facebook Facts for Criminal Investigators and Analysts - 2011
ISS World - Understanding Mobile Wireless Infrastructure and Lawful Interception - 2010
ISS World - Understanding the Internet and Lawful Interception for Law Enforcement and Intelligence Analysts - 2010
ISS World - Understanding Wireline Telecom Infrastructure and Lawful Interception - 2010
ISS World - Enterprise Investigations Involving Packet Capture - 2010
ISS World - Tools for Identifying Patterns of Malicious Employee Behavior - 2010


**Software Development & Coding Training / Professional Experience**

**Education:** Assembly Language, Cobol, Basic

**Professional Coding Experience:**

Developed and sold a personal finance software application for IBM PC using basic and macro language tools (1981-1983).

Developed a variety of database systems for clients using SQL/Knowledgeman (Micro Data Base Systems) (1983-1986).

Developed an early wireless router product and formed Radling Corporation for marketing (1991-1996)

Apple IOS app development from 2008, utilizing the tools and APIs for forensic purposes, and continued the research into Google Android when Android Eclair was introduced in 2009.

Membership of Apple Developer and Google Developer groups from 2010 and have focused on the forensic aspects of the impact of coding on the SQLite database development within iPhone and Android User Equipment and the evidence artifacts and position determination/location results frequently used as evidence.

**Specialized Tactical & Combat Training**

Security Solutions International - TTP's and the Threat of Explosives - March 2011

Director of National Intelligence Open Source Intelligence Conference Attendee/Participant 2008—
                                                                                    Washington, DC

**General Training**

Licensed Private Investigator— Texas DPS-PSB License A16998/Reg#00134935
Risk Assessment Methodology Training and Certification - Sandia Labs - Denver
Computer & Information Technology Law Institute—University of Texas School of Law—Austin
Emergency Management Administration Certification – DPS Headquarters, Austin, Texas
Caseflow Management, Case Preparation, Adjudication and Enforcement Training
                        - National Association for Court Administration (Served as Board Member 1977-1981)
Law Enforcement Academy Training – Odessa, Texas Police Department

**Formal Education**

Odessa College, Odessa, Texas - Computer Science – [Cobol Programming, Assembly Language Programming, IBM 360 Mainframe Systems Operations].

**PROFESSIONAL HISTORY**

Owner/Operator/Trainer - Signals Analyst Academy – SignalsAnalyst.com
        Communications Intercept Tradecraft, Detection, Mitigation for
        Technical Surveillance Counter Measures Professionals
Developer / CEO / President – Qalypsis, LLC - Qalypsis.com
        Intellectual Property Licensing and Patent Portfolio R&D, 2015-Present
JohnBMinor.com – Communications Expert – Expert Technical Witness, 2000-Present
Atwater Enterprises - Digital Forensics Director, 2004-2010
Owner / Operator—Airlinq Wireless Internet Service, 2004-2011
Developer / CEO / President – RadlinQ Corporation, 1993-1996
Owner / Operator - The Technology Education Center & Prometric Certification Testing Center,
                                                        1996-2001 – El Paso, Texas
Established CTA / Communications Intelligence Associates, Inc., 1986 to Present –
                        Communications Consulting, Forensic Cell Site Analysis, Systems Integrator,
                        AT&T Contractor, Digital Forensics Lab, Security Consulting
Mayor of Odessa, Texas, 1984-1986
Established Micro Research, 1982 to 1988 – Microcomputer Consultancy specializing in
        IBM PC software development and Microcomputer Communications Networking
Amicus Curiae Award Recipient—Municipal Court, Odessa—1979

Co-Founder Texas Courts Consulting Service—1978
Courts / Law Enforcement Administration –
    2nd & 22nd Judicial Districts of Central Texas, Austin/San Antonio Area & Odessa, Texas Area,-
    Texas' first rural courts automation projects—1974-1983

## ARTICLES & PUBLICATIONS

Author of "Forensic Cell Site Analysis: A Validation & Error Mitigation Methodology", in The Journal of Digital Forensics, Security and Law, associated with Embry-Riddle Aeronautical University published a double blind, peer reviewed research paper [5]
Author of the Book titled "Forensic Cell Site Analysis & Mobile Device Location Tracking - Acquisition, Analysis & Validation of Evidence" 2020
Cellular Handset Location Privacy - It May All Be About the Privacy Override Indicator – 2012
U.S. 4th Amendment Rights & Cellular Handset Location Privacy - Is it all about the Privacy Override Indicator & LIRAuth/LIRMode? – 2012
Cellular Carrier Handset Location & Call Detail Records Error Rates - A Symptomatic Interim Overview Study – 2012
Cell Phone "Pinging" for Real-Time Location Tracking: Fact or Fiction, *World Association of Detectives Beyond Global Journal* 2011
A Litigators Guide to Cell Phone Location Evidence Part 5 – The Role of Cell Phone Evidence in Missing Persons/Homicide Cases
A Litigators Guide to Cell Phone Location Evidence Part 4 – Understanding Cell Phone E911 Calls
A Litigators Guide to Cell Phone Location Evidence Part 3 – Centroids & Working Range
A Litigators Guide to Cell Phone Location Evidence Part 2 – Understanding Live & Historical Cell Phone Location Tracking
A Litigators Guide to Cell Phone Location Evidence Part 1 – Understanding How a Cell Phone Call Works
A Litigators Guide to Preserving & Acquiring Cell Phone Carrier Evidence – Subpoena, Court Order or Search Warrant
iPhone Evidence: The New Source, *Professional Investigator Magazine* February 2010
Preserving and Acquiring Cell Phone Carrier Evidence, *Professional Investigator Magazine* December 2009
What's in a Domain Name? Leads & Evidence 2009
Does Cell Phone Tracking Really Work?  2009
How Obscure Records Maintained By Cell Phone Carriers Can Make or Break a Case 2009
How Cell Phone Subscriber Activities Are Tracked & Logged By the Cell Phone Carrier 2009
Anatomy of a Cell Tower for Investigators & Attorneys, 2009
Summary—Preserving & Acquiring Cell Phone Carrier Evidence 2009
Preserving & Acquiring Cell Phone Carrier Evidence 2009
iPhone Evidence? Empowering the Investigator 2009
Investigation of Collusion, Conspiracy, Terrorist Networks, & Criminal Networks:
    Digital Evidence Linking Common Contacts, Devices, & Activities 2008
Digital Evidence—A New Frontier in Latent Evidence 2007
Courtroom Evidentiary Animation Video, PowerPoint and Poster Board Presentations, 1990-Present
A Guide for Handling Misdemeanors in Justice and Municipal Courts – Keen/ Minor, 1979

## LECTURES & PRESENTATIONS

"Beams, Nodes AND DoA - 5G Spectrum Analysis Insights
    The Evolutionary Impact of 4G/5G eNodeB / gNodeB on Mobile Network Signals in
    Forensic Mobile Network Analysis Protocols"
"4G/5G MIMO & Multi-Band Antenna Technology
    Mobile Network Communications Signals Analysis & Forensic Mobile Network Analysis"
"5G – Surveillance Threat Focus Update
    (Including Beamforming/MIMO and Multi-Band Antenna Updates)"
    CTSC International Counter Espionage Conference 2019

---

[5] http://commons.erau.edu/jdfsl/vol12/iss2/7/

"5G - Three Paradigm Shifts That Will Impact TSCM Inspection Protocols
           (Including 5G Beamforming and other Technical Specifications)"
           Espionage Research Institute International Conference 2018
"The Emerging 5G Standard: The NR Technology Impact on TSCM Inspection Protocols"
           CTSC International Counter Espionage Conference 2018
"Signals System 7 Remote Interception Disruption Countermeasures"
           CTSC International Counter Espionage Conference 2018
"Crowd Sourced Surveillance Fundamentals for the TSCM Professional"
           CTSC International Counter Espionage Conference 2018
Keynote Address for CTSC International Counter Espionage Conference 2017 "Rise of the Machines: Machine
           Virtualization and The Impact on TSCM Inspection Protocols".
"The Impact of The Evolution from Circuit Switched to Packet Switched Communications on Eavesdropping
           Detection" CTSC International Counter Espionage Conference 2017
"Adding a Remote Network Probe for Remote Spectrum Surveillance and Monitoring (RSSM), An Overview"
           CTSC International Counter Espionage Conference 2017
"A Quantum of Solace - An Introduction to Photonic Intercept Tradecraft - Essential Tools for Detection &
           Mitigation" Espionage Research Institute International Annual Conference 2016
"Ghosts & Gainers: Photonic Intercepts – A Primer on How to Read & Interpret an OTDR Trace" Espionage
           Research Institute International Annual Conference 2016
Keynote Address "One Step Ahead: Tapping the Photonic Networks of the World" CTSC International Counter
           Espionage Conference 2016
"Detecting and Mitigating Photonic Network Intercepts: Needle in a Haystack?" CTSC International Counter
           Espionage Conference 2016
"Ghosts & Gainers: Photonic Intercepts – A Primer on How to Read & Interpret an OTDR Trace" CTSC
           International Counter Espionage Conference 2016
"Detecting and Mitigating Cellular Carrier MITM Intercepts" Espionage Research Institute International Annual
           Conference 2015
"Detecting and Mitigating Photonic Network Intercepts" Espionage Research Institute International Annual
           Conference 2015
"Empowering the Litigation Team - Preserving & Acquiring Cell Phone Carrier Evidence"
                                       Texas State Bar Continuing Education – 2010
"Preserving & Acquiring Cell Phone Evidence" - Paralegal Division of the State Bar of Texas - 2010
"Empowering the Investigator—Cell Phone Tracking & Cell Phone Evidence"
           Texas Association of Licensed Investigators 2009
"Managing Discovery of Electronic Information"—Paralegal Division of the State Bar of Texas 2008
"Digital Evidence - A New Frontier in Latent Evidence"
           Presentation to Texas Association of Licensed Investigators 2007
"Lawful Intercepts - Digital Forensics 18 U.S.C. § 2511/2701"
           Presentation to Texas Association of Licensed Investigators 2005
"Terrorist Threat Realities in Our Communities" - 7 New Mexico Community Regional Meetings 2003
"Homeland Security Threat Potential to Utilities Infrastructure" to NMRWA 2003
"Impact of the Internet" Presentation to El Paso Paralegals Association 1997
Technology and Communications Presentations to Government and Business 1990-Present


## PATENTS - PRODUCT DEVELOPMENT


**Software**
Designer/Author/Manufacturer - Professional Finance Tools Template for VisiCalc / Lotus 1-2-3, 1982

**Hardware / Network Equipment**
Designer/Manufacturer - RadlinQ WL Series Wireless Router, 1993

**Patents**
USPTO Patent US9113307B2, Method of validating cellular carrier records accuracy.

**PROFESSIONAL ASSOCIATION MEMBERSHIPS**

American Society for Testing and Materials (ASTM International) E30 Forensics Voting Member

Institute of Electrical and Electronics Engineers (IEEE) Senior Lifetime Member
Photonics, Communications, Antennas & Propagation, and Intelligent Vehicles Societies

Internet Engineering Task Force (IETF)

International Society of Forensic Computer Examiners (ISFCE)

INTELLENET International Intelligence Network (INTELLENET)

Espionage Research Institute International (ERII)

Cyber Security Forum Initiative (CSFI)

International High Tech Crime Investigators Association (HTCIA)

World Association of Detectives (WAD)

International Association of Crime Analysts (IACA)

ShadowServer Foundation

The Internet Society

National Association for Court Administration (NACA) Director, 1977-1981


**CONTACT INFORMATION:**

**John B. Minor**
**Communications Expert**

Email: jminor@johnbminor.net
Office Phone Direct: (800)725-2726 or Mobile Phone: (432)553-6666
Web: JohnBMinor.com  Qalypsis.com  SignalsAnalyst.com
LinkedIin: John B. Minor
Web of Science Researcher ID - K-6444-2018
ORCID ID - 0000-0002-5983-3360

# Exhibit C

Curriculum Vitae

**JOSEPH M. PIERRE, M.D.**

---

## Personal Information

| | |
|---|---|
| Office: | VA West Los Angeles Healthcare Center |
| | 11301 Wilshire Blvd. |
| | Building 210 Room 15 |
| | Los Angeles, CA 90073 |
| | |
| Phone: | (310) 478-3711 ext. 42895 |
| Fax: | (310) 268-4448 |
| E-mail: | drjoe@ucla.edu |

## Education

| | |
|---|---|
| 1996 | M.D., UCLA School of Medicine, Los Angeles, CA |
| 1992 | S.B. Biology (Psychology minor), MIT, Cambridge, MA |
| 1988 | High School Diploma, T.C. Williams High School, Alexandria, VA |

## Residency

| | |
|---|---|
| 1999-2000 | Chief Resident, Schizophrenia Treatment Unit, West LA VA Medical Center |
| 1996-2000 | Resident in Psychiatry, UCLA Neuropsychiatric Institute |

## Licensure & Certification

| | |
|---|---|
| 2002 | Diplomate in Psychiatry, American Board of Psychiatry and Neurology #50400 |
| 1998 | Physician and Surgeon, Medical Board of California #A064683, DEA BP5814202 |

## Awards & Honors

| | |
|---|---|
| 2012 | Outstanding Housestaff Teaching Award, Department of Psychiatry and Biobehavioral Sciences, David Geffen School of Medicine at UCLA |
| 2007-2019 | Inclusion in "Best Doctors in America," Best Doctors, Inc |
| 2004-2010 | Inclusion in "Guide to America's Top Psychiatrists," Consumer's Research Council of America |

| | |
|---|---|
| 2005 | American College of Neuropsychopharmacology Young Investigator Memorial Travel Award |
| 2005 | Young Investigator Award, International Congress on Schizophrenia Research |
| 2003 | Outstanding Medical Student Teaching Award, Department of Psychiatry and Biobehavioral Sciences, David Geffen School of Medicine at UCLA |
| 2003 | Award in Recognition of Dedication in Teaching Excellence, Class of 2003, David Geffen School of Medicine at UCLA |
| 2001 | West Coast College of Biological Psychiatry/Janssen Research Foundation Junior Faculty Research Award |
| 2000 | AstraZeneca Psychiatry in Practice Award |
| 2000 | UCLA Psychiatric Clinical Faculty Association Alex Rogawski Memorial Prize |
| 2000 | Outstanding Teaching Resident Award, Department of Psychiatry and Biobehavioral Sciences, UCLA School of Medicine |
| 1998 | Young Investigator Award, Association for Clinical Psychosocial Research |
| 1993 | Vital Signs Scholarship (for achievement in medicine and the humanities) |
| 1992 | Phi Beta Kappa |
| 1992 | Sigma Xi (for achievement in scientific research) |
| 1991 | New England Award (for outstanding health related research) |
| 1988 | The Barnett Scholarship (for achievement in academics and athletics) |

## Academic Appointments

| | |
|---|---|
| 2012- | Health Sciences Clinical Professor, Department of Psychiatry and Biobehavioral Sciences, UCLA School of Medicine |
| 2010-2012 | Health Sciences Associate Clinical Professor, Department of Psychiatry and Biobehavioral Sciences, UCLA School of Medicine |
| 2006-2010 | Associate Clinical Professor (compensated), Department of Psychiatry and Biobehavioral Sciences, UCLA School of Medicine |
| 2000-2006 | Assistant Clinical Professor (compensated), Department of Psychiatry and Biobehavioral Sciences, UCLA School of Medicine |

**Work Experience**

| | | |
|---|---|---|
| 2019- | Acting Chief, Mental Health Community Care Systems | Los Angeles, CA |

Acting Chief, Mental Health Community Care Systems, VA West Los Angeles Healthcare Center

| | | |
|---|---|---|
| 2017-2019 | Chief, Division of Hospital Psychiatry | Los Angeles, CA |

Chief, Division of Hospital Psychiatry, VA West Los Angeles Healthcare Center

| | | |
|---|---|---|
| 2016-2017 | Chief of Inpatient Psychiatry | Los Angeles, CA |

Chief of Inpatient Psychiatry, VA West Los Angeles Healthcare Center

| | | |
|---|---|---|
| 2007-2018 | Associate Director of Residency Education | Los Angeles, CA |

Associate Director of Residency Education, Semel Institute for Neuroscience and Human Behavior at UCLA/VA Greater Los Angeles Healthcare System.

| | | |
|---|---|---|
| 2006-2016 | Co-Chief, Schizophrenia Treatment Unit | Los Angeles, CA |

Co-Chief, Schizophrenia Treatment Unit.  VA West Los Angeles Healthcare Center.

| | | |
|---|---|---|
| 2002-2007 | Psychiatrist/Investigator | Los Angeles, CA |

Clinical and research psychiatrist, Center for the Assessment and Prevention of Prodromal States (CAPPS), UCLA.

| | | |
|---|---|---|
| 2000-2006 | Attending Psychiatrist | Los Angeles, CA |

Staff psychiatrist, VA West Los Angeles Healthcare Center.  Inpatient ward attending and outpatient clinician for the Dual Diagnosis Treatment Program.

| | | |
|---|---|---|
| 1999-2000 | Community Psychiatrist | Venice, CA |

Part-time staff psychiatrist at the Didi Hirsch Community Mental Health Center.

| | | |
|---|---|---|
| 1993-1996 | Schizophrenia Research Assistant | Los Angeles, CA |

Research assistant in the Schizophrenia Research Unit of the West LA VA Medical Center.

## Teaching Experience

| | |
|---|---|
| 2016- | Course director/instructor, VA Inpatient Psychiatry 350.02, David Geffen School of Medicine at UCLA, Department of Psychiatry and Biobehavioral Sciences |
| 2012- | Lecturer, Foundations of Medical Neuroscience II HBD408, David Geffen School of Medicine at UCLA, Department of Psychiatry and Biobehavioral Sciences |
| 2007- | Course director/instructor, Clinical Interviewing in Psychiatry 476, David Geffen School of Medicine at UCLA, Department of Psychiatry and Biobehavioral Sciences |
| 2007- | Lecturer, PGY-3 Residents' Core Curriculum 411, David Geffen School of Medicine at UCLA, Department of Psychiatry and Biobehavioral Sciences |
| 2002- | Lecturer, PGY-1 Residents' Core Curriculum 411, David Geffen School of Medicine at UCLA, Department of Psychiatry and Biobehavioral Sciences |
| 2000- | Ward supervisor for UCLA psychiatry residents and medical students, Schizophrenia Treatment Unit, VA West Los Angeles Healthcare Center [Clinical Clerkship in Psychiatry and Neurology PN11, Inpatient Psychiatry PS252.02, Team Rounds 421.4, On Call Supervision/Consultation 415; UCLA School of Medicine, Department of Psychiatry and Biobehavioral Sciences] |
| 2009-2016 | Course director/instructor, Schizophrenia Treatment Unit 350.02, David Geffen School of Medicine at UCLA, Department of Psychiatry and Biobehavioral Sciences |
| 2006-2016 | Course director/instructor, Metatopics in Psychiatry 446, David Geffen School of Medicine at UCLA, Department of Psychiatry and Biobehavioral Sciences (with C. Scott Saunders, M.D.) |
| 2003-2016 | Course director/instructor, Clinical Issues in Schizophrenia 414.3, David Geffen School of Medicine at UCLA, Department of Psychiatry and Biobehavioral Sciences (with C. Scott Saunders, M.D.) |
| 2000-2016 | Course director/instructor, Case Conference: Diagnostic Dilemmas 425.5, David Geffen School of Medicine at UCLA, Department of Psychiatry and Biobehavioral Sciences (with C. Scott Saunders M.D.) |
| 2005-2014 | Guest Lecturer, Clinical Issues in Schizophrenia 414.1, UCLA School of Medicine, Department of Psychiatry and Biobehavioral Sciences |
| 2005-2006 | Guest Lecturer, Research Seminar on the Psychoses 435, UCLA School of Medicine, Department of Psychiatry and Biobehavioral Sciences |

| 2005-2006 | Guest Lecturer, Practical Psychopharmacology 437, UCLA School of Medicine, Department of Psychiatry and Biobehavioral Sciences |
|---|---|
| 2000-2007 | Course director/instructor, Psychiatric Resident Research Seminar 427, David Geffen School of Medicine at UCLA, Department of Psychiatry and Biobehavioral Sciences (with Donna Wirshing M.D. and Arthur Yuwiler Ph.D.) |
| 2000-2007 | Co-Instructor, Evaluation of Drug Induced Movement Disorders 446, UCLA School of Medicine, Department of Psychiatry and Biobehavioral Sciences (with William Wirshing M.D., Donna Wirshing M.D., and C. Scott Saunders M.D.) |
| 2000-2006 | Course director/instructor, Dual Diagnosis 484, UCLA School of Medicine, Department of Psychiatry and Biobehavioral Sciences |
| 2000-2005 | Lecturer for Clinical Clerkship in Psychiatry and Neurology PN11, UCLA School of Medicine |
| 2000-2004 | Group instructor, Psychopathology 201, UCLA School of Medicine |

## Hospital and University Committees

| 2018- | Psychiatry Representative, Suicide Prevention Office and Suicide Root Cause Analysis Committee, VA Greater Los Angeles Healthcare System |
|---|---|
| 2016- | Mental Health Steering Committee, VA Greater Los Angeles Healthcare System |
| 2016- | Cannabis Research Initiative, UCLA Jane and Terry Semel Institute for Neuroscience and Behavior |
| 2014-2016 | Chair, Under-Represented in Medicine (URM) Recruitment Committee, UCLA NPI/VA West Los Angeles Healthcare System Psychiatry Residency Program |
| 2005-2018 | Residency Oversight Committee, Semel Institute for Neuroscience and Human Behavior at UCLA<br>Co-Chair, PG-2 Subcommittee 2009-2014<br>Curriculum Subcommittee 2007-2011<br>Co-Chair, PG-1 Subcommittee 2005-2007 |
| 1997-2018 | Psychiatry Residency Selection Committee, UCLA Neuropsychiatric Institute |
| 2006-2016 | VA Site Director, Medical Student Psychiatry Clerkship, Geffen School of Medicine at UCLA |
| 2007-2009 | Psychiatry Residency Recruitment Committee, UCLA Neuropsychiatric Institute |
| 2005-2006 | Residency Integration Committee, Semel Institute at UCLA |

2005-2006     Medical Student Education Review Committee, Geffen School of Medicine at UCLA

2005-2007     Utilization Review Committee, VA Greater Los Angeles Healthcare System

2002-2003     Psychiatry Residency PGY-2 Curriculum Committee, UCLA Neuropsychiatric Institute

2002-2003     Program Review of Mental Health, VA Greater Los Angeles Healthcare System

2001-2002     Guiding Coalition, VA Greater Los Angeles Healthcare System

**Grants Awarded**

2014-         Therapeutic lifestyle changes for veterans "
              Co-Investigator (Donna Ames, M.D., P.I.) [Investigator Initiated]

2011-         "Management of antipsychotic medication associated obesity 2"
              Co-Investigator (Donna Ames, M.D., P.I.) [Investigator Initiated]
              VA Merit Review #D7358R

2011-2015     "Impact of a short-term skills-based psychosocial intervention program on insight and engagement in follow-up psychiatric care"
              Co-Investigator (Donna Ames, M.D., P.I.) [Investigator Initiated]
              NARSAD Young Investigator Award (Anna Muller, Ph.D., Co-P.I.)

2008-2014     "Cognitive-behavioral therapy in veterans with schizophrenia."
              Co-Investigator (Shirley Glynn, Ph.D., P.I.) [Investigator Initiated]
              VA Merit Review # MHBB-016-07S

2006-2010     "Risperidone treatment for military service related chronic post-traumatic stress disorder"
              Co-Investigator (C. Scott Saunders, M.D., site P.I.; John Krystal M.D., Robert Rosenheck, M.D., P.I.'s) [Investigator Initiated]
              VA Cooperative Study #504

2005-2010     "Management of antipsychotic medication associated obesity"
              Co-Investigator (Donna Wirshing, M.D., P.I.) [Investigator Initiated]
              VA Merit Review

2007-2009     "Clozapine for the treatment of schizophrenia and co-occurring substance abuse disorder."
              Site P.I., Co-Investigator, (Alan Green, M.D., P.I.) [Investigator Initiated]
              NIDA R01 DA13196

2002-2003   "A prospective, multicenter, open-label study of aripiprazole in the management of patients with schizophrenia or schizoaffective disorder in general psychiatric practices"
Bristol Myers Squibb CN138-087
Co-Investigator [Industry Initiated]
Bristol Myers Squibb Pharmaceutical Research Institute

2002-2007   "Clinical core for patients with prodromal symptoms"
Co-Investigator (Tyrone D. Cannon, Ph.D., P.I.) [Investigator Initiated]
NIMH P50 MH066286

2003-2007   "Encoding and retrieval processes in long-term memory"
Co-Investigator (Tyrone D. Cannon, Ph.D., P.I.) [Investigator Initiated]
NIMH P50 MH066286

2002-2007   "Early identification and characterization of the prodromal phase of thought disorders in individuals at risk"
Co-Investigator (Tyrone D. Cannon, Ph.D., P.I.) [Investigator Initiated]
Rutherford Charitable Foundation (Garen and Shari Staglin)

2001-2005   "A placebo controlled trial of modafinil for negative symptoms in schizophrenia"
Principal Investigator [Investigator Initiated]
Stanley Research Foundation

2001-2005   "Modafinil for the treatment of negative symptoms in schizophrenia"
Principal Investigator [Investigator Initiated]
West Coast College of Biological Psychiatry / Janssen Research Foundation

2001-2004   "A randomized double-blind study of sibutramine vs. placebo in patients with novel antipsychotic medication induced weight gain"
Co-Investigator (Donna A. Wirshing M.D., P.I.) [Investigator Initiated]
Knoll Pharmaceuticals

2001-2003   "Treatment of sexual side effects of novel antipsychotic medications: A prospective double blind study"
Co-Investigator (Donna A. Wirshing M.D., P.I.) [Investigator Initiated]
Pfizer Inc.

## Peer Review/Editorial Board

Academic Psychiatry [2015]
Acta Neuropsychiatrica [2007,2009]
Acta Psychiatrica Scandinavica [2005-2006,2008]
Advances in Psychiatry [Editorial Board, 2014-2015]
Aggression and Violent Behavior [2018, 2019]
American Journal of Psychiatry [2019]

American Journal of Psychiatry and the Law [2019]
Annals of Clinical Psychiatry [2015]
Applied Cognitive Psychology [2020]
Archives of General Psychiatry [2005]
BioMed Central (BMC) Psychiatry [2012, 2015-2017]
BioMed Central (BMC) Pediatrics [2013]
BMJ Open [2014,2015]
Clinical Schizophrenia and Related Psychoses [2009-2010,2013,2016-2018]
CNS Drugs [2007]
Current Psychiatry [2019]
Current Psychiatry Reviews [2011]
Drug and Alcohol Abuse [2017, 2019]
Expert Opinion on Drug Safety [2005]
General Hospital Psychiatry [2007,2011]
healthywomen.org – web content review board for schizophrenia [2006-2011]
Imagination, Cognition, and Personality [2021]
International Journal of Neuropsychopharmacology [2002]
International Clinical Psychopharmacology [2005,2006]
Journal of Adolescence [2019]
Journal of Affective Disorders [2015]
Journal of the American Board of Family Medicine [2006,2012]
Journal of the American Academy of Psychiatry and the Law [2019, 2020, 2021]
Journal of Psychiatry and Brain Science [2018]
Journal of Clinical Psychiatry [2002,2005-2008,2012]
Journal of Clinical Medicine [2019, 2020]
Journal of Dual Diagnosis [2007,2009]
Journal of Clinical Psychopharmacology [2010-2011,2014]
Journal of Neural Transmission [2005]
Journal of Nervous and Mental Disease [2012]
Journal of Psychiatric Research [2014]
Journal of Psychotic Disorders [2003-2006]
Journal of Religion and Health [2018]
Neuropsychiatric Disease and Treatment [2018]
Philosophical Psychology [2011,2013,2015]
Progress in Neuro-Psychopharmacology & Biological Psychiatry [2011]
Psychiatry Research [2017]
Psychiatric Times [2007]
Psychoneuroendocrinology [2005]
Psychopharmacology [2003,2008]
QJM [2015]
Schizophrenia Bulletin [2005,2011]
Schizophrenia Research [2007-2011,2014-2015, 2021]

**Publications**

**Peer Reviewed Articles**

1. Pierre JM. Conspiracy theory of delusion? 3 questions to tell them apart. *Current Psychiatry* 2021; 20:44,60.

2. Pierre JM. Mistrust and misinformation: A two component, socio-epistemic model of belief in conspiracy theories. *J Soc Polit Psychol* 2020; 8:617-641.

3. Pierre JM. Forensic psychiatry versus the variety of delusion-like beliefs. *Am Acad Psychiatry Law* 2020; 43:online.

4. Pierre JM. Time to retire haloperidol? For emergency agitation, evidence suggests newer alternatives may be a better choice. *Current Psychiatry* 2020; 19:18-28.

5. Pierre JM. The psychology of guns: Risk, fear, and motivated reasoning. *Palgrave Comm* 2019; 5:159.

6. Pierre JM. Assessing malingered auditory verbal hallucinations in forensic and clinical settings. *Am Acad Psychiatry Law* 2019; 47:448-456.

7. Pierre JM. Cannabidiol for schizophrenia: Promise or pipe-dream? *Current Psychiatry* 2019; 18:12-16,19-20.

8. Pierre JM. Integrating non-psychiatric models of delusion-like beliefs into forensic psychiatric assessment. *Am Acad Psychiatry Law* 2019; 47:171-179.

9. Pierre JM. Abuse of psychiatric medications: Not just stimulants and benzodiazepines. *Current Psychiatry* 2019; 18:10-16,21-24,26,38.

10. Pierre JM. Real-world challenges in managing 'dual diagnosis' patients. *Current Psychiatry* 2018; 17:25-30.

11. Roggenkamp H, Nicholls A, Pierre JM. Tattoos as a window to the psyche: How talking about skin art can inform psychiatric practice. *World J Psychiatry* 2017; 22:148-158.

12. Tessier JM, Erickson ZD, Meyer HB, Baker MR, Gelberg HA, Arnold IY, Kwan CL, Chamberlin V, Rosen JA, Shah C, Hellemann G, Lewis MM, Nguyen C, Sachinvala N, Amrami B, Pierre JM, Ames D. Therapeutic lifestyle changes: Impact on weight, quality of life, and psychiatric symptoms in veterans with mental illness. *Military Medicine* 2017 182:e1738-e1744.

13. Pierre JM, Mahr F, Carter A, Madaan V. Underrepresented in medicine recruitment: Rationale, challenges, and strategies of increasing diversity in a psychiatry residency program. *Academic Psychiatry* 2017; 41:226-232.

14. Erickson ZD, Kwan CL, Gelberg HA, Arnold IY, Chamberlin V, Rosen JA, Shah C, Nguyen CT, Hellemann G, Aragaki DR, Kunkel CF, Lewis MM, Sachinvala N, Sonza PA, Pierre JM, Ames D. A randomized, controlled multisite study of behavioral interventions for veterans with mental illness and antipsychotic medication-associated obesity. *J Gen Int Med* 2017; 32(Suppl 1):32-39.

15. Pierre JM. Risks of increasingly potent cannabis: Joint effects of potency and frequency. *Current Psychiatry* 2016; 16:14-20.

16. Ames D, Carr-Lopez SM, Gutierrez M, Pierre JM, Shakib S, Yudofsky Y. Detecting and managing adverse effects of antipsychotic medications: Current state of play. *Psych Clin N Amer* 2016; 39:275-311.

17. Erickson ZD, Mena SJ, Pierre JM, Blum LH, Martin E, Helleman G, Aragaki DR, Firestone L, Lee C, Lee P, Kunkel CF, Ames D. Management of antipsychotic medication associated obesity. *J Clin Psychiatry* 2016; 77:e183-189.

18. Cheung EH, Pierre JM. The medical ethics of neuroenhancement. *AIMS Neuroscience* 2015; 2:105-122.

19. Pierre JM. Culturally-sanctioned suicide: Euthanasia, seppuku, and terrorist martyrdom. *World J Psychiatry* 2015; 22:4-14.

20. Kwan C, Gelberg HA, Rosen JA, Chamberlin V, Shah C, Nguyen C, Pierre JM, Erickson ZD, Mena SJ, King M, Arnold I, Baker MR, Meyer HB; Ames D. Nutritional counseling for adults with severe mental illness: Lessons learned from a dietitian's perspective. *J Acad Nutr Diet* 2014; 114:369-374.

21. Pierre JM. The neuroscience of free will: Implications for psychiatry. *Psychol Med* 2014; 44:2465-2474.

22. Pierre JM.  Mental illness and mental health: Is the glass half empty or half full? *Canadian J Psychiatry* 2012; 57:651-658.

23. Philips J, Frances A, Cerullo M, Chardavoyne J, First M, Ghaemi N, Greenberg G, Hinderleiter A, Kinghorn W, Labello S, Martin E, Mishara A, Paris J, Pierre J, Pies R, Picnus H, Poster D, Pouncey C, Schwartz M, Wakefield J, Waterman S, Whooley O, Szasz T, Zachar P. The six most essential questions in psychiatric diagnosis: A pluralogue part 4: General conclusion.  *Philosophy, Ethics, and Humanities in Medicine* 2012; 7:14.

24. Philips J, Frances A, Cerullo M, Chardavoyne J, First M, Ghaemi N, Greenberg G, Hinderleiter A, Kinghorn W, Labello S, Martin E, Mishara A, Paris J, Pierre J, Pies R, Picnus H, Poster D, Pouncey C, Schwartz M, Wakefield J, Waterman S, Whooley O, Szasz T, Zachar P. The six most essential questions in psychiatric diagnosis: A pluralogue part 3: Issues of utility and alternative approaches in psychiatric diagnosis.  *Philosophy, Ethics, and Humanities in Medicine* 2012; 7:9.

25. Philips J, Frances A, Cerullo M, Chardavoyne J, First M, Ghaemi N, Greenberg G, Hinderleiter A, Kinghorn W, Labello S, Martin E, Mishara A, Paris J, Pierre J, Pies R, Picnus H, Poster D, Pouncey C, Schwartz M, Wakefield J, Waterman S, Whooley O, Szasz T, Zachar P. The six most essential questions in psychiatric diagnosis: A pluralogue part 2: Issues of conservatism and pragmatism in psychiatric diagnosis.  *Philosophy, Ethics, and Humanities in Medicine* 2012; 7:8.

26. Philips J, Frances A, Cerullo M, Chardavoyne J, First M, Ghaemi N, Greenberg G, Hinderleiter A, Kinghorn W, Labello S, Martin E, Mishara A, Paris J, Pierre J, Pies R, Picnus H, Poster D, Pouncey C, Schwartz M, Wakefield J, Waterman S, Whooley O, Szasz T, Zachar P. The six most essential questions in psychiatric diagnosis: A pluralogue part 1. Conceptual and definitional issues in psychiatric diagnosis. *Philosophy, Ethics, and Humanities in Medicine* 2012; 7:3.

27. Pierre JM. Cannabis, synthetic cannabinoids, and psychosis risk: What the evidence says. *Current Psychiatry* 2011; 19:49-57.

28. Pierre JM. The borders of mental disorder in psychiatry and the DSM: Past, present, and future. *J Psychiatric Practice* 2010; 16:375-386.

29. Pierre JM. Non-antipsychotic treatment of auditory hallucinations. *Biol Psychiatry* 2010; 68:e33-34.

30. Pierre JM. Hallucinations in non-psychotic disorders: Towards a differential diagnosis of "hearing voices." *Harvard Review of Psychiatry* 2010; 18:22-35.

31. Pierre JM. Deconstructing schizophrenia for DSM-V: Challenges for clinical and research agendas.  *Clinical Schizophrenia and Related Psychoses* 2008; 2:166-174.

32. Peloian JH, Pierre JM. Modafinil: A candidate for pharmacotherapy of negative symptoms in schizophrenia.  *Progress in Neurotherapeutics Neuropsychopharmacology* 2008; 3:259-274.

33. Tabibian JH, Wirshing DA, Pierre JM, Guzik LH, Kisicki MD, Danovitch I, Mena SJ, Wirshing WC. Hepatitis B and C among veterans on a psychiatric ward. *Dig Dis Sci.* 2008; 53:1693-1698.

34. Pierre JM, Peloian J, Wirshing DA, Wirshing WC, Marder SR. A randomized, double-blind, placebo controlled trial of modafinil for negative symptoms in schizophrenia. *J Clin Psychiatry* 2007; 68:705-710.

35. Buckley PF, Wirshing DA, Bhushan P, Pierre JM, Resnick SA, Wirshing WC. Lack of insight in schizophrenia: impact on treatment adherence. *CNS Drugs* 2007; 1:129-141.

36. Wirshing DA, Pierre JM, Wirshing WC, Guzik LH, Resnick SA, Goldstein D, Zorick TS. Community re-entry program training module for schizophrenic inpatients improves treatment outcomes. *Schizophr Res* 2006; 87:338-339.

37. Meyer JM, Loh C, Leckband SG, Boyd J, Wirshing WC, Pierre JM, Wirshing DA. Prevalence of the metabolic syndrome in veterans with schizophrenia. *J Psychiatric Practice* 2006; 12:5-10.

38. Pierre JM. Extrapyramidal symptoms with atypical antipsychotics: Incidence, prevention and management. *Drug Safety* 2005; 28:191-208.

39. Pierre JM, Cannell J, Sheppard K, Marks R, Mendenhall J, Wirshing DA, Wirshing WC, Saunders DG. High dose quetiapine in treatment refractory schizophrenia. *Schiz Research* 2005; 73:373-375.

40. Pierre JM, Wirshing DA, Wirshing WC. High dose antipsychotics: Desperation or data-driven? *Current Psychiatry* 2004; 3:31-37.

41. Wirshing DA, Danovitch I, Erhart SM, Pierre JM, Wirshing WC. Practical tips to manage common side effects. *Current Psychiatry* 2003; 2:49-57.

42. Wirshing DA, Pierre JM, Erhart S, Boyd J. Understanding the new and evolving profile of adverse drug effects in schizophrenia. *Psychiatry Clinics of North America* 2003; 26:165-190.

43. Wirshing DA, Pierre JM, Marder SM, Saunders CS, Wirshing WC. Sexual side effects of atypical antipsychotic medications. *Schizophrenia Research* 2002; 56:25-30.

44. Pierre JM. Faith or delusion? At the crossroads of religion and psychosis. *J Psychiatric Practice* 2001; 7:163-172.

45. Wirshing DA, Erhart SM, Pierre JM, Boyd JA. Nonextrapyramidal side effects of novel antipsychotics. *Current Opinion in Psychiatry* 2000; 13:45-50.

46. Wirshing DA, Bartzokis G, Pierre JM, Wirshing WC, Sun A, Tishler TA, Marder S. Tardive dyskinesia and serum iron indices. *Biol Psychiatry* 1998; 44:493-498.

**Peer Reviewed Brief Articles, Case Reports, and Letters to the Editor**

1. Pierre JM, Zito MF, Yang YS, Marder SR. Antipsychotic discontinuation and recovery: chicken or egg? *Psychol Med* 2021 (in press).

2. Pierre JM. Diagnostic uncertainty, antipsychotic dosing, and optimal psychosocial interventions: Unanswered questions in first-episode psychosis. *Schiz Res* 2021; 228:600-601

3. Pierre JM. Modern challenges of delusional disorder. *The Carlat Report: Psychiatry* 2020; 18:5-7.

4. Pierre JM. Are auditory hallucinations ever normal? *The Carlat Report: Psychiatry* 2019; 17:5-6.

5. Pierre JM, Frances A. Language in psychiatry: A bedeviling dictionary. *BJPsych Advances* 2016; 22:313-315.

6. Pierre JM, Gandal M, Son M. Cannabis-induced psychosis associated with high potency "wax dabs." *Schizophr Res* 2016; 172:211-212.

7. Pierre JM. Suicide, swords, and cultural sanctioning. *Am J Forensic Sci* 2014; 35:284.

8. Striebel JM, Pierre JM. Acute psychotic sequelae of "bath salts." *Schizophrenia Research* 2011; 133:259-260.

9. DeBonis KL, Pierre JM. Psychosis, ivermectin toxicity, and "Morgellons disease." *Psychosomatics* 2011; 52:295-296.

10. Schiffman J, Davis M, Pierre J, Saunders CS. Hydroxyzine: Rational choice for inpatients with insomnia. *Current Psychiatry* 2011; 10:88.

11. Pierre JM. Psychosis associated with "medical marijuana:" Risks vs. benefits of medicinal cannabis use. *Am J Psychiatry* 2010; 167:598-599.

12. Pierre JM. Naming names: auditory hallucinations, inner speech, and source monitoring. *Psychological Med* 2009; 39:1-2.

13. Burke G, Wong D, Saunders CS, Pierre JM. Risperidone-induced erythema multiforme. *Gen Hospital Psychiatry* 2009; 31:295-296.\

14. Lu J, Pierre JM. Psychotic episode associated with Bikram yoga. *Am J Psychiatry* 2007; 164:1761.

15. Pierre JM, Shnayder I, Wirshing DA, Wirshing WC. Intranasal quetiapine abuse. *Am J Psychiatry* 2004; 161:1718.

16. Pierre JM, Wirshing DA, Wirshing WC. 'Iatrogenic malingering' in VA substance abuse treatment. *Psych Services* 2003; 54:253-254.

17. Pierre JM, Wirshing DA, Wirshing WC. In response to Furst et al., "Possible association of QTc interval prolongation with co-administration of quetiapine and lovastatin": Reply. *Biol Psychiatry* 2002; 52:914-915.

18. Wirshing DA, Pierre JM, Wirshing WC. Sleep apnea associated with antipsychotic-induced obesity. *J Clin Psychiatry* 2002; 63:369-370.

19. Wirshing DA, Boyd JA, Pierre JM, Saunders CS, Wirshing WC, Azizian KA, Patel KR, Ashcraft JC, Darmandjian H, Feusner J. Delusions associated with quetiapine-related weight redistribution. *J Clin Psychiatry* 2002; 63:247-248.

20. Furst B, Champion K, Pierre JM, Wirshing DA, Wirshing WC. Possible association of QTc interval prolongation with co-administration of quetiapine and lovastatin. *Biol Psychiatry* 2002; 51:264-265.

21. Wirshing DA, Pierre JM, Eyeler J, Weinbach J, Wirshing WC. Risperidone-associated new-onset diabetes. *Biol Psychiatry* 2001; 50:148-149.

22. Pierre JM, Gitlin M. Bupropion-tranylcypromine combination for treatment refractory depression. *J Clin Psychiatry* 2000; 61:450-451.

23. Pierre JM, Guze BH. Benztropine for venlafaxine induced night sweats. *J Clin Psychopharmacology* 2000; 20:269.

24. Wirshing WC, Ames D, Bisheff S, Pierre JM, Mendoza A. Acute hepatotoxicity associated with combined clozapine and sodium valproate treatment. *J Clin Psychopharmacology* 1997; 17:120-121.

25. Altshuler LL, Pierre JM, Wirshing WC, Ames D. Sertraline and akathisia. *J Clin Psychopharmacology* 1994; 14:278-279.

**Non-Peer Reviewed Articles**

1. Pierre JM. Long-acting injectable antipsychotics: more effective than oral medications at preventing hospitalization and relapse in schizophrenia according to new review. *The Mental Elf*; July 19, 2021. https://www.nationalelfservice.net/treatment/antipsychotics/long-acting-injectable-antipsychotics/

2. Pies RW, Pierre JM. Believing in conspiracy theories is not delusional. *Medscape Psychiatry*; February 4, 2021 and *Clinical Psychiatry News*; February 5, 2021.

https://www.medscape.com/viewarticle/945290#vp_1
https://www.mdedge.com/psychiatry/article/235597/coronavirus-updates/believing-conspiracy-theories-not-delusional?sso=true

3.  Pierre JM. Why conspiracy theories are so addictive, explained by professor of psychiatry Joe Pierre, MD. *Screen Shot*; January 27, 2021. https://screenshot-media.com/visual-cultures/internet-culture/conspiracy-theories-explained/

4.  Aftab A, Pierre JM. Conversations in critical psychiatry: There and back again: Joseph Pierre, MD. *Psychiatric Times*; January 8, 2021. https://www.psychiatrictimes.com/view/there-back-joseph-pierre

5.  Pierre JM. Assessing malingered voice-hearing. *Psychiatric Times*, September 17, 2020. https://www.psychiatrictimes.com/view/assessing-malingered-voice-hearing

6.  Stea J, Black T, Pierre J. Why anti-psychiatry now fails and harms. *Medpage Today*, September 9, 2020. https://www.medpagetoday.com/psychiatry/generalpsychiatry/88526

7.  Pierre J. Delusion-like beliefs: Epistemic and forensic innocence? *Imperfect Cognitions* (blog). August 18, 2020. http://imperfectcognitions.blogspot.com/2020/08/delusion-like-beliefs-epistemic-and.html

8.  Pierre J. Antipsychotics versus CBT in first episode psychosis: some answers, more questions. *The Mental Elf* (blog). July 22, 2020. https://www.nationalelfservice.net/mental-health/psychosis/antipsychotics-cbt-first-episode-psychosis/

9.  Pierre J. Winning the battle against COVID-19 requires more belief in reality. *Medium*; June 17, 2020. https://medium.com/@psychunseen/winning-the-battle-against-covid-19-requires-belief-in-facts-2de002a7289b

10. Pierre J. Slouching towards authoritarianism. *Medium*; June 17, 2020. https://medium.com/@psychunseen/slouching-towards-authoritarianism-8e63df4534d5

11. Pierre J. Die like a dog. *Aeon*, May 15, 2018. https://aeon.co/essays/why-do-we-give-dogs-a-better-death-than-we-give-ourselves

12. Pierre J. Time to cut 'copy and paste' from electronic medical records? *Medscape;* July 7, 2017. http://www.medscape.com/viewarticle/882368

13. Pies RW, Pierre J. Quality of life and the case for antipsychotics. *Psychiatric Times;* August 10, 2016. http://www.psychiatrictimes.com/blogs/couch-crisis/quality-life-and-case-antipsychotics

14. Pierre J. Running amok. *Aeon*; January 28, 2015. http://aeon.co/magazine/psychology/what-explains-mass-shootings-in-the-us/

15. Pierre J. A mad world. *Aeon*; March 19, 2014. http://aeon.co/magazine/being-human/have-psychiatrists-lost-perspective-on-mental-illness/

16. Pierre JM. Treating patients with "dual diagnosis": Real-world challenges. *The Los Angeles Psychologist* 2011; 25:6-7.

17. Pierre JM. Final comment. *Bulletin of the Association for the Advancement of Philosophy and Psychiatry* 2010; 17:12-13.

18. Pierre JM. Mental disorder vs. normality: Defining the indefinable. *Bulletin of the Association for the Advancement of Philosophy and Psychiatry* 2010; 17:9-11.

19. Pierre JM. A psychiatry of tomorrow: DSM-5 and beyond. *PsychiatricTimes.com*, *DSM-5 Blog;* June 25, 2010 2009. http://www.psychiatrictimes.com/blog/dsm-5/content/article/10168/1598800

20. Pierre JM. Challenging the "dis-ease" model. *PsychiatricTimes.com*, August 26, 2009. http://www.psychiatrictimes.com/display/article/10168/1444765

21. Pierre JM. "What do you mean I don't have schizophrenia?" *Psychiatric Times;* February 2009; 26:48.
22. Pierre JM. Adjunctive modafinil in schizophrenia. *The Brown University Psychopharmacology Update* 2009; 20:4.
23. Mahgerefteh S, Pierre JM, Wirshing DA. Treatment challenges in schizophrenia: A multifaceted approach to relapse prevention. *Psychiatric Times* 2006; 23:16-17.

## Book Chapters

1. Pierre JM. Down the conspiracy theory rabbit hole: How does one become a follower of QAnon?. In: Miller M, ed. *The Social Science of QAnon*. Cambridge Press (in press).
2. Pierre JM. Overdiagnosis, underdiagnosis, synthesis: A dialectic for psychiatry and the DSM. In: Paris J, Philips J, eds. *Making the DSM-5: Concepts and Controversies*. Springer: New York, 2013.
3. Pierre JM, Marder SR. Acute efficacy of atypical antipsychotic drugs. In: Cernansky JG, Lauriello J, eds. *Atypical antipsychotics: From bench to bedside*. Marcel Dekker, Inc.: New York, 2004.

## Blog Posts

1. Pierre J. For QAnon believers facing reality, what happens now? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; January 21, 2021. https://www.psychologytoday.com/us/blog/psych-unseen/202101/qanon-believers-facing-reality-what-happens-now
2. Pierre J. Alternate realities: A tale of two echo chambers. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; January 7, 2021. https://www.psychologytoday.com/us/blog/psych-unseen/202101/alternate-realities-tale-two-echo-chambers
3. Pierre J. A lifeline for older people in the pandemic. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; January 4, 2021. https://www.psychologytoday.com/us/blog/psych-unseen/202101/lifeline-older-people-in-the-pandemic
4. Pierre J. COVID-20 and the year of the conspiracy theory. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; December 15, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202012/covid-20-and-the-year-the-conspiracy-theory
5. Pierre J. Gang-stalking: A case of mass hysteria? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; November 16, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202011/gang-stalking-case-mass-hysteria
6. Pierre J. Gang-stalking: Conspiracy, delusion, and shared belief. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; October 31, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202010/gang-stalking-conspiracy-delusion-and-shared-belief
7. Pierre J. Gang-stalking: Real-life harassment or textbook paranoia? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; October 20, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202010/gang-stalking-real-life-harassment-or-textbook-paranoia

8.  Pierre J. Is QAnon a mass delusion? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; October 5, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202010/is-qanon-mass-delusion

9.  Pierre J. Taking a critical look at critical psychiatry. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; October 2, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202010/taking-critical-look-critical-psychiatry

10. Pierre J. What is anti-psychiatry? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; October 1, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202010/what-is-anti-psychiatry

11. Pierre J. How does QAnon hook people in? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; September 30, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202009/how-does-qanon-hook-people-in

12. Pierre J. The allure of QAnon: Cult, conspiracy, and role-playing game. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; September 27, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202009/the-allure-qanon-cult-conspiracy-and-role-playing-game

13. Pierre J. What kind of person believes in QAnon? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; September 23, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202009/what-kind-person-believes-in-qanon

14. Pierre J. Can the online proliferation of QAnon be stopped? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; September 12, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202009/can-the-online-proliferation-qanon-be-stopped

15. Pierre J. 4 keys to help someone climb out of the QAnon rabbit hole. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; September 1, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202009/4-keys-help-someone-climb-out-the-qanon-rabbit-hole

16. Pierre J. How far down the QAnon rabbit hole did your loved one fall? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; August 21, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202008/how-far-down-the-qanon-rabbit-hole-did-your-loved-one-fall

17. Pierre J. The top 5 questions everyone asks a psychiatrist. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; August 17, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202008/the-top-5-questions-everyone-asks-psychiatrist

18. Pierre J. The psychological needs that QAnon feeds. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today* August 12, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202008/the-psychological-needs-qanon-feeds

19. Pierre J. Stress during COVID-19: Is there a pill for that? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* July 29, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202007/stress-during-covid-19-is-there-pill

20. Pierre J. Is it normal to feel anxious and depressed during COVID-19? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today*; July 27, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202007/is-it-normal-feel-anxious-and-depressed-during-covid-19

21. Pierre J. How does fear influence risk assessment and decision-making? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* July 15, 2020.

https://www.psychologytoday.com/us/blog/psych-unseen/202007/how-does-fear-influence-risk-assessment-and-decision-making

22. Pierre J. Does American have a problem with 'bullshit receptivity'? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* July 3, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202007/does-america-have-problem-bullshit-receptivity

23. Pierre J. The psychology of bullshit. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* July 2, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202007/the-psychology-bullshit

24. Pierre J. The psychology of rioting: The language of the unheard. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* May 30, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202005/the-psychology-rioting-the-language-the-unheard

25. Pierre J. Anti-Vaccine and COVID-19 Conspiracy theories: A perfect storm. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* May 15, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202005/anti-vaccine-and-covid-19-conspiracy-theories-perfect-storm

26. Pierre J. Why do conspiracy theories flourish during a crisis? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* May 8, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202005/why-do-conspiracy-theories-flourish-during-crisis

27. Pierre J. Everything you wanted to know about conspiracy theories. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* May 7, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202005/everything-you-wanted-know-about-conspiracy-theories

28. Pierre J. Make America open again: Grassroots protest or astroturfing? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* April 30, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202004/make-america-open-again-grassroots-protest-or-astroturfing

29. Pierre J. The deadly effects of COVID-19 misinformation. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* April 23, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202004/the-deadly-effects-covid-19-misinformation

30. Pierre J. COVID-19 conspiracy theories: Was SARS-CoV-2 made in a lab? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* April 21, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202004/covid-19-conspiracy-theories-was-sars-cov-2-made-in-lab

31. Pierre J. From angst to ennui: Adjusting to live during COVID-19. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* April 15, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202004/angst-ennui-adjusting-life-during-covid-19

32. Pierre J. Disregarding science: The politics of COVID-19 beliefs. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* March 28, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202003/disregarding-science-the-politics-covid-19-beliefs

33. Pierre J. Why aren't some people taking COVID-19 more seriously? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* March 26, 2020.

https://www.psychologytoday.com/us/blog/psych-unseen/202003/why-arent-some-people-taking-covid-19-more-seriously

34. Pierre J. Illusory truth, lies, and political propaganda: Part 2. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* January 23, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202001/illusory-truth-lies-and-political-propaganda-part-2

35. Pierre J. Illusory truth, lies, and political propaganda: Part 1. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* January 22, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202001/illusory-truth-lies-and-political-propaganda-part-1

36. Pierre J. Understanding the psychology of conspiracy theories: Part 2. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* January 16, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202001/understanding-the-psychology-conspiracy-theories-part-2

37. Pierre J. Understanding the psychology of conspiracy theories: Part 1. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* January 14, 2020. https://www.psychologytoday.com/us/blog/psych-unseen/202001/understanding-the-psychology-conspiracy-theories-part-1

38. Pierre J. The QAnon conspiracy theory: Mistrust and mass appeal. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* November 4, 2019. https://www.psychologytoday.com/us/blog/psych-unseen/201911/the-qanon-conspiracy-theory-mistrust-and-mass-appeal

39. Pierre J. Can polarized American politics find the Middle Way? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* October 15, 2019. https://www.psychologytoday.com/us/blog/psych-unseen/201910/can-polarized-american-politics-find-the-middle-way

40. Pierre J. Vaccine hesitancy: From misinformation to conspiracy theory In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* October 1, 2019. https://www.psychologytoday.com/us/blog/psych-unseen/201908/why-do-false-flag-conspiracy-theories-follow-mass-shootings

41. Pierre J. Delusions, conspiracy theories, and the internet. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* September 3, 2019. https://www.psychologytoday.com/us/blog/psych-unseen/201909/delusions-conspiracy-theories-and-the-internet

42. Pierre J. Why do false flag conspiracy theories follow mass shootings? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* August 14, 2019. https://www.psychologytoday.com/us/blog/psych-unseen/201908/why-do-false-flag-conspiracy-theories-follow-mass-shootings

43. Pierre J. Answering antipsychiatry. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* July 2, 2019. https://www.psychologytoday.com/us/blog/psych-unseen/201907/answering-antipsychiatry

44. Pierre J. Flat earthers redux: Subjective belief, science, and reality. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* May 28, 2019. https://www.psychologytoday.com/us/blog/psych-unseen/201905/flat-earthers-redux-subjective-belief-science-and-reality

45. Pierre J. What makes people believe in conspiracy theories? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* April 23, 2019.

https://www.psychologytoday.com/us/blog/psych-unseen/201904/what-makes-people-believe-in-conspiracy-theories

46. Pierre J. Erotomania: When love is a delusion. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* April 2, 2019. https://www.psychologytoday.com/us/blog/psych-unseen/201904/erotomania-when-love-is-delusion

47. Pierre J. Behind the curve: The science fiction of flat earthers. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* February 26, 2019. https://www.psychologytoday.com/us/blog/psych-unseen/201902/behind-the-curve-the-science-fiction-flat-earthers

48. Pierre J. Antivaxxers and the plague of science denial. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* February 8, 2019. https://www.psychologytoday.com/us/blog/psych-unseen/201902/antivaxxers-and-the-plague-science-denial

49. Pierre J. Now that hemp is legal, is cannabidiol (CBD) legal too? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* January 2, 2019. https://www.psychologytoday.com/us/blog/psych-unseen/201901/now-hemp-is-legal-is-cannabidiol-cbd-legal-too

50. Pierre J. 3 healthy lies we tell ourselves. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* November 13, 2018. https://www.psychologytoday.com/us/blog/psych-unseen/201811/3-healthy-lies-we-tell-ourselves

51. Pierre J. She said, he said, and the bias of partisan belief. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* October 1, 2018. https://www.psychologytoday.com/us/blog/psych-unseen/201810/she-said-he-said-and-the-bias-partisan-belief

52. Pierre J. Coca, cola, and cannabis: Psychoactive drugs as beverages. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* October 1, 2018. https://www.psychologytoday.com/us/blog/psych-unseen/201810/coca-cola-and-cannabis-psychoactive-drugs-beverages

53. Pierre J. Hurricanes, homosexuality, and belief in the hand of God. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* September 13, 2018. https://www.psychologytoday.com/us/blog/psych-unseen/201809/hurricanes-homosexuality-and-belief-in-the-hand-of-god

54. Pierre J. Why has America become so divided? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* September 5, 2018. https://www.psychologytoday.com/us/blog/psych-unseen/201809/why-has-america-become-so-divided

55. Pierre J. Ending the medication of immigrant children without consent. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* August 1, 2018. https://www.psychologytoday.com/us/blog/psych-unseen/201808/ending-the-medication-immigrant-children-without-consent

56. Pierre J. Flat earthers: Conspiracy thinking on a global scale. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* July 5, 2018. https://www.psychologytoday.com/us/blog/psych-unseen/201807/flat-earthers-conspiracy-thinking-global-scale

57. Pierre J. Active shooters: Not mentally healthy, but not mentally ill. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* June 21, 2018. https://www.psychologytoday.com/us/blog/psych-unseen/201806/active-shooters-not-mentally-healthy-not-mentally-ill

58. Pierre J. Suicide's most dangerous cognitive distortion. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* June 8, 2018. https://www.psychologytoday.com/us/blog/psych-unseen/201806/suicides-most-dangerous-cognitive-distortion

59. Pierre J. Guns in America: What's Freud and sex got to do with it? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* May 19, 2018. https://www.psychologytoday.com/us/blog/psych-unseen/201805/guns-in-america-whats-freud-and-sex-got-do-it

60. Pierre J. Why do we cry? Exploring the psychology of emotional tears. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* April 23, 2018. https://www.psychologytoday.com/us/blog/psych-unseen/201804/why-do-we-cry-exploring-the-psychology-emotional-tears

61. Pierre J. The internet, psychological warfare, and mass conspiracy. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* March 20, 2018. https://www.psychologytoday.com/us/blog/psych-unseen/201803/the-internet-psychological-warfare-and-mass-conspiracy

62. Pierre J. Worshipping the AR-15: Cult, church, or the American way? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* March 1, 2018. https://www.psychologytoday.com/us/blog/psych-unseen/201803/worshipping-the-ar-15-cult-church-or-the-american-way

63. Pierre J. Do antidepressants work? Yes, No, and Yes Again! In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* February 22, 2018. https://www.psychologytoday.com/us/blog/psych-unseen/201802/do-antidepressants-work-yes-no-and-yes-again

64. Pierre J. Windows to the psyche: The psychology of tattoos. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* January 31, 2018. https://www.psychologytoday.com/blog/psych-unseen/201709/windows-the-psyche-the-psychology-tattoos

65. Pierre J. Risky business: What can we do to keep teenagers safe? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* December 4, 2017. https://www.psychologytoday.com/blog/psych-unseen/201712/risky-business-what-can-we-do-keep-teenagers-safe

66. Pierre J.  Born to be wild: Why do teenagers take risks?  In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* November 27, 2017. https://www.psychologytoday.com/blog/psych-unseen/201711/born-be-wild-why-do-teenagers-take-risks

67. Pierre J. I'm sorry if I caused offense": How not to apologize.  In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* October 29, 2017. https://www.psychologytoday.com/blog/psych-unseen/201710/im-sorry-if-i-caused-offense-how-not-apologize

68. Pierre J. Halloween candy, poison, and razor blades: Why worry?  In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* October 27, 2017. https://www.psychologytoday.com/blog/psych-unseen/201710/halloween-candy-poison-and-razor-blades-why-worry

69. Pierre J. New research finds no evidence of a "narcissism epidemic."  In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* October 12, 2017. https://www.psychologytoday.com/blog/psych-unseen/201710/new-research-finds-no-evidence-narcissism-epidemic

70. Pierre J. Are "hearing voices groups" a help or harm?  In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* September 29, 2017.
https://www.psychologytoday.com/blog/psych-unseen/201709/are-hearing-voices-groups-help-or-harm

71. Pierre J. Breatharians… or believe anythings? How normal people can come to hold ridiculous beliefs.  In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* August 17, 2017.
https://www.psychologytoday.com/blog/psych-unseen/201708/breathariansor-believe-anythings

72. Pierre J. Psychology, gullibility, and the business of fake news. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* July 1, 2017.
https://www.psychologytoday.com/blog/psych-unseen/201707/psychology-gullibility-and-the-business-fake-news

73. Pierre J. Cannabis for kids: Can marijuana treat childhood seizures? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* June 21, 2017.
https://www.psychologytoday.com/blog/psych-unseen/201706/cannabis-kids-can-marijuana-treat-childhood-seizures

74. Pierre J. The healing power of placebos: Fact or fiction? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* May 25, 2017.
https://www.psychologytoday.com/blog/psych-unseen/201705/the-healing-power-placebos-fact-or-fiction

75. Pierre J. Fell on black days: Mourning the suicide of Chris Cornell. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* May 18, 2017.
https://www.psychologytoday.com/blog/psych-unseen/201705/fell-black-days-mourning-the-suicide-chris-cornell

76. Pierre J. Is Alex Jones a conspiracy theorist or a performance artist? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* April 23, 2017.
https://www.psychologytoday.com/blog/psych-unseen/201704/is-alex-jones-conspiracy-theorist-or-performance-artist

77. Pierre J. New drug Valbenazine approved by FDA for tardive dyskinesia In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* April 13, 2017.
https://www.psychologytoday.com/blog/psych-unseen/201704/new-drug-valbenazine-approved-fda-tardive-dyskinesia

78. Pierre J. Zombie outbreak!? "Spice" and the synthetic cannabinoids. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* April 12, 2017.
https://www.psychologytoday.com/blog/psych-unseen/201704/zombie-outbreak-spice-and-the-synthetic-cannabinoids

79. Pierre J. Flat earthers: belief, skepticism, and denialism. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* February 19, 2017.
https://www.psychologytoday.com/blog/psych-unseen/201702/flat-earthers-belief-skepticism-and-denialism

80. Pierre J. Skunk, wax, and edibles: What marijuana is your child using? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* January 18, 2017.
https://www.psychologytoday.com/blog/psych-unseen/201701/skunk-wax-and-edibles-what-marijuana-is-your-child-using

81. Pierre J. The death of facts: The emperor's new epistemology. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* December 4, 2016.

https://www.psychologytoday.com/blog/psych-unseen/201612/the-death-facts-the-emperors-new-epistemology

82. Pierre J. Fake news, echo chambers & filter bubbles: A survival guide. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* November 21, 2016. https://www.psychologytoday.com/blog/psych-unseen/201611/fake-news-echo-chambers-filter-bubbles-survival-guide

83. Pierre J. Understanding "Post-Trump Stress Disorder."  In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* November 10, 2016. https://www.psychologytoday.com/blog/psych-unseen/201611/understanding-post-trump-stress-disorder

84. Pierre J. In Pakistan, schizophrenia denialism is a death sentence. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* October 28, 2016. https://www.psychologytoday.com/blog/psych-unseen/201610/in-pakistan-schizophrenia-denialism-is-death-sentence

85. Pierre J. Mental illness is not a Halloween costume. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* October 26, 2016. https://www.psychologytoday.com/blog/psych-unseen/201610/mental-illness-is-not-halloween-costume

86. Pierre J. Goldwater 2016: Are psychiatrists' opinions of Trump rigged?  In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* October 25, 2016. https://www.psychologytoday.com/blog/psych-unseen/201610/goldwater-2016-are-psychiatrists-opinions-trump-rigged

87. Pierre J. Scoring the presidential debates: How do we decide who wins? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* September 26, 2016. https://www.psychologytoday.com/blog/psych-unseen/201609/scoring-the-presidential-debates-how-do-we-decide-who-wins

88. Pierre J. Never forget: The lasting psychological impact of 9/11. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* September 11, 2016. https://www.psychologytoday.com/blog/psych-unseen/201609/never-forget-the-lasting-psychological-impact-911

89. Pierre J. No comment: 3 Rules for dealing with internet trolls. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* September 1, 2016. https://www.psychologytoday.com/blog/psych-unseen/201609/no-comment-3-rules-dealing-internet-trolls

90. Pierre J. The narcissism epidemic and what we can do about it. Looking in the mirror at our love of narcissists, Part 3. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* July 8, 2016. https://www.psychologytoday.com/blog/psych-unseen/201607/the-narcissism-epidemic-and-what-we-can-do-about-it

91. Pierre J. Killing Harambe: Who was protecting whom? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* May 31, 2016. https://www.psychologytoday.com/blog/psych-unseen/201605/killing-harambe-who-was-protecting-whom

92. Pierre J. When it comes to love, what makes narcissism so attractive? Looking in the mirror at our love of narcissists, Part 2. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* May 2, 2016. https://www.psychologytoday.com/blog/psych-unseen/201605/when-it-comes-love-what-makes-narcissism-so-attractive

93. Pierre J. Just what is a narcissist anyway? Looking in the mirror at our love of narcissists, Part 1. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* April 5, 2016.

https://www.psychologytoday.com/blog/psych-unseen/201604/just-what-is-narcissist-anyway

94. Pierre J. Schizophrenia doesn't exist!? What that means and doesn't mean. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* March 23, 2016. https://www.psychologytoday.com/blog/psych-unseen/201603/schizophrenia-doesnt-exist

95. Pierre J. Your brain in love: What does neuroimaging tell us about romantic love? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* February 11, 2016. https://www.psychologytoday.com/blog/psych-unseen/201602/your-brain-in-love

96. Pierre J. Does the internet promote delusional thinking? The "evidence" to support unconventional beliefs is just a click away. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* January 25, 2016. https://www.psychologytoday.com/blog/psych-unseen/201601/does-the-internet-promote-delusional-thinking

97. Pierre J. Taking the 'X' out of Xmas: Xenophobia and the golden rule. Your best defense against the war on Christmas. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* December 17, 2015. https://www.psychologytoday.com/blog/psych-unseen/201512/taking-the-x-out-xmas-xenophobia-and-the-golden-rule

98. Pierre J. Dracula on the couch: The psychiatry of vampires. Myth, medical illness, madness, and modern "real" vampires. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* October 29, 2015. https://www.psychologytoday.com/blog/psych-unseen/201510/dracula-the-couch-the-psychiatry-vampires

99. Pierre J. The psychology of guns. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* October 4, 2015. https://www.psychologytoday.com/blog/psych-unseen/201510/the-psychology-guns

100. Pierre J. Fear the walking dead: Can brain parasites make us zombies? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* September 28, 2015. https://www.psychologytoday.com/blog/psych-unseen/201509/fear-the-walking-dead-can-brain-parasites-make-us-zombies

101. Pierre J. Is it normal to hear voices? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* August 31, 2015. https://www.psychologytoday.com/blog/psych-unseen/201508/is-it-normal-hear-voices

102. Pierre J. Still Alice? Still Alzheimers. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* July 31, 2015. https://www.psychologytoday.com/blog/psych-unseen/201507/still-alice-still-alzheimer-s

103. Pierre J. When racism motivates violence. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* June 22, 2015. https://www.psychologytoday.com/blog/psych-unseen/201506/when-racism-motivates-violence

104. Pierre J. Mass shootings, psychiatric medications, and Rick Perry. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* June 20, 2015. https://www.psychologytoday.com/blog/psych-unseen/201506/mass-shootings-psychiatric-medications-and-rick-perry

105. Pierre J. Did Dzhokhar Tsarnaev deserve the death penalty? Capital punishment and the psychology of revenge. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* May 15, 2015. https://www.psychologytoday.com/blog/psych-unseen/201505/did-dzhokhar-tsarnaev-deserve-the-death-penalty

106. Pierre J. When is suicide acceptable? Rationality, morality, and cultural relativism. In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* April 6, 2015.

https://www.psychologytoday.com/blog/psych-unseen/201504/when-is-suicide-acceptable

107.   Pierre J. Psychosis sucks! Antipsychiatry and the romanticization of mental illness.  In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* March 12, 2015.
https://www.psychologytoday.com/blog/psych-unseen/201503/psychosis-sucks

108.   Pierre J. Mass shootings in America: Crisis and opportunity.  In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* February 12, 2015.
https://www.psychologytoday.com/blog/psych-unseen/201502/mass-shootings-in-america-crisis-and-opportunity

109.   Pierre J. The psychology of "Serial".  In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* January 23, 2015.https://www.psychologytoday.com/blog/psych-unseen/201502/mass-shootings-in-america-crisis-and-opportunity

110.   Pierre J. I'm hallucinating a white Christmas.  In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* December 23, 2014. http://www.psychologytoday.com/blog/psych-unseen/201412/i-m-hallucinating-white-christmas

111.   Pierre J. Rebranding psychiatry: Euphemisms, stigma, and progress.  In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* December 18, 2014.
http://www.psychologytoday.com/blog/psych-unseen/201412/rebranding-psychiatry-euphemisms-stigma-and-progress

112.   Pierre J. The neuroscience of free will and the illusion of "you."  In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* November 7, 2014.
http://www.psychologytoday.com/blog/psych-unseen/201411/the-neuroscience-free-will-and-the-illusion-you

113.   Pierre J. Do antipsychotics worsen schizophrenia in the long run? In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* August 8, 2014.
http://www.psychologytoday.com/blog/psych-unseen/201408/do-antipsychotics-worsen-schizophrenia-in-the-long-run

114.   Pierre J. Is obesity a psychiatric disorder?  In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* June 24, 2014.  http://www.psychologytoday.com/blog/psych-unseen/201406/is-obesity-psychiatric-disorder

115.   Pierre J. The blind leading the blind: Medications, gluten, and violins.  In: *Psych Unseen: Brain, Behavior, and Belief; Psychology Today* June 12, 2014.
http://www.psychologytoday.com/blog/psych-unseen/201406/the-blind-leading-the-blind-medications-gluten-violins

116.   Pierre J. Psych Unseen: Uncovering the psychiatry of everyday life. In:  *Psych Unseen: Brain, Behavior, and Belief; Psychology Today;* June 5, 2014.
http://www.psychologytoday.com/blog/psych-unseen/201406/psych-unseen

**Abstracts & Posters**

1.   Ames D, Kwan CL, HA Gelberg, Erickson ZD, Tessier JM, Arnold I, Baker MR, Meyer HB, Chamberlin V, Rosen JA, Shah C, Lewis MM, Nguyen C, Hellemann G, Sachinvala N, Amrami B, Pierre JM. Therapeutic Lifestyle Changes (TLC) for Adults with Serious Mental Illness. Poster presentation at the 170th Annual Meeting of the American Psychiatric Association; San Diego, CA; May 20-24, 2017.

2.   Gelberg HA, Kwan CL, Erickson ZD, Arnold I, MR Baker, SJ Mena, HB Meyer, Tessier JM, Chamberlin V, JA Rosen, C Shah, Nguyen C, Aragaki D, Hellemann G, Kunkel CF, Lewis

MM, Pierre JM, Sachinvala N, Sonza PA, Tillman B, Ames D. Behavioral Interventions for Antipsychotic Medication Associated Obesity: A Randomized, Controlled Four Site Trial. Poster presentation at the 170th Annual Meeting of the American Psychiatric Association; San Diego, CA; May 20-24, 2017.

3. Ames D, Kwan CL, Gelberg HA, Erickson ZD, Tessier JM, Arnold I, Baker MR, Meyer HB, Chamberlin V, Rosen JA, Shah C, Lewis MM, Nguyen C, Hellemann G, Sachinvala N, Amrami B, Pierre JM. Therapeutic Lifestyle Changes (TLC) for Adults with Serious Mental Illness. Poster presentation at the 16th Annual Conference of the International Congress on Schizophrenia Research; San Diego, CA; March 24-28, 2017.

4. Gelberg HA, Kwan CL, Erickson ZD, Arnold I, MR Baker, SJ Mena, HB Meyer, Tessier JM, Chamberlin V, JA Rosen, C Shah, Nguyen C, Aragaki D, Hellemann G, Kunkel CF, Lewis MM, Pierre JM, Sachinvala N, Sonza PA, Tillman B, Ames D. Behavioral Interventions for Antipsychotic Medication Associated Obesity: A Randomized, Controlled Four Site Trial. Poster presentation at the 16th Annual Conference of the International Congress on Schizophrenia Research; San Diego, CA; March 24-28, 2017.

5. Kwan CL, Gelberg HA, Erickson ZD, Arnold I, Baker MR, Mena SJ, Meyer HB, Tessier JM, Chamberlin V, Rosen JA, Shah C, Nguyen C, Aragaki D, Hellemann G, Kunkel CF, Lewis MM, Pierre JM, Sachinvala N, Sonza PA, Tillman C, Ames D. Behavioral Interventions for Antipsychotic Medication Associated Obesity: A Randomized, Controlled Four Site Dissemination (poster and abstract). Poster presentation at the California Academy of Nutrition and Dietetics Annual Conference, Riverside, CA, April 22, 2016.

6. Kwan CL, Gelberg HA, Erickson ZD, Tessier JM, Arnold I, Baker MR, Meyer HB, Chamberlin V, Rosen JA, Shah C, Lewis MM, Nguyen C, Hellemann G, Sachinvala N, Pierre JM, Ames D. Therapeutic Lifestyle Changes (TLC) for Adults with Severe Mental Illness (poster and abstract). Poster presentation at the California Academy of Nutrition and Dietetics Annual Conference, Riverside, CA, April 22, 2016 (Poster and Abstract).

7. Erickson ZD, Gelberg HA, Kwan C, Arnold I, Arnold I, Baker MR, Mena SJ, Meyer HB, Tessie JM, Chamberlin V, Rosen JA, Shah C, Nguyen C, Aragaki DR, Hellemann GS, Kunkel CF, Lewis MM, Pierre JM, Sachinvala N, Sonza P, Tillman B, Ames D. Behavioral interventions for antipsychotic medication associated obesity: A randomized, controlled four site dissemination (poster). Presented at the VA West Los Angeles Research Day Poster Session; Los Angeles, CA; May 21, 2015.

8. Erickson ZD, Mena SJ, Pierre JM, Blum LH, Martin E, Hellemann GS, Aragaki DR, Firestone L, Lee C, Lee P, Kunkel CF, Ames D. Behavioral interventions for antipsychotic medication associated obesity: A randomized, controlled clinical trial. Presented at the VA West Los Angeles Research Day Poster Session; Los Angeles, CA; May 21, 2015.

9. Tessie JM, Erickson ZD, Meyer HB, Baker MR, Gelberg HA, Arnold I, Kwan C, Chamberlin V, Rosen JA, Shah C, Lewis MM, Nguyen C, Sachinvala N, Pierre JM, Ames D. Therapeutic lifestyle changes (TLCs) for veterans with mental illness (poster). Presented at the VA West Los Angeles Research Day Poster Session; Los Angeles, CA; May 21, 2015.

10. Erickson Z, Meyer H, Baker M, Tessier J, Rosen J, Gelberg H, Kwan C, Nguyen C, Reist C, Bakamjian B, Chamberlin V, Shah C, Sachinvala N, Pierre J, Aragaki D, Kunkel C, Arnold I, King M, La Porte E, Sones A, Mena S, Kim H, Lewis M, Sonza P, McDaniel S, Tillman B, Amrami B, Martin F, Ames D. Therapeutic lifestyle changes (TLCs) for veterans with mental illness (poster). Presented at the VA Long Beach Research Week Poster Session; Long Beach, CA; May 21, 2014.

11. Ames D, Aragaki D, Arnold I, Baker M, Chamberlin V, Erickson E, Firestone I, Guzik L, Hyun K, King Jr M, Kunkel C, Kwan C, Laporte Jr EB, Lee C, Lee P, Mahgerefteh S, Martin F, Melnick A, Mena SJ, Meyer H, Minjares S, Munger T, Nguyen C, Peters D, Pierre J, Reist C, Rosen J, Shah C, Sonza P, Tillman B, Tran K, Vesterman E.  Management of Antipsychotic Medication Associated Obesity (poster).  Presented at the Annual Meeting for the California Dietetic Association: Poster Session; Ontario, CA; April 27, 2012.

12. Firestone L, Lee C, Lee P, Aragaki D, Hyung K, Kunkel C, Erickson ZD, Mena SJ, Mahgerefteh S, Guzik L, Tran K, Holt N, Vesterman E, Pierre J, Melnick A, Ereshefsky S, Helleman G, Ames D. Management of Antipsychotic Medication Associated Obesity (poster).  Presented at the VA Greater Los Angeles Healthcare Center Research Day; Los Angeles, CA; August 31, 2010.

13. Ames D, Erickson ZD, Mena SJ, Guzik LH, Tran K, Vesterman E, Helleman G, Pierre J. Management of Antipsychotic Medication Associated Obesity (poster).  Presented at the National VA Mental Health Meeting; Baltimore, MD; July 27 – 29, 2010.

14. Guzik LH, Erickson ZE, Mena SJ, Pierre JM, Ames D. Measuring patients' subjective experiences taking antipsychotic medications using the Novel Antipsychotic Medication Experience Scale (NAMES): A Preliminary Analysis (poster).  Presented at the New York State Psychological Association 73rd Annual Conference; NY, NY; May 21-23, 2010.

15. Guzik LH, Erickson ZE, Mena SJ, Pierre JM, Ames D. Measuring patients' subjective experiences taking antipsychotic medications using the Novel Antipsychotic Medication Experience Scale (NAMES): A Preliminary Analysis (poster).  Presented at the 12th International Congress of Schizophrenia Research; San Diego, CA; March 28 - April 1, 2009.  Abstracted in: *Schizophrenia Bulletin* 2009; 35 [Suppl 1]:36.

16. Erickson ZD, Mena SJ, Guzik LH, Tran K, Vesterman E, Gerhard H, Pierre JM, Wirshing DA. Management of Antipsychotic Medication Associated Obesity (poster).  Presented at the 12th International Congress on Schizophrenia Research (ICOSR); San Diego, California; March 28-April 1, 2009.  Abstracted in: *Schizophrenia Bulletin* 2009; 35 [Suppl 1]:132-133.

17. Tabibian JH, Pierre JM. *De novo* diabetes mellitus with atypical antipsychotics (abstract).  *J Investigative Med* 2008; 56:169.

18. Wirshing DA, Erickson ZD, Guzik LH, Mahgerefteh S, Mena SJ, Pierre JM. Management of Antipsychotic Medication Associated Obesity (poster).  Presented at the VA Symposium on Obesity, Nutrition, and Fitness, National Mental Health Conference; Washington, D.C. VA Medical Center; September 27, 2007.

19. Wirshing DA, Erickson ZE, Mahgerefteh S, Mena SJ, Dunsmor J, Guzik LH, Pierre JM, Wirshing WC. Adaptation and assessment of behavioral weight loss classes for patients with severe mental illness (poster). Presented at the 58th Annual Institute on Psychiatric Services Annual Meeting; New York, NY; October 7, 2006.

20. Wirshing DA, Erickson ZE, Mahgerefteh S, Mena SJ, Dunsmor J, Guzik LH, Pierre JM, Wirshing WC. Adaptation and assessment of behavioral weight loss classes for patients with severe mental illness(poster). Presented at the 46th Annual New Clinical Drug Evaluation (NCDEU) Meeting; Boca Raton, FL; June 13, 2006.

21. Mena SJ, Guzik LH, Mahgerefteh S, Pierre JM, Wirshing WC Wirshing DA.   Aripiprazole: Effects on metabolic risk factors and sexual satisfaction(poster).  Presented at the 61st Annual Convention and Scientific Program for the Society for Biological Psychiatry; Toronto, Canada; May 20, 2006.

22. Wirshing WC, Mahgerefteh S, Guzik LH, Boyd JA, Pierre JM, Wirshing DA. Pharmacoeconomics: Divalproex sodium and schizophrenia spectrum disorders (poster).

Presented at the 61st Annual Convention and Scientific Program for the Society for Biological Psychiatry; Toronto, Canada; May 20, 2006.

23. Boyd JA, Pierre JM, Adamson CF, Guzik LH, Mahgerefteh S, Wirshing DA, Wirshing WC. Aripiprazole-associated new-onset diabetes (poster).  Presented at the 61st Annual Convention and Scientific Program for the Society for Biological Psychiatry; Toronto, Canada; May 18, 2006.

24. Pierre JM, Peloian J, Wirshing DA, Wirshing WC, Marder SM. A placebo controlled trial of modafinil for negative symptoms in schizophrenia (poster).  Presented at the 44th Annual Meeting of the American College of Neuropsychopharmacology; Waikoloa, HI; December 13, 2005.  Abstracted in: *Neuropsychopharmacology* 2005; 30[Supp 1]:S207.

25. Pierre JM, Peloian J, Wirshing DA, Wirshing WC, Marder SM. A placebo controlled trial of modafinil for negative symptoms in schizophrenia (poster).  Presented at the 60th Annual Convention and Scientific Program for the Society for Biological Psychiatry; Atlanta, GA; May 20, 2005. Abstracted in: *Biol Psychiatry* 2005; 57[8S]:93S.

26.  Pierre JM, Peloian J, Wirshing DA, Wirshing WC, Marder SM. A placebo controlled trial of modafinil for negative symptoms in schizophrenia (poster).  Presented at the International Congress on Schizophrenia Research; Savannah, GA; April 6, 2005. Abstracted in: *Schizophrenia Bulletin* 2005; 31:501.

27. Bratti I, Boyd J, Resnick SA, Pierre JM, Wirshing DA, Wirshing WC. A retrospective case series of aripiprazole augmentation or substitution in six clozapine-treated patients (poster). Presented at the International Congress on Schizophrenia Research; Savannah, GA; April 6, 2005. Abstracted in: *Schizophrenia Bulletin* 2005; 31:476.

28. Wirshing DA, Erickson Z, Mena SJ, Mahgerefteh S, Pierre JM, McNally C, Wirshing WC. Sibutramine in patients with antipsychotic medication associated obesity (poster). Presented at the International Congress on Schizophrenia Research; Savannah, GA; April 3, 2005. Abstracted in: *Schizophrenia Bulletin* 2005; 31:573.

29. Pierre JM, Wirshing DA, Cannell J, Rivard JM, Marks R, Mendenhall J, Sheppard K, Saunders DG, Wirshing WC. High dose quetiapine in treatment refractory schizophrenia (poster). Presented at the 58th Annual Meeting of the Society of Biological Psychiatry, San Francisco, CA; May 17, 2003. Abstracted in *Biol Psychiatry* 2003; 53:188.

30. Wirshing DA, Smith RA, Danovitch I, Wirshing WC, Pierre JM. The metabolic syndrome and schizophrenia (poster). Presented at the 58th Annual Meeting of the Society of Biological Psychiatry, San Francisco, CA; May 15, 2003. Abstracted in *Biol Psychiatry* 2003; 53:29S-30S.

31. Wirshing WC, Wirshing DA, Champion KM, Pierre JM, Erhart SM, Kisicki MD. Switchover from clozapine to quetiapine: Mixed results (poster). Presented at the 58th Annual Meeting of the Society of Biological Psychiatry, San Francisco, CA; May 15, 2003. Abstracted in *Biol Psychiatry* 2003; 53:30S.

32. Wirshing DA, Kisicki M, Mena SJ, Faerden A, Pierre JM, Marder SR, Wirshing WC. Hepatitis B and C amongst veterans on a psychiatric ward (poster). Presented at the 156th Annual Meeting of the American Psychiatric Association, San Francisco, CA; May 21, 2003.

33. Pierre JM, Wirshing DA, Cannell J, Rivard JM, Marks R, Mendenhall J, Sheppard K, Saunders DG, Wirshing WC. High dose quetiapine in treatment refractory schizophrenia (poster). Presented at the International Congress of Schizophrenia Research; Colorado Springs, CO; March 29-April 2, 2003.  Abstracted in *Schizophrenia Research* 2003; 60 (supp):299.

34. Wirshing DA, Kisicki M, Danovitch I, Pierre JM, Mena SJ, Marder SR, Wirshing WC. Hepatitis B and C amongst veterans on a psychiatric ward (poster). Presented at the

International Congress of Schizophrenia Research; Colorado Springs, CO; March 29-April 2, 2003.

35. Wirshing DA, Pierre JM, Champion K, Wirshing WC. Quetiapine in treatment-refractory schizophrenia: Impact on medical and mental health (poster). Presented at the American Psychiatric Nurses Association (APNA) Annual Meeting; Dallas, TX; October 5-7, 2002.

36. Wirshing DA, Pierre JM, Champion K, Wirshing WC. Quetiapine (Seroquel) in treatment refractory schizophrenia: Impact on medical and mental health (poster). Presented at the 7th World Congress of Biological Psychiatry; Berlin, Germany; July 4, 2001. Abstracted in: *W J Biol Psychiatry* 2001; 2 (supp 1):309S.

37. Pierre JM, Wirshing DA, Saunders CS, Marder SM, Wirshing WC. Sexual side effects of atypical antipsychotic medications (poster). Presented at the International Congress on Schizophrenia Research; Whistler, Canada; May 1, 2001. Abstracted in: *Schizophrenia Research* 2001; 49 (supp):289.

38. Wirshing DA, Wirshing W, Gonzalez L, Rossoto E, Watson J, Pierre JM, Kern RS, Hwang S, Ballon J, Pien J. The Community Re-Entry Program for Schizophrenia: Neurocognitive and psychopathologic correlates of treatment response (poster). Presented at the Society of Biological Psychiatry Annual Meeting; New Orleans, LA; May 5 2001. Abstracted in: *Biological Psychiatry* 2001; 49 (supp):131S.

39. Wirshing DA, Rossoto E, Gonzalez L, Watson J, Pierre JM, Smurda J, Sokolov G, Ballon JS, Pien J, Wirshing WC: The Community Re-Entry Program for Schizophrenia: Preliminary findings (poster). Presented at the 52nd Institute of Psychiatric Services; Philadelphia, PA; October 25-29, 2000. Abstracted in: *2000 Syllabus and Proceedings Summary* 2000; 100:41.

40. Rossoto E, Wirshing DA, Gonzalez L, Watson J, Pierre JM, Smurda J, Sokolov G, Ballon JS, Pien J, Wirshing WC: Impact of an intensive psychoeducational training program on inpatients with schizophrenia: Does quality of life affect outcome? (poster). Presented at the Association for Clinical Psychosocial Research Conference; Napa, CA; October 12-14,2000.

41. Wirshing DA, Pierre JM, Rosotto EH, Watson JB, Benveniste RE, Marder SR, Liberman RP, Mintz J, Wirshing WC. The Community Re-Entry Program for Schizophrenia: Preliminary results (poster). Presented at the Association for Clinical Psychosocial Research Conference; Boston, MA; October 23, 1998.

42. Ames D, Bartzokis G, Pierre J, Sun A, Berisford MA, Marder SR, Wirshing WC. The relationship of serum iron indices to akathisia, tardive dyskinesia and plasma prolixin levels (abstract). *Schizophrenia Research* 1995; 15:212.


## Submitted or in Preparation

1. Guzik LH, Erickson ZD, Mena SJ, Pierre JM, Noordsay D, Ames D. Measuring consumers' subjective experiences taking antipsychotic medications using the Novel Antipsychotic Medication Experience Scale (NAMES). (submitted)


## Fiction, Poetry, Film, & Photography

1. Pierre J. Doctoring. *UCLA Beat* 2017; 19:47.
2. Pierre J. Thermidor. *Westwind* 2015, Winter.
   http://www.westwind.ucla.edu/journals/winter-2015/thermidor/
   Reprinted at: https://medium.com/@psychunseen/thermidor-a01bf5031132

3. Pierre J. Sword and Smith Forged (documentary film), 2012. Named one of the 10 Best Films of the 2012 North American Movie Makers Awards Festival.
4. Pierre J. Dermatology. *UCLA Beat* 2009; 11:25.
5. Pierre J. Denial. *UCLA Beat* 2007; 9:14.
6. Pierre J. Winter Flounder. *UCLA Beat* 2007; 9:23.
7. Pierre J. Scream II (photograph). *UCLA Beat* 2005; 7:42.
8. Pierre J. They Can't Touch You. *Rattle* Winter 2004; 10:69.
9. Pierre J. The Passing. *UCLA Beat* 2003; 5:11.
10. Pierre J. Missed Scenery. *Black Creek Review* January 2002; 4:32.
11. Pierre J. 3 Elegies from the ICU. In: Cohen R, ed. *Scream When You Burn*. San Diego: Incommunicado Press 1998: 172-173.
12. Pierre J. 3 Elegies from the ICU. *Caffeine* 1994; 10:31.
13. Pierre J. Estranged and Impervious to Flame. *Caffeine* 1994; 6:30.

**Presentations & Invited Lectures**

1. "Civil rights movements and conspiracy theories." Creative Disruption and Social Movements Programme, Big Innovation Centre; UK. September 16, 2021.
2. "Suicide Prevention" Grand Rounds, West Hills Hospital & Medical Center, West Hills, CA; September 3, 2021.
3. "Suicide: Conceptual issues, risk assessment, and prevention." Valley Hospital Medical Center Medical Conference, Rancho Palos Verdes, CA; July 30, 2021.
4. "Cannabinoids." CME presentation, San Antonio Regional Hospital, San Bernadino, CA (online lecture), July 22, 2021.
5. "Reefer madness 2021: Cannabinoids and Psychosis." CME presentation, Community Memorial Hospital, Ventura, CA (online lecture); June 22, 2021.
6. "Reefer madness: Psychosis associated with cannabis, medical marijuana, and synthetic cannabinoids." Providence St. Joseph Medical Center, Burbank, CA (online lecture); May 13, 2021.
7. "Belief in conspiracy theories: Mental illness or societal ill? Grand Rounds (online lecture), Harbor-UCLA Medical Center; March 9, 2021.
8. "Medical conspiracy theories." CME presentation, Glendale Adventist Medical Center, Glendale, CA (online lecture); February 24, 2021.
9. "Marijuana in medicine: Risks and benefits." CME Presentation, Sharp Grossmont Hospital, La Mesa, CA (online lecture); February 18, 2021.
10. "Conspiracy theories during COVID-19: Mistrust and misinformation." 7th Mandate— Commission for Citizenship, Governance, Institutional and External Affairs (CIVEX) (online lecture); February 16, 2021.
11. "COVID and conspiracy theories." UK Science Festivals Network Conference (online lecture); January 19, 2021.
12. "Addressing barriers to optimal care in schizophrenia with pharmacotherapy." ScientiaCME (online CME activity); September 1, 2020.
13. "Medical conspiracy theories and COVID-19: Mistrust, misinformation, and mitigation." Grand Rounds (online lecture), St. Charles Medical Center, Bend, OR; May 29, 2020.
14. "Medical conspiracy theories and COVID-19: Mistrust, misinformation, and mitigation." Grand Rounds (via Zoom podcast), Natividad Medical Center, Salinas, CA; May 25, 2020.

15. "Medical conspiracy theories: Mistrust, misinformation, and mitigation." Grand Rounds, Providence Little Company of Mary Hospital, Torrance, CA; February 27, 2020.

16. "Conspiracy theories: Mistrust, misinformation, and mitigation." Grand Rounds, The Semel Institute for Neuroscience and Behavior at UCLA, Los Angeles, CA; February 25, 2020.

17. "From vaccine hesitancy to conspiracy theory: Mistrust, misinformation, and mitigation." Grand Rounds, Good Samaritan Hospital, Los Angeles, CA; February 12, 2020.

18. "Reefer madness 2020: Cannabinoids and psychosis." Psychosis Clinic Lecture Series, VA West Los Angeles Medical Center, Los Angeles, CA; February 10, 2020.

19. "Medical conspiracy theories: Mistrust, misinformation, and mitigation." Grand Rounds, Methodist Hospital of Southern California, Arcadia, CA; January 16, 2020.

20. "Marijuana in medicine 2020." Grand Rounds, Los Robles Hospital & Medical Center, Thousand Oaks, CA; December 6, 2019.

21. "Reefer madness 2020: Cannabinoids, synthetic cannabinoids, and psychosis." California Association of Toxicologists Meeting Fall 2019; Oxnard, CA; November 4, 2019.

22. "Marijuana in medicine 2019." Grand Rounds, Glendale Adventist Medical Center, Glendale, CA; October 23, 2019.

23. "Marijuana in medicine 2019." Grand Rounds, Corona Regional Medical Center, Corona, CA; July 17, 2019.

24. "Marijuana in mental health." Psychology Continuing Education Seminar (SUD), Los Angeles, CA; June 28, 2019.

25. "Exploring scientific authority: From skepticism to conspiracy theory." Science Events Summit, San Diego, CA; May 28, 2019.

26. "Cannabinoids for pain management: Placebo or panacea?" Pain SCAN ECHO Series, VA West Los Angeles Medical Center, Los Angeles, CA; May 29, 2019.

27. "Schizophrenia: A primer for non-psychiatrists." Grand Rounds, Glendale Memorial Hospital and Health Center, Glendale, CA; May 6, 2019.

28. "Cannabinoids for pain management: Placebo or panacea?" Grand Rounds, Whittier Hospital Medical Center, Pacific Palms Resort, City of Industry, CA; May 5, 2019.

29. "Marijuana in medicine 2019." Grand Rounds, Citrus Valley Medical Center, Covina, CA; April 9, 2019.

30. "Help, harm, and hemp: What clinicians need to know about medical and recreational marijuana." Grand Rounds, Methodist Hospital of Southern California, Arcadia, CA; March 7, 2019.

31. "Cannabinoids for pain management: Panacea or placebo?" Grand Rounds, Providence Holy Cross Medical Center, Pomona, CA; February 22, 2019.

32. "Cannabinoids for pain management: Panacea or placebo?" Grand Rounds, Pomona Valley Hospital Medical Center, Pomona, CA; February 19, 2019.

33. "Help, harm, and hemp: What clinicians need to know about medical and recreational marijuana." Grand Rounds, Torrance Memorial Medical Center, Torrance, CA; February 6, 2019.

34. "Help, harm, and hemp: What clinicians need to know about medical and recreational marijuana." Grand Rounds, Lakewood Regional Medical Center, Lakewood, CA; January 25, 2019.

35. "Reefer madness 2019: Cannabinoids and psychosis." Psychosis Clinic Lecture Series, VA West Los Angeles Medical Center, Los Angeles, CA; December 10, 2018.

36. "Help, harm, and hemp: What clinicians need to know about medical and recreational marijuana." Grand Rounds, Glendale Memorial Medical Center, Glendale, CA; October 15, 2018.

37. "Help, harm, and hemp: What clinicians need to know about medical and recreational marijuana." Grand Rounds, St. Vincent Medical Center, Los Angeles, CA; October 11, 2018.

38. "Marijuana in mental health." Clinical Updates in Psychopharmacology, 31st Annual Premier Conference of the California Psychiatric Association, Dana Point, CA; September 21, 2018.

39. "Assessment and management of the suicidal inpatient." Grand Rounds, Providence St. Joseph Medical Center, Burbank, CA; September 20, 2018.

40. "Marijuana in mental health." Substance Use Disorders Clinic Lecture Series, VA West Los Angeles Medical Center, Los Angeles, CA; September 14, 2018.

41. "Help, harm, and hemp: What clinicians need to know about medical and recreational marijuana." Grand Rounds, Northridge Hospital Medical Center, Northridge, CA; August 21, 2018.

42. "Help, harm, and hemp: What clinicians need to know about medical and recreational marijuana." Grand Rounds, Citrus Valley Medical Center, Covina, CA; April 24, 2018.

43. "Black boxes and black holes: Antipsychotic use in dementia and delirium." Grand Rounds, Providence St. Joseph's Medical Center, Burbank, CA; March 15, 2018.

44. "Beyond URM recruitment: Building programs that support diversity, access, and inclusion in psychiatry residency training." Workshop Chair, 47th Annual Meeting of the American Association of Directors of Psychiatric Residency Training, New Orleans, LA; March 2, 2018.

45. "Help, harm, and hemp: What clinicians need to know about medical and recreational marijuana." Grand Rounds, Los Alamitos Medical Center, Los Alamitos, CA; February 12, 2018.

46. "Help, harm, and hemp: What clinicians need to know about medical and recreational marijuana." Grand Rounds, Northridge Hospital Medical Center, Northridge, CA; January 30, 2018.

47. "Cannabis for psychiatrists: Marijuana in mental health." Psychopharmacology Update 29, Southern California Psychiatric Society, Los Angeles, CA; January 27, 2018.

48. "Help, harm, and hemp: What clinicians need to know about medical and recreational marijuana." Grand Rounds, Pacifica Hospital of the Valley, Sun Valley, CA; November 30, 2017.

49. "Help, harm, and hemp: What clinicians need to know about medical and recreational marijuana." Grand Rounds, Orange County Global Medical Center, Tustin, CA; November 13, 2017.

50. "Antipsychotic side effects: Mortality, metabolics, and new treatments for tardive dyskinesia." Grand Rounds, Providence St. Joseph's Medical Center, Burbank, CA; November 2, 2017.

51. "Help, harm, and hemp: What clinicians need to know about medical marijuana." Grand Rounds, West Hills Hospital & Medical Center, West Hills, CA; August 11, 2017.

52. "Help, harm, and hemp: What clinicians need to know about medical marijuana." Grand Rounds, Mercy Medical Center, Merced, CA; August 2, 2017.

53. "Antipsychotic medications: Side effects and management." Grand Rounds, Providence Little Company of Mary Hospital, Torrance, CA; June 22, 2017.

54. "Pain management rounds: Medical marijuana." Pain Management Grand Rounds, Providence St. Joseph's Medical Center, Burbank, CA; April 24, 2017.

55. "Cannabis and psychosis: Potent risk, potential therapy." UCLA Cannabis Research Symposium, Los Angeles, CA; April 20, 2017.

56. "Antipsychotic medications: Medical side effects and management." Grand Rounds, Providence St. Joseph's Medical Center, Burbank, CA; March 23, 2017.

57. "Synthetic cannabinoids: Smoking guns, moving targets." Grand Rounds, Annenberg Center for Health Sciences at Eisenhower, Rancho Mirage, CA; February 23, 2016.

58. "Help, harm, and hemp: What clinicians should know about medical marijuana." Grand Rounds, Torrance Memorial Medical Center, Fountain Valley, CA; February 1, 2017.

59. "Help, harm, and hemp: What clinicians should know about legal marijuana." Grand Rounds, Orange Coast Memorial Medical Center, Fountain Valley, CA; January 26, 2017.

60. "Help, harm, and hemp: What clinicians should know about legal marijuana." Grand Rounds, Providence Holy Cross Medical Center, Mission Hills, CA; January 20, 2017.

61. "Help, harm, and hemp: What clinicians should know about legal marijuana." Grand Rounds, Providence St. Joseph's Medical Center, Burbank, CA; January 19, 2017.

62. "Malingered psychosis." Santa Clara County Medical Center; San Jose, CA; August 2, 2016.

63. "Medical marijuana: Indications, risks, and the law." Grand Rounds, Northridge Hospital Medical Center, Northridge, CA; April 19, 2016.

64. "Medical marijuana: Indications and the law 2016." Grand Rounds, Annenberg Center for Health Sciences at Eisenhower, Rancho Mirage, CA; March 3, 2016.

65. "Schizophrenia: A primer for non-psychiatrists." Grand Rounds, Providence Holy Cross Medical Center, Mission Hills, CA; October 27, 2015.

66. "Schizophrenia: A primer for non-psychiatrists." Grand Rounds, Los Robles Hospital and Medical Center, Thousand Oaks, CA; July 17, 2015.

67. "Medical marijuana: Risks, benefits, and controversies." Grand Rounds, Saint Vincent Medical Center, Los Angeles, CA; June 25, 2015.

68. "Treating patients with 'dual diagnosis': Real-world challenges." Evidence-Based Practice Lecture Series, Department of Psychology, VA West Los Angeles Medical Center, Los Angeles, CA; May 11, 2015.

69. "Psychiatry Rounds: Schizophrenia." Internal Medicine Lecture Series, VA West Los Angeles Medical Center, Los Angeles, CA; May 6, 2015.

70. "Schizophrenia: A primer for non-psychiatrists." Grand Rounds, Valley Presbyterian Medical Center, Van Nuys, CA; February 3, 2015.

71. "Overdiagnosis, underdiagnosis, synthesis: A dialectic for psychiatry and the DSM." Department of Psychiatry Grand Rounds, Harbor-UCLA Medical Center, Torrance, CA; January 27, 2015.

72. "Overdiagnosis and underdiagnosis: The border between mental health and mental illness." Grand Rounds, The Semel Institute for Neuroscience and Behavior at UCLA, Los Angeles, CA; December 9, 2014.

73. "Medical marijuana." Grand Rounds, Pacifica Hospital, Sun Valley, CA; November 6, 2014.

74. "Neuroleptic malignant syndrome: Diagnosis, treatment, and sequelae." Santa Clara County Medical Center; San Jose, CA; August 1, 2014.

75. "Medical marijuana: Indications and debates." Grand Rounds, Citrus Valley Medical Center, Covina, CA; July 22, 2014.

76. "Medical marijuana: Risks, benefits, and controversies." Department of Psychiatry Grand Rounds, VA West Los Angeles Medical Center, Los Angeles, CA; June 5, 2014.

77. "Medical marijuana: Risks, benefits, and controversies." Evidence-Based Practice Lecture Series, Department of Psychology, VA West Los Angeles Medical Center, Los Angeles, CA; May 12, 2014.

78. "Medical marijuana: Indications and debates." Grand Rounds, Annenberg Center for Health Sciences at Eisenhower, Rancho Mirage, CA; May 8, 2014.

79. "Psychiatry Rounds: Schizophrenia" Internal Medicine Lecture Series, VA West Los Angeles Medical Center, Los Angeles, CA; April 16, 2014.

80. "Underrepresented minority recruitment: Rationale, challenges, and strategies." Workshop Chair; 43rd Annual Meeting of the American Association of Directors of Psychiatric Residency Training, Tucson, AZ; March 14, 2014.

81. "Managing the side effects of antipsychotic medications." 111th Annual Florida Osteopathic Medical Association Convention, Westin, FL; February 20, 2014.

82. "Managing side effects of antipsychotic medications." Peer to Peer Webinar, Psychiatric Times; January 15 & 22, 2014.

83. "The neuroscience of free will: Implications for psychiatry." Department of Psychiatry Grand Rounds, VA Sepulveda Ambulatory Care Center, Los Angeles, CA; March 13, 2013.

84. "The neuroscience of free will: Implications for psychiatry." Department of Psychiatry Grand Rounds, VA West Los Angeles Healthcare Center, Los Angeles, CA; May 24, 2012.

85. "The pragmatic context of psychiatric diagnosis." Symposium S19: Philosophical and Pragmatic Problems for DSM-5; 165th Annual Meeting American Psychiatric Association, Philadelphia, PA; May 5, 2012.

86. "Reefer madness: Psychosis associated with cannabis, medical marijuana, and 'Spice.'" Department of Psychiatry Grand Rounds, VA Sepulveda Ambulatory Care, Van Nuys, CA; June 1, 2011.

87. "Reefer madness: Cannabis psychosis in the era of medical marijuana." Department of Psychiatry Grand Rounds, VA West Los Angeles Healthcare Center, Los Angeles, CA; April 7, 2011.

88. "'If I'm not crazy now, I may be shortly:' Causes and conundrums of malingered psychosis." Department of Psychiatry Grand Rounds, Harbor-UCLA Medical Center, Torrance, CA; March 30, 2010.

89. "Morgellons disease: Dermopathy or delusion?" Department of Psychiatry Grand Rounds, VA West Los Angeles Healthcare Center, Los Angeles, CA; January 7, 2010.

90. "Hallucinations in non-psychotic disorders: Towards a differential diagnosis of "hearing voices.'" VA Palo Alto Healthcare Center, Palo Alto, CA; October 2, 2009.

91. "Deconstructing schizophrenia for DSM-IV: Challenges for clinical and research Agendas." Department of Psychiatry Grand Rounds, VA Sepulveda Ambulatory Care Center, Van Nuys, CA; December 10, 2008.

92. "Case Conference: Psychiatric and psychological aspects of malingered psychosis." Grand Rounds, VA West Los Angeles Healthcare Center, Los Angeles, CA; September 4, 2008.

93. "Deconstructing schizophrenia for DSM-IV: Challenges for clinical and research agendas." Department of Psychiatry Grand Rounds, VA West Los Angeles Healthcare Center, Los Angeles, CA; April 2, 2008.

94. "Schizophrenia and comorbid substance abuse: Dual diagnosis" Grand Rounds, Santa Barbara Cottage Hospital, Santa Barbara, CA; January 9, 2008.

95. "Treating the aggressive patient." UCLA's 12th Annual Review of Psychiatry and Psychopharmacology Update. UCLA Covel Commons Conference Center, Los Angeles, CA; October 26, 2007.

96. "The schizophrenia prodrome: What do we know and where are we going?"  Grand Rounds, Department of Child Psychiatry, UCLA Neuropsychiatric Institute, Los Angeles, CA; November 13, 2006.

97. "What's new with the new antipsychotics 2006?"  UCLA's 11th Annual Review of Psychiatry and Psychopharmacology Update.  Skirball Cultural Center, Los Angeles, CA; October 27, 2006.

98. "Antipsychotics in bipolar disorder."  Annual Meeting, Los Angeles Armenian Medical Association.  Pasadena, CA; July 26, 2006.

99. "Problems with the clinical assessment of auditory hallucinations: Validity, etiology, and neuroanatomy of "hearing voices."  Department of Psychiatry Grand Rounds, VA West Los Angeles Healthcare Center, Los Angeles, CA; June 8, 2006.

100. "Recognizing negative symptoms and their importance." Industry-Supported Symposium 33: Taking Control of Negative Symptoms: The Next Step for Improved Patient Outcomes in Schizophrenia.  159th Annual Meeting American Psychiatric Association.  Toronto, Canada; May 22, 2006.

101. "Towards a differential diagnosis of "hearing voices." Lecture for Psychiatry 435 and Psychology 402, Research Seminar of Psychosis.  UCLA Department of Psychology, Los Angeles, CA; February 2, 2006.

102. "Treatment updates for schizophrenia: A review of the CATIE Trial" Grand Rounds, Antelope Valley Hospital, Lancaster, CA; November 4, 2005.

103. "What's new with the new antipsychotics 2005?"  UCLA's 10th Annual Review of Psychiatry and Psychopharmacology Update.  Skirball Cultural Center, Los Angeles, CA; October 21, 2005.

104. "Strategies in the treatment of refractory psychotic disorders."  Lecture for *Advanced Psychopharmacology*, Cedars-Sinai Medical Center Psychiatry Residency Training Program, Cedars-Sinai Medical Center, Los Angeles, CA; January 14, 2005.

105. "The treatment of psychotic disorders." Lecture for *Advanced Psychopharmacology*, Cedars-Sinai Medical Center Psychiatry Residency Training Program, Cedars-Sinai Medical Center, Los Angeles, CA; January 7, 2005.

106. "Towards a differential diagnosis of "hearing voices." Department of Psychiatry Grand Rounds, VA West Los Angeles Healthcare Center, Los Angeles, CA; December 9, 2004.

107. "Obesity, diabetes, and dyslipidemia: Side effects of novel antipsychotic medications." Invited CME Talk, Kaiser Permanente Imperial Medical Offices, Downey, CA; October 21, 2004.

108. "What's new with the new antipsychotics 2004?"  UCLA's 9th Annual Review of Psychiatry and Psychopharmacology Update.  Skirball Cultural Center, Los Angeles, CA; October 15, 2004.

109. "Pharmacotherapy of prodromal schizophrenia" Lecture for *Clinical Issues in Schizophrenia* 414.1, Geffen School of Medicine at UCLA, Department of Psychiatry and Biobehavioral Sciences; September 13, 2004.

110. "Update on metabolic side effects of antipsychotic drugs." Invited CME Talk, Kaiser Permanente Imperial Medical Offices, Downey, CA; August 11, 2004.

111. "Early intervention in schizophrenia." CASE Media Fellowship, UCLA Neuropsychiatric Institute, Los Angeles, CA; April 20, 2004.

112. "Treatment of substance abuse disorders." Licensed Vocational Nurses New Horizons New Grad Psychiatric Update, VA West Los Angeles Healthcare Center, Los Angeles, CA; March 11, 2004.

113. "Strategies in the treatment of refractory psychotic disorders." Lecture for *Advanced Psychopharmacology*, Cedars-Sinai Medical Center Psychiatry Residency Training Program, Cedars-Sinai Medical Center, Los Angeles, CA; January 16, 2004.

114. "The treatment of psychotic disorders." Lecture for *Advanced Psychopharmacology*, Cedars-Sinai Medical Center Psychiatry Residency Training Program, Cedars-Sinai Medical Center, Los Angeles, CA; January 9, 2004.

115. "Pharmacotherapy of prodromal schizophrenia." Department of Psychiatry Grand Rounds, VA West Los Angeles Healthcare Center, Los Angeles, CA; December 11, 2003.

116. "Treatment of substance abuse disorders." Licensed Vocational Nurses New Horizons New Grad Psychiatric Update, VA West Los Angeles Healthcare Center, Los Angeles, CA; December 4, 2003.

117. "Pharmacotherapy of prodromal schizophrenia." Lecture for *Clinical Issues in Schizophrenia* 414.1, Geffen School of Medicine at UCLA, Department of Psychiatry and Biobehavioral Sciences; November 24, 2003.

118. "High dose antipsychotic therapy: Desperation or data-driven?" Grand Rounds, VA Sepulveda Ambulatory Care Center. North Hills, CA; November 12, 2003.

119. "Pharmacotherapy of prodromal schizophrenia." Lecture for *Research Seminar on the Psychoses* 435, Geffen School of Medicine at UCLA, Department of Psychiatry and Biobehavioral Sciences; November 7, 2003.

120. "What's new with the new antipsychotics?" UCLA's 8th Annual Review of Psychiatry and Psychopharmacology Update.  Skirball Cultural Center, Los Angeles, CA; October 24, 2003.

121. "Novel antipsychotics: Novel side effects." Continuing Medical Education for Nurses Lecture, Metro State Hospital, Norwalk, CA; September 19, 2003.

122. "Schizophrenia and comorbid substance abuse: Antipsychotic efficacy." Grand Rounds, Metro State Hospital, Norwalk, CA; August 20, 2003.

123. "Novel antipsychotics: Novel side effects." Continuing Medical Education for Nurses Lecture, Metro State Hospital, Norwalk, CA; August 11, 2003.

124. "An atypical update: Efficacy in dual diagnosis." Grand Rounds, Olive View Medical Center, Sylmar, CA; August 7, 2003.

125. "Pharmacotherapy of schizophrenia and comorbid substance abuse." Grand Rounds, Martin Luther King Hospital, Los Angeles, CA; July 22, 2003.

126. "Novel therapies for negative symptoms in schizophrenia." Grand Rounds, VA Long Beach Healthcare Center, Long Beach, CA; June 18, 2003.

127.  "Dyskinesias in a somatically preoccupied patient after treatment with atypical antipsychotics." Scientific Program, Clinical Case Conference, 156th Annual Meeting American Psychiatric Association.  San Francisco, CA; May 17-22, 2003.

128.  "Strategies in the treatment of refractory psychotic disorders."  Lecture for *Advanced Psychopharmacology*, Cedars-Sinai Medical Center Psychiatry Residency Training Program, Cedars-Sinai Medical Center, Los Angeles, CA; January 17, 2003.

129. "The treatment of psychotic disorders." Lecture for *Advanced Psychopharmacology*, Cedars-Sinai Medical Center Psychiatry Residency Training Program, Cedars-Sinai Medical Center, Los Angeles, CA; January 3, 2003.

130. "Desperation measures in the pharmacotherapy of schizophrenia: Combination and high dose antipsychotic strategies." Department of Psychiatry Grand Rounds, VA West Los Angeles Healthcare Center, Los Angeles, CA; December 5, 2002.

131. "Novel antipsychotics for the treatment of schizophrenia and comorbid substance abuse." Grand Rounds, Metropolitan State Hospital, Norwalk, CA; May 22, 2002.

132. "Modafinil for negative symptoms in schizophrenia." Presented at the 20th Annual Meeting of the West Coast College of Biological Psychiatry, Santa Monica, CA; April 19, 2002.

133. "Strategies in the treatment of refractory psychotic disorders." Lecture for *Advanced Psychopharmacology*, Cedars-Sinai Medical Center Psychiatry Residency Training Program, Cedars-Sinai Medical Center, Los Angeles, CA; January 11, 2002.

134. "The treatment of psychotic disorders." Lecture for *Advanced Psychopharmacology*, Cedars-Sinai Medical Center Psychiatry Residency Training Program, Cedars-Sinai Medical Center, Los Angeles, CA; January 4, 2002.

135. "Schizophrenia and cocaine dependence: Diagnosis and treatment." Department of Psychiatry Grand Rounds, VA West Los Angeles Healthcare Center, Los Angeles, CA; October 18, 2001.

136. "Negative symptoms in schizophrenia." Department of Psychiatry Grand Rounds, VA West Los Angeles Healthcare Center, Los Angeles, CA; May 24, 2001.

**Interviews & Media Quotations**

1. Cassata C. People less likely to be vaccinated against COVID-19 when Facebooks is their main news source. *Healthline.com*; August 5, 2021. https://www.healthline.com/health-news/people-less-likely-to-be-vaccinated-against-covid-19-when-facebook-is-main-news-source

2. Cassata C. Media plays a part in public's mistrust of science. *Verywellmind.com*; July 19, 2021. https://www.verywellmind.com/media-plays-a-part-in-public-s-mistrust-of-science-5190367

3. Evening Words with Nick Taliferro. Radio interview. *WURD Radio*; June 17, 2021.

4. VICE TV. The devil you know, Season 2, episode 6: New Age alien agenda. *VICE TV*; May 3, 2021. https://www.vicetv.com/en_us/video/new-age-alien-agenda/60492b8656d10d1a585da945

5. Bourke B. Kitchener today with Brian Bourke. *570 News*; April 20, 2021. https://www.570news.com/audio/kitchener-today-with-brian-bourke/

6. VICE TV. The devil you know, Season 2, episode 4: Daughter of the most high. *VICE TV*; First aired April 19, 2021. https://www.vicetv.com/en_us/video/daughter-of-the-most-high/60492ae410ba68246f5345f8

7. Deato, E. QAnon at home. *The Highlands Current*; March 29, 2021.

8. Cassata, C. Spreading BS could make you more likely to believe it, study suggests. *Verywellmind.com;* March 12, 2021. https://www.verywellmind.com/spreading-bs-makes-you-more-likely-to-believe-it-5115881

9. Runevitch, J. Meet some Indiana families torn apart by the QAnon conspiracy movement. *WHAS11 ABC* (video interview & news article); February 25, 2021. https://www.whas11.com/article/news/local/indiana/meet-hoosier-families-torn-apart-by-the-qanon-conspiracy-theory-movement-q-casualties/531-fb1208fc-09c6-4be3-9b7a-31d338039855

10. Carrier A. 'This crap means more to him than my life': When QAnon invades American homes. *Politico*; February 19, 2021. https://www.politico.com/news/magazine/2021/02/19/qanon-conspiracy-theory-family-members-reddit-forum-469485

11. Niz E. QAnon is ruining families, but some moms and kids are fighting back. *Yahoo!life*; February 11, 2021. https://www.yahoo.com/lifestyle/qanon-ruining-families-moms-kids-222743014.html

12. Durn S. Why you should follow people you personally disagree with on social media. *UpWorthy*; January 21, 2021. https://www.mpsanet.org/qanon-the-conspiracy-theory-behind-the-capitol-seizure/

13. Smith MA. QAnon: The conspiracy theory behind the Capitol seizure. *Midwest Political Science Association blog*; January 19, 2021. https://www.mpsanet.org/qanon-the-conspiracy-theory-behind-the-capitol-seizure/

14. Balčiauskas M. Man has had enough after his wife is brought to tears by anti-maskers who abuse her at the supermarket, calls everybody out. *Boredpanda*; January 13, 2021. https://www.boredpanda.com/abusive-anti-maskers-supermarket-wife/

15. Grinevičius G, Balčiauskas M. Man has had enough after his wife is brought to tears by anti-maskers who abuse her at the supermarket, calls everybody out. *Boredpanda*; January 13, 2021. https://www.boredpanda.com/abusive-anti-maskers-supermarket-wife/

16. Ehrenreich J. Why people believe in conspiracy theories. *Slate*; January 11, 2021. https://slate.com/technology/2021/01/conspiracy-theories-coronavirus-fake-psychology.html

17. O'Connor K. Conspiracy theories, mistrust take root during pandemic. *Psychiatric News* January 8, 2021. https://psychnews.psychiatryonline.org/doi/10.1176/appi.pn.2021.1.14

18. Grinevičius G, Balčiauskas M. People are already getting disappointed in the year 2021, and here's some of the 50 of the funniest jokes they made. *Boredpanda*; January 8, 2021. https://www.boredpanda.com/2021-funny-jokes/

19. Grinevičius G, Balčiauskas M. Conspiracy theorist 'proves' the earth is flat with a spirit level on a plane, and the 'evidence' is making people facepalm. *Boredpanda*; January 6, 2021. https://www.boredpanda.com/flat-earther-globe-curvature-spirit-level-plane/

20. Phelan H. The oracle of Brit. *Vanity Fair*; Holiday 2021/21 Issue. https://archive.vanityfair.com/article/2021/1/the-oracle-of-brit

21. Rath L. Does CBD oil help with schizophrenia? *WebMD*; December 15, 2020. https://www.webmd.com/schizophrenia/features/cbd-oil-schizophrenia#1

22. Advaney M. The mind's eye: Professor Joseph Pierre talks societal behavior (interview). *YouthTime*; December 9, 2020. https://youth-time.eu/the-minds-eye-professor-joseph-pierre-talks-sociatal-behaviour/

23. Neustatter P. When trying to understand conspiracists, it's best to listen. *The Free Lance Star*; November 28, 2020. https://fredericksburg.com/zz-styling/columns/neustatter-when-trying-to-understand-conspiracists-its-best-to-listen/article_2dec6010-2f1a-51d6-86a1-cbba4078340c.html

24. Marcetic B. Stories for the end of the world. *Jacobin*; November 27, 2020. https://www.jacobinmag.com/2020/11/stories-for-the-end-of-the-world

25. Silverstein J. QAnon is spreading a bizarre and dangerous conspiracy theory about a drug called adrenochrome. *Mens Health*; November 26, 2020. https://www.menshealth.com/health/a34786868/what-is-adrenochrome-qanon/

26. Latson J. The false believers. *Psychology Today*; November 4, 2020. https://www.psychologytoday.com/us/articles/202011/the-false-believers

27. VICE News. How QAnon went global. *VICE News*; November 1, 2020. https://www.youtube.com/watch?v=Ty5XsUhB7J8&t=3s&ab_channel=VICENews

28. Philips N. Why is 2020 the perfect storm for a conspiracy theory? (podcast interview) *Sky News*; October 30, 2020. https://news.sky.com/story/qanon-why-is-2020-the-perfect-storm-for-a-conspiracy-theory-12118969

29. Chandler N. When does belief in a conspiracy theory like QAnon tip into addiction? *HowStuffWorks*; October 21, 2020. https://health.howstuffworks.com/mental-health/conspiracy-theory-qanon-addiction.htm

30. Zarowny N. The dangerous belief in QAnon (video interview). *ATTN:*; October 9, 2020. https://www.facebook.com/watch/?v=777234763125956

31. Noonan B. WTMJ Nights with Brian Noonan (radio interview). *WTMJ*; October 9, 2020. https://wtmj.com/wtmj-nights/2020/10/09/wtmj-nights-with-brian-noonin-10-9-2020/

32. Zadrozny B. How to talk to family or friends that went down the QAnon rabbit hole (video interview). *NBC News Now*; October 6, 2020. https://www.nbcnews.com/now/video/how-to-talk-to-family-or-friends-that-went-down-the-qanon-rabbit-hole-93271621903

33. Ruiz R. The most effective ways to support a loved one who believes in QAnon. *Mashable*; September 29, 2020. https://mashable.com/article/qanon-help/

34. Watt CS. The QAnon orphans: people who have lost loved ones to conspiracy theories. *The Guardian*; September 23, 2020. https://www.theguardian.com/us-news/2020/sep/23/qanon-conspiracy-theories-loved-ones

35. Coiro A. Indeep with Angie Coiro (radio interview). *KALW*; September 15, 2020. https://www.kalw.org/post/indeep-angie-coiro-9152020

36. Fagan K. What is Qanon? 5 things to know. *YR Media*; September 10, 2020.

37. Hawkins E. Dr. Joseph Pierre: UCLA psychiatrist takes on QAnon & 'rescuing' loved ones. *Heavy*; September 9, 2020. https://heavy.com/news/2020/09/joseph-pierre-qanon/

38. Dillon N. Inside the bizarro world of conspiracy 'cult' QAnon that's growing 'exponentially' and sounding alarms. *New York Daily News*; September 5, 2020. https://www.nydailynews.com/news/national/ny-inside-quanon-conspiracy-theory-and-drivers-of-exponential-growth-20200906-qof72levdbfr7coprjl4sduwoa-story.html

39. Sachs J. How to speak with loved ones about their QAnon belief. *GritDaily*; September 5, 2020. https://gritdaily.com/qanon-experts-family/

40. Carlton S. In the midst of protests, politics and a pandemic, guns are hot, including in Tampa Bay. *Tampa Bay Times*; August 31, 2020. https://www.tampabay.com/news/florida/2020/08/29/in-the-midst-of-protests-politics-and-a-pandemic-guns-are-hot-including-in-tampa-bay/

41. Love S. The movement against psychiatry. *Vice News*; August 26, 2020. https://www.vice.com/en_us/article/qj4mmb/the-movement-against-psychiatry

42. Miller K. The mental health benefits of tattoos, according to psychologists. *Yahoo! Entertainment*; August 20, 2020. https://www.yahoo.com/now/mental-health-benefits-tattoos-140036310.html

43. Fasanella K. The hidden meaning behind celebrity tattoos revealed—from Amy Winehouse to Post Malone. *Yahoo! Sports*; August 18, 2020. https://sports.yahoo.com/celebrity-tattoos-post-malone-amy-winehouse-030000676.html

44. Shepherd M. Repeating misinformation doesn't make it true, but does make it more likely to be believed. *Forbes*; August 17, 2020.

45. Kreiter M. Coronavirus pandemic has made conspiracy theories like QAnon more attractive. *International Business Times*; August 15, 20. https://www.ibtimes.com/coronavirus-pandemic-has-made-conspiracy-theories-qanon-more-attractive-3028594

46. Children and Screens. Fact or fake? How to help kids (and adults) spot misinformation online. August 13, 2020. https://www.childrenandscreens.com/media/press-releases/fact-or-fake-how-to-help-kids-and-adults-spot-misinformation-online/

47. KQED Forum. How to chart a path out of QAnon and other cult-like communities (radio interview). KQED; August 7, 2020. https://www.kqed.org/forum/2010101879066/how-to-chart-a-path-out-of-qanon-and-other-cult-like-communities

48. CNN Newsroom with John Vause (TV interview). *CNN International*; July 20, 2020. https://video.snapstream.net/Play/9IHWWkBASbRG6pXZ6Yw3IU?accessToken=cbmvywii6fynt

49. NPR 1A. A Covid-19 vaccine doesn't exist yet. When will we get one? (radio interview) WAMU, National Public Radio; July 23, 2020. https://the1a.org/segments/covid-19-vaccine-coronavirus-questions/

50. Lindley JK. Are antidepressants really the answer to 2020? *Elemental*; July 22, 2020. https://elemental.medium.com/are-antidepressants-really-the-answer-to-2020-1d22acdec626#a506

51. Love S. Is racism a mental illness? *VICE News*; July 7, 2020. https://www.vice.com/en_us/article/dyzd57/is-racism-a-mental-illness

52. O'Brian S. White noise. Murder on the towpath (podcast series). June 6, 2020. https://luminarypodcasts.com/listen/filmnation-entertainment-in-association-with-neon-hum-media/murder-on-the-towpath/white-noise/f2f2a565-01df-4180-885f-00e5ccdecfb6

53. Lonas A. Shutdowns blamed for outbreak of protests and riots. *Washington Examiner*; June 3, 2020. https://www.washingtonexaminer.com/shutdowns-blamed-for-the-outbreak-of-protests-and-riots

54. The Lisa Show. Psychology of conspiracy theories (radio interview). BYU Radio; June 4, 2020. https://www.byuradio.org/episode/1bc55276-6756-4596-83f3-3cbd5aebc8ed/1bc55276-6756-4596-83f3-3cbd5aebc8ed?playhead=3164&autoplay=true

55. Masters I. How conspiracy theories could prolong the pandemic (radio interview). *Background Briefing with Ian Masters*; June 1, 2020. https://soundcloud.com/user-830442635/how-conspiracy-theories-could-prolong-the-pandemic

56. Cassata C. Doctors aren't just fighting a pandemic, but an 'Infodemic' as well. *Healthline.com*; May 31, 2020. https://www.healthline.com/health-news/doctors-arent-just-fighting-a-pandemic-theyre-also-fighting-an-infodemic#Listen-to-science,-even-when-it-changes

57. Gabbatt A. US anti-vaxxers aim to spread fear over future coronavirus vaccine. *The Guardian*; May 29, 2020. https://www.theguardian.com/world/2020/may/29/anti-vaxxers-fight-against-coronavirus

58. Gabbatt A, Silverstone T, Lamborn K, Phillips. Why US anti-vaxxers will refuse a coronavirus vaccine (video interview). *The Guardian*; May 29, 2020. https://www.theguardian.com/world/video/2020/may/29/why-us-anti-vaxxers-will-refuse-a-coronavirus-vaccine-video

59. Kingstone H. The psychology of a conspiracy theorist. *The Article*; May 20, 2020. https://www.thearticle.com/the-psychology-of-a-conspiracy-theorist

60. The Big Picture with Olivier Knox (radio interview). *POTUS, SiriusXM*; May 13, 2020.

61. Svoboda E. Why the pandemic is turning so many people into conspiracy theorists. *Discover*; May 11, 2020. https://www.discovermagazine.com/mind/why-the-pandemic-is-turning-so-many-people-into-conspiracy-theorists

62. Kuusela A. Oman teoriani mukaan. *Helsingin Sanomat*; May 10, 2020.
    https://www.hs.fi/sunnuntai/art-
    2000006501510.html?share=7e2e4c5b6ccd0eec9c042a85fc3c1d38

63. Mozes A. Coronavirus conspiracy theories abound, and they could cause real harm. *US News & World Report*; April 23, 2020 and *HealthDay News*; April 23, 2020.
    https://www.usnews.com/news/health-news/articles/2020-04-23/coronavirus-
    conspiracy-theories-abound-and-they-could-cause-real-harm
    https://consumer.healthday.com/infectious-disease-information-21/coronavirus-
    1008/coronavirus-conspiracy-theories-abound-and-they-could-cause-real-harm-756992.html

64. Cassata C. Don't let these 5 myths about COVID-19 interfere with your safety. *Healthline*;
    March 25, 2020. https://www.healthline.com/health-news/5-covid-19-myths

65. The Lisa Show. Psychology of conspiracy theories (radio interview). BYU Radio; January 9,
    2020. https://www.byuradio.org/episode/7633f309-a0b7-4d55-8b04-2aaff23ca2d0/

66. Martin Weill. Martin Weill and the big conspiracy (video interview). September 11, 2019.
    https://www.tf1.fr/tmc/martin-weill/videos/martin-weill-et-le-grand-complot-
    50866349.html

67. Saetre J. A dangerous debate. *Kiwanis Magazine*; September 2019.
    https://kiwanismagazine.org/2019/08/27/a-dangerous-debate/

68. Milam G. QAnon: The far-right conspiracy movement gaining prominence in Donald Trump's
    America. *Sky News*; August 19, 2019. https://news.sky.com/story/qanon-the-far-right-
    conspiracy-movement-gaining-prominence-in-donald-trumps-america-11789402

69. Funke D. Why do some people think mass shootings are staged ever time? *Politifact*; August 8,
    2019. https://www.politifact.com/truth-o-meter/article/2019/aug/08/why-do-some-
    people-think-mass-shootings-are-staged/

70. Sweeney P. What's your flat earth? *Medium*; June 26, 2019.
    https://medium.com/swlh/whats-your-flat-earth-bd3c11c9df1b

71. Flanagin J. Breeding ground for a diabolical lizard cult. *The New Republic*; June 3, 2019.
    https://newrepublic.com/article/154012/youtube-became-breeding-ground-diabolical-
    lizard-cult

72. Sci Fi. *Behind the Curve* offers a fresh spin on flat earthers. *Sci Fi*; June 2019.

73. Sodha S, Anti-vaxxers are wrong but ridicule is no way to win them over. *The Guardian*; April
    28, 2019. https://www.theguardian.com/commentisfree/2019/apr/28/anti-vaxxers-are-
    wrong-but-ridicule-is-no-way-to-win-them-over

74. Matthews M. The reason why people believe the earth is flat. *Men's Health*; March 11, 2019.
    https://www.menshealth.com/entertainment/a26766130/flat-earth-conspiracy/

75. The Colin McEnroe Show. The flat earth movement: a (global) phenomenon! (interview).
    *WNPR*; November 29, 2018. http://www.wnpr.org/post/flat-earth-movement-global-
    phenomenon

76. The Lisa Valentine Clark Show. Polarization of a nation (radio interview). *BYU Radio*; October
    1, 2018. https://www.byuradio.org/episode/ae74c76b-b853-4319-8ea4-e7cf0e2da2e7

77. Clark DJ. Behind the curve (documentary film). US Premiere at the Los Angeles Film Festival,
    September 22, 2018.
    https://www.imdb.com/title/tt8132700/
    https://www.netflix.com/title/81015076

78. MDedge Psychcast. Joseph Pierre: Dual diagnosis, part 2 (podcast interview). September 12,
    2018. https://www.mdedge.com/psychiatry/article/174394/mixed-topics/joseph-pierre-
    part-ii

79. MDedge Psychcast. Joseph Pierre: Dual diagnosis, part 1 (podcast interview). September 5, 2018. https://www.mdedge.com/psychiatry/article/174035/mixed-topics/joseph-pierre-dual-diagnoses-part-i

80. Brauser D. Positive long-term results for tardive dyskinesia drug. *Medscape;* April 3, 2018. https://www.medscape.com/viewarticle/894722

81. Miller K. Hollywood wants gun control – for everyone but them. *Yahoo Lifestyle*; January 16, 2018. https://www.yahoo.com/lifestyle/hollywood-wants-gun-control-everyone-170000419.html

82. Smith G. "It's not a guns issue. It's a mental health issue." But what if it's both? *The Berkeley Daily Planet*; November 30, 2017. http://www.berkeleydailyplanet.com/issue/2017-11-26/article/46287?headline=-It-s-Not-a-Guns-Issue.-It-s-a-Mental-Health-Issue.-But-What-If-It-s-Both---Gar-Smith

83. Stiehl C. A clothing company labeled a shirt 'schizophrenic' and its pretty baffling. *Self;* November 3, 2017. https://www.self.com/story/simple-addiction-schizophrenic-shirt

84. Hess P. Poison Halloween candy fears persist because humans suck at risk assessment. *Inverse.com*; October 27, 2017. https://www.inverse.com/article/37763-poison-halloween-candy-psychology

85. Hess P. Why Americans buy so many guns, according to psychology experts. *Inverse.com*; October 2, 2017. https://www.inverse.com/article/37012-gun-sales-psychology-las-vegas-mass-shooting

86. Chu M. Defining fake news. *Lakota East Spark* 2016-2017; 8:30-35. https://issuu.com/lehsspark/docs/issue_two_final.compressed

87. Rodriguez T. Tardive dyskinesia: Experts weigh in on new treatments, ongoing challenges. *Neurology Advisor*; August 31, 2017. http://www.neurologyadvisor.com/movement-disorders/tardive-dyskinesia-treatment-review-expert-qa/article/687298/

88. Cerullo M. How to cope with President Trump stress disorder. *New York Post*; August 16, 2017. http://www.nydailynews.com/news/politics/cope-president-trump-stress-disorder-article-1.3414933

89. Morales G.  Breaking down the myths about medicinal marijuana, an interview with Dr. Joseph M. Pierre (interview). Psych2go.net; July 2017. http://psych2go.net/breaking-myths-medicinal-marijuana-interview-dr-joseph-m-pierre/

90. Pemberton B. 'Love bombing' is the new dangerous dating trend. *New York Post*; August 1, 2017. http://nypost.com/2017/08/01/love-bombing-is-the-newest-dangerous-dating-trend/

91. Dodgson L. Manipulative people hook their victims with a tactic called 'love bombing' — here are the signs you've been a target. *Business Insider*; July 31, 2017. http://www.businessinsider.com/what-is-love-bombing-2017-7

92. The Matt Townsend Show. Diagnosing mental illness (radio interview). *BYU Radio*; June 29, 2017. http://www.byuradio.org/episode/43efa9e6-678f-4ad0-b40e-79b007da3778/the-matt-townsend-show-choose-your-adulthood-mental-illness-campus-hookup-culture

93. Meyer J. Is it fair to consider obesity a mental health issue? *The Bluffton Sun*; April 4, 2017. http://www.blufftonsun.com/is-it-fair-to-consider-obesity-a-mental-health-issue--cms-2163

94. Dodgson L. Some people subconsciously seek out narcissists to date — here's why. *Business Insider*; March 8, 2017. http://www.businessinsider.com/why-am-i-attracted-to-narcissists-2017-3/#reason-1-they-believe-in-their-own-attractiveness-1

95. Shapiro, SM. The radical movement redefining schizophrenia. *Foreign Policy*; January 16, 2017. http://foreignpolicy.com/2017/01/16/listen-to-the-voices-in-your-head/

96. CTV News. Scoring the presidential debates (TV interview). *CTV News Channel*; September 27, 2016. https://www.facebook.com/CTVNewsChannel/videos/1194038607324135/

97. Ross M. Anti-psychiatry folks cannot ignore that medication saves lives. *Huffington Post*; August 25, 2016. https://www.huffingtonpost.ca/marvin-ross/benefits-psychotropic-medication_b_11696148.html

98. McCue D. Voices in your head: How a support group helps members cope (article and TV interview). *CBC News*; December 4, 2015. http://www.cbc.ca/news/health/hearing-voices-strategies-psychosis-schizophrenia-1.3321134

99. Mora NM. Despite what the NYPD tells you, synthetic pot won't turn you into the hulk. *BuzzFeedNews*; August 6, 2015. http://www.buzzfeed.com/nicolasmedinamora/despite-what-the-nypd-says-synthetic-pot-will-not-turn-you-i#.iwQEDRoO70

100. Miller AM. Living with the voices in your head. *US News & World Report Health*; July 2, 2015. http://health.usnews.com/health-news/health-wellness/articles/2015/07/02/hearing-voices-not-always-a-sign-of-mental-illness

101. Ferner M. Should synthetic marijuana be banned in states were real pot is now legal? *The Huffington Post*; September 3, 2013. http://www.huffingtonpost.com/2013/09/03/synthetic-marijuana_n_3861228.html

102. Eifling S. Synthetic marijuana: What is it, and is it riskier than regular pot? *Popular Science*; April 16, 2013. http://www.popsci.com/science/article/2013-04/synthetic-marijuana-what-is-it

103. Sack DS. Is marijuana good medicine? Many claims about pot's beneficial effects just don't hold up. *Los Angeles Times*; July 26, 2012. http://articles.latimes.com/2012/jul/26/opinion/la-oe-0726-sack-medical-marijuana-20120726

## Forensic Consultancy & Expert Witness

| | |
|---|---|
| 1999-2000 | United States v. Furrow<br>Judy Clarke, Office of the Federal Public Defender<br>(with Sophia Vinogradov, M.D.) |
| 2009-2014 | Menendez v. University of Miami<br>Fowler White Burnett, PA |
| 2010-2011 | McKinney v. St. John's Pleasant Valley<br>Clinkenbeard, Ramsey & Spackman, LLP |
| 2010-2012 | Rosa v. Kochan<br>Bonne, Bridges, Mueller, O'Keefe, & Nichols |
| 2012 | State Compensation Insurance Fund<br>Jim Gates, Claims Representative |
| 2012 | Downer v. Compass Health Care<br>Quintairos, Prieto, Wood, & Boyer, PA |

| | |
|---|---|
| 2012 | Kantor & Kantor, LLP |
| 2014 | Turner v. Cohen et al.<br>Gibson, Dunn & Crutcher, LLP |
| 2014 | United States v. Hassan<br>Lt. Col. Chris Poppe, Army Trial Defense Service |
| 2014 | United States v. Ronald J. Joling and Dorothea J. Joling<br>Mark Weintraub, Assistant Federal Public Defender, Oregon |
| 2014 | MQAC Investigation of Jon Berner, M.D.<br>Johnson, Graffe, Keay, Moniz & Wick, LLP |
| 2014-2016 | Coffman, Cheryl vs. Glendale Adventist Medical Center<br>Daniels, Fine, Israel, Schonbuch, Lebovits, LLP |
| 2015-2016 | Medina vs. Citrus Valley<br>Rice & Bloomfield, LLP |
| 2015-2016 | Hope vs. Childnet<br>Marlow, Alder, Abrams, Newman & Lewis, LLP |
| 2016-2018 | Jones vs. SCMH<br>Fowler White Burnett, PA |
| 2016-2018 | Poole vs. Kaiser Permanente<br>Harland Burge, Esq |
| 2016-2019 | Plaintiffs vs. Aurora Vista Del Mar<br>David Feldman, Esq |
| 2017-2019 | Pickett/Gilbert v. County of Los Angeles<br>Harold G. Becks & Associates |
| 2019 | United States v. Jeffrey Yohai<br>Hilary Potasher, Federal Public Defender, Los Angeles |
| 2019 | United States v. James Ignatius Diamond<br>Craig Harbaugh, Deputy Federal Public Defender, Los Angeles |

# Exhibit D

**Exhibit D**

**Documents reviewed by Dr. Pierre**

| |
|---|
| Sealed Indictment, USA vs. Lawrence Ray, US District Court Southern District of New York |
| Letter, Chris Donnelly to Lawrence Ray, September 8, 1999 |
| Photographs of Lawrence Ray with Mikhail Gorbachev and other unnamed individuals |
| Psychological Evaluation, Teresa Ray v. Lawrence Ray, William Dr. Campagna PhD, October 23, 2005 |
| Psychiatric Report, Ray vs. Ray, Martin Weinapple MD, October 26, 2005 |
| Letter, R, Lane Stebbins, Deputy Attorney General to Nancy Hilder, US Probation Office, September 13, 2006 |
| Emails from Claudia Drury to Sarah Lawrence Dean Al Green, September 26, 2011 and November 1, 2012 |
| Medical records for Lawrence Ray, New York-Presbyterian, August 19, 2014 – August 25, 2014 |
| Medical records for Lawrence Ray, New York-Presbyterian ER, September 18, 2015 |
| Medical records for Lawrence Ray, Mt. Sinai Hospital, May 6, 2016 – May 7 2016 |
| Medical records for Lawrence Ray, David J Felix MD, September 5, 2014 – July 17, 2015 |
| Medical records for Lawrence Ray, Complete Neurological Care, August 5, 2014 – May 6, 2016 |
| Pharmacy records for Lawrence Ray, Hoboken Family Pharmacy, November 22, 2011 – March 2, 2020 |
| Medical records for Lawrence Ray, Talaxi Shah MD, October 13, 2015 – December 21, 2019 |
| Email, Robert Mutto EPA, February 29, 2016 |
| Letter, Felicia Rosario MD, May 5, 2016 |
| Interview, Lawrence Ray, FBI, February 14, 2020 |
| Interview, Isabella Pollok, FBI, February 13, 2020 |
| Interview, Scott Muller, FBI, February 13, 2020 |
| Interview, Scott Muller, FBI, February 18, 2020 |
| Interview, Felicia Rosario, FBI, March 5, 2020 |
| Various legal documents in a file entitled "Ray Lawrence DOI Court and other records" provided by Federal Defenders of New York, Inc. |
| Four audio recordings, labeled as conversations between Claudia Drury and Lawrence Ray, "Santos," her father, and her mother, located at https://soundcloud.com/user-567928855 |

Mollie Bracewell                                    December 6, 2021
Lindsey Keenan                                      Page 4
Danielle Sassoon
Assistant United States Attorneys

**Re:    *United States v. Lawrence Ray*, S1 20 Cr. 110 (LJL)**

been exposed to mercury is at least partially supported by medical evidence of Mr. Ray's
elevated mercury levels.

The defense reserves the right to supplement this notice with notice of additional expert
witnesses and/or additional information concerning the witnesses disclosed. We no longer intend
to offer expert testimony under Rule 12.2 (b) of the Federal Rules of Criminal Procedure.

Sincerely,

/s/
Allegra Glashausser
Marne Lenox
Neil Kelly
Peggy Cross-Goldenberg
Assistant Federal Defenders
(212) 417-8700