# Ex. 4

# [intentionally withheld]