UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
               -v-                                     :   20-CR-110-1 (LJL)
                                                                  :
LAWRENCE RAY,                                                     :   SCHEDULING
                                                                  :   ORDER
               Defendant.                              :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      IT IS HEREBY ORDERED that the Oral Argument previously set for January 7, 2022 is rescheduled to January 6, 2022 at 10:30AM.  The hearing will no longer take place in-person and instead will be held remotely by telephone.  Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.


      SO ORDERED.

Dated: December 28, 2021
       New York, New York                                    LEWIS J. LIMAN
                                                        United States District Judge