```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
                                                                   :
                                                                   :           20-cr-110 (LJL)
          -v-                                                      :
                                                                   :              ORDER
LAWRENCE RAY,                                                      :
                                                                   :
                    Defendant.                                     :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has scheduled argument on the pending expert motions for January 6, 2022. The hearing will be limited to argument on the expert motions of both the government and the defendant, with defendant arguing first in support of its motion, the government arguing next in opposition to the defense motion and in support of the government motion, and the defendant being granted time at the end for rebuttal and for argument in opposition to the government motion. The Court will not hear testimony from any expert witness at the January 6 hearing, but either side may argue that the Court should schedule a hearing at which it hears testimony.

SO ORDERED.

Dated: January 3, 2022
   New York, New York                        _____
                                                    LEWIS J. LIMAN
                                                United States District Judge