# EXHIBIT J

# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# January 8, 2018
## 470 Total Call Detail Records with Cell Site Location Information



**179 Call Detail Record Lines Between 12:08:13 AM and 4:08:43 PM**

**247 Call Detail Record Lines Between 12:06:42 PM and 11:53:46 PM**

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on January 9, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# January 9, 2018



(732) 943-6344
8:48:51 PM Voice Record

(917) 704-6751
8:48:52 PM Voice Record

| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
|---|---|---|---|
| January 9, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (917) 704-6751 | (732) 943-6344 | 9:20:00 AM | 0 sec |
| (732) 943-6344 | (917) 704-6751 | 2:27:01 PM | 26 sec |
| (732) 943-6344 | (917) 704-6751 | 7:07:30 PM | 2 sec |
| (917) 704-6751 | (732) 943-6344 | 8:39:02 PM | 1 sec |
| (917) 704-6751 | (732) 943-6344 | 8:48:52 PM | 2 sec |

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on January 11, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# January 11, 2018



**(732) 943-6344**
**1:33:59 PM Voice Record**
**Loc 1**

**(917) 704-6751**
**1:32:26 PM Voice Record**
**1:34:19 PM Text Record**

**(732) 943-6344**
**1:33:59 PM Voice Record**
**Loc 2**

| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
|---|---|---|---|
| January 11, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (732) 943-6344 | (917) 704-6751 | 3:14:05 AM | 45 sec |
| (732) 943-6344 | (917) 704-6751 | 12:03:08 PM | 39 sec |
| (732) 943-6344 | (917) 704-6751 | 12:04:28 PM | 11 sec |
| (917) 704-6751 | (732) 943-6344 | 1:18:40 PM | 9 sec |
| (732) 943-6344 | (917) 704-6751 | 2:49:25 PM | 9 sec |

5

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on January 16, 2018 and January 17, 2018  - Numbered in Chronological Order



**2**
(732) 943-6344
10:20:47 AM Text Record
January 17, 2018

**3**
(732) 943-6344
12:18:34 PM Voice Record
January 17, 2018

**1**
(732) 943-6344
9:47:10 PM Voice
Record
January 16, 2018

**4**
(732) 943-6344
2:48:01 PM Voice Record
January 17, 2018

Lat: 40.653142
Lon: -74.352245

Map data ©2021 Google   Terms of Use

6

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# January 17, 2018



**(732) 943-6344**
**12:18:34 PM Voice Record**
**Loc 1**

**(917) 704-6751**
**12:10:03 PM Text Record**
**12:29:27 PM Voice Record**

**(732) 943-6344**
**12:18:34 PM Voice Record**
**Loc 2**

| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
|---|---|---|---|
| January 17, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (732) 943-6344 | (917) 704-6751 | 10:59:44 AM | 32 sec |

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on January 20, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# January 20, 2018



**(732) 943-6344**
**Six (6) Call Detail Records**
**2:28:13 PM to 2:48:11 PM**

**(732) 943-6344**
**Three (3) Call Detail Records**
**2:28:13 PM to 2:55:41 PM**

**(917) 704-6751**
**2:24:42 PM Voice Record**
**2:54:34 PM Text Record**
**2:54:58 PM Text Record**
**2:55:38 PM Text Record**
**2:59:43PM Text Record**

| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
| --- | --- | --- | --- |
| January 20, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (732) 943-6344 | (917) 704-6751 | 10:17:01 AM | 49 sec |
| (732) 943-6344 | (917) 704-6751 | 12:53:15 PM | 14 sec |
| (917) 704-6751 | (732) 943-6344 | 1:46:30 PM | 4 sec |
| (732) 943-6344 | (917) 704-6751 | 2:06:11 PM | 19 sec |
| (732) 943-6344 | (917) 704-6751 | 7:24:55 PM | 1 sec |
| (917) 704-6751 | (732) 943-6344 | 8:35:28 PM | 2 sec |

9

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on January 25, 2018 and January 26, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# January 25, 2018



**(732) 943-6344**
**6:43:54 PM Voice Record**

**(917) 704-6751**
**6:36:59 PM Text Record**
**6:39:56 PM Text Record**
**7:09:45 PM Voice Record**

## Calls Between (732) 943-6344 & (917) 704-6751
### January 25, 2018

| Calling Number | Called Number | Time | Duration |
|---|---|---|---|
| (732) 943-6344 | (917) 704-6751 | 12:35:45 AM | 4 sec |
| (917) 704-6751 | (732) 943-6344 | 12:49:14 AM | 4 sec |
| (732) 943-6344 | (917) 704-6751 | 6:46:39 AM | 35 sec |
| (732) 943-6344 | (917) 704-6751 | 4:39:03 PM | 38 sec |
| (732) 943-6344 | (917) 704-6751 | 6:17:25 PM | 15 sec |

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on January 30, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# January 30, 2018



**(732) 943-6344**
**11:43:35 AM Voice Record**

**(917) 704-6751**
**11:43:35 AM Voice Record**

## Calls Between (732) 943-6344 & (917) 704-6751
### January 30, 2018

| Calling Number | Called Number | Time | Duration |
|---|---|---|---|
| (732) 943-6344 | (917) 704-6751 | 10:27:34 AM | 5 sec |
| (917) 704-6751 | (732) 943-6344 | 10:29:36 AM | 41 sec |
| (917) 704-6751 | (732) 943-6344 | 11:43:35 AM | 3 sec |
| (732) 943-6344 | (917) 704-6751 | 11:45:05 AM | 7 sec |
| (732) 943-6344 | (917) 704-6751 | 8:10:34 PM | 15 sec |
| (917) 704-6751 | (732) 943-6344 | 8:12:32 PM | 29 sec |

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on February 6, 2018  - Numbered in Chronological Order



(732) 943-6344
12:00:18 PM Voice Record

2

(732) 943-6344
1:04:38 PM Voice Record

3

1

(732) 943-6344
10:49:47 AM Voice Record

4

(732) 943-6344
5:06:34 PM Voice Record

14

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# February 6, 2018



**(917) 704-6751**
12:32:33 PM Text Record
12:32:37 PM Text Record
12:32:41 PM Text Record
12:33:12 PM Text Record

**(917) 704-6751**
1:32:49 PM Text Record

**(917) 704-6751**
12:40:35 PM Text Record

**(732) 943-6344**
12:17:47 PM Voice Record

### Calls Between (732) 943-6344 & (917) 704-6751
### February 6, 2018

| Calling Number | Called Number | Time | Duration |
|---|---|---|---|
| (732) 943-6344 | (917) 704-6751 | 3:35:39 AM | 35 sec |
| (917) 704-6751 | (732) 943-6344 | 8:31:19 AM | 3 sec |
| (732) 943-6344 | (917) 704-6751 | 9:31:58 AM | 56 sec |
| (917) 704-6751 | (732) 943-6344 | 9:33:14 AM | 18 sec |
| (732) 943-6344 | (917) 704-6751 | 9:34:34 AM | 22 sec |
| (917) 704-6751 | (732) 943-6344 | 10:26:45 AM | 2 sec |
| (917) 704-6751 | (732) 943-6344 | 12:00:18 PM | 106 sec |

15

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on February 12, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# February 12, 2018



**(917) 704-6751**
1:03:30 PM Voice Record
1:04:36 PM Text Record
1:05:07 PM Text Record
1:05:17 PM Text Record
1:06:10 PM Voice Record
1:30:26 PM Voice Record

**(732) 943-6344**
1:03:56 PM Voice Record
1:06:10 PM Voice Record
1:17:39 PM Voice Record

## Calls Between (732) 943-6344 & (917) 704-6751
### February 12, 2018

| Calling Number | Called Number | Time | Duration |
|---|---|---|---|
| (732) 943-6344 | (917) 704-6751 | 12:32:10 AM | 40 sec |
| (917) 704-6751 | (732) 943-6344 | 12:34:57 AM | 21 sec |
| (732) 943-6344 | (917) 704-6751 | 11:43:36 AM | 31 sec |
| (732) 943-6344 | (917) 704-6751 | 1:03:56 PM | 3 sec |
| (917) 704-6751 | (732) 943-6344 | 1:06:10 PM | 27 sec |

17

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on February 20, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# February 20, 2018



**Calls Between (732) 943-6344 & (917) 704-6751**
February 20, 2018

| Calling Number | Called Number | Time | Duration |
|---|---|---|---|
| (917) 704-6751 | (732) 943-6344 | 9:59:46 AM | 50 sec |
| (917) 704-6751 | (732) 943-6344 | 3:18:41 PM | 3 sec |
| (732) 943-6344 | (917) 704-6751 | 3:33:52 PM | 27 sec |
| (917) 704-6751 | (732) 943-6344 | 3:36:58 PM | 16 sec |

19

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on February 24, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# February 24, 2018



**(732) 943-6344**
**2:21:04 PM Voice Record**

**(732) 943-6344**
**2:50:08 PM Voice Record**
**2:57:04 PM Voice Record**

**(917) 704-6751**
**2:21:04 PM Voice Record**
**2:50:08 PM Voice Record**
**2:58:47 PM Text Record**
**2:59:05 PM Text Record**
**2:59:48 PM Text Record**

## Calls Between (732) 943-6344 & (917) 704-6751
### February 24, 2018

| Calling Number | Called Number | Time | Duration |
|---|---|---|---|
| (732) 943-6344 | (917) 704-6751 | 1:31:26 AM | 16 sec |
| (917) 704-6751 | (732) 943-6344 | 1:36:58 AM | 18 sec |
| (732) 943-6344 | (917) 704-6751 | 12:30:46 PM | 40 sec |
| (917) 704-6751 | (732) 943-6344 | 2:21:04 PM | 28 sec |
| (732) 943-6344 | (917) 704-6751 | 2:50:08 PM | 7 sec |

21

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on March 5, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# March 5, 2018



**(732) 943-6344**
2:58:09 PM Voice Record
2:58:56 PM Voice Record
2:59:05 PM Voice Record
3:03:04 PM Voice Record
3:05:54 PM Voice Record

**(917) 704-6751**
2:49:14 PM Voice Record
2:58:55 PM Voice Record
3:01:28 PM Voice Record
3:09:08 PM Text Record

**(732) 943-6344**
3:01:28 PM Voice Record

## Calls Between (732) 943-6344 & (917) 704-6751
### March 5, 2018

| Calling Number | Called Number | Time | Duration |
| --- | --- | --- | --- |
| (732) 943-6344 | (917) 704-6751 | 8:36:46 AM | 24 sec |
| (732) 943-6344 | (917) 704-6751 | 12:00:56 PM | 2 sec |
| (917) 704-6751 | (732) 943-6344 | 12:06:59 PM | 22 sec |
| (917) 704-6751 | (732) 943-6344 | 2:18:19 PM | 3 sec |
| (732) 943-6344 | (917) 704-6751 | 2:18:37 PM | 2 sec |
| (732) 943-6344 | (917) 704-6751 | 2:18:57 PM | 32 sec |
| (732) 943-6344 | (917) 704-6751 | 2:58:56 PM | 7 sec |
| (917) 704-6751 | (732) 943-6344 | 3:01:28 PM | 12 sec |
| (732) 943-6344 | (917) 704-6751 | 6:20:10 PM | 0 sec |
| (917) 704-6751 | (732) 943-6344 | 9:17:26 PM | 17 sec |

23

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
## Various Times on March 10, 2018  - Numbered in Chronological Order



(732) 943-6344
12:50:15 PM Voice Record

**2**

(732) 943-6344
1:04:12 PM Voice Record

**3**

**1**

(732) 943-6344
11:59:49 AM Text Record

(732) 943-6344
2:22:10 PM Voice Record

**4**

Lat: 40.6988853
Lon: -74.479455

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# March 10, 2018



**(917) 704-6751**
**12:50:14 PM Voice Record**

**(732) 943-6344**
**12:50:15 PM Voice Record**

Calls Between (732) 943-6344 & (917) 704-6751
March 10, 2018

| Calling Number | Called Number | Time | Duration |
|---|---|---|---|
| (732) 943-6344 | (917) 704-6751 | 12:50:15 PM | 17 sec |
| (917) 704-6751 | (732) 943-6344 | 12:54:19 PM | 26 sec |

25

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on March 14, 2018 - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# March 14, 2018



**(732) 943-6344**
**11:37:32 AM Voice Record**

**(917) 704-6751**
**11:37:32 AM Voice Record**

### Calls Between (732) 943-6344 & (917) 704-6751
### March 14, 2018

| Calling Number | Called Number | Time | Duration |
|---|---|---|---|
| (732) 943-6344 | (917) 704-6751 | 12:32:16 AM | 1 sec |
| (917) 704-6751 | (732) 943-6344 | 12:35:19 AM | 16 sec |
| (732) 943-6344 | (917) 704-6751 | 7:50:58 AM | 1 sec |
| (917) 704-6751 | (732) 943-6344 | 8:27:56 AM | 53 sec |
| (732) 943-6344 | (917) 704-6751 | 10:01:30 AM | 1 sec |
| (917) 704-6751 | (732) 943-6344 | 10:02:09 AM | 7 sec |
| (732) 943-6344 | (917) 704-6751 | 10:02:31 AM | 2 sec |
| (917) 704-6751 | (732) 943-6344 | 10:02:33 AM | 2 sec |
| (732) 943-6344 | (917) 704-6751 | 10:02:50 AM | 0 sec |
| (732) 943-6344 | (917) 704-6751 | 10:02:59 AM | 68 sec |
| (732) 943-6344 | (917) 704-6751 | 11:35:34 AM | 32 sec |
| (917) 704-6751 | (732) 943-6344 | 11:37:32 AM | 10 sec |

27

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on March 20, 2018 - Numbered in Chronological Order



(732) 943-6344
5:04:45 PM Voice Record

**2**

(732) 943-6344
7:07:33 PM Voice Record

**3**

**1**

(732) 943-6344
4:05:18 PM Voice Record

**4**

(732) 943-6344
7:51:21 PM Text Record

Lat: 40.609743
Lon: -74.536189

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# March 20, 2018



**(732) 943-6344**
**5:04:45 PM Voice Record**

**(917) 704-6751**
**4:53:25 PM Text Record**
**5:09:53 PM Text Record**

## Calls Between (732) 943-6344 & (917) 704-6751
### March 20, 2018

| Calling Number | Called Number | Time | Duration |
|---|---|---|---|
| (917) 704-6751 | (732) 943-6344 | 9:57:16 AM | 3 sec |
| (732) 943-6344 | (917) 704-6751 | 11:40:36 AM | 31 sec |
| (917) 704-6751 | (732) 943-6344 | 11:41:52 AM | 42 sec |
| (917) 704-6751 | (732) 943-6344 | 1:42:44 PM | 15 sec |
| (917) 704-6751 | (732) 943-6344 | 2:25:57 PM | 28 sec |
| (917) 704-6751 | (732) 943-6344 | 3:30:42 PM | 28 sec |

29

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
## Various Times on March 27, 2018 and March 28, 2018 - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# March 27, 2018



| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
|---|---|---|---|
| March 27, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (732) 943-6344 | (917) 704-6751 | 8:04:37 PM | 32 sec |

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
## Various Times from April 2, 2018  through April 5, 2018
## Numbered in Chronological Order



(732) 943-6344
4/3/2018
2:28:27 AM Voice Record
**3**

**4**

(732) 943-6344
4/5/2018
8:28:10 AM Voice Record

(732) 943-6344
4/3/2018
1:31:07 AM Voice Record
**2**

**1**
(732) 943-6344
4/2/2018
9:28:50 PM Voice Record

**5**

(732) 943-6344
4/5/2018
9:07:56 AM Voice Record

Lat: 40.649670
Lon: -74.559523

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# April 3, 2018



**(732) 943-6344**
**2:36:17 AM Voice Record**
**9:44:21 PM Voice Record**

**(917) 704-6751**
**2:36:17 AM Voice Record**
**9:44:21 PM Voice Record**

### Calls Between (732) 943-6344 & (917) 704-6751
### April 3, 2018

| Calling Number | Called Number | Time | Duration |
|---|---|---|---|
| (732) 943-6344 | (917) 704-6751 | 2:27:27 AM | 48 sec |
| (917) 704-6751 | (732) 943-6344 | 2:28:28 AM | 3 sec |
| (732) 943-6344 | (917) 704-6751 | 2:28:31 AM | 1 sec |
| (732) 943-6344 | (917) 704-6751 | 2:28:41 AM | 14 sec |
| (917) 704-6751 | (732) 943-6344 | 2:29:24 AM | 2 sec |
| (732) 943-6344 | (917) 704-6751 | 2:29:28 AM | 0 sec |
| (732) 943-6344 | (917) 704-6751 | 2:29:57 AM | 47 sec |
| (732) 943-6344 | (917) 704-6751 | 2:36:17 AM | 5 sec |
| (732) 943-6344 | (917) 704-6751 | 12:36:53 PM | 32 sec |
| (732) 943-6344 | (917) 704-6751 | 9:43:35 PM | 1 sec |
| (917) 704-6751 | (732) 943-6344 | 9:44:21 PM | 28 sec |
| (732) 943-6344 | (917) 704-6751 | 11:42:34 PM | 0 sec |
| (917) 704-6751 | (732) 943-6344 | 11:48:16 PM | 24 sec |
| (732) 943-6344 | (917) 704-6751 | 11:51:39 PM | 2 sec |
| (917) 704-6751 | (732) 943-6344 | 11:52:04 PM | 63 sec |
| (732) 943-6344 | (917) 704-6751 | 11:57:21 PM | 9 sec |

33

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
## April 4, 2018



**(732) 943-6344**
**12:07:25 AM Voice Record**

**(917) 704-6751**
**12:08:35 AM Text Record**

**(917) 704-6751**
**12:07:25 AM Voice Record**

**(917) 704-6751**
**11:56:40 PM Text Record**

**(732) 943-6344**
**11:45:19 PM Voice Record**
**11:59:02 PM Voice Record**

| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
| April 4, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
|---|---|---|---|
| (917) 704-6751 | (732) 943-6344 | 12:07:25 AM | 8 sec |
| (732) 943-6344 | (917) 704-6751 | 10:57:17 PM | 1 sec |
| (917) 704-6751 | (732) 943-6344 | 11:26:24 PM | 32 sec |
| (732) 943-6344 | (917) 704-6751 | 11:34:10 PM | 5 sec |
| (732) 943-6344 | (917) 704-6751 | 11:34:32 PM | 34 sec |
| (917) 704-6751 | (732) 943-6344 | 11:38:11 PM | 10 sec |
| (917) 704-6751 | (732) 943-6344 | 11:45:19 PM | 8 sec |
| (917) 704-6751 | (732) 943-6344 | 11:59:02 PM | 10 sec |

34

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on April 18, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# April 18, 2018



**(732) 943-6344**
**7:29:55 PM Voice Record**

**(917) 704-6751**
**7:29:55 PM Voice Record**

### Calls Between (732) 943-6344 & (917) 704-6751
### April 18, 2018

| Calling Number | Called Number | Time | Duration |
|---|---|---|---|
| (732) 943-6344 | (917) 704-6751 | 6:03:16 PM | 18 sec |
| (917) 704-6751 | (732) 943-6344 | 6:07:02 PM | 9 sec |
| (732) 943-6344 | (917) 704-6751 | 7:29:55 PM | 22 sec |

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on April 26, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# April 26, 2018



| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
| --- | --- | --- | --- |
| April 26, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (917) 704-6751 | (732) 943-6344 | 11:24:42 AM | 3 sec |
| (732) 943-6344 | (917) 704-6751 | 11:27:46 AM | 45 sec |

38

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on May 4, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# May 4, 2018



(732) 943-6344
10:25:35 AM Voice Record

(917) 704-6751
10:24:06 AM Voice Record

(917) 704-6751
10:20:47 AM Voice Record

| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
| May 4, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (917) 704-6751 | (732) 943-6344 | 10:20:47 AM | 15 sec |
| (917) 704-6751 | (732) 943-6344 | 10:24:06 AM | 11 sec |

40

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on May 17, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# May 17, 2018



| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
| --- | --- | --- | --- |
| May 17, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (732) 943-6344 | (917) 704-6751 | 3:51:14 PM | 35 sec |
| (732) 943-6344 | (917) 704-6751 | 3:51:59 PM | 0 sec |