# EXHIBIT J

# AT&T Cell Site Locations utilized by (917) 704-6751 **(red)**
# Various Times on June 10, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# June 10, 2018



| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
| --- | --- | --- | --- |
| June 10, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (917) 704-6751 | (732) 943-6344 | 1:18:56 PM | 6 sec |
| (917) 704-6751 | (732) 943-6344 | 1:40:17 PM | 11 sec |

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on June 21, 2018 - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# June 21, 2018



| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
| --- | --- | --- | --- |
| June 21, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (732) 943-6344 | (917) 704-6751 | 5:10:23 PM | 75 sec |
| (917) 704-6751 | (732) 943-6344 | 5:26:40 PM | 27 sec |
| (917) 704-6751 | (732) 943-6344 | 5:27:14 PM | 0 sec |
| (917) 704-6751 | (732) 943-6344 | 6:40:48 PM | 12 sec |

46

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on July 2, 2018 - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# July 2, 2018



| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
|---|---|---|---|
| July 2, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (732) 943-6344 | (917) 704-6751 | 6:20:56 PM | 1 sec |
| (917) 704-6751 | (732) 943-6344 | 6:29:12 PM | 83 sec |
| (917) 704-6751 | (732) 943-6344 | 6:33:06 PM | 10 sec |

48

# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# Various Times on July 12, 2018  - Numbered in Chronological Order



(917) 704-6751
7:12:49 AM Text Record

(917) 704-6751
11:08:40 AM Voice Record

(917) 704-6751
8:12:29 AM Voice Record

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# July 12, 2018



(732) 943-6344
5:16:13 AM Text Record
11:52:12 AM Voice Record

(917) 704-6751
8:12:29 AM Voice Record

**Calls Between (732) 943-6344 & (917) 704-6751**

July 12, 2018

| Calling Number | Called Number | Time | Duration |
|---|---|---|---|
| (732) 943-6344 | (917) 704-6751 | 7:41:47 PM | 2 sec |
| (917) 704-6751 | (732) 943-6344 | 8:01:32 PM | 3 sec |

50

# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# Various Times on July 29, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# July 29, 2018



**(917) 704-6751**
**6:59:19 PM Voice Record**

**(732) 943-6344**
**6:46:18 PM Voice Record**
**7:12:59 PM Voice Record**

| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
|---|---|---|---|
| July 29, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (917) 704-6751 | (732) 943-6344 | 4:27:28 PM | 155 sec |
| (732) 943-6344 | (917) 704-6751 | 4:44:14 PM | 69 sec |
| (917) 704-6751 | (732) 943-6344 | 4:50:01 PM | 20 sec |
| (917) 704-6751 | (732) 943-6344 | 6:19:50 PM | 9 sec |

52

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on August 3, 2018 - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
## August 3, 2018



(732) 943-6344
2:02:38 PM Voice Record
2:21:32 PM Voice Record

(917) 704-6751
16 Text Records
1:57:25 PM to 2:09:09 PM

| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
|---|---|---|---|
| August 3, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (732) 943-6344 | (917) 704-6751 | 11:37:21 AM | 33 sec |
| (732) 943-6344 | (917) 704-6751 | 1:09:46 PM | 35 sec |

54

# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# Various Times on August 8, 2018  - Numbered in Chronological Order



55

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# August 8, 2018



**(917) 704-6751**
**4:47:01 PM Voice Record**
**5:05:06 PM Voice Record**
**5:14:03 PM Voice Record**

**(732) 943-6344**
**5:49:04 PM Voice Record**

**(917) 704-6751**
**5:54:53 PM Voice Record**

**(732) 943-6344**
**4:47:01 PM Voice Record**

| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
|---|---|---|---|
| August 8, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (732) 943-6344 | (917) 704-6751 | 12:48:11 PM | 71 sec |
| (917) 704-6751 | (732) 943-6344 | 1:52:26 PM | 34 sec |
| (917) 704-6751 | (732) 943-6344 | 3:22:45 PM | 16 sec |
| (917) 704-6751 | (732) 943-6344 | 4:47:01 PM | 2 sec |

56

# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# Various Times on August 13, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# Verizon Cell Site Locations utilized by (917) 566-9122 (green)
# August 13, 2018



**Calls Between (732) 943-6344 & (917) 704-6751 & (917) 566-9122**

**August 13, 2018**

| Calling Number | Called Number | Time | Duration |
|---|---|---|---|
| (732) 943-6344 | (917) 704-6751 | 3:18:42 PM | 29 sec |
| (917) 704-6751 | (732) 943-6344 | 3:27:05 PM | 10 sec |
| (917) 704-6751 | (732) 943-6344 | 4:35:29 PM | 2 sec |
| (917) 566-9122 | (732) 943-6344 | 5:59:04 PM | 29 sec |
| (732) 943-6344 | (917) 704-6751 | 6:38:48 PM | 16 sec |
| (917) 566-9122 | (732) 943-6344 | 6:44:02 PM | 188 sec |

58

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue) Various Times on August 14, 2018 and August 15, 2018 - Numbered in Chronological Order



(732) 943-6344
3:27:42 AM Voice Record
August 15, 2018

3

(732) 943-6344
6:51:42 PM Voice Record
August 14, 2018

2

1

(732) 943-6344
4:00:47 PM Voice Record
August 14, 2018

(732) 943-6344
5:31:03 AM Voice Record
August 15, 2018

4

Lat: 40.643543
Lon: -74.550103

59

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# August 14, 2018



| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
|---|---|---|---|
| August 14, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (732) 943-6344 | (917) 704-6751 | 8:34:18 PM | 68 sec |
| (732) 943-6344 | (917) 704-6751 | 8:36:32 PM | 91 sec |
| (732) 943-6344 | (917) 704-6751 | 8:38:45 PM | 16 sec |

60

# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# Various Times on August 17, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# August 17, 2018



**(917) 704-6751**
**20 Voice and Text Records**
**9:41:18 AM to 11:35:48 AM**

**(732) 943-6344**
**11:36:45 AM Voice Record**

| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
|---|---|---|---|
| August 17, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (917) 704-6751 | (732) 943-6344 | 10:56:54 AM | 2 sec |
| (732) 943-6344 | (917) 704-6751 | 11:21:27 AM | 7 sec |

62

# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
## Various Times on August 21, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# August 21, 2018



| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
|---|---|---|---|
| August 21, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (917) 704-6751 | (732) 943-6344 | 5:44:21 PM | 3 sec |
| (732) 943-6344 | (917) 704-6751 | 6:33:18 PM | 12 sec |

64

# Verizon Cell Site Locations utilized by (917) 566-9122 (green)
# Various Times on August 23, 2018  - Numbered in Chronological Order



# Verizon Cell Site Locations utilized by (917) 566-9122 (green)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# August 23, 2018



(917) 566-9122
7:20:36 PM (± 2 min 8 s) Voice Record

(917) 704-6751
All Utilized Locations
48 Voice and Text Records
4:06:51 PM to 8:52:50 PM

# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# Various Times on August 27, 2018  - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# August 27, 2018



(917) 704-6751
7 Voice and Text Records
10:08:45 AM to 11:27:06 AM

(732) 943-6344
1:35:28 PM Voice Record

| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
|---|---|---|---|
| August 27, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (732) 943-6344 | (917) 704-6751 | 7:24:46 AM | 76 sec |

68

# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# Various Times on September 13, 2018 - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# Verizon Cell Site Locations utilized by (917) 566-9122 (green)
# September 13, 2018



**(732) 943-6344**
**6:10:12 PM Voice Record**

**(917) 704-6751**
**One Utilized Location**
**13 Voice and Text Records**
**1:02:18 PM to 4:42:40 PM**

**(917) 566-9122**
**One Utilized Location**
**6 Voice Records**
**4:59:26 PM (± 31 s) to 6:11:41 PM (± 88 s)**

Calls Between (732) 943-6344 & (917) 704-6751 & (917) 566-9122
September 13, 2018

| Calling Number | Called Number | Time | Duration |
|---|---|---|---|
| (732) 943-6344 | (917) 566-9122 | 4:58:54 PM | 63 sec |
| (917) 704-6751 | (732) 943-6344 | 5:23:58 PM | 2 sec |
| (732) 943-6344 | (917) 704-6751 | 5:31:38 PM | 0 sec |
| (917) 566-9122 | (732) 943-6344 | 6:10:12 PM | 177 sec |
| (732) 943-6344 | (917) 704-6751 | 6:18:57 PM | 21 sec |

70

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
## Various Times on September 21, 2018 and September 22, 2018 - Numbered in Chronological Order



(732) 943-6344
11:19:15 PM Voice Record
September 21, 2018

3

(732) 943-6344
10:30:30 PM Voice Record
September 21, 2018

2

(732) 943-6344
5:46:33 PM Text Record
September 21, 2018

1

(732) 943-6344
12:15:04 AM Voice Record
September 22, 2018

4

Lat: 40.595732
Lon: -74.563700

Map data ©2021 Google   Terms of Use

71

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# September 21, 2018



**(732) 943-6344**
**10:30:30 PM Voice Record**

**(917) 704-6751**
**10:23:42 PM Text Record**

**(917) 704-6751**
**10:31:24 PM Text Record**

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue) Various Times on September 27, 2018 and September 28, 2018 - Numbered in Chronological Order



**2**
(732) 943-6344
12:32:42 AM Voice Record
September 28, 2018

**3**
(732) 943-6344
12:32:46 AM Voice Record
September 28, 2018

**1**
(732) 943-6344
10:49:44 PM Voice Record
September 27, 2018

**4**
(732) 943-6344
10:11:02 AM Voice Record
September 28, 2018

Lat: 40.595569
Lon: -74.560306

Map data ©2021 Google   Terms of Use

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# September 28, 2018



| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
| --- | --- | --- | --- |
| September 27, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (732) 943-6344 | (917) 704-6751 | 10:49:44 PM | 7 sec |
| (917) 704-6751 | (732) 943-6344 | 10:57:14 PM | 0 sec |
| (732) 943-6344 | (917) 704-6751 | 11:02:28 PM | 13 sec |
| September 28, 2018 | | | |
| (917) 704-6751 | (732) 943-6344 | 12:32:46 AM | 3 sec |

74

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on October 2, 2018 and October 3, 2018 - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# October 2, 2018



**(732) 943-6344**
**11:34:54 PM Voice Record**

**(917) 704-6751**
**11:54:10 PM Voice Record**

| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
|---|---|---|---|
| October 2, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (917) 704-6751 | (732) 943-6344 | 8:50:08 AM | 189 sec |
| (917) 704-6751 | (732) 943-6344 | 12:26:29 PM | 2 sec |

76

# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# Various Times on October 5, 2018 - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# October 5, 2018



**(732) 943-6344**
**10:56:00 AM Voice Record**

**(917) 704-6751**
**10:56:00 AM Voice Record**

### Calls Between (732) 943-6344 & (917) 704-6751
### October 5, 2018

| Calling Number | Called Number | Time | Duration |
|---|---|---|---|
| (732) 943-6344 | (917) 704-6751 | 10:31:10 AM | 8 sec |
| (917) 704-6751 | (732) 943-6344 | 10:56:00 AM | 62 sec |

78

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on October 9, 2018 - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# October 9, 2018



| Calls Between (732) 943-6344 & (917) 704-6751 | | | |
|---|---|---|---|
| October 9, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (732) 943-6344 | (917) 704-6751 | 1:43:17 PM | 0 sec |
| (917) 704-6751 | (732) 943-6344 | 1:45:25 PM | 34 sec |
| (917) 704-6751 | (732) 943-6344 | 1:52:49 PM | 18 sec |
| (917) 704-6751 | (732) 943-6344 | 1:59:08 PM | 20 sec |

80

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# Various Times on October 15, 2018 and October 16, 2018 - Numbered in Chronological Order



(732) 943-6344
9:22:58 PM Voice Record
9:41:34 PM Voice Record
October 15, 2018

(917) 704-6751
89 Voice and Text Records
12:52:32 PM on October 15, 2018
to 12:56:53 AM on October 16, 2018

(917) 704-6751
No Voice or Text Records
12:56:54 AM on October 16, 2018
to 8:05:35 AM on October 16, 2018

(732) 943-6344
6:34:00 PM Voice Record
October 15, 2018

(917) 704-6751
29 Incoming Text Records
2:47:44 PM on October 16, 2018
to 3:01:56 PM on October 16, 2018

(732) 943-6344
9:30:29 AM Text Record
October 16, 2018

(732) 943-6344
1:58:27 PM Text Record
October 16, 2018

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# AT&T Cell Site Locations utilized by (917) 704-6751 (red)
# October 15, 2018



(917) 704-6751
9:16:55 PM Text Record

(732) 943-6344
9:22:58 PM Voice Record

# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on November 22, 2018 - Numbered in Chronological Order



# AT&T Cell Site Locations utilized by (732) 943-6344 (blue)
# Various Times on November 22, 2018 - Numbered in Chronological Order
# (Larger Scale)



(917) 566-9122
11:53:47 PM (± 2 min 45 s) Voice Record

(917) 566-9122
8:03:24 PM (± 2 min 0 s) Voice Record

(732) 943-6344
10:31:28 PM Text Record

(732) 943-6344
7:59:46 PM Voice Record

| Calls Between (732) 943-6344 & (917) 566-9122 | | | |
|---|---|---|---|
| November 22, 2018 | | | |
| Calling Number | Called Number | Time | Duration |
| (917) 566-9122 | (732) 943-6344 | 7:46:05 PM | 0 sec |

84