UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                             :

UNITED STATES OF AMERICA,            :

                                             :

                                           :               20-cr-110 (LJL)

      -v-                                 :

                                           :                ORDER

LAWRENCE RAY,                   :

                                         :

                   Defendant.        :

                                           :

------------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:_____**
**DATE FILED: 1/13/2022**

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Defendant's letter dated January 10, 2022, requesting that the Court review certain medical records and corresponding privilege logs received pursuant to Rule 17.  The privilege logs and redacted material appended to that letter reference records by bate stamps.  The Court has received the records that are the subject of the privilege logs and proposed redactions provided to defense counsel, but it has received those records directly from the subpoenaed sources.  The records therefore do not have corresponding bate stamps.

      It is hereby ORDERED that, no later than January 18, 2022 by 5 p.m., counsel for Jane Doe 1, Jane Doe 2, Jane Doe 3, and John Doe each provide to the Court the unredacted **and bate-stamped** records that are referenced in Defendant's letter of January 10, 2022 and the corresponding exhibits.  Counsel may provide these to the Court in hard copy or through a secure electronic file transfer.  Counsel should be prepared to follow the same procedure for any subsequent production of redacted records or privilege logs to the defense in order to facilitate the Court's review of those records.

SO ORDERED.

Dated: January 13, 2022
      New York, New York                           _____
                                               LEWIS J. LIMAN
                                       United States District Judge