UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                  :
:
:
:                    20-cr-110 (LJL)
-v-                                         :
:                    ORDER
LAWRENCE RAY,                               :
:
        Defendant.                          :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    A remote *Daubert* hearing is scheduled for tomorrow, January 19, 2022, at 9:00 A.M. It is hereby ordered that on or before 5:00 P.M. today, counsel for the Government and for Mr. Ray are to send the Court, by email to chambers, courtesy copies of any exhibits they anticipate using in the hearing. Absent a well-founded request for sealing, the Court will post any exhibits that are used to ECF after the hearing. In addition, prior to the hearing, the parties are to share any exhibits that they intend to use that have not already been exchanged between the parties. The Court will start the hearing with counsel for Mr. Ray calling Dr. Pierre and then will proceed to cross-examination.

    In addition, absent objection, the Court anticipates arraigning Mr. Ray on the superseding indictment tomorrow.

SO ORDERED.

Dated: January 18, 2022
       New York, New York
                                          LEWIS J. LIMAN
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2022