# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 23, 2022

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSEMENT.
The Court is unable to accommodate the last minute request to convert the oral argument into a remote hearing. Therefore, the hearing will proceed in-person as scheduled on January 24, 2022 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

1/24/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re:     United States v. Lawrence Ray**
         **20 Cr. 110 (LJL)**

Dear Judge Liman:

We write on behalf of Lawrence Ray in the above-captioned case pursuant to the Court's January 19, 2022 order that defense counsel meet and confer with (1) counsel for Jane Doe 1 concerning the proposed redactions to Jane Doe 1's Rule 17 medical records, and (2) the government and complainants' counsel concerning whether the hearing scheduled for Monday, January 24, 2022 should be converted to a remote proceeding in light of Covid-related concerns.

On Friday, January 21, 2022, defense counsel met and conferred with counsel for Jane Doe 1 concerning their proposed redactions to Jane Doe 1's medical records. Upon review of the records, counsel for Jane Doe 1 noted that there are redactions they may be willing to unredact, and agreed to re-review the records with an eye on that issue. Because counsel for Jane Doe 1 was in the midst of review of another set of records from a different provider, redactions of which they produced later that day, counsel stated that they will aim to re-review the redactions discussed the week of January 24.

With respect to the conference scheduled for Monday, January 24, 2022, the government informed the defense that they conferred with counsel for the complainants and all parties are comfortable proceeding remotely. Mr. Ray also consents to a remote proceeding that day.

Thank you for your consideration of this matter.

Hon. Lewis J. Liman

Respectfully submitted,

*/s/*

Marne L. Lenox, Esq.
Peggy Cross-Goldenberg, Esq.
Allegra Glashausser, Esq.
Neil P. Kelly, Esq.

*Counsel for Lawrence Ray*


cc:      Counsel of record

2