```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
                                                                   :
                                                                   :        20-cr-110 (LJL)
            -v-                                                    :
                                                                   :        ORDER
LAWRENCE RAY,                                                      :
                                                                   :
                    Defendant.                                     :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed by the United States Marshals that Mr. Ray is refusing to come to Court for the previously scheduled hearing today.  The hearing has long been on the calendar, and defense counsel has not submitted a request to excuse Mr. Ray's presence.  Accordingly, the Court has informed the United States Marshals to deliver Mr. Ray to the courthouse.  If necessary, the Court will sign an order authorizing the Marshals to use force to compel his attendance.

      A copy of this Order will be emailed to counsel for Mr. Ray and for the government.

SO ORDERED.

Dated: January 24, 2022
       New York, New York

                                                    LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2022