# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**VIA ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> The Court excuses Mr. Ray from appearing at today's oral argument. In addition, the Oral Argument will now proceed remotely by zoom video conference. Parties will be provided instructions to access the hearing. The public may access the hearing through the Court's audio only teleconference line by dialing 888-251-2909 and using access code 2123101. The Court will address scheduling of a remote arraignment on the second superseding indictment at today's hearing.
>
> 1/24/2022   SO ORDERED.
>
> /s/ LEWIS J. LIMAN
> United States District Judge

January 24, 2022

**Re:   United States v. Lawrence Ray**
        **20 Cr. 110 (LJL)**

Dear Judge Liman:

   The parties are in receipt of the Court's force order requiring Mr. Ray to appear in the courthouse for today's proceeding. As counsel for Mr. Ray, we respectfully request that the Court excuse Mr. Ray's appearance for the Rule 17 oral argument and that we proceed on today's matter remotely, and schedule a remote arraignment on the second superseding indictment later in the week. The government does not object to this request.

   Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.
Peggy Cross-Goldenberg, Esq.
Allegra Glashausser, Esq.
Neil P. Kelly, Esq.

*Counsel for Lawrence Ray*

cc:   Counsel of record