```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
                    Choose an item.                                :    20-CR-110 (LJL)
                                                                   :
            -v-                                                    :        ORDER
                                                                   :
LAWRENCE RAY,                                                      :
                                                                   :
                    Defendant.                                     :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2022

LEWIS J. LIMAN, United States District Judge:

      The Court has received correspondence from the Government and defendant's counsel stating that they, and Mr. Ray, are prepared to proceed with today's oral argument in-person in Courtroom 15C.  The Court rescinds its previous order setting this as a remote hearing and restores it back to an in-person hearing.  All counsel and Mr. Ray are expected to appear in-person, unless the Court has given them leave to appear remotely by telephone.  Along with limited seating in the courtroom, the public may access the hearing through the Court's audio only teleconference line by dialing 888-251-2909 and using access code 2123101.

      SO ORDERED.

Dated: January 24, 2022
       New York, New York

                                                       LEWIS J. LIMAN
                                         United States District Judge