UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                    :

UNITED STATES OF AMERICA          :     **3500 PROTECTIVE ORDER**

               - v. –                           :
                                                    :     S2 20 Cr. 110 (LJL)

LAWRENCE RAY,                      :
   a/k/a "Lawrence Grecco,"         :

                  Defendant.       :

------------------------------------------------------X

        Upon the application of the United States of America, Damian Williams, United States Attorney for the Southern District of New York, by and through Mary E. Bracewell, Lindsey Keenan, and Danielle Sassoon, Assistant United States Attorneys, of counsel, for an order precluding the dissemination of material produced pursuant to 18 U.S.C. § 3500 and/or *Giglio v. United States*, 405 U.S. 150 (1972) ("3500 Material"), other witness statements made by non-testifying individuals ("Non-Testifying Material," and together with 3500 Material, "the Protected Material"), made on consent of defense counsel, and based on the Court's independent review,

        IT IS HEREBY ORDERED that (1) defense counsel must destroy or return to the Government all Protected Material (and any copies thereof) at the conclusion of the trial of this matter or when any appeal has become final subject to defense counsel's obligation to retain client files under the Rules of Professional Conduct; (2) the defense and the defendant is precluded from disseminating any of the Protected Material to anyone beyond the defendant, defense counsel, any paralegal or staff or expert witnesses employed by the defense, and with prospective witnesses while in the presence of defense counsel; and (3) the defendant is precluded from taking or keeping

any paper copies of the Protected Material in any jail facility, whether before, during, or after trial except in the possession of defense counsel or any paralegal or staff employed by the defense, when in the presence of defense counsel or any paralegal or staff employed by the defense, or with prior permission of the Court upon notice to the Government; and except that the defendant may review electronic copies of the Protected Material independently and pursuant to the terms of the Laptop Order entered in this case.

[Intentionally Left Blank]

IT IS FURTHER ORDERED that the defendant, defense counsel, and any paralegal or staff employed by the defense are precluded from publicly disclosing or disseminating the identity of any civilian witnesses referenced in the Protected Material whose identities have not already been disclosed in Court. This Order does not prevent the disclosure of the Protected Material in any motion, hearing, or trial held in this action, or to any judge or magistrate judge, for purposes of this action. All filings should comply with the privacy protection provisions of Federal Rule of Criminal Procedure 49.1.

Dated:   New York, New York
         January ___, 2022

                                        _____
                                        THE HONORABLE LEWIS J. LIMAN
                                        UNITED STATES DISTRICT JUDGE

Consented to by:

                                        DAMIAN WILLIAMS
                                        United States Attorney
                                        Southern District of New York

                                 By:    _____
                                        Mary E. Bracewell
                                        Lindsey Keenan
                                        Danielle Sassoon
                                        Assistant United States Attorneys


                                        /s/ Marne L. Lenox
                                 By:    _____
                                        Marne Lenox, Esq.
                                        Peggy Cross-Goldenberg, Esq.
                                        Allegra Glasshauser, Esq.
                                        Attorneys for Lawrence Ray

3