# EXHIBIT A



# EXHIBIT B

# EXHIBIT
# C



# EXHIBIT D

# EXHIBIT E

# EXHIBIT F

# EXHIBIT

# G

# EXHIBIT H

# EXHIBIT

# J

# EXHIBIT K



