```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
        -v-                                                        :
                                                                   :      20-cr-110 (LJL)
LAWRENCE RAY,                                                      :
                                                                   :           ORDER
                                Defendant.                         :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The defense has moved for orders: (1) granting Ray additional access to a laptop in his cell for the purpose of reviewing discovery and other case materials, and (2) permitting it in-person visits with Ray at the United States Courthouse. Dkt. No. 331. The Government objects to the motion for an order for in-person visits on grounds that it will be burdensome and also objects to Ray being granted access to his laptop seven days a week on the same grounds, as well as on the grounds that Ray has not, to date, availed himself of all of the hours during which he has been permitted access to the Laptop. *See* Dkt. No. 333.

      The defense's motions are granted in substantial part and denied in part. As reflected in the Orders entered contemporaneously herewith, the Court will direct the Bureau of Prisons to provide the Laptop to Ray for the number of hours that the defense has requested but will give the Bureau of Prisons discretion regarding the days during which Ray has such access (as long as he has the Laptop for a minimum of 3 hours each weekday and access for a total of 21 hours each week). The Court will also grant Ray the ability to meet with his lawyers at the United States Courthouse but without the assurance that the meetings will take place on Fridays, along the lines of the same access granted by Judge Castel to the defendants in the case before him in the final period before trial. *See United States v. Bello*, No. 20-cr-310 (S.D.N.Y. Jan. 28, 2022), ECF No. 207.

      The Court further orders that the 21 hours during which Ray has access to his Laptop will be in addition to and not included within the hours during which he will be produced to the United States Courthouse. In other words, in order to prepare for trial, he will be able to meet with his lawyers at the United States Courthouse <u>and</u> to have access to his Laptop in his cell for at least 21 hours a week.

      The Clerk of Court is respectfully directed to close Dkt. No. 331.

SO ORDERED.

Dated: February 3, 2022  
      New York, New York  
                                                      LEWIS J. LIMAN  
                                                      United States District Judge