UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                    :

UNITED STATES OF AMERICA,              :

      -v-                                       :              20-cr-110 (LJL)

LAWRENCE RAY,                                :              <u>AMENDED ORDER</u>

                     Defendant.              :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2022

LEWIS J. LIMAN, United States District Judge:

      The Court has arranged for the possibility of one lawyer visit per week for defendant Lawrence Ray ("Ray") to meet with defense counsel, beginning the week of February 7, 2022, and continuing through Friday, March 4, 2022. Each visit will be held at the 500 Pearl Street Courthouse at a location designated by the U.S. Marshal Service ("USMS") and may be up to two hours in length. To arrange for the visits, defense counsel should contact Joseph Pecorino in the District Executive's Office at 212-805-0504 no later than 3 pm on February 4, 2022.

      The Warden of the Metropolitan Detention Center (the "Warden") is respectfully ordered to release defendant Lawrence Ray into the custody of the USMS, as requested by the USMS, for the purpose of these lawyer. The defendant shall be returned to the custody of the Warden upon completion of each lawyer visit at the 500 Pearl Street Courthouse.

      It is further ORDERED that the lawyer visits shall take place in a room that permits face-to-face conversation and joint viewing of a computer screen to facilitate the review of case materials. For security reasons, there shall be a barrier between Ray and his defense counsel. Ray shall be permitted to bring with him to the Courthouse case-related materials, including his laptop, that he needs to review with defense counsel.

      This Order shall replace the Court's Order of February 3, 2022 at Dkt. No. 337.

SO ORDERED.

Dated: February 4, 2022
       New York, New York

                                                   LEWIS J. LIMAN
                                                   United States District Judge