```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
              -v-                                                  :
                                                                   :    20-cr-110 (LJL)
LAWRENCE RAY,                                                      :
                                                                   :         ORDER
                                    Defendant.                     :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/8/2022__

LEWIS J. LIMAN, United States District Judge:

For the reasons set forth in the Court's Opinion and Order of February 8, 2022, it is hereby ORDERED that the following information shall be unredacted:

In the records of John Doe from the Postgraduate Center for Mental Health, at the documents Bates-stamped:

- JOHNDOE1-000149: the information under "Appearance," "Build/Stature," "Posture," "Eye Contact," "Activity," and "Attitude Toward Examiner";
- JOHNDOE1-000150: the information under "Speech";
- JOHNDOE1-000156: the information following "Collateral Input";
- JOHNDOE1-000157: the information following "IND Method" except for: the language following "to articulate feelings about . . ." following the first instance of "IND Method," the language following "to identify . . ." following the second instance of "IND Method";
- JOHNDOE1-000158: the information following "Collateral Input"; the information following "IND Method" except for: the language following "to decrease" following the first instance of "IND Method"; the language following "triggers for" following the second instance of "IND Method"; the language following "use of techniques" following the third instance of "IND Method."  Parallel redactions/unredactions shall be made at JOHNDOE1-000162;
- JOHNDOE1-000161: the information following "IND Method" except for: the language following "to articulate" following the first instance of "IND Method"; the language following "to identify" following the second instance of "IND Method."

In the records of John Doe from St. Barnabas Hospital, the documents Bates-stamped:

- JOHNDOE1-000246–48;
- JOHNDOE1-000254;

- JOHNDOE1-000259–71;
- JOHNDOE1-000272: the information between "MSE . . . controlled";
- JOHNDOE1-000273: everything except the language on the line beginning "Give the Following . . .";
- JOHNDOE1-000277: everything except the language on the line beginning "Give the Following . . .";
- JOHNDOE1-000279.

In the records of Jane Doe 3 from Georgetown University Hospital. The redactions at the document Bates-stamped:

- MEDSTAR_JD3_00000027.

Counsel for John Doe and Jane Doe 3 are directed to provide the re-redacted records from the Postgraduate Center for Mental Health, St. Barnabas Hospital, and Georgetown University Hospital to defense counsel by February 11, 2022, at 5 p.m.

SO ORDERED.

Dated: February 8, 2022
      New York, New York

                                                     LEWIS J. LIMAN
                                         United States District Judge