```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :
        -v-                                                     :
                                                                :           20-cr-110 (LJL)
LAWRENCE RAY,                                                   :
                                                                :              ORDER
                                Defendant.                      :
                                                                :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      As reflected on the docket, the Court has scheduled a hearing for tomorrow, February 10, 2022, at 2:00 p.m. in Courtroom 15C of the 500 Pearl Street Courthouse to consider the application of Defendant Ray that his counsel be permitted to withdraw. Ray has not asked for the trial to be adjourned. However, it is possible that if his current counsel is permitted to withdraw and new counsel were appointed, the inevitable result would be for trial to be delayed, perhaps for a lengthy period of time. The law permits the Court to consider issues such as the Speedy Trial Act and calendar management in reviewing an application for the withdrawal of counsel and the appointment of new counsel. In addition, under the Crime Victims' Rights Act, a crime victim has the "right to proceedings free from unreasonable delay." 18 U.S.C. s 3771(a)(7). Certain individuals have been identified as alleged victims in this case. Accordingly, it is hereby ORDERED that any alleged victim who wishes to be heard on the issue of potentially delaying the trial of this matter may be heard either by letter submitted on ECF on or before 1:00 p.m. on February 10, 2022, or by appearing in person at the hearing.

      SO ORDERED.

Dated: February 9, 2022
      New York, New York

                                                   LEWIS J. LIMAN
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2022