# Kramer Levin

Darren LaVerne
Partner
T 212.715.9190
F 212.715.8190
dlaverne@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

February 10, 2022

**Via ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Lawrence Ray, et al.*, 1:20-CR-110 (LJL)

Dear Judge Liman:

On behalf of Jane Doe 1, we respectfully submit this letter in response to the Court's February 9, 2022 Order and pursuant to 18 U.S.C. § 3771(a). Ms. Doe respectfully asks that the trial go forward as scheduled on March 8, 2022. This case has been pending for two years. As a victim, Ms. Doe is entitled to see Mr. Ray at last brought to trial and held accountable under the law. While nothing will fully repair the harm he has caused, the trial will help Ms. Doe turn the page on this harrowing chapter of her life. Every day the trial is delayed is another day justice and this measure of closure are denied.

Respectfully submitted,

/s/ Darren A. LaVerne
Darren A. LaVerne

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036
Telephone:  212.715.9190

cc:   Counsel of Record (via ECF)