# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 10, 2022

Via ECF

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States* v. *Lawrence Ray*, 1:20-cr-00110 (LJL)

Dear Judge Liman:

Pursuant to the Court's order of February 9, 2022 (ECF No. 351), I submit this letter on behalf of John Doe 4, who is a victim of the defendant Lawrence Ray.

The Court has indicated that, depending on the outcome of the defendant's motion for substitution of counsel, the trial may be delayed for a substantial amount of time. Mr. Doe has been living under a cloud of stress and anxiety awaiting the start of the trial, which is scheduled to occur in less than a month. For the past several months, Mr. Doe has been mentally preparing himself for the trial and for his potential testimony. Any substantial delay of the trial will be stressful for and emotionally damaging to Mr. Doe.

Accordingly, Mr. Doe respectfully requests that the trial go forward on the originally scheduled date or shortly thereafter. Thank you for your consideration.

Sincerely,

*/s/*Sharon Cohen Levin

Sharon Cohen Levin