# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 10, 2022

**VIA ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

2/11/2022

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: **United States v. Lawrence Ray**
   20 Cr. 110 (LJL)

Dear Judge Liman:

The parties write jointly to propose the following schedule for pretrial submissions:

| | |
|---|---|
| February 10, 2022: | Government to produce *Giglio* material |
| | 3500 disclosure |
| | Government co-conspirator letter |
| February 11, 2022: | Government letter re: anonymizing witness |
| February 15, 2022: | Government exhibit list |
| February 18, 2022: | Motions in limine response, government and defense |
| | Proposed voir dire |
| February 22, 2022: | Oral argument on motions in limine [10 am] |
| February 25, 2022: | Requests to charge |
| | Proposed verdict sheet |
| March 1, 2022: | Final pre-trial hearing [11 am] |
| | Defense motion re: Rule 412 |
| March 8, 2022: | Trial |

Respectfully submitted,

/s/

Marne L. Lenox, Esq.
Peggy Cross-Goldenberg, Esq.
Allegra Glashausser, Esq.
Neil P. Kelly, Esq.

*Counsel for Lawrence Ray*

cc: Counsel of record