USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- :
: 20-cr-110 (LJL)
LAWRENCE RAY, :
: ORDER
Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has scheduled oral argument on the in limine motions of the parties for Tuesday February 22, 2022, at 10:00 a.m. The Court will be able to address a number of the motions without argument. The Court directs that the parties be prepared to address the following motions/issues at argument:

1. Defense in limine motion #1 (Dkt. No. 325) addressed to forced labor through sexual services evidence.
2. Defense in limine motion #1 (Dkt. No. 325) regarding evidence of sexual grooming.
3. Defense in limine motion #3 (Dkt. No. 327) regarding state of mind.
4. Government in limine motion (Dkt. No. 323), part I regarding co-conspirator statements of CC-2.
5. Government in limine motion (Dkt. No. 323), part X regarding Defendant's prior incarceration and New York Magazine article.
6. The alleged similar incidents evidence regarding the Defendant's ex-wife and two ex-girlfriends. (Dkt. No. 371 at part VII).
7. The relevance of testimony by or about the witness whose first name is Cleo. (Dkt. No. 371 at part IX).

In addition, the Government is directed to, by 5 p.m. on Monday, February 21, 2022: (1) provide to the Court copies of the maps from the Government's cell site expert; (2) inform the Court whether it has disclosed the computations that it expects Revenue Agent Catanzaro to testify to at trial; (3) inform the Court how, if at all, it proposes to address that the receipt into evidence of Defendant's 1998 federal tax return would prejudicially and improperly suggest to the jury that Defendant intentionally and wrongfully failed to file tax returns after 1998; (4) inform the Court, by e-mail, whether the alleged victims (excepting the witness whose first name is Cleo) may be referred to by their proper names rather than by pseudonym.

SO ORDERED.

Dated: February 20, 2022       _____
       New York, New York              LEWIS J. LIMAN
                                United States District Judge