

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 23, 2022

**BY ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    ***United States v. Lawrence Ray***,
             S2 20 Cr. 110 (LJL)

Dear Judge Liman:

      The Government writes to provide additional information about the defendant's receipt of a hard drive containing the Government Exhibits and re-stamped 3500 (the "Drive"). The Government has learned from MDC that the Drive was handed to the defendant this morning, and that the MDC is planning to provide six hours of access today to make up for the hours that the defendant was in court yesterday.

      The MDC also explained that the Drive was received by the MDC on Friday, February 18 at its warehouse, where all non-UPS deliveries are received and processed. The warehouse is typically staffed between Monday and Friday, but was not staffed on the federal holiday, Monday, February 21, 2022. After it is processed by the warehouse, external hard drives are picked up by legal personnel, who make a record of the device and etch a number onto the device before the device can be delivered to an inmate. Given the current restrictions at the MDC and the upcoming trial in this case, the Government has conferred with MDC legal personnel about hand-delivering any additional time-sensitive deliveries to the defendant by hand to reduce the delay in processing.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

            By: __/s/_____
                Mollie Bracewell
                Danielle R. Sassoon
                Lindsey Keenan
                Assistant United States Attorneys
                Southern District of New York
                (212) 637-2218/1115/1565

cc:  Defense Counsel (by ECF)