# Oxford Reference

**OVERVIEW**

## communication

**QUICK REFERENCE**

The result of any action (physical, written, or verbal) that conveys meanings between two individuals. In the context of marketing, the marketer wants the communication, in the form of a promotional message, to gain attention and to be understood, believed, and remembered. See advertising objective.

**From:** communication       in  A Dictionary of Business and Management »

**Subjects:** Archaeology — Art & Architecture — Classical studies — History — Linguistics — Literature — Media studies — Music — Performing arts — Philosophy — Religion — Society and culture

## Related content in Oxford Reference

**Reference entries**

**communication**
in Encyclopedia of Semiotics
Length: 2017 words

**Communication**
in Encyclopedia of Rhetoric
Length: 8101 words

**communication**
in A Dictionary of Media and Communication
Length: 357 words

**communication**
in The Oxford Companion to Canadian History
Length: 660 words

View all reference entries »

View all related items in Oxford Reference »
Search for: 'communication' in Oxford Reference »

Cited in US v Ray
20cr110 Decided 2/8/22
Archived on 2/9/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

Copyright © 2022. All rights reserved.

Cited in US v Ray
20cr110 Decided 2/8/22
Archived on 2/9/22
This document is protected by copyright.
Further reproduction is prohibited without permission.