**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 24, 2022

**VIA ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   United States v. Lawrence Ray**
       **20 Cr. 110 (LJL)**

Dear Judge Liman:

    As counsel to Mr. Lawrence Ray, we write to respectfully request that the Court endorse the enclosed Orders.

    The first Order authorizes defense counsel's use of laptops and internet for the duration of Mr. Ray's trial. The second Order directs the Bureau of Prisons, Metropolitan Detention Center – Brooklyn, and the United States Marshal Service to accept certain clothing for Mr. Ray, Register Number 58374-053, to wear throughout the duration of his trial. We understand that an order is necessary for this clothing to be accepted, so that Mr. Ray may be properly attired for trial.

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.
Peggy Cross-Goldenberg, Esq.
Allegra Glashausser, Esq.
Neil P. Kelly, Esq.

*Counsel for Lawrence Ray*

cc:   Counsel of record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING  DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

_____ x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing  Device(s)  (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

_____.

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are)_____.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: July 1, 2019.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA                :

    - v. -                                                        :              20 Cr. 110 (LJL)

LAWRENCE RAY,                                      :

    Defendant.                                   :
---------------------------------------------------------------x

Upon the request of defendant Lawrence Ray, by his counsel Marne Lenox, Esq., and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center – Brooklyn, and the United States Marshal Service accept the following clothing for Mr. Ray, Register Number 58374-053, to wear for appearances at his trial commencing on March 8, 2022 and continuing thereafter:

1. four pairs of slacks;
2. five button-down shirts;
3. six pairs of socks;
4. one pair of shoes;
5. one belt;
6. three pairs of underwear;
7. three white undershirts;
8. four sweaters.

Dated: New York, New York
        February     , 2022

                                         **SO ORDERED:**

                                         _____
                                         **HONORABLE LEWIS J. LIMAN**
                                         United States District Judge