UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA             :

     - v. -                          :     20 Cr. 110 (LJL)

LAWRENCE RAY,                        :     <u>ORDER</u>

              Defendant.             :
------------------------------------------------------------x

Upon the request of defendant Lawrence Ray, by his counsel Marne Lenox, Esq., and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center – Brooklyn, and the United States Marshal Service accept the following clothing for Mr. Ray, Register Number 58374-053, to wear for appearances at his trial commencing on March 8, 2022 and continuing thereafter:

1. four pairs of slacks;
2. five button-down shirts;
3. six pairs of socks;
4. one pair of shoes;
5. one belt;
6. three pairs of underwear;
7. three white undershirts;
8. four sweaters.

Dated: New York, New York
       February <u>24</u> , 2022

                                        **SO ORDERED:**

                                        _____
                                        **HONORABLE LEWIS J. LIMAN**
                                        United States District Judge