```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
        -v-                                                        :
                                                                   :      20-cr-110 (LJL)
LAWRENCE RAY,                                                      :
                                                                   :      ORDER
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The parties' requests to charge are due on February 25, 2022. Dkt. No. 359. Responses and objections to the request to charge shall be filed no later than March 4, 2022, by 5 p.m.

SO ORDERED.

Dated: February 24, 2022
       New York, New York                           _____
                                                            LEWIS J. LIMAN
                                                     United States District Judge