```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
:
:
:                   20-cr-110 (LJL)
         -v-                                           :
:                      ORDER
:
LAWRENCE RAY,                                 :
:
                    Defendant.              :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      IT IS HEREBY ORDERED that the Government and the defense shall meet and confer on a proposed "Summary of the Case" to be read to the jury during voir dire and shall submit their joint or separate proposals by Monday, February 28, 2022 at noon.  The Summary of the Case should identify the salient factual allegations of the Indictment necessary to ensure that the jury is fair and impartial.

      SO ORDERED.

Dated: February 25, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge