

**PARVIN DAPHNE MOYNE**
+1 212.872.1076/fax: +1 212.872.1002
pmoyne@akingump.com

February 28, 2022

VIA ELECTRONIC COURT FILING

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Lawrence Ray*, 20 Cr. 110 (LJL)

Dear Judge Liman:

    We write on behalf of Jane Doe 3 in reference to the Court's February 26, 2022 order, ordering any alleged victim who wishes to be heard on whether she will be permitted to testify using only her first name to file a letter with the Court by today at noon.

    Jane Doe 3 wishes to testify using only her first name. Jane Doe 3 is trying to move on from what she has been through, including taking care of her health, finding stable housing, securing consistent employment, and maintaining appropriate credit. Notwithstanding anywhere her name may already be mentioned in the public domain, protecting Jane Doe 3's privacy in connection with the upcoming criminal trial is of utmost importance to her.

    We thank the Court for its consideration of this request.

                             Respectfully submitted,

                             <u>/s/ Parvin Daphne Moyne</u>
                             Parvin Daphne Moyne
                             Katherine L. Powers
                             Akin Gump Strauss Hauer & Feld LLP
                             One Bryant Park
                             New York, NY 10036
                             Tel: 212-872-1000

                             *Counsel for Jane Doe 3*

cc: *Counsel of record*