```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
            -v-                                                    :
                                                                   :        20-cr-110 (LJL)
LAWRENCE RAY,                                                      :
                                                                   :            ORDER
                                        Defendant.                 :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2022

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of a letter from the Government, dated February 24, 2022, requesting that certain alleged victims in this case—previously referred to as Jane Doe 1, Jane Doe 2, Jane Doe 3, and John Doe—and a relative of alleged victims be permitted to testify using only their first names. The defense has submitted a letter, dated February 25, 2022, opposing the request.

IT IS HEREBY ORDERED that any alleged victim wishing to be heard on the Government's request shall file a letter with the Court by Monday, February 28, 2022 at noon.

IT IS FURTHER ORDERED that the Government shall, by noon today, provide to counsel for the alleged victims the above-referenced letters by the Government and the defense, which were filed with the Court under seal.

This Order is being sent by e-mail to counsel for the Government, the Defendant, and the alleged victims on February 26, 2022.

SO ORDERED.

Dated: February 26, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge