```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
         -v-                                                 :
                                                             :   20-cr-110 (LJL)
LAWRENCE RAY,                                                :
                                                             :       ORDER
                              Defendant.                     :
                                                             :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2022

LEWIS J. LIMAN, United States District Judge:

      The defense has moved to exclude the Government from making reference to Mr. Ray's pretrial incarceration in connection with its proposed offer of three recorded telephone calls made while Mr. Ray was detained. Dkt. No. 371 at 27–30. The Court has stated that it is taking that motion under advisement. In connection with that motion, the Government is ordered to provide the Court with the draft transcripts of the calls at issue. Draft transcripts should be emailed to the Court's chambers email address, with a copy to defense counsel, and should be emailed by close of business March 3, 2022.

      SO ORDERED.

Dated: March 3, 2022
      New York, New York

                                                  LEWIS J. LIMAN
                                                United States District Judge