# EXHIBIT A

| | |
|---|---|
| **From:** | Bracewell, Mollie (USANYS) ███████████ |
| **Sent:** | Wednesday, March 2, 2022 3:07 PM |
| **To:** | Allegra Glashausser |
| **Cc:** | Marne Lenox; Peggy Cross-Goldenberg; Neil Kelly; Keenan, Lindsey (USANYS); Sassoon, Danielle (USANYS) |
| **Subject:** | ███████████████████████ |

Counsel,

I'm hoping we can discuss on the 4 pm call the witnesses for whom we believe Agent Catanzaro needs to be present.

That includes the following:
- Stephen Flatley
- Matt Frost
- Mark Lubin
- Kelly Maguire
- Andrew Petersohn
- Julie Gonzalez
- Rachel Graves
- Salvatore Hazel
- Dawn Hughes
- Daniel Levin
- Randy Levinson
- Ted O'Neal
- Barry Pool
- Claudia Drury
- Felicia Rosario
- Maritza Rosario
- Santos Rosario
- Yalitza ███████
- Kristopher Serra
- Kyle Sliger
- Paralegal Summary Witness
- Records Custodians

For ease of reference, that means she would not be sitting in the following:
- Frank Piazza
- Carlos Pagen
- Moussa Cisse
- Richard Pleus
- Lana Popovic
- Julie Schulman
- Tina Sheppard
- Valerie Lederman

1

Thanks,
Mollie

**From:** Allegra Glashausser
**Sent:** Wednesday, March 2, 2022 10:42 AM
**To:** Keenan, Lindsey (USANYS) ; Sassoon, Danielle (USANYS) ; Bracewell, Mollie (USANYS)
**Cc:** Marne Lenox ; Peggy Cross-Goldenberg ; Neil Kelly
**Subject:**

4:00 works for us. Thanks!

**From:** Keenan, Lindsey (USANYS)
**Sent:** Wednesday, March 2, 2022 10:29 AM
**To:** Allegra Glashausser  Sassoon, Danielle (USANYS)  Bracewell, Mollie (USANYS)
**Cc:** Marne Lenox  Peggy Cross-Goldenberg  Neil Kelly
**Subject:**

Hi Allegra, Some combination of us should be available after 4pm. What time works for you?

**From:** Allegra Glashausser
**Sent:** Wednesday, March 2, 2022 10:00 AM
**To:** Sassoon, Danielle (USANYS)  Bracewell, Mollie (USANYS)  Keenan, Lindsey (USANYS)
**Cc:** Marne Lenox  Peggy Cross-Goldenberg  Neil Kelly
**Subject:**

Good morning all – We are hoping to have a follow-up call today related to ███████. We are free between around 12 to 2 and again after 2:30. Is there a time that would work for you?

Thank you!

Best,
Allegra