UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
:
    -v-                                                            :
:   20-cr-110 (LJL)
LAWRENCE RAY,                                                      :
:        ORDER
                        Defendant.                                 :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received an email from a paralegal for the United States Attorney's Office inquiring about the availability of headsets for the jurors to listen to sensitive audio. The Court will inquire into the logistics regarding making such headsets available. At the same time, the Court invites the views of the parties, to be provided to the Court by Sunday, March 6, 2022, at 5:00 p.m., regarding the legal principles it should apply in the event that there is a request to publish materials to the jurors and the parties but outside of the hearing or viewing of members of the public.

      SO ORDERED.

Dated: March 3, 2022
      New York, New York
                                               LEWIS J. LIMAN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/2022