```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
UNITED STATES OF AMERICA,                                          :
:
     -v-                                                            :
:    20-cr-110 (LJL)
LAWRENCE RAY,                                                      :
:    ORDER
                                    Defendant.            :
:
------------------------------------------------------------------ X

LEWIS J. LIMAN, United States District Judge:

       It is hereby ORDERED that by 1:00 p.m. on Monday, March 7, 2022, the Government and the defense shall jointly or, if they are unable to agree, each submit a list of (i) persons, (ii) entities, and (iii) locations that the Court should inquire about at voir dire in order for the Court and the parties to assess the potential jurors' familiarity with people, entities, or locations relevant to the issues in this case.

SO ORDERED.

Dated: March 4, 2022
       New York, New York                            LEWIS J. LIMAN
                                                     United States District Judge