

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 7, 2022

**BY ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: ***United States v. Lawrence Ray***,
       S2 20 Cr. 110 (LJL)

Dear Judge Liman:

   The Government writes to follow up about the colloquy with the defendant about plea negotiations.  First, the Government respectfully requests the opportunity to put on the record that it has never extended a formal plea offer to the defendant or transmitted a written plea agreement (the only manner in which formal plea offers are conveyed).  Second, the Court may wish to advise the defendant that he or his counsel should inform the Court if he wishes to plead guilty to the Superseding Indictment, without any plea offer from the Government.

         Respectfully submitted,

         DAMIAN WILLIAMS
         United States Attorney

      By:__/s/__Danielle Sassoon____
         Mollie Bracewell
         Danielle R. Sassoon
         Lindsey Keenan
         Assistant United States Attorneys
         Southern District of New York
         (212) 637-1115

cc:  Defense Counsel (by ECF)