```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
         -v-                                                       :
                                                                   :          20-cr-110 (LJL)
LAWRENCE RAY,                                                      :
                                                                   :             ORDER
                                    Defendant.                     :
                                                                   :
------------------------------------------------------------------ X
```

LEWIS J. LIMAN, United States District Judge:

      The Court has received a letter from the defense accusing the Government of committing a *Brady* violation and purporting to give 412 notice. The letter pertains to two notebooks prepared by two of the alleged victims. A hearing is scheduled for today on other matters. It is hereby ORDERED that the Government is to bring to Court today to hand up to the Court copies of the two notebooks at issue. In addition, and without expressing a view on the merits of such a motion, the parties should be prepared to address whether the Court should excuse the defense from its failure to meet the time requirements under Rule 412 for cross-examination based on the notebooks and whether, if so, the Court should schedule a 412 hearing for Wednesday after trial. The parties are directed to give notice of this order to counsel for the two alleged victims.

SO ORDERED.

Dated: March 7, 2022
       New York, New York                                 LEWIS J. LIMAN
                                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/7/2022__