```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
                                                               :
                                                               :
                                                               :     20-cr-110 (LJL)
        -v-                                                    :
                                                               :        ORDER
LAWRENCE RAY,                                                  :
                                                               :
                        Defendant.                             :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The presentation of evidence in this trial is scheduled to begin tomorrow. The Court has informed the jury that the trial day will begin promptly at 9:30 a.m. The Court made that representation to the jury after receiving assurances that Mr. Ray would be produced in time to meet that schedule.

      Late this afternoon, the Court learned from a representative of the MDC that Mr. Ray would not be produced until 10:00 a.m. going forward. This is unacceptable.

      The Court understands from recent meeting with the Criminal Law Committee of the Board of Judges that Criminal Division Chief Dan Gitner and Deputy Chief Janis Echenberg are the responsible officers of the United States Attorney's Office for achieving compliance by the MDC with court orders. The Assistant United States Attorneys responsible for the prosecution of this case are ordered to forthwith report to Mr. Gitner and Ms. Echenberg the problems that the Court has experienced with delinquent performance by the MDC in producing Mr. Ray and complying with court orders and to be prepared to address the issue before the start of trial tomorrow.

      SO ORDERED.

Dated: March 9, 2022  
      New York, New York

                                                              LEWIS J. LIMAN  
                                                              United States District Judge