# EXHIBIT A



**Federal Bureau of Investigation**
**Digital Evidence Laboratory**

OTD DFAU - CART Program
Pocatello, Idaho Lab
3975 Pole Line Road
Pocatello, ID 83201

# REPORT OF EXAMINATION

| | |
|---|---|
| **To:** | Criminal Investigative Division<br>SA E. Heath Graves<br>FBI New York<br>SA Kelly Maguire |
| **Date:** | February 24, 2022 |
| **Case ID:** | 050A-HQ-3079081 |
| **Request No.:** | HQP190708001 |

**Request Date:** July 8, 2019

**Ref. No:** Serial 89
50E-NY-3111837

**Title:** (U) BACKPAGE - Data Analysis

**Date item(s) received:** October 7, 2019

**Item(s) submitted:**

HQP_001982:  Remote access to Dell server R820 service tag 5Z8B642, HQP001982. (Examined)

HQP_001984:  Remote access to Dell server R820 service tag 1FSP9X1, HQP001984. (Examined)

**Summary:**

On December 6th, 2018, Crimes Against Children Human Trafficking Unit (CACHTU) assumed responsibility to assist the Phoenix Division with the nationwide aspect of sharing data collected from the servers seized from Backpage.

On July 8th,, MAPA Nicole Metviner submitted a request on behalf of SA Kelly Maguire, FBI New York, for the extraction of data as identified in the submitted Electronic Communication. Data should be extracted and provided to the requestor.

Specifically, SA Maguire requested a search for the following backpage records:

Page 1 of 6

An Accredited Laboratory
Since January 16, 2007



UNCLASSIFIED

FROST
3513-006

- Phone numbers:
    - 3475231379
    - 3472460968

On January 11, 2022 SA Maguire requested Ad recreations be completed for the extracted ads located from the requested search.

The Backpage.com servers were seized in 2018. Data from the servers (HQP_001982 and HQP_001984) were subsequently made available via an internal FBI network. Remote connectivity was established. All searches were conducted via remote connectivity.

As requested, FE Matthew Frost conducted the requested searches, which subsequently identified associated data. The associated Backpage data was extracted to include: ad data, uploaded images, user account data, and other associated ad related data. All extracted results were burned to optical media labeled Results Copy HQP002538.  A master copy was also produced and labeled HQP002539.

For Ad recreations, remote connectivity was established and all databases were extracted from HQP_001982 and all images were extracted from HQP_001984.  Extracted databases were then added to a standalone SQL MariaDB instance, and images were saved to a network storage device.

Due to the nature of the extraction from a live server, write protection is software enabled by user access control.  The user account used for extractions only has SQL Select options granted.  Connecting to the backpage.com databases, on the standalone system, the requested searches were completed, which subsequently identified associated data. The associated Backpage data, required to generate Ad recreations, was extracted to include: ad data, uploaded images, user account data, and other associated ad related data. All Ad recreations and associated data were burned to optical media Results Copy labeled HQP003099.  One copy of HQP003099 was also produced and labeled: HQP003099 Copy 1.  A Master Copy was also produced and labeled HQP003100.

A subset of ads were identified and recreations were updated to correct the "Created Data" field in the admin section of the Ad recreation.  Those ad recreations, along with the data required to produce the ad recreations, was copied to optical medial labeled, Results Copy HQP003134.  Once copy of HQP003134 was also produced and labeled HQP003134 Copy 1.  A Master Copy was also produced and labeled HQP003135.

HQP190708001
50E-NY-3111837
050A-HQ-3079081
Page 2 of 6

UNCLASSIFIED

3513-006
Page 2 of 6

**Details of Examination:**

The dates of this examination were October 07, 2019 through February 24, 2022.

ITS/FE Matthew Frost completed the following:

Request for service and legal authority were reviewed.

Access to the data from the remote network servers HQP_001982 and HQP_001984, was made available via an internal FBI network server.
Due to the nature of the extraction from a live evidence server, no write protection was able to be deployed.
Backpage records were accessed via computer network and searches were conducted for the requested data.

The following searches were conducted for the Backpage.com records:

Phone numbers:

- 3475231379
- 3472460968

All available associated Backpage data was extracted to include: ad data, uploaded images, user account data, and other associated ad related data.

The extracted data was copied to optical media Results Copy HQP002538.
A master copy was also produced and labeled HQP002539.

Message Digest 5 (MD5) values were generated and verified for the extracted data and also saved to the results copy.

Pursuant to the requested ad recreations, the following actions were completed.

Remote connectivity was established and all databases were extracted from HQP001982 and all images were extracted from HQP001984. Extracted databases were then added to a standalone SQL MariaDB instance. All images were copied to network storage.

Due to the nature of the extraction from a live server, write protection is software enabled by user access control. The user account used for extractions only has SQL Select options granted. The network share containing the images was mounted read only.

Connecting to the backpage.com databases on the standalone system searches were conducted to identify data needed for Ad recreations. The associated Backpage data was extracted to include: ad data, uploaded images, user account data, and other associated ad related data. Ad recreations were

HQP190708001
50E-NY-3111837
050A-HQ-3079081
Page 3 of 6

UNCLASSIFIED

completed.

The extracted data and Ad recreations were copied to optical media Results Copy HQP003099.  One copy of HQP003099 was also produced and labeled: HQP003099 Copy 1.

A Master Copy was also produced and labeled HQP003100.

Message Digest 5 (MD5) values were generated and verified for the extracted data and also saved to the results copy.

Ad recreations were completed for the following Post IDs for NYC_backpage correcting the "Created Data" field in the admin section of the Ad recreations:

- 57517969
- 57688246
- 57716357
- 59060114
- 59225660
- 59226201
- 59269217
- 59381896
- 60736045
- 60739271
- 60929995
- 60968944
- 61041578
- 61045562
- 61640999
- 62047408
- 62372773
- 62435543
- 62695750
- 63187843
- 63189060
- 63190324
- 63193332
- 63746433
- 63746545
- 100638353
- 108276858
- 116391483
- 123138673

HQP190708001
50E-NY-3111837
050A-HQ-3079081
Page 4 of 6

- 123398568
- 133038217
- 133050997
- 134240802
- 134246652
- 139874182
- 143917692
- 149146487
- 149179112
- 160062742
- 160993747
- 161600917
- 163220017
- 164737602
- 164744892
- 165865802

All extracted data was hashed:

All extracted results were burned to optical media Results Copy labeled HQP003134. One copy of HQP003134 was also produced and labeled HQP003134 Copy 1.

A master copy was also produced and labeled HQP003135.

Post examination hash verification was completed, all hashes matched.

**Derivative Evidence/Copies:**

| | |
|---|---|
| HQP002538: | CD-R, Make: Staples, Model: CD-R 52X 700MB, SN: N/A, Agency Item Number: N/A, Desc.: Results Copy. Extracted backpage records. |
| HQP002539: | CD-R, Make: Staples, Model: CD-R 52X 700MB, SN: N/A, Agency Item Number: N/A, Desc.: Master Copy. Copy of HQP002538. |
| HQP003099: | CD-R, Make: Falcon Media Pro, Model: CD-R, SN: N/A, Agency Item Number: N/A, Desc.: Results Copy. Extracted Backpage data. With one copy of HQP003099 labeled: HQP003099 Copy 1. |
| HQP003100: | CD-R, Make: Falcon Media Pro, Model: CD-R, SN: N/A, Agency Item Number: N/A, Desc.: Master Copy. Copy of HQP003099. |
| HQP003134: | CD-R, Make: Falcon Media Pro, Model: CD-R, SN: N/A, Agency Item Number: N/A, Desc.: Results Copy. Extracted backpage data with Ad recreations, with one copy labeled, HQP003134 Copy 1. |

HQP190708001
50E-NY-3111837
050A-HQ-3079081
Page 5 of 6

HQP003135:       CD-R, Make: Falcon Media Pro, Model: CD-R, SN: N/A, Agency Item Number: N/A, Desc.: Master Copy. Copy of HQP003135.

**Disposition of Items:**

Derivative evidence item HQP002538, HQP002539, HQP003099, HQP003099 Copy 1, HQP003100, HQP003134, HQP003134 Copy 1, and HQP003135 were shipped to FBI New York, care of SA Kelly Maguire, via FedEx.

Examination notes and all other administrative documents were placed in a separate Digital Evidence Laboratory (DEL) file jacket and are being retained in the DEL file room, Quantico, Virginia.

No original evidence items were submitted with this request. Remote access was terminated upon completion of the request.

Examiner: *Digital signature on file*
Matthew B. Frost
Operational Technology Division
Computer Analysis Response Team

HQP190708001
50E-NY-3111837
050A-HQ-3079081
Page 6 of 6

UNCLASSIFIED

3513-006
Page 6 of 6