# EXHIBIT B



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2022

**BY EMAIL AND HARD COPY**

Marne Lenox, Esq.
Federal Defenders
52 Duane Street
New York, New York 10007

      Re:    *United States v. Lawrence Ray*,
             S2 20 Cr. 110 (LJL)

Dear Ms. Lenox:

      The Government is enclosing a DVD containing approximately 41 audio recordings that Ms. Rosario shared with the Hulu production team. The Government is providing an identical DVD for you to provide to your client.

      Please note that, at the request of Ms. Rosario's attorneys, we have segregated and not reviewed a subset of nine audio recordings over which they have asserted attorney-client or psychotherapist-patient privilege. Accordingly, those nine files are not included in this production.

      Sincerely,

      DAMIAN WILLIAMS
      United States Attorney

    By:__/s/__Mollie Bracewell___
      Mollie Bracewell
      Danielle R. Sassoon
      Lindsey Keenan
      Assistant United States Attorneys
      Southern District of New York
      (212) 637-2218