# EXHIBIT B

| | |
|---|---|
| **From:** | Felicia Rosario <felicia.rosario@gmail.com> |
| **Sent:** | Saturday, September 10, 2016 4:29 PM |
| **To:** | Lawrence Ray; Talia Ray; Gordon T. Ray; Isabella Pollok |
| **Subject:** | Fwd: What Happens in the Brain When We Misremember |

Felicia Rosario, MD
Email: fr2153@columbia.edu
Phone: (917) 604-3533

---------- Forwarded message ----------
From: **Scientific American Daily Digest** <news@email.scientificamerican.com>
Date: Fri, Sep 9, 2016 at 12:06 PM
Subject: What Happens in the Brain When We Misremember
To: felicia.rosario@gmail.com

To view this email as a web page, go here.
You received this email because you opted-in to receive email from Scientific American.
To ensure delivery please add news@email.scientificamerican.com to your address book..

# Daily Digest
**September 09, 2016**



**FEATURED TODAY**
What Happens in the Brain When We Misremember

Read More

Top Stories  PURCH TECH


**Scientific American**
**September 2016**

1



### Never Mind Apple's Courage, Removing iPhone's Headphone Jack Stinks

Critics of Apple have lashed out at the company for acting as if it knew better for years, and I'm finally ready to join them

PURCH THE SCIENCES



### A Bus-Size Asteroid Just Gave Earth a Close Shave

Scientists spotted the space rock two days before its flyby

NEWS THE SCIENCES



### The Science Sticklers Who Kept *Star Trek* in Line

Fifty years after the original series premiere, it's still the gold standard of scientific accuracy, even with the occasional blunder

---

### Featured Products from Scientific American



**The Sexual Brain**

What really goes on in there.





**9 to 5: Your Mind at Work**

In this eBook, we look at how to foster creativity and communication, the psychology of effective leadership, the importance of diversity and work-life balance.



## Multimedia

-  **How Do Ants Find Their Way Home?**

-  **Using Novel Neurons, Scientists Seek to Repair the Brain**

More Multimedia »

Advertisement

## More Stories

**News** **How to Use Your Smartphone to Pick the Best Apples**

3

**60-Second Science Podcast** Photonic Chip Could Strengthen Smartphone Encryption

**Nature** DNA Reveals Giraffes are 4 Species--Not 1

**Reuters** Mistrust of Vaccines Is Greatest in France

**Ask the Experts** Should the U.S. Take North Korea's Nuclear Threats Seriously?

**Reuters** Airport Scanner Flags Common Cyst as a Security Threat

Advertisement

**Chemical & Engineering News** Chemistry Could Save Billions of Baby Male Chickens

**Extinction Countdown** Giraffe Genetics Reveal 4 Separate (and Threatened) Species

**Laelaps** Paleo Profile: The Pig-Footed Bandicoot

---

Unsubscribe | Manage Email Preferences | FAQs | Terms & Conditions | Privacy Policy | Contact Us

This message was sent to: felicia.rosario@gmail.com

Check out our New Products!

**Scientific American**
One New York Plaza, Suite 4500
New York, NY 10004-1562

© 2016 Scientific American, a division of Nature America, Inc.

4