# EXHIBIT C

**From:** Felicia Rosario <felicia.rosario@gmail.com>
**Sent:** Friday, April 17, 2015 5:39 AM
**To:** Lawrence Ray; Isabella Pollok
**Subject:** Guilt-Free Morality

http://www.princeton.edu/~harman/Papers/Guilt.pdf