# EXHIBIT E

| | |
|---|---|
| **From:** | Felicia Rosario <felicia.rosario@gmail.com> |
| **Sent:** | Thursday, April 14, 2016 8:02 PM |
| **To:** | Lawrence Ray |
| **Subject:** | Fwd: May/June Issue: Psychology of Terrorism \| Upside of Brain Training \| Science of Friendship |

Felicia Rosario, M.D.
E-mail: fr2153@columbia.edu
Tel: (917) 604-3533

Begin forwarded message:

> **From:** Scientific American MIND <news@email.scientificamerican.com>
> **Date:** April 14, 2016 at 5:34:59 PM EDT
> **To:** felicia.rosario@gmail.com
> **Subject: May/June Issue: Psychology of Terrorism | Upside of Brain Training | Science of Friendship**
> **Reply-To:** news@email.scientificamerican.com



# MAY/JUNE 2016



SUBSCRIBE

BUY NOW



**PSYCHOLOGY**

Beyond Fear: The Psychology of Terrorism



**GROUP PSYCHOLOGY**

Fueling Extremes



**MEMORIES AND EMOTION**

Escaping Radicalism



**SOCIAL PSYCHOLOGY**

Extinguishing the Threat



**SOCIAL BEHAVIOR**

With a Little Help From Our Friends



**BRAIN TRAINING**

The For-Real Science of Brain Training



**PSYCHOLOGY**

For Shame

**FOLLOW US**

To view this email as a web page, go here.

You received this email because you opted-in to receive email from Scientific American. To ensure delivery please add news@email.scientificamerican.com to your address book.

Unsubscribe   Manage Email Preferences   Privacy Policy   Contact Us