# EXHIBIT F

**From:**               Felicia Rosario <felicia.rosario@gmail.com>
**Sent:**                Tuesday, May 10, 2016 2:52 PM
**To:**                   Lawrence Ray
**Subject:**            Positive and Negative Emotions

http://scholar.harvard.edu/files/jenniferlerner/files/lerner_and_small_pi_2002_paper_0.pdf?m=1450897146

Felicia Rosario, MD
Email: fr2153@columbia.edu
Phone: (917) 604-3533