# EXHIBIT G

| | |
|---|---|
| **From:** | Felicia Rosario <felicia.rosario@gmail.com> |
| **Sent:** | Sunday, September 9, 2018 11:25 AM |
| **To:** | Larry Ray |
| **Subject:** | Human Hippocampal Neurogenesis Persists throughout Aging: Cell Stem Cell |

https://www.cell.com/cell-stem-cell/fulltext/S1934-5909(18)30121-8

# Human Hippocampal Neurogenesis Persists throughout Aging

  

## Highlights

- Pools of quiescent stem cells are smaller in aged human hippocampal dentate gyri
- Proliferating progenitor and immature neuron pools are stable with aging
- Angiogenesis and neuroplasticity decline in older humans
- Granule neurons, glia, and dentate gryus volume are unchanged with aging

## Summary

Adult hippocampal neurogenesis declines in aging rodents and primates. Aging humans are thought to exhibit waning neurogenesis and exercise-induced angiogenesis, with a resulting volumetric decrease in the neurogenic hippocampal dentate gyrus (DG) region, although concurrent changes in these parameters are not well studied. Here we assessed whole autopsy hippocampi from healthy human individuals ranging from 14 to 79 years of age. We found similar numbers of intermediate neural progenitors and thousands of immature neurons in the DG, comparable numbers of glia and mature granule neurons, and equivalent DG volume across ages. Nevertheless, older individuals have less angiogenesis and neuroplasticity and a smaller quiescent progenitor pool in anterior-mid DG, with no changes in posterior DG. Thus, healthy older subjects without cognitive impairment, neuropsychiatric disease, or treatment display preserved neurogenesis. It is possible that ongoing hippocampal neurogenesis sustains human-specific cognitive function throughout life and that declines may be linked to compromised cognitive-emotional resilience.

## Graphical Abstract

Adult hippocampal neurogenesis declines in aging rodents and primates. Aging humans are thought to exhibit waning neurogenesis and exercise-induced angiogenesis, with a resulting volumetric decrease in the neurogenic hippocampal dentate gyrus (DG) region, although concurrent changes in these parameters are not well studied. Here we assessed whole autopsy hippocampi from healthy human individuals ranging from 14 to 79 years of age. We found similar numbers of intermediate neural progenitors and thousands of immature neurons in the DG, comparable numbers of glia and mature granule neurons, and equivalent DG volume across ages. Nevertheless, older individuals have less angiogenesis and neuroplasticity and a smaller quiescent progenitor pool in anterior-mid DG, with no changes in posterior DG. Thus, healthy older subjects without cognitive impairment, neuropsychiatric disease, or treatment display preserved neurogenesis. It is possible that ongoing hippocampal neurogenesis sustains human-specific cognitive function throughout life and that declines may be linked to compromised cognitive-emotional resilience.

# Graphical Abstract

  

# Keywords

- [dentate gyrus](#)
- [Sox2](#)
- [nestin](#)
- [Ki-67](#)
- [PSA-NCAM](#)
- [NeuN](#)
- [doublecortin](#)
- [granule cells](#)
- [neural progenitor](#)
- [volume](#)

To read this article in full you will need to make a payment

# References

- Aimone J.B.
- Deng W.
- Gage F.H.

- NeuN
- doublecortin
- granule cells
- neural progenitor
- volume

To read this article in full you will need to make a payment

# References

- Aimone J.B.
- Deng W.
- Gage F.H.

**Resolving new memories: a critical look at the dentate gyrus, adult neurogenesis, and pattern separation.**

*Neuron.* 2011; **70**: 589-596
View in Article

- Scopus (348)
- PubMed
- Abstract
- Full Text
- Full Text PDF
- Google Scholar

- Ben Abdallah N.M.
- Slomianka L.
- Lipp H.P.

**Reversible effect of X-irradiation on proliferation, neurogenesis, and cell death in the dentate gyrus of adult mice.**

*Hippocampus.* 2007; **17**: 1230-1240
View in Article

- Scopus (39)
- PubMed
- Crossref
- Google Scholar

- Bergmann O.
- Liebl J.
- Bernard S.
- Alkass K.
- Yeung M.S.
- Steier P.
- Kutschera W.
- Johnson L.
- Landén M.
- Druid H.
- et al.

**The age of olfactory bulb neurons in humans.**

*Neuron.* 2012; **74**: 634-639
View in Article

- Scopus (183)
- PubMed
- Abstract
- Full Text
- Full Text PDF
- Google Scholar

- Bergmann O.
- Spalding K.L.
- Frisén J.

**Adult Neurogenesis in Humans.**

*Cold Spring Harb. Perspect. Biol.* 2015; **7**: a018994
View in Article

- Scopus (4)
- PubMed
- Crossref
- Google Scholar

- Boldrini M.
- Underwood M.D.
- Hen R.

- Rosoklija G.B.
- Dwork A.J.
- John Mann J.
- Arango V.

**Antidepressants increase neural progenitor cells in the human hippocampus.**

*Neuropsychopharmacology.* 2009; **34**: 2376-2389
View in Article

- Scopus (363)
- PubMed
- Crossref
- Google Scholar

- Boldrini M.
- Hen R.
- Underwood M.D.
- Rosoklija G.B.
- Dwork A.J.
- Mann J.J.
- Arango V.

**Hippocampal angiogenesis and progenitor cell proliferation are increased with antidepressant use in major depression.**

*Biol. Psychiatry.* 2012; **72**: 562-571
View in Article

- Scopus (137)
- PubMed
- Abstract
- Full Text
- Full Text PDF
- Google Scholar

- Boldrini M.
- Santiago A.N.
- Hen R.
- Dwork A.J.
- Rosoklija G.B.

- Tamir H.
- Arango V.
- John Mann J.

**Hippocampal granule neuron number and dentate gyrus volume in antidepressant-treated and untreated major depression.**

*Neuropsychopharmacology.* 2013; **38**: 1068-1077
View in Article

- Scopus (98)
- PubMed
- Crossref
- Google Scholar

- Boldrini M.
- Butt T.H.
- Santiago A.N.
- Tamir H.
- Dwork A.J.
- Rosoklija G.B.
- Arango V.
- Hen R.
- Mann J.J.

**Benzodiazepines and the potential trophic effect of antidepressants on dentate gyrus cells in mood disorders.**

*Int. J. Neuropsychopharmacol.* 2014; **17**: 1923-1933
View in Article

- Scopus (17)
- PubMed
- Crossref
- Google Scholar

- Bonaguidi M.A.
- Wheeler M.A.
- Shapiro J.S.
- Stadel R.P.
- Sun G.J.

- Ming G.L.
- Song H.

**In vivo clonal analysis reveals self-renewing and multipotent adult neural stem cell characteristics.**

*Cell.* 2011; **145**: 1142-1155
View in Article

- Scopus (351)
- PubMed
- Abstract
- Full Text
- Full Text PDF
- Google Scholar

- Bridel C.
- Hoffmann T.
- Meyer A.
- Durieux S.
- Koel-Simmelink M.A.
- Orth M.
- Scheltens P.
- Lues I.
- Teunissen C.E.

**Glutaminyl cyclase activity correlates with levels of Aβ peptides and mediators of angiogenesis in cerebrospinal fluid of Alzheimer's disease patients.**

*Alzheimers Res. Ther.* 2017; **9**: 38
View in Article

- Scopus (4)
- PubMed
- Crossref
- Google Scholar

- D'Amour K.A.
- Gage F.H.

**Genetic and functional differences between multipotent neural and pluripotent embryonic stem cells.**

*Proc. Natl. Acad. Sci. USA*. 2003; **100**: 11866-11872
View in Article

- Scopus (162)
- PubMed
- Crossref
- Google Scholar

- Daugherty A.M.
- Bender A.R.
- Raz N.
- Ofen N.

**Age differences in hippocampal subfield volumes from childhood to late adulthood.**

*Hippocampus*. 2016; **26**: 220-228
View in Article

- Scopus (27)
- PubMed
- Crossref
- Google Scholar

- Dranovsky A.
- Picchini A.M.
- Moadel T.
- Sisti A.C.
- Yamada A.
- Kimura S.
- Leonardo E.D.
- Hen R.

**Experience dictates stem cell fate in the adult hippocampus.**

*Neuron*. 2011; **70**: 908-923
View in Article

- Scopus (104)

- PubMed
- Abstract
- Full Text
- Full Text PDF
- Google Scholar

- Ekstrand J.
- Hellsten J.
- Tingström A.

**Environmental enrichment, exercise and corticosterone affect endothelial cell proliferation in adult rat hippocampus and prefrontal cortex.**

*Neurosci. Lett.* 2008; **442**: 203-207
View in Article

- Scopus (72)
- PubMed
- Crossref
- Google Scholar

- Encinas J.M.
- Michurina T.V.
- Peunova N.
- Park J.H.
- Tordo J.
- Peterson D.A.
- Fishell G.
- Koulakov A.
- Enikolopov G.

**Division-coupled astrocytic differentiation and age-related depletion of neural stem cells in the adult hippocampus.**

*Cell Stem Cell.* 2011; **8**: 566-579
View in Article

- Scopus (341)
- PubMed
- Abstract
- Full Text

- [Full Text PDF](#)
- [Google Scholar](#)

- Endicott J.
- Spitzer R.L.
- Fleiss J.L.
- Cohen J.

**The global assessment scale. A procedure for measuring overall severity of psychiatric disturbance.**

*Arch. Gen. Psychiatry.* 1976; **33**: 766-771
View in Article

- [Scopus (3657)](#)
- [PubMed](#)
- [Crossref](#)
- [Google Scholar](#)

- Erickson K.I.
- Voss M.W.
- Prakash R.S.
- Basak C.
- Szabo A.
- Chaddock L.
- Kim J.S.
- Heo S.
- Alves H.
- White S.M.
- et al.

**Exercise training increases size of hippocampus and improves memory.**

*Proc. Natl. Acad. Sci. USA.* 2011; **108**: [3017-3022](#)
View in Article

- [Scopus (1403)](#)
- [PubMed](#)
- [Crossref](#)
- [Google Scholar](#)

- Eriksson P.S.
- Perfilieva E.
- Björk-Eriksson T.
- Alborn A.M.
- Nordborg C.
- Peterson D.A.
- Gage F.H.

**Neurogenesis in the adult human hippocampus.**

*Nat. Med.* 1998; **4**: 1313-1317
View in Article

- Scopus (4057)
- PubMed
- Crossref
- Google Scholar

- Gould E.
- Reeves A.J.
- Fallah M.
- Tanapat P.
- Gross C.G.
- Fuchs E.

**Hippocampal neurogenesis in adult Old World primates.**

*Proc. Natl. Acad. Sci. USA.* 1999; **96**: 5263-5267
View in Article

- Scopus (572)
- PubMed
- Crossref
- Google Scholar

- Harding A.J.
- Halliday G.M.
- Kril J.J.

**Variation in hippocampal neuron number with age and brain volume.**

*Cereb. Cortex.* 1998; **8**: 710-718
View in Article

- [PubMed](PubMed)
- [Crossref](Crossref)
- [Google Scholar](Google Scholar)

- Harrison P.J.
- Heath P.R.
- Eastwood S.L.
- Burnet P.W.J.
- McDonald B.
- Pearson R.C.A.

**The relative importance of premortem acidosis and postmortem interval for human brain gene expression studies: selective mRNA vulnerability and comparison with their encoded proteins.**

*Neurosci. Lett.* 1995; **200**: 151-154
View in Article

- [Scopus (280)](Scopus)
- [PubMed](PubMed)
- [Crossref](Crossref)
- [Google Scholar](Google Scholar)

- Head D.
- Snyder A.Z.
- Girton L.E.
- Morris J.C.
- Buckner R.L.

**Frontal-hippocampal double dissociation between normal aging and Alzheimer's disease.**

*Cereb. Cortex.* 2005; **15**: 732-739
View in Article

- [Scopus (119)](Scopus)
- [PubMed](PubMed)
- [Crossref](Crossref)

- [Google Scholar](#)

- Heine V.M.
- Zareno J.
- Maslam S.
- Joëls M.
- Lucassen P.J.

**Chronic stress in the adult dentate gyrus reduces cell proliferation near the vasculature and VEGF and Flk-1 protein expression.**

*Eur. J. Neurosci.* 2005; **21**: 1304-1314
View in Article

- [Scopus (150)](#)
- [PubMed](#)
- [Crossref](#)
- [Google Scholar](#)

- Ho N.F.
- Hooker J.M.
- Sahay A.
- Holt D.J.
- Roffman J.L.

**In vivo imaging of adult human hippocampal neurogenesis: progress, pitfalls and promise.**

*Mol. Psychiatry.* 2013; **18**: 404-416
View in Article

- [Scopus (47)](#)
- [PubMed](#)
- [Crossref](#)
- [Google Scholar](#)

- Jin K.
- Peel A.L.
- Mao X.O.
- Xie L.
- Cottrell B.A.

- Henshall D.C.
- Greenberg D.A.

**Increased hippocampal neurogenesis in Alzheimer's disease.**

*Proc. Natl. Acad. Sci. USA.* 2004; **101**: 343-347
View in Article

- Scopus (708)
- PubMed
- Crossref
- Google Scholar

- Katsimpardi L.
- Litterman N.K.
- Schein P.A.
- Miller C.M.
- Loffredo F.S.
- Wojtkiewicz G.R.
- Chen J.W.
- Lee R.T.
- Wagers A.J.
- Rubin L.L.

**Vascular and neurogenic rejuvenation of the aging mouse brain by young systemic factors.**

*Science.* 2014; **344**: 630-634
View in Article

- Scopus (286)
- PubMed
- Crossref
- Google Scholar

- Kelly T.M.
- Mann J.J.

**Validity of DSM-III-R diagnosis by psychological autopsy: a comparison with clinician ante-mortem diagnosis.**

*Acta Psychiatr. Scand.* 1996; **94**: 337-343
View in Article

- Scopus (196)
- PubMed
- Crossref
- Google Scholar

- Kempermann G.
- Gast D.
- Kronenberg G.
- Yamaguchi M.
- Gage F.H.

**Early determination and long-term persistence of adult-generated new neurons in the hippocampus of mice.**

*Development.* 2003; **130**: 391-399
View in Article

- Scopus (687)
- PubMed
- Crossref
- Google Scholar

- Knoth R.
- Singec I.
- Ditter M.
- Pantazis G.
- Capetian P.
- Meyer R.P.
- Horvat V.
- Volk B.
- Kempermann G.

**Murine features of neurogenesis in the human hippocampus across the lifespan from 0 to 100 years.**

*PLoS ONE.* 2010; **5**: e8809
View in Article

- Scopus (272)
- PubMed
- Crossref
- Google Scholar

- Kohler S.J.
- Williams N.I.
- Stanton G.B.
- Cameron J.L.
- Greenough W.T.

**Maturation time of new granule cells in the dentate gyrus of adult macaque monkeys exceeds six months.**

*Proc. Natl. Acad. Sci. USA.* 2011; **108**: 10326-10331
View in Article

- Scopus (72)
- PubMed
- Crossref
- Google Scholar

- Kornack D.R.
- Rakic P.

**Continuation of neurogenesis in the hippocampus of the adult macaque monkey.**

*Proc. Natl. Acad. Sci. USA.* 1999; **96**: 5768-5773
View in Article

- Scopus (565)
- PubMed
- Crossref
- Google Scholar

- Leuner B.
- Kozorovitskiy Y.
- Gross C.G.
- Gould E.

**Diminished adult neurogenesis in the marmoset brain precedes old age.**

*Proc. Natl. Acad. Sci. USA.* 2007; **104**: 17169-17173
View in Article

- Scopus (139)
- PubMed
- Crossref
- Google Scholar

- Lewis D.A.

**The human brain revisited: opportunities and challenges in postmortem studies of psychiatric disorders.**

*Neuropsychopharmacology.* 2002; **26**: 143-154
View in Article

- Scopus (118)
- PubMed
- Crossref
- Google Scholar

- Louissaint Jr., A.
- Rao S.
- Leventhal C.
- Goldman S.A.

**Coordinated interaction of neurogenesis and angiogenesis in the adult songbird brain.**

*Neuron.* 2002; **34**: 945-960
View in Article

- Scopus (554)
- PubMed
- Abstract
- Full Text
- Full Text PDF
- Google Scholar

- Maass A.
- Düzel S.
- Goerke M.

- Becke A.
- Sobieray U.
- Neumann K.
- Lövden M.
- Lindenberger U.
- Bäckman L.
- Braun-Dullaeus R.
- et al.

**Vascular hippocampal plasticity after aerobic exercise in older adults.**

*Mol. Psychiatry.* 2015; **20**: 585-593
View in Article

- [Scopus (60)](#)
- [PubMed](#)
- [Crossref](#)
- [Google Scholar](#)

- Malykhin N.V.
- Bouchard T.P.
- Camicioli R.
- Coupland N.J.

**Aging hippocampus and amygdala.**

*Neuroreport.* 2008; **19**: 543-547
View in Article

- [Scopus (36)](#)
- [PubMed](#)
- [Crossref](#)
- [Google Scholar](#)

- Manganas L.N.
- Zhang X.
- Li Y.
- Hazel R.D.
- Smith S.D.
- Wagshul M.E.
- Henn F.

- Benveniste H.
- Djuric P.M.
- Enikolopov G.
- Maletic-Savatic M.

**Magnetic resonance spectroscopy identifies neural progenitor cells in the live human brain.**

*Science.* 2007; **318**: 980-985
View in Article

- Scopus (291)
- PubMed
- Crossref
- Google Scholar

- Maurya S.K.
- Mishra R.

**Pax6 interacts with Iba1 and shows age-associated alterations in brain of aging mice.**

*J. Chem. Neuroanat.* 2017; **82**: 60-64
View in Article

- Scopus (4)
- PubMed
- Crossref
- Google Scholar

- McEwen B.S.

**Plasticity of the hippocampus: adaptation to chronic stress and allostatic load.**

*Ann. N Y Acad. Sci.* 2001; **933**: 265-277
View in Article

- PubMed
- Crossref
- Google Scholar

- Mokrý J.
- Ehrmann J.

- Karbanová J.
- Cízková D.
- Soukup T.
- Suchánek J.
- Filip S.
- Kolár Z.

**Expression of intermediate filament nestin in blood vessels of neural and non-neural tissues.**

*Acta Med. (Hradec Kralove).* 2008; **51**: 173-179
View in Article

- Scopus (30)
- PubMed
- Crossref
- Google Scholar

- Mouton P.R.
- Long J.M.
- Lei D.L.
- Howard V.
- Jucker M.
- Calhoun M.E.
- Ingram D.K.

**Age and gender effects on microglia and astrocyte numbers in brains of mice.**

*Brain Res.* 2002; **956**: 30-35
View in Article

- Scopus (155)
- PubMed
- Crossref
- Google Scholar

- Ngwenya L.B.
- Heyworth N.C.
- Shwe Y.
- Moore T.L.
- Rosene D.L.

**Age-related changes in dentate gyrus cell numbers, neurogenesis, and associations with cognitive impairments in the rhesus monkey.**

*Front. Syst. Neurosci.* 2015; **9**: 102
View in Article

- Scopus (14)
- PubMed
- Crossref
- Google Scholar

- Ní Dhúill C.M.
- Fox G.B.
- Pittock S.J.
- O'Connell A.W.
- Murphy K.J.
- Regan C.M.

**Polysialylated neural cell adhesion molecule expression in the dentate gyrus of the human hippocampal formation from infancy to old age.**

*J. Neurosci. Res.* 1999; **55**: 99-106
View in Article

- Scopus (53)
- PubMed
- Crossref
- Google Scholar

- Pereira A.C.
- Huddleston D.E.
- Brickman A.M.
- Sosunov A.A.
- Hen R.
- McKhann G.M.
- Sloan R.
- Gage F.H.
- Brown T.R.
- Small S.A.

**An in vivo correlate of exercise-induced neurogenesis in the adult dentate gyrus.**

*Proc. Natl. Acad. Sci. USA.* 2007; **104**: [5638-5643](#)
View in Article

- [Scopus (691)](#)
- [PubMed](#)
- [Crossref](#)
- [Google Scholar](#)

- Perlmutter L.S.
- Chui H.C.
- Saperia D.
- Athanikar J.

**Microangiopathy and the colocalization of heparan sulfate proteoglycan with amyloid in senile plaques of Alzheimer's disease.**

*Brain Res.* 1990; **508**: 13-19
View in Article

- [Scopus (106)](#)
- [PubMed](#)
- [Crossref](#)
- [Google Scholar](#)

- Ramm P.
- Couillard-Despres S.
- Plötz S.
- Rivera F.J.
- Krampert M.
- Lehner B.
- Kremer W.
- Bogdahn U.
- Kalbitzer H.R.
- Aigner L.

**A nuclear magnetic resonance biomarker for neural progenitor cells: is it all neurogenesis?.**

*Stem Cells.* 2009; **27**: 420-423
View in Article

- Scopus (38)
- PubMed
- Crossref
- Google Scholar

- Richards B.A.
- Frankland P.W.

**The Persistence and Transience of Memory.**

*Neuron.* 2017; **94**: 1071-1084
View in Article

- Scopus (16)
- PubMed
- Abstract
- Full Text
- Full Text PDF
- Google Scholar

- Roy A.
- Pickar D.
- Linnoila M.
- Doran A.R.
- Paul S.M.

**Cerebrospinal fluid monoamine and monoamine metabolite levels and the dexamethasone suppression test in depression. Relationship to life events.**

*Arch. Gen. Psychiatry.* 1986; **43**: 356-360
View in Article

- Scopus (33)
- PubMed
- Crossref
- Google Scholar

- Sahay A.
- Scobie K.N.
- Hill A.S.
- O'Carroll C.M.

- Kheirbek M.A.
- Burghardt N.S.
- Fenton A.A.
- Dranovsky A.
- Hen R.

**Increasing adult hippocampal neurogenesis is sufficient to improve pattern separation.**

*Nature.* 2011; **472**: 466-470
View in Article

- Scopus (695)
- PubMed
- Crossref
- Google Scholar

- Salehi F.
- Kovacs K.
- Cusimano M.D.
- Horvath E.
- Bell C.D.
- Rotondo F.
- Scheithauer B.W.

**Immunohistochemical expression of nestin in adenohypophysial vessels during development of pituitary infarction.**

*J. Neurosurg.* 2008; **108**: 118-123
View in Article

- Scopus (13)
- PubMed
- Crossref
- Google Scholar

- Saravia F.
- Beauquis J.
- Pietranera L.
- De Nicola A.F.

**Neuroprotective effects of estradiol in hippocampal neurons and glia of middle age mice.**

*Psychoneuroendocrinology.* 2007; **32**: 480-492
View in Article

- Scopus (51)
- PubMed
- Abstract
- Full Text
- Full Text PDF
- Google Scholar

- Schloesser R.J.
- Lehmann M.
- Martinowich K.
- Manji H.K.
- Herkenham M.

**Environmental enrichment requires adult neurogenesis to facilitate the recovery from psychosocial stress.**

*Mol. Psychiatry.* 2010; **15**: 1152-1163
View in Article

- Scopus (135)
- PubMed
- Crossref
- Google Scholar

- Scholzen T.
- Gerdes J.

**The Ki-67 protein: from the known and the unknown.**

*J. Cell. Physiol.* 2000; **182**: 311-322
View in Article

- Scopus (2505)
- PubMed
- Crossref

- [Google Scholar](#)

- Simić G.
- Kostović I.
- Winblad B.
- Bogdanović N.

**Volume and number of neurons of the human hippocampal formation in normal aging and Alzheimer's disease.**

*J. Comp. Neurol.* 1997; **379**: 482-494
View in Article

- [Scopus (327)](#)
- [PubMed](#)
- [Crossref](#)
- [Google Scholar](#)

- Song J.
- Christian K.M.
- Ming G.L.
- Song H.

**Modification of hippocampal circuitry by adult neurogenesis.**

*Dev. Neurobiol.* 2012; **72**: 1032-1043
View in Article

- [Scopus (61)](#)
- [PubMed](#)
- [Crossref](#)
- [Google Scholar](#)

- Sorrells S.F.
- Paredes M.F.
- Cebrian-Silla A.
- Sandoval K.
- Qi D.
- Kelley K.W.
- James D.
- Mayer S.

- Chang J.
- Auguste K.I.
- et al.

**Human hippocampal neurogenesis drops sharply in children to undetectable levels in adults.**

*Nature.* 2018; **555**: 377-381
View in Article

- Scopus (24)
- PubMed
- Crossref
- Google Scholar

- Spalding K.L.
- Bergmann O.
- Alkass K.
- Bernard S.
- Salehpour M.
- Huttner H.B.
- Boström E.
- Westerlund I.
- Vial C.
- Buchholz B.A.
- et al.

**Dynamics of hippocampal neurogenesis in adult humans.**

*Cell.* 2013; **153**: 1219-1227
View in Article

- Scopus (628)
- PubMed
- Abstract
- Full Text
- Full Text PDF
- Google Scholar

- Thored P.
- Wood J.

- Arvidsson A.
- Cammenga J.
- Kokaia Z.
- Lindvall O.

**Long-term neuroblast migration along blood vessels in an area with transient angiogenesis and increased vascularization after stroke.**

*Stroke.* 2007; **38**: 3032-3039
View in Article

- Scopus (265)
- PubMed
- Crossref
- Google Scholar

United States Census Bureau (2017). The Nation's Older Population Is Still Growing, Census Bureau Reports. Release Number: CB17-100.
https://www.census.gov/newsroom/press-releases/2017/cb17-100.html.

View in Article

- Google Scholar

- Vagnucci Jr., A.H.
- Li W.W.

**Alzheimer's disease and angiogenesis.**

*Lancet.* 2003; **361**: 605-608
View in Article

- Scopus (186)
- PubMed
- Abstract
- Full Text
- Full Text PDF
- Google Scholar

- Varbanov H.
- Dityatev A.

**Regulation of extrasynaptic signaling by polysialylated NCAM: Impact for synaptic plasticity and cognitive functions.**

*Mol. Cell. Neurosci.* 2017; **81**: 12-21
View in Article

- Scopus (5)
- PubMed
- Crossref
- Google Scholar

- Warner-Schmidt J.L.
- Duman R.S.

**VEGF is an essential mediator of the neurogenic and behavioral actions of antidepressants.**

*Proc. Natl. Acad. Sci. USA.* 2007; **104**: 4647-4652
View in Article

- Scopus (306)
- PubMed
- Crossref
- Google Scholar

- West M.J.

**New stereological methods for counting neurons.**

*Neurobiol. Aging.* 1993; **14**: 275-285
View in Article

- Scopus (766)
- PubMed
- Abstract
- Full Text PDF
- Google Scholar

- West M.J.
- Gundersen H.J.

**Unbiased stereological estimation of the number of neurons in the human hippocampus.**

*J. Comp. Neurol.* 1990; **296**: 1-22
View in Article

- [Scopus (903)](#)
- [PubMed](#)
- [Crossref](#)
- [Google Scholar](#)

- West M.J.
- Coleman P.D.
- Flood D.G.
- Troncoso J.C.

**Differences in the pattern of hippocampal neuronal loss in normal ageing and Alzheimer's disease.**

*Lancet.* 1994; **344**: 769-772
View in Article

- [Scopus (769)](#)
- [PubMed](#)
- [Abstract](#)
- [Google Scholar](#)

- Wu M.V.
- Hen R.

**Functional dissociation of adult-born neurons along the dorsoventral axis of the dentate gyrus.**

*Hippocampus.* 2014; **24**: 751-761
View in Article

- [Scopus (58)](#)
- [PubMed](#)
- [Crossref](#)
- [Google Scholar](#)

- Yang X.
- Goh A.
- Chen S.H.
- Qiu A.

**Evolution of hippocampal shapes across the human lifespan.**

*Hum. Brain Mapp.* 2013; **34**: [3075-3085](#)
View in Article

- [Scopus (17)](#)
- [PubMed](#)
- [Crossref](#)
- [Google Scholar](#)

- Yu D.X.
- Di Giorgio F.P.
- Yao J.
- Marchetto M.C.
- Brennand K.
- Wright R.
- Mei A.
- McHenry L.
- Lisuk D.
- Grasmick J.M.
- et al.

**Modeling hippocampal neurogenesis using human pluripotent stem cells.**

*Stem Cell Reports.* 2014; **2**: 295-310
View in Article

- [Scopus (95)](#)
- [PubMed](#)
- [Abstract](#)
- [Full Text](#)
- [Full Text PDF](#)
- [Google Scholar](#)

# Article Info

# Publication History

Published: April 5, 2018

Accepted: March 19, 2018

Received in revised form: September 24, 2017

Received: July 13, 2017

# IDENTIFICATION

DOI: [10.1016/j.stem.2018.03.015](10.1016/j.stem.2018.03.015)

# Copyright

© 2018 Elsevier Inc.

# ScienceDirect

[Access this article on ScienceDirect](#)
Please enable JavaScript to view the &lt;a
href="[https://disqus.com/?ref_noscript](https://disqus.com/?ref_noscript)"&gt;comments powered by Disqus.&lt;/a&gt;

**Cell Press Commenting Guidelines**

To submit a comment for a journal article, please use the space above and note the following:

- We will review submitted comments within 2 business days.
- This forum is intended for constructive dialog. Comments that are commercial or promotional in nature, pertain to specific medical cases, are not relevant to the article for which they have been submitted, or are otherwise inappropriate will not be posted.
- We recommend that commenters identify themselves with full names and affiliations.
- Comments must be in compliance with our [Terms & Conditions](#).
- Comments will not be peer-reviewed.