

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 24, 2022

**BY ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Lawrence Ray*,
             S2 20 Cr. 110 (LJL)

Dear Judge Liman:

      The Government writes to object to further extrinsic evidence of Claudia Drury's character for truthfulness. Under Federal Rule of Evidence 608(b), "extrinsic evidence is not admissible to prove specific instances of a witness's conduct in order to attack or support the witness's character for truthfulness." Instead, under Rule 608(b), prior instances of a witness's conduct may be inquired into without extrinsic proof. The defense introduced Defense Exhibit L1A to attack Ms. Drury's character for truthfulness. The Government objects to further extrinsic evidence offered for such a purpose.

                                                      Respectfully submitted,

                                                      DAMIAN WILLIAMS
                                                      United States Attorney

                                       By:__/s/__Mollie Bracewell___
                                             Mollie Bracewell
                                             Danielle R. Sassoon
                                             Lindsey Keenan
                                             Assistant United States Attorneys
                                             Southern District of New York
                                             (212) 637-2218

cc:     Defense Counsel (by ECF)