```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
        - v. -                    :   CALLS STIPULATION
                                  :
LAWRENCE RAY,                     :   S2 20 Cr. 110 (LJL)
                                  :
             Defendant.           :
                                  :
                                  :
- - - - - - - - - - - - - - - - - x
```

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by DAMIAN WILLIAMS, United States Attorney, Mollie Bracewell, Lindsey Keenan, and Danielle Sassoon, Assistant United States Attorneys, of counsel, and defendant LAWRENCE RAY, by and with the consent of his attorneys at the Federal Defenders of New York, Inc., that:

1. Government Exhibit 703 is a disc that contains Government Exhibits 700 through 702, which are true and correct copies of portions of recorded phone calls made by LAWRENCE RAY from prison between June and August 2020.

2. Government Exhibit 701 contains true and correct copies of portions of a telephone call made by LAWRENCE RAY on June 7, 2020.

3. Government Exhibits 701-T is a true and correct transcript, with true and accurate voice attributions, of Government Exhibit 701.

4. Government Exhibit 702 contains true and correct copies of portions of a telephone call made by LAWRENCE RAY on June 19, 2020.

5. Government Exhibits 702-T is a true and correct transcript, with true and accurate voice attributions, of Government Exhibit 702.

6. Government Exhibit 700 contains true and correct copies of portions of a telephone call made by LAWRENCE RAY on August 27, 2020.

7. Government Exhibits 700-T is a true and correct transcript, with true and accurate voice attributions, of Government Exhibit 700.

8.   IT IS FURTHER STIPULATED AND AGREED that this Stipulation, marked as Government Exhibit 5006, as well as Government Exhibits 700 through 702, may be received in evidence as Government Exhibits at trial, subject any objections by the defendant except on authenticity grounds.

Dated:   New York, New York
         March __, 2022

>                   DAMIAN WILLIAMS
>                   United States Attorney
>                   Southern District of New York
>
>
>           By:   _____
>                 Mollie Bracewell
>                 Lindsey Keenan
>                 Danielle Sassoon
>                 Assistant United States Attorneys
>
>
>           By:   _____
>                 Peggy Cross-Goldenberg, Esq.
>                 Allegra Glashausser, Esq.
>                 Neil Kelly, Esq.
>                 Marne Lenox, Esq.
>                 Federal Defenders of New York
>                 Attorneys for LAWRENCE RAY