

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 28, 2022

**BY ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:    ***United States v. Lawrence Ray***,
                 S2 20 Cr. 110 (LJL)

Dear Judge Liman:

       Enclosed with this letter are the receipts and deposit slips recovered from the defendant's residence that the Government intends to offer into evidence. These receipts and deposit slips are properly authenticated.

       Today, Felicia Rosario testified that the defendant was vigilant about preserving receipts from the expenditures of the defendant, Pollok, and Ms. Rosario in his residence. She testified that the defendant spent money at places like Ralph Lauren and Bergdorf Goodman, and on items like equipment. These receipts align with that testimony and include receipts for Bergdorf Goodman, Ralph Lauren, and other luxury stores.

       The receipts also align with communications between Pollok and the defendant. For example, on January 3, 2018, Pollok sent the defendant a photograph of herself trying on a Canada Goose jacket in a store. (*See* GX 4180). One of these receipts is from Canada Goose on that same date, with Pollok's name on it. Several of the other receipts also bear her name.

       The deposit slips for cash deposits into Pollok's and Rosario's bank accounts match up to deposits reflected in the bank records for both women admitted into evidence. The deposit slips include additional information about where the deposits were made, including locations near the hotels where Claudia Drury was staying, and near the locations of money drop off locations in Hoboken and Piscataway. For all these reasons, the Government submits that these receipts and

Page 2 of 2

deposit slips are sufficiently reliable to be admitted into evidence.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:__/s/__Danielle R. Sassoon___
Mollie Bracewell
Danielle R. Sassoon
Lindsey Keenan
Assistant United States Attorneys
Southern District of New York
(212) 637-2218

cc:     Defense Counsel (by ECF)



BERGDORF
GOODMAN
- ON THE PLAZA -
754 Fifth Avenue
New York, NY 10019
(212) 753-7300

060566  0064  0115  99438  04/04/18

TAKE HOSE
Slip On          1          1200.00
4403-880-880-401074942942
DUKE PENNY
Santoni
BLUE 10 UK (11D US)
  8054897308727    1200.00EA
  8.875% TAX 10200
  PIN 258200

Lace Up          1          1250.00
4403-865-865-401089047953
WILSON LACE UP PERF/STICH DETAILS
Santoni
MEDIUM BROWN 11D
                 1250.00EA
  8.875% TAX 10200
  PIN 258200

Belts            1          1750.00
4432-877-877-401000506485
CROC BELT
Loro Piana
SAND/NEUTRAL 46IN / 115CM
                 1750.00EA
  8.875% TAX 10200

Pants            1          1395.00
4698-4-4-401074509107
NEW NAVY FF
Brioni
NAVY 60 EU (44R US)
  888356683838    1395.00EA
  8.875% TAX 10200

Shirts/Tops      1          78.00
4418-1-1-401006469852
CREW TEE COTTON SPORTY
Hanro
WHITE 2X-LARGE
  786337056797    78.00EA

Socks            1          30.00
4418-117-117-401091559789
Pauls Rabbit Sock
Paul Smith

  5057593952987    30.00EA

Socks            1          30.00
4418-117-117-401091593390
Pima Cotton Lisle Colored bike
Marcoliani
RED METALLIC
  8032936949780    30.00EA

Socks            1          31.00
4418-117-117-401000049858
CTTN LISLE
Pantherella
NAVY MEDIUM
                 31.00EA

Socks            1          30.00
4418-117-117-401091676912
flower
Paul Smith
BLUE PATTERN
  5057593404710    30.00EA

Socks            1          30.00
4418-117-117-401091676899
flower
Paul Smith
PINK PATTERN
  5057593404697    30.00EA

Shirts/Tops      1          565.00
4419-1-1-401090197982
LIGHT BLUE STRIPE
Borrelli
BLUE 46 EU (18 US)
                 565.00EA
  8.875% TAX 10200

       TAKE SUBTOTAL      6389.00
       TOTAL TAX           546.70
       TAX CODE  3306120100
       TOTAL              6935.70

CASH                      7000.00
CASH CHANGE                -64.30

       THANK YOU FOR SHOPPING AT
          BERGDORF GOODMAN





754 FIFTH AVENUE
NEW YORK, NY 10019
212-753-7300
visit   www.bergdorfgoodman.com

208819  0063  0165  90192  08/14/18

TAKE MDSE
Shirts/Tops       1              2580.00
8116-1-1-401092868934
LONG SLV EMBROIDERED SILVER STUD BOW N
Givenchy
BLACK 38 FR (6 US)
   3615204811771     2580.00EA
   8.875% TAX 10200

        TAKE SUBTOTAL           2580.00
        TOTAL TAX                228.98
        TAX CODE  3306120100
        TOTAL                   2808.98

CASH                           2820.00
CASH CHANGE                      -11.02


        THANK YOU FOR SHOPPING AT
             BERGDORF GOODMAN

          ALL J MENDEL FUR
        PURCHASES ARE FINAL

See back of receipt for return policy

*Neiman Marcus*

SHORT HILLS
(973) 912-0080

239318  0025  0065  92034  12/20/18
POLLOK/ISABELLA CONSTANCE
XXXXXXXXXXXX1856              /I  XX/XX

TAKE MOSE
Lip                1                60.00
5312-502-537-401015980113
THE LIP BALM
La Mer

   747930006251      60.00EA
   6.625% TAX 10600

Lip                1                60.00
5312-502-537-401015980113
THE LIP BALM
La Mer

   747930006251      60.00EA
   6.625% TAX 10600

Body               1                90.00
5312-505-572-401015980121
THE HAND TREATMENT
La Mer

   747930003403      90.00EA
   6.625% TAX 10600

Body               1                90.00
5312-505-572-401015980121
THE HAND TREATMENT
La Mer

   747930003403      90.00EA
   6.625% TAX 10600

Body               1                90.00
5312-505-572-401015980121
THE HAND TREATMENT
La Mer

   747930003403      90.00EA
   6.625% TAX 10600

Body               1               545.00
5317-505-544-401071947230
RE SUBLIME VANILLE 75ML
Creed

   871854075014      545.00EA
   6.625% TAX 10600

Body               1               355.00
5317-505-544-401087411459
Viking 50 mL/1.7 oz
Creed

   871854000995      355.00EA
   6.625% TAX 10600

Body               1               355.00
5317-505-544-401087411459
Viking 50 mL/1.7 oz
Creed

   871854000995      355.00EA
   6.625% TAX 10600

Face & Neck        1                50.00
5309-500-529-401059652191
COLLECTION FOR A CAUSE
Kiehl-'s-Since-1851

   3605971867658     50.00EA
   6.625% TAX 10600

Face & Neck        1               500.00
5312-500-529-401098814058
La Perla for La Mer
La Mer
BLUE SMALL
   747930121244     500.00EA
   6.625% TAX 10600

        TAKE SUBTOTAL        2195.00
           TOTAL TAX          145.43
           TAX CODE  3101331001
           TOTAL             2340.43

CASH                         2040.43
CASH                          100.00
VISA                          200.00
AID        :A0000000980840
TVR        :8000108000
TSI        :6800
POLLOK/ISABELLA CONSTANCE


Purchases between 10/11 - 12/25 can be
returned through 1/31/19 or 60 days
from purchase date, whichever is later


See back of receipt for return policy



 

| | 319 Route 46 West | 297 Route 22 East |
| --- | --- | --- |
| | Rockaway, NJ 07866 | Whitehouse Station, NJ 08889 |
| | (973) 627-8005 | (908) 534-2837 |

**WWW.POWERPLACEINC.COM**



**ORDER #**
**1478775**

| | | |
| --- | --- | --- |
| PHONE #: (732)943-6344 | SALESPERSON: Pete | DATE: 6/1/2018 1:40:04 PM |
| ALT. #: (917)566-9122 | LOCATION: 3 | P.O.#: |
| Cell # | TECHNICIAN: | DELIVERY DATE: |
| EMAIL: LCPOLLOK@GMAIL.COM | STATUS: Active | TAG #: |

**BILL TO** 94153

LAWRENCE RAY
40 HOLLY LANE
PISCATAWAY, NJ 08854

**SHIP TO** 94153

LAWRENCE RAY
40 HOLLY LANE
PISCATAWAY, NJ 08854

| MFR | PRODUCT NUMBER | DESCRIPTION | ORD | SOLD | B/O | PRICE | NET | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| JD | Z930M-60 | JOHN DEERE Z930M Z-TRAK 25.5HP/60"<br>S/N:   1TC930MCKJT063751 | 1 | | 0 | $10,934.00 | $9,400.00 | $9,400.00 |

PER JD QUOTE ID # 17526975 / PO # 05580650

Thank you for shopping with Power Place. Please note: electrical parts, special orders and new equipment are final sales.

You can now lookup and order parts from Power Place on-line at www.powerplaceinc.com. Have them shipped to your home or pickup at the store.

| | |
| --- | --- |
| SUBTOTAL: | $9,400.00 |
| TAX: | $622.75 |
| ORDER TOTAL: | $10,022.75 |
| 6/1/2018 PMT CASH WHITEHOUSE | $10,022.75 |
| BALANCE REMAINING: | $0.00 |

Picked Up By: _____

# OLIVER PEOPLES



812 Madison Uptown
812 Madison Avenue
New York, NY 10065
212-585-3433

Receipt #: 1017389
                    Date: 6/15/18 @ 5:04 PM
Store: 4495      Register: 1
Cashier: Michael 969743
Salesperson: Michael 969743

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| Order For Isabella Pollok | | | |
| Sales Order 1001125024495 | | | |

OV1224T WATTS, Gld Drk, 49/21/145
827934412927   1    580.00       580.00


OPR CRIZAL AVANCE CHARGE
20500000557619 1    190.00       190.00


OP SV Standard CR-39
20500000560114 1    80.00        80.00

  Single Vision Standard
  CR-39

|          |   |
|----------|---|
| Subtotal | 850.00 |
| Tax | 0.00 |
| Total | 850.00 |
| Cash | 860.00 |
| Change | |
| Cash | (10.00) |

Exchanges accepted within 5 days of
purchase. No refunds - store credit only.
Prescription lenses may not be returned
for exchange or refund.

Exchanges accepted within 5 days of
purchase. No refunds - store credit only.
Prescription lenses may not be returned
for exchange or refund.


Total item(s) purchased = 3



□T11TALW11311149W1E4AQMHN□

Customer Copy

```
                  PERRINE
            TWO EAST 61ST STREET
             NEW YORK, NY 10065
     11/22/2018                  20:23
     ======================================
                  Perrine
     Check: 244820      Table: 15
     ^er  : Tom          Guests: 4
     ..miral: 24
     ...... ========================
            PR Room Charge
         1 Evian - large       12.00
         1 Badoit Large        12.00
         2 Squash Soup          0.00
           @ 0.00
         1 Veal Carpaccio       0.0.
         1 Heriloom Carrots     ^ 0(
         4 Turkey               . .0
           @ 95.00
         1 COKE                 8.00
         1 Corton Charlemag   580.00
           218
         2 Apple Pie            0.00
           @ 0.00
         2 Pecan Tart           0.00
           @ 0.00
         1 Dst IceCreamSorb    11.00
           IC Madag Vanilla
           IC Made  Vanilla
           IC Doub u Choc
         1 Open Wine PR       250.00
         4 Louis XIII 1oz     800.00
           @ 200.00
         4 Cappuccino       .  40.00
           @ 10.00

            Subtotal        2093.00
                 Tax         185.75
                 Tip         376.74
               Total        2655.49


     Tip / Gratuity Not Included.

             Suggested Gratuity

            15%-313.9
            18%-376.7
            20%-418.6

      TIP:      _____

      TOTAL:    $2750.00

      ROOM NUMBER: _____

      PRINT NAME:  _____


      X_____
      SIGNATURE



            212.940.8195
          www.perrinenyc.com
```



## The Pierre
### NEW YORK
### A TAJ HOTEL

Ms. Isabella Pollok
229 East 85th Street  Unit 1356
New York NY 10028
United States
Tax ID

Date        04-03-18
Time        22:18
Room        1429
Conf.No.    3453912
Recpt. No   79890

| PAYMENT RECEIPT | | |
|---|---|---|
| Date | Description | Amount |
| 04-03-18 | Cash  CASH PAYMENT | 4,700.00 USD |

**Guest Signature**                    **Cashier 79**

2 East 61st Street New York, NY 10065 | T: 212 838 8000 | F: 212 940 8109 | www.tajhotels.com/thepierre



```
Store:                        SoHo Retail Store
Address:                      101 Wooster Street
                              New York, NY 10012
                                            USA
Phone:                        (845)709-8342
Transaction:     SOHO-SOHO-R06-10018
                              Date.:  2018-01-03
Terminal:        SOHO-R06     Time.:  19:26
Employee:        10278        Beya
Customer No:
Cust. Name:      Isabell Pollock
Comments:

    7118573
```

| ITEM NAME | QTY | PRICE | TOTAL |
|-----------|-----|-------|-------|
| Mens Northern Utility | 1 | $250.00 | $250.00 |
| Tax 8.875 % | | | |
| 5154H       L       61 - Black - Noir | | | |
| 10278            Beya | | | |
| | | | |
| Mens Northern Glove Li | 1 | $125.00 | $125.00 |
| Tax 8.875 % | | | |
| 5254H       L       61 - Black - Noir | | | |
| 10278            Beya | | | |
| | | | |
| Mens Expedition Parka | 1 | $995.00 | $995.00 |
| Tax 8.875 % | | | |
| 4565N       XL      67 - Navy - Marine | | | |
| 12058            Rza | | | |

```
    Subtotal                      $1,370.00
    Tax 4.5   %                      $61.66
    Tax 0.375 %                       $5.14
    Tax 4     %                      $54.80
    Total                         $1,491.60

  Cash                            $1,500.00

    change back (Cash)               -$8.40
```

```
         ======================
         WWW.CANADAGOOSE.COM
         #ASKANYONEWHOKNOWS
```

```
For the 2017 holiday season,
merchandise purchased after November 6, 2017,
can be returned until January 8, 2018,
as long as it qualifies under our existing
return policy.
```



```
1 S O H O R 0 6 0 0 0 1 0 2 1
```

r **COPY**



*→ FR kept original
for return
(QU)*

UGG

600 Madison Avenue
New York, NY 10022
(212) 845-9905
ugg.com

10/17/18                               5:24 PM
Trans.: 5595              Store: 10017
Reg.: 002                 Till: 002
Cashier: Demi             Sales: Demi

SALE



10017002559L

1100177 PINK 10 W SCUFFETTE II SPAR 95.00   T
  900151999            1 @      95.00

1100177 BLK 10 W SCUFFETTE II SPAR 95.00   T
  900151926            1 @      95.00

1099369 SAN 11 M SCUFF 40 42 40   120.00   T
  900150685            1 @     120.00

1100177 BLK 08 W SCUFFETTE II SPAR 95.00   T
  900151916            1 @      95.00

Subtotal                       405.00
Total Sales Tax                 10.65

Total                          415.65

  Cash                         420.00

Total Tender                   420.00

Change Due                     (4.35)

           Customer Copy



PAIGE-UPPER WEST SIDE
245 COLUMBUS AVENUE
NEW YORK, NY 10023
(212) 769-1500
UWS@paige.com

## CUSTOMER RECEIPT

Receipt #: 10365001058
Associate: paigeb
Date/Time: 10/17/2018 6:55 PM

| Qty | PLU Description | Price | Extended |
|-----|-----------------|-------|----------|
| 1 | 23748 VERDUGO ANKLE UNDONE HEM SANIA   29 | 199.00 | 199.00 |
| 1 | 23507 RAUNDI SWEATER HEATHER GREY   S | 258.00 | 258.00 |
| 2 Unit(s) | | Item Total: | 457.00 |
| | | Tax: | 40.56 |
| | | **Total:** | **497.56** |
| | | Cash: | 500.00 |
| | | Change: | 2.44 |

### Return Policy:

Merchandise may be exchanged or
returned within 30 days of purchase.
Returned merchandise must be presented
in its original condition with tag attached
and accompanied by a receipt.
All sale items are final sale and therefore
are not eligible for return or exchange.
Paige Gift Cards are non-refundable.



10365001058

# citibank°

1740 - 1748 Broadway, NY, NY

```
DATE            TIME        ATM ID
04-07-2017      02:10       000000499
CARD XXXXXXXXXXXX9962
```

Bring your style home with a
low introductory rate.

Take advantage of a low intro rate on
a Home Equity Line of Credit-the
perfect way to fund home renovations
or other major expenses.
Offer ends 6/30/17.

Speak to a banker for details.

Citibank, N.A. NMLS  #412915.
Member FDIC and Equal Housing Lender.

CASH DEPOSIT   $ 1,000.00
To: Regular Checking - 7193

```
        Bills   Denomination    Total
        50    X    $ 20  = **********
Total Cash:                  $ 1,000.00
```

CASH DEPOSIT   $ 3,020.00
To: Regular Checking - 7193

```
        Bills   Denomination    Total
        16    X    $ 20  =   $ 320.00
        27    X    $ 100 = **********
Total Cash:                  $ 3,020.00
```

CASH DEPOSIT   $ 2,180.00
To: Regular Checking - 7193

```
        Bills   Denomination    Total
        29    X    $ 20  =   $ 580.00
        10    X    $ 50  =   $ 500.00
        11    X    $ 100 = **********
Total Cash:                  $ 2,180.00
```

CASH DEPOSIT   $ 300.00
To: Regular Checking - 7193

```
        Bills   Denomination    Total
        3     X    $ 100 =   $ 300.00
Total Cash:                  $ 300.00
```

CASH DEPOSIT   $ 1,160.00
To: Regular Checking - 7193

```
        Bills   Denomination    Total
        8     X    $ 20  =   $ 160.00
        2     X    $ 50  =   $ 100.00
        9     X    $ 100 =   $ 900.00
Total Cash:                  $ 1,160.00
```

CASH DEPOSIT   $ 140.00
To: Regular Checking - 7193

```
        Bills   Denomination    Total
        2     X    $ 20  =   $ 40.00
        1     X    $ 100 =   $ 100.00
Total Cash:                  $ 140.00
```

Regular Checking - 7193
Balances:
on deposit                   $ 7,895.84
available now                $ 7,895.84

# citibank

1740 - 1748 Broadway, NY, NY

| DATE | TIME | ATM ID |
|---|---|---|
| 04-09-2017 | 00:07 | 000000461 |

CARD XXXXXXXXXXXX9962

Bring your style home with a
low introductory rate.

Take advantage of a low intro rate on
a Home Equity Line of Credit-the
perfect way to fund home renovations
or other major expenses.
Offer ends 6/30/17.

Speak to a banker for details.

Citibank, N.A. NMLS #412915.
Member FDIC and Equal Housing Lender.

CASH DEPOSIT   $ 2,700.00
To: Regular Checking - 7193

| Bills | | Denomination | | Total |
|---|---|---|---|---|
| 4 | X | $ 50 | = | $ 200.00 |
| 25 | X | $ 100 | = | ********** |
| Total Cash: | | | | $ 2,700.00 |

Regular Checking - 7193
Balances:
on deposit          $ 2,967.67
available now       $ 2,967.67

# citibank°

1740 - 1748 Broadway, NY, NY

DATE            TIME        ATM ID
04-18-2017      12:13       000000460
CARD XXXXXXXXXXXX9962

Bring your style home with a
low introductory rate.

Take advantage of a low intro rate on
a Home Equity Line of Credit-the
perfect way to fund home renovations
or other major expenses.
Offer ends 6/30/17.

Speak to a banker for details.

Citibank, N.A. NMLS #412915.
Member FDIC and Equal Housing Lender.

CASH DEPOSIT    $ 2,000.00
To: Regular Checking - 7193

          Bills   Denomination    Total
          20    X   $ 100   =  **********
Total Cash:                  $ 2,000.00

Regular Checking - 7193
Balances:
on deposit                   $ 2,554.61
available now                $ 2,554.61

**Bank of America**

Need to send or receive money with
friends? Just use the app.

For Customer Service Call
844.401.8500

01/09/18        21:22        INYD4114

*39TH & PARK
NEW YORK            NY
XXXXXXXX8420

----------------------------------------
Deposit to
PRIMARY                              Checking

Ser. No. 7472
Cash Amount                          $1,500.00

          15  x  $100.00    $1,500.00

Total Deposit                        $1,500.00
Posts On                             01/10/18
Available Now                        $1,500.00
Available Balance                    $1,598.02

Member FDIC



FREE admission to museums every month
bankofamerica.com/VisitMuseums

For Customer Service Call
844.401.8500

02/06/18     12:22      INYD4114

*39TH & PARK
NEW YORK            NY
XXXXXXXX8420

Deposit to
PRIMARY                              Checking

Ser. No. 4633
Cash Amount                          $2,500.00

        25  x  $100.00    $2,500.00

Total Deposit                        $2,500.00
Posts On                             02/06/18
Available Now                        $2,500.00
Available Balance                    $2,632.65

Member FDIC



**Bank of America**

ATMs WHERE YOU NEED THEM
Visit bankofamerica.com/ATM

For Customer Service Call
844.401.8500

02/20/18     15:43     INYN2003

*57TH AND BROADWAY
MANHATTAN          NY
XXXXXXXX8420
--------------------------------------------------
Deposit to
PRIMARY                              Checking

Ser. No. 3647
Cash Amount                          $1,000.00
         10  x  $100.00    $1,000.00

Total Deposit                        $1,000.00
Posts On                              02/20/18
Available Now                        $1,000.00
Available Balance                    $1,170.31

Member FDIC

00-14-3675B (06-2006)
June 2017

**Bank of America**

Alaska Airlines(R) Visa Signature(R)
card: Visit bankofamerica.com/Alaska

For Customer Service Call
844.401.8500

02/12/18     15:32        INYN5337

*BROADWAY & 53RD STREET
NEW YORK              NY
XXXXXXXX8420

Deposit to
PRIMARY                          Checking

Ser. No. 7812
Cash Amount                      $2,000.00

        20  x  $100.00    $2,000.00

Total Deposit                    $2,000.00
Posts On                          02/12/18
Available Now                    $2,000.00
Available Balance                $2,046.00

Member FDIC

00-14-3675B (06-2006)
September 2017

**Bank of America**

Need to send or receive money with
friends? Just use the app.

For Customer Service Call
844.401.8500

02/12/18   16:35   .  INJD0742

*TOWNE CENTER
PISCATAWAY          NJ

Deposit Summary
Card Number                    XXXXXXXX8420
Deposit To                          PRIMARY
                                     Checking
Total Deposit                     $2,600.00
Posts On                           02/12/18
Available Now                     $2,600.00
Available Balance                 $2,799.98

Cash Amount                       $2,600.00
Ser. No. 6129

       26  x  $100.00     $2,600.00
Member FDIC

95-32-3180B 06-2006
August 2017

**Bank of America**

Help stay on top of your banking.
Visit bankofamerica.com/alert1

For Customer Service Call
844.401.8500

02/20/18    13:22    INYN4162

ᵃGRAND CENTRAL 200 AVE- M
NEW YORK        NY
XXXXXXXX6994

Deposit to
PRIMARY                              Checking

Ser. No. 5021
Cash Amount                          $100.00
        1   x  $100.00    $100.00

Total Deposit                        $100.00
Posts On                             02/20/18
Available Now                        $100.00
Available Balance                    $100.00

Member FDIC

00-14-3675B (06-2006)
June 2017



**Bank of America**

Help stay on top of your banking.
Visit bankofamerica.com/alert1

For Customer Service Call
844.401.8500

02/20/18    12:34    INYN4062

*GRAND CENTRAL 200 AVE- M
NEW YORK            NY
XXXXXXXX8420
----------------------------------------------------------
Deposit to
PRIMARY                            Checking

Ser. No. 2817
Cash Amount                          $300.00

        3   x  $100.00    $300.00

 Total Deposit                       $300.00
 Posts On                            02/20/18
 Available Now                        $300.00
 Available Balance                    $804.64

 Member FDIC

00-14-3675B (06-2006)
June 2017

**Bank of America** 

FREE admission to museums every month
bankofamerica.com/VisitMuseums

For Customer Service Call
844.401.8500

02/20/18      10:47      INJD0742

*TOWNE CENTER
PISCATAWAY           NJ

Deposit Summary
Card Number                    XXXXXXXX8420
Deposit To                          PRIMARY
                                    Checking
Total Deposit                        $500.00
Posts On                            02/20/18
Available Now                        $500.00
Available Balance                    $504.64

Cash Amount                          $500.00
Ser. No. 7620

      25  x  $20.00        $500.00
Member FDIC

95-32-3180B 06-2006
August 2017



Need to send or receive money with
friends? Just use the app.

For Customer Service Call
844.401.8500

02/20/18     13:27     INYN4062

\*GRAND CENTRAL 200 AVE- M
NEW YORK          NY
XXXXXXXX6994
-----------------------------------------------
Deposit to
PRIMARY                          Checking

Ser. No. 2839
Cash Amount                      $1,000.00

        10  x  $100.00     $1,000.00

Total Deposit                    $1,000.00
Posts On                          02/20/18
Available Now                    $1,000.00
Available Balance                $1,050.00

Member FDIC

00-14-3675B (06-2006)
June 2017

Wells Fargo Bank
Transaction Receipt

Store #0067663 6            Deposit

Account Number            XXXXXX0227
CHK 00348
 Cash In                    $500.00
Total Deposit              $500.00

Deposit Availability
The full amount of your deposit is
included in your available balance.

Transaction # 098 0130
10:32AM  02/20/18
Deposit Credit Date: 02/20/18

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, MANVINDER

Wells Fargo Bank
Transaction Receipt

Store #0067663 06          Balance Inquiry

Account Number
XXXX-XX0227
348

Transaction # 999 0131
10:33AM 02/20/18

Current Balance            $518.06
Available Balance          $518.06

Thank you for your business.

Enjoy the convenience of

scheduling appointments online at

wellsfargo.com/appointments

Thank you, MANVINDER

**Bank of America**

Customer
Receipt

All items are credited subject to verification, collection, and conditions of the Rules and Regulations of this Bank and as otherwise provided
by law. Deposits are accepted when credit is applied to outstanding balances and not upon issuance of this receipt. Transactions received
after the Bank's posted cutoff time or Saturday, Sunday, and Bank Holidays, are dated and considered received as of the next business day.
Please retain this receipt until you receive your account statement.

Thank you for banking with Bank of America.
Save time with fast, reliable deposits, withdrawals, transfers and
more at thousands of convenient ATM locations.

Member FDIC
95-14-2005B 10-2012

07/03/2018 13:42 AMN TOM:09  RS000010S
A5CHH  3S#S488#4971.CG 0007386 TI: 00002

Total Deposit to CHK                      $8,000.00

Available Now                             $8,000.00
Available Balance                       = 9,417.69
ANUMBER              2003UC2AV4HY76T81DXT1049