

GOVERNMENT EXHIBIT 1425 20 Cr. 110 (LJL)

**Govt Exhibit 1634; pg US_070635-070639**

## US v. Lawrence Ray
## 2018 Pickups
### 2018 Unreported Income - 2018 Bank Deposit log

| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 1400 | GX 101 BOA Acct 4971 of ICP |
|---|---|---|---|---|---|---|---|
| 1/2 | | | | | | | $ 1,500.00 |
| 1/3 | 2018 | Cash | $ 4,700.00 | $ - | $ 4,700.00 | ^ | $ 3,500.00 |
| 1/3 | 2018 | Cash | $ 1,560.00 | $ - | $ 6,260.00 | | |
| 1/6 | 2018 | Cash | $ 4,400.00 | $ - | $ 10,660.00 | ^ | |
| 1/8 | 2018 | Cash | $ 12,000.00 | $ - | $ 22,660.00 | ^ | |
| 1/9 | 2018 | Cash | $ 7,180.00 | $ - | $ 29,840.00 | ^ | $ 1,500.00 |
| 1/11 | 2018 | Cash | $ 5,400.00 | $ - | $ 35,240.00 | ^ | |
| 1/15 | 2018 | | | | | | $ 4,000.00 |
| 1/17 | 2018 | Cash | $ 12,010.00 | $ - | $ 47,250.00 | ^ | $ 3,400.00 |
| 1/17 | 2018 | | | | | | $ 1,000.00 |
| 1/20 | 2018 | Cash | $ 9,300.00 | $ - | $ 56,550.00 | ^ | |
| 1/23 | | | | | | | $ 1,100.00 |
| 1/25 | | | | | | ^ | |
| 1/25 | 2018 | Cash | $ 14,300.00 | $ - | $ 70,850.00 | | |
| 1/26 | | | | | | | $ 600.00 |
| 1/30 | 2018 | Cash | $ 13,320.00 | $ 84,170.00 | $ 84,170.00 | ^ | $ 3,500.00 |
| 1/30 | | | | | | | $ 200.00 |
| 2/3 | | | | | | | $ 300.00 |
| 2/6 | 2018 | Cash | $ 21,000.00 | $ - | $ 105,170.00 | ^ | $ 2,500.00 |
| 2/9 | | | | | | | $ 5,030.00 |
| 2/12 | 2018 | Cash | $ 14,090.00 | $ - | $ 119,260.00 | ^ | $ 2,600.00 |
| 2/12 | | | | | | | $ 2,000.00 |
| 2/20 | 2018 | Cash | $ 18,000.00 | $ - | $ 137,260.00 | ^ | $ 1,000.00 |
| 2/20 | | | | | | | $ 500.00 |
| 2/20 | | | | | | | $ 300.00 |
| 2/24 | 2018 | Cash | $ 14,550.00 | $ 67,640.00 | $ 151,810.00 | ^ | |
| 3/1 | 2018 | Cash | $ 6,550.00 | $ - | $ 158,360.00 | ^ | $ 3,600.00 |
| 3/3 | | | | | | | $ 1,000.00 |
| 3/5 | 2018 | Cash | $ 14,540.00 | $ - | $ 172,900.00 | ^ | |
| 3/10 | 2018 | Cash | $ 17,700.00 | $ - | $ 190,600.00 | ^ | $ 130.00 |
| 3/14 | 2018 | Cash | $ 10,500.00 | $ - | $ 201,100.00 | ^ | $ 1,800.00 |
| 3/15 | | | | | | | $ 2,800.00 |
| 3/16 | | | | | | | $ 2,100.00 |
| 3/16 | | | | | | | $ 100.00 |
| 3/17 | 2018 | Cash | $ 6,800.00 | $ - | $ 207,900.00 | ^ | |
| 3/18 | | | | | | | $ 2,000.00 |
| 3/20 | 2018 | Cash | $ 10,000.00 | $ - | $ 217,900.00 | ^ | $ 1,000.00 |
| 3/24 | 2018 | Cash | $ 6,100.00 | $ - | $ 224,000.00 | ^ | |

| Govt Exhibit 1634; pg US_070635-070639 | | | | | | | |
|---|---|---|---|---|---|---|---|
| US v. Lawrence Ray | | | | | | | |
| 2018 Pickups | | | | | | | |
| 2018 Unreported Income - 2018 Bank Deposit log | | | | | | | |
| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 1400 | GX 101 BOA Acct 4971 of ICP |
| 3/26 | | | | | | | $ 2,847.00 |
| 3/27 | 2018 | Cash | $ 8,200.00 | $ - | $ 232,200.00 | ^ | |
| 3/29 | 2018 | Cash | $ 4,720.00 | $ - | $ 236,920.00 | ^ | $ 7,400.00 |
| 3/29 | | | | | | | $ 700.00 |
| 3/30 | 2018 | Cash | $ 1,810.00 | $ - | $ 238,730.00 | ^ | $ 8,600.00 |
| 3/30 | | | | | | | $ 3,200.00 |
| 3/31 | 2018 | Cash | $ 2,859.00 | $ 89,779.00 | $ 241,589.00 | ^ | |
| 4/2 | 2018 | Cash | $ 6,120.00 | $ - | $ 247,709.00 | ^ | |
| 4/3 | 2018 | Cash | $ 1,800.00 | $ - | $ 249,509.00 | ^ | |
| 4/4 | 2018 | Cash | $ 1,500.00 | $ - | $ 251,009.00 | ^ | |
| 4/5 | 2018 | Cash | $ 700.00 | $ - | $ 251,709.00 | ^ | |
| 4/6 | 2018 | Cash | $ 11,860.00 | $ - | $ 263,569.00 | ^ | |
| 4/7 | | | | | | | $ 2,100.00 |
| 4/9 | | | | | | | $ 2,000.00 |
| 4/10 | 2018 | Cash | $ 8,200.00 | $ - | $ 271,769.00 | ^ | |
| 4/11 | 2018 | Cash | $ 2,640.00 | $ - | $ 274,409.00 | ^ | |
| 4/13 | | | | | | | $ 2,100.00 |
| 4/15 | | | | | | | $ 6,300.00 |
| 4/15 | | | | | | | $ 500.00 |
| 4/16 | | | | | | | $ 1,250.00 |
| 4/18 | 2018 | Cash | $ 14,800.00 | $ - | $ 289,209.00 | ^ | $ 1,500.00 |
| 4/18 | | | | | | | $ 4,400.00 |
| 4/21 | | | | | | | $ 3,000.00 |
| 4/23 | 2018 | Cash | $ 20,120.00 | $ - | $ 309,329.00 | ^ | $ 1,700.00 |
| 4/24 | | | | | | | $ 4,000.00 |
| 4/26 | 2018 | Cash | $ 9,260.00 | $ 77,000.00 | $ 318,589.00 | ^ | $ 2,400.00 |
| 4/29 | | | | | | | $ 1,650.00 |
| 5/1 | | | | | | | $ 2,500.00 |
| 5/4 | 2018 | Cash | $ 13,600.00 | $ - | $ 332,189.00 | ^ | $ 600.00 |
| 5/6 | | | | | | | $ 1,650.00 |
| 5/8 | | | | | | | $ 500.00 |
| 5/11 | 2018 | Cash | $ 15,910.00 | $ - | $ 348,099.00 | ^ | |
| 5/13 | 2018 | Cash | $ 5,150.00 | $ - | $ 353,249.00 | | |
| 5/17 | 2018 | Cash | $ 13,500.00 | $ - | $ 366,749.00 | ^ | |
| 5/21 | 2018 | Cash | $ 8,000.00 | $ - | $ 374,749.00 | ^ | $ 2,500.00 |
| 5/25 | 2018 | Cash | $ 6,000.00 | $ 62,160.00 | $ 380,749.00 | ^ | |
| 5/26 | | | | | | | $ 800.00 |
| 5/27 | | | | | | | $ 600.00 |

| Govt Exhibit 1634; pg US_070635-070639 | | | | | | | |
|---|---|---|---|---|---|---|---|
| US v. Lawrence Ray | | | | | | | |
| 2018 Pickups | | | | | | | |
| 2018 Unreported Income - 2018 Bank Deposit log | | | | | | | |
| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 1400 | GX 101 BOA Acct 4971 of ICP |
| 5/31 | | | | | | | $ 4,300.00 |
| 6/1 | 2018 | Cash | $ 16,500.00 | $ - | $ 397,249.00 | ^ | |
| 6/2 | | | | | | | $ 2,000.00 |
| 6/10 | 2018 | Cash | $ 18,090.00 | $ - | $ 415,339.00 | ^ | |
| 6/14 | | | | | | | $ 2,400.00 |
| 6/15 | 2018 | Cash | $ 10,330.00 | $ - | $ 425,669.00 | ^ | $ 2,000.00 |
| 6/16 | 2018 | Cash | $ 6,240.00 | $ - | $ 431,909.00 | ^ | |
| 6/17 | 2018 | Cash | $ 1,400.00 | $ - | $ 433,309.00 | ^ | |
| 6/18 | | | | | | | $ 5,600.00 |
| 6/21 | 2018 | Cash | $ 6,140.00 | $ - | $ 439,449.00 | ^ | $ 500.00 |
| 6/22 | | | | | | | $ 5,460.00 |
| 6/25 | 2018 | Cash | $ 14,570.00 | $ - | $ 454,019.00 | ^ | $ 5,800.00 |
| 6/25 | | | | | | | $ 1,000.00 |
| 6/29 | 2018 | Cash | $ 18,600.00 | $ 91,870.00 | $ 472,619.00 | ^ | $ 300.00 |
| 7/2 | 2018 | Cash | $ 9,750.00 | $ - | $ 482,369.00 | ^ | |
| 7/3 | | | | | | | $ 8,000.00 |
| 7/9 | | | | | | | $ 6,700.00 |
| 7/9 | | | | | | | $ 500.00 |
| 7/11 | | | | | | | $ 7,200.00 |
| 7/12 | 2018 | Cash | $ 25,400.00 | $ - | $ 507,769.00 | ^ | |
| 7/14 | | | | | | | $ 4,700.00 |
| 7/16 | | | | | | | $ 2,000.00 |
| 7/17 | 2018 | Cash | $ 17,100.00 | $ - | $ 524,869.00 | ^ | $ 2,200.00 |
| 7/20 | 2018 | Cash | $ 6,120.00 | $ - | $ 530,989.00 | ^ | |
| 7/21 | | | | | | | $ 8,900.00 |
| 7/23 | 2018 | Cash | $ 3,820.00 | $ - | $ 534,809.00 | ^ | |
| 7/23 | 2018 | Cash | $ 5,850.00 | $ - | $ 540,659.00 | ^ | |
| 7/24 | | | | | | | $ 800.00 |
| 7/25 | 2018 | Cash | $ 1,920.00 | $ - | $ 542,579.00 | ^ | |
| 7/26 | 2018 | Cash | $ 6,077.00 | $ - | $ 548,656.00 | ^ | $ 3,000.00 |
| 7/27 | 2018 | Cash | $ 3,650.00 | $ - | $ 552,306.00 | ^ | $ 300.00 |
| 7/29 | 2018 | Cash | $ 12,600.00 | $ 92,287.00 | $ 564,906.00 | ^ | $ 300.00 |
| 7/31 | | | | | | | $ 500.00 |
| 8/3 | 2018 | Cash | $ 13,300.00 | $ - | $ 578,206.00 | ^ | |
| 8/6 | | | | | | | $ 1,300.00 |
| 8/8 | 2018 | Cash | $ 18,400.00 | $ - | $ 596,606.00 | ^ | |
| 8/10 | | | | | | | $ 4,700.00 |
| 8/11 | 2018 | Cash | $ 10,900.00 | $ - | $ 607,506.00 | ^ | $ 39,000.00 |

| Govt Exhibit 1634; pg US_070635-070639 | | | | | | | |
|---|---|---|---|---|---|---|---|
| US v. Lawrence Ray | | | | | | | |
| 2018 Pickups | | | | | | | |
| 2018 Unreported Income - 2018 Bank Deposit log | | | | | | | |
| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 1400 | GX 101 BOA Acct 4971 of ICP |
| 8/13 | 2018 | Cash | $ 21,000.00 | $ - | $ 628,506.00 | ^ | |
| 8/14 | 2018 | Cash | $ 3,860.00 | $ - | $ 632,366.00 | ^ | |
| 8/15 | 2018 | Cash | $ 5,800.00 | $ - | $ 638,166.00 | ^ | $ 600.00 |
| 8/17 | 2018 | Cash | $ 15,000.00 | $ - | $ 653,166.00 | ^ | $ 1,000.00 |
| 8/18 | 2018 | Cash | $ 700.00 | $ - | $ 653,866.00 | ^ | |
| 8/19 | | | | | | | $ 2,600.00 |
| 8/21 | 2018 | Cash | $ 28,600.00 | $ - | $ 682,466.00 | ^ | $ 1,800.00 |
| 8/23 | 2018 | Cash | $ 6,540.00 | $ - | $ 689,006.00 | ^ | $ 2,100.00 |
| 8/26 | | | | | | | $ 4,740.00 |
| 8/27 | 2018 | Cash | $ 21,870.00 | $ - | $ 710,876.00 | ^ | $ 3,400.00 |
| 8/28 | | | | | | | $ 4,420.00 |
| 8/28 | | | | | | | $ 700.00 |
| 8/28 | | | | | | | $ 560.00 |
| 8/29 | 2018 | Cash | $ 22,100.00 | $ 168,070.00 | $ 732,976.00 | ^ | $ 1,800.00 |
| 8/31 | | | | | | | $ 2,500.00 |
| 8/31 | | | | | | | $ 400.00 |
| 8/31 | | | | | | | $ 200.00 |
| 9/2 | 2018 | Cash | $ 14,170.00 | $ - | $ 747,146.00 | ^ | $ 4,800.00 |
| 9/4 | | | | | | | $ 700.00 |
| 9/5 | | | | | | | $ 3,000.00 |
| 9/6 | | | | | | | $ 1,400.00 |
| 9/8 | | | | | | | $ 2,600.00 |
| 9/8 | | | | | | | $ 1,700.00 |
| 9/9 | 2018 | Cash | $ 24,450.00 | $ - | $ 771,596.00 | ^ | $ 1,300.00 |
| 9/12 | | | | | | | $ 2,500.00 |
| 9/13 | 2018 | Cash | $ 14,320.00 | $ - | $ 785,916.00 | ^ | $ 5,000.00 |
| 9/17 | 2018 | Cash | $ 8,700.00 | $ - | $ 794,616.00 | ^ | |
| 9/21 | 2018 | Cash | $ 8,690.00 | $ - | $ 803,306.00 | ^ | $ 2,600.00 |
| 9/22 | | | | | | | $ 1,700.00 |
| 9/23 | | | | | | | $ 500.00 |
| 9/27 | | | | | | | $ 350.00 |
| 9/28 | 2018 | Cash | $ 13,700.00 | $ - | $ 817,006.00 | ^ | $ 2,100.00 |
| 9/29 | | | | | | | $ 1,000.00 |
| 9/30 | 2018 | Cash | $ 8,550.00 | $ 92,580.00 | $ 825,556.00 | ^ | |
| 10/2 | 2018 | Cash | $ 2,680.00 | $ - | $ 828,236.00 | ^ | |
| 10/5 | 2018 | Cash | $ 11,300.00 | $ - | $ 839,536.00 | ^ | |
| 10/6 | | | | | | | $ 1,800.00 |
| 10/8 | | | | | | | $ 1,500.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Govt Exhibit 1634; pg US_070635-070639** | | | | | | | |
| | | | US v. Lawrence Ray | | | | |
| | | | 2018 Pickups | | | | |
| | | | 2018 Unreported Income - 2018 Bank Deposit log | | | | |
| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 1400 | GX 101 BOA Acct 4971 of ICP |
| 10/9 | 2018 | Cash | $ 6,570.00 | $ - | $ 846,106.00 | ^ | |
| 10/16 | 2018 | Cash | $ 8,740.00 | $ - | $ 854,846.00 | ^ | |
| 10/17 | 2018 | Cash | $ 10,750.00 | $ - | $ 865,596.00 | ^ | |
| 10/18 | | | | | | | $ 800.00 |
| 10/18 | | | | | | | $ 1,200.00 |
| 10/21 | | | | | | | $ 500.00 |
| 10/22 | | | | | | | $ 2,500.00 |
| 10/23 | 2018 | Cash | $ 7,350.00 | $ - | $ 872,946.00 | ^ | $ 1,500.00 |
| 10/26 | | | | | | | $ 2,030.00 |
| 10/28 | 2018 | Cash | $ 9,450.00 | $ 56,840.00 | $ 882,396.00 | ^ | |
| 10/30 | | | | | | | $ 3,000.00 |
| 11/2 | 2018 | Cash | $ 12,550.00 | $ - | $ 894,946.00 | | |
| 11/4 | | | | | | | $ 500.00 |
| 11/6 | | | | | | | $ 1,600.00 |
| 11/9 | 2018 | Cash | $ 9,110.00 | $ - | $ 904,056.00 | ^ | $ 600.00 |
| 11/9 | | | | | | | $ 400.00 |
| 11/13 | 2018 | Cash | $ 4,600.00 | $ - | $ 908,656.00 | ^ | |
| 11/15 | 2018 | Cash | $ 5,020.00 | $ - | $ 913,676.00 | ^ | |
| 11/18 | 2018 | Cash | $ 8,350.00 | $ - | $ 922,026.00 | ^ | |
| 11/19 | | | | | | | $ 400.00 |
| 11/23 | 2018 | Cash | $ 6,300.00 | $ - | $ 928,326.00 | ^ | |
| 11/24 | | | | | | | $ 1,000.00 |
| 11/25 | | | | | | | $ 1,750.00 |
| 11/26 | 2018 | Cash | $ 4,600.00 | $ 50,530.00 | $ 932,926.00 | ^ | |
| 11/27 | | | | | | | $ 700.00 |
| 11/28 | | | | | | | $ 500.00 |
| 11/30 | | | | | | | $ 200.00 |
| 12/1 | 2018 | Cash | $ 24,100.00 | $ - | $ 957,026.00 | ^ | |
| 12/5 | | | | | | | $ 200.00 |
| 12/6 | 2018 | Cash | $ 13,350.00 | $ - | $ 970,376.00 | ^ | $ 300.00 |
| 12/10 | 2018 | Cash | $ 7,100.00 | $ - | $ 977,476.00 | ^ | $ 1,000.00 |
| 12/10 | | | | | | | $ 500.00 |
| 12/11 | | | | | | | $ 700.00 |
| 12/12 | 2018 | Cash | $ 5,500.00 | $ - | $ 982,976.00 | ^ | $ 300.00 |
| 12/13 | 2018 | Cash | $ 9,500.00 | $ - | $ 992,476.00 | ^ | |
| 12/14 | 2018 | Cash | $ 14,655.00 | $ - | $ 1,007,131.00 | ^ | |
| 12/14 | 2018 | Cash | $ 9,340.00 | $ - | $ 1,016,471.00 | ^ | |
| 12/17 | 2018 | Cash | $ 10,600.00 | $ - | $ 1,027,071.00 | ^ | |

**Govt Exhibit 1634; pg US_070635-070639**

## US v. Lawrence Ray
### 2018 Pickups
#### 2018 Unreported Income - 2018 Bank Deposit log

| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 1400 | GX 101 BOA Acct 4971 of ICP |
|---|---|---|---|---|---|---|---|
| 12/19 | | | | | | | $ 3,400.00 |
| 12/20 | 2018 | Cash | $ 8,640.00 | $ - | $ 1,035,711.00 | ^ | $ 1,000.00 |
| 12/21 | | | | | | | $ 500.00 |
| 12/22 | 2018 | Cash | $ 14,010.00 | $ - | $ 1,049,721.00 | ^ | |
| 12/23 | | | | | | | $ 3,200.00 |
| 12/27 | 2018 | Cash | $ 23,890.00 | $ - | $ 1,073,611.00 | ^ | $ 250.00 |
| 12/28 | 2018 | Cash | $ 8,910.00 | $ 149,595.00 | $ 1,082,521.00 | | $ 100.00 |
| 12/29 | | | | | | | $ 2,200.00 |
| 12/31 | 2018 | Cash | | | | ^ | $ 4,700.00 |
| Total 2018 Pick-Ups | | | $ 1,082,521.00 | $ 1,082,521.00 | | | $ 332,217.00 |
| | | | | | | | |
| **2018 Unreported Taxable Income** | | | **$ 1,082,521.00** | | | | |

^ Traced to GX exhibit 1400 - Ray Enterprise - 2018 Balance Sheet