

**GOVERNMENT EXHIBIT 1426** 20 Cr. 110 (LJL)

| Govt Exhibit 1634; pg US_070634 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | US v. Lawrence Ray | | | | |
| | | | 2019 Pickups | | | | |
| | | | 2019 Unreported Income - 2019 Bank Deposit log | | | | |
| | | | | | | | |
| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 1401 | GX 101  BOA Acct 4971 of ICP |
| 1/2 | | | | | | | $ 700.00 |
| 1/2 | | | | | | | $ 200.00 |
| 1/4 | 2019 | Cash | $ 18,300.00 | $ - | $ 18,300.00 | ^ | |
| 1/7 | 2019 | Cash | $ 6,600.00 | $ - | $ 24,900.00 | ^ | |
| 1/10 | 2019 | Cash | $ 9,100.00 | $ - | $ 34,000.00 | ^ | |
| 1/31 | 2019 | Cash | $ 6,130.00 | $ 40,130.00 | $ 40,130.00 | ^ | |
| 2/2 | 2019 | Cash | $ 10,320.00 | $ - | $ 50,450.00 | ^ | |
| 2/8 | 2019 | Cash | $ 14,590.00 | $ - | $ 65,040.00 | ^ | |
| 2/12 | 2019 | Cash | $ 4,200.00 | $ - | $ 69,240.00 | ^ | |
| 2/14 | 2019 | Cash | $ 10,100.00 | $ - | $ 79,340.00 | ^ | |
| 2/16 | 2019 | Cash | $ 7,700.00 | $ - | $ 87,040.00 | ^ | |
| 2/21 | 2019 | Cash | $ 3,980.00 | $ - | $ 91,020.00 | ^ | |
| 2/27 | 2019 | Cash | $ 18,000.00 | $ 68,890.00 | $ 109,020.00 | ^ | |
| 3/3 | 2019 | Cash | $ 4,470.00 | $ - | $ 113,490.00 | | |
| 3/7 | 2019 | Cash | $ 3,200.00 | $ - | $ 116,690.00 | ^ | |
| 3/11 | 2019 | Cash | $ 11,000.00 | $ - | $ 127,690.00 | ^ | |
| 3/17 | 2019 | Cash | $ - | $ - | $ 127,690.00 | ^ | |
| 3/19 | 2019 | Cash | $ 13,000.00 | $ 31,670.00 | $ 140,690.00 | ^ | |
| 4/1 | 2019 | Cash | $ 13,600.00 | $ 13,600.00 | $ 154,290.00 | ^ | |
| 2019 Income to April 1, 2019 | | | $ 154,290.00 | $ 154,290.00 | | | |
| | | | | | | | |
| **2019 Unreported Taxable Income** | | | $ 154,290.00 | | | | |
| | | | | | | | |
| ^ Traced to GX exhibit 1401 - Ray Enterprise - 2019 Balance Sheet | | | | | | | |