| Govt Exhibit 1638; pg 35-34 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | US v. Lawrence Ray | | | | | |
| | | | 2016 Unreported Income - 2016 Bank Deposit log | | | | | |
| Date | Year | Individual's Checking Acct. | Bank | Transaction Type | Amount Collected | Yearly Balance | Traced To GX103 ICP | Traced To GX115 FR |
| 5/19 | 2016 | FR | Wells Fargo | Cash Dep. | $ 640.00 | $ 640.00 | | |
| 5/20 | 2016 | ICP | Citibank | Cash Dep. | $ 4,500.00 | $ 5,140.00 | $ 4,500.00 | |
| 5/20 | 2016 | ICP | Citibank | Cash Dep. | $ 5,000.00 | $ 10,140.00 | $ 5,000.00 | |
| 5/24 | 2016 | FR | Wells Fargo | Cash Dep. | $ 1,800.00 | $ 11,940.00 | | $ 1,800.00 |
| 5/24 | 2016 | ICP | Citibank | Wire Transfer from FR | $ 1,200.00 | $ 13,140.00 | $ 1,200.00 | |
| 5/27 | 2016 | ICP | Citibank | Cash Dep. | $ 1,000.00 | $ 14,140.00 | $ 1,000.00 | |
| 5/28 | 2016 | FR | Wells Fargo | Cash Dep. | $ 1,300.00 | $ 15,440.00 | | $ 1,300.00 |
| 6/1 | 2016 | ICP | Citibank | Cash Dep. | $ 200.00 | $ 15,640.00 | | |
| 6/7 | 2016 | SM | TD | Cash Dep. | $ 10,690.00 | $ 26,330.00 | | |
| 6/7 | 2016 | FR | Wells Fargo | Cash Dep. | $ 1,000.00 | $ 27,330.00 | | $ 1,000.00 |
| 6/7 | 2016 | ICP | Citibank | Cash Dep. | $ 700.00 | $ 28,030.00 | $ 700.00 | |
| 6/8 | 2016 | ICP | Citibank | Cash Dep. | $ 1,000.00 | $ 29,030.00 | $ 1,000.00 | |
| 6/8 | 2016 | FR | Wells Fargo | Cash Dep. | $ 500.00 | $ 29,530.00 | | $ 500.00 |
| 6/9 | 2016 | SM | TD | Cash Dep. | $ 3,600.00 | $ 33,130.00 | | |
| 6/9 | 2016 | FR | Wells Fargo | Cash Dep. | $ 1,950.00 | $ 35,080.00 | | $ 1,950.00 |
| 6/14 | 2016 | FR | Wells Fargo | Cash Dep. | $ 50.00 | $ 35,130.00 | | $ 50.00 |
| 6/15 | 2016 | FR | Wells Fargo | Wire Transfer from FR | $ 2,000.00 | $ 37,130.00 | | $ 2,000.00 |
| 6/17 | 2016 | ICP | Citibank | Cash Dep. | $ 2,000.00 | $ 39,130.00 | $ 2,000.00 | |
| 6/20 | 2016 | FR | Wells Fargo | Cash Dep. | $ 1,300.00 | $ 40,430.00 | | $ 1,300.00 |
| 6/21 | 2016 | FR | Wells Fargo | Cash Dep. | $ 700.00 | $ 41,130.00 | | $ 700.00 |
| 6/21 | 2016 | FR | Wells Fargo | Cash Dep. | $ 50.00 | $ 41,180.00 | | $ 50.00 |
| 6/22 | 2016 | FR | Wells Fargo | Cash Dep. | $ 450.00 | $ 41,630.00 | | $ 450.00 |
| 6/22 | 2016 | FR | Wells Fargo | Cash Dep. | $ 1,000.00 | $ 42,630.00 | | $ 1,000.00 |
| 6/22 | 2016 | FR | Wells Fargo | Cash Dep. | $ 400.00 | $ 43,030.00 | | $ 400.00 |
| 6/23 | 2016 | ICP | Citibank | Wire Transfer from FR | $ 200.00 | $ 43,230.00 | $ 200.00 | |
| 6/27 | 2016 | FR | Wells Fargo | Cash Dep. | $ 1,500.00 | $ 44,730.00 | | $ 1,500.00 |
| 6/27 | 2016 | SM | TD | Cash Dep. | $ 2,000.00 | $ 46,730.00 | | |
| 6/29 | 2016 | ICP | Citibank | Cash Dep. | $ 3,500.00 | $ 50,230.00 | $ 3,500.00 | |
| 7/2 | 2016 | ICP | Citibank | Cash Dep. | $ 160.00 | $ 50,390.00 | $ 160.00 | |
| 7/8 | 2016 | FR | Wells Fargo | Cash Dep. | $ 620.00 | $ 51,010.00 | | $ 620.00 |
| 7/8 | 2016 | FR | Wells Fargo | Cash Dep. | $ 280.00 | $ 51,290.00 | | $ 280.00 |
| 7/8 | 2016 | ICP | Citibank | Cash Dep. | $ 20.00 | $ 51,310.00 | $ 20.00 | |
| 7/8 | 2016 | ICP | Citibank | Cash Dep. | $ 240.00 | $ 51,550.00 | $ 240.00 | |
| 7/8 | 2016 | ICP | Citibank | Cash Dep. | $ 960.00 | $ 52,510.00 | $ 960.00 | |
| 7/8 | 2016 | ICP | Citibank | Cash Dep. | $ 980.00 | $ 53,490.00 | $ 980.00 | |
| 7/8 | 2016 | ICP | Citibank | Cash Dep. | $ 1,000.00 | $ 54,490.00 | $ 1,000.00 | |
| 7/11 | 2016 | FR | Wells Fargo | Cash Dep. | $ 400.00 | $ 54,890.00 | | $ 400.00 |
| 7/12 | 2016 | FR | Wells Fargo | Cash Dep. | $ 400.00 | $ 55,290.00 | | $ 400.00 |
| 7/14 | 2016 | FR | Wells Fargo | Cash Dep. | $ 2,500.00 | $ 57,790.00 | | $ 2,500.00 |

| Govt Exhibit 1638; pg 35-34 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | US v. Lawrence Ray | | | | | |
| | | 2016 Unreported Income - 2016 Bank Deposit log | | | | | |
| | | | | | | | |
| Date | Year | Individual's Checking Acct. | Bank | Transaction Type | Amount Collected | Yearly Balance | Traced To GX103 ICP | Traced To GX115 FR |
| 7/17 | 2016 | FR | Wells Fargo | Cash Dep. | $ 500.00 | $ 58,290.00 | | $ 500.00 |
| 7/17 | 2016 | ICP | Citibank | Cash Dep. | $ 160.00 | $ 58,450.00 | $ 160.00 | |
| 7/19 | 2016 | FR | Wells Fargo | Cash Dep. | $ 3,000.00 | $ 61,450.00 | | $ 3,000.00 |
| 7/20 | 2016 | ICP | Citibank | Cash Dep. | $ 300.00 | $ 61,750.00 | $ 300.00 | |
| 7/21 | 2016 | FR | Wells Fargo | Cash Dep. | $ 2,400.00 | $ 64,150.00 | | $ 2,400.00 |
| 7/29 | 2016 | FR | Wells Fargo | Cash Dep. | $ 4,500.00 | $ 68,650.00 | | $ 4,500.00 |
| 8/2 | 2016 | SM | TD | Cash Dep. | $ 8,000.00 | $ 76,650.00 | | |
| 8/2 | 2016 | FR | Wells Fargo | Cash Dep. | $ 500.00 | $ 77,150.00 | | $ 500.00 |
| 8/2 | 2016 | ICP | Citibank | Cash Dep. | $ 540.00 | $ 77,690.00 | $ 540.00 | |
| 8/2 | 2016 | ICP | Citibank | Cash Dep. | $ 1,160.00 | $ 78,850.00 | $ 1,160.00 | |
| 8/2 | 2016 | ICP | Citibank | Cash Dep. | $ 500.00 | $ 79,350.00 | $ 500.00 | |
| 8/5 | 2016 | ICP | Citibank | Cash Dep. | $ 120.00 | $ 79,470.00 | $ 120.00 | |
| 8/13 | 2016 | FR | Wells Fargo | Cash Dep. | $ 700.00 | $ 80,170.00 | | $ 700.00 |
| 8/15 | 2016 | ICP | Citibank | Cash Dep. | $ 300.00 | $ 80,470.00 | $ 300.00 | |
| 8/22 | 2016 | FR | Wells Fargo | Cash Dep. | $ 2,500.00 | $ 82,970.00 | | $ 2,500.00 |
| 8/24 | 2016 | ICP | Citibank | Cash Dep. | $ 170.00 | $ 83,140.00 | $ 170.00 | |
| 7/? | 2016 | SM | TD | Cash Dep. | $ 1,000.00 | $ 84,140.00 | | |
| | | | | | $ 84,140.00 | | $ 25,710.00 | $ 32,300.00 |
| | | | | | | | | |
| 2016 Unreported Taxable Income | | | | | $ 84,140.00 | | | |
| | | | | | | | | |
| 2016 Alternate Tax Position - Unreported Income | | | | | | | | |
| | | | | | | | | |
| 2016 Pickups | | | | $ 84,140.00 | | | | |
| Less: | | | | | | | | |
| Cash Deposits to ICP | | | | $ (25,710.00) | | | | |
| Plus: | | | | | | | | |
| Gordon Ray | | | | $ 11,400.00 | | | | |
| Go Daddy Expenses ICP | | | | $ 18,888.00 | | | | |
| | | | | | | | | |
| Net Unreported Taxable Income | | | | $ 88,718.00 | | | | |

Traced to:
GX 103 - Isabella C. Pollok - Citibank Acct# 7193
GX115 - Felicia Rosario - Wells Fargo Acct #0227

**Govt Exhibit 1634; pg US_070640-070642**
**US v. Lawrence Ray**
**2017 Pickups**
**2017 Unreported Income - 2017 Bank Deposit log**

| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 4064 | GX 101 BOA 4971 of ICP | GX 103 Citibank 7193 of ICP |
|---|---|---|---|---|---|---|---|---|
| 1/6 | 2017 | Cash | $ 9,500.00 | $ - | $ 9,500.00 | | | |
| 1/11 | 2017 | Cash | $ 7,550.00 | $ - | $ 17,050.00 | | | $ 100.00 |
| 1/11 | | | | | | | | $ 1,000.00 |
| 1/11 | | | | | | | | $ 1,700.00 |
| 1/11 | | | | | | | | $ 2,700.00 |
| 1/17 | 2017 | Cash | $ 7,450.00 | $ - | $ 24,500.00 | | | $ 1,000.00 |
| 1/17 | | | | | | | | $ 1,000.00 |
| 1/17 | | | | | | | | $ 2,000.00 |
| 1/17 | | | | | | | | $ 2,500.00 |
| 1/18 | 2017 | Cash | $ 1,840.00 | $ - | $ 26,340.00 | | | $ 700.00 |
| 1/18 | | | | | | | | $ 1,900.00 |
| 1/20 | 2017 | Cash | $ 9,200.00 | $ - | $ 35,540.00 | ^ - ICP/LR | | $ 100.00 |
| 1/20 | | | | | | | | $ 600.00 |
| 1/20 | | | | | | | | $ 780.00 |
| 1/20 | | | | | | | | $ 1,200.00 |
| 1/20 | | | | | | | | $ 4,820.00 |
| 1/21 | 2017 | Cash | $ 1,810.00 | $ - | $ 37,350.00 | ^ - ICP | | $ 450.00 |
| 1/23 | 2017 | Cash | $ 5,140.00 | $ - | $ 42,490.00 | ^ - ICP | | $ 20.00 |
| 1/23 | 2017 | Cash | $ 780.00 | $ - | $ 43,270.00 | ^ - ICP | | $ 100.00 |
| 1/23 | | | | | | | | $ 100.00 |
| 1/23 | | | | | | | | $ 540.00 |
| 1/23 | | | | | | | | $ 1,000.00 |
| 1/23 | | | | | | | | $ 1,000.00 |
| 1/23 | | | | | | | | $ 1,240.00 |
| 1/23 | | | | | | | | $ 1,360.00 |
| 1/23 | | | | | | | | $ 1,940.00 |
| 1/24 | 2017 | Cash | $ 1,760.00 | $ - | $ 45,030.00 | ^ - ICP | | $ 464.00 |
| 1/24 | | | | | | | | $ 1,680.00 |
| 1/27 | 2017 | Cash | $ 6,520.00 | $ - | $ 51,550.00 | ^ - ICP | | $ 430.00 |
| 1/27 | | | | | | | | $ 520.00 |
| 1/27 | | | | | | | | $ 3,050.00 |
| 1/30 | 2017 | Cash | $ 21,150.00 | $ 72,700.00 | $ 72,700.00 | ^ - ICP/LR | | $ 100.00 |
| 1/30 | | | | | | | | $ 700.00 |
| 1/30 | | | | | | | | $ 1,400.00 |
| 1/30 | | | | | | | | $ 3,300.00 |
| 1/30 | | | | | | | | $ 4,200.00 |
| 2/4 | 2017 | Cash | $ 6,260.00 | $ - | $ 78,960.00 | ^ - ICP/LR | | |
| 2/6 | | | | | | | | $ 810.00 |
| 2/6 | | | | | | | | $ 1,000.00 |
| 2/6 | | | | | | | | $ 2,000.00 |
| 2/6 | | | | | | | | $ 4,450.00 |
| 2/11 | 2017 | Cash | $ 5,130.00 | $ - | $ 84,090.00 | ^ - LR | | $ 40.00 |
| 2/11 | | | | | | | | $ 500.00 |
| 2/11 | | | | | | | | $ 960.00 |
| 2/11 | | | | | | | | $ 1,000.00 |
| 2/13 | 2017 | Cash | $ 2,220.00 | $ - | $ 86,310.00 | ^ - LR | | $ 300.00 |
| 2/13 | | | | | | | | $ 400.00 |
| 2/13 | | | | | | | | $ 960.00 |
| 2/13 | | | | | | | | $ 1,100.00 |
| 2/13 | | | | | | | | $ 1,240.00 |
| 2/14 | 2017 | Cash | $ 2,000.00 | $ - | $ 88,310.00 | ^ - ICP | | $ 20.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Govt Exhibit 1634; pg US_070640-070642** | | | | | | | | |
| | | **US v. Lawrence Ray** | | | | | | |
| | | **2017 Pickups** | | | | | | |
| | | **2017 Unreported Income - 2017 Bank Deposit log** | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | GX 101 | GX 103 |
| | | | Amount | Monthly | | | BOA 4971 | Citibank 7193 of |
| Date | Year | Pick-ups | Collected | Balances | Yearly Balance | GX 4064 | of ICP | ICP |
| 2/14 | 2017 | Cash | $ 540.00 | $ - | $ 88,850.00 | ^ - ICP | | $ 2,180.00 |
| 2/14 | | | | | | | | $ 400.00 |
| 2/15 | 2017 | Cash | $ 2,400.00 | $ - | $ 91,250.00 | ^ - LR | | $ 2,200.00 |
| 2/17 | 2017 | Cash | $ 2,800.00 | $ - | $ 94,050.00 | ^ - LR | | $ 50.00 |
| 2/17 | 2017 | Cash | $ 1,300.00 | $ - | $ 95,350.00 | ^ - ICP | | $ 700.00 |
| 2/17 | | | | | | | | $ 1,150.00 |
| 2/17 | | | | | | | | $ 1,800.00 |
| 2/19 | 2017 | Cash | $ 2,940.00 | $ - | $ 98,290.00 | ^ - ICP | | $ 360.00 |
| 2/19 | | | | | | | | $ 2,340.00 |
| 2/21 | 2017 | Cash | $ 1,240.00 | $ - | $ 99,530.00 | ^ - ICP | | $ 900.00 |
| 2/22 | 2017 | Cash | $ 3,520.00 | $ - | $ 103,050.00 | ^ - LR | | $ 100.00 |
| 2/22 | 2017 | Cash | $ 2,000.00 | $ - | $ 105,050.00 | ^ - ICP/LR | | $ 282.00 |
| 2/22 | | | | | | | | $ 2,400.00 |
| 2/26 | 2017 | Cash | $ 4,420.00 | $ - | $ 109,470.00 | ^ - LR | | $ 500.00 |
| 2/26 | | | | | | | | $ 980.00 |
| 2/26 | | | | | | | | $ 1,000.00 |
| 2/26 | | | | | | | | $ 1,380.00 |
| 2/27 | 2017 | Cash | $ 10,480.00 | $ - | $ 119,950.00 | ^ - ICP/LR | | $ 100.00 |
| 2/27 | | | | | | | | $ 1,810.00 |
| 2/27 | | | | | | | | $ 2,820.00 |
| 2/27 | | | | | | | | $ 2,773.00 |
| 2/27 | 2017 | Visa Vanilla | $ 500.00 | $ - | $ 120,450.00 | | | |
| 2/27 | 2017 | Visa Vanilla | $ 500.00 | $ - | $ 120,950.00 | | | |
| 2/27 | 2017 | Visa Vanilla | $ 480.00 | $ 48,730.00 | $ 121,430.00 | | | |
| 3/2 | 2017 | Cash | $ 3,060.00 | $ - | $ 124,490.00 | ^ - LR | | |
| 3/2 | 2017 | Cash | $ 1,400.00 | $ - | $ 125,890.00 | ^ - LR | | |
| 3/5 | 2017 | Cash | $ 2,580.00 | $ - | $ 128,470.00 | ^ - ICP/LR | | |
| 3/6 | 2017 | Cash | $ 800.00 | $ - | $ 129,270.00 | ^ - ICP/LR | | |
| 3/7 | 2017 | Cash | $ 2,000.00 | $ - | $ 131,270.00 | ^ - ICP/LR | | $ 400.00 |
| 3/7 | 2017 | Cash | $ 9,900.00 | $ - | $ 141,170.00 | ^ - ICP/LR | | |
| 3/9 | 2017 | Cash | $ 960.00 | $ - | $ 142,130.00 | ^ - ICP/LR | | $ 1,100.00 |
| 3/9 | | | | | | | | $ 2,900.00 |
| 3/11 | 2017 | Cash | $ 2,910.00 | $ - | $ 145,040.00 | ^ - ICP | | |
| 3/13 | 2017 | Cash | $ 600.00 | $ - | $ 145,640.00 | ^ - ICP/LR | | $ 400.00 |
| 3/14 | 2017 | Cash | $ 2,220.00 | $ - | $ 147,860.00 | ^ - LR - ICP | | $ 1,500.00 |
| 3/15 | 2017 | Cash | $ 2,000.00 | $ - | $ 149,860.00 | ^ - ICP/LR | | $ 200.00 |
| 3/15 | | | | | | | | $ 1,800.00 |
| 3/18 | 2017 | Cash | $ 3,120.00 | $ - | $ 152,980.00 | ^ - ICP | | $ 500.00 |
| 3/18 | | | | | | | | $ 680.00 |
| 3/18 | | | | | | | | $ 1,420.00 |
| 3/21 | 2017 | Cash | $ 3,100.00 | $ - | $ 156,080.00 | ^ - ICP | | $ 200.00 |
| 3/21 | | | | | | | | $ 2,200.00 |
| 3/23 | 2017 | Cash | $ 6,330.00 | $ - | $ 162,410.00 | ^ - ICP/LR | | $ 700.00 |
| 3/23 | 2017 | Cash | $ 1,460.00 | $ - | $ 163,870.00 | ^ - ICP/LR | | $ 1,000.00 |
| 3/23 | | | | | | | | $ 2,000.00 |
| 3/23 | | | | | | | | $ 700.00 |
| 3/23 | | | | | | | | $ 760.00 |
| 3/26 | 2017 | Cash | $ 2,150.00 | $ - | $ 166,020.00 | ^ - ICP | | |
| 3/28 | 2017 | Cash | $ 2,240.00 | $ 46,830.00 | $ 168,260.00 | ^ - ICP | | $ 960.00 |
| 3/28 | | | | | | | | $ 2,240.00 |
| 4/2 | 2017 | Cash | $ 4,100.00 | $ - | $ 172,360.00 | ^ - ICP | | $ 120.00 |

| | | | | | | | GX 101 | GX 103 |
|---|---|---|---|---|---|---|---|---|
| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 4064 | BOA 4971 of ICP | Citibank 7193 of ICP |

**Govt Exhibit 1634; pg US_070640-070642**
**US v. Lawrence Ray**
**2017 Pickups**
**2017 Unreported Income - 2017 Bank Deposit log**

| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 4064 | GX 101 BOA 4971 of ICP | GX 103 Citibank 7193 of ICP |
|---|---|---|---|---|---|---|---|---|
| 4/2 | | | | | | | | $ 3,480.00 |
| 4/7 | 2017 | Cash | $ 9,000.00 | $ - | $ 181,360.00 | ^ - ICP | | $ 140.00 |
| 4/7 | | | | | | | | $ 300.00 |
| 4/7 | | | | | | | | $ 1,000.00 |
| 4/7 | | | | | | | | $ 1,160.00 |
| 4/7 | | | | | | | | $ 2,180.00 |
| 4/7 | | | | | | | | $ 3,020.00 |
| 4/8 | 2017 | Cash | $ 2,830.00 | $ - | $ 184,190.00 | ^ - ICP | | |
| 4/9 | 2017 | Cash | $ 3,160.00 | $ - | $ 187,350.00 | ^ - ICP/LR | | $ 2,700.00 |
| 4/11 | | | | | | | | $ 1,000.00 |
| 4/13 | 2017 | Cash | $ 4,440.00 | $ - | $ 191,790.00 | ^ - ICP | | $ 600.00 |
| 4/13 | | | | | | | | $ 800.00 |
| 4/13 | | | | | | | | $ 1,600.00 |
| 4/18 | 2017 | Cash | $ 11,260.00 | $ - | $ 203,050.00 | ^ - ICP | | $ 2,000.00 |
| 4/20 | 2017 | Cash | $ 7,720.00 | $ - | $ 210,770.00 | ^ - ICP | | $ 500.00 |
| 4/20 | | | | | | | | $ 1,000.00 |
| 4/27 | 2017 | Cash | $ 16,510.00 | $ 59,020.00 | $ 227,280.00 | ^ - ICP | | $ 240.00 |
| 4/28 | | | | | | | | $ 960.00 |
| 4/28 | | | | | | | | $ 1,000.00 |
| 4/28 | | | | | | | | $ 1,800.00 |
| 4/28 | | | | | | | | |
| 5/3 | 2017 | Cash | $ 16,170.00 | $ - | $ 243,450.00 | ^ - ICP/LR | | |
| 5/5 | 2017 | Cash | $ 3,280.00 | $ - | $ 246,730.00 | ^ - ICP | | $ 300.00 |
| 5/5 | | | | | | | | $ 740.00 |
| 5/5 | | | | | | | | $ 960.00 |
| 5/5 | | | | | | | | $ 5,000.00 |
| 5/11 | 2017 | Cash | $ 11,060.00 | $ - | $ 257,790.00 | ^ - ICP | | |
| 5/12 | | | | | | | | $ 500.00 |
| 5/12 | | | | | | | | $ 2,000.00 |
| 5/12 | | | | | | | | $ 2,500.00 |
| 5/22 | 2017 | Cash | $ 13,420.00 | $ - | $ 271,210.00 | ^ - ICP | | $ 6,500.00 |
| 5/24 | 2017 | Cash | $ 2,650.00 | $ - | $ 273,860.00 | ^ - ICP | | $ 3,200.00 |
| 5/26 | 2017 | Cash | $ 7,740.00 | $ - | $ 281,600.00 | ^ - ICP | | |
| 5/29 | 2017 | Cash | $ 6,150.00 | $ 60,470.00 | $ 287,750.00 | ^ - ICP | | $ 80.00 |
| 5/29 | | | | | | | | $ 820.00 |
| 6/6 | 2017 | Cash | $ 9,760.00 | $ - | $ 297,510.00 | | | |
| 6/7 | | | | | | | | $ 1,000.00 |
| 6/7 | | | | | | | | $ 4,000.00 |
| 6/16 | 2017 | Cash | $ 15,750.00 | $ - | $ 313,260.00 | | | $ 2,500.00 |
| 6/21 | 2017 | Cash | $ 9,010.00 | $ - | $ 322,270.00 | | | $ 980.00 |
| 6/21 | | | | | | | | $ 2,020.00 |
| 6/27 | 2017 | Cash | $ 9,720.00 | $ - | $ 331,990.00 | | | $ 410.00 |
| 6/27 | | | | | | | | $ 900.00 |
| 6/27 | | | | | | | | $ 1,690.00 |
| 6/29 | | | | | | | | $ 4,000.00 |
| 6/30 | 2017 | Cash | $ 4,600.00 | $ 48,840.00 | $ 336,590.00 | | | |
| 7/8 | 2017 | Cash | $ 7,550.00 | $ - | $ 344,140.00 | | | $ 400.00 |
| 7/8 | | | | | | | | $ 1,150.00 |
| 7/8 | | | | | | | | $ 1,210.00 |
| 7/8 | | | | | | | | $ 2,240.00 |
| 7/10 | 2017 | Cash | $ 1,900.00 | $ - | $ 346,040.00 | | | $ 1,200.00 |

| | Govt Exhibit 1634; pg US_070640-070642 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | US v. Lawrence Ray | | | | | | | |
| | 2017 Pickups | | | | | | | |
| | 2017 Unreported Income - 2017 Bank Deposit log | | | | | | | |
| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 4064 | GX 101 BOA 4971 of ICP | GX 103 Citibank 7193 of ICP |
| 7/10 | 2017 | Cash | $ 3,200.00 | $ - | $ 349,240.00 | | | $ 2,000.00 |
| 7/17 | 2017 | Cash | $ 12,350.00 | $ - | $ 361,590.00 | | | $ 20.00 |
| 7/17 | | | | | | | | $ 580.00 |
| 7/17 | | | | | | | | $ 620.00 |
| 7/17 | | | | | | | | $ 920.00 |
| 7/17 | | | | | | | | $ 1,000.00 |
| 7/17 | | | | | | | | $ 1,010.00 |
| 7/17 | | | | | | | | $ 2,050.00 |
| 7/25 | 2017 | Cash | $ 17,300.00 | $ 42,300.00 | $ 378,890.00 | | | $ 2,000.00 |
| 8/3 | 2017 | Cash | $ 11,130.00 | $ - | $ 390,020.00 | | | $ 4,000.00 |
| 8/9 | 2017 | Cash | $ 8,810.00 | $ - | $ 398,830.00 | | | $ 2,000.00 |
| 8/9 | | | | | | | | $ 3,800.00 |
| 8/11 | 2017 | Cash | $ 2,300.00 | $ - | $ 401,130.00 | | | $ 1,200.00 |
| 8/16 | 2017 | Cash | $ 14,970.00 | $ - | $ 416,100.00 | | | $ 200.00 |
| 8/16 | | | | | | | | $ 800.00 |
| 8/16 | | | | | | | | $ 1,000.00 |
| 8/20 | 2017 | Cash | $ 3,100.00 | $ - | $ 419,200.00 | | | $ 60.00 |
| 8/20 | | | | | | | | $ 180.00 |
| 8/20 | | | | | | | | $ 200.00 |
| 8/20 | | | | | | | | $ 380.00 |
| 8/20 | | | | | | | | $ 420.00 |
| 8/20 | | | | | | | | $ 420.00 |
| 8/20 | | | | | | | | $ 2,240.00 |
| 8/22 | 2017 | Cash | $ 5,300.00 | $ - | $ 424,500.00 | | | |
| 8/23 | 2017 | Cash | $ 1,000.00 | $ - | $ 425,500.00 | | | $ 2,000.00 |
| 8/24 | 2017 | Cash | $ 4,060.00 | $ - | $ 429,560.00 | | | $ 200.00 |
| 8/24 | | | | | | | | $ 2,800.00 |
| 8/30 | 2017 | Western Union | $ 500.00 | $ - | $ 430,060.00 | | | |
| 8/31 | 2017 | Cash | $ 4,300.00 | $ - | $ 434,360.00 | | | $ 1,250.00 |
| 8/31 | 2017 | Cash | $ 1,000.00 | $ 56,470.00 | $ 435,360.00 | | | |
| 9/1 | 2017 | Wire Transfer | $ 15,000.00 | $ - | $ 450,360.00 | | | $ 15,000.00 |
| 9/5 | 2017 | Wire Transfer | $ 15,000.00 | $ - | $ 465,360.00 | | | $ 15,000.00 |
| 9/5 | 2017 | Cash | $ 3,650.00 | $ - | $ 469,010.00 | | | |
| 9/12 | 2017 | Cash | $ 4,150.00 | $ - | $ 473,160.00 | | | |
| 9/15 | 2017 | Cash | $ 1,510.00 | $ - | $ 474,670.00 | | | |
| 9/19 | 2017 | Cash | $ 2,350.00 | $ - | $ 477,020.00 | | | |
| 9/27 | 2017 | Cash | $ 7,410.00 | $ 49,070.00 | $ 484,430.00 | | | $ 1,200.00 |
| 10/1 | 2017 | Cash | $ 8,260.00 | $ - | $ 492,690.00 | | | $ 1,000.00 |
| 10/1 | | | | | | | | $ 1,000.00 |
| 10/5 | 2017 | Cash | $ 5,680.00 | $ - | $ 498,370.00 | | | $ 600.00 |
| 10/10 | 2017 | Cash | $ 7,270.00 | $ - | $ 505,640.00 | | | $ 1,000.00 |
| 10/10 | | | | | | | | $ 1,200.00 |
| 10/12 | 2017 | Wire Transfer | $ 7,500.00 | $ - | $ 513,140.00 | | | $ 7,500.00 |
| 10/13 | 2017 | Cash | $ 9,130.00 | $ - | $ 522,270.00 | | | |
| 10/14 | 2017 | Cash | $ 8,940.00 | $ - | $ 531,210.00 | | | $ 500.00 |
| 10/19 | 2017 | Cash | $ 4,750.00 | $ - | $ 535,960.00 | | | $ 750.00 |
| 10/23 | 2017 | Wire Transfer | $ 2,500.00 | $ - | $ 538,460.00 | | | $ 2,500.00 |
| 10/24 | 2017 | Cash | $ 7,400.00 | $ - | $ 545,860.00 | | | |
| 10/26 | 2017 | Cash | $ 4,100.00 | $ - | $ 549,960.00 | | | |
| 10/28 | 2017 | Cash | $ 6,450.00 | $ - | $ 556,410.00 | | | $ 100.00 |
| 10/28 | | | | | | | | $ 200.00 |

**Govt Exhibit 1634; pg US_070640-070642**
**US v. Lawrence Ray**
**2017 Pickups**
**2017 Unreported Income - 2017 Bank Deposit log**

| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 4064 | GX 101 BOA 4971 of ICP | GX 103 Citibank 7193 of ICP |
|---|---|---|---|---|---|---|---|---|
| 10/30 | 2017 | Cash | $ 5,340.00 | $ 77,320.00 | $ 561,750.00 | | | |
| 11/2 | 2017 | Cash | $ 14,870.00 | $ - | $ 576,620.00 | | | $ 100.00 |
| 11/2 | | | | | | | | $ 1,000.00 |
| 11/2 | | | | | | | | $ 1,900.00 |
| 11/4 | 2017 | Cash | $ 5,220.00 | $ - | $ 581,840.00 | | | $ 1,100.00 |
| 11/4 | | | | | | | | $ 2,500.00 |
| 11/7 | 2017 | Cash | $ 2,180.00 | $ - | $ 584,020.00 | | | $ 1,600.00 |
| 11/10 | 2017 | Cash | $ 12,220.00 | $ - | $ 596,240.00 | | | $ 2,100.00 |
| 11/16 | 2017 | Cash | $ 7,060.00 | $ - | $ 603,300.00 | | | $ 960.00 |
| 11/16 | | | | | | | | $ 2,040.00 |
| 11/18 | 2017 | Cash | $ 11,040.00 | $ - | $ 614,340.00 | | | $ 2,000.00 |
| 11/18 | 2017 | Cash | $ 1,300.00 | $ - | $ 615,640.00 | | | |
| 11/20 | 2017 | Cash | $ 2,090.00 | $ - | $ 617,730.00 | | | $ 120.00 |
| 11/20 | | | | | | | | $ 1,970.00 |
| 11/21 | 2017 | Cash | $ 2,040.00 | $ - | $ 619,770.00 | | | |
| 11/28 | 2017 | Cash | $ 16,300.00 | $ 74,320.00 | $ 636,070.00 | | | $ 700.00 |
| 11/28 | | | | | | | | $ 1,000.00 |
| 11/28 | | | | | | | | $ 2,300.00 |
| 12/1 | 2017 | Cash | $ 4,650.00 | $ - | $ 640,720.00 | | | |
| 12/5 | 2017 | Cash | $ 10,250.00 | $ - | $ 650,970.00 | | | $ 800.00 |
| 12/5 | | | | | | | | $ 2,350.00 |
| 12/5 | | | | | | | | $ 2,700.00 |
| 12/10 | 2017 | Cash | $ 9,210.00 | $ - | $ 660,180.00 | | | |
| 12/15 | 2017 | Cash | $ 12,410.00 | $ - | $ 672,590.00 | | | |
| 12/18 | 2017 | Cash | $ 3,990.00 | $ - | $ 676,580.00 | | | |
| 12/20 | 2017 | Cash | $ 11,050.00 | $ - | $ 687,630.00 | | $ 4,050.00 | |
| | | | | | | | $ 1,000.00 | |
| 12/22 | 2017 | Cash | $ 8,690.00 | $ - | $ 696,320.00 | | $ 3,590.00 | |
| 12/25 | 2017 | Cash | $ 5,850.00 | $ - | $ 702,170.00 | | | |
| 12/30 | 2017 | Cash | $ 5,000.00 | $ - | $ 707,170.00 | | $ 2,000.00 | |
| 12/30 | 2017 | Cash | $ 1,700.00 | $ 72,800.00 | $ 708,870.00 | | $ - | |
| Total Pick-Ups | | | $ 708,870.00 | $ 708,870.00 | | | $ 10,640.00 | $ 288,399.00 |
| | | | | | | | | |
| **2017 Unreported Taxable Income** | | | **$ 708,870.00** | | | | | |

**2017 Alternate Tax Position - Unreported Income**

| | | |
|---|---|---|
| **2017 Pickups** | | $ 708,870.00 |
| **Less:** | | |
| **Cash Deposits to ICP** | | $ (299,039.00) |
| **Plus:** | | |
| **Gordon Ray** | | $ 31,900.00 |
| **Talia Ray** | | $ 40,170.00 |
| **Go Daddy Expenses ICP** | | $ 183,927.00 |
| | | |
| **Net Unreported Taxable Income** | | $ 665,828.00 |

^ Traced to GX exhibit 4064 - hand written ledger book

**Govt Exhibit 1634; pg US_070635-070639**

**US v. Lawrence Ray**
**2018 Unreported Income - 2018 Bank Deposit log**

| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 1400 | GX 101 BOA Acct 4971 of ICP |
|---|---|---|---|---|---|---|---|
| 1/2 | | | | | | | $ 1,500.00 |
| 1/3 | 2018 | Cash | $ 4,700.00 | $ - | $ 4,700.00 | ^ | $ 3,500.00 |
| 1/3 | 2018 | Cash | $ 1,560.00 | $ - | $ 6,260.00 | | |
| 1/6 | 2018 | Cash | $ 4,400.00 | $ - | $ 10,660.00 | ^ | |
| 1/8 | 2018 | Cash | $ 12,000.00 | $ - | $ 22,660.00 | ^ | |
| 1/9 | 2018 | Cash | $ 7,180.00 | $ - | $ 29,840.00 | ^ | $ 1,500.00 |
| 1/11 | 2018 | Cash | $ 5,400.00 | $ - | $ 35,240.00 | ^ | |
| 1/15 | 2018 | | | | | | $ 4,000.00 |
| 1/17 | 2018 | Cash | $ 12,010.00 | $ - | $ 47,250.00 | ^ | $ 3,400.00 |
| 1/17 | 2018 | | | | | | $ 1,000.00 |
| 1/20 | 2018 | Cash | $ 9,300.00 | $ - | $ 56,550.00 | ^ | |
| 1/23 | | | | | | | $ 1,100.00 |
| 1/25 | | | | | | ^ | |
| 1/25 | 2018 | Cash | $ 14,300.00 | $ - | $ 70,850.00 | | |
| 1/26 | | | | | | | $ 600.00 |
| 1/30 | 2018 | Cash | $ 13,320.00 | $ 84,170.00 | $ 84,170.00 | ^ | $ 3,500.00 |
| 1/30 | | | | | | | $ 200.00 |
| 2/3 | | | | | | | $ 300.00 |
| 2/6 | 2018 | Cash | $ 21,000.00 | $ - | $ 105,170.00 | ^ | $ 2,500.00 |
| 2/9 | | | | | | | $ 5,030.00 |
| 2/12 | 2018 | Cash | $ 14,090.00 | $ - | $ 119,260.00 | ^ | $ 2,600.00 |
| 2/12 | | | | | | | $ 2,000.00 |
| 2/20 | 2018 | Cash | $ 18,000.00 | $ - | $ 137,260.00 | ^ | $ 1,000.00 |
| 2/20 | | | | | | | $ 500.00 |
| 2/20 | | | | | | | $ 300.00 |
| 2/24 | 2018 | Cash | $ 14,550.00 | $ 67,640.00 | $ 151,810.00 | ^ | |
| 3/1 | 2018 | Cash | $ 6,550.00 | $ - | $ 158,360.00 | ^ | $ 3,600.00 |
| 3/3 | | | | | | | $ 1,000.00 |
| 3/5 | 2018 | Cash | $ 14,540.00 | $ - | $ 172,900.00 | ^ | |
| 3/10 | 2018 | Cash | $ 17,700.00 | $ - | $ 190,600.00 | ^ | $ 130.00 |
| 3/14 | 2018 | Cash | $ 10,500.00 | $ - | $ 201,100.00 | ^ | $ 1,800.00 |
| 3/15 | | | | | | | $ 2,800.00 |
| 3/16 | | | | | | | $ 2,100.00 |
| 3/16 | | | | | | | $ 100.00 |
| 3/17 | 2018 | Cash | $ 6,800.00 | $ - | $ 207,900.00 | ^ | |
| 3/18 | | | | | | | $ 2,000.00 |
| 3/20 | 2018 | Cash | $ 10,000.00 | $ - | $ 217,900.00 | ^ | $ 1,000.00 |
| 3/24 | 2018 | Cash | $ 6,100.00 | $ - | $ 224,000.00 | ^ | |
| 3/26 | | | | | | | $ 2,847.00 |
| 3/27 | 2018 | Cash | $ 8,200.00 | $ - | $ 232,200.00 | ^ | |

| Govt Exhibit 1634; pg US_070635-070639 | | | | | | | |
|---|---|---|---|---|---|---|---|
| US v. Lawrence Ray | | | | | | | |
| 2018 Unreported Income - 2018 Bank Deposit log | | | | | | | |
| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 1400 | GX 101 BOA Acct 4971 of ICP |
| 3/29 | 2018 | Cash | $ 4,720.00 | $ - | $ 236,920.00 | ^ | $ 7,400.00 |
| 3/29 | | | | | | | $ 700.00 |
| 3/30 | 2018 | Cash | $ 1,810.00 | $ - | $ 238,730.00 | ^ | $ 8,600.00 |
| 3/30 | | | | | | | $ 3,200.00 |
| 3/31 | 2018 | Cash | $ 2,859.00 | $ 89,779.00 | $ 241,589.00 | ^ | |
| 4/2 | 2018 | Cash | $ 6,120.00 | $ - | $ 247,709.00 | ^ | |
| 4/3 | 2018 | Cash | $ 1,800.00 | $ - | $ 249,509.00 | ^ | |
| 4/4 | 2018 | Cash | $ 1,500.00 | $ - | $ 251,009.00 | ^ | |
| 4/5 | 2018 | Cash | $ 700.00 | $ - | $ 251,709.00 | ^ | |
| 4/6 | 2018 | Cash | $ 11,860.00 | $ - | $ 263,569.00 | ^ | |
| 4/7 | | | | | | | $ 2,100.00 |
| 4/9 | | | | | | | $ 2,000.00 |
| 4/10 | 2018 | Cash | $ 8,200.00 | $ - | $ 271,769.00 | ^ | |
| 4/11 | 2018 | Cash | $ 2,640.00 | $ - | $ 274,409.00 | ^ | |
| 4/13 | | | | | | | $ 2,100.00 |
| 4/15 | | | | | | | $ 6,300.00 |
| 4/15 | | | | | | | $ 500.00 |
| 4/16 | | | | | | | $ 1,250.00 |
| 4/18 | 2018 | Cash | $ 14,800.00 | $ - | $ 289,209.00 | ^ | $ 1,500.00 |
| 4/18 | | | | | | | $ 4,400.00 |
| 4/21 | | | | | | | $ 3,000.00 |
| 4/23 | 2018 | Cash | $ 20,120.00 | $ - | $ 309,329.00 | ^ | $ 1,700.00 |
| 4/24 | | | | | | | $ 4,000.00 |
| 4/26 | 2018 | Cash | $ 9,260.00 | $ 77,000.00 | $ 318,589.00 | ^ | $ 2,400.00 |
| 4/29 | | | | | | | $ 1,650.00 |
| 5/1 | | | | | | | $ 2,500.00 |
| 5/4 | 2018 | Cash | $ 13,600.00 | $ - | $ 332,189.00 | ^ | $ 600.00 |
| 5/6 | | | | | | | $ 1,650.00 |
| 5/8 | | | | | | | $ 500.00 |
| 5/11 | 2018 | Cash | $ 15,910.00 | $ - | $ 348,099.00 | ^ | |
| 5/13 | 2018 | Cash | $ 5,150.00 | $ - | $ 353,249.00 | | |
| 5/17 | 2018 | Cash | $ 13,500.00 | $ - | $ 366,749.00 | ^ | |
| 5/21 | 2018 | Cash | $ 8,000.00 | $ - | $ 374,749.00 | ^ | $ 2,500.00 |
| 5/25 | 2018 | Cash | $ 6,000.00 | $ 62,160.00 | $ 380,749.00 | ^ | |
| 5/26 | | | | | | | $ 800.00 |
| 5/27 | | | | | | | $ 600.00 |
| 5/31 | | | | | | | $ 4,300.00 |
| 6/1 | 2018 | Cash | $ 16,500.00 | $ - | $ 397,249.00 | ^ | |
| 6/2 | | | | | | | $ 2,000.00 |
| 6/10 | 2018 | Cash | $ 18,090.00 | $ - | $ 415,339.00 | ^ | |

**Govt Exhibit 1634; pg US_070635-070639**

**US v. Lawrence Ray**
**2018 Unreported Income - 2018 Bank Deposit log**

| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 1400 | GX 101 BOA Acct 4971 of ICP |
|---|---|---|---|---|---|---|---|
| 6/14 | | | | | | | $ 2,400.00 |
| 6/15 | 2018 | Cash | $ 10,330.00 | $ - | $ 425,669.00 | ^ | $ 2,000.00 |
| 6/16 | 2018 | Cash | $ 6,240.00 | $ - | $ 431,909.00 | ^ | |
| 6/17 | 2018 | Cash | $ 1,400.00 | $ - | $ 433,309.00 | ^ | |
| 6/18 | | | | | | | $ 5,600.00 |
| 6/21 | 2018 | Cash | $ 6,140.00 | $ - | $ 439,449.00 | ^ | $ 500.00 |
| 6/22 | | | | | | | $ 5,460.00 |
| 6/25 | 2018 | Cash | $ 14,570.00 | $ - | $ 454,019.00 | ^ | $ 5,800.00 |
| 6/25 | | | | | | | $ 1,000.00 |
| 6/29 | 2018 | Cash | $ 18,600.00 | $ 91,870.00 | $ 472,619.00 | ^ | $ 300.00 |
| 7/2 | 2018 | Cash | $ 9,750.00 | $ - | $ 482,369.00 | ^ | |
| 7/3 | | | | | | | $ 8,000.00 |
| 7/9 | | | | | | | $ 6,700.00 |
| 7/9 | | | | | | | $ 500.00 |
| 7/11 | | | | | | | $ 7,200.00 |
| 7/12 | 2018 | Cash | $ 25,400.00 | $ - | $ 507,769.00 | ^ | |
| 7/14 | | | | | | | $ 4,700.00 |
| 7/16 | | | | | | | $ 2,000.00 |
| 7/17 | 2018 | Cash | $ 17,100.00 | $ - | $ 524,869.00 | ^ | $ 2,200.00 |
| 7/20 | 2018 | Cash | $ 6,120.00 | $ - | $ 530,989.00 | ^ | |
| 7/21 | | | | | | | $ 8,900.00 |
| 7/23 | 2018 | Cash | $ 3,820.00 | $ - | $ 534,809.00 | ^ | |
| 7/23 | 2018 | Cash | $ 5,850.00 | $ - | $ 540,659.00 | ^ | |
| 7/24 | | | | | | | $ 800.00 |
| 7/25 | 2018 | Cash | $ 1,920.00 | $ - | $ 542,579.00 | ^ | |
| 7/26 | 2018 | Cash | $ 6,077.00 | $ - | $ 548,656.00 | ^ | $ 3,000.00 |
| 7/27 | 2018 | Cash | $ 3,650.00 | $ - | $ 552,306.00 | ^ | $ 300.00 |
| 7/29 | 2018 | Cash | $ 12,600.00 | $ 92,287.00 | $ 564,906.00 | ^ | $ 300.00 |
| 7/31 | | | | | | | $ 500.00 |
| 8/3 | 2018 | Cash | $ 13,300.00 | $ - | $ 578,206.00 | ^ | |
| 8/6 | | | | | | | $ 1,300.00 |
| 8/8 | 2018 | Cash | $ 18,400.00 | $ - | $ 596,606.00 | ^ | |
| 8/10 | | | | | | | $ 4,700.00 |
| 8/11 | 2018 | Cash | $ 10,900.00 | $ - | $ 607,506.00 | ^ | $ 39,000.00 |
| 8/13 | 2018 | Cash | $ 21,000.00 | $ - | $ 628,506.00 | ^ | |
| 8/14 | 2018 | Cash | $ 3,860.00 | $ - | $ 632,366.00 | ^ | |
| 8/15 | 2018 | Cash | $ 5,800.00 | $ - | $ 638,166.00 | ^ | $ 600.00 |
| 8/17 | 2018 | Cash | $ 15,000.00 | $ - | $ 653,166.00 | ^ | $ 1,000.00 |
| 8/18 | 2018 | Cash | $ 700.00 | $ - | $ 653,866.00 | ^ | |
| 8/19 | | | | | | | $ 2,600.00 |

**Govt Exhibit 1634; pg US_070635-070639**

US v. Lawrence Ray
2018 Unreported Income - 2018 Bank Deposit log

| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 1400 | GX 101 BOA Acct 4971 of ICP |
|---|---|---|---|---|---|---|---|
| 8/21 | 2018 | Cash | $ 28,600.00 | $ - | $ 682,466.00 | ^ | $ 1,800.00 |
| 8/23 | 2018 | Cash | $ 6,540.00 | $ - | $ 689,006.00 | ^ | $ 2,100.00 |
| 8/26 | | | | | | | $ 4,740.00 |
| 8/27 | 2018 | Cash | $ 21,870.00 | $ - | $ 710,876.00 | ^ | $ 3,400.00 |
| 8/28 | | | | | | | $ 4,420.00 |
| 8/28 | | | | | | | $ 700.00 |
| 8/28 | | | | | | | $ 560.00 |
| 8/29 | 2018 | Cash | $ 22,100.00 | $ 168,070.00 | $ 732,976.00 | ^ | $ 1,800.00 |
| 8/31 | | | | | | | $ 2,500.00 |
| 8/31 | | | | | | | $ 400.00 |
| 8/31 | | | | | | | $ 200.00 |
| 9/2 | 2018 | Cash | $ 14,170.00 | $ - | $ 747,146.00 | ^ | $ 4,800.00 |
| 9/4 | | | | | | | $ 700.00 |
| 9/5 | | | | | | | $ 3,000.00 |
| 9/6 | | | | | | | $ 1,400.00 |
| 9/8 | | | | | | | $ 2,600.00 |
| 9/8 | | | | | | | $ 1,700.00 |
| 9/9 | 2018 | Cash | $ 24,450.00 | $ - | $ 771,596.00 | ^ | $ 1,300.00 |
| 9/12 | | | | | | | $ 2,500.00 |
| 9/13 | 2018 | Cash | $ 14,320.00 | $ - | $ 785,916.00 | ^ | $ 5,000.00 |
| 9/17 | 2018 | Cash | $ 8,700.00 | $ - | $ 794,616.00 | ^ | |
| 9/21 | 2018 | Cash | $ 8,690.00 | $ - | $ 803,306.00 | ^ | $ 2,600.00 |
| 9/22 | | | | | | | $ 1,700.00 |
| 9/23 | | | | | | | $ 500.00 |
| 9/27 | | | | | | | $ 350.00 |
| 9/28 | 2018 | Cash | $ 13,700.00 | $ - | $ 817,006.00 | ^ | $ 2,100.00 |
| 9/29 | | | | | | | $ 1,000.00 |
| 9/30 | 2018 | Cash | $ 8,550.00 | $ 92,580.00 | $ 825,556.00 | ^ | |
| 10/2 | 2018 | Cash | $ 2,680.00 | $ - | $ 828,236.00 | ^ | |
| 10/5 | 2018 | Cash | $ 11,300.00 | $ - | $ 839,536.00 | ^ | |
| 10/6 | | | | | | | $ 1,800.00 |
| 10/8 | | | | | | | ^ | $ 1,500.00 |
| 10/9 | 2018 | Cash | $ 6,570.00 | $ - | $ 846,106.00 | ^ | |
| 10/16 | 2018 | Cash | $ 8,740.00 | $ - | $ 854,846.00 | ^ | |
| 10/17 | 2018 | Cash | $ 10,750.00 | $ - | $ 865,596.00 | ^ | |
| 10/18 | | | | | | | $ 800.00 |
| 10/18 | | | | | | | $ 1,200.00 |
| 10/21 | | | | | | | $ 500.00 |
| 10/22 | | | | | | | $ 2,500.00 |
| 10/23 | 2018 | Cash | $ 7,350.00 | $ - | $ 872,946.00 | ^ | $ 1,500.00 |

**Govt Exhibit 1634; pg US_070635-070639**

**US v. Lawrence Ray**

**2018 Unreported Income - 2018 Bank Deposit log**

| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 1400 | GX 101 BOA Acct 4971 of ICP |
|---|---|---|---|---|---|---|---|
| 10/26 | | | | | | | $ 2,030.00 |
| 10/28 | 2018 | Cash | $ 9,450.00 | $ 56,840.00 | $ 882,396.00 | ^ | |
| 10/30 | | | | | | | $ 3,000.00 |
| 11/2 | 2018 | Cash | $ 12,550.00 | $ - | $ 894,946.00 | | |
| 11/4 | | | | | | | $ 500.00 |
| 11/6 | | | | | | | $ 1,600.00 |
| 11/9 | 2018 | Cash | $ 9,110.00 | $ - | $ 904,056.00 | ^ | $ 600.00 |
| 11/9 | | | | | | | $ 400.00 |
| 11/13 | 2018 | Cash | $ 4,600.00 | $ - | $ 908,656.00 | ^ | |
| 11/15 | 2018 | Cash | $ 5,020.00 | $ - | $ 913,676.00 | ^ | |
| 11/18 | 2018 | Cash | $ 8,350.00 | $ - | $ 922,026.00 | ^ | |
| 11/19 | | | | | | | $ 400.00 |
| 11/23 | 2018 | Cash | $ 6,300.00 | $ - | $ 928,326.00 | ^ | |
| 11/24 | | | | | | | $ 1,000.00 |
| 11/25 | | | | | | | $ 1,750.00 |
| 11/26 | 2018 | Cash | $ 4,600.00 | $ 50,530.00 | $ 932,926.00 | ^ | |
| 11/27 | | | | | | | $ 700.00 |
| 11/28 | | | | | | | $ 500.00 |
| 11/30 | | | | | | | $ 200.00 |
| 12/1 | 2018 | Cash | $ 24,100.00 | $ - | $ 957,026.00 | ^ | |
| 12/5 | | | | | | | $ 200.00 |
| 12/6 | 2018 | Cash | $ 13,350.00 | $ - | $ 970,376.00 | ^ | $ 300.00 |
| 12/10 | 2018 | Cash | $ 7,100.00 | $ - | $ 977,476.00 | ^ | $ 1,000.00 |
| 12/10 | | | | | | | $ 500.00 |
| 12/11 | | | | | | | $ 700.00 |
| 12/12 | 2018 | Cash | $ 5,500.00 | $ - | $ 982,976.00 | ^ | $ 300.00 |
| 12/13 | 2018 | Cash | $ 9,500.00 | $ - | $ 992,476.00 | ^ | |
| 12/14 | 2018 | Cash | $ 14,655.00 | $ - | $ 1,007,131.00 | ^ | |
| 12/14 | 2018 | Cash | $ 9,340.00 | $ - | $ 1,016,471.00 | ^ | |
| 12/17 | 2018 | Cash | $ 10,600.00 | $ - | $ 1,027,071.00 | ^ | |
| 12/19 | | | | | | | $ 3,400.00 |
| 12/20 | 2018 | Cash | $ 8,640.00 | $ - | $ 1,035,711.00 | ^ | $ 1,000.00 |
| 12/21 | | | | | | | $ 500.00 |
| 12/22 | 2018 | Cash | $ 14,010.00 | $ - | $ 1,049,721.00 | ^ | |
| 12/23 | | | | | | | $ 3,200.00 |
| 12/27 | 2018 | Cash | $ 23,890.00 | $ - | $ 1,073,611.00 | ^ | $ 250.00 |
| 12/28 | 2018 | Cash | $ 8,910.00 | $ 149,595.00 | $ 1,082,521.00 | | $ 100.00 |
| 12/29 | | | | | | | $ 2,200.00 |
| 12/31 | 2018 | Cash | | | | ^ | $ 4,700.00 |
| Total 2018 Pick-Ups | | | $ 1,082,521.00 | $ 1,082,521.00 | | | $ 332,217.00 |

**Govt Exhibit 1634; pg US_070635-070639**

**US v. Lawrence Ray**
**2018 Unreported Income - 2018 Bank Deposit log**

| Date | Year | Pick-ups | Amount Collected | Monthly Balances | Yearly Balance | GX 1400 | GX 101 BOA Acct 4971 of ICP |
|---|---|---|---|---|---|---|---|
| **2018 Unreported Taxable Income** | | | | $ 1,082,521.00 | | | |
| | | | | | | | |
| **2018 Alternate Tax Position - Unreported Income** | | | | | | | |
| **2018 Pickups** | | | | $ 1,082,521.00 | | | |
| **Less:** | | | | | | | |
| **Cash Deposits to ICP** | | | | $ (332,217.00) | | | |
| **Plus:** | | | | | | | |
| **Gordon Ray** | | | | $ 13,250.00 | | | |
| **Talia Ray** | | | | $ 34,690.00 | | | |
| **Go Daddy Expenses ICP** | | | | $ 202,251.00 | | | |
| | | | | | | | |
| **Net Unreported Taxable Income** | | | | $ 1,000,495.00 | | | |
| ^ Traced to GX exhibit 1400 - Ray Enterprise - 2018 Balance Sheet | | | | | | | |