UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
          :
UNITED STATES OF AMERICA,          :
          :
    -v-          :        20-cr-110 (LJL)
          :
LAWRENCE RAY,          :        <u>ORDER</u>
          :
        Defendant.          :
          :
------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

      The parties are invited to include discussion of the following issue in the letter briefs due at 11:00 p.m. tonight:  Assuming that the proffer by the defense is not sufficient to give rise to an advice of counsel defense on any of the charges, is it nonetheless relevant to the intent component of the tax evasion charge and, on the assumption that it is relevant only to intent and only on those counts, what limiting instructions should be given to the jury.

SO ORDERED.

Dated: March 30, 2022
       New York, New York

                                  LEWIS J. LIMAN
                             United States District Judge