

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 1, 2022

**BY ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    ***United States v. Lawrence Ray***,
              S2 20 Cr. 110 (LJL)

Dear Judge Liman:

      In response to the Court's request, the Government writes to delineate the exhibits that it believes should be taken for their truth, as statements by Claudia Drury under Rule 801(d)(2)(E):

- GX 4060-GX 4062 (text messages between Pollok and Claudia)
- GX 3217 (client list)
- GX 3220 (email from Claudia to Isabella)
- GX 3480 (email between Claudia and Randy Levinson)
- GX 4156 (text from Claudia to the defendant)
- GX 4182 (recorded call between Claudia and the defendant)
- GX 4184 (recorded call between Claudia and the defendant)

                                        Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                                By:  __/s/__Danielle R. Sassoon___
                                      Mollie Bracewell
                                      Danielle R. Sassoon
                                      Lindsey Keenan
                                      Assistant United States Attorneys
                                      Southern District of New York
                                      (212) 637-2218

cc:     Defense Counsel (by ECF)