UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/3/2022___
```

---------------------------------------------------------------------- X
                    :

UNITED STATES OF AMERICA,       :
                    :

      -v-              :

                    :       20-cr-110 (LJL)

LAWRENCE RAY,          :
                    :         ORDER

             Defendant.   :
                    :

---------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

      The Court has sent the parties a revised Jury Charge incorporating changes made at the jury conference and in response to the briefing of the parties.  The Court will rule on any remaining objections that arise out of evidence offered in the defense case or with respect to those changes or charges not previously discussed before closing statements tomorrow, April 4, 2022.


SO ORDERED.

Dated: April 3, 2022
     New York, New York                       _____
                                   LEWIS J. LIMAN
                            United States District Judge