USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                  :
:
    -v-                                    :
:       20-cr-110 (LJL)
LAWRENCE RAY,                              :
:       ORDER
                            Defendant.     :
:
------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

     After the Court delivered its charge today, the defense took exception to the placement of the agreed-upon charge regarding the Theory of the Defense. At the charge conference, the Court overruled Government objections to the Theory of the Defense charge and thereafter the defense (as well as the Government) agreed upon the proper placement of the charge in the Court's Jury Charge. In addition to the colloquy at page 2776 of the transcript, the Court directs the parties' attention to the attached redline to the Theory of the Defense charge that was circulated yesterday before the charge conference and that was the subject of the discussion at the charge conference. The Court delivered the charge as agreed upon at the charge conference.

SO ORDERED.

Dated: April 5, 2022
      New York, New York
                                        LEWIS J. LIMAN
                                   United States District Judge

**THEORY OF DEFENSE**

[insert at page 89 before charge XXXIX (Count Fifteen-Violent Crime in Aid of Racketeering)

With respect to the tax evasion counts, I instruct you that it is the theory of the defense that Larry Ray believed he was the victim of a conspiracy. Mr. Ray believed that he and others had been poisoned and otherwise harmed as part of this conspiracy and he attempted to learn the extent of this poisoning and other harm. Mr. Ray collected recordings and other writings for the purpose of turning these materials over to law enforcement to investigate the poisoning. ~~Multiple individuals stated that they had poisoned Mr. Ray and others, and caused other damages, as part of the conspiracy and they compensated or repaid Mr. Ray and others to make amends for these injuries.~~ It is the theory of the defense that Mr. Ray believed he was permitted to accept this repayment, even if the money he was paid was the proceeds of prostitution, and did not need to report these funds as taxable income. If you find that the Government has not proven beyond a reasonable doubt that the defendant acted willfully, in violation of a known legal duty and with the specific intent to defeat or evade the assessment of taxes that Mr. Ray knew it was his duty to pay, then you must find he defendant not guilty of the crime of tax evasion charged in Counts Eleven through Fourteen of the Indictment. ~~Mr. Ray did not act with criminal intent.~~