```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
             -v-                                                   :
                                                                   :        20-cr-110 (LJL)
LAWRENCE RAY,                                                      :
                                                                   :              ORDER
                              Defendant.                           :
                                                                   :
------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2022

LEWIS J. LIMAN, United States District Judge:

      Letter briefs and other documents relating to the issue of Defendant's health and medical conditions have previously been filed under seal.  The parties are directed to meet and confer, and, by no later than April 16, 2022, inform the Court of their positions regarding what portions of these materials must remain under seal under the applicable standards in the Second Circuit.

SO ORDERED.

Dated: April 8, 2022
      New York, New York

                                                               LEWIS J. LIMAN
                                                 United States District Judge