**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 14, 2022

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** **United States v. Lawrence Ray**
> **20 Cr. 110 (LJL)**

Dear Judge Liman:

    We write on behalf of Lawrence Ray pursuant to the Court's order dated April 8, 2022, directing the parties to meet and confer and inform the Court of their positions regarding what portions of records related to Mr. Ray's health and medical conditions previously filed under seal should remain under seal.

    The parties have met and conferred and disagree about whether the aforementioned materials must remain under seal pursuant to the applicable standards in the Second Circuit. The defense maintains that all of the materials should remain under seal. The government takes the position that the materials should be unsealed, with Mr. Ray's medical information redacted.

    Given the disagreement, the parties respectfully request to have until April 20, 2022 to file letter briefs detailing their respective positions for the Court. Thank you for your consideration of this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.
Peggy Cross-Goldenberg, Esq.
Allegra Glashausser, Esq.
Neil P. Kelly, Esq.

*Counsel for Lawrence Ray*

cc: Counsel of record