# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 2, 2022

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.

5/3/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   **United States v. Lawrence Ray**
        **20 Cr. 110 (LJL)**

Dear Judge Liman:

In preparation for Lawrence Ray's presentence interview in the above-captioned matter, we write to respectfully request that the Court order the release of Mr. Ray's presentence report from his prior case out of the Eastern District of New York, *United States v. Ray*, 00 Cr. 196 (ILG).

The U.S. Probation office has informed that in order to obtain the presentence report prepared in connection with the 2000 case, we need an order from the Court. Accordingly, we respectfully request that the Court grant Mr. Ray's request granting us permission to access his prior out-of-district presentence report.

Hon. Lewis J. Liman

Thank you for your attention to this matter.

                                                  Respectfully submitted,

                                                                     */s/*

                                                Marne L. Lenox, Esq.
                                                Peggy Cross-Goldenberg, Esq.
                                                Allegra Glashausser, Esq.
                                                Neil P. Kelly, Esq.

                                                *Counsel for Lawrence Ray*

cc:     Counsel of record