```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                                          :
UNITED STATES OF AMERICA,                                                 :
                                                                          :
          -v-                                                             :
                                                                          :    20-cr-110 (LJL)
LAWRENCE RAY,                                                             :
                                                                          :    ORDER
                                 Defendant.                               :
                                                                          :
------------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

    Letter briefs and other documents relating to the issue of Defendant's health and medical conditions have previously been filed under seal. The Court has received briefing from the Government and counsel for the Defendant regarding what documents should remain under seal.

    The following submissions by the parties shall be filed on the docket in redacted form:

- The Government's letter dated March 16, 2022;
- Defense counsel's letter dated March 17, 2022;
- Invoice of Dr. Alexander Merkler dated March 30, 2022;
- Report of Dr. Alexander Merkler dated March 30, 2022;
- The Government's letter dated March 22, 2022;
- Exhibit A to the Government's March 22, 2022 letter;
- Defense counsel's letter dated March 22, 2022;
- The Court's Orders of March 22, 2022; and
- The Court's Order of March 24, 2022.

    The following shall remain under seal:

- Exhibits A, B, C, D, G, H, and I to the Government's March 16, 2022 letter;
- Exhibit A to defense counsel's March 22, 2022 letter; and
- Transcript previously filed under seal from conferences on March 15, 16, 18, 22, and 23, 2022, a sidebar on March 24, 2022, and a hearing held on March 25, 2022, except as stated below.

    The following shall be unsealed:

- The Court's Orders of March 23, 2022 relating to the appointment of Dr. Merkler as an independent expert;
- Exhibits E, F, J, K, and L to the Government's March 16, 2022 letter;
- Exhibits B and C to the Government's March 22, 2022 letter;
- Pages 617:7 to 6:23:2 of the above-referenced transcript dated March 15, 2022;

- Pages 806:17 to 807:11 of the above-referenced transcript dated March 18, 2022;
- Pages 958:11 to 960:10 of the above-referenced transcript dated March 22, 2022; and
- Pages 965:11 to 969:12; 969:21 to 975:11; 975:16 to 977:15; and 982:5 to 984:14 of the above-referenced transcript dated March 23, 2022.

The Government is directed to, by no later than May 20, 2022, file on the docket the exhibits to its letters that the Court has directed to be unsealed.

SO ORDERED.

Dated: May 19, 2022
New York, New York

                                          LEWIS J. LIMAN
                                    United States District Judge