# EXHIBIT E

# In The Matter Of:

*THE PEOPLE OF THE STATE OF NEW YORK v.*
*FRANK DiTOMMASO AND PETER DiTOMMASO*

---

*TRIAL TESTIMONY*
*November 5, 2012*

---

*Valerie E. Monaco*
*265 East 161st Street, Room 264*
*Bronx, New York 10451*
*(718) 618-1513*

Original File 2012-11-05  DiTommaso.txt
**Min-U-Script® with Word Index**

1804

1   THE COURT:  Hopefully --- You pled guilty -- You
2   pled guilty --
3   THE WITNESS:  Right.
4   THE COURT:  -- to something, and you had to say
5   what it was you did.  So, tell us what it was.
6   THE WITNESS:  When I pled, I said that I tried to
7   get them insurance, get the company insurance and surety
8   showing knowing that they were --- that they were going ---
9   that they didn't have the money to warrant it and to --- and
10  that they were --- it was a fraud or a suspecting even
11  though --- knowing or suspecting that it was a fraud.
12  Q   And you pled guilty in December of 2001; correct?
13  A   I believe that's correct.
14  Q   And, ultimately, in 2003 you were sentenced it five
15  years probation --
16  A   Yes.
17  Q   -- three hundred hours of community service?
18  A   I believe so.
19  Q   Five thousand dollar fine?
20  A   I believe so.
21  Q   At the time of your sentencing, did you --- your lawyers
22  mentioned something about your having a "brain fog?"
23  A   Yes.
24  Q   Can you describe for the jurors what that was and why
25  that was done?

1805

1   A   It was -- It was borne out of a very frustrating time.
2   Lawyers trying to fight the case ordeal with it because there was
3   not one piece of evidence put forth to the case and none that we
4   ever saw existed, and I maintained all along that I did not do
5   this and did not happen and was advised by my attorneys at that
6   time that I had to take the plea.
7   Q   So, you pled guilty. You were claiming that you weren't
8   guilty?
9   A   Yes.
10  Q   Is that what you're saying? And what was the purpose at
11  your sentencing of alleging that you had some sort of a brain fog
12  with respect to that case?
13  A   Because at the time, several of my attorneys wanted to
14  still fight it, and they couldn't see any other way to fight it,
15  and it was a suggestion that came up by one of my attorneys
16  because I had had a liver disorder a few years earlier, years
17  earlier, like over six, seven years earlier.
18  Q   Well, what is "brain fog?" Did you have it?
19  A   At the time earlier I did, and then basically what ended
20  up happening is I ended up getting treated for ADHD subsequent to
21  that which I do have and, you know, from what I've been told,
22  it's like it could happen when you're under stress or not, but it
23  was more something that it was a suggestion by the attorneys. It
24  wasn't something that ---
25  Q   You're saying now that you pled guilty, but that you

1806

```
 1  weren't guilty?
 2      A    I don't believe I was guilty.
 3      Q    Why did you plead guilty?
 4      A    Because I was advised by counsel and it didn't happen.
 5  I didn't have any other thing to do.  I had a new daughter, and I
 6  love my two daughters, they're the most important thing in the
 7  world to me, and I was told by the prosecutor that morning that
 8  you're not going to see your daughter for fifteen years, and by
 9  that time I was also being forced that morning to represent
10  myself at trial because I had run out of money and didn't have
11  the morning on --- the morning of the trial when the plea
12  happened, and I believe the part ---
13           You're talking about my brain fog came later at
14  sentencing, if I remember?
15      Q    Right.  Now, in December of 2004, did you go public with
16  what you knew about who was paying for the renovations of the
17  Bernie Kerik's apartment?
18           MS. FLEMING:  Objection.
19           THE COURT:  Sustained.
20           MS. FLEMING:  Objection to leading.
21           THE COURT:  Sustained.
22      Q    Did there come a time that you went public with what you
23  do about who was paying for Bernie Kerik's renovations?
24           MS. FLEMING:  Same objection, Your Honor.
25           THE COURT:  Sustained.  We rephrase it.
```