# EXHIBIT F

FILED: NEW YORK COUNTY CLERK 04/05/2019 05:42 PM
INDEX NO. 157733/2016
NYSCEF DOC. NO. 81
Case 1:20-cr-00110-LJL   Document 551-2   Filed 05/20/22   Page 2 of 28
RECEIVED NYSCEF: 04/05/2019

1274

```
 1   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF BRONX:  CRIMINAL TERM: PART H98
 2   -------------------------------------------X

 3   PEOPLE OF THE STATE OF NEW YORK

 4                                    INDICTMENT NO.
                                      2712/06
 5            - against -

 6   FRANK DITOMMASO and PETER DITOMMASO,

 7                           Defendants..
     -------------------------------------------X
 8                         265 East 161st Street
                           Bronx, New York 10451
 9                         October 18, 2012

10   BEFORE:    HONORABLE JOHN W. CARTER,

11              Justice of the Supreme Court.

12              (Appearances same as previously noted.)

13
                           Michael Salvietti
14                         Senior Court Reporter

15   -------------------------------------------------

16              (Whereupon, the following takes place on the

17       record in open court in the presence of counsel and the

18       Court:)

19              THE CLERK:  This is continued case on trial,

20       Indictment 2712 of 2006, in the matter of Frank DiTommaso

21       and Peter DiTommaso.  Please note that the defendants are

22       present and all parties are present.

23              Appearances, please.

24              MS. FLEMING:  Good morning, your Honor and

25       counsel; Cathy Fleming and Jillian Searles for Frank
```

Case 1:20-cr-00110-LJL Document 551-2 Filed 05/20/22 Page 3 of 28

Ray - People - Direct/Levy

1    Aponte?

2         A.    Excuse me?

3         Q.    Did there come a time you met with Angelo Aponte?

4         A.    Yes.

5         Q.    How did that come about?

6         A.    It was in the course of doing what I was doing for

7    Interstate, in the course of work looking at problems, looking

8    at Johnson Street.

9         Q.    By the way, did you ever go to a Department of

10   Corrections Christmas party with Frank DiTommaso?

11        A.    Yes.

12        Q.    How did that come about?

13        A.    Bernie wanted me to bring Frank there.

14        Q.    Who was at that party?

15               THE COURT:  We can get -- Ms. Fleming's quite

16   right, can we get dates?

17        A.    Mr. Levy, I just want to state, I'm not trying to be

18   difficult, but I have a fever.

19               THE COURT:  You have a what?

20               THE WITNESS:  Fever.

21               THE COURT:  Fever?

22               THE WITNESS:  Yeah.  I think I have the flu.

23        Q.    You're not--

24               THE COURT:  You're not well now?

25               THE WITNESS:  I think I got the flu.

FILED: NEW YORK COUNTY CLERK 04/05/2019 05:42 PM
INDEX NO. 157733/2016
NYSCEF DOC. NO. 81
Case 1:20-cr-00110-LJL  Document 551-2  Filed 05/20/22  Page 4 of 28
RECEIVED NYSCEF: 04/05/2019
1392

Ray - People - Direct/Levy

1          THE COURT:  None of us want to get the flu.  How

2   are you feeling now?  Let's take the jurors out.

3               (Jurors exit courtroom.)

4          THE COURT:  Okay, we certainly don't want you be

5   testifying if you are not well.

6          Question is, do you feel-- I mean, we're almost

7   toward the end of the day.  Do you feel you can continue?

8          THE WITNESS:  I'm starting to get a headache,

9   actually.  I'm having more difficulty hearing Mr. Levy.

10          MR. LEVY:  Judge, just so you know, Mr. Ray,

11   before we came up this afternoon, indicated he was not

12   feeling when will and he had a fever.  I asked him if he

13   could testify, he said he would try.  This has happened

14   now, so.

15          THE COURT:  Okay.

16          Let's talk over here.

17          (Whereupon, the following discussion takes place

18       on the record, at the sidebar, in the presence of the

19       Court and counsel)

20          THE COURT:  He's your witness.  What do you want

21   to do?

22          MR. LEVY:  Well, looks like it's affecting his

23   ability testify.  Maybe we should take a break.

24          THE COURT:  Looks that way to me, too.

25          MR. LEVY:  He's wiping his head, looks like he's

Case 1:20-cr-00110-LJL   Document 551-2   Filed 05/20/22   Page 5 of 28

Ray - People - Direct/Levy

1393

1    sweating bullets.

2           MR. WICZYK:  When I went with the video he was

3    already sweating, all comedy aside.

4           THE COURT:  These things don't get -- they get

5    worse before they get better.

6           We can try for tomorrow.

7           MR. LEVY:  Why don't we try for tomorrow.

8           THE COURT:  Okay.

9           (Whereupon, the following takes place on the

10      record in open Court in the presence of all parties.)

11          THE COURT:  We're going to stop for the day.  Go

12   home, get some rest and hopefully we can resume tomorrow,

13   we hope.

14          THE WITNESS:  All right; thank you.

15          (Whereupon, there was a pause in the

16      proceedings.)

17          THE COURT:  You can get them.

18          (Whereupon, there was a pause in the

19      proceedings.)

20          COURT OFFICER:  Jury entering.

21          (Jurors entered the courtroom.)

22          THE COURT:  Okay, everybody can be seated.

23          THE CLERK:  Judge, all jurors are present and

24   properly seated, jurors present.  Witness reminded you are

25   still under oath.

Proceedings

1394

1          THE COURT:  We're going to stop for the day.

2     Please don't discuss the case amongst yourselves or with

3     anyone else.  We're going to ask you be back here tomorrow

4     at ten.  Don't form any opinions until you've heard all the

5     evidence, don't research any fact or issue relative to this

6     case by any means.  Don't read the newspaper or any other

7     account about the case.

8               Have a nice evening.

9               (Jurors exit courtroom.)

10          THE COURT:  All right, Mr. Ray, you can take

11     off.

12          THE WITNESS:  Thank you.

13               (Witness exits courtroom)

14          THE COURT:  Maybe we can use this opportunity now

15     to talk about the emails.

16               Do you want to go out, talk to him?

17          THE COURT:  All right.

18               (Whereupon, there was a pause in the

19          proceedings.)

20          THE COURT:  We're back on the record.  Mr. Levy,

21     you are going to be attempting to introduce emails?

22          MR. LEVY:  Yes, Judge.  For all the reasons I

23     stated in our motion in limine, we believe those emails can

24     come in under a number of theories.  I'm not sure what the

25     basis for the objection here is now.  Sounds like it has

```
 1   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF BRONX:  CRIMINAL TERM: PART H98
 2   -------------------------------------------X

 3   PEOPLE OF THE STATE OF NEW YORK

 4                                    INDICTMENT NO.
                                         2712/10
 5            - against -

 6   FRANK DITOMMASO and PETER DITOMMASO,

 7                          Defendants.
     -------------------------------------------X
 8                          265 East 161st Street
                            Bronx, New York 10451
 9                          October 19, 2012

10   BEFORE:    HONORABLE JOHN W. CARTER,

11             Justice of the Supreme Court.

12             (Appearances same as previously noted.)

13
                           Michael Salvietti
14                         Senior Court Reporter

15   -------------------------------------------------

16             (Whereupon, the following takes place on the

17        record in open court in the presence of counsel and the

18        Court:)

19             THE CLERK:  This is No. 1 one on the calendar,

20        continued case on trial, Indictment 2712 of 2006, in the

21        matter of the People of the State of New York versus Frank

22        DiTommaso and Peter DiTommaso.  Please note all parties

23        present, the defendants are present.

24             Appearances.

25             MS. FLEMING:  Good morning, everyone:  Cathy
```

Case 1:20-cr-00110-LJL   Document 551-2   Filed 05/26/22   Page 8 of 28

1419

Proceedings

1    Fleming and Jillian Searles on behalf of Frank DiTommaso.

2                 MR. CULLETON:  Good morning, everyone:  James

3    Culleton and Michael Marinaccio on behalf of Peter

4    DiTommaso.

5                 MR. LEVY:  Stuart Levy for the People; good

6    morning, Judge.

7                 MR. WICZYK:  Omer Wiczyk for the People; good

8    morning, everyone.

9                 MR. KENNEDY:  Peter Kennedy for the People; good

10   morning.

11                THE COURT:  Okay.  Mr. Levy, you said Mr. Ray is

12   still ill, correct?

13                MR. LEVY:  That's correct, Judge.

14                THE COURT:  All right.  So we're going to bring

15   the jury in, I will tell them that, have them come in

16   Monday.

17                COURT OFFICER:  Jury in?

18                THE COURT:  Yes.

19                COURT OFFICER:  Jury entering.

20                (Jurors entered the courtroom.)

21                THE CLERK:  All jurors present and properly

22   seated.

23                THE COURT:  All right, good morning everyone.

24   Unfortunately Mr. Ray is still ill.  We had hoped, you

25   know, we could have, maybe I could have told you yesterday

Case 1:20-cr-00110-LJL Document 551-2 Filed 05/20/22 Page 9 of 28

1420

Proceedings

1    but we were hoping that he was feeling better so that we

2    could move along.

3              But anyway, he's still ill, so we're not going to

4    have any testimony today.  So I'm going to excuse you for

5    the weekend.  We're going to ask you to be here Monday at

6    10 o'clock.

7              Please keep in mind, I had told you that all of

8    the Tuesdays would be off; it may be as we move into

9    November, I may be asking you to come in on Tuesday

10   afternoons just so we can move this along -- not next

11   Tuesday, you will still be off.  I'll give you some notice

12   on that.

13             Anyway, see you Monday at ten.  Don't discuss the

14   case amongst yourselves or anyone else, don't form any

15   opinion until you've heard all the evidence.

16             COURT OFFICER:  Jurors, step out.

17             (Jurors exit courtroom.)

18             THE COURT:  All right Monday, you said, will be

19   Catania?

20             MR. LEVY:  Yes, then resume Larry Ray.

21             THE COURT:  See you Monday.

22             (Whereupon, court is recessed and the case

23        adjourned to Monday, October 22, 2012 at 10:00 a.m.)

24             (See next page)

25

```
 1    SUPREME COURT OF THE STATE OF NEW YORK
      COUNTY OF BRONX:  CRIMINAL TERM: PART H98
 2    -------------------------------------------X

 3    PEOPLE OF THE STATE OF NEW YORK

 4                                    INDICTMENT NO.
                                      2712/06
 5                - against -

 6    FRANK DITOMMASO and PETER DITOMMASO,

 7                              Defendants.
      -------------------------------------------X
 8                              265 East 161st Street
                                Bronx, New York 10451
 9                              October 22, 2012

10    BEFORE:    HONORABLE JOHN W. CARTER,

11              Justice of the Supreme Court.

12              (Appearances same as previously noted.)

13

14                         Michael Salvietti
                           Senior Court Reporter

15    -------------------------------------------------

16              (Whereupon, the following takes place on the

17         record in open court in the presence of counsel and the

18         Court:)

19              THE CLERK:  Continued case on trial, Indictment

20         2712 of 2006, in the matter of People of the State of New

21         York versus Frank DiTommaso and Peter DiTomasso.

22              Please note the defendants are present and all

23         parties are present.

24              Appearance.

25              MS. FLEMING:  Good morning, your Honor and
```

Proceedings

1    counsel; Cathy Fleming and Jillian Searles on behalf of

2    Frank DiTommaso.

3           MR. CULLETON:  Good morning, your Honor; James

4    Culleton and Michael Marinaccio appearing for Peter

5    DiTommaso.

6           MR. LEVY:  Stuart Levy for the People; good

7    morning, Judge.

8           MR. WICZYK:  Omer Wiczyk for the People; good

9    morning everyone.

10          MR. KENNEDY:  Peter Kennedy for the People, good

11   morning.

12          THE COURT:  I heard the distressing news that

13   Mr. Ray is not here.

14          MR. LEVY:  Mr. Ray, I spoke to him several times

15   over the weekend, he had been optimistic about hopefully

16   being able to testify; he does want to get this over with.

17          He had some sort of sinus infection, still had a

18   fever on Sunday, he just said he would not be able to show

19   up.

20          He needs -- he's taking antibiotics, they need to

21   run their course.  He seems to be confident he will be

22   available by Wednesday, but he was not available today.

23          We had planned also having Frank Catania testify

24   today.  Mr. Wiczyk has been in contact with him, was

25   texting him, phoning him, was not getting responses, then

FILED: NEW YORK COUNTY CLERK 04/05/2019 05:42 PM
NYSCEF DOC. NO. 81

INDEX NO. 157733/2016

RECEIVED NYSCEF: 04/05/2019

Case 1:20-cr-00110-LJL   Document 551-2   Filed 05/20/22   Page 12 of 28

1423

Proceedings

1    last night he got a text from Mr. Catania saying he had

2    major complications from his eye surgery and will not be

3    available today either.

4            THE COURT:  Are you sure these guys are not

5    gaming you?  They don't want to be here anyway.

6            MR. LEVY:  I don't think anybody wants to be here

7    in terms of the witnesses.  I have nothing to suggest that

8    they are.  I can't say they are or they aren't.

9            MR. WICZYK:  Mr. Catania did come in, if you

10   remember, your Honor.

11           THE COURT:  He didn't want to be here.

12           MR. WICZYK:  He came here from a red eye, he was

13   upset he wasn't called.

14           THE COURT:  Let's talk about what -- we're going

15   to have to do this another day.  We have to continue this

16   case.

17           Look, Mr. Ray might not be ready on Wednesday.

18   What do you intend to do?

19           MR. LEVY:  Before we get to that, Judge, we also

20   have Sandya Tidke, who is here in the Bronx today who is on

21   jury duty -- is in this building, as a matter of fact.  We

22   would be able to put her on the stand.  I understand

23   defense may be opposing her even testifying, but assuming

24   you would allow her to testify, she could be available

25   today if we could bring her out of jury duty for the brief

1424

Proceedings

1    period of time that she would have to testify.

2         So she is a potential witness for today.  In

3    terms of what I'm going to do come Wednesday, I believe we

4    can start, I believe Larry Ray will be ready or we will

5    have Tim Woods ready.  So we're ready to go forward.  I

6    don't anticipate any problems with any of the other

7    witnesses that we plan on finishing this case with. .I

8    think we can move this as expeditiously as possible

9    starting Wednesday with all these witnesses.

10        I think maybe the best thing to do in terms of

11   Wednesday, instead of putting Mr. Ray on the stand, is to

12   put Tim Woods on the stand and then Mr. Ray after that to

13   make sure whatever ailment Mr. Ray has, that it will have

14   run its course by the time he testifies.  I would imagine

15   Mr. Woods would be on the stand for a day, then Larry Ray

16   maybe Thursday and Friday.  Then we have a whole host of

17   witnesses we have scheduled to start next week.

18        So I anticipate the rest of this trial will run

19   smoothly, unless somebody else comes down with something.

20        THE COURT:  Who is going to be testifying?  I say

21   put Tim Woods on and call it a day.

22        Who else will be testifying?

23        MR. LEVY:  Tim Woods, Larry Ray, Sal Fischera,

24   Eugene Hughes, Mr. Crisalli.

25        MR. KENNEDY:  Several custody witness with

Case 1:20-cr-00110-LJL   Document 551-2   Filed 05/20/22   Page 14 of 28

Proceedings

1424

1     period of time that she would have to testify.

2              So she is a potential witness for today.  In

3     terms of what I'm going to do come Wednesday, I believe we

4     can start, I believe Larry Ray will be ready or we will

5     have Tim Woods ready.  So we're ready to go forward.  I

6     don't anticipate any problems with any of the other

7     witnesses that we plan on finishing this case with.  .I

8     think we can move this as expeditiously as possible

9     starting Wednesday with all these witnesses.

10             I think maybe the best thing to do in terms of

11    Wednesday, instead of putting Mr. Ray on the stand, is to

12    put Tim Woods on the stand and then Mr. Ray after that to

13    make sure whatever ailment Mr. Ray has, that it will have

14    run its course by the time he testifies.  I would imagine

15    Mr. Woods would be on the stand for a day, then Larry Ray

16    maybe Thursday and Friday.  Then we have a whole host of

17    witnesses we have scheduled to start next week.

18             So I anticipate the rest of this trial will run

19    smoothly, unless somebody else comes down with something.

20             THE COURT:  Who is going to be testifying?  I say

21    put Tim Woods on and call it a day.

22             Who else will be testifying?

23             MR. LEVY:  Tim Woods, Larry Ray, Sal Fischera,

24    Eugene Hughes, Mr. Crisalli.

25             MR. KENNEDY:  Several custody witness with

Case 1:20-cr-00110-LJL   Document 551-2   Filed 05/26/22   Page 15 of 28

1444

```
 1    SUPREME COURT OF THE STATE OF NEW YORK
      COUNTY OF BRONX:  CRIMINAL TERM: PART H98
 2    -------------------------------------------X

 3    PEOPLE OF THE STATE OF NEW YORK

 4                                    INDICTMENT NO.
                                      2712/06
 5             - against -

 6    FRANK DITOMMASO and PETER DITOMMASO,

 7                         Defendants.
      -------------------------------------------X
 8                         265 East 161st Street
                           Bronx, New York 10451
 9                         October 24, 2012

10    BEFORE:    HONORABLE JOHN W. CARTER,

11             Justice of the Supreme Court.

12             (Appearances same as previously noted.)

13
                           Michael Salvietti
14                         Senior Court Reporter

15    -------------------------------------------------

16             (Whereupon, the following takes place on the

17        record in open court in the presence of counsel and the

18        Court:)

19             THE CLERK:  This is No. 2 on the calender,

20        Indictment 2712 of 2006, People State of New York against

21        Frank DiTommaso and Peter DiTommaso.

22             Please note that the defendants, defense

23        attorneys, ADAs are all present.

24             Appearances.

25             MS. FLEMING:  Cathy Fleming and Jillian Searles
```

FILED: NEW YORK COUNTY CLERK 04/05/2019 05:42 PM   INDEX NO. 157733/2016
NYSCEF DOC. NO. 91   Case 1:20-cr-00110-LJL   Document 551-2   Filed 05/20/22   Page 16 of 28   RECEIVED NYSCEF: 04/05/2019

1588

c-vm                    HUGHES - PEOPLE - DIRECT (LEVY)

1              MR. LEVY:  Judge, we have Mr. Hughes and Sal

2      Fichera.

3              THE COURT:  What is Fichera going to testify to

4      that this guy didn't?

5              MR. LEVY:  He has some additional things that I

6      need to elicit from him, Judge, concerning his relationship

7      with the DiTommasos as well as the -- explain certain of

8      these documents.

9              THE COURT:  Okay.  I don't want any repetition.

10             MR. LEVY:  I will not be --

11             THE COURT:  Who else?

12             MR. LEVY:  Well, Judge, we're at a crossroads

13     here because you know Larry Ray is still sick as far as I

14     know.

15             THE COURT:  Have you talked to him?  I mean,

16     what's --

17             MR. LEVY:  I did, Judge, and I said --

18             THE COURT:  But what is his problem?

19             MR. LEVY:  His problem is he has a sinus

20     infection plus the flu.  And according to him the doctor

21     said it's going to be a couple of more days to run its

22     course.  He sounds horrible on the phone.  I told him

23     though, Judge, that I can put you on the phone if you

24     wanted to talk to him and to see -- to judge for yourself

25     whether he's telling the truth or not.  He sounds sick, you

INDEX NO. 157733/2016

Case 1:20-cr-00110-LJL   Document 551-2   Filed 05/20/22   Page 17 of 28

RECEIVED NYSCEF: 04/05/2019

1589

c-vm                          HUGHES - PEOPLE - DIRECT (LEVY)

1    know, but --

2              MR. KENNEDY:  He said he had a 102 fever.

3              MR. LEVY:  It sounds like he would rather -- he

4    would not be ready or able until sometime Friday at the

5    earliest.

6              And here's the other problem that we have.  We

7    still have to deal with this stuff with Tim Woods.  And I

8    haven't gotten a definitive answer yet nor have I gotten an

9    affidavit that we were thinking about.

10             If I can make a suggestion?  We have these two

11   witnesses.  We got to finish Hughes and Fichera tomorrow.

12   The witnesses that are coming up are dependent on Larry Ray

13   and Tim Woods either/or testifying because they're

14   dependent, for instance, with respect to the emails, it's

15   dependent on Larry Ray testifying concerning the emails as

16   to whether or not those things come in.  With respect to

17   the Turner job, that's dependent on what Tim Woods

18   testifies to.  So we're at a crossroads at calling people

19   within the next two days because we're getting towards the

20   end.

21             So my suggestion is let's see what happens

22   tomorrow and I don't know how it's going to work out with

23   Tim Woods.  He's a possibility for Friday.  Maybe it will

24   be Monday.  But at the very least we'll be able to hash

25   that out and I know, Judge, the defense is concerned with

1590

c-vm                      HUGHES - PEOPLE - DIRECT (LEVY)

1      investigating further into this whole Tim Woods -- the Tim

2      Woods issue and I'm trying to find out stuff.

3              THE COURT:  You put this allegation on the

4      record, you know, which is commendable about Tim Woods.  If

5      I were his attorney or if you were his attorney, would you

6      put him on the witness stand not knowing any of the

7      specifics about any of this?

8              MR. LEVY:  Judge, I have been speaking to

9      Mr. Wiczyk.  Mr. Wiczyk has spoken to Mr. Watters.  We

10     don't have all the information yet.

11             THE COURT:  You don't have any information.

12             MR. LEVY:  Well, what we do know, at least

13     according to Mr. Wiczyk is that with respect -- the statute

14     of limitations may have already run.  So there may not be

15     any exposure.  But I don't know because we don't have all

16     the indictments.  So that's where we're at then.  We're

17     trying our best to do it.  We're doing this as best we can.

18     Before we put it on the record, we're trying to get the

19     information.  When it came time that we thought Tim Woods

20     was going to testify, that's when we discovered it.  Look,

21     now it's time to make it clear to everybody so we can nip

22     this in the butt before it happens.  We are trying our

23     best.

24             This is all beyond my control.  The sickness of

25     Larry Ray, this whole thing about Tim Woods, we are doing

FILED: NEW YORK COUNTY CLERK 04/05/2019 05:42 PM
NYSCEF DOC. NO. 51
INDEX NO. 157733/2016
RECEIVED NYSCEF: 04/05/2019

Case 1:20-cr-00110-LJL    Document 551-2    Filed 05/20/22    Page 19 of 28
1591

c-vm                    HUGHES - PEOPLE - DIRECT (LEVY)

1    our best to get this done.  But once we get these two

2    issues resolved, this case should be able to move forward

3    towards its conclusion fairly quickly, I would think.

4            So let's see what's happening tomorrow.  I will

5    have an update.  If we have to resume on Monday instead of

6    bringing him back for no reason Friday since Larry Ray

7    might not be available, then we come back on Monday and we

8    resume from there.  Presumably everything will be resolved

9    by then as far as I can tell.

10           THE COURT:  Can you tell me what can you do with

11   regard to this unknown affidavit by this unknown person?

12           MR. LEVY:  Mr. Wiczyk has spoken to the attorneys

13   for this person that he mentioned and they are in the

14   process of getting this affidavit, so they say.  The person

15   that we were supposed to get it from apparently got a

16   little nervous when we were pressing him for it, so he went

17   to the attorney who is representing him, I guess in that

18   bankruptcy litigation and so now they're dealing with him

19   and apparently it was a surprise to them.  They didn't know

20   nothing about this.  So it sounds kind of crazy but we're

21   trying to get to the bottom of this as quickly as possible.

22           MS. FLEMING:  Judge, I need to complete the

23   record on something as an attorney and as an officer of the

24   court.  There's no question in my mind that if Tim Woods,

25   in connection with the sale of the company it has come out

1730

```
 1        SUPREME COURT OF THE STATE OF NEW YORK
          COUNTY OF BRONX:  CRIMINAL TERM: PART H98
 2        ------------------------------------------X

 3        PEOPLE OF THE STATE OF NEW YORK

 4                                        INDICTMENT NO.
                                          2712/06
 5                      - against -

 6

 7        FRANK DITOMMASO and PETER DITOMMASO,

 8                                 Defendants.
          ------------------------------------------X
 9                                 265 East 161st Street
                                   Bronx, New York 10451
10                                 October 26, 2012

11        BEFORE:    HONORABLE JOHN W. CARTER,

12                      Justice of the Supreme Court.

13                      (Appearances same as previously noted.)

14                                      Michael Salvietti
                                        Senior Court Reporter
15
          ------------------------------------------------
16                      (Whereupon, the following takes place on the

17            record in open court in the presence of counsel and the

18            Court.)

19                      THE CLERK:  This is No. 2 on the calender,

20            continued case on trial, Indictment 2712 of 2006, Peter

21            DiTommaso and Frank DiTommaso.

22                      MR. CULLETON:  Your Honor--

23                      THE COURT:  Appearance.

24                      MR. CULLETON:  James Culleton and Michael

25            Marinaccio for Peter DiTomasso.
```

1736

Proceedings

1    client clearly faces potential federal liability.  The

2    immunity given in the grand jury in the federal

3    proceedings, I think, from my assessment of it and my

4    evaluation of it, is that there are still issues that will

5    result in criminal liability for my client if he comes in

6    and testifies, most particularly in regard to the federal

7    matter.

8             I've recommended to him that he should not.

9             MR. LEVY:  We need more specifics with regard to

10   this supposed exposure on these federal matters.  Again,

11   the testimony that he gave in the grand jury was

12   October 4th of 2007, more than five years ago.  So there is

13   no exposure here.

14            Mr. Watters has said something about matters that

15   he is not at liberty to divulge to us, I would submit,

16   Judge, he should divulge them to you so we can make an

17   assessment here.  We believe there is no exposure, there is

18   no exposure.  There is no valid basis for him to take the

19   Fifth Amendment regarding the facts of this case.

20            THE COURT:  Irregardless of all that, given the

21   schedule that he laid out, what does that do?

22            MR. LEVY:  We'll put Larry Ray on, go forward

23   with our case without Tim Woods and work around it.  We'll

24   go forward.

25            Right now there is no valid basis for him to take

Case 1:20-cr-00110-LJL   Document 551-2   Filed 05/20/22   Page 22 of 28

1737

Proceedings

1    the Fifth Amendment.

2              MR. WATTERS:  I disagree, of course.

3              MR. LEVY:  Ultimately, you're the final arbiter,

4    you.

5              MR. WATTERS:  Ultimately I have an obligation to

6    my client that I cannot waive the confidentiality of what

7    my client tells me.

8              MR. LEVY:  Judge, I submit he can waive, talk to

9    you in camera without endangering any confidentiality.

10             MR. WATTERS:  I would like see case law on that.

11   If it is true, I'll do it.

12             MR. LEVY:  They're has to be a valid basis shown.

13   If there is no valid basis, he's got to take that stand.

14             THE COURT:  Well, the question is, what I have to

15   think about -- I'm not going to make a decision now,

16   whether I am going to order Mr. Watters to speak to me

17   in-camera, all right.  That is a decision I'll mull over.

18             You will be around?  You're around?

19             MR. WATTERS:  Unfortunately, Judge, I'm not going

20   on vacation.

21             THE COURT:  All right, you're planning on

22   proceeding with Larry Ray and your case?

23             MR. LEVY:  And the rest of the witnesses.

24             THE COURT:  What about these witnesses you claim

25   couldn't testify until Woods testified?

1752

Proceedings

1    Since then I haven't seen him, I don't know him personally.

2    I just want to let you know that.

3            MS. FLEMING:  Thank you for the disclosure Judge.

4    It's fine.

5            THE COURT:  All right, noon.

6            MS. FLEMING:  Do we have anyone in the case if

7    Larry Ray continues to be sick?

8            Do we have a Plan B?

9            THE COURT:  That's a good question.

10           MR. LEVY:  Larry Ray.

11           THE COURT:  Have you spoken to him today?

12           MR. LEVY:  Called him today, I got voice mail.

13           THE COURT:  Voice mail.  He's out and about?

14           MR. LEVY:  Doesn't mean he's out and about,

15   Judge.  I have my cell phone, People call me, phone is in

16   the house, I don't answer the phone.  So I don't know what

17   the reason is for that.  I will call him back.  My

18   anticipation is he's going to be here.  He's made that

19   clear to me that he would be.  So that's what we're going

20   to be doing.

21           THE COURT:  Well, if by chance he's not, you let

22   us know.

23           MR. LEVY:  Yes.  If I learn today he's not, you

24   will know.

25           THE COURT:  You will have somebody else?

Proceedings

1        MR. LEVY:  Yes.

2        MS. FLEMING:  Who is after him?

3        THE COURT:  You all discuss that.

4        MS. FLEMING:  Judge, noon on Monday we'll check

5    the website as well.

6            (Whereupon, court is recessed and the case

7        adjourned to Monday, October 29, 2012 at 12:00 p.m.)

8            (See next page)

1754

```
 1    SUPREME COURT OF THE STATE OF NEW YORK
      COUNTY OF BRONX:  CRIMINAL TERM: PART H98
 2    -------------------------------------------X

 3    PEOPLE OF THE STATE OF NEW YORK

 4                                  INDICTMENT NO.
                                    2712/06
 5              - against -

 6    FRANK DITOMMASO and PETER DITOMMASO,

 7                        Defendants.
      -------------------------------------------X
 8                        265 East 161st Street
                          Bronx, New York 10451
 9                        November 1, 2012

10    BEFORE:    HONORABLE JOHN W. CARTER,

11               Justice of the Supreme Court.

12               (Appearances same as previously noted.)

13
                          Michael Salvietti
14                        Senior Court Reporter

15    -------------------------------------------

16               (Whereupon, the following takes place on the

17         record in open court in the presence of counsel and the

18         Court:)

19               THE CLERK:  Matter of People of the State of New

20         York against Frank DiTommaso and Peter DiTommaso, 2712 of

21         2006.  Counsels -- district attorneys and defense counsels

22         all present before the Court.  The defendants are excused.

23               THE COURT:  Okay, thanks everybody for coming in.

24         We just wanted to get you all together to see where we are

25         going, having lost now more time this week.  I'm hoping we
```

Case 1:20-cr-00110-LJL   Document 551-2   Filed 05/20/22   Page 26 of 28

1763

Proceedings

1     THE COURT:  You all can discuss this some other

2  time.  My concern obviously is to move this along as fast

3  as possible.

4     MR. LEVY:  And mr. Ray will be here Monday,

5  Judge.

6     THE COURT:  I will see you then.

7     MR. KENNEDY:  After Mr. Ray, it will be -- you

8  asked who else after Mr. Ray.  It will be the chain of

9  custody witnesses for the hard drive, which should -- three

10  of them, each should be relatively quick, followed by

11  Mr. Crisalli, who will be the longest of those types of

12  witnesses.

13     THE COURT:  Who is he?

14     MR. KENNEDY:  Special agent with the FBI who

15  performed forensic analysis on the hard drive and retrieved

16  the emails in question.

17     THE COURT:  Then what?

18     MR. WICZYK:  Special agent D'Amico may be

19  testifying.  We have Janet White, who is coming from

20  Florida to testify.  She was the project manager for most

21  of the period on the St. Vincent's Nursing Home project,

22  and we have at least two witnesses from Turner

23  Construction.  At this point we intend to call Gerry

24  Phillips -- with a G, and Stephen Krill, project manager

25  and superintendent on the St. Vincent's Nursing Home

# In The Matter Of:

## THE PEOPLE OF THE STATE OF NEW YORK v. FRANK DiTOMMASO AND PETER DiTOMMASO

---

## TRIAL TESTIMONY
### November 5, 2012

---

### Valerie E. Monaco
### 265 East 161st Street, Room 264
### Bronx, New York 10451
### (718) 618-1513

Original File 2012-11-05  DiTommaso.txt
Min-U-Script® with Word Index

## Proceedings

1779

1          THE COURT: I see you have an overcoat on.  You're

2     cold.

3          COURT OFFICER:  Witness entering.

4          JURORS: Good morning, everyone, Your Honor.

5          THE COURT:  Good morning, Mr. Ray. How are you

6     feeling?

7          THE WITNESS:  Good morning.

8          THE COURT:  A little better.

9          THE WITNESS:  Almost.

10          THE COURT:  Almost.  All right.

11          L A R R Y   R A Y, resumed the witness stand and

12     having been called as a witness on behalf of the People,

13     continued his testimny as follows:

14          COURT CLERK:   State your name and spell it.

15          THE WITNESS:  Larry Ray, R-A-Y.

16          THE COURT:  All right.  Mr. Levy.

17          MR. LEVY:  Thank you.

18     DIRECT EXAMINATION

19     BY MR. LEVY:

20          Q    Good morning, Mr. Ray.

21          A    Good morning.

22          Q    Try and keep your voice up, so everybody can hear.  How

23     are you feeling today?

24          A    Little better.

25          Q    You feel well enough to go forward today; is that