# EXHIBIT L

**Friday, April 5, 2019 at 4:30:43 AM Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | FW: Larry Ray |
| **Date:** | Friday, March 29, 2019 at 2:34:02 PM Eastern Daylight Time |
| **From:** | Cathy Fleming |
| **To:** | Jonathan Stern |

**From:** Elisabeth Conroy <meconroy@515law.com>
**Sent:** Thursday, March 28, 2019 5:09 PM
**To:** Cathy Fleming <cfleming@flemingruvoldt.com>
**Subject:** RE: Larry Ray

Hi Cathy,

Unfortunately, I have no update on our end so I guess you will have to file the motion.

Our apologies.

All the best,
Elisabeth

M. Elisabeth Conroy
Edward W. Hayes, P.C.
515 Madison Avenue, 31st Floor
New York, New York 10022
Tel:  212-644-0303
Fax: 212-935-6424

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any information contained in or attached to this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by replying to the sender or calling the sender at (212) 644-0303 and destroy the original email and its attachments without reading or saving it. Thank you.

**From:** Cathy Fleming [mailto:cfleming@flemingruvoldt.com]
**Sent:** Wednesday, March 27, 2019 5:46 PM
**To:** Elisabeth Conroy <meconroy@515law.com>
**Subject:** Larry Ray

The date for him to provide discovery has passed and tomorrow is his last day for deposition.  Is he going to sit for a deposition?  Provide his complete medicals and tax returns and employment information?
I know it has not been you or the firm delaying his responses to discovery or sitting for a deposition.  But absent a commitment of an absolute date certain within the next week, with the missing discovery (including missing medical information, tax returns, employment information),  I will move to compel his deposition and/or to dismiss the action.
As always, I am happy to discuss.  Best, Cathy

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.