# EXHIBIT B

Kelly Maguire, Mollie Blackwell
Kate Powers, Megi Balegu
Felicia Rosario
2022.03.22

messages & instructions about evidence — Larry was explicit about it being recorded used to discredit all the witnesses, to prove they were liars trying to get away w/ it

Isabella was asking if they should keep talking to Hulu documentary

Had a game going w/ song lyrics, both FR & Isabella

felt it was a threat, was scared used to beat people up w/ his son was concerned, old, but if he could, he would

he was getting agitated


1B70 - recognizes her phone

Isabella owed $ for a shovel in Pinehurst she paid back, asked her parents

defendant used the Ray family frequently, Gordon & Talia

→ Isabella implied w/ia unless punishing them both

ROSARIO
3508-075

Isabella was family / defendant was her husband
→ views have changed

feigned medical symptoms, on one occasion contorted his face to look like a seizure, sort of like a joker

acted terribly to Isabella + FR that day
just didn't believe it

Larry's arrest was always thought to be the apocalypse

Met w/ the Fed Defenders — met twice