# EXHIBIT C

*CURRICULUM VITAE*

Date of preparation: December 12, 2021

Signature: *[signature]*

## A.  GENERAL INFORMATION

| | |
|---|---|
| Name | Alexander Eliot Merkler |
| Office address | 525 East 68th Street. F610 New York, NY 10065 |
| Office telephone | 212-746-0382 |
| Home address | [redacted] |
| Cell phone | [redacted] |
| Work email | alm9097@med.cornell.edu |
| Personal Email | [redacted] |
| Citizenship | USA |

## B.  EDUCATIONAL BACKGROUND

1.  Academic Degrees:

| Degree | Institution | Dates | Awarded |
|---|---|---|---|
| BS | Brown University, Providence, RI | 9/02-5/06 | 2006 |
| MD | New York University School of Medicine, New York, NY | 8/06-5/10 | 2010 |
| MS | CTSC - Weill Cornell Medical College | 9/17-12/20 | 2020 |

2.  Post-doctoral training:

| Title | Institution | Dates |
|---|---|---|
| Intern, Internal Medicine | New York Presbyterian Hospital-Weill Cornell Medicine | 6/10-6/11 |
| Resident, Neurology | Weill Cornell Medicine New York Presbyterian Hospital- | 6/11-6/13 |
| Chief Resident, Neurology | New York Presbyterian Hospital- | 6/13-6/14 |

1

|  | Weill Cornell Medicine |  |
|---|---|---|
| Fellow, Neurocritical Care | New York Presbyterian Hospital - Columbia University / Weill Cornell Medicine | 7/14-6/16 |

3.  Other training:

| Degree | Institution | Dates |
|---|---|---|
| MS | CTSC – Weill Cornell Medical College | 9/17-12/20 |

**C.   LICENSURE, BOARD CERTIFICATION, MALPRACTICE**

1.  Licensure

| State | Number | Date of First Issue | Date of Expiration |
|---|---|---|---|
| New York | ███████ | 2/14 | 12/21 |

| DEA | Date of Expiration: 1/23 |
|---|---|

2.  Board Certification

| Full Name of Board | Certificate Number | Dates of Certification |
|---|---|---|
| American Board of Psychiatry and Neurology | ██████ | 9/14-9/24 |
| United Council for Neurologic Subspecialties, Neurocritical Care | █████████ | 12/17-12/27 |

3.  Malpractice Insurance

| Do you have Malpractice Insurance? | Yes |
|---|---|
| Name of Provider: Weill Cornell Medicine | |
| Premiums paid by: Weill Cornell Department of Neurology | |

**D.   PROFESSIONAL POSITIONS AND EMPLOYMENT**

1.  Academic positions

| Title | Institution | Dates |
|---|---|---|
| Assistant Professor of Neurology | Department of Neurology, Weill Cornell Medicine | 7/16-current |
| Assistant Professor of Neuroscience | Feil Family Brain and Mind Research Institute, Weill Cornell Medicine | 2/18-current |

2.   Hospital positions

| Title | Institution | Dates |
|---|---|---|
| Assistant Attending | NewYork-Presbyterian Hospital/ Weill Cornell Medical Center | 7/16-current |
| Attending | NewYork-Presbyterian Hospital/Gracie Square Hospital | 2/17-current |
| Attending | NewYork-Presbyterian Hospital Queens | 11/20-current |

**E.   EMPLOYMENT STATUS (current or anticipated)**

| |
|---|
| Full-time salaried by Weill Cornell Medicine |

**F.   INSTITUTIONAL/HOSPITAL AFFILIATION**

| Primary Hospital Affiliation: | NewYork-Presbyterian Hospital/Weill Cornell Medical Center |
|---|---|

**INSTITUTIONAL RESPONSIBILITIES**

1.   Teaching

| **Didactic Teaching** | |
|---|---|
| Small Group Leader, Brain and Mind Medical Student Course | 7/17-current |
| Yearly Lectures for neurology residents: <br> 1) Neurological Emergencies <br> 2) Management of Acute Ischemic Stroke <br> 3) Management of Large Hemispheric Infarction <br> 4) Subarachnoid Hemorrhage <br> 5) Status Epilepticus | 7/16-current |

| **Mentorship** | |
|---|---|
| Fellow mentor:<br>　1) Pirouz Piran, Weill Cornell Medicine Stroke Fellow 7/18-6/19; Topic: Relationship between visceral infarction and functional outcomes among patients with acute ischemic stroke.<br>　2) Yahyah Atalay, Weill Cornell Medicine Stroke Fellow 7/18-6/19; Topic: Incidence and prevalence of cervical artery dissection across age groups.<br>　3) Jessica Lin, Weill Cornell Medicine Neurocritical Care Fellow 7/18-6/20; Topic: Blood pressure variation between ICH etiologies.<br>　4) Billy Roth, Weill Cornell Medicine Neurocritical Care Fellow 7/18-6/20; Topic: Relationship between GI disorders and stroke.<br>　5) Ayham Alkhachroum, Weill Cornell Medicine Neurocritical Care Fellow 7/17-6/19; Topic: Trends in Endotracheal intubation in patients with Neurocritical care diseases.<br>Neurology resident mentor:<br>　1) Mais Al-Kawaz, Weill Cornell Medicine 7/16-6/19; Topic: Relationship between aortic aneurysm and subarachnoid hemorrhage.<br>　2) Darya Khazanova, Weill Cornell Medicine 7/16-6/19; Topic: Risk of recurrent status epilepticus.<br>　3) Sally Wang, Weill Cornell Medicine 7/19-present; Topic: Trends in Moya-Moya disease.<br>Medical student mentor:<br>　1) Shobana Ramasamy, Weill Cornell Medicine 9/17-6/19; Topic: Relationship between ventricular disease and stroke.<br>Undergraduate student mentor:<br>　1) Mary McKnight, Cornell University 7/19-8/19; Topic: Stroke research | 7/16-current |
| **Clinical Teaching** | |
| Clinical supervision and teaching of fellows, residents, and medical students rotating in the neuroscience intensive care unit and inpatient stroke unit (12 weeks per year) | 7/16-current |
| Instructor for Neurology Physical Diagnosis, part of the Brain and Behavior Course for 2nd Year Medical Students at Weill Cornell Medical College | 7/19-current |
| **Administrative Teaching Leadership Roles** | |
| Site Director, Neurocritical Care Fellowship, Weill Cornell Medicine/Columbia University | 7/17-current |
| Course Director, Multi-Disciplinary Critical Care Conference | 9/19-current |
| Course Director, Neurocritical Care/Vascular Fellows Teaching Seminar | 1/20-current |

| | |
|---|---|
| Course Director, Neurocritical Care Medical Student Elective | 07/20-current |

2. Clinical care

| Clinical Activity | |
|---|---|
| Attending Physician, Neuroscience Intensive Care Unit (12 weeks per year) | 7/16-current |
| Attending Physician, Inpatient Stroke Service (2 weeks per year) | 7/11-current |
| Attending Physician, Outpatient Neurology Clinic | 7/16-current |

3. Research

| Research Activity |
|---|
| I became committed to a career in health-oriented research during my neurology residency training at New York-Presbyterian Hospital/Weill Cornell (NYPH/Cornell). Through my clinical work, I became interested in improving our limited ability to accurately identify the mechanism of stroke. This knowledge gap meant that the etiology of ischemic stroke in many patients was unknown and, as a consequence, the appropriate treatment for secondary stroke prevention was uncertain. During residency and fellowship, I published studies evaluating the risk of ischemic stroke in relationship to clinically occult mechanisms such as subacute bacterial endocarditis and cancer. Since my appointment as a faculty member at NYPH/Cornell in 2016, I have remained dedicated to evaluating the relationship between occult cardiovascular disease and cryptogenic stroke because of the paucity of data on this important clinical topic. My preliminary data, gathered with support from grant funding, have led me to hypothesize that silent myocardial infarction may be a novel stroke risk factor. To further pursue this hypothesis, I have established collaborations with investigators in cardiology, vascular neurology, and neurobiology. Thus far, I received extramural funding from the American Heart Association and a KL2 career development award from the NIH, and the Leon Levy Foundation which are allowing me to obtain further training in research methodology. |
| **Key Contributions** |
| Please see attached NIH-format biosketch for description of key contributions to science |

4. Administrative Activities

| **Departmental** |
|---|

| | |
|---|---|
| Neurocritical Care Fellowship Site Director | 7/17-current |
| Committee Member ACGME Neurology Residency Review Committee | 7/18-current |
| Committee Member, Quality and Patient Safety | 7/18-current |
| Director, Medical Student Rotation in the Neurosciences Intensive Care Unit | 08/20-curent |

## G.  RESEARCH SUPPORT

**Past Research Support (past 3 years only)**

| |
|---|
| PI, NIH KL2-TR-002385, CTSC Weill Cornell Medicine, 9/17-6/18<br>PI, Leon Levy Fellowship in Neuroscience Grant, 02/18-02/19 |

**Current Research Support**

| Source | American Heart Association Career Development Award |
|---|---|
| Amount | ███████ |
| Duration | 07/01/2018-06/30/2021 |
| Principal Investigator | Alexander Merkler |
| Your Role in Project | PI |
| % Effort | 25% |

| Source | R01 HL109282-04 Devereux (PI) |
|---|---|
| Amount | █████ |
| Duration | 07/01/2016-present |
| Principal Investigator | Alexander Merkler |
| Your Role in Project | Co-PI |
| % Effort | 2% |

6

| Source | Covid-19 Research Grant |
|---|---|
| Amount | ██████ |
| Duration | 07/01/2020-present |
| Principal Investigator | Alexander Merkler & Babak Navi |
| Your Role in Project | Co-PI |
| % Effort | 5% |

| Source | R01 DECIPHER Kamel (PI) |
|---|---|
| Amount | ██████ |
| Duration | 10/1/2020-present |
| Principal Investigator | Alexander Merkler |
| Your Role in Project | Co-PI |
| % Effort | 10% |

## H.  EXTRAMURAL PROFESSIONAL RESPONSIBILITIES

| Editorial Boards: | |
|---|---|
| *Neurohospitalist (Associate Editor)* | 2018-current |
| American Academic of Neurology NeuroBytes Editor | 2018-current |
| **Professional Society Committees:** | |
| Member, Medical Advisory Committee, American Heart Association Young Professionals Group of NYC | 2016-current |
| Brown University Alumni Interviewer | 2007-current |
| **Invited Grant Reviewer:** | |
| Dutch Heart Foundation | 2018-current |

| | |
|---|---|
| Grant Evaluator for the Masters Program at the Clinical and Translational Science Center | 2018-current |
| The Netherlands Organisation for Health Research and Development | 2019-current |
| PSI Foundation | 2020-current |
| Weill Cornell Medicine Physician Assistant Thesis Reviewer | 2020-current |
| UK Research and Innovation | 2021-current |
| **Invited Journal Reviewer:** | |
| *Journal of the American College of Cardiology* (18 papers)<br>*Circulation* (2 papers)<br>*JAMA Neurology* (15 papers)<br>*Journal of Neurology, Neurosurgery, and Psychiatry* (13 papers)<br>*Hypertension* (18 papers)<br>*Neurology* (2 papers)<br>*Stroke* (11 papers)<br>*Neurohospitalist* (20 papers)<br>*European Journal of Neurology* (3 papers)<br>*European Stroke Journal* (1 paper)<br>*Neurocritical Care* (1 paper)<br>*Expert Review of Cardiovascular Therapy* (1 paper)<br>*Circulation Research* (1 paper)<br>*Cerebrovascular Diseases* (3 papers)<br>*PLoS ONE* (5 papers)<br>*Neurological Research* (1 paper)<br>*Journal of Cardiac Failure* (2 paper)<br>*Journal of the American Heart Association* (1 paper)<br>*American Journal of Respiratory and Critical Care Medicine* (1 paper) | 2011-current |
| **Conference Abstract Reviewer:** | |
| Annual Meeting, Neurocritical Care Society | 2018-current |
| Annual Meeting, European Stroke Organization Conference | 2021-current |
| **Poster Professor Moderator** | |

| | |
|---|---|
| Annual Meeting, Neurocritical Care Society | 2019-current |
| **Invited Presentations:** | |
| Recurrent Thromboembolic Events After Ischemic Stroke in Patients with Cancer. Department of Neurology Grand Rounds, Weill Cornell Medical | 2013 |
| Intracranial Hemorrhage. Neuroscience Nursing Education Series 2015, NewYork-Presbyterian Hospital | 2015 |
| Intracranial Hemorrhage. Neuroscience Nursing Education Series 2016, NewYork-Presbyterian Hospital | 2016 |
| Invited lecture, Weill Cornell Medicine, Department of Neurology Resident Bootcamp Lecture Series; "Treatment of Acute Neurological Emergencies." | 2016 |
| Grand Rounds, Columbia University Medical Center; Division of Critical Care Medicine; "Infectious Disease and the Central Nervous System" | 2016 |
| Invited lecture, Weill Cornell Medicine, Department of Neurology Resident Bootcamp Lecture Series; "Treatment of Acute Neurological Emergencies." | 2017 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Treatment of Acute Ischemic Stroke" | 2017 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Management of Large Hemispheric Infarction" | 2017 |
| Grand Rounds, Department of Neurology, New York Methodist Hospital Department of Neurology; "Infective Endocarditis and Stroke" | 2017 |
| Grand Rounds, Weill Cornell Medicine, Department of Neurology; "Myocardial Infarction and the Risk of Stroke" | 2017 |
| Grand Rounds, Weill Cornell Medicine, Department of Medicine; "Update in Neurology" | 2017 |
| Invited lecture, Weill Cornell Medicine, Department of Medicine; "Coma" | 2017 |
| Grand Rounds, Robert Wood Johnson Medical School, Department of Neurology; "Myocardial Infarction and the Risk of Stroke" | 2017 |
| Grand Rounds, Rutgers New Jersey Medical School, Department of Neurology; "Myocardial Infarction and the Risk of Stroke" | 2017 |
| Invited lecture, Weill Cornell Medicine, Department of Neurology Resident Bootcamp Lecture Series; "Treatment of Acute Neurological Emergencies." | 2018 |

| | |
|---|---|
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Treatment of Acute Ischemic Stroke" | 2018 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Management of Large Hemispheric Infarction" | 2018 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Management of Status Epilepticus" | 2018 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Management of Subarachnoid Hemorrhage" | 2018 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; "The Focused Neurological Examination" | 2018 |
| Invited lecture, Weill Cornell Medicine, Department of Medicine; "Coma" | 2018 |
| Invited Lecture, New York Brain Attack Conference: "Angiographically Negative Subarachnoid Hemorrhage" | 2018 |
| Invited Speaker Symposium 2018: Stroke Rehabilitation – Focus on Clinical Management, Weill Cornell Medicine, Department of Rehabilitation; "A Primer on Secondary Stroke Prevention" | 2018 |
| Invited Lecture, Stroke and Neurocritical Care Conference, NewYork-Presbyterian Hospital Queens; "Neurocritical Care Management of the Non-Stroke Patient" | 2018 |
| Invited lecture, Weill Cornell Medicine, Department of Neurology Resident Bootcamp Lecture Series; "Treatment of Acute Neurological Emergencies." | 2019 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Treatment of Acute Ischemic Stroke" | 2019 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Management of Large Hemispheric Infarction" | 2019 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Management of Status Epilepticus" | 2019 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Management of Subarachnoid Hemorrhage" | 2019 |
| Grand Rounds, Weill Cornell Medicine Nursing; "Update in the Management of Status Epilepticus" | 2019 |
| Invited Lecture, Weill Cornell Medicine Multidisciplinary Critical Care Fellows Lecture Series: "Management of Status Epilepticus" | 2019 |

| | |
|---|---|
| Invited Lecture, American Academy of Neurology Annual Meeting; "Vascular Neurology" | 2019 |
| Grand Rounds, NYU School of Medicine, Winthrop Hospital; "Myocardial Infarction and the Risk of Stroke." | 2019 |
| Invited Lecture, Yale Neuro ICU / Stroke Monthly Research Seminar, Yale University School of Medicine; "Myocardial Infarction and the Risk of Stroke." | 2020 |
| Invited Lecture, Weill Cornell Medical Center Neuropsychology Didactics series; "The Neurological Exam." | 2020 |
| Invited lecture, Weill Cornell Medicine, Department of Neurology Resident Bootcamp Lecture Series; "Treatment of Acute Neurological Emergencies." | 2020 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Treatment of Acute Ischemic Stroke" | 2020 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Management of Large Hemispheric Infarction" | 2020 |
| Grand Rounds, Weill Cornell Medicine, Department of Neurology; "Interactive Review of Stroke." | 2020 |
| Invited Lecture, Weill Cornell Medical College Second Year Medical School Course; "Neurological Manifestations of Covid-19." | 2020 |
| Invited Lecture, New York Brain Attack Conference: "Treatment of Cerebral Vein Thrombosis: Pro: Direct Oral Anticoagulation" | 2020 |
| Invited Lecture, Weill Cornell Medicine Multidisciplinary Critical Care Fellows Lecture Series: "Treatment of Acute Ischemic Stroke" | 2020 |
| Invited Lecture, Lower Manhattan Community Affairs Education Series: "How to Identify & Treat Stroke" | 2020 |
| Invited Lecture, Swiss Neurology Webinars CME, Kantonsspital Aarau, Aarau, Switzerland: "Coviid-19 and Stroke" | 2020 |
| Invited Lecture, Fall 2020 Health and Wellness Seminar Series: Strokes and Covid-19; NewYork Presbyterian Hospital: "Coviid-19 and Stroke" | 2020 |
| Invited Lecture, Weill Cornell Medicine Multidisciplinary Physician Assistant Curriculum: "Treatment of Acute Ischemic Stroke" | 2020 |
| Invited Lecture, Stroke and Neurocritical Care Conference 2020; NewYork Presbyterian Hospital Queens: "Cerebrovascular Manifestations of Covid-19." | 2020 |

| | |
|---|---|
| Invited Lecture, Brain and Mind Research Institute at Weill Cornell Medicine; Bench-to-Bedside Lecture Series: "Neurological Manifestations of Covid-19." | 2020 |
| Invited Lecture, Weill Cornell Seminar in Neurology 2020, Salzburg Stiftung der American Austrian Foundation, Vienna, Austria: "Neurological Manifestations of Covid-19." | 2020 |
| Invited Lecture, Neurology Grand Rounds, Brown University: "Myocardial Injury and the Risk of Ischemic Stroke." | 2020 |
| Invited Lecture, Covid-19 Summit, Cornell University, Ithaca, New York: "Neurological Manifestations of Covid-19." | 2020 |
| Invited Lecture, 75th Brazilian Congress of Cardiology, Brazil: "Silent Myocardial Infarction and the Risk of Stroke." | 2020 |
| Invited Lecture, Weill Cornell Research Symposium, Weill Cornell Medicine, New York, New York: "Covid-19 and the Risk of Stroke." | 2020 |
| Invited Lecture, Cardiovascular Health Study, University of Washington, Seattle, WA: "Silent Myocardial Infarction and the Risk of Ischemic Stroke in the Cardiovascular Health Study." | 2021 |
| Invited lecture, Weill Cornell Medicine, Department of Medicine; "Coma" | 2021 |
| Invited Lecture, Weill Cornell Seminar in Neurology 2021, Salzburg Stiftung der American Austrian Foundation, Vienna, Austria: "Neurological Manifestations of Covid-19." | 2021 |
| Invited Lecture, Weill Cornell Medicine Practical Updated in Neurology; "Update on Status Epilepticus" | 2021 |
| Invited Lecture, American Academy of Neurology Annual Meeting; "Vascular Neurology" | 2021 |
| Invited Lecture, Neurology Grand Rounds, NewYork-Presbyterian Hospital Brooklyn; "Myocardial Infarction and the Risk of Ischemic Stroke" | 2021 |
| Invited Lecture, Critical Care Grand Rounds, Westchester Medical Center, NY; "Left Ventricular Injury and the Risk of Ischemic Stroke." | 2021 |
| Invited Lecture, Neurology Grand Rounds, University of Florida, FL; "Left Ventricular Injury and the Risk of Ischemic Stroke" | 2021 |

I.  **PROFESSIONAL MEMBERSHIPS**

| Role | Organization | Dates |
|---|---|---|

| Member | American Academy of Neurology | 2011-current |
| Member | American Heart Association | 2012-current |
| Member | Neurocritical Care Society | 2014-current |
| Member | American Neurological Association | 2018-current |

## J.  HONORS AND AWARDS

| Honor/Award | Organization | Date |
| --- | --- | --- |
| Phi Beta Kappa | Brown University | 2006 |
| Bachelor of Science, *magna cum laude* | Brown University | 2006 |
| Sigma Xi | Brown University | 2006 |
| Rosenbluth Foundation Travel Grant | NYU School of Medicine | 2010 |
| Chief Resident | Weill Cornell Medicine | 2014 |
| Resident Teaching Award | Weill Cornell Medicine | 2014 |
| American Academy of Neurology Annual Meeting Resident Scholarship Award | AAN | 2014 |
| American Academy of Neurology Annual Meeting Resident Scholarship Award | AAN | 2015 |
| International Stroke Conference Stroke Rehabilitation and Recovery Travel Award | International Stroke Conference | 2016 |
| International Stroke Conference New Investigator Award | International Stroke Conference | 2016 |
| Plum and Posner Annual Award for Best Neurology Faculty Teacher at Weill Cornell Medicine | Weill Cornell Medicine | 2017 |
| National Institute of Health KL2 Career Training Award given by the Weill Cornell Medical College Clinical & Translational Science Center | NIH and Weill Cornell Medicine CTSC | 2017 |
| Leon Levy Fellowship in Neuroscience Scholarship | Leon Levy Fellowship in Neuroscience | 2018 |

| American Neurological Association Travel Award | ANA | 2018 |
|---|---|---|
| Career Development Award | American Heart Association | 2018 |
| Weill Cornell Medicine Covid-19 Research Grant | Weill Cornell Medicine | 2020 |
| Robert G. Siekert New Investigator Award | International Stroke Conference | 2021 |

**K.  BIBLIOGRAPHY**

Complete list of published work in MyBibliography:
https://www.ncbi.nlm.nih.gov/pubmed/?term=alexander+merkler

Original research articles in professional peer-reviewed journals:

1.  **Merkler AE**, Saini V, Kamel H, Stieg PE. Preoperative Steroid Use and the Risk of Infectious Complications After Neurosurgery. Neurohospitalist 2014;4:80-85.

2.  **Merkler AE**, Marcus JR, Gupta A, Kishore SA, Leifer A, Patsalides A, DeAngelis LM, Navi, BB. Endovascular Therapy for Acute Stroke in Patients with Cancer. Neurohospitalist 2014;4:133-135.

3.  Navi BB, Singer S, **Merkler AE**, Cheng NT, Stone, JB, Kamel H, Iadecola C, Mitchell E, DeAngelis LM. Recurrent Thromboembolic Events After Ischemic Stroke in Patients with Cancer. Neurology 2014;83:26-33.

4.  Navi BB, Singer S, **Merkler AE**, Cheng NT, Stone, JB, Kamel H, Iadecola C, Mitchell E, DeAngelis LM. Cryptogenic Subtype Predicts Reduced Survival Among Cancer Patients with Ischemic Stroke. Stroke 2014;45:2292-7.

5.  **Merkler AE**, Parlitsis G, Patel S. Infection of the Optic Apparatus and Hypothalamus by Mycobacterium haemophilum. Neurology 2014;83:659-660.

6.  **Merkler AE**, Prasad M, Lavi E, Safdieh J. Hyperacusis as the Initial Presentation of Creutzfeldt-Jakob Disease. Neurol Neuroimmunol Neuroinflammation 2014;Sep 18;1:e2.

7.  Wang E, Shirvalkar PR, Maciel CB**, Merkler AE**, Safdieh J, Gupta A. American neuroborreliosis presenting as cranial polyneuritis and radiculoneuritis. Neurol Neuroimmunol Neuroinflammation 2014;Sep 4;1:e30.

8.  **Merkler AE**, Maciel CB, May AS, Vargas WS, Yohay K. Neuro-Behçet Disease in an African American Adolescent. Neurohospitalist 2015;5:43-44.

9.  Parikh N, **Merkler AE**, Cheng NT, Baradaran H, White H, Leifer D. Clinical Reasoning: An unusual case of subacute encephalopathy. Neurology 2015;84:e33-37.

10.  Chu S, **Merkler AE**, Cheng N, Kamel H. Readmission for Infective Endocarditis after Ischemic Stroke or Transient Ischemic Attack. Neurohospitalist 2015;5:55-58.

11.  **Merkler AE,** Navi BB, Singer S, Cheng NT, Stone JB, Kamel H, Iadecola C, Elkind MS, DeAngelis LM. Diagnostic Yield of Echocardiography in Cancer Patients with Ischemic Stroke. J Neurooncol 2015;123:115-121.

12.  **Merkler AE,** Parikh NS, Chaudhry S, Chait A, Allen NC, Navi BB, Kamel H. Hospital Revisit Rate after a Diagnosis of Conversion Disorder. J Neurol Neurosurg Psychiatry 2016;87:363-366.

13.  Morris NA, **Merkler AE,** Parker WE, Claassen J, Connolly ES, Sheth KN, Kamel H. Adverse Outcomes After Initial Non-surgical Management of Subdural Hematoma: A Population-Based Study. Neurocrit Care 2016;24:226-232.

14.  **Merkler AE,** Chu SY, Lerario MP, Navi BB, Kamel H. Temporal Relationship between Infective Endocarditis and Stroke. Neurology 2015;85:512-516.

15.  Lahiri S, Navi BB, Mayer SA, Rosengart A, **Merkler AE,** Claassen J, Kamel H. Hospital Readmission Rates Among Mechanically Ventilated Patients With Stroke. Stroke 2015;46:2969-2971.

16.  Kummer BR, Bhave PD, **Merkler AE**, Gialdini G, Okin PM, Kamel H. Demographic Differences in Catheter Ablation After Hospital Presentaiton with Symptomatic Atrial Fibrillation. J Am Heart Assoc 2015;4:e002097.

17.  **Merkler AE**, Gaines N, Barandaran H, Schuetz AN, Lavi E, Simpson SA, Dinkin MJ. Direct Invasion of the Optic Nerves, Chiasm, and Tracts by Cryptococcus neoformans in an Immunocompetent Host. Neurohospitalist 2015;5:217-22.

18.  Lerario MP, Gialdini G, Lapidus DM, Shaw MM, Navi BB, **Merkler AE**, Lip GY, Healey JS, Kamel H. Risk of Ischemic Stroke after Intracranial Hemorrhage in Patients with Atrial Fibrillation. PloS One 2015 Dec 23;10(12):e0145579.

19.  Lerario MP, **Merkler AE**, Gialdini G, Parikh NS, Navi BB, Kamel H. Risk of Stroke after the International Classification of Diseases-Ninth Revision Discharge Code Diagnosis of Hypertensive Encephalopathy. Stroke 2016;47:372-375.

20.  Magid-Bernstein J, Al-Mufti F, **Merkler AE,** Roh D, Patel S, May TL, Agarwal S, Claassen J, Park S. Unexpected Rapid Improvement and Neurogenic Stunned Myocardium in a Patient With Acute Motor Axonal Neuropathy: A Case Report and Literature Review. J Clin Neuromuscul Dis 2016;17:135-141.

21.  Roh D, **Merkler AE,** Al-Mufti F, Morris N, Agarwal S, Claassen J, Park S. Global cerebral edema from hypercapnic respiratory acidosis and response to hyperosmolar therapy. Neurology 2016;86:1556-1558.

22.  Navi BB, Parikh NS, Lerario MP, **Merkler AE,** Lappin RI, Fahimi J, Iadecola C, Kamel H. Risk of Intracerebral Hemorrhage after Emergency Department Discharges for Hypertension. J Stroke Cerebrovasc Dis 2016;25:1683-1687.

23.  Murthy SB, Moradiya Y, Shah J, **Merkler AE,** Mangat HS, Iadecola C, Hanley DF, Kamel H, Ziai WC. Nosocomial Infections and Outcomes after Intracerebral Hemorrhage: A Population-Based Study. Neurocrit Care 2016;25:178-84.

24.  Murthy SB, Shastri A, **Merkler AE**, Hanley DF, Ziai WC, Fink ME, Iadecola C, Kamel H, Navi BB. Intracerebral Hemorrhage Outcomes in Patients with Cancer. J Stroke Cerebrovasc Dis 2016;25:2918-2924.

25. **Merkler AE**, Ch'ang J, Parker WE, Murthy SB, Kamel H. The rate of Complications after Ventriculoperitoneal Shunt Surgery. World Neurosurg 2017;98:654-658

26. Parikh NS, **Merkler AE**, Schneider Y, Navi BB, Kamel H. Discharge Disposition After Stroke in Patients with Liver Disease. Stroke 2017;48:476-478.

27. **Merkler AE,** Liberman AL, Gialdini G, Messe SR, Lerario MP, Murthy SB, Kamel H, Navi, BB. Risk of Pulmonary Embolism after Cerebral Venous Thrombosis. Stroke 2017;48:563-567.

28. Morris NA, **Merkler AE,** Gialdini G, Kamel H. Timing of Incident Stroke Risk After Cervical Artery Dissection Presenting Without Ischemia. Stroke 2017;48:551-555.

29. Sebasigari D, **Merkler AE,** Guo Y, Gialdini G, Kummer B, Hemendinger M, Song C, Chu A, Cutting S, Silver B, Elkind MSV, Kamel H, Furie KL, Yaghi S. Biomarker of Atrial Cardiopathy and Atrial Fibrillation Detection on Mobile Outpatient Continuous Telemetry After Embolic Stroke of Undetermined Source. J Stroke Cerebrovasc Dis 2017;26:1249-1253.

30. Najjar M, Taylor A, Agarwal S, Fojo T, **Merkler AE,** Rosenblum MK, Lennihan L, Kluger MD. Anti-Hu paraneoplastic brainstem encephalitis caused by a pancreatic neuroendocrine tumor presenting with central hypoventilation. J Clin Neurosci 2017;40:72-73.

31. **Merkler AE,** Reynolds AS, Gialdini G, Morris NA, Murthy SB, Thakur K, Kamel H. Neurological complications after tuberculous meningitis in a multi-state cohort in the United States. J Neurol Sci 2017;15:460-463.

32. Murthy SB, Gupta A, **Merkler AE**, Navi BB, Mandava P, Iadecola C, Sheth KN, Hanley DF, Ziai WC, Kamel H. Restarting Anticoagulant Therapy After Intracranial Haemorrhage: A Systemic Review and Meta-Analysis. Stroke 2017;48:1594-1600.

33. Murthy SB, **Merkler AE,** Omran SS, Gialdini G, Gusdon A. Hartley B, Roh D, Mangat HS, Iadecola C, Navi BB, Kamel H. Outcomes after Intracerebral Hemorrhage from Arteriovenous Malformations. Neurology 2017;88:1882-1888.

34. **Merkler AE,** Liberman AL, Navi BB. Response by Merkler et al to Letter Regarding Article, "Risk of Pulmonary Embolism After Cerebral Venous Thrombosis." Stroke 2017;48:e147.

35. Morris NA, Cool J, **Merkler AE,** Kamel H. Subarachnoid Hemorrhage and Long-Term Stroke Risk After Traumatic Brain Injury. Neurohospitalist 2017;7:122-126.

36. Gialdini G, Parikh NS, Chatterjee A, Lerario MP, Kamel H, Schneider DB, Navi BB, Murthy SB, Iadecola C, **Merkler AE**. Rates of Spinal Cord Infarction After Repair of Aortic Aneurysm or Dissection. Stroke 2017;48:2073-2077.

37. Montalvo M, Tadi P, **Merkler AE**, Gialdini G, Martin-Schild S, Navalkele D, Samai A, Nouh A, Houssain M, Goldblatt S, Hemendinger M, Chu A,Song C, Kamel H, Furie KL, Yaghi S. PR Interval Prolongation and Cryptogenic Stroke: A multicentre Retrospective Study. J Stroke Cerebrovasc Dis 2017;26:2416-2420.

38. **Merkler AE,** Salehi Omran S, Gialdini G, Lerario MP, Yaghi S, Elkind MSV, Navi BB. Safety Outcomes After Thrombolysis for Acute Ischemic Stroke in Patients With Recent Stroke. Stroke 2017;48:2282-2284.

39. Gusdon AM, Gialdini G, Kone G, Baradaran H, **Merkler AE**, Mangat HS, Navi BB, Iadecola C, Gupta A, Kamel H, Murthy SB. Neutrophil-Lymphocyte Ratio and Perihematomal Edema Growth in Intracerebral Hemorrhage. Stroke 2017;48:2589-2592.

40.   Reznik ME, **Merkler AE**, Mahta A, Murthy SB, Claassen J, Kamel H. Long-term risk of seizures in adult survivors of sepsis. Neurology 2017;89:1476-1482.

41.   **Merkler AE**, Gialdini G, Yaghi S, Okin PM, Iadecola C, Navi BB, Kamel H. Safety Outcomes after Transcutaneous Closure of Patent Foramen Ovale. Stroke 2017;48:3073-3077.

42.   **Merkler AE**, Gialdini G, Murthy SB, Salehi Omran S, Moya A, Lerario MP, Chong J, Okin PM, Weinsaft JW, Safford MM, Fink ME, Navi BB, Iadecola C, Kamel H. Association between Troponin Levels and Embolic Stroke of Undetermined Source. J Am Heart Assoc 2017;6.

43.   Al-Mufti F, **Merkler AE**, Boehme AK, Dancour E, May T, Schmidt JM, Park S, Connolly ES, Lavine SD, Meyers PM, Claassen J, Agarwal S. Functional Outcomes and Delayed Cerebral Ischemia Following Nonperimesencephalic Angiogram-Negative Subarachnoid Hemorrhage Similar to Aneurysmal Subarachnoid Hemorrhage. Neurosurgery 2018;82:359-364.

44.   Conroy MA, Finch T, Levin TT, **Merkler AE**, Safdieh J, Samuels S, Gordon Elliott JS. Chronic Schizophrenia Later Diagnosed with Anti-NMDA Receptor Encephalitis: Case Report and Review of the Literature. Clin Schizophr Relat Psychoses 2018;11:201-204.

45.   Dakay K, Chang AD, Hemendinger M, Cutting S, McTaggart TA, Jayarman MV, Chu A, Panda N, Song C, **Merkler AE**, Gialdini G, Kummer B, Lerario MP, Kamel H, Elkind MSV, Kurie KL, Yaghi S. Left Atrial Enlargement and Anticoagulation Status in Patients with Acute Ischemic Stroke and Atrial Fibrillation. J Stroke Cerebrovasc Dis 2018;27:192-197.

46.   Yaghi S, Chang AD, Ricci BA, Jayaraman MV, McTaggart RA, Hemendinger M, Narwal P, Dakay K, Mac Grory B, Cutting SM, Burton TM, Song C, Mehanna E, Siket M, Madsen TE, Reznik M, **Merkler AE**, Lerario MP, Kamel H, Elkind MSV, Furie KL. Early Elevated Troponin Levels After Ischemic Stroke Suggests a Cardioembolic Source. Stroke 2018;49:121-126.

47.   Parikh NS, Chatterjee A, Diaz I, Pandya A, **Merkler AE**, Gialdini G, Kummer BR, Mir SA, Lerario MP, Fink ME, Navi BB, Kamel H. Modeling the Impact of Interhospital Transfer Network Design on Stroke Outcomes in a Large City. Stroke 2018;49:370-376.

48.   Yaghi S, Chang AD, Hung P, Mac Grory B, Collins S, Gupta A, Reynolds J, Finn CB, Hemendinger M, Cutting SM, McTaggart RA, Jayaraman M, Leasure A, Sansing L, Panda N, Song C, Chu A, **Merkler AE**, Gialdini G, Sheth KN, Kamel H, Elkind MSV, Greer D, Furie K, Atalay M.  Left Atrial Appendage Morphology and Embolic Stroke of Undetermined Source: A Cross-Sectional Multicenter Pilot Study. J Stroke Cerebrovasc Dis 2018. Epub ahead of print.

49.   **Merkler AE,** Gialdini G, Lerario MP, Parikh NS, Morris NA, Kummer B, Dunn L, Reznik ME, Murthy SB, Navi BB, Grinspan ZM, Iadecola C, Kamel H. Population-Based Assessment of the Long-Term Risk of Seizures in Survivors of Stroke. Stroke 2018. Stroke 2018;49:1319-1324.

50.   Liberman AL, Gialdini G, Bakradze E, Chatterjee A, Kamel H, **Merkler AE.** Misdiagnosis of Cerebral Vein Thrombosis in the Emergency Department. Stroke 2018;49:1504-1506.

51.   Johnston SC, Easton JD, Farrant M, Barsan W, Conwit RA, Elm JJ, Kim AS, Lindblad AS, Palesch YY; Clinical Research Collaboration, Neurological Emergencies Treatment Trials Network, and the POINT Investigators. N Engl J Med 2018;279:215-225.

52.   Alkhachroum AM, Rubinos C, Kummer BR, Parikh NS, Chen M, Chatterjee A, Reynolds A, **Merkler AE**, Claassen J, Kamel H. Risk of Seizures and Status Epilepticus in Older Patients with Liver Disease. Epilepsia 2018;59:1392-1397.

53.  Liberman AL, Bakradze E, **Merkler AE.** Response by Liberman et al to Letter Regarding Article, "Misdiagnosis of Cerebral Vein Thrombosis in the Emergency Department." Stroke 2018;49:e280.

54.  Parikh NS, **Merkler AE**, Kummer BR, Kamel H. Ischemic Stroke After Emergency Department Discharge for Symptoms of Transient Neurological Attack. Neurohospitalist 2018;8:135-140.

55.  Morris NA, Chatterjee A, Adejumo OL, Chen M, **Merkler AE**, Murthy SB, Kamel H. The Risk of Takotsubo Cardiomyopathy in Acute Neurological Disease. Neurocrit Care 2018. Epub ahead of print.

56.  Murthy SB, Cushman M, Bobrow D, Kamel H, **Merkler AE**, Alkind MSV, DeAngelis LM, Navi BB. Ability of the Khorana Score to Predict Recurrent Thromboembolism in Cancer Patients with Ischemic Stroke. J Clin Neurosci 2018;57:111-115.

57.  Martin A, Chen ML, Chatterjee A, **Merkler AE**, Chung CD, Wu X, Morris NA, Kamel H. Specialty Classification of Physicians Who Provide Neurocritical Care in the United States. Neurocrit Care 2018. Epub ahead of print.

58.  Chatterjee A, Chen M, Gialdini G, Reznik ME, Murthy S, Kamel H, **Merkler AE**. Trends in Tracheostomy After Stroke: Analysis of the 1994 to 2013 National Inpatient Sample. Neurohospitalist 2018. Epub ahead of print.

59.  Chen ML, Gupta A, Chatterjee A, Khazanova D, Dou E, Patel H, Gialdini G, **Merkler AE**, Navi BB, Kamel H. Association Between Unruptured Intracranial Aneurysms and Downstream Stroke. Stroke 2018;49:2029-2033.

60.  Witsch J, **Merkler AE**, Chen ML, Navi BB, lSheth KN, Freedman B, SChwamm LH, Kamel H. Incidence of Atrial Fibrillation in Patients with Recent Ischemic Stroke versus Matched Controls. Stroke 2018;49:2529-2531.

61.  Yaghi S, Chang AD, Cutting S, Jayaraman M, McTaggart RA, Ricci BA, Akay K, Narawal P, Grory BM, Burton T, Reznik M, Silber B, Gupta A, Song C, Mehanna E, Siket M, Lerario MP, Saccetti DC, **Merkler AE**, Kamel H, Elkind MSV, Fuirie K. Troponin Improves the Yield of Transthoracic Echocardiography in Ischemic Stroke Patients of Determined Stroke Subtype. Stroke 2018;49:2777-2779.

62.  Dinkin M, Lavi E, Winterkorn J, Oliveira C, **Merkler AE**. Ischemic Optic Neuropathy Secondary to Intravascular Lymphoma. J Neuroophthalmol. 2018. Epub ahead of pring.

63.  **Merkler AE,** Diaz I, Wu X, Murthy SB, Gialdini G, Navi BB, Yaghi S, Weinsaft JW, Okin PM, Safford MM, Iadecola C, Kamel H. Duration of Heightened Ischemic Stroke Risk After Acute Myocardial Infarction. J Am Heart Assoc 2018;7:e010782.

64.  Omran SS, Lerario MP, Gialdini G, **Merkler AE**, Moya A, Chen ML, Kamel H, DeSancho M, Navi BB. Clinical Impact of Thrombophilia Screening in Young Adults with Ischemic Stroke. J Stroke Cerebrovasc Dis 2019;28:882-889.

65.  Knight-Greenfield A, Jose Quitlong Nario J, Vora A, Baradaran H, **Merkler AE**, Navi BB, Kamel H, Gupta A. Associations Between Features of Nonstenosing Carotid Plaque on Computer Tomographic Angiography and Ischemic Stroke Subtypes. J Am Heart Assoc 2019;8:e014818.

66.  **Merkler AE,** Alakbarli J, Gialdini G, Navi BB, Murthy SB, Goyal P, Kim J, Devereux RB, Safford MM, Iadecola C, Kamel H, Weinsaft JW. Short-Term Risk of Ischemic Stroke After Detection

of Left Ventricular Thrombus on Cardiac Magnetic Resonance Imaging, J Stroke Cerebrovasc Dis 2019;28:1027-1031.

67.   Knopman J, Link TW, Navi BB, Murthy SB, **Merkler AE**, Kamel H. Rates of Repeated Operation for Isolated Subdural Hematoma Among Older Adults. JAMA Netw Open 2018;1:e183737.

68.   Parikh NS, **Merkler AE,** Jesudian A, Kamel H. Association between cirrhosis and aneurysmal subarachnoid hemorrhage. Ann Clin Trans Neurol 2018;5:27-32.

69.   Salehi Omran S. Chatterjee A, Chen ML, Lerario MP, **Merkler AE,** Kamel H. National Trends in Hospitalizations for Stroke Associated with Infective Endocarditis and Opiod Use Between 1993 and 2015. Stroke 2019;50:577-582.

70.   Chen ML, Parikh NS, **Merkler AE,** Kleindorfer DO, Bhave PD, Levitan EB, Soliman EZ, Kamel H. Risk of Atrial Fibrillation in Black Versus White Medicare Beneficiaries With Implanted Cardiac Devices. J Am Heart Assoc. 2019;8:e010661.

71.   **Merkler AE,** Chen ML, Parikh NS, Murthy SB, Yaghi S, Goyal P, Okin PM, Karas MG, Navi BB, Iadecola C, Kamel H. Association Between Heart Transplantation and Subsequent Risk of Stroke Among Patients With Heart Failure. Stroke 2019;50:583-587.

72.   Mahta A, **Merkler AE,** Reznik ME, Burch JE, Yaghi S, Sellke FW, Furie KL, Kamel H. Emphysema: A Potential Risk Factor for Subarachnoid Hemorrhage and Ruptured Aortic Aneurysm. Stroke 2019;50:992-994.

73.   Chang A, Ricci B, Grory BM, Cutting S, Burton T, Dakay K, Jayaraman M, **Merkler AE,** Reznik M, Lerario MP, Song C, Kamel H, Elkind MSV, Furie K, Yaghi S. Cardiac Biomarkers Predict Large Vessel Occlusion in Patients with Ischemic stroke. J Stroke Cerebrovasc Dis 2019. Epub ahead of print.

74.   Ramasamy S, Yaghi S, Salehi Omran S, Lerario MP, Devereux R, Okin PM, Gupta A, Navi BB, Kamel H, **Merkler AE**. Association Between Left Ventricular Ejection Fraction, Wall Motion Abnormality, and Embolic Stroke of Undetermined Source. J Am Heart Assoc. 2019;8:e011593.

75.   **Merkler AE,** Sigurdsson S, Eiriksdottir G, Safford MM, Phillips CL, Iadecola C, Gudnason V, Weinsaft JW, Kamel H, Arai AE, Launder LJ. Association Between Unrecognized Myocardial Infarction and Cerebral Infarction on Magnetic Resonance Imaging. JAMA Neurol 2019 May 20. Epub ahead of print.

76.   Chatterjee A, **Merkler AE,** Murthy SB, Burch JE, Chen ML, Gialdini G, Kamel H, Ballman KV, Navi BB. Temporal Trends in the Use of Acute Recanalization Therapies for Ischemic Stroke in Patients with Cancer. J Stroke Cerebrovasc Dis 2019;28:2244-2261.

77.   Jordan K, Yaghi S, Poppas A, Chang AD, Mac Grory B, Cutting S, Burton T, Jayaraman M, Tsivgoulis G, Sabeh MK, **Merkler AE,** Kamel H, Elkind MSV, Furie K, Song C. Left Atrial Volume Index is Associated With Cardioembolic Stroke and Atrial Fibrillation Detection After Embolic Stroke of Undetermined Source. Stroke 2019;50:1997-2001.

78.   Intensive vs Standard Treatment of Hyperglycemia and Funtctional Outcome in Patients With Acute Ischemic Stroke: The SHINE Randomized Clinical Trial. Johnston KC, Bruno A, Pauls Q, Hall CE, Barrett KM, Barsan W, Fansler A, Van de Bruinhorst K, Janis S, Durkalski-

Mauldin VL,; Neurological Emergencies Treatment Trials Network and the SHINE Trial Investigators. JAMA 2019;322:326-335.

79.   Kamel H, Okin PM, **Merkler AE**, Navi BB, Campion TR, Devereux RB, Diaz I, Weinsaft JW, Kim J. Relationship between left atrial volume and ischemic stroke subtype. Ann Clin Trans Neurol 2019;6:1480-1486.

80.   Reynolds AS, Chen ML, **Merkler AE,** Chatterjee A, Diaz I, Navi BB, Kamel H. Effect of A Randomized trial of Unruptured Brain Arteriovenous Malformation on Interventional Treatment Rates for Unruptured Arteriovenous Malformations. Cerebrovasc Dis 2019. Epub ahead of print.

81.   Al-Kawaz M, Kamel H, Murthy SB, **Merkler AE**. Association of Aortic Aneurysms and Dissections With Subarachnoid Hemorrhage. J Am Heart Assoc 2109;8:e013456.  Epub 2019.

82.   Lerario MP, Grotta JC, **Merkler AE**, Omran SS, Chen ML, Parikh NS, Yaghi S, Murthy S, Navi BB, Kamel H. Association Between Intravenous Thrombolysis and Anaphylaxis Among Medicare Beneficiaries. Stroke 2019;50:3283-3285.

83.   Alkhachroum AM, Rubinos C, Chatterjee A, Chen ML, Martin A, Claassen J, Murthy SB, **Merkler AE**. Rates and Trends of Endotracheal Intubation in Patients with Status Epilepticus. Neurohospitalist 2019;9:190-196.

84.   Ramasamy S, Patel P, Gupta A, Okin PM, Murthy S, Navi BB, Kamel H, **Merkler AE**. Association Between Troponin Levels and Visceral Infarction in Patients with Acute Ischemic Stroke. J Stroke Cerebrovasc Dis 2019;28:104449.

85.   Murthy SB. Diaz I, Wu X, **Merkler AE**, Iadecola C, Safford MM, Sheth KN, Navi BB, Kamel H. Risk of Arterial Ischemic Events After Intracerebral Hemorrhage. Stroke. 2020;51:137-142.

86.   Lin J, Piran P, Lerario MP, Ong H, Gupta A, Murthy SB, Diaz I, Stieg PE, Knopman J, Falcone GJ, Sheth KN, Fink ME, **Merkler AE**, Kamel H. Differences in Admission Blood Pressure Among Causes of Intracerebral Hemorrahge. Stroke. 2020;51:644-647.

87.   Kamel H, Navi BB, **Merkler AE**, Baradaran H, Diaz I, Parikh NS, Kasner SE, Gladstone DJ, Iadecola C, Gupta A. Reclassification of Ischemic Stroke Etiological Subtypes on the Basis of High-Risk Nonstenosing Carotid Plaque. Stroke. 2020;51:504-510.

88.   Parikh NS, Kamel H, Navi BB, Iadecola C, **Merkler AE**, Jesudian A, Dawson J, Falcone GJ, Sheth KN, Roh DJ, Elkind MSV, Hanley DF, Ziai WC, Murthy SB; VISTA-ICH Collaborators. Liver Fibrosis Indices and Outcomes After Primary Intracerebral Hemorrhage. Stroke. 2020;51:830-837.

89.   Chang AD, Ignacio GC, Akiki R, Gorry BM, Cutting SS, Burton T, Jayaraman M, **Merkler AE**, Song C, Poppas A, Kamel H, Elkind MSV, Furie K, Atalay M, Yaghi S. Increased Left Atrial Appendage Density on Computerized Tomography is Associated with Cardioembolic Stroke. J Stroke Cerebrovasc Dis. 2020;29:104604.

90.   Salehi Omran S, Chaker S, Lerario MP, **Merkler AE**, Navi BB, Kamel H. Relationship between Lambl's excerescences and embolic strokes of undetermined source. Eur Stroke J. 2020;5:169-173.

91.   Bruce SS, **Merkler AE**, Bassi M, Chen ML, Salehi Omran S, Navi BB, Kamel H. Differences in Diagnostic Evaluation in Women and Men After Acute Ischemic Stroke. J Am Heart Assoc. 2020;9:e015625.

92. Murthy SB, Wu X, Diaz I, Parasram M, Parikh NS, Iadecola C, **Merkler AE**, Falcone GJ, Brown S, Biffi A, Ch'ang J, Knopman J, Stieg PE, Navi BB, Sheth KN, Kamel H. Non-Traumatic Subdural Hemorrhage and Risk of Arterial ischemic Events. Stroke. 2020;51:1464-1469.

93. Liberman AL, Navi BB, Esenwa CC, Zhang C,  Song J, Cheng NT, Labovitz DL, Kamel H, **Merkler AE.** Misdiagnosis of Cervicocephalic Artery Dissection in the Emergency Department. Stroke. 2020;51:1876-1878.

94. Parikh NS, Chatterjee A, Diaz I, **Merkler AE,** Murthy SB, Iadecola C, Navi BB, Kamel H. Trends in Active Cigarette Smoking Among Stroke Survivors in the United States, 1999 to 2018. Stroke. 2020;51:1656-1661.

95. Salehi Omran S, Parikh NS, Poisson S, Armstrong J, **Merkler AE**, Prabhu M, Navi BB, Riley LE, Fink ME, Kamel H. Ann Neurol 2020. Epub ahead of print.

96. **Merkler AE**, Parkihk NS, Mir S, Gupta A, Kamel H, Lin E, Lantos J, Schenck EJ, Goyal P, Bruce SS, Kahan J, Lansdale KN, LeMoss MM, Murthy SB, Stieg PE, Fink ME, Iadecola C, Segal AZ, Campion TR, Diaz I, Zhang C, Navi BB. Risk of Ischemic Stroke in Patients with Covid-19 versus Patients with Influenza. JAMA Neurol. 2020. Epud ahead of print.

97. Piran P, Atalay YB, Gupta A, Patel P, Murthy SB, Navi BB, Kamel H, **Merkler AE**. Relationship between Presence of Visceral Infarction and Functional Outcome of Patients with Acute Ischemic Stroke. Cerebrovasc Dis. 2020. Epub ahead of print.

98. Parauda SC, Gao V, Gewirtz AN, Parikh NS, **Merker AE**, Lantos J,. White H, Leifer D, Navi BB, Segal AZ. Posterior Reversible Encephalopathy Syndrome in Patients with Covid-19. J Neurol Sci. 2020. Epub ahead of print.

99. Kamel H, Navi BB, Parikh NS, **Merkler AE**, Okin PM, Devereux RB, Weinsaft JW, Kim J, Cheung JW, Kim LK, Casadei B, Iadecola C, Sabuncu MR, Gupta A, Diaz I. Machine Learning Prediction of Stroke Mechanism in Embolic Strokes of Undetermined Source. Stroke. 2020;51(9):e203-e210.

100. Morris NA, Chen ML, Adejumo OL, Murthy SB, Kamel H, **Merkler AE**. Stroke Risk Following Takotsubo Cardiomyopathy. Neurohospitalist. 202;10:277-280.

101. Roth WH, Cai A, Zhang C, Chen ML, **Merkler AE**, Kamel H. Gastrointestinal Disorders and Risk of First-Ever Ischemic Stroke. Stroke. 2020;51:3577-3583.

102. **Merkler AE,** Alakbarli J, Barbar T, Baradaran H, Adejumo O, Navi BB, Kamel H, Kim J, Okin PM, Gupta A, Weinsaft JW. Association Between the Size and Location of Myocardial Infarction and Cerebral Infarction. J Neurol Sci. 202;419:117182.

103. Murthy S, Roh DJ, Chatterjee A, McBee N, Parikh NS, **Merkler AE,** Navi BB, Falcone GJ, Sheth KN, Awad I, Hanley D, Kamel H, Ziai WC; CLEAR III, MISTIE III and VISTA-ICH Collaborators. Prior Antiplatelet Therapy and Hematoma Expansion after Primary Intracerebral Haemorrhage: an Individual Patient-level Analysis of CLEAR III, MISTIE III and VISTA-ICH. J Neurol Neurosurg Psychiatry. 2020. Online ahead of print.

104. Atalay YB, Piran P, Chatterjee A, Murthy S, Navi BB, Liberman AL, Dardick J, Zhang C, Kamel H, **Merkler AE**. Prevalence of Cervical Artery Dissectiono Among Hospitalized Patients with Stroke by Age in a Nationally Representative Sample from the United States. Neurology. 2021;96:e1005-e1011.

105. **Merkler AE,** Zhang C, Navi BB. Risk of Haemorrhage Stroke in Patients with Coronavirus Disease 2019-Reply. JAMA Neurol. 2021;78:497.

106. Bruce SS, Kahan J, Huq T, Santillan A, Navi BB, **Merkler AE,** Parikh NS, Mir S, Schweitzer AD, Segal AZ. Missed Cerebrovascular Events During Prolonged Sedation for COVID-19 Pneumonia. J Clin Neurosci. 2021;86:180-183.

107. Parikh NS, Navi BB, **Merkler AE,** Kamel H. Electronic Cigarette Use and Cigarette-Smoking Cessation Attempts Among Stroke Survivors in the US. JAMA Neurol. 2021;78:759-760.

108. Lavette LE, Miller A, Rook B, London Z, Cook C, **Merkler AE**, Santini V, Ruff IM, Kraakevik J, Smith D, Anderson WE, Johnson SL, yan PZ, Sweeney J, Chamberlain A, Rogers-Baggett B, Isaacson R, Strowd RE. Education Research: NeuroBytes: A New Rapid, High-Yield e-Learning Platform for Continuing Professional Development in Neurology. Neurology. 2021. Online ahead of print.

109. **Merkler AE,** Bartz TM, Kamel H, Soliman EZ, Howard V, Psaty BM, Okin PM, Safford MM, Elkind MSV, Loongstreth WT Jr. Silent Myocardial Infarction and Subsequent Ischemic Stroke in the Cardiovascular Health Study. Neurology. 2021. Online ahead of print.

110. Magid-Bernstein J, Omran SS, Parikh NS, **Merkler AE**, Navi B, Kamel H. RCVS: Symptoms, Incidence, and Resource Utilization in a Population-Based US Cohoort. Neurology. 2021. Online ahead of print.

Review and opinion articles:

1. **Merkler AE**, Iadecola C. Rollercoaster Blood Pressure: An Alzheimer Disease Risk Factor? Circulation 2017;136:526-528.

2. **Merkler AE**, Parikh NS, Kamel H. Jump Starting Your Clinical Research Career Using Administrative Data Sets for Stroke Research. Stroke 2018;49:e303-e305.

3. Kamel H, **Merkler AE,** Iadecola C, Gupta A, Navi BB. Tailoring the Approach to Embolic Stroke of Undetermined Source: A Review. JAMA Neurol 2019. Epub ahead of print.

4. Buchman SL, **Merkler AE**. Basilar Artery Occlusion: Diagnosis and Acute Treatment. Curr Treat Options Neurol 2019;21:45.

5. Parikh N, **Merkler AE,** Iadecola C. Inflammation, Autoimmunity, Infection, and Stroke. Epidemiology and Lessons from Therapeutic Intervention. Stroke 2020;51:711-718.

6. **Merkler AE**. Blood Cell Disorders of the Nervous System. Continuum 2020;26:659-674.

Book Chapters:

1. **Merkler AE,** Safdieh J. "Neurological History and Examination" Textbook of Internal Medicine – An Intensive Board Review with 1000 MCQs. Blendon Miller 2013. In Press.

2. Al-Kawaz M, **Merkler AE.** "Stroke." Critical Care Examination and Board Review. McGraw Hill 2019.

Selected Oral Abstracts:

1.   **Merkler AE**, Ch'ang JH, Kamel H. The Rate of Complications After Ventriculoperitoneal Shunt Surgery. Presented as an oral platform presentation at the 2015 Annual Meeting of the Neurocritical Care Society, Scottsdale, AZ.

2.   **Merkler AE**, Dunn LE, Lerario MP et al. The long term risk of seizures after stroke. Presented as an oral abstract at the 2016 International Stroke Conference, Los Angeles, CA.

3.   **Merkler AE.** Chatterjee A, Gialdini G, et al. Trends and Characteristics of Tuberculous Meningitis in the United States, 1993-2013. Presented as a platform presentation at the 2017 American Academy of Neurology Annual Meeting, Boston, MA.

4.   **Merkler AE,** Gialdini G, Yaghi S et al. Long-term Risk of Complications after Percutaneous Transcatheter Closure of Patent Foramen Ovale Presented as an platform presentation at the 2017 American Academy of Neurology Annual Meeting, Boston, MA.

5.   **Merkler AE,** Diaz I, Murthy SB. Duration of Heightened Stroke Risk after Myocardial Infarction. Presented as an oral abstract at the 2018 International Stroke Conference, Los Angeles, CA.

6.   **Merkler AE,** Bartz TM, Kamel H. Silent Myocarial Infarction and Subsequent Ischemic Stroke Risk in the Cardiovascular Health Study. Presented as an oral abstract at the 2021 International Stroke Conference, Virtual Conference.