

**Alexander E. Merkler, MD, MS**
Assistant Professor of Neurology
Assistant Professor of Neuroscience

Department of Neurology
Weill Cornell Medicine
525 East 68th Street, F610
New York, NY 10065

Phone: 917 373 8523
Email: alm9097@med.cornell.edu

March 30, 2022

Lewis J. Liman, Esq
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Liman:

It was a pleasure to provide you with my neurological expertise regarding the case of Lawrence Ray.

My fee is as follows:
8.5 hours of record review at $500/hour.
1 hour of attorney conference/communication at $500/hour.
7 hours of report writing at $500/hour.

Total fee: $8,250.

At your convenience, please have payment sent to:

Alexander Merkler, MD, MS



Please do not hesitate to contact me with any further questions.

Sincerely,

Alexander E. Merkler, MD, MS

1