

**Alexander E. Merkler, MD, MS**
Assistant Professor of Neurology

Department of Neurology
Weill Cornell Medicine
525 East 68th Street, F610
New York, NY 10065

Phone: 212-746-0382
Email: alm9097@med.cornell.edu

Lewis J. Liman, Esq
United States Courthouse
500 Pearl Street
New York, NY 10007

March 30, 2022

Re: Lawrence Ray

Dear Judge Liman:

    I am a board certified neurologist and I am certified in the subspecialty of neurocritical care by the United Council for Neurological Subspecialties. I graduated from Brown University and then received my MD from NYU School of Medicine. I completed a neurology residency at New York Presbyterian Hospital/Weill Cornell Medical College where I served as Chief Resident. I then completed a Neurocritical Care Fellowship at Cornell/Columbia University and received a Master's Degree in Clinical and Translational Investigation from Cornell University. I currently serve as an attending neurologist at New York Presbyterian Hospital/Weill Cornell Medical College, where I routinely take care of patients with neurological disorders. I am also an Assistant Professor of Neurology and Neuroscience at Weill Cornell Medical College and the Brain and Mind Research Institute. I have authored more than 100 publications in peer reviewed medical journals on neurological disorders. I also serve as a peer reviewer for several medical journals including *JAMA, Neurology, Stroke, Journal of the American College of Cardiology, Circulation, Neurocritical Care* and *Hypertension*. I have given multiple invited lectures on neurological disorders at the International Stroke Conference, the American Academy of Neurology, and at other courses around the world. Finally, I routinely give lectures to residents, medical students, and nurses at Weill Cornell Medical College on the management and treatment of neurological disorders. Please see my CV for additional details.



1





**Summation**

3

Based on my knowledge, training, and experience, along with my review of the medical records and statements from providers involved in Mr. Ray's care, it is my opinion to a reasonable degree of medical certainty that Mr. Ray does not have ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Below are details of opinions, all stated to reasonable degree of medical certainty.

1. **There is no objective evidence that Mr. Ray has had ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.**

    First, from a clinical perspective, Mr. Ray's clinical presentation is atypical for ▮▮▮▮▮▮▮▮▮. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. He has had ▮▮▮▮▮▮



4

2. **The most likely etiology of his symptoms is** █████████████████████████

█████████████████████████████████████████████████████████████████████ Thus, I believe that Mr. Ray's behaviors (or at least some of them) may not be fully explained by ███████████████ and instead may be the result of malingering. In other words, he may be purposefully performing these episodes for secondary gain.

**Conclusion**

Based on my knowledge, training, and experience, along with my review of the medical records referenced herein, it is my opinion, expressed to a reasonable degree of medical certainty that Mr. Ray does not have objective evidence of █████████████████. Instead, his symptoms are likely the result of a form of ████████████ or malingering.

I reserve the right to modify and/or supplement my opinions in the event that additional information becomes available.

Sincerely,

*[signature]*

Alexander E. Merkler, MD, MS

5