# EXHIBIT A

LK  MB  DS                                                  3/17/22
████████████████████████████████████

Knows of timing needs + can review records over the weekend. Has access to USAfx

Has spoken to ████████████████ re patient with ████████████████

Also has spoken to ████

Did not think ████████████████ but knew medically would not cause ████████████████.

Fairly confident ████████████████

has access to USAfx. estimates 8-10 hrs for Review; additional time to prepare affidavit

Rate $500/hr







