```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :        ORDER

        - v. -                    :        S2 20 Cr. 110 (LJL)

LAWRENCE RAY,                     :

        Defendant.                :

- - - - - - - - - - - - - - - - - - X
```

The Court having determined that Dr. Alexander Merkler can provide a fair and impartial opinion on a timely basis after inquiry by the Court with counsel for both parties being present it is hereby ORDERED that the Court's previous Order of March 23, 2022 appointing Dr. Merkler as an independent expert reporting solely to the Court is effective.

```
DATED:   March 23, 2022
         New York, New York
                                  _____
                                  HON. LEWIS J. LIMAN
                                  UNITED STATES DISTRICT JUDGE
                                  SOUTHERN DISTRICT OF NEW YORK
```