```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
        -v-                                                   :          20-cr-110 (LJL)
                                                              :
LAWRENCE RAY,                                                 :
                                                              :          **SEALED ORDER**
                        Defendant.                            :
                                                              :
------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

By order of March 23, 2022, and in the exercise of its inherent authority to manage the proceedings before it as well as to determine whether the defendant's medical complaints were genuine, the Court appointed Dr. Alexander Merkler as an independent expert reporting to the Court regarding defendant's apparent medical incidents during trial. The Court order made clear that neither party was to communicate with Dr. Merkler without leave of the Court. The Government seeks permission to share the following materials with Dr. Merkler via USAFx:

- Records from the defendant's ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ marked with control numbers US_015366 through US_015666
- Records from the defendant's ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ marked with control numbers US_098990 through US_099198
- Records from the defendant's ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ with control numbers US_098941 through US_098961

Records from the Bureau of Prisons produced in response to the Court subpoena have already been added to USAFx.

Permission is granted to share the identified materials with Dr. Merkler. This Order will remain under seal pending further Order of the Court.

SO ORDERED.

Dated: March 24, 2022
       New York, New York

                                                          _____
                                                          LEWIS J. LIMAN
                                                          United States District Judge