```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
            -v-                                               :
                                                              :           20-cr-110 (LJL)
LAWRENCE RAY,                                                 :
                                                              :              ORDER
                        Defendant.                            :
                                                              :
------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

      During the middle of trial today, the defendant had what appeared to be a medical incident and was transported to a hospital for examination. The incident followed a previous incident last week during which the defendant also had what appeared to be a medical incident and which interrupted trial for two-and-a-half days. There is evidence before the Court that prior to the first incident ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The Court raised with the parties today the question whether it should appoint a medical expert to report to the Court. Such an expert, who would not be involved in the medical treatment of the defendant, would help the Court interpret and understand the medical records and would have authority to conduct an examination, to understand whether or not the incidents are feigned or self-induced, to understand their severity, and—if not feigned or self-induced—to understand how such conditions should affect the management of the trial. The Court invites the views of the Government and the defense on whether it should appoint such an expert and further invites the parties to submit the names of at least two doctors each as well as a proposed area of specialization. It would be helpful to the Court to have such information by 10:00 p.m. tonight.

SO ORDERED.

Dated: March 22, 2022
      New York, New York

                                                 LEWIS J. LIMAN
                                       United States District Judge