UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                                    :
UNITED STATES OF AMERICA,                                           :
                                                                    :
                     -v-                                            :
                                                                    :
LAWRENCE RAY,                                                       :
                                                                    :
                     Defendant.                                     :
                                                                    :
------------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/22/2022
```

20-cr-110 (LJL)

SEALED ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of a letter from the Government dated March 22, 2022, detailing additional information about defendant's ███████████████████████.  In that letter, the Government suggests that a hearing regarding Ray's medical condition would be appropriate and proposes two medical experts who are qualified to assist the Court.  The Government is hereby ORDERED to submit, after conferring with the defense but as soon as possible and in any event before 9:00 p.m, a proposed form of order directing a medical expert to assist the Court in understanding Ray's medical condition.  The defense shall comment on any such proposed form of order by letter emailed to chambers tonight.

In order to fairly and efficiently address the issues that have been raised by the parties, the Court is prepared to hold a hearing, as soon as it can be arranged and after trial has concluded on the given day, with respect to defendant's medical condition, medical records, and presentation and treatment at New York Presbyterian Downtown Hospital this month.  The Government should arrange for the appearance of ███████████████████.  Each party may also present any other medical professionals who would be relevant.  The Court will also receive any medical records that either party wishes to submit.

The Court intends to hold such a hearing in a closed proceeding.  Any party having an objection to this process should inform the Court as soon as practicable.

In addition, the Court invites the views of the parties regarding the circumstances under which, if at all, the defendant may appear remotely for such a hearing in the event that he is not

██████████████████████████████████████████ .

      This Order shall remain under seal pending further Order of the Court.


SO ORDERED.

Dated: March 22, 2022
      New York, New York

                              LEWIS J. LIMAN
                       United States District Judge