# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 8, 2022

**VIA ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   United States v. Lawrence Ray**
        **20 Cr. 110 (LJL)**

Dear Judge Liman:

        We are writing to notify the Court that the defense does not plan to file any additional post-trial motions. However, the defense notes that it understands the Court reserved its ruling on the defense Rule 29 motions to dismiss all counts due to insufficient evidence, T. 2505-06; 2768-69, and respectfully requests a ruling on those motions.

Respectfully submitted,

*/s/*

Marne L. Lenox, Esq.
Peggy Cross-Goldenberg, Esq.
Allegra Glashausser, Esq.
Neil P. Kelly, Esq.

*Counsel for Lawrence Ray*

cc:     Counsel of record