UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
:
UNITED STATES OF AMERICA, :
:
    -v- :
:    20-cr-110 (LJL)
LAWRENCE RAY, :
:    <u>ORDER</u>
            Defendant. :
:
------------------------------------------------------------------------ X

LEWIS J. LIMAN, United States District Judge:

    The Court reserved decision on Defendant's Rule 29 motions, made orally at trial on April 1 and April 4, 2022. Tr. at 2505–06; 2768–69. Defense counsel has submitted a letter notifying the Court that it does not plan to file any additional post-trial motions and requests a ruling on the motions made at trial. As set forth at trial on April 6, 2022, any response by the Government is due on July 18, 2022, and any reply by the defense is due on August 22, 2022. Tr. at 3086.

SO ORDERED.

Dated: June 8, 2022
       New York, New York

                                                    LEWIS J. LIMAN
                                           United States District Judge