```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
        -v-                                                        :
                                                                   :         20-cr-110 (LJL)
LAWRENCE RAY,                                                      :
                                                                   :             ORDER
                                Defendant.                         :
                                                                   :
------------------------------------------------------------------ X
```

LEWIS J. LIMAN, United States District Judge:

      On July 14, 2022, the Court received an inquiry—via email—from a news organization regarding the exhibits that were entered into evidence at the trial held in this matter. The Court has forwarded the inquiry to the parties to address it as they see fit.

SO ORDERED.

Dated: July 18, 2022
       New York, New York

                                          LEWIS J. LIMAN
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2022