**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 11, 2022

**VIA ECF**

REQUEST GRANTED.
The Sentencing hearing previously set for September 16, 2022 is rescheduled to December 1, 2022 at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.  The Court approves the extension for defense to respond to the initial disclosure and extension to sentencing submission deadlines.  No further extensions will be granted.

8/12/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   United States v. Lawrence Ray**
        **20 Cr. 110 (LJL)**

Dear Judge Liman:

  We write, as counsel for Lawrence Ray in the above-captioned matter, to respectfully request a 90-day adjournment of Mr. Ray's sentencing date, currently scheduled for September 16, 2022, and a corresponding extension of sentencing submission deadlines. The government does not object to this request.

  In April 2022, the Court ordered the U.S. Probation office to submit the initial disclosure of Mr. Ray's Presentence Investigation Report by June 7, 2022, with the final Report due on July 5, 2022. For a variety of reasons, including Covid infections and lockdowns at the MDC, Mr. Ray's presentence interview could not be conducted in accordance with that schedule. As a result, the initial disclosure was not filed until August 4, 2022.

  Because of this and other scheduling issues, the defense respectfully requests until August 31, 2022 to respond to the initial disclosure. The defense also respectfully requests a 90-day adjournment of sentencing and a corresponding extension of sentencing submission deadlines. The government does not object to this request.

Hon. Lewis J. Liman

Thank you for your attention to this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.
Peggy Cross-Goldenberg, Esq.
Allegra Glashausser, Esq.
Neil P. Kelly, Esq.

*Counsel for Lawrence Ray*

cc:     Counsel of record

**SO ORDERED:**

_____
**HONORABLE LEWIS J. LIMAN**
United States District Judge