**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 30, 2022

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Lawrence Ray**
      **20 Cr. 110 (LJL)**

Dear Judge Liman:

      We write, as counsel for Lawrence Ray in the above-captioned matter, to update the Court on our ability to meet with Mr. Ray to discuss the draft of his presentence report and submit any response to Probation. Currently, our response to Probation is due on August 31.

      Unfortunately, an individual in Mr. Ray's unit tested positive for COVID and the unit was placed on quarantine, preventing our planned legal visits to review the draft. We schedule a video conference for Thursday, August 25, to do so, but were informed that morning by the MDC that its video equipment was not working and we would only be able to speak with Mr. Ray via telephone. Although we had mailed Mr. Ray a copy of the draft report, the MDC had not provided him with the copy, so we were unable effectively to review the document over the phone without the benefit of screen sharing.

      Counsel expects that Mr. Ray's unit will be off quarantine this week and that the MDC will provide him with the draft of the PSR so he can review it and discuss it with counsel. In light of these developments, we respectfully request until September 14 to submit any response to the initial disclosure. This would not impact the sentencing date or the dates of any other sentencing-related submissions.

Hon. Lewis J. Liman

Thank you for your attention to this matter.

>Respectfully submitted,
>
>/s/
>
>Marne L. Lenox, Esq.
>Peggy Cross-Goldenberg, Esq.
>Allegra Glashausser, Esq.
>Neil P. Kelly, Esq.
>
>*Counsel for Lawrence Ray*

cc: Counsel of record

**SO ORDERED:**

_____
**HONORABLE LEWIS J. LIMAN**
United States District Judge