UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

UNITED STATES OF AMERICA,

    -v-

                                                                      20-cr-110 (LJL)

LAWRENCE RAY,

                                                                       ORDER

                     Defendant.

------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2022

LEWIS J. LIMAN, United States District Judge:

      Defendant, through his counsel, made a Rule 29 motion orally at trial on April 1 and April 4, 2022. Tr. at 2505–06; 2768–69. The Government has filed a letter in response to that motion. Dkt. No. 575. As set forth at trial on April 6, 2022, Tr. at 3086, and by order on June 8, 2022, Dkt. No. 568, any reply was due on August 22, 2022. The defense has not filed a reply. The Court shall consider the motion to be fully submitted unless a reply is submitted on or before September 7, 2022.


SO ORDERED.

Dated: August 31, 2022
       New York, New York

                                                                  LEWIS J. LIMAN
                                                      United States District Judge