

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 4, 2022

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *United States v. Lawrence Ray*,
            20 Cr. 110 (LJL)

Dear Judge Liman:

      The Government writes in response to the Court's order dated November 1, 2022, which set a deadline of November 8, 2022, for the parties to submit letter briefs addressing the issues identified by the Court for the November 15, 2022 hearing. Under consideration is the defendant's Rule 29 motion; yet the defense did not submit a post-trial brief in support of that motion nor a reply to the Government's written opposition to that motion. The Government therefore respectfully requests an additional two days to submit its brief, so that it may have an opportunity to respond to any arguments raised for the first time by the defendant in support of his motion.

                                 Respectfully submitted,

                                 DAMIAN WILLIAMS
                                 United States Attorney

                By:    s/ Danielle R. Sassoon_____
                          Mollie Bracewell
                          Lindsey Keenan
                          Danielle Sassoon
                          Assistant United States Attorneys
                          (212) 637-1115/1565/2218

cc:    Peggy Cross-Goldenberg, Esq. (by ECF)
        Allegra Glashausser, Esq.
        Neil Kelly, Esq.
        Marne Lenox, Esq.