

Date of entry     01/09/2023

MARTHA RAY (MARTHA), ███████████████████████████████████████. After being advised of the identity of the interviewing Agent and the nature of the interview, MARTHA provided the following information:

MARTHA advised that recently an attorney for LAWRENCE RAY (LARRY) contacted her and asked a few questions about LARRY. The attorney discussed drafting a letter of support for LARRY addressed to the court with regards to his upcoming sentencing. MARTHA advised that she did not draft the letter. The attorney's would draft the letter based on her responses to their questions because MARTHA was busy as of lately and did not have the time to write it herself. The attorneys indicated to her that they would submit the letter to the court. MARTHA did relayed that defense counsel was supposed to also provide her a copy of the letter via email for her to check it for accuracy but she had not seen the letter to date.

MARTHA dated LARRY's brother CARL RAY (CARL) for approximately three (3) months before they decided to get married. They were married in 1984 but MARTHA could not recall the exact date. Prior to their wedding, MARTA described CARL and LARRY's mother INGRID RAY (INGRID) as a "distinguished lady" but MARTHA relayed that she was not accustomed to some of things that INGRID did. When asked for clarification, MARTHA recalled a time when LARRY had purchased a Mercedes car. To MARTHA, it seemed like LARRY wanted INGRID's approval on the new vehicle. When LARRY brought the vehicle over to the home, MARTHA would not go outside and look at it. There was another instance during the summertime when LARRY was "juicing" and had lost some weight. When LARRY arrived at the residence, everyone was standing outside. MARTHA described that INGRID went towards LARRY's car and acted as if LARRY was not standing there. She started saying things like I'm waiting for my son to arrive. Suddenly she acknowledged LARRY and said "Oh my God, if thats what juicing does, I don't want any part of it." MARTHA felt that in both instances, INGRID should have just acknowledged LARRY's purchase or the fact that he had lost some weight and looked well.

MARTHA relayed the day before her wedding, INGRID made cupcakes for her former husband, LAWRENCE GRECCO (GRECCO). At the time, MARTHA and CARL were

Investigation on   01/09/2023   at   New York, New York, United States (Phone)

File #   50E-NY-3111837                                                   Date drafted   01/09/2023

by   Kelly Maguire

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

50E-NY-3111837

Continuation of FD-302 of (U) Interview of Martha Ray on 01/09/2023, On 01/09/2023, Page 2 of 3

living with INGRID. MARTHA articulated that INGRID indicated she wanted MARTHA and CARL to deliver cupcakes to GRECCO. INGRID snickered and said that she put Ex-Lax in the cupcakes. MARTHA did not witness INGRID put Ex-Lax in the cupcakes. MARTHA was asked why INGRID would go to such lengths to cause harm to GRECCO and she responded " I guess she just didn't like him," MARTHA speculated that INGRID wanted GRECCO to miss the wedding but could not give a reason why. When MARTHA was asked what CARL's reaction was to INGRID's admission about the cupcakes, MARTHA said " I think he didn't do anything because she gave him money and bought him corvettes." MARTHA was also asked why she delivered the cupcakes if she believed INGRID was purposely causing GRECCO to get sick. MARTHA relayed that she was not sure why she went along with it. She stated, "You wonder if that's even true, she could have been joking." MARTHA emphasized that she did not know for a fact that INGRID put Ex-Lax in the cupcakes.

MARTHA also recalled that INGRID talked about "JESSE" who was a carpenter that did odd jobs around INGRID's home. INGRID had been friendly with JESSE's wife who was named "LAVERNE" or "ROBERTA." MARTHA described that INGRID said "He thinks he's always looking good." INGRID mentioned that JESSE had hair plugs. INGRID thought that JESSE may have been having an extramartial affair. MARTHA relayed that INGRID chuckled and said that JESSE was getting fat and noted that she was putting something in the food she fed JESSE. When asked, MARTHA noted that INGRID did not specifically name anything that she was putting in the food. MARTHA was not sure it was something that could be considered poisoning. MARTHA believed it was possible INGRID put a vitamin in the food that nourished JESSE's appetite.

After she and CARL were married and were living at INGRID's home, INGRID had MARTHA performing household chores. She said she "had me washing clothes, cleaning." MARTHA gave the example that she remembered a time when she was ironing and INGRID came over and said "Oh, can you iron Gordon's pants." MARTHA was asked if she was living under INGRID's roof, did she think it was out of line for INGRID to ask for assistance with household chores. MARTHA relayed that she "grew up old school... she don't have to be told to pitch in." MARTHA went on to say that in the basement there were panel walls that INGRID wanted polished and MARTHA thought it was "absurd" and thought no one should polish panel walls. MARTHA also said that INGRID owned chairs that she wanted MARTHA to use a Q-tip to clean hard to reach areas. MARTHA was asked if INGRID was overtly harsh or rude when she asked MARTHA to assist with household chores, to which MARTHA indicated that INGRID was not.

According to MARTHA, it was evident that INGRID favored CARL over LARRY. She said "It looked like she never really cared for him (LARRY)." MARTHA

FD-302a (Rev. 5-8-10)

50E-NY-3111837

Continuation of FD-302 of (U) Interview of Martha Ray on 01/09/2023, On 01/09/2023, Page 3 of 3

believed that INGRID was jealous of LARRY's successes and always tried to "one up him" whenever LARRY talked about someone he met or accomplished something. MARTHA described that INGRID never outright degraded LARRY but seemed disinterested.

MARTHA relayed that her marriage with CARL ultimately ended because his demeanor changed. He seemed more controlling. She recalled a time when he called a friend of hers a "whore." LARRY told MARTHA before her divorce was finalized that CARL had been intimately involved with LARRY's ex-wife TERESA. MARTHA was unsure if that was true or not. MARTHA also relayed that CARL spoke badly about her after the divorce and called her a drug addict. She and CARL have no relationship today; they last spoke in 2015. MARTHA advised that she never heard of physical abuse between LARRY and TERESA that she witnessed.

With regards to the federal trial against LARRY, MARTHA commented, "That's not the Larry I know." She relayed that she did not attend the trial or see any evidence presented. MARTHA relayed that she heard LARRY had been at college with his daughter TALIA and "got money through girls from prostitution and married one of them." She initially heard about the allegations about LARRY when she was at a trade show. MARTHA saw a story about LARRY on the news. MARTHA stated "I don't kow all the details of what took place or the situation; all I know is he's been a good person, but not sure why he did this. Maybe it was something that happened to him." MARTHA then said, "Maybe it was something his mom did, maybe it was his brother getting with his ex-wife." MARTHA had always known LARRY to be a good person and generous. He had been there financially at times for MARTHA and CARL.

MARTHA articulated that she did not understand fully the charges against LARRY. She had asked LARRY's defense counsel what the difference was between LARRY and other pimps because, "pimps hurt girls all the time and are let out of jail." MARTHA was asked if she had a negative viewpoint of pimps, why would she consent to a letter of support for LARRY if he had been charged with sex trafficking. MARTHA responded that she understood in this case, "the girls weren't underage, so they had a choice, not saying it's right."