FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry _____01/10/2023_____

CARL RAY (CARL), ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. After being advised of the identity of the interviewing Agent and the nature of the interview, CARL provided the following information:

CARL was married to his ex-wife MARTHA RAY (MARTHA) on November 24, 1984. They dated for approximately two (2) years prior to their wedding. CARL was asked if he recalled an incident around the time of his wedding where it was alleged by MARTHA, that CARL's mother INGRID put Ex-Lax in cupcakes to be given to his father, LAWRENCE GRECCO (GRECCO). CARL indicated that he does not recall the cupcake incident and had no knowledge of his mother putting anything into anyone's food. He advised the only thing that his mother put into food was love; she was a great cook.

CARL went on to say, "Martha is just as evil as Larry; they are both narcissists and psychopaths." CARL felt that MATHA was very bitter and similar to his brother LAWRENCE RAY (LARRY). For years, she had tried to turn their two sons against him. He relayed that there was a time in the 1990's when MARTHA got arrested for shoplifting with their children present in Bridgewater Township in New Jersey. CARL advised that it was not MARTHA who told him about the arrest, but rather it was LARRY who told him. MARTHA had contacted LARRY after her arrest. CARL also saw the arrest in the local newspaper.

In regards to LARRY's federal charges, CARL commented, "What Larry did was disgusting." He specifically commented on what he learned about CLAUDIA DRURY (DRURY) through trial coverage, and said "that's someone's daughter." He also commented in reference to the victims in the case, "I am so glad they are putting their lives back together."

CARL confirmed that he had heard stories from LARRY over the years about alleged physical/sexual abuse that LARRY had suffered when they lived at his maternal grandparents house for a time. CARL specifically commented that LARRY had claimed he had been whipped with a "cat of nine tails." CARL advised he never saw the described whip in the residence. Furthermore, he stated that he never observed any manifestation of injuries on LARRY at any

Investigation on  01/09/2023  at  New York, New York, United States (Phone)

File #  50E-NY-3111837                                                  Date drafted  01/10/2023

by  Kelly Maguire

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

50E-NY-3111837

Continuation of FD-302 of (U) Interview of Carl Ray on 01/09/2023 , On 01/09/2023 , Page 2 of 4

time when they were living there. CARL articulated that LARRY was closest to his father and if LARRY had informed his father of any such abuse, "My dad would have killed someone." LARRY had also made a claim that he had been sexually abused while living at the residence. CARL was extremely skeptical. He said LARRY always accused people of sexual abuse. During LARRY's divorce and child custody battle, LARRY accused his ex-wife, TERESA; TERESA's father, and CARL's son CARL JR, of sexually abusing LARRY's daughter TALIA. CARL emphasized that LARRY's accusations against his seventeen year old son was what ultimately lead to the deterioration of his relationship with LARRY and GRECCO. CARL emphasized that there was no outside proof of LARRY's claims other than his word.

CARL relayed that during the time that he and LARRY lived with their mother at their maternal grandparent's home, there was no strain in LARRY's relationship with INGRID. INGRID always bought CARL and LARRY gifts. CARL specifically remembered that INGRID bought LARRY a mini bike that he wanted. She also took them on trips to Disney World and Montauk. LARRY was never made to sleep on the floor. During that time period, LARRY always got into mischief and trouble. He would push back when he was confronted about his behavior. CARL did not feel that his maternal grandmother responded to LARRY inappropriately or in an overboard way. LARRY never wanted to live with INGRID despite the fact that the court had awarded her custody of LARRY and CARL. LARRY always wanted to live with his father, GRECCO. CARL did recall a time that LARRY was sick while they were living at the maternal grandparents home, however he said it was false information that LARRY was kicked out of the home and he made his way to his father's residence. According to CARL, he recalled that their Aunt Phyllis came to pick LARRY up and took him to GRECCO's home. INGRID was adamant that she did not want LARRY and CARL separated so CARL went too. LARRY's persistance in wanting to live with GRECCO lead to LARRY and CARL living with him for a period of time.

As CARL and LARRY grew older, CARL started to see LARRY change and said that was when he saw a difference in LARRY and INGRID's relationship. He specifically mentioned that when LARRY started working on Wall street and made money, LARRY acted like he could part the ocean. CARL also described a time when LARRY fought with their stepfather, GORDON in the kitchen of their home in Wautchung, New Jersey. LARRY had GORDON pushed up against a wall. CARL remembered the incident because the family dog which was a collie, bit LARRY through his suit.

CARL commented that at times LARRY was generous and sometimes did help out financially. CARL said it was a "brotherly thing" and he vice versa helped out LARRY when needed. However, he described favors with LARRY as "kinda like the mafia, when he wants to recall that favor, he recalls it--

there's always something behind it."

CARL was unsure why his ex-wife, MARTHA was supportive of LARRY at this time because she had not been associated with LARRY in years. He believed that MARTHA was unhappy that CARL ended up in a relationship with TERESA. CARL stated that he and TERESA did not get together until much later after his divorce from MARTHA. CARL went on to say that his relationship with TERESA started out as a friendship. He saw the abuse she suffered from LARRY, specifically bruises on her arms. She needed support to get away from LARRY. CARL detailed that he bought MARTHA out of their marital home after their divorce. It was also he who put their sons through college. CARL also described that MARTHA was an avid marijuana user. He recalled a time when his son CHRISTOPHER was young, he had opened a drawer in the kitchen of MARTHA's home and it was filled with marijuana. MARTHA's boyfriend at the time yelled at CHRISTOPHER which prompted him to report the matter to CARL.

CARL speculated throughout the years that MARTHA and LARRY had an intimate relationship or affair. CARL and TERESA had discussed the matter several times. CARL described that he found a pair of underwear that belonged to LARRY with women's lipstick on it. It appeared to match a cup that had MARTHA's lipstick on it. CARL for a long time considered sending the two items off for DNA testing to confirm an affair. CARL also described a telephone call that he recorded of LARRY and MARTHA once. In the call, CARL indicated that LARRY said " It's one thing when you fuck for fun, but it's another when you fuck for food; you did what you had to do, I'm proud of you." CARL was unsure of the context but felt that the conversation alluded to possible prostitution. CARL was unsure if he still had the conversation but could look for it if needed.

CARL relayed that LARRY's defense counsel came to his residence not too long ago. CARL was not at home and spoke to the attorney's through the ring camera on his porch. CARL advised them that he had "nothing to offer for Larry" and did not wish to speak further. CARL commented that he heard that his father GRECCO passed away as well as GORDON. CARL had not heard from GRECCO since 2005. Their relationship ceased when GRECCO sided with LARRY and his accusations towards CARL's son CARL Jr. for sexually abusing TALIA. CARL went on to say "Larry was always powerful in my father's life because he was the successful one; Mr. Money Bags."  CARL also relayed that INGRID now owned the home in Pinehurst, North Carolina that she once shared with GORDON. CARL indicated that LARRY had successfully stalled GORDON and INGRID's divorce and settlement for approximately ten (10) years but the matter was finally closed. CARL recently had been taking trips to North Carolina to clean the residence up. Prior to the writer's call, CARL had dropped off INGRID for cancer treatment.

FD-302a (Rev. 5-8-10)

50E-NY-3111837

Continuation of FD-302 of (U) Interview of Carl Ray on 01/09/2023 , On 01/09/2023 , Page 4 of 4

    CARL advised that the family had not heard from TALIA for many years, even after LARRY's trial conviction. He advised that LARRY's other daughter AVA had graduated with a business degree and had bought her first home. He advised that AVA was good at compartmentalizing and was not going to let LARRY affect her life. TERESA hoped that one day she would be reunited with TALIA.