# Lawrence Ray
## Detailed Tax Loss Calculations 2016-2019

|  | 2016 | 2017 | 2018 | 2019 | Total |
|---|---|---|---|---|---|
| **Substitute for Return** | | | | | |
| **Unreported Income** | $84,140 | $708,870 | $1,082,521 | $154,290 | $2,029,821 |
| Standard Deduction | ($6,300) | ($6,350) | ($12,000) | ($12,200) | |
| Exemptions | ($4,050) | | | | |
| **Corrected Taxable Income** | $73,790 | $702,520 | $1,070,521 | $142,090 | $1,988,921 |
| **Corrected Tax Liability** | $14,215 | $234,017 | $361,782 | $28,276 | $638,290 |
| **Tax Loss/Deficiency** | $14,215.00 | $234,017.00 | $361,782.00 | $28,276.00 | $638,290.00 |
| Interest through 1/20/2023 | $4,034.63 | $54,522.66 | $61,317.64 | $3,111.33 | $122,986.26 |
| **Total Restitution to the IRS** | $18,249.63 | $288,539.66 | $423,099.64 | $31,387.33 | $761,276.26 |

Name Of Taxpayer:   Lawrence Ray                                                                01/12/2023
Identification Number:   ▉▉▉                        Total                                         23.20.00

## 2016  TAX YEAR INTEREST COMPUTATION

| | |
|---|---:|
| Interest computed to | 01/20/2023 |
| Total Tax Deficiency | $14,215.00 |

Plus Penalties*

| | |
|---|---:|
| Failure to File - IRC 6651 | $.00 |
| Accuracy Related Penalty - IRC 6662 | $.00 |
| Accuracy Related Penalty - IRC 6662A | $.00 |
| Civil Fraud - IRC 6663 | $.00 |
| Manually Computed Penalty | $.00 |
| Total Penalties Subject to Interest | $.00 |
| Tax Deficiency and Penalties Subject to Interest | $14,215.00 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---:|
| Compound | 04/15/2017--12/31/2017 | 260 | 4% | $410.83 |
| Compound | 01/01/2018--03/31/2018 | 90 | 4% | $144.96 |
| Compound | 04/01/2018--12/31/2018 | 275 | 5% | $567.01 |
| Compound | 01/01/2019--06/30/2019 | 181 | 6% | $463.17 |
| Compound | 07/01/2019--12/31/2019 | 184 | 5% | $403.30 |
| Compound | 01/01/2020--06/30/2020 | 182 | 5% | $407.92 |
| Compound | 07/01/2020--12/31/2020 | 184 | 3% | $252.43 |
| Compound | 01/01/2021--12/31/2021 | 365 | 3% | $513.58 |
| Compound | 01/01/2022--03/31/2022 | 90 | 3% | $129.02 |
| Compound | 04/01/2022--06/30/2022 | 91 | 4% | $175.46 |
| Compound | 07/01/2022--09/30/2022 | 92 | 5% | $224.24 |
| Compound | 10/01/2022--12/31/2022 | 92 | 6% | $272.85 |
| Compound | 01/01/2023--01/20/2023 | 20 | 7% | $69.86 |

Total Interest                                                                                                 $4,034.63

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment.  The interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full.  Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.

| | | | | |
|---|---|---|---|---|
| Name Of Taxpayer: | Lawrence Ray | | | 01/12/2023 |
| Identification Number: | ▮▮▮▮▮ | Total | | 23.20.00 |

## 2017 TAX YEAR INTEREST COMPUTATION

| | | |
|---|---|---|
| Interest computed to | | 01/20/2023 |
| Total Tax Deficiency | | $234,017.00 |
| Plus Penalties* | | |
|    Failure to File - IRC 6651 | $.00 | |
|    Accuracy Related Penalty - IRC 6662 | $.00 | |
|    Accuracy Related Penalty - IRC 6662A | $.00 | |
|    Civil Fraud - IRC 6663 | $.00 | |
|    Manually Computed Penalty | $.00 | |
| Total Penalties Subject to Interest | | $.00 |
| Tax Deficiency and Penalties Subject to Interest | | $234,017.00 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| Compound | 04/15/2018--06/30/2018 | 76 | 5% | $2,448.90 |
| Compound | 07/01/2018--09/30/2018 | 92 | 5% | $2,998.77 |
| Compound | 10/01/2018--12/31/2018 | 92 | 5% | $3,036.80 |
| Compound | 01/01/2019--03/31/2019 | 90 | 6% | $3,614.06 |
| Compound | 04/01/2019--06/30/2019 | 91 | 6% | $3,708.99 |
| Compound | 07/01/2019--09/30/2019 | 92 | 5% | $3,168.18 |
| Compound | 10/01/2019--12/31/2019 | 92 | 5% | $3,208.36 |
| Compound | 01/01/2020--03/31/2020 | 91 | 5% | $3,204.67 |
| Compound | 04/01/2020--06/30/2020 | 91 | 5% | $3,244.76 |
| Compound | 07/01/2020--09/30/2020 | 92 | 3% | $1,988.05 |
| Compound | 10/01/2020--12/31/2020 | 92 | 3% | $2,003.10 |
| Compound | 01/01/2021--03/31/2021 | 90 | 3% | $1,979.65 |
| Compound | 04/01/2021--06/30/2021 | 91 | 3% | $2,016.59 |
| Compound | 07/01/2021--09/30/2021 | 92 | 3% | $2,054.14 |
| Compound | 10/01/2021--12/31/2021 | 92 | 3% | $2,069.73 |
| Compound | 01/01/2022--03/31/2022 | 90 | 3% | $2,039.94 |
| Compound | 04/01/2022--06/30/2022 | 91 | 4% | $2,774.09 |
| Compound | 07/01/2022--09/30/2022 | 92 | 5% | $3,545.47 |
| Compound | 10/01/2022--12/31/2022 | 92 | 6% | $4,313.91 |
| Compound | 01/01/2023--01/20/2023 | 20 | 7% | $1,104.50 |
| | | | Total Interest | $54,522.66 |

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment.  The interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full.  Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.

| | | | | |
|---|---|---|---|---|
| Name Of Taxpayer: | Lawrence Ray | | | 01/12/2023 |
| Identification Number: | ▮▮▮▮▮▮▮ | Total | | 23.20.00 |

## 2018 TAX YEAR INTEREST COMPUTATION

| | | |
|---|---|---|
| Interest computed to | | 01/20/2023 |
| Total Tax Deficiency | | $361,782.00 |
| Plus Penalties* | | |
|    Failure to File - IRC 6651 | $.00 | |
|    Accuracy Related Penalty - IRC 6662 | $.00 | |
|    Accuracy Related Penalty - IRC 6662A | $.00 | |
|    Civil Fraud - IRC 6663 | $.00 | |
|    Manually Computed Penalty | $.00 | |
| Total Penalties Subject to Interest | | $.00 |
| Tax Deficiency and Penalties Subject to Interest | | $361,782.00 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| Compound | 04/15/2019--06/30/2019 | 76 | 6% | $4,547.77 |
| Compound | 07/01/2019--09/30/2019 | 92 | 5% | $4,645.65 |
| Compound | 10/01/2019--12/31/2019 | 92 | 5% | $4,704.57 |
| Compound | 01/01/2020--03/31/2020 | 91 | 5% | $4,699.17 |
| Compound | 04/01/2020--06/30/2020 | 91 | 5% | $4,757.95 |
| Compound | 07/01/2020--09/30/2020 | 92 | 3% | $2,915.17 |
| Compound | 10/01/2020--12/31/2020 | 92 | 3% | $2,937.24 |
| Compound | 01/01/2021--03/31/2021 | 90 | 3% | $2,902.86 |
| Compound | 04/01/2021--06/30/2021 | 91 | 3% | $2,957.02 |
| Compound | 07/01/2021--09/30/2021 | 92 | 3% | $3,012.08 |
| Compound | 10/01/2021--12/31/2021 | 92 | 3% | $3,034.95 |
| Compound | 01/01/2022--03/31/2022 | 90 | 3% | $2,991.26 |
| Compound | 04/01/2022--06/30/2022 | 91 | 4% | $4,067.78 |
| Compound | 07/01/2022--09/30/2022 | 92 | 5% | $5,198.90 |
| Compound | 10/01/2022--12/31/2022 | 92 | 6% | $6,325.69 |
| Compound | 01/01/2023--01/20/2023 | 20 | 7% | $1,619.58 |

| | |
|---|---|
| Total Interest | $61,317.64 |

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment.  The interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full.  Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.

| | | | | |
|---|---|---|---|---|
| Name Of Taxpayer: Lawrence Ray | | | | 01/12/2023 |
| Identification Number: ▮▮▮▮▮▮ | | Total | | 23.20.00 |

## 2019 TAX YEAR INTEREST COMPUTATION

| | | |
|---|---|---|
| Interest computed to | | 01/20/2023 |
| Total Tax Deficiency | | $28,276.00 |
| Plus Penalties* | | |
|     Failure to File - IRC 6651 | $.00 | |
|     Accuracy Related Penalty - IRC 6662 | $.00 | |
|     Accuracy Related Penalty - IRC 6662A | $.00 | |
|     Civil Fraud - IRC 6663 | $.00 | |
|     Manually Computed Penalty | $.00 | |
| Total Penalties Subject to Interest | | $.00 |
| Tax Deficiency and Penalties Subject to Interest | | $28,276.00 |

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| Compound | 04/15/2020--06/30/2020 | 76 | 5% | $295.09 |
| Compound | 07/01/2020--09/30/2020 | 92 | 3% | $216.26 |
| Compound | 10/01/2020--12/31/2020 | 92 | 3% | $217.90 |
| Compound | 01/01/2021--03/31/2021 | 90 | 3% | $215.35 |
| Compound | 04/01/2021--06/30/2021 | 91 | 3% | $219.36 |
| Compound | 07/01/2021--09/30/2021 | 92 | 3% | $223.45 |
| Compound | 10/01/2021--12/31/2021 | 92 | 3% | $225.15 |
| Compound | 01/01/2022--03/31/2022 | 90 | 3% | $221.90 |
| Compound | 04/01/2022--06/30/2022 | 91 | 4% | $301.77 |
| Compound | 07/01/2022--09/30/2022 | 92 | 5% | $385.68 |
| Compound | 10/01/2022--12/31/2022 | 92 | 6% | $469.27 |
| Compound | 01/01/2023--01/20/2023 | 20 | 7% | $120.15 |

| | |
|---|---|
| Total Interest | $3,111.33 |

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment.  The interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full.  Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.