

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 14, 2023

**BY ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10004

    Re:    *United States* v. *Lawrence Ray*, 20 Cr. 110 (LJL)

Dear Judge Liman:

    Attached please find a revised proposed Order of Restitution, which corrects the amount of restitution sought. The Government is requesting: 1) entry of the revised proposed Order of Restitution, with $5,594,862.83 to be paid to the victims identified in its Schedule of Victims,[1] and 2) the inclusion of $761,276.26 of restitution to the Internal Revenue Service ("IRS") as a condition of any term of supervised release. The total amount of restitution sought is $6,356,139.09.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: /s/
    Mollie Bracewell
    Lindsey Keenan
    Danielle R. Sassoon
    Assistant United States Attorneys
    (212) 637-2218/1115

cc:    defense counsel (by ECF and E-mail)

---

[1] Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victims, the Government is requesting that Schedule A to the corrected Proposed Order of Restitution be filed under seal.