**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 19, 2023

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Lawrence Ray
      20 Cr. 110 (LJL)**

Dear Judge Liman:

We write, as counsel for Lawrence Ray, to respectfully request that the Court schedule a separate restitution briefing schedule and corresponding hearing date to follow Mr. Ray's sentencing hearing in the above-captioned matter. The government consents to this request.

Mr. Ray's sentencing hearing is currently scheduled for tomorrow, January 20, 2023. The parties are prepared to proceed with sentencing on that date. However, given the government's voluminous production of restitution materials less than a week ago, the defense is not prepared to address restitution in this matter during tomorrow's proceeding. The government consents to deferring a determination of restitution to a later date and requests that the parties set a hearing date and briefing schedule with the Court at tomorrow's sentencing. *See* 18 U.S.C. § 3664(d)(5).

Thank you for your attention to this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.
Peggy Cross-Goldenberg, Esq.
Allegra Glashausser, Esq.
Neil P. Kelly, Esq.

*Counsel for Lawrence Ray*

cc:   Counsel of record

Hon. Lewis J. Liman

**SO ORDERED:**

_____
**HONORABLE LEWIS J. LIMAN**
United States District Judge

2