**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 27, 2023

<u>**VIA ECF**</u>

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>**United States v. Lawrence Ray**</u>
      **20 Cr. 110 (LJL)**

Dear Judge Liman:

    We write, as counsel for Lawrence Ray, to respectfully request that the Court set a briefing schedule for restitution in the above-captioned matter. The parties have conferred and propose a deadline of March 6, 2023 for the defense submission, with the government's response due March 27, 2023.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.
Peggy Cross-Goldenberg, Esq.
Allegra Glashausser, Esq.
Neil P. Kelly, Esq.

*Counsel for Lawrence Ray*

cc:   Counsel of record

Hon. Lewis J. Liman

1/30/2023     **SO ORDERED:**

A Restitution hearing will be held
on March 31, 2023 at 2:00PM in Courtroom
15C at the 500 Pearl Street Courthouse.

_____
**THE HONORABLE LEWIS J. LIMAN**
United States District Judge

2