Criminal Notice of Appeal - Form A

## NOTICE OF APPEAL

### United States District Court

Southern          District of New York

**ORIGINAL**

Caption:

United States of America ‸ v.

Lawrence Ray,   Defendant.

Docket No.: 20 Cr. 110

Honorable Lewis J. Liman
_____
(District Court Judge)

Notice is hereby given that the defendant Lawrence Ray appeals to the United States Court of

Appeals for the Second Circuit from the judgment [ ✔ ], other [ _____

_____
(specify)

entered in this action on January 31, 2023 .
                         (date)

This appeal concerns: Conviction only [___]   Sentence only [___]   Conviction & Sentence [ ✔ ]   Other [___]

Defendant found guilty by plea [ ]   trial [ ✔ ]   N/A [ ] .

Offense occurred after November 1, 1987?   Yes [ ✔ ]   No [ ]   N/A [ ]

Date of sentence: January 20, 2023       N/A [___]

Bail/Jail Disposition: Committed [ ✔ ]   Not committed [ ]   N/A [ ]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2023

Appellant is represented by counsel?   Yes [ ✔ ]   No [ ]   If yes, provide the following information:

Defendant's Counsel:   Barry D. Leiwant, Esq.

Counsel's Address:   Federal Defenders of New York

52 Duane Street, 10th Floor, NY, NY  10007

Counsel's Phone:   (212) 417-8763

Assistant U.S. Attorney:   Danielle Renee Sassoon, United States Attorney's Office, SDNY

AUSA's Address:   One Saint Andrew's Plaza

New York, NY 10007

AUSA's Phone:   Tel: (212)-637-1115

_____
MARNE LENOX, ESQ.
Signature