UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,                    Case No. S20 cr 110 (LJL)

**NOTICE OF APPEARANCE**

-v-

LAWRENCE RAY, a/k/a
"Lawrence Grecco,"

        Defendant.

-----------------------------------------------------------X

**PLEASE BE ADVISED,** that The Dratch Law Firm, P.C. (Stephen N. Dratch, Esq. appearing) hereby enters their appearance on behalf of claimants, Ingrid Ray and Carl Ray, regarding real property located 4 Scarborough Place, Pinehurst, North Carolina which is identified as property subject to forfeiture in an Order dated January 31, 2023 entitled Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Docket Entry 616) in the above entitled cause. Claimants' interest in the property is set forth in the transmittal letter that is filed in connection with this Notice.

Dated: New York, New York
      March 3, 2023

                        THE DRATCH LAW FIRM, P.C.
                        Attorneys for Claimants

                              */s/ Stephen N. Dratch*
                    By: _____
                              Stephen N. Dratch, Esq.
                              354 Eisenhower Parkway
                              Livingston, New Jersey 07039
                              (973) 992-3700

                              233 Broadway, Suite 1800
                              New York, New York 10279

00281234 - 1