

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 6, 2023

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re:    *United States v. Lawrence Ray*, 20 Cr. 110 (LJL)

Dear Judge Liman:

    Enclosed for the Court's consideration is a proposed restitution order, which is being submitted on behalf of both parties. This revised proposed order contains the same restitution figure submitted by the Government at sentencing, but now includes a proposed schedule of payments agreed upon by the parties.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/_____
    Mollie Bracewell
    Lindsey Keenan
    Danielle R. Sassoon
    Assistant United States Attorneys
    (212) 637-2218 / 1565 / 1115