UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | | ORDER |
| -against- | : | |
| | | |
| LAWRENCE RAY, | : | |
| | | |
| Defendant. | : | 20 Cr. 110 |

------------------------------------------------------X

Upon the application of the defendant Lawrence Ray, Bureau of Prison Register Number 58374-053, by his attorney Marne Lenox, of the Federal Defenders of New York, it is hereby ORDERED, pursuant to Federal Rules of Criminal Procedure 38(b)(2), that the Court formally recommends to the Attorney General that Mr. Ray's custody be retained at the Metropolitan Detention Center in Brooklyn, pending his direct appeal.

DATED:   BROOKLYN, N.Y.
         March _7_, 2023

_____

Honorable Lewis J. Liman
United States District Judge