UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
UNITED STATES OF AMERICA,                          Case No. S2 20 Cr. 110 (LJL)

                              Plaintiff,
      -against-                                         **VERIFIED PETITION FOR**
                                                    **ANCILLARY HEARING**
LAWRENCE RAY,
                              Defendant(s)
-----------------------------------------------------------------------X

       U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust ("Petitioner"), by and through its undersigned counsel, Friedman Vartolo LLP, hereby petitions this Court for an ancillary hearing pursuant to 21 U.S.C. § 853(n)(2) and asserts its superior interest, with respect to the property located at 4 Scarborough Place, Pinehurst, North Carolina 28374 (hereinafter the "Premises"), which has been forefeited to the United States, and in support thereof states as follows:

       1.      On or about January 23, 2012, Gordon T. Ray and Ingrid P. Ray (hereinafter "Borrowers") executed and delivered a note to Freedom Mortgage Corporation for the sum of $271,000, with interest to be computed pursuant to the terms thereof (hereinafter "Note"). A copy of the Note is annexed hereto as **Exhibit A**.

       2.      As security for payment of this debt, on January 23, 2012, the Borrowers executed a Deed of Trust to Mortgage Electronic Registration Systems, Inc. as nominee for Freedom Mortgage Corporation, which encumbered the Premises located at 4 Scarborough Place, Pinehurst, North Carolina 28374 (hereinafter "Premises"). The Deed of Trust was recorded in the Moore County Clerk's Office on February 13, 2012, in Instrument # 2012002165 (hereinafter "Deed of Trust"). A copy of the Deed of Trust is annexed hereto as **Exhibit B**.

       3.      Thereafter, the Deed of Trust was assigned as provided for below:

**ASSIGNMENT OF DEED OF TRUST**
**Assignor**: Mortgage Electronic Registration Systems, Inc. as nominee for Freedom Mortgage Corporation
**Assignee**: Freedom Mortgage Corporation
**Dated**: April 29, 2013
**Recorded**: May 13, 2013
**Instrument No.**: 2013007602

**ASSIGNMENT OF DEED OF TRUST**
**Assignor**: Freedom Mortgage Corporation
**Assignee**: Secretary of Housing and Urban Development
**Dated**: August 6, 2014
**Recorded**: August 20, 2014
**Instrument No.**: 2014009892

**ASSIGNMENT OF DEED OF TRUST**
**Assignor**: Secretary of Housing and Urban Development
**Assignee**: DLJ Mortgage Capital, Inc.
**Dated**: August 12, 2014
**Recorded**: August 20, 2014
**Instrument No.**: 2014009893

**ASSIGNMENT OF DEED OF TRUST**
**Assignor**: DLJ Mortgage Capital, Inc.
**Assignee**: New Residential Investment Corp.
**Dated**: August 12, 2014
**Recorded**: August 20, 2014
**Instrument No.**: 2014009894

**ASSIGNMENT OF DEED OF TRUST**
**Assignor**: New Residential Investment Corp.
**Assignee**: New Residential Mortgage Loan Trust 2014-NPL1, U.S. Bank Trust National Association, not in its individual capacity but solely as Indenture Trustee
**Dated**: August 12, 2014
**Recorded**: August 20, 2014
**Instrument No.**: 2014009895

**ASSIGNMENT OF DEED OF TRUST**
**Assignor**: New Residential Mortgage Loan Trust 2014-NPL1, U.S. Bank Trust National Association, not in its individual capacity but solely as Indenture Trustee
**Assignee**: NRZ Mortgage Holdings LLC
**Dated**: October 20, 2014
**Recorded**: February 20, 2020

**Instrument No.**: 2020002871

**ASSIGNMENT OF DEED OF TRUST**
**Assignor**: NRZ Mortgage Holdings LLC
**Assignee**: MTGLQ Investors, LP
**Dated**: February 10, 2020
**Recorded**: March 4, 2020
**Instrument No.**: 2020003687
**ASSIGNMENT OF DEED OF TRUST**
**Assignor**: MTGLQ Investors, LP
**Assignee**: U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust
**Dated**: January 22, 2020
**Recorded**: February 20 2020
**Instrument No.**: 2020002872

**ASSIGNMENT OF DEED OF TRUST**
**Assignor**: U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust
**Assignee**: U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust
**Dated**: March 26, 2020
**Recorded**: April 6, 2020
**Instrument No.**: 2020005642

Copies of the Assignments of Mortgage the Deed of Trust are annexed hereto as **Exhibit C.**

4.  It is respectfully submitted that Petitioner, as bona fide holder of the Note and Deed of Trust dated January 23, 2012 and recorded on February 13, 2012 in the Moore County Clerk's Office, which Note and Deed of Trust were assigned to Petitioner pursuant to the Assignment of Deed of Trust, recorded on April 6, 2020 in the Moore County Clerk's Office, is the holder of a superior legal interest in the Premises, as the loan originated prior to the time of the commission of the acts which gave rise to the forfeiture, and Petitioner was reasonably without cause to believe that the Premises was subject to forfeiture at the time of assignment of the Note and Deed of Trust.

5.  As of March 31, 2023, the total amount owed to Petitioner through April 7, 2023, is $208,587.16. A copy of a payoff statement is annexed hereto as **Exhibit D**.

6.  Petitioner respectfully requests that the Court determine Petitioner's interest to be a first lien on the Premises, which is prior, paramount, and superior to any other interest of any

other party. Further, Petitioner respectfully requests that any sale or other disposition of the Premises be subject to its interest and that the indebtedness represented by the Note as secured by the Deed of Trust be fully satisfied out of the proceeds of any sale or other disposition of the property. Petitioner further requests that it be awarded reasonable attorney's fees and costs incurred herein, and for such other and further relief as the Court deems just and proper.

WHEREFORE, for the reasons set forth herein, Petitioner seeks relief from the Court's Preliminary Order of Forfeiture and hereby requests that the Court hold an ancillary proceeding pursuant to 21 U.S.C. 853(n)(5), and further that this Court fully recognize in the Final Order of Forfeiture, the superior interest of Petitioner and requested relief as set forth herein.

Dated: Garden City, New York
March 31, 2023

FRIEDMAN VARTOLO LLP

By: /s/ Kevin M. Butler
Kevin M. Butler, Esq.
Attorneys for U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
(212) 471-5100
kbutler@friedmanvartolo.com

## CERTIFICATION PURSUANT TO 21 U.S.C. § 853(n)(3)

William A. Fogleman, being duly sworn, deposes and says:

I am a Corporate Counsel of SN Servicing Corporation (hereinafter "SNSC"), as servicer and attorney-in-fact for U.S. Bank Trust National Association, as Trustee of Cabana Series V Trust (hereinafter "Petitioner") and am authorized to sign this Certification on Petitioner's behalf. A copy of the Limited Power of Attorney between SNSC and Petitioner is attached hereto. I swear under penalty of perjury that the foregoing assertions and information provided in this petition are true and correct to the best of my knowledge and belief.

U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust by SN Servicing Corporation, servicer and attorney-in-fact

By: _William A. Fogleman_

Print Name: William A. Fogleman

Title: Corporate Counsel

Sworn to before me on this
31 day of March, 2023

Notary Public: John E. Clark



**TO BE COMPLETED, IN ADDITION TO JURAT (ABOVE), IF EXECUTING OUTSIDE OF NEW YORK STATE**

STATE OF LOUISIANA )
) ss.
PARISH OF EAST BATON ROUGE )

On the __31__ day of March in the year 2023 before me, the undersigned, a Notary Public in and for said State, personally appeared William A. Fogleman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in Baton Rouge, Louisiana [*Insert the city or other political subdivision and the state or county or other place the acknowledgment was taken*].

Notary Public: John E. Clark

Personally Known _X_____ OR
Produced Identification _____.

Type of Identification Produced:
_driver's license_____.