# EXHIBIT D



**SERVICING CORPORATION**
323 5th Street
Eureka, CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

March 09, 2023

GORDON RAY
892 MADISON AVE
BRIDGEWATER, NJ 08807

Your Reference:

Re:     ▇▇▇▇7963
        GORDON T RAY
        4 SCARBOROUGH PLACE
        PINEHURST, NC 28374

Pay off figures for the above referenced loan/borrower are:

| | |
|---|---|
| Projected Payoff Date | 04/07/2023 |
| Principal Balance | $207,654.84 |
| Interest to 04/07/2023 | $ 932.32 |
| Other (See Attached Detail) | $0.00 |
| Prepayment Penalty | $0.00 |
| Funds owed by Borrower | $0.00 |
| Funds owed to Borrower | $0.00 |
| Total Payoff | $208,587.16 |
| Per diem | $ 25.60 |

The next payment due is 04/01/2023. The current interest rate is 4.50 % and the P&I payment is $1,373.12.

**PAY OFF INSTRUCTIONS/INFORMATION:**
- Pay off figures are subject to change so please call **800-603-0836** to update these figures prior to remitting funds.
- Funds received will be applied with an effective date of the date received.
- All pay off figures are subject to clearance of funds in transit. The pay off is subject to final audit when presented.
- Please provide the borrower's forwarding address so any overpayment or refund can be directly mailed to the borrower.
- We will prepare the release of our interest in the property after all funds have cleared.

**REMITTANCE INFORMATION:**

**Make checks payable to:**     Cabana Series III Trust

| **U.S. Postal Service:** | **FedEx/UPS:** | **Wiring Instructions:** |
|---|---|---|
| SN Servicing Corporation | Bank of Texas | Cabana Series III Trust |
| Cabana Series III Trust | C/O REMITTANCE SERVICES, DEPT 41548 | Bank of Texas |
| PO BOX 660820 | 2200 N HIGHWAY 121 | ACCT #8095283520 |
| DALLAS, TX 75266-0820 | GRAPEVINE, TX 76051 | ABA #111014325 |

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT. ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE.

IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY