

SINCE 1828

GAMES & QUIZZES THESAURUS WORD OF THE DAY FEATURES
- SHOP
Buying Guide M-W Books
SUBSCRIBE

  MY WORDSMY WORDS    RECENTS settings log out
- LOG IN

- REGISTER

slut

dictionary
thesaurus

Log in Sign Up
Hello,
Games & Quizzes  Thesaurus  Word of the Day  Features  Buying Guide  M-W Books  Subscribe

- My WordsMy Words
- View Recents
- Account

Log Out



Cited in US v Ray
20cr110 Decided 4/6/22
Archived on 4/12/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

# slut

noun

⚑ Save Word

To save this word, you'll need to log in.

Log In

\ ˈslət 🔊 \
plural sluts

## Definition of *slut*

1 disparaging + offensive **:** a promiscuous person **:** someone who has many sexual partners —usually used of a woman
2 dated
a chiefly British, disparaging **:** an unclean or slovenly woman **:** slattern
b **:** an impudent girl **:** minx

## Other Words from *slut*

sluttish \ ˈslə-tish 🔊 \ adjective
sluttishly adverb
sluttishness noun
slutty \ ˈslə-tē 🔊 \ adjective

## First Known Use of *slut*

15th century, in the meaning defined at sense 2a

## History and Etymology for *slut*

Middle English *slutte*

## Learn More About *slut*

Share *slut*

Cited in US v Ray
20cr110 Decided 4/6/22
Archived on 4/12/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

Post the Definition of slut to Facebook    Share the Definition of slut on Twitter 

Time Traveler for *slut*



## The first known use of *slut* was in the 15th century

See more words from the same century

## Dictionary Entries Near *slut*

slushy

slut

sluther

See More Nearby Entries

## Statistics for *slut*

Look-up Popularity

Top 1% of words

Cite this Entry

"Slut." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/slut. Accessed 12 Apr. 2022.

**Style:** MLA

MLA ✓  Chicago ✓  APA ✓  Merriam-Webster ✓

**WORD OF THE DAY**

## funambulism 🔊

See Definitions and Examples »

Get Word of the Day daily email!

Your email address    SUBSCRIBE

Test Your Vocabulary

Eponyms: Words Named After People

- What is the best definition of **boycott**?

  to divide proportionately

  to make lively or excited

  to refuse participate in (something) as a way of protesting

  to prepare a small meal for sustenance

Cited in USA v. Ray
20cr110 Decided 4/6/22
Archived on 4/12/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

Test your vocabulary with our 10-question quiz!

TAKE THE QUIZ

A daily challenge for crossword fanatics.

TAKE THE QUIZ

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

WORDS AT PLAY

### 7 Obsolete Allusions That We Still Use

- Do you still hang up the phone?

### Great Big List of Beautiful and Useless Words

- Lovely, pointless, or both?

### How to Pronounce the Trickiest Menu Items

- No more order anxiety!

### 13 Wonderful Words That You're Not Using (Yet)

- Words as delightful as they are rare

ASK THE EDITORS

Cited in US v. Ray
20cr110 Decided 4/6/22
Archived on 4/12/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

Cited in U.S. v. Ray
20cr110 Decided 4/8/22
Archived on 4/12/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

- ### Ending a Sentence with a Preposition

  An old-fashioned rule we can no longer put up with.

- ### How to Remember 'Affect' and 'Effect'

  A simple way to keep them apart. (Most of the time.)

- ### 'Mispronunciations' That May Be Fine

  'Mischievous,' 'nuclear,' and other words to pron...

- ### Words of the Year: 1066

  English was never the same after the Norman Conquest

**WORD GAMES**

### Odd Habits and Quirks

Are you the kind of person who tends to cavil?

- **TAKE THE QUIZ**

### Which Word Does Not Belong?

For each set of words, can you tell which one is ...

- **TAKE THE QUIZ**

### Spell It

10 quick questions: hear them, spell them

- **TAKE THE QUIZ**

Learn a new word every day. Delivered to your inbox!

Your email address

**OTHER MERRIAM-WEBSTER DICTIONARIES**

- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- SCRABBLE® WORD FINDER
- MERRIAM-WEBSTER DICTIONARY API

Cited in US v Ray 20cr110 Decided 4/6/22
Archived on 4/12/22
This document is protected by copyright.
Further reproduction is prohibited without permission.

- NGLISH - SPANISH-ENGLISH TRANSLATION
- BRITANNICA ENGLISH - ARABIC TRANSLATION

**FOLLOW US**

Browse the Dictionary:  A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U   V   W   X   Y   Z   0-9

Home  |  Help  |  About Us  |  Shop  |  Advertising Info  |  Dictionary API  |  Contact Us  |  Join MWU  |  Videos  |  Word of the Year  |  Vocabulary Resources  |  Law Dictionary  |  Medical Dictionary  |  Privacy Policy  |  Terms of Use

Browse the Thesaurus  |  Browse the Medical Dictionary  |  Browse the Legal Dictionary

© 2022 Merriam-Webster, Incorporated

Cited in US v. Ray
20cr110 Decided 4/6/22
Archived on 4/12/22
This document is protected by copyright.
Further reproduction is prohibited without permission.