

Meaning of **slut** in English

# slut
*noun* [ C ]

US  /slʌt/    UK /slʌt/

**slut** *noun* [C] **(SEXUALLY ACTIVE WOMAN)**

slang disapproving

**a woman who has sexual relationships with a lot of men without any emotional involvement**

**Want to learn more?**

Improve your vocabulary with **English Vocabulary in Use** from Cambridge.
Learn the words you need to communicate with confidence.

**slut** *noun* [C] **(LAZY WOMAN)**

UK very informal disapproving

**a woman who is usually messy and lazy**

— **SMART Vocabulary: related words and phrases**

    **Laziness and lazy people**

        bludger

        bone idle *idiom*

        bum around

Contents                                                                                                                To top 

*Cited in U.S. v. Ray*
*20cr110 Decided 2/6/22*
*Archived on 4/12/22*
This document is protected by copyright.
Further reproduction is prohibited without permission.






indolently

layabout

lazily

laziness

lie

phone sth in

shiftless

shirker

skiver

slacker

time-serving

unambitious

vegetable

work-shy

**See more results »**

You can also find related words, phrases, and synonyms in the topics:

**Dirt & untidiness**

**Related word**

sluttish *adjective*

(Definition of *slut* from the **Cambridge Advanced Learner's Dictionary & Thesaurus** © Cambridge University Press)

Translations of **slut**

in Chinese (Traditional)

蕩婦, 淫婦，蕩婦, 懶女人…

See more

in Chinese (Simplified)

Cited in US v Ray 20cr110 Decided 4/6/22 Archived on 4/12/22 This document is protected by copyright. Further reproduction is prohibited without permission.

   

in more languages 

## Need a translator?

Get a quick, free translation!

  **Translator tool**

What is the pronunciation of *slut*?

### Browse

slush

slush fund

slush pile

slushy

**slut**

slut-shame

sluttish

sly

sly grog

### Test your vocabulary with our fun image quizzes



*Image credits*

Try a quiz now

## More meanings of *slut*

   

slut-shame

**See all meanings**



WORD OF THE DAY

# whisper

to speak very quietly, using the breath but not the voice, so that only the person close to you can hear you

About this










**BLOG**

Lily-livered or hard as nails: talking about people you don't like (2)

April 06, 2022

Read More



**NEW WORDS**

# glacier blood

April 11, 2022

More new words



LEARN

DEVELOP

ABOUT

© Cambridge University Press 2022

Cited in US v Ray
20cr110 Decided 4/6/22
Archived on 4/12/22
This document is protected by copyright.
Further reproduction is prohibited without permission.