Stephen N. Dratch*

# The Dratch Law Firm, P.C.
## Attorneys At Law

354 Eisenhower Parkway/Plaza Two
P.O. Box 472
Livingston, New Jersey 07039-0472

Main Office (973) 992-3700
Telecopier (973) 992-7945

Writer's email: SDRATCH@njcounsel.com
Writer's Direct Dial: (973) 533-7212

*NJ & NY BAR

New York Office
233 Broadway, Suite 1800
New York, NY 10279
(212) 571-1808
Please reply to NJ Office
WEBSITE:
www.njcounsel.com

April 24, 2023

***Via PACER***

Honorable Lewis J. Liman, U.S.D.J
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 15C
New York, NY 10007-1312

    Re:   United States of America v. Lawrence Ray
             Case No. S20 cr 110 (LJL)

Honorable Judge Liman:

    This firm represents Ingrid Ray (the mother of Lawrence Ray) and (Carl Ray) the brother of Lawrence Ray. Ms. Ingrid Ray and Mr. Carl Ray have filed Petitions objecting to the Forfeiture of the Real Property commonly referred to as Pinehurst, North Carolina.

    The purpose of this letter is to inquire as to what schedule the court will be setting for a hearing on the Petitions. May I please hear from chambers.

                                      Respectfully yours,

                                      STEPHEN N. DRATCH

SND/ni
cc: (via PACER) Danielle R. Sassoon, Assistant United States Attorney