UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                            :

UNITED STATES OF AMERICA        :   **FINAL ORDER OF**
                                            :   **FORFEITURE**
          -v.-                            :
                                            :   S2 20 Cr. 110 (LJL)
LAWRENCE RAY,                       :
                      Defendant.             :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        WHEREAS, on or about March 3, 2022, this Court entered a Preliminary Order of Forfeiture as to Specific Property/Money Judgment (D.E. 616) (the "Preliminary Order of Forfeiture"), which ordered the forfeiture to the United States of, *inter alia*, all right, title and interest of LAWRENCE RAY (the "Defendant") in the following property:

        i.        $23,138.00 in U.S. Currency representing proceeds from the sale of any and all domain names registered on GoDaddy Inc. by Shopper ID 42845221;

(the "Specific Property");

        WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

        WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on February 16, 2023, for thirty (30) consecutive days, through March 17, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 11, 2023 (D.E. 651);

WHEREAS, on or about February 1, 2023, Notice of the Preliminary Order of Forfeiture was sent by Certified Mail to:

i. Ingrid Ray, c/o
   Stephen Dratch, Esq.
   The Dratch Firm P.C.
   354 Eisenhower Parkway
   Plaza Two
   PO Box 472
   Livingston, NJ 07039

ii. Gordon Thompson Ray
    Durham, NC 27707-6802

iii. U.S. Bank Trust, N.A.
     As trustee of the Cabana Series III trust
     7114 E. Stetson Drive, Suite 250
     Scottsdale, AZ 85251

iv. U.S. Bank Trust, N.A.
    As trustee of the Cabana Series III trust
    ATTN: Legal Department
    800 Nicollet Mall - BC-MN-H21P
    Minneapolis, MN 55402

(the "Noticed Parties");

WHEREAS, the Defendant and the Noticed Parties are the only people and/or entities known by the Government to have a potential interest the Specific Property;

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2).

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
      May 11, 2023

SO ORDERED:

_____
HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

3