**The Dratch Law Firm, P.C.**
Attorneys At Law
354 Eisenhower Parkway Plaza Two
P.O. Box 472
Livingston, New Jersey 07039-0472

Stephen N. Dratch*

\* NJ & NY BAR

New York Office
233 Broadway, Suite 1800
New York, NY 10279
(212) 571-1808
Please reply to NJ Office
WEBSITE:
www.njcounsel.com

Main Office (973) 992-3700
Telecopier (973) 992-7945

Writer's email: sdratch@njcounsel.com
Writer's Direct Dial: (973) 533-7212

May 15, 2023

***Via PACER***

Honorable Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 15C
New York, NY 10007-1312

  Re: United States of America v. Lawrence Ray
     Case No. S20 cr 110 (LJL)

Dear Judge Liman:

  This firm represents the Petitioners, Ingrid Ray and Carl Ray. This is to advise the court that the Petitioners will not be filing a motion to compel the Government to file an Answer to the Petitions.

Respectfully yours,

STEPHEN N. DRATCH

SND:tp

cc: Danielle R. Sassoon, Asst. United States Attorney (via PACER)

00286787 - 1