USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LAWRENCE RAY,

Defendant.

20-cr-110 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Defendant Lawrence Ray moves for relief pursuant to 28 U.S.C. § 2255. Dkt. No. 672. Without necessarily concluding that a response is required, *see* 28 U.S.C. § 2255(b) (stating that the Court must direct a response "[u]nless the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief"), the Court invites the United States Attorney to respond to the motion. Any response shall be filed and served by January 22, 2027.

SO ORDERED.

Dated: November 18, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge